

**MONAGHAN, MONAGHAN, LAMB & MARCHISIO, LLP**

ATTORNEYS AND COUNSELLORS AT LAW

PATRICK J. MONAGHAN, JR
RICHARD F. MONAGHAN *
EUGENE G. LAMB **†
JUVENAL L. MARCHISIO **
JAMES P. O'NEILL ***†
MICHAEL KORIK *

28 WEST GRAND AVENUE
MONTVALE, NEW JERSEY 07645

TEL: (201) 802-9060
FAX: (201) 802-9066
E-Mail: mmlmlawyers@aol.com

401 EAST 65TH STREET
SUITE 10C
NEW YORK, NEW YORK 10065

* ADMITTED IN NJ AND NY
** ADMITTED IN NY
*** ADMITTED IN FLA AND NY
† OF COUNSEL

September 11, 2007

**VIA FAX and REGULAR MAIL**
212-805-7924

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
Attn: Hon. Sidney H. Stein, U.S.D.J.

MEMO ENDORSED

Re: Anne Bryant v. AB Driots, et al.
Docket No. 07-CIV-6395
Our File No. 3892

Dear Judge Stein:

An Initial Scheduling Conference is scheduled before your Honor for Friday, September 14, 2007 at 12:45 pm in this matter. Utilizing F.R.C.P. Rule 4(d), we issued process and waivers, however, at this time, none of the Defendants have appeared in this action. We are actively seeking service upon the Defendants, most of which are located in Europe, Australia and Asia. Some Defendants have been served under provisions of their respective agreements which authorize service by mail. Although Plaintiff is not a party to these agreements, she will contend as a third-party beneficiary, that she is entitled to utilize that method of service. We will be preparing a Request for Entry of Default and an application for Default Judgment against those parties who have not appeared. Accordingly, we request a sixty (60) day adjournment of this Conference to allow for service, additional Defendants to appear and to allow additional time before filing our applications for default judgments against those parties who are in or will be in default.

Very truly yours,

Michael Korik (MK0377)

MK:MVA
cc: Ms. Anne Bryant

*The Conference is adjourned to Nov. 2, 2007, at 10:00 a.m.*

SO ORDERED 9/11/07

SIDNEY H. STEIN
U.S.D.J.