AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Southern           DISTRICT OF           New York

## APPEARANCE

Case Number:  1:07-cv-06395-SHS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

LOONLAND UK LTD.
TV LOONLAND HOME ENTERTAINMENT LTD.
METRODOME GROUP P.L.C.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/8/2007 | *[signature]* |
| Date | Signature |
| | Gloria C. Phares |
| | Print Name / Bar Number |
| | Patterson Belknap Webb & Tyler LLP - 1133 Ave of Americas |
| | Address |
| | New York / NY / 10036 |
| | City / State / Zip Code |
| | (212) 336-2686 / (212) 336-7978 |
| | Phone Number / Fax Number |