AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

**APPEARANCE**

Case Number: 1:07-cv-06395-SHS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

LOONLAND UK LTD.
TV LOONLAND HOME ENTERTAINMENT LTD.
METRODOME GROUP P.L.C.

I certify that I am admitted to practice in this court.

| 10/8/2007 | *[signature]* |
|---|---|
| Date | Signature |

John C. Knapp
Print Name                                                          Bar Number

Patterson Belknap Webb & Tyler LLP - 1133 Ave of Americas
Address

| New York | NY | 10036 |
|---|---|---|
| City | State | Zip Code |

(212) 336-7645                      (212) 336-1241
Phone Number                                                        Fax Number