# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07-CIV-6395 JUDGE STEIN

Date Filed: _____

Plaintiff:
ANNE BRYANT

vs.

Defendant:
AB DROIT AUDIOVISUELS, ET AL

For:
MONAGHAN, MONAGHAN. LAMB & MARCHISIO
28 West Grand Ave
Montvale, NJ 07645

Received by HUGHES LEGAL SUPPORT on the 7th day of November, 2007 at 11:17 am to be served on HASBRO, INC C/O KEVIN HEALY, E, 1027 NEWPORT AVE, PAWTUCKET, RI 02862.

I, James F. Mallinson, being duly sworn, depose and say that on the 8th day of November, 2007 at 11:25 am, I:

SERVED the within named CORPORATION by delivering a true copy of the SUMMONS and COMPLAINT; WAIVER OF SERVICE with the date and hour of service endorsed thereon by me to ANN COSTA- Legal Department as AUTHORIZED MANAGING AGENT of the within named corporation.

Description of Person Served: Age: 51, Sex: F, Race/Skin Color: White, Height: 5'4, Weight: 115, Hair: Blonde, Glasses: N

James F. Mallinson
R.I. Constable 6174

HUGHES LEGAL SUPPORT
Www.Rhodeislandprocess.Com
P.O. Box 20617
Cranston, RI 02920
(401) 944-8980
Our Job Serial Number: 2007164616
Ref: 3892

Before me on the 10th day of November, 2007 there personally appeared before me the above named individual who swore to the truth of the statements contained in this affidavit

NOTARY PUBLIC

PAUL G. HUGHES
Notary Public ID # 7370
State of RI and Providence Plantations
My Commission Expires Dec. 4, 2010

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE 11/8/07 |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) James F Mallinson | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): To Ann Costa an Authorized Managing Agent of Hasbro Corporation

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/8/07

Signature of Server: James F Mallinson  6174

Address of Server:
HUGHES LEGAL SUPPORT
7 EVA LANE
CRANSTON, RI 02921
(401) 944-8980

Ann Costa

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.