Index # 07-civ-6395

Purchased/Filed:

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York                    U. S. District Court                    Southern Dist. County

Anne Bryant                                                                        Plaintiff

against

AB Droits Audiovisuels, AB Productions, Apollo's Chariot Music, et al                    Defendant

STATE OF NEW YORK )          **DESCRIPTION OF PERSON SERVED:**          Approx. Age:    45 Yrs.
COUNTY OF ALBANY  ) SS
CITY OF ALBANY     )          Weight:  120 Lbs.  Height:    5' 0"    Sex:  Female  Color of skin:    White

Hair color:   Brown   Other: _____

_____Robin Brandow_____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on          November 26, 2007     , at    12:00pm   , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Complaint                                                                  on

SONY Pictures Home Entertainment Inc.                                          , the

Defendant in this action, by delivering to and leaving with                    Carol Vogt                         ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of

making such service, deponent paid said Secretary of State a fee of          $40        dollars; That said service

was made pursuant to Section   BUSINESS CORPORATION LAW §306 .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Sworn to before me on this

26th   day of _____ November, 2007 _____

_____
FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

_____
Robin  Brandow

**Invoice•Work Order #** 0723696