Index # 07-civ-6395
Purchased/Filed:

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

| State of New York | U. S. District Court | Southern Dist. County |
|---|---|---|

Anne Bryant                                                                                     Plaintiff

against

AB Droits Audiovisuels, AB Productions, Apollo's Chariot Music, et al            Defendant

---

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY        )

**DESCRIPTION OF PERSON SERVED:**   Approx. Age: 45 Yrs.
Weight: 120 Lbs.   Height: 5' 0"   Sex: Female   Color of skin: White
Hair color: Brown   Other: _____

_____ Robin Brandow _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on   November 26, 2007  , at   12:00pm  , at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

_____ Summons and Complaint _____ on

_____ Dreamworks L.L.C. _____, the Defendant in this action, by delivering to and leaving with   Carol Vogt  , AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of   $40   dollars; That said service was made pursuant to Section   LIMITED LIABILITY COMPANY LAW §303  .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

26th day of   November, 2007

_____
FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

_____
Robin Brandow

Invoice•Work Order # 0723697