Index # 07-civ-6395
Purchased/Filed:

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

| State of New York | U. S. District Court | Southern Dist. County |

Anne Bryant                                                                 Plaintiff

against

AB Droits Audiovisuels, AB Productions, Apollo's Chariot Music, et al          Defendant

---

STATE OF NEW YORK ) 
COUNTY OF ALBANY ) SS 
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**   Approx. Age: 45 Yrs.

Weight: 120 Lbs.  Height: 5' 0"  Sex: Female  Color of skin: White

Hair color: Brown   Other:

__Robin Brandow__, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __November 26, 2007__, at __12:00pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed __Summons and Complaint__ on __Dreamworks Pictures, Inc.__, the Defendant in this action, by delivering to and leaving with __Carol Vogt__, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __$40__ dollars; That said service was made pursuant to Section __BUSINESS CORPORATION LAW §306__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

26th day of        November, 2007

_____
FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

_____
Robin Brandow

**Invoice•Work Order # 0723693**