AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

| SOUTHERN | DISTRICT OF | NEW YORK |

ANNE BRYANT,

       Plaintiff,

## SUMMONS IN A CIVIL CASE

          V.

CASE NUMBER:    07- CIV.-6395

AB DROITS AUDIOVISUELS, AB
PRODUCTIONS, APOLLO'S CHARIOT MUSIC,
et al. [SEE ATTACHED RIDER],

TO: (Name and address of defendant)

      Cartoon Network, Inc.
      c/o The Corporation Trust Company
      Corporation Trust Center, 1209 Orange Street
      Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

      Patrick J. Monaghan, Jr., Esq.
      Monaghan, Monaghan, Lamb & Marchisio, LLP
      28 West Grand Avenue
      Montvale, New Jersey 07645
      (201) 802-9060 Phone
      (201) 802-9066 Fax

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

CLERK

DATE

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE<br>11/21/2007 at 1:10 p.m. |
| NAME OF SERVER (PRINT)<br>Daniel Newcomb | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on Cartoon Network, Inc., was effectuated by serving Scott LaScala, Managing Agent duly authorized to accept service.  Service was made at Corporation Trust Company, 1209 Orange St., Wilmington, DE 19801.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES<br>60.00 | TOTAL<br>60.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    11/26/07
                 Date

_____
Signature of Server

2000 Pennsylvania Ave., # 207, Wilmington, DE 19806
Address of Server

[1]  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.