USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

ANNE BRYANT,

                 Plaintiff,

-against-

AB DROITS AUDIOVISUELS, *ET AL.*,

                 Defendants.

------------------------------------X

07 Civ. 6395 (SHS)

PROPOSED REVISED ORDER

SIDNEY, H. STEIN, U.S. District Judge.

    A pretrial conference having been held, with counsel for plaintiff present, counsel for defendants Loonland UK Ltd., TV Loonland Home Entertainment Ltd., Metrodome Group P.L.C., Sony BMG Music Entertainment Inc. and Sunbow Productions Inc. present, and counsel for Hasbro Inc., Hasbro International Inc. and Cartoon Network being present, but not having been served with process.

IT IS HEREBY ORDERED that:

1.     Plaintiff's time to serve the foreign defendants pursuant to Fed. R. Civ. P.4(m) is extended to February 11, 2008. There will be no further extensions;

2.     Plaintiff's time to serve the domestic defendants pursuant to Fed. R. Civ. P. Rule 4(m) is extended to December 10, 2007. There will be no further extensions;

3.     The last day for defendants represented by Patterson Belknap, et al. and Proskauer Rose LLP to move to dismiss the complaint on the grounds of *res judicata* and collateral estoppel is January 4, 2008.

4.     Plaintiff's opposition to the motion is due on or before February 21, 2008;

5. Defendants' reply to the motion is due on or before March 25, 2008;

6. All discovery is stayed pending the Court's determination of the above motion; and

7. If no motion is made, the parties shall notify the Court, in writing, to schedule a pretrial conference.

Dated: New York, New York
December 11, 2007

SO ORDERED: 12/11/07

Sidney H. Stein, U.S.D.J.

-2-