UNITED STATES DISTRICT COURT
DISTRICT OF NEW YORK
------------------------------------------------x
ANNE BRYANT,           :  Case No. 07 Civ. 6395 (SHS)(MHD)
           Plaintiff,  :
                       :  ECF Case
        v.             :
                       :  **NOTICE OF APPEARANCE**
AB DROITS AUDIOVISUELS, ET AL, :
                       :
           Defendant.  :
------------------------------------------------x

S I R S:

    PLEASE TAKE NOTICE, that Gloria C. Phares hereby appears in the above-entitled action, and that the undersigned have been retained as attorneys for defendants SONY/ATV TUNES LLC, SONY/ATV SONGS LLC, RHINO ENTERTAINMENT CO., RHINO HOME VIDEO, and WARNER MUSIC GROUP, and demand that a copy of all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
       January 3, 2008

                Yours, etc.,
                PATTERSON BELKNAP WEBB & TYLER LLP

                By: _____
                        Gloria C. Phares

Attorneys for Sunbow Productions, Inc., Sony BMG Music Entertainment, Loonland UK Ltd., TV Loonland Home Entertainment Ltd., Metrodome Group P.L.C., Sony/ATV Tunes LLC, Sony/ATV Songs LLC, Rhino Entertainment Co., Rhino Home Video, and Warner Music Group.

1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

TO:    Patrick J. Monaghan
Monaghan, Monaghan, Lamb & Marchisio
28 W. Grand Avenue, 2nd Floor
Montvale, NJ 07645

Attorneys for Plaintiff