UNITED STATES DISTRICT COURT
DISTRICT OF NEW YORK
------------------------------------------------x
ANNE BRYANT,                           :   Case No. 07 Civ. 6395 (SHS)(MHD)
                  Plaintiff,    :
                            :   ECF Case
              v.                     :
AB DROITS AUDIOVISUELS, ET AL,         :   **NOTICE OF APPEARANCE**
                            :
                  Defendant.   :
------------------------------------------------x

S I R S :

      PLEASE TAKE NOTICE, that John C. Knapp hereby appears in the above-entitled action, and that the undersigned have been retained as attorneys for defendants SONY/ATV TUNES LLC, SONY/ATV SONGS LLC, RHINO ENTERTAINMENT CO., RHINO HOME VIDEO, and WARNER MUSIC GROUP, and demand that a copy of all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
       January 3, 2008

                              Yours, etc.,

                              PATTERSON BELKNAP WEBB & TYLER LLP

                              By: _____
                                     John C. Knapp

Attorneys for Sunbow Productions, Inc., Sony BMG Music Entertainment, Loonland UK Ltd., TV Loonland Home Entertainment Ltd., Metrodome Group P.L.C., Sony/ATV Tunes LLC, Sony/ATV Songs LLC, Rhino Entertainment Co., Rhino Home Video, and Warner Music Group.

1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

TO: Patrick J. Monaghan
Monaghan, Monaghan, Lamb & Marchisio
28 W. Grand Avenue, 2nd Floor
Montvale, NJ 07645

Attorneys for Plaintiff