UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANNE BRYANT,

    PLAINTIFF,

-against-

AB DROITS AUDIOVISUELS, AB PRODUCTIONS, ET AL,

    DEFENDANTS.

07-CV-6395 (SHS)(MHD)

**NOTICE OF MOTION UNDER FED. R. CIV. P. § 12(b)(6)**

---

PLEASE TAKE NOTICE THAT upon the annexed Declaration of Gloria C. Phares, dated January 4, 2008, the exhibits to it, and the accompanying Memorandum of Law in support of this motion, and upon all papers and prior proceedings in this action, Defendants Sunbow Productions, Inc., Sony BMG Music Entertainment, Loonland UK Ltd., TV Loonland Home Entertainment Ltd., and Metrodome Group P.L.C., Sony/ATV Songs, Inc., Sony/ATV Tunes, Inc., and Rhino Entertainment Co. ("Sunbow Defendants") will move this Court before Judge Sidney H. Stein, United States District Judge, for an order Fed. R. Civ. P. 12(b)(6) dismissing this action in its entirety with prejudice and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
       January 4, 2008

PATTERSON BELKNAP WEBB & TYLER LLP

By:_____/s/ Gloria C. Phares_____
    Gloria C. Phares, Esq.
    John C. Knapp, Esq.

1133 Avenue of the Americas
New York, New York  10036
(212) 336-2000

1424049v.1

                    Attorneys for Defendants Sunbow Productions, Inc.,
                    Sony BMG Music Entertainment, Loonland UK Ltd.,
                    TV Loonland Home Entertainment Ltd., Metrodome Group
                    P.L.C., Sony/ATV Songs, Inc., Sony/ATV Tunes, Inc., and
                    Rhino Entertainment Co.

TO:    Monaghan, Monaghan, Lamb & Marchisio
        Attorneys for Plaintiff Anne Bryant
        28 W. Grand Avenue, 2nd floor
        Montvale, NJ 07645
        Patrick J. Monaghan, Esq.

1424049v.1