# EXHIBIT 1-A

## Anne Bryant v. Sunbow Productions Inc.,
## N.Y. Sup. Ct., Rockland County, Index No. 2821/02

## Exhibit Index - A

| | | |
|---|---|---|
| **Verified Complaint** | 5/21/02 | Exh. 23 |
| *Decision and Order granting first motion to amend* | 12/3/02 | Exh. 92 |
| **Transcript of Hearing to Consolidate 2000 and 2002 cases** | 1/2/03 | Exh. 2 |
| **Amended Complaint** | 12/2/03 | Exh. 24 |
| *Decision and Order* | 3/18/03 | Exh. 25 |
| **Deposition of Anne Bryant (transcript)** | 3/31/03 | Exh. 17 |
| **Note of Issue** | 6/30/03 | Exh. 27 |

### Sunbow's 2003 Motion for Summary Judgment

**Sunbow's Motion for Summary Judgment**

| | | |
|---|---|---|
| Defendant Sunbow Production's Notice of Motion for Summary Judgment and Brief in Support | 9/30/03 | Exh. 30 |
| Affidavit of Carole Weitzman | 9/30/03 | -- |
| Affidavit of Alison Smith | 9/30/03 | -- |
| Affirmation of Roseann Kitson Schuyler in Support of Defendant Sunbow Production's Motion w/ Exhibits | 9/30/03 | -- |

**Plaintiff's Opposition to Summary Judgment and Cross-Motion for Partial Summary Judgment**

| | | |
|---|---|---|
| Plaintiff's Notice of Cross-Motion for Partial Summary Judgment and Affidavit of Anne Bryant in Support | 11/26/03 | Exh. 32 |
| Plaintiff's Memorandum of Law in Opposition to Defendants' Motions for Summary Judgment and in Support of Plaintiff's Cross-Motion for Partial Summary Judgment | 11/26/03 | Exh. 31 |
| Affirmation of Patrick J. Monaghan, Jr. | 11/26/03 | -- |

| Letter from Primiano to GCP and KLJ enclosing Exhibits to Affidavit of Anne Bryant | 11/25/03 | -- |

**Sunbow's Reply in Support of its Motion and in Opposition to Plaintiff's Cross-Motion**

| Sunbow's Reply Brief in Support of its Motion for Summary Judgment and in Opposition to Plaintiff's Cross Motion for Partial Summary Judgment | 12/4/03 | Exh. 33 |
| Affirmation of Gloria C. Phares in Support of Defendant Sunbow Productions, Inc.'s Motion for Summary Judgment | 12/4/03 | Exh. 34 |
| Affidavit of Neil R. Rigby | 12/4/03 | Exh. 35 |
| ***Decision and Order on Defendant Sunbow's Motion for Summary Judgment and Plaintiff's Cross-Motion for Partial Summary Judgment*** | 12/15/03 | Exh. 39 |

### Sunbow's Motion for Partial Dismissal for Lack of Jurisdiction

**Sunbow's Motion for Partial Dismissal for Lack of Jurisdiction**

| Notice of Defendant Sunbow Productions. Inc.'s Motion for Partial Dismissal for Lack of Subject Matter Jurisdiction and Brief in Support | 12/9/03 | Exh. 36 |
| Affirmation of Gloria C. Phares in Support of Defendant Sunbow Productions, Inc.'s Motion | 12/9/03 | -- |

**Plaintiff's Opposition to Motion for Partial Dismissal for Lack of Jurisdiction**

| Plaintiff's Memorandum of Law in Opposition to Defendant Sunbow's Motion | 12/17/03 | Exh. 37 |

**Sunbow's Reply in Support of its Motion**

| Sunbow's Reply Brief in Support of Defendant Sunbow's Motion | 12/18/03 | Exh. 38 |
| ***Decision and Order denying defendant Sunbow's motion for partial dismissal for lack of subject matter jurisdiction*** | 12/24/03 | Exh. 40 |

### Sunbow's Motion for Reconsideration and Clarification of December 15 and 24, 2003 Decisions and Orders

**Sunbow's Motion for Reconsideration and Clarification**

| | | |
|---|---|---|
| Notice of Motion of Sunbow Productions, Inc. for Reconsideration and Clarification of the Court's December 15 and 24, 2003 Orders Denying Sunbow's Motions for Summary Judgment and to Dismiss for Lack of Subject Matter Jurisdiction, ret. 1/9/04, and Brief in Support of its Motion | 12/31/03 | Exh. 41 |
| Affirmation of Kathleen L. Jennings in Support of Defendant Sunbow Productions, Inc.'s Brief in Support of Its Motion for Reconsideration and Clarification | 12/31/03 | -- |

**Plaintiff's Cross-Motion for Modification of Court's Order**

| | | |
|---|---|---|
| Plaintiff's Notice of Cross-Motion for Modification of the Court's December 15, 2003 Order Regarding the Application of the Statute of Limitation and in Opposition to Motion by Defendant Sunbow Productions, Inc. for Reconsideration | 1/6/04 | -- |
| Plaintiff's Memorandum of Law in Support of Her Cross-Motion for Modification of the Court's December 15, 2003 Order to Declare the Statute of Limitations Tolled on August 24, 2000, and in Opposition to Motion by Defendant Sunbow Productions, Inc. for Reconsideration of the Court's December 15 and 24, 2003 Orders | 1/6/04 | Exh. 42 |

**Defendant Sunbow Production, Inc.'s Reply Brief in Support of its Motion and in Opposition to Plaintiff's Cross-Motion**

| | | |
|---|---|---|
| Defendant Sunbow Productions, Inc.'s Reply Brief in Support of Its Motion for Reconsideration and Clarification of the Court's December 15 and 24, 2003 Orders and Its Brief in Response to Plaintiff's Cross-Motion for Modification of the Court's December 15, 2003 Order Regarding the Statute of Limitations | 1/8/04 | -- |
| Affirmation of Gloria C. Phares in Support of Defendant Sunbow Productions, Inc.'s Reply Brief and Its Brief in Response to Plaintiff's Cross-Motion | 1/8/04 | -- |

**Letter from Monaghan to Justice O'Rourke in response to Sunbow's 1/8/04 brief**

| | |
|---|---|
| | 1/9/04    -- |

**Plaintiff's Reply in Further Support of Her Cross-Motion**

| | | |
|---|---|---|
| Reply Affirmation of Patrick J. Monaghan, Jr. in Further Support of Plaintiff's Cross-Motion for Modification of the Court's December 15, 2003 Order | 1/12/04 | -- |
| ***Decision and Order denying defendant Sunbow's motion for reconsideration and clarification and granting in part plaintiff's cross-motion for modification; Trial scheduled on 3/22/04*** | 1/22/04 | Exh. 43 |

## 2004 Motion for Summary Judgment

**Sunbow's Motion to Dismiss, or in the Alternative, for Summary Judgment**

| | | |
|---|---|---|
| Memorandum of Law in Support of Sunbow Productions, Inc.'s Motion to Dismiss or, in the Alternative, for Summary Judgment | 4/5/04 | -- |
| Affirmation of Gloria C. Phares in Support of Sunbow Productions, Inc.'s Motion | 3/30/04 | -- |
| Exhibit Y to the Affirmation of Gloria C. Phares in Support of Sunbow Productions, Inc.'s Motion | 3/30/04 | -- |

**Plaintiff's Opposition to Sunbow's Motion to Dismiss, or in the Alternative, for Summary Judgment**

| | | |
|---|---|---|
| Plaintiff's Memorandum of Law in Opposition to Motions to Dismiss or, in the Alternative, for Summary Judgment Submitted by Defendants Jules M. Bacal and Sunbow Productions, Inc. | 4/30/04 | -- |
| Affidavit of Plaintiff Anne Bryant in Opposition to Motions for Summary Judgment and Dismissal Submitted by Defendants, with annexed exhibits | 4/30/04 | Exh. 26a |
| Affidavit of Plaintiff Anne Bryant in Response to the Affidavit of Neil Rigby, with annexed exhibits | 4/30/04 | -- |
| Affidavit of Plaintiff Anne Bryant in Response to the Affidavit of Helene Blue, with annexed exhibits | 4/30/04 | Exh. 26b |
| Exhibits: Three Licenses between Rhino Entertainment Co. and Sunbow Entertainment LLC | | Exh. 26b |
| Affidavit of Plaintiff Anne Bryant in Response to the | 4/30/04 | Exh. 55 |

4

| | | |
|---|---|---|
| Affidavits of Thomas Griffin and Jules M. Bacal, with annexed exhibits | | |
| Affidavit of Plaintiff Anne Bryant in Response to the Affidavit of Carole Weitzman, with annexed exhibits | 4/30/04 | -- |
| Affidavit of Plaintiff Anne Bryant in Response to the Affidavit of Brian C. Harris, with annexed exhibits | 4/30/04 | -- |

**Sunbow's Reply in Further Support of its Motion to Dismiss or for Summary Judgment**

| | | |
|---|---|---|
| Sunbow's Reply Memorandum of Law in Support of its Motion to Dismiss or, in the Alternative, for Summary Judgment | 5/5/04 | -- |
| Supplemental Affidavit of Helene Blue | 5/7/04 | -- |
| Letter from GCP to Justice O'Rourke correcting Sunbow's Reply Memorandum of Law in Support of Its Motion to Dismiss or, in the Alternative, for Summary Judgment | 5/11/04 | -- |
| ***Decision and Order Regarding Defendants' Motions for Dismissal or Summary Judgment*** | 5/26/04 | Exh. 44 |

## 2004 Phase of Trial

| | | |
|---|---|---|
| **Trial Transcript** | 7/6/04 | Exh. 3 |
| **Trial Transcript** | 7/7/04 | Exh. 4 |
| **Trial Transcript** | 7/8/04 | Exh. 5 |
| **Trial Transcript** | 7/9/04 | Exh. 6 |
| **Trial Transcript** | 7/21/04 | Exh. 7 |

## Framed Issue Hearing

| | | |
|---|---|---|
| **Hearing Transcript** | 9/13/04 | Exh. 8 |
| ***Decision and Order Setting Framed Issue Hearing*** | 9/22/04 | Exh. 60 |
| Affidavit of Plaintiff Anne Bryant Concerning Framed Issue Hearing and in Response to 8/19/04 and 9/23/04 Letters of Sunbow's Counsel | 10/27/04 | Exh. 63 |
| **Framed Issue Hearing Transcript** | 10/29/04 | Exh. 9 |

**Sunbow's Post-Hearing Brief**

| | | |
|---|---|---|
| Defendant Sunbow Productions, Inc.'s Post-Hearing Brief in Support of Its Contentions that (1) Plaintiff's Signatures Are Genuine, (2) Plaintiff Always Worked Pursuant to Written Work-For-Hire Agreements, and (3) the Case Should Be Dismissed Entirely | 1/28/05 | Exh. 64 |
| Affirmation of Gloria C. Phares in Support of Defendant Sunbow's Post-Hearing Brief | 1/28/05 | -- |

**Plaintiff's Post-Hearing Brief**

| | | |
|---|---|---|
| Plaintiff's Memorandum of Law Relative to Framed Issue Hearing of October 29, 2004 | 2/4/05 | Exh. 65 |
| Affidavit of Plaintiff Anne Bryant Relative to Framed Issue Hearing of October 29, 2004 | 2/4/05 | Exh. 66 |

**Sunbow's Reply Post-Hearing Brief**

| | | |
|---|---|---|
| Defendant Sunbow Productions, Inc.'s Reply Post-Hearing Brief in Support of Its Contentions that (1) Plaintiff's Signatures Are Genuine, (2) Plaintiff Always Worked Pursuant to Written Work-For-Hire Agreements, and (3) the Case Should Be Dismissed Entirely | 2/14/05 | Exh. 67 |
| ***Order re: Authenticity and Genuineness of Late-Produced Documents, Application is Held in Abeyance Until Outcome of Appeals is Decided*** | 3/3/05 | -- |

## Plaintiff's Motion to Vacate Order, Amend Complaint, Further Discovery, and Bifurcation

**Plaintiff's Motion to Amend the Complaint et al**

| | | |
|---|---|---|
| Affirmation of Patrick J. Monaghan in support of Plaintiff's Motion (1) to Vacate Order of March 3, 2005; (2) to Deem Pleadings Amended to Include Causes of Action for Breach of Written Contracts; (3) for Additional Discovery; and (4) for Birfucation of Claims Relating to Performance Royalties and Publishing Royalties and (5) for a Date Certain for Resumption of Trial as to Performance Royalty Claims | 12/6/05 | Exh. 68 |

| | | |
|---|---|---|
| Plaintiff's Memorandum of Law in Support of Motion to Vacate Order of March 3, 2005; to Deem Pleadings Amended; for Additional Discovery; for Bifurcation of Claims and Resumption of Trial | 12/14/05 | Exh. 69 |
| Affidavit of Anne Bryant in Support of Motion to Vacate Order of March 3, 2005; to Deem Pleadings Amended; for Additional Discovery; for Bifurcation of Claims and Resumption of Trial | 12/6/05 | Exh. 70 |

**Sunbow's Opposition to Plaintiff's Motion to Amend Complaint et al**

| | | |
|---|---|---|
| Sunbow Productions, Inc.'s Memorandum of Law in Opposition to Plaintiff's Motion | 1/5/06 | Exh. 71 |
| Affirmation of Gloria C. Phares in Opposition to Plaintiff's Motion | 1/5/06 | -- |

**Plaintiff's Letters to State Court**

| | | |
|---|---|---|
| Letter from Monaghan to Justice O'Rourke enclosing August 2005 Declaration of David Berman | 1/10/06 | Exh. 72 |
| Letter from Monaghan to Justice O'Rourke enclosing Exhibit A to 12/6/05 Bryant Affidavit | 1/13/06 | -- |

**Sunbow's Supplemental Opposition to Plaintiff's Motion to Amend Complaint et al**

| | | |
|---|---|---|
| Sunbow Productions, Inc.'s Supplemental Memorandum of Law in Opposition to Plaintiff's Motion | 1/17/06 | Exh. 73 |
| Supplemental Affirmation of Gloria C. Phares in Opposition to Plaintiff's Motion | 1/17/06 | -- |

**Plaintiff's Reply on her Motion to Amend et al**

| | | |
|---|---|---|
| Reply Memorandum of Law | 1/20/06 | -- |
| Reply Affirmation of Patrick J. Monaghan | 1/20/06 | -- |

| | | |
|---|---|---|
| ***Decision and Order denying plaintiff's request to vacate 3/3/05 stay, to amend the complaint and to bifurcate trial; Plaintiff's request for video depositions of Ford Kinder and David Berman is granted*** | 1/30/06 | Exh. 74 |
| ***Decision and Order re: framed issue hearing*** | 6/12/06 | Exh. 75 |

## **Motion to Reargue**

**Sunbow's Motion to Reargue**

| | | |
|---|---|---|
| Defendant's Notice of Motion for Leave to Reargue 6/15/06 Order | 7/6/06 | Exh. 76 |
| Affirmation of Gloria C. Phares in Support of Sunbow Productions, Inc.'s Motion for Leave to Reargue | 7/6/06 | Exh. 76 |

**Plaintiff's Opposition to Sunbow's Motion to Reargue**

| | | |
|---|---|---|
| Affirmation of Patrick J. Monaghan, Jr. in Opposition to Sunbow's Motion for Leave to Reargue | 7/21/06 | Exh. 77 |

**Sunbow's Reply**

| | | |
|---|---|---|
| Reply Affirmation of Gloria C. Phares in Support of Sunbow Productions, Inc.'s Motion to Reargue Under CPLR 2221(a) | 7/28/06 | Exh. 78 |
| ***Decision and Order granting defendant Sunbow's motion to reargue; but the order dated 6/15/06 remains in full force and effect*** | 8/9/06 | Exh. 79 |
| ***Letter from Justice O'Rourke to counsel indicating trial will continue during week of 12/4/05*** | 8/10/06 | Exh. 80 |

## **Sunbow's Motion for Summary Judgment Under CPLR 4401**

**Sunbow's Motion for Summary Judgment**

| | | |
|---|---|---|
| Brief in Support of its Motion for Judgment Under CPLR 4401 | 8/25/06 | -- |
| Affirmation of Gloria Phares in Support | 8/25/06 | -- |

**Plaintiff's Opposition and Cross-Motion for Judgment**

| | | |
|---|---|---|
| Plaintiff's Notice of Cross-Motion for Judgment on Liability Based on Formal Judicial Admissions by Defendant Sunbow (CPLR 4401) and for Reference to a Referee or Special Master (CPLR 4301) on Issue of Extent of Damages and Memorandum of Law in Opposition to Defendant Sunbow's CPLR 4401 Motion | 9/15/06 | -- |
| Affirmation of Patrick J. Monaghan, Jr. | 9/15/06 | -- |

**Sunbow's Reply and Opposition to Plaintiff's Cross-Motion for Judgment**

| | | |
|---|---|---|
| Defendant Sunbow's Reply Brief in Support of Its Motion for Judgment Under CPLR 4401 and in Opposition to Plaintiff's Cross-Motion for Judgment Under CPLR 4401 and for a Reference Under CPLR 4301 | 9/29/06 | -- |
| Affirmation of Gloria C. Phares in Support of Defendant Sunbow's Reply Brief and in Opposition to Plaintiff's Cross-Motion | 9/29/06 | -- |

**Plaintiff's Reply on her Cross Motion for Judgment**

| | | |
|---|---|---|
| Reply Affirmation of Patrick J. Monaghan | 10/4/06 | -- |

**Sunbow's Letter Regarding Plaintiff's Reply**

| | | |
|---|---|---|
| Letter from GCP to Justice O'Rourke in response to plaintiff's reply to cross-motion | 10/5/06 | -- |
| ***Decision and order denying defendant Sunbow's motion for judgment and plaintiff's cross-motion for judgment*** | 11/2/06 | Exh. 81 |
| Amended Witness List for Plaintiff Anne Bryant | 11/13/06 | -- |
| Second Amended Witness List for Plaintiff Anne Bryant | 11/14/06 | -- |
| [Third] Amended Witness List for Plaintiff Anne Bryant | 12/1/06 | Exh. 82 |

## 2006 Phase of Trial

| | | |
|---|---|---|
| **Pre-trial Telephone Conference Call Transcript** | 12/1/06 | Exh. 10 |
| **Trial Transcript** | 12/4/06 | Exh. 11 |
| **Trial Transcript** | 12/5/06 | Exh. 12 |
| **Trial Transcript** | 12/6/06 | Exh. 13 |
| **Trial Transcript** | 12/11/06 | Exh. 14 |

### 2006 Motion to Dismiss

**Sunbow's Motion to Dismiss**

| | | |
|---|---|---|
| Sunbow Productions, Inc.'s Motion to Dismiss | 12/5/06 | Exh. 88 |
| Affirmation of Gloria C. Phares in Support of Sunbow Productions, Inc.'s Motion to Dismiss | 12/5/06 | Exh. 86 |

**Plaintiff's Opposition and Cross-Motion for Judgment and to Conform the Pleadings**

| | | |
|---|---|---|
| Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Judgment and in Opposition to Sunbow's Motion for a Directed Verdict and to Dismiss the Amended Complaint | 12/8/06 | Exh. 87 |
| Affidavit of Michael Korik in Opposition to Sunbow's Motion for a Directed Verdict and in Support of Plaintiff's Motion for Judgment | 12/8/06 | Exh. 89 |

**Sunbow's Reply and Opposition to Plaintiff's Motion for Judgment**

| | | |
|---|---|---|
| Sunbow Productions, Inc.'s Reply Brief in Further Support of Its Motion to Dismiss | 12/8/06 | Exh. 90 |
| Reply Affirmation of Gloria C. Phares in Support of Sunbow Productions, Inc.'s Motion to Dismiss | 12/8/06 | Exh. 91 |

**Plaintiff's Sur-Reply**

| | | |
|---|---|---|
| Plaintiff's Sur-reply | 12/22/06 | -- |

### Plaintiff's Motion to "Continue Trial" (Sur-Reply)

**Plaintiff's Motion to Continue Trial**

| | | |
|---|---|---|
| Plaintiff's Notice of Motion to Continue Trial, ret. 2/6/07 | 1/23/07 | Exh. 93 |

> Exhibit A: Transcript of 8/9/06 Deposition of Ford Kinder
> Exhibit B: Transcript of 5/19/06 Deposition of Carole Weitzman
> Exhibit C: Transcript of 11/15/01 Deposition of Jules M. Bacal
> Exhibit D: "Cast and Crew" listings for TV Shows
> Exhibit E: Plaintiff's BMI and ASCAP Catalogues

**Plaintiff's Letter to Justice O'Rourke**

| | | |
|---|---|---|
| | 2/2/07 | Exh. 94 |

| | | |
|---|---|---|
| *Letter from Justice O'Rourke to Counsel regarding Monaghan's 2/2/07 letter and setting briefing on plaintiff's CPLR 4401 motion* | 2/8/07 | Exh. 95 |

**Sunbow's Opposition to Plaintiff's "Motion" (Sur-Reply)**

| | | |
|---|---|---|
| Sunbow Productions, Inc.'s Opposition to Plaintiff's Sur-Reply | 2/22/07 | Exh. 96 |
| Affirmation of John C. Knapp in Support of Sunbow Productions, Inc.'s Opposition to Plaintiff's Sur-Reply | 2/22/07 | -- |

**Plaintiff's Reply**

| | | |
|---|---|---|
| Reply Affirmation of Patrick J. Monaghan to Sunbow's Opposition to Motion to Resume Trial and Allow Deposition Testimony | 3/3/07 | Exh. 97 |
| *Decision and Order Dismissing Case with Costs and Disbursements* | 3/9/07 | Exh. 98 |
| *Final Judgment, with Annexed Bill of Costs and Affirmation of Gloria C. Phares; entered by Rockland County Clerk* | 5/8/07 | Exh. 99 |

### Motion to Vacate Judgment

**Plaintiff's Motion to Vacate Judgment**

| | | |
|---|---|---|
| Plaintiff's Notice of Motion to Vacate Ex Parte Final Judgment Entered May 8, 2007 Returnable 6/6/07 with annexed Affirmation of Patrick J. Monaghan, Jr. in support | 5/23/07 | -- |
| Memorandum of Law in Support of Plaintiff's Motion to Vacate Final Judgment | 5/23/07 | Exh. 100 |

**Sunbow's Opposition**

| | | |
|---|---|---|
| Sunbow Production, Inc.'s Memorandum of Law in Opposition to Plaintiff's Motion to Vacate the Final Judgment | 5/30/07 | Exh. 101 |

**Plaintiff's Reply**

| | | |
|---|---|---|
| Plaintiff's Reply Memorandum re: motion to vacate final judgment | 6/4/07 | Exh. 102 |
| *Decision and Order denying plaintiff's motion to vacate judgment* | 6/12/07 | Exh. 103 |

## Other Exhibits

| | |
|---|---|
| Production Agreements for TV Shows | Exh. 15 |
| Hasbro and Sunbow Standard Terms and Conditions | Exh. 16 |
| December 21, 2000 TVL/Sunbow License to SMEI | Exh. 21 |
| Plaintiff's Trial Exhibit 6 – *Transformers* BMI Cue Sheet | Exh. 47 |
| Plaintiff's Trial Exhibit 7 – *Transformers* "Heroes" DVD Box | Exh. 50 |
| Plaintiff's Trial Exhibit 8 – *Transformers* "Villains" DVD Box | Exh. 51 |
| Plaintiff's Trial Exhibit 9 – *Transformers* "The Movie" (1986) DVD Box | Exh. 52 |
| Plaintiff's Trial Exhibit 10 – *Transformers* Season 2 Part 1 DVD Box | Exh. 53 |
| Plaintiff's Trial Exhibit 11 – *Transformers* Volumes 10-12 VHS Boxes | Exh. 54 |
| Plaintiff's Trial Exhibit 12 – *Jem* BMI Cue Sheet | Exh. 48 |
| Defendant's Trial Exhibit B – 4/8/88 GBI *Visionaries* Agreement | Exh. 45 |
| Defendant's Trial Exhibit C – 4//8/88 GBI *Transfomers* Agreement | Exh. 46 |
| Defendant's Trial Exhibit G – Unsigned *Jem* agreement | Exh. 28 |
| Defendant's Trial Exhibit H – Wm Dobishinksi 3/3/86 Letter Proposing Amendments to the *Jem* Agreement | Exh. 56 |
| Defendant's Trial Exhibit I – R. Harris Letter Replying to Dobishinksi Letter | Exh. 57 |
| Defendant's Trial Exhibit J – 2/9/87 Dobishinski Letter Proposing Amendment to *Jem* Agreement | Exh. 29 |
| Defendant's Trial Exhibit M – Signed *Jem* Agreement | Exh. 18 |
| Defendant's Trial Exhibit N – Signed *My Little Pony* Agreement | Exh. 58 |
| Defendant's Trial Exhibit O – Signed *Jem* Amendment | Exh. 59 |
| Defendant's Trial Exhibit P – Signed Harman Agreement | Exh. 61 |
| Defendant's Trial Exhibit Q – Compilation of Sunbow Agreements with Lyricists and Composers – Index Only | Exh. 62 |
| Plaintiff's Trial Exhibit 25 – *G.I. Joe* VHS Boxes | Exh. 104 |

| | |
|---|---|
| Plaintiff's Trial Exhibit 26 – *G.I. Joe* "The Movie" DVD Box | Exh. 105 |
| Plaintiff's Trial Exhibit 40 – *Visionaries* BMI Cue Sheet | Exh. 49 |
| Plaintiff's Trial Exhibit 48 – Royalty Statement | Exh. 83 |
| Plaintiff's Trial Exhibit 49 – *Curriculum Vitae* of David Berman | Exh. 84 |
| Plaintiff's Trial Exhibit 50 – Sunbow Covering Letter to Royalty Statement | Exh. 85 |
| Defendant's Trial Exhibit AA – Royalty Statement | Exh. 19 |
| 3/11/96 Sunbow / Sony ATV Administration Agreement | Exh. 20 |
| Sunbow / Rhino Distribution Agreements | Exh. 22 |
| Sunbow /Blacklund & Co. Agreement | Exh. 106 |
| [Deliberately Omitted] | Exh. 107 |
| GBI (for the benefit of Hasbro) 4/8/88 *Visionaries* work-for-hire Agreement | Exh. 108 |
| GBI (for the benefit of Hasbro) 4/8/88 *Transformers* work-for-hire Agreement | Exh. 109 |
| GBI (for the benefit of Hasbro) 3/21/84 *Transformers* work-for-hire Agreement | Exh. 110 |
| GBI (for the benefit of Hasbro) 4/8/88 *Transformers* work-for-hire Agreement (legible copy) | Exh. 111 |
| Hasbro/Milton Bradley / Dobishinski Publishing Administration Agreement | Exh. 112 |
| Sunbow / Sony/ATV Agreement | Exh. 113 |
| Plaintiff's 3/29/04 letter (without attachments) producing 1980s licenses between Sunbow/ International Video Ent't Inc. and Sunbow / Children's Video Library Agreements | Exh. 114 |
| Plaintiff's 6/7/04 letter (without attachments) Producing Rhino Agreements | Exh. 115 |
| *Mengoni v. Lorelli*, Sept. 17, 2007 N.Y.L.J. 20 (col. 3) (NY Civ Ct, NY County, Aug 17, 2007) | Exh. 116 |
| *North Am. Van Lines, Inc. v. American Int'l Cos.*, 2006 NY Slip Op 50576U (N.Y. Misc. 2006) | Exh. 117 |
| *Roth v. Syracuse Hous. Auth.*, 2002 NY Slip Op 40550U 10 (N.Y. Misc. 2002) | Exh. 118 |

# EXHIBIT 1-B

# Anne Bryant v. Sunbow Productions Inc.,
## N.Y. Sup. Ct., Rockland County, Index No. 2821/02

## Exhibit Index – B

| | | |
|---|---|---|
| Exhibit Index by Docket | | Exh. 1A |
| Exhibit Index by Exhibit Number | | Exh. 1B |
| Transcript of Hearing to Consolidate 2000 and 2002 cases | 1/2/03 | Exh. 2 |
| Trial Transcript | 7/6/04 | Exh. 3 |
| Trial Transcript | 7/7/04 | Exh. 4 |
| Trial Transcript | 7/8/04 | Exh. 5 |
| Trial Transcript | 7/9/04 | Exh. 6 |
| Trial Transcript | 7/21/04 | Exh. 7 |
| Hearing Transcript | 9/13/04 | Exh. 8 |
| Framed Issue Hearing Transcript | 10/29/04 | Exh. 9 |
| Pre-trial Telephone Conference Call Transcript | 12/1/06 | Exh. 10 |
| Trial Transcript | 12/4/06 | Exh. 11 |
| Trial Transcript | 12/5/06 | Exh. 12 |
| Trial Transcript | 12/6/06 | Exh. 13 |
| Trial Transcript | 12/11/06 | Exh. 14 |
| Production Agreements for TV Shows | | Exh. 15 |
| Hasbro and Sunbow Standard Terms and Conditions | | Exh. 16 |
| Deposition of Anne Bryant (transcript) | 3/31/03 | Exh. 17 |
| Defendant's Trial Exhibit M—Signed *Jem* Agreement | | Exh. 18 |
| Defendant's  Trial Exhibit AA – Royalty Statement | | Exh. 19 |

| | | |
|---|---|---|
| Sunbow / Sony ATV Administration Agreement | 3/11/96 | Exh. 20 |
| December 21, 2000 TVL/Sunbow License to SMEI | | Exh. 21 |
| Sunbow / Rhino Distribution Agreements | | Exh. 22 |
| Verified Complaint | 5/21/02 | Exh. 23 |
| Amended Complaint | 12/2/03 | Exh. 24 |
| *Decision and Order* | 3/18/03 | Exh. 25 |
| Affidavit of Plaintiff Anne Bryant in Opposition to Motions for Summary Judgment and Dismissal Submitted by Defendants, with annexed exhibits | 4/30/04 | Exh. 26a |
| Affidavit of Plaintiff Anne Bryant in Response to the Affidavit of Helene Blue, with annexed exhibits | 4/30/04 | Exh. 26b |
| Exhibits: Three Licenses between Rhino Entertainment Co. and Sunbow Entertainment LLC | | Exh. 26b |
| Note of Issue | 6/30/03 | Exh. 27 |
| Defendant's Trial Exhibit G – Unsigned *Jem* Agreement | | Exh. 28 |
| Defendant's Trial Exhibit J – Dobishinski Letter Proposing Amendment to *Jem* Agreement | 2/9/87 | Exh. 29 |
| Defendant Sunbow Production's Notice of Motion for Summary Judgment and Brief in Support | 9/30/03 | Exh. 30 |
| Plaintiff's Memorandum of Law in Opposition to Defendants' Motions for Summary Judgment and in Support of Plaintiff's Cross-Motion for Partial Summary Judgment | 11/26/03 | Exh. 31 |
| Plaintiff's Notice of Cross-Motion for Partial Summary Judgment and Affidavit of Anne Bryant in Support | 11/26/03 | Exh. 32 |
| Sunbow's Reply Brief in Support of its Motion for Summary Judgment and in Opposition to Plaintiff's Cross Motion for Partial Summary Judgment | 12/4/03 | Exh. 33 |
| Affirmation of Gloria C. Phares in Support of Defendant Sunbow Productions, Inc.'s Motion for Summary Judgment | 12/4/03 | Exh. 34 |
| Affidavit of Neil R. Rigby | 12/4/03 | Exh. 35 |
| Notice of Defendant Sunbow Productions. Inc.'s Motion for Partial Dismissal for Lack of Subject Matter Jurisdiction and Brief in Support | 12/9/03 | Exh. 36 |

| | | |
|---|---|---|
| Plaintiff's Memorandum of Law in Opposition to Defendant Sunbow's Motion | 12/17/03 | Exh. 37 |
| Sunbow's Reply Brief in Support of Defendant Sunbow's Motion | 12/18/03 | Exh. 38 |
| *Decision and Order on Defendant Sunbow's Motion for Summary Judgment and Plaintiff's Cross-Motion for Partial Summary Judgment* | 12/15/03 | Exh. 39 |
| *Decision and Order denying defendant Sunbow's motion for partial dismissal for lack of subject matter jurisdiction* | 12/24/03 | Exh. 40 |
| Notice of Motion of Sunbow Productions, Inc. for Reconsideration and Clarification of the Court's December 15 and 24, 2003 Orders Denying Sunbow's Motions for Summary Judgment and to Dismiss for Lack of Subject Matter Jurisdiction, ret. 1/9/04, and Brief in Support of its Motion | 12/31/03 | Exh. 41 |
| Plaintiff's Memorandum of Law in Support of Her Cross-Motion for Modification of the Court's December 15, 2003 Order to Declare the Statute of Limitations Tolled on August 24, 2000, and in Opposition to Motion by Defendant Sunbow Productions, Inc. for Reconsideration of the Court's December 15 and 24, 2003 Orders | 1/6/04 | Exh. 42 |
| *Decision and Order denying defendant Sunbow's motion for reconsideration and clarification and granting in part plaintiff's cross-motion for modification; Trial scheduled on 3/22/04* | 1/22/04 | Exh. 43 |
| *Decision and Order Regarding Defendants' Motions for Dismissal or Summary Judgment* | 5/26/04 | Exh. 44 |
| Defendant's Trial Exhibit B – 4/8/88 GBI *Visionaries* Agreement | | Exh. 45 |
| Defendant's Trial Exhibit C – 4/8/88 GBI *Transformers* Agreement | | Exh. 46 |
| Plaintiff's Trial Exhibit 6 – *Transformers* BMI Cue Sheet | | Exh. 47 |
| Plaintiff's Trial Exhibit 12 – *Jem* BMI Cue Sheet | | Exh. 48 |
| Plaintiff's Trial Exhibit 40 – *Visionaries* BMI Cue Sheet | | Exh. 49 |
| Plaintiff's Trial Exhibit 7 – *Transformers* "Heroes" DVD Box | | Exh. 50 |
| Plaintiff's Trial Exhibit 8 – *Transformers* "Villains" DVD Box | | Exh. 51 |
| Plaintiff's Trial Exhibit 9 – *Transformers* "The Movie" (1986) DVD Box | | Exh. 52 |
| Plaintiff's Trial Exhibit 10 – *Transformers* Season 2 Part 1 DVD Box | | Exh. 53 |
| Plaintiff's Trial Exhibit 11 – *Transformers* Volumes 10-12 VHS Box | | Exh. 54 |

| | | |
|---|---|---|
| Affidavit of Plaintiff Anne Bryant in Response to the Affidavits of Thomas Griffin and Jules M. Bacal, with annexed exhibits | 4/30/04 | Exh. 55 |
| Defendant's Trial Exhibit H – Wm. Dobishinksi 3/3/86 Letter Proposing Amendments to the *Jem* Agreement | | Exh. 56 |
| Defendant's Trial Exhibit I – R. Harris Letter Responding to Dobishinksi Letter | | Exh. 57 |
| Defendant's Trial Exhibit N – Signed *My Little Pony* Agreement | | Exh. 58 |
| Defendant's Trial Exhibit O – Signed *Jem* Amendment | | Exh. 59 |
| *Decision and Order Setting Framed Issue Hearing* | 9/22/04 | Exh. 60 |
| Defendant's Trial Exhibit P—Harman Agreement | | Exh. 61 |
| Defendant's Trial Exhibit Q – Compilation of Sunbow Agreements with Lyricists and Composers – Index Only | | Exh. 62 |
| Affidavit of Plaintiff Anne Bryant Concerning Framed Issue Hearing and in Response to Sunbow Counsel's Letters of 8/19/04 and 9/23/04 | 10/27/04 | Exh. 63 |
| Defendant Sunbow Productions, Inc.'s Post-Hearing Brief in Support of Its Contentions that (1) Plaintiff's Signatures Are Genuine, (2) Plaintiff Always Worked Pursuant to Written Work-For-Hire Agreements, and (3) the Case Should Be Dismissed Entirely | 1/28/05 | Exh. 64 |
| Plaintiff's Memorandum of Law Relative to Framed Issue Hearing of October 29, 2004 | 2/4/05 | Exh. 65 |
| Affidavit of Plaintiff Anne Bryant Relative to Framed Issue Hearing of October 29, 2004 | 2/4/05 | Exh. 66 |
| Defendant Sunbow Productions, Inc.'s Reply Post-Hearing Brief in Support of Its Contentions that (1) Plaintiff's Signatures Are Genuine, (2) Plaintiff Always Worked Pursuant to Written Work-For-Hire Agreements, and (3) the Case Should Be Dismissed Entirely | 2/14/05 | Exh. 67 |
| Affirmation of Patrick J. Monaghan in support of Plaintiff's Motion (1) to Vacate Order of March 3, 2005; (2) to Deem Pleadings Amended to Include Causes of Action for Breach of Written Contracts; (3) for Additional Discovery; and (4) for Birfucation of Claims Relating to Performance Royalties and Publishing Royalties and (5) for a Date Certain for Resumption of Trial as to Performance Royalty Claims | 12/6/05 | Exh. 68 |
| Plaintiff's Memorandum of Law in Support of Motion to Vacate Order of March 3, 2005; to Deem Pleadings Amended; for Additional Discovery; | 12/14/05 | Exh. 69 |

4

for Bifurcation of Claims and Resumption of Trial

| | | |
|---|---|---|
| Affidavit of Anne Bryant in Support of Motion to Vacate Order of March 3, 2005; to Deem Pleadings Amended; for Additional Discovery; for Bifurcation of Claims and Resumption of Trial | 12/6/05 | Exh. 70 |
| Sunbow Productions, Inc.'s Memorandum of Law in Opposition to Plaintiff's Motion | 1/5/06 | Exh. 71 |
| Letter from Monaghan to Justice O'Rourke enclosing August 2005 Declaration of David Berman | 1/10/06 | Exh. 72 |
| Sunbow Productions, Inc.'s Supplemental Memorandum of Law in Opposition to Plaintiff's Motion | 1/17/06 | Exh. 73 |
| *Decision and Order denying plaintiff's request to vacate 3/3/05 stay, to amend the complaint and to bifurcate trial; Plaintiff's request for video depositions of Ford Kinder and David Berman is granted* | 1/30/06 | Exh. 74 |
| *Decision and Order re: framed issue hearing* | 6/12/06 | Exh. 75 |
| Defendant's Notice of Motion for Leave to Reargue 6/15/06 Order | 7/6/06 | Exh. 76 |
| Affirmation of Gloria C. Phares in Support of Sunbow Productions, Inc.'s Motion for Leave to Reargue | 7/6/06 | Exh. 76 |
| Affirmation of Patrick J. Monaghan, Jr. in Opposition to Sunbow's Motion for Leave to Reargue | 7/21/06 | Exh. 77 |
| Reply Affirmation of Gloria C. Phares in Support of Sunbow Productions, Inc.'s Motion to Reargue Under CPLR 2221(a) | 7/28/06 | Exh. 78 |
| *Decision and Order granting defendant Sunbow's motion to reargue, however, the order dated 6/15/06 remains in full force and effect* | 8/9/06 | Exh. 79 |
| *Letter from Justice O'Rourke to counsel indicating trial will continue during week of 12/4/05* | 8/10/06 | Exh. 80 |
| *Decision and order denying defendant Sunbow's motion for judgment and plaintiff's cross-motion for judgment* | 11/2/06 | Exh. 81 |
| Amended Witness List for Plaintiff Anne Bryant | 12/1/06 | Exh. 82 |
| Plaintiff's Trial Exhibit 48 – Royalty Statement | | Exh. 83 |
| Plaintiff's Trial Exhibit 49 – *Curriculum Vitae* of David Berman | | Exh. 84 |
| Plaintiff's Trial Exhibit 50 – Sunbow Covering Letter to Royalty Statement | | Exh. 85 |

| | | |
|---|---|---|
| Affirmation of Gloria C. Phares in Support of Sunbow Productions, Inc.'s Motion to Dismiss | 12/5/06 | Exh. 86 |
| Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Judgment and in Opposition to Sunbow's Motion for a Directed Verdict and to Dismiss the Amended Complaint | 12/8/06 | Exh. 87 |
| Sunbow Productions, Inc.'s Motion to Dismiss | 12/5/06 | Exh. 88 |
| Affidavit of Michael Korik in Opposition to Sunbow's Motion for a Directed Verdict and in Support of Plaintiff's Motion for Judgment | 12/8/06 | Exh. 89 |
| Sunbow Productions, Inc.'s Reply Brief in Further Support of Its Motion to Dismiss | 12/8/06 | Exh. 90 |
| Reply Affirmation of Gloria C. Phares in Support of Sunbow Productions, Inc.'s Motion to Dismiss | 12/8/06 | Exh. 91 |
| Decision and Order granting first motion to amend | 12/3/02 | Exh. 92 |
| Plaintiff's Notice of Motion to Continue Trial, ret. 2/6/07 | 1/23/07 | Exh. 93 |
| Plaintiff's Letter to Justice O'Rourke | 2/2/07 | Exh. 94 |
| *Letter from Justice O'Rourke to Counsel regarding Monaghan's 2/2/07 letter and setting briefing on plaintiff's CPLR 4401 motion* | 2/8/07 | Exh. 95 |
| Sunbow Productions, Inc.'s Opposition to Plaintiff's Sur-Reply | 2/22/07 | Exh. 96 |
| Reply Affirmation of Patrick J. Monaghan to Sunbow's Opposition to Motion to Resume Trial and Allow Deposition Testimony | 3/3/07 | Exh. 97 |
| *Decision and Order Dismissing Case with Costs and Disbursements* | 3/9/07 | Exh. 98 |
| *Final Judgment, with Annexed Bill of Costs and Affirmation of Gloria C. Phares; entered by Rockland County Clerk* | 5/8/07 | Exh. 99 |
| Memorandum of Law in Support of Plaintiff's Motion to Vacate Final Judgment | 5/23/07 | Exh. 100 |
| Sunbow Production, Inc.'s Memorandum of Law in Opposition to Plaintiff's Motion to Vacate the Final Judgment | 5/30/07 | Exh. 101 |
| Plaintiff's Reply Memorandum re: motion to vacate final judgment | 6/4/07 | Exh. 102 |
| *Decision and Order denying plaintiff's motion to vacate judgment* | 6/12/07 | Exh. 103 |
| Plaintiff's Trial Exhibit 25 – *G.I. Joe* VHS Boxes | | Exh. 104 |

| | |
|---|---|
| Plaintiff's Trial Exhibit 26 – *G.I. Joe* "The Movie" DVD Box | Exh. 105 |
| Sunbow / Blacklund & Co. Agreement | Exh. 106 |
| [Deliberately Omitted] | Exh. 107 |
| GBI (for the benefit of Hasbro) 4/8/88 *Visionaries* work-for-hire Agreement | Exh. 108 |
| GBI (for the benefit of Hasbro) 4/8/88 *Transformers* work-for-hire Agreement | Exh. 109 |
| GBI (for the benefit of Hasbro) 3/21/84 *Transformers* work-for-hire Agreement | Exh. 110 |
| GBI (for the benefit of Hasbro) 4/8/88 *Transformers* work-for-hire Agreement (legible copy) | Exh. 111 |
| Hasbro/Milton Bradley / Dobishinski Publishing Administration Agreement | Exh. 112 |
| Sunbow / Sony/ATV Agreement | Exh. 113 |
| Plaintiff's 3/29/04 letter (without attachments) producing 1980s licenses between Sunbow/ International Video Ent't Inc. and Sunbow / Children's Video Library Agreements | Exh. 114 |
| Plaintiff's 6/7/04 letter (without attachments) Producing Rhino Agreements | Exh. 115 |
| *Mengoni v. Lorelli*, Sept. 17, 2007 N.Y.L.J. 20 (col. 3) (NY Civ Ct, NY County, Aug 17, 2007) | Exh. 116 |
| *North Am. Van Lines, Inc. v. American Int'l Cos.*, 2006 NY Slip Op 50576U (N.Y. Misc. 2006) | Exh. 117 |
| *Roth v. Syracuse Hous. Auth.,* 2002 NY Slip Op 40550U 10 (N.Y. Misc. 2002) | Exh. 118 |