# EXHIBIT 19

SONY MUSIC PUBLISHING - FILM & TV
P.O. BOX 1273
NASHVILLE, TN
37202

TELEPHONE : 615-726-8326

**R O Y A L T Y   S T A T E M E N T**

PAYEE : (6022)
TV-LOONLAND AG
MUENCHNER STRASSE 16
85774 UNTERFOEHRING
GERMANY

PAGE: 1

IN ACCOUNT WITH : (06054) BRYANT, ANNE
FOR PERIOD JANUARY TO JUNE 1998

**\* MECHANICAL STATEMENT \*\***

| | | | PERIOD | % RCVD. | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | SRCE./SONG TOTAL |
|---|---|---|---|---|---|---|---|---|
| ALONE AGAIN (FR. TV SER 'JEM') | | | | | | | | |
| BRYANT/HARMAN | | | | | | | | |
| SMP BELGIUM | 25283 | 87705 | 7/97-12/97 | 100.00 | 1683.63 | 22.973 | 386.78 | |
| 11110400 | | | | | | | | 386.78 ** |
| JBM VOCAL THEME (FR. TV SER) | | | | | | | | |
| BRYANT/BACAL | | | | | | | | |
| SMP FRANCE | 25289 | | 7/97-12/97 | 100.00 | 54.14 | 22.973 | 12.43 | |
| SACEM | | | | | | | | 12.43 ** |
| MARDI GRAS (FR. TV SER 'JEM') | | | | | | | | |
| BRYANT/HARMAN | | | | | | | | |
| SMP CANADA | 26880 | 490 | 7/97-12/97 | 92.50 | 7.76 | 22.973 | 1.78 | |
| CD227612 | | | | | | | | 1.78 ** |
| YOU GOTTA BE FAST (FR. TV SER 'JEM') | | | | | | | | |
| BRYANT/HARMAN | | | | | | | | |
| SMP FRANCE | 25289 | | 7/97-12/97 | 100.00 | 1.73 | 22.973 | 0.39 | |
| SACEM | | | | | | | | 0.39 ** |
| | | MECHANICAL TOTAL | | | 1747.26 | | 401.38 | |

SUN  526

SONY MUSIC PUBLISHING - FILM & TV

**R O Y A L T Y   S T A T E M E N T**

PAYEE : (6022)
BRYANT, ANNE

IN ACCOUNT WITH : (06054) BRYANT, ANNE
FOR PERIOD JANUARY TO JUNE 1998

PAGE   2

SRCE./SONG TOTAL   2

* SYNCH & SUNDRY STATEMENT

| | PERIOD | * RCVD. | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | SRCE./SONG TOTAL |
|---|---|---|---|---|---|---|
| SACEM | | | | | | |
| SMP FRANCE | | | | | | |
| BRYANT/HARMAN | | | | | | |
| YOU GOTTA BE FAST   (FR. TV SER 'JEM') | | | | | | |
| 25289 | 7/97-12/97 | 100.00 | 6.71 | 22.973 | 1.54 | 1.54 ** |
| SYNCH & SUNDRY TOTAL | | | 6.71 | | 1.54 | |

SUN  527

SONY MUSIC PUBLISHING - FILM & TV

IN ACCOUNT WITH : (06054) BRYANT, ANNE
FOR PERIOD JANUARY   TO JUNE
1998

PAYEE : (6022)
BRYANT, ANNE

PAGE      3

R O Y A L T Y
S U M M A R Y

| PERIOD | % RCVD. | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | SRCE./SONG TOTAL |
|---|---|---|---|---|---|
| MECHANICAL TOTAL | | 1747.26 | | 401.38 | 3 |
| SYNCH & SUNDRY TOTAL | | 6.71 | | 1.54 | |
| STATEMENT TOTAL | | 1753.97 | | 402.92 | |

SUN  528

SONY MUSIC PUBLISHING - FILM & TV
P.O. BOX 1273
NASHVILLE, TN
37202

TELEPHONE : 615-726-8326

R O Y A L T Y
S T A T E M E N T

PAYEE : (6022)
TV-LOONLAND AG
MUENCHNER STRASSE 16
85774 UNTERFOEHRING
GERMANY

PAGE:    1

IN ACCOUNT WITH : (06054) BRYANT, ANNE

FOR PERIOD JULY        TO DECEMBER 1998

* MECHANICAL STATEMENT **

| | | PERIOD | % RCVD. | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | SRCE./SONG TOTAL |
|---|---|---|---|---|---|---|---|
| MARDI GRAS    (FR. TV SER 'JEM') | | | | | | | |
| BRYANT/HARMAN | | | | | | | |
| SMP CANADA | 32199 | 1/98-06/98 | 92.50 | 7.67 | 22.973 | 1.76 | 1.76 ** |
| CD27612 | 200 | | | | | | |
| SURPRISE, SURPRISE    (FR. TV SER 'JEM') | | | | | | | |
| BRYANT/HARMAN | | | | | | | |
| G.E.M.A. | 30721 | 7/97-12/97 | 100.00 | 2.09 | 22.500 | 0.47 | 0.47 ** |
| | | MECHANICAL TOTAL | | 9.76 | | 2.23 | |

SUN  529

SONY MUSIC PUBLISHING - FILM & TV

IN ACCOUNT WITH : (06054) BRYANT, ANNE
FOR PERIOD JULY TO DECEMBER 1998

PAYEE : (6022) BRYANT, ANNE
PAGE 2

R O Y A L T Y
S U M M A R Y

| PERIOD | RCVD. | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | SRCE./SONG TOTAL |
|---|---|---|---|---|---|
| MECHANICAL TOTAL | | 9.76 | | 2.23 | 2 |
| STATEMENT TOTAL | | 9.76 | | 2.23 | |

SUN 530

```
SONY MUSIC PUBLISHING - FILM & TV
P.O. BOX 1273
NASHVILLE, TN
37202

TELEPHONE : 615-726-8326
```

R O Y A L T Y  S T A T E M E N T

```
                                        PAYEE : (6022)
                                        TV-LOONLAND AG
                                        MUENCHNER STRASSE 16
                                        85774 UNTERFOEHRING
                                        GERMANY
```

PAGE: 1

IN ACCOUNT WITH : (06054) BRYANT, ANNE

FOR PERIOD JANUARY  TO JUNE  1999

** MECHANICAL STATEMENT **

|  |  |  | PERIOD | % RCVD. | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | SRCE./SONG TOTAL |
|---|---|---|---|---|---|---|---|---|
| ALONE AGAIN (FR. TV SER 'JEM') | | | | | | | | |
| BRYANT/HARMAN | | | | | | | | |
| SMP BELGIUM | | | | | | | | |
| 110400 | 37743 | 6502 | 7/98-12/98 100.00 | 81.65 | 22.973 | 18.75 | 18.75 ** |
| DON'T LOOK NOW | | | | | | | | |
| HARMAN/BRYANT | | | | | | | | |
| COLUMBIA HOUSE | | | | | | | | |
| CDP 27196 | 40528 | 10/98-12/98 100.00 | 7.32 | 22.500 | 1.64 | |
| B4 27196 | 40528 | 10/98-12/98 100.00 | 0.10 | 22.500 | 0.02 | 1.66 ** |

```
                                    MECHANICAL TOTAL         89.07                20.41
```

SONY MUSIC PUBLISHING - FILM & TV

IN ACCOUNT WITH : (06054) BRYANT, ANNE
FOR PERIOD JANUARY TO JUNE 1999

```
R O Y A L T Y
S T A T E M E N T
```

PAYEE : (6022)
BRYANT, ANNE

* SYNCH & SUNDRY STATEMENT          PAGE   2

| | PERIOD | %<br>RCVD. | AMOUNT<br>RECEIVED | YOUR<br>SHARE | AMOUNT<br>DUE | SRCE./SONG<br>TOTAL |
|---|---|---|---|---|---|---|
| ALONE AGAIN    (FR. TV SER 'JEM')<br>BRYANT/HARMAN<br>SMP BELGIUM<br>SABAM       37743 | 7/98-12/98 | 100.00 | 532.59 | 22.973 | 122.35 | 122.35 ** |
| SYNCH & SUNDRY TOTAL | | | 532.59 | | 122.35 | |

SUN 532

SONY MUSIC PUBLISHING - FILM & TV

IN ACCOUNT WITH : (06054) BRYANT, ANNE
FOR PERIOD JANUARY TO JUNE 1999

PAYEE : (6022) BRYANT, ANNE          PAGE 3

R O Y A L T Y   S U M M A R Y

| PERIOD | RCVD. % | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | SRCE./SONG TOTAL |
|---|---|---|---|---|---|
| MECHANICAL TOTAL | | 89.07 | | 20.41 | |
| SYNCH & SUNDRY TOTAL | | 532.59 | | 122.35 | |
| STATEMENT TOTAL | | 621.66 | | 142.76 | |

SONY MUSIC PUBLISHING - FILM & TV
P.O. BOX 1273
NASHVILLE, TN
37202

TELEPHONE : 615-726-8326

```
                                    R O Y A L T Y
                                    S T A T E M E N T
```

PAYEE : (6022)
TV-LOONLAND AG
MUENCHNER STRASSE 16
85774 UNTERFOEHRING
GERMANY

PAGE:    1

IN ACCOUNT WITH : (06054) BRYANT, ANNE

FOR PERIOD JULY          TO DECEMBER 1999

* MECHANICAL STATEMENT **

| | | PERIOD | $ RCVD. | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | SRCE./SONG TOTAL |
|---|---|---|---|---|---|---|---|
| 110400 | ALONE AGAIN    (PR. TV SER 'JEM') BRYANT/HARMAN SMP BELGIUM | | | | | | |
| | 46002 | 110 | 1/99-06/99 | 50.00 | 4.15 | 22.973 | 0.95 |
| | | | | | | | 0.95 ** |
| 4730542 | BROKEN GLASS    (PR. TV SER 'JEM') BRYANT/HARMAN SMP UNITED KINGDOM | | | | | | |
| | 46144 | 3 | 1/99-06/99 | 55.00 | 22.973 | 0.02 | |
| | | | | | 0.12 | | 0.02 ** |
| | | MECHANICAL TOTAL | | | 4.27 | 0.97 | |

SONY MUSIC PUBLISHING - FILM & TV

IN ACCOUNT WITH : (06054) BRYANT, ANNE
FOR PERIOD JULY                TO DECEMBER 1999

PAYEE : (6022)
BRYANT, ANNE

PAGE   2

R O Y A L T Y
S U M M A R Y

| | % | AMOUNT | YOUR | AMOUNT | SRCE./SONG |
| PERIOD | RCVD. | RECEIVED | SHARE | DUE | TOTAL |
|---|---|---|---|---|---|
| MECHANICAL TOTAL | | 4.27 | | 0.97 | |
| STATEMENT TOTAL | | 4.27 | | 0.97 | |

SUN  535

SONY MUSIC PUBLISHING - FILM & TV
P.O. BOX 1273
NASHVILLE, TN
37202

TELEPHONE : 615-726-8326

**R O Y A L T Y**
**S T A T E M E N T**

PAYEE : (6022)
TV-LOONLAND AG
MUENCHNER STRASSE 16
85774 UNTERFOEHRING
GERMANY

PAGE:    1

IN ACCOUNT WITH : (06054) BRYANT, ANNE

FOR PERIOD JANUARY  TO JUNE     2000

** MECHANICAL STATEMENT **

| | PERIOD | % RCVD. | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | SRCE./SONG TOTAL |
|---|---|---|---|---|---|---|
| ALONE AGAIN    (FR. TV SER 'JEM') | | | | | | |
| BRYANT/HARMAN | | | | | | |
| SMP BELGIUM | | | | | | |
| 4228415632/   54949 | 23 | 7/99-12/99 | 92.50 | 1.74 | 22.973 | 0.39 |
| 4228415632/   54949 | 21 | 7/99-12/99 | 92.50 | 1.60 | 22.973 | 0.36 |
|                54949 | | 7/99-12/99 | 92.50 | 25.24 | 22.973 | 5.79 |
| | | | | | | 6.54 ** |
| BROKEN GLASS   (FR. TV SER 'JEM') | | | | | | |
| BRYANT/HARMAN | | | | | | |
| SMP UNITED KINGDOM | | | | | | |
| 4730542        55307 | 17 | 7/99-12/99 | 92.50 | 0.64 | 22.973 | 0.14 |
| | | | | | | 0.14 ** |
| CONAN THE ADVENTURER   (TV SER - INCIDENTAL MUSIC) | | | | | | |
| RUCKER/CHASE | | | | | | |
| SMP UNITED KINGDOM | | | | | | |
|                55307 | | 7/99-12/99 | 92.50 | 0.05 | 22.973 | 0.01 |
| | | | | | | 0.01 ** |
| DESTINY   (FR. TV SER 'JEM') | | | | | | |
| BRYANT/HARMAN | | | | | | |
| SMP SPAIN | | | | | | |
|                55274 | | 7/99-12/99 | 92.50 | 0.09 | 22.973 | 0.02 |
| | | | | | | 0.02 ** |
| FAMILY IS   (FR. TV SER 'JEM') | | | | | | |
| BRYANT/HARMAN | | | | | | |
| SMP SPAIN | | | | | | |
|                55274 | | 7/99-12/99 | 92.50 | 0.26 | 22.973 | 0.05 |
| | | | | | | 0.05 ** |
| A FATHER SHOULD BE   (FR. TV SER 'JEM') | | | | | | |
| BRYANT/HARMAN | | | | | | |
| SMP SPAIN | | | | | | |
|                55274 | | 7/99-12/99 | 92.50 | 0.23 | 22.973 | 0.05 |
| | | | | | | 0.05 ** |

JEM - CUES

SUN 536

SONY MUSIC PUBLISHING - FILM & TV

**R O Y A L T Y   S T A T E M E N T**

PAYEE : (6022) BRYANT, ANNE

PAGE 2

IN ACCOUNT WITH : (06054) BRYANT, ANNE
FOR PERIOD JANUARY TO JUNE 2000

* MECHANICAL STATEMENT **      2

| | | | PERIOD | % RCVD. | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | SRCE./SONG TOTAL |
|---|---|---|---|---|---|---|---|---|
| ITEM - CUES | | | | (CONTINUED) | | | | |
| SMP SPAIN | 55274 | | 7/99-12/99 | 92.50 | 1.48 | 15.309 | 0.22 | 0.22 ** |
| ITEM INSTRUMENTAL THEME (FR TV SER 'JEM') | | | | | | | | |
| BRYANT/BACAL | | | | | | | | |
| SMP SPAIN | 55274 | | 7/99-12/99 | 92.50 | 0.27 | 22.973 | 0.06 | 0.06 ** |
| THIS IS FAREWELL (FR. TV SER 'JEM') | | | | | | | | |
| BRYANT/HARMAN | | | | | | | | |
| SMP SPAIN | 55274 | | 7/99-12/99 | 92.50 | 0.07 | 22.973 | 0.01 | 0.01 ** |
| TRANSFORMERS (TV SER - INCIDENTAL MUSIC) | | | | | | | | |
| BRYANT/KINDER | | | | | | | | |
| SMP JAPAN | | | | | | | | |
| PCCY 00542 | 49333 | 111 | 4/99-09/99 | 92.50 | 2.06 | 22.973 | 0.47 | |
| PCCY 00542 | 49333 | 166 | 4/99-09/99 | 92.50 | 3.07 | 22.973 | 0.70 | |
| PCCY 00542 | 40702 | 84 | 9/98-03/99 | 92.50 | 1.32 | 22.973 | 0.30 | |
| PCCY 00542 | 40702 | 153 | 9/98-03/99 | 92.50 | 2.41 | 22.973 | 0.55 | |
| PCCY 00542 | 56801 | 33 | 10/99-03/00 | 92.50 | 0.59 | 22.973 | 0.13 | |
| PCCY 00542 | 56801 | 84 | 10/99-03/00 | 92.50 | 1.51 | 22.973 | 0.34 | |
| PCCY 00542 | 56800 | 84 | 10/99-03/00 | 92.50 | 1.51 | 22.973 | 0.34 | |
| PCCY 00542 | 56800 | 33 | 10/99-03/00 | 92.50 | 0.59 | 22.973 | 0.13 | |
| PCCY 00542 | 56800 | 84 | 10/99-03/00 | 92.50 | 1.51 | 22.973 | 0.34 | |
| | | | | | | | | 2.96 ** |
| MECHANICAL TOTAL | | | | | 44.73 | | 10.06 | |

SUN 537

SONY MUSIC PUBLISHING - FILM & TV

# ROYALTY STATEMENT

PAYEE : (6022)
BRYANT, ANNE

* SYNCH & SUNDRY STATEMENT

PAGE    3

IN ACCOUNT WITH : (06054) BRYANT, ANNE
FOR PERIOD JANUARY TO JUNE 2000

| | | PERIOD | % RCVD. | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | SRCE./SONG TOTAL |
|---|---|---|---|---|---|---|---|
| **CONAN THE ADVENTURER (TV SER - INCIDENTAL MUSIC)** | | | | | | | |
| RUCKER/CHASE | | | | | | | |
| SNP FRANCE | | | | | | | |
| ADJUSTMENT | 57057 | 1/99-06/99 | 100.00 | 13241.67 | 22.973 | 3042.00 | |
| SACEM | 58078 | 7/99-12/99 | 100.00 | 18.40 | 22.973 | 4.22 | |
| SNP UNITED KINGDOM | 55307 | 7/99-12/99 | 92.50 | 0.06 | 22.973 | 0.01 | 3046.22 * |
| | | | | | | | 0.01 * |
| | | | | | | | 3046.23 ** |
| **GI JOE - CUES** | | | | | | | |
| DOUGLAS/BRYANT/WALSH | | | | | | | |
| SNP FRANCE | | | | | | | |
| SACEM | 58078 | 7/99-12/99 | 100.00 | 1.78 | 45.946 | 0.81 | 0.81 ** |
| **EM - CUES** | | | | | | | |
| ASHFORD/WALSH/BRYANT | | | | | | | |
| SNP FRANCE | | | | | | | |
| ADJUSTMENT | 57057 | 1/99-06/99 | 100.00 | 13.53 | 15.309 | 2.07 | 2.07 ** |
| **TRANSFORMERS (TV SER - INCIDENTAL MUSIC)** | | | | | | | |
| BRYANT/KINDER | | | | | | | |
| SNP FRANCE | | | | | | | |
| ADJUSTMENT | 57057 | 1/99-06/99 | 100.00 | 265.16 | 22.973 | 60.91 | 60.91 ** |
| SYNCH & SUNDRY TOTAL | | | | 13540.60 | | 3110.02 | |

SUN  538

SONY MUSIC PUBLISHING - FILM & TV

IN ACCOUNT WITH : (06054) BRYANT, ANNE
FOR PERIOD JANUARY 2000 TO JUNE

ROYALTY SUMMARY

PAYEE : (6022) BRYANT, ANNE

PAGE 4

| PERIOD RCVD. | % RCVD. | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | SRCE./SONG TOTAL |
|---|---|---|---|---|---|
| MECHANICAL TOTAL | | 44.73 | | 10.06 | |
| SYNCH & SUNDRY TOTAL | | 13540.60 | | 3110.02 | |
| STATEMENT TOTAL | | 13585.33 | | 3120.08 | |

SUN 539

SONY MUSIC PUBLISHING - FILM & TV
P.O. BOX 1273
NASHVILLE, TN
37202

TELEPHONE : 615-726-8326

# R O Y A L T Y   S T A T E M E N T

PAYEE : (6022)
TV-LOONLAND AG
MUENCHNER STRASSE 16
85774 UNTERFOEHRING
GERMANY

PAGE: 1

IN ACCOUNT WITH : (06054) BRYANT, ANNE

FOR PERIOD JULY    TO DECEMBER 2000

** MECHANICAL STATEMENT **

| | | PERIOD | % RCVD. | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | SRCE./SONG TOTAL |
|---|---|---|---|---|---|---|---|
| **ITEM - CUES** | | | | | | | |
| ALLONE AGAIN (FR. TV SER 'JEM') | | | | | | | |
| BRYANT/HARMAN | | | | | | | |
| SMP BELGIUM | | | | | | | |
| /4228415632/ | 62688    15 | 1/00-06/00 | 92.50 | 1.04 | 22.973 | 0.23 | |
| 4228415632/ | 62688    24 | 1/00-06/00 | 92.50 | 1.68 | 22.973 | 0.38 | 0.61 ** |
| ASHFORD/WALSH/BRYANT | | | | | | | |
| SMP FRANCE | | | | | | | |
| C. PRIVSONO | 62696 | 1/00-06/00 | 92.50 | 0.17 | 15.309 | 0.02 | 0.02 ** |
| SAFE AND SOUND (FR. TV SER 'JEM') | | | | | | | |
| BRYANT/HARMAN | | | | | | | |
| SMP FRANCE | | | | | | | |
| C. PRIVSONO | 62696 | 1/00-06/00 | 92.50 | 1.56 | 22.973 | 0.35 | 0.35 ** |
| YOU'RE ALWAYS THERE IN MY HEART (FR. TV SER 'JEM') | | | | | | | |
| BRYANT/HARMAN | | | | | | | |
| SMP GERMANY | | | | | | | |
| J3622292 | 62443    20 | 1/00-06/00 | 92.50 | 0.26 | 22.973 | 0.05 | 0.05 ** |
| MECHANICAL TOTAL | | | | 4.71 | | 1.03 | |

SUN 540

SONY MUSIC PUBLISHING - FILM & TV

**R O Y A L T Y   S T A T E M E N T**

PAYEE : (6022) BRYANT, ANNE

IN ACCOUNT WITH : (06054) BRYANT, ANNE
FOR PERIOD JULY TO DECEMBER 2000

\* SYNCH & SUNDRY STATEMENT          PAGE   2                2

| | PERIOD | $ RCVD. | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | SRCE./SONG TOTAL |
|---|---|---|---|---|---|---|
| I JOE - CUES | | | | | | |
| DOUGLAS/BRYANT/WALSH | | | | | | |
| SNP FRANCE | | | | | | |
| MECH. PERFORM. 62696 | 1/00-06/00 | 92.50 | 2.30 | 15.309 | 0.35 | 0.35 ** |
| SAFE AND SOUND   (FR. TV SER 'JEM') | | | | | | |
| BRYANT/HARMAN | | | | | | |
| SNP FRANCE | | | | | | |
| MECH. PERFORM. 62696 | 1/00-06/00 | 92.50 | 3.83 | 22.973 | 0.87 | 0.87 ** |
| SYNCH & SUNDRY TOTAL | | | 6.13 | | 1.22 | |

SUN 541

SONY MUSIC PUBLISHING - FILM & TV

IN ACCOUNT WITH : (06054) BRYANT, ANNE
FOR PERIOD JULY    TO DECEMBER 2000

R O Y A L T Y
S U M M A R Y

PAYEE : (6022)
BRYANT, ANNE

PAGE    3

| PERIOD | RCVD. | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | SRCE./SONG TOTAL |
|--------|-------|-----------------|------------|------------|------------------|
| MECHANICAL TOTAL | | 4.71 | | 1.03 | |
| SYNCH & SUNDRY TOTAL | | 6.13 | | 1.22 | |
| STATEMENT TOTAL | | 10.84 | | 2.25 | |

SUN 542

SONY MUSIC PUBLISHING - FILM & TV
P.O. BOX 1273
NASHVILLE, TN
37202

TELEPHONE : 615-726-8326

**ROYALTY STATEMENT**

PAYEE : (6022)
TV-LOONLAND AG
MUENCHNER STRASSE 16
85774 UNTERFOEHRING
GERMANY

PAGE: 1

IN ACCOUNT WITH : (06054) BRYANT, ANNE

FOR PERIOD JANUARY TO JUNE 2001

** MECHANICAL STATEMENT **

| | | PERIOD | $ RCVD. | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | SRCE./SONG TOTAL |
|---|---|---|---|---|---|---|---|
| ALONE AGAIN (FR. TV SER 'JEM') | | | | | | | |
| BRYANT/HARMAN | | | | | | | |
| SMP BELGIUM | | | | | | | |
| /422841563J/ 69881 | 11 | 7/00-12/00 | 92.50 | 0.78 | 22.973 | 0.17 | |
| 422841563J/ 69881 | 14 | 7/00-12/00 | 92.50 | 0.98 | 22.973 | 0.22 | 0.39 ** |
| CONAN THE ADVENTURER (TV SER - INCIDENTAL MUSIC) | | | | | | | |
| RUCKER/CHASE | | | | | | | |
| SMP SPAIN | 70248 | 7/00-12/00 | 92.50 | 2.59 | 22.973 | 0.59 | 0.59 ** |
| GI JOE - CUES | | | | | | | |
| DOUGLAS/BRYANT/WALSH | | | | | | | |
| SMP SPAIN | 70248 | 7/00-12/00 | 92.50 | 52.98 | 15.309 | 8.11 | 8.11 ** |
| JEM - CUES | | | | | | | |
| ASHFORD/WALSH/BRYANT | | | | | | | |
| SMP SPAIN | 70248 | 7/00-12/00 | 92.50 | 34.68 | 15.309 | 5.30 | 5.30 ** |
| TRANSFOMERS GENERATION 2 - CUES - UNIDENTIFIED | | | | | | | |
| BRYANT | | | | | | | |
| SMP SPAIN | 70248 | 7/00-12/00 | 92.50 | 5.78 | 45.946 | 2.65 | 2.65 ** |
| TRANSFORMERS (TV SER - INCIDENTAL MUSIC) | | | | | | | |
| BRYANT/KINDER | | | | | | | |
| SMP SPAIN | 70248 | 7/00-12/00 | 92.50 | 268.63 | 22.973 | 61.71 | 61.71 ** |
| MECHANICAL TOTAL | | | | 366.42 | | 78.75 | |

SUN 543

SONY MUSIC PUBLISHING - FILM & TV

IN ACCOUNT WITH : (06054) BRYANT, ANNE
FOR PERIOD JANUARY TO JUNE 2001

R O Y A L T Y
S T A T E M E N T

PAYEE : (6022)
BRYANT, ANNE

PAGE    2

* SYNCH & SUNDRY STATEMENT

| | PERIOD | RCVD. % | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | SRCE./SONG TOTAL |
|---|---|---|---|---|---|---|
| GI JOE - CUES DOUGLAS/BRYANT/WALSH SNP FRANCE 69976 | | | | | | |
| MECH. PERFORM. | 7/00-12/00 | 92.50 | 0.11 | 15.309 | 0.01 | |
| | | | | | | 0.01 ** |
| 'STRAIGHT FROM THE HEART' (FR. TV SER 'JEM') BRYANT/HARMAN SNP GERMANY 69986 | 7/00-12/00 | 92.50 | 15.84 | 22.973 | 3.63 | |
| | | | | | | 3.63 ** |
| VISIONARIE - CUES CHASE/BRYANT SNP GREECE VISIONARIES (C 69997 | 7/00-12/00 | 92.50 | 452.43 | 22.973 | 103.93 | |
| | | | | | | 103.93 ** |
| SYNCH & SUNDRY TOTAL | | | 468.38 | | 107.57 | |

2

SUN 544

SONY MUSIC PUBLISHING - FILM & TV

IN ACCOUNT WITH : (06054) BRYANT, ANNE
FOR PERIOD JANUARY 2001 TO JUNE 2001

ROYALTY
SUMMARY

PAYEE : (6022)
BRYANT, ANNE

PAGE    3

| | $ RCVD. | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | SRCE./SONG TOTAL |
|---|---|---|---|---|---|
| PERIOD | | | | | 3 |
| MECHANICAL TOTAL | | 366.42 | | 78.75 | |
| SYNCH & SUNDRY TOTAL | | 468.38 | | 107.57 | |
| | | -------- | | -------- | |
| STATEMENT TOTAL | | 834.80 | | 186.32 | |
| | | -------- | | -------- | |

SUN  545

SONY MUSIC PUBLISHING - FILM & TV
P.O. BOX 1273
NASHVILLE, TN
37202

TELEPHONE : 615-726-8326

** R O Y A L T Y   S T A T E M E N T **

PAYEE : (6022)
TV-LOONLAND AG
MUENCHENER STRASSE 16
85774 UNTERFOEHRING
GERMANY

PAGE: 1

IN ACCOUNT WITH : (06054) BRYANT, ANNE
FOR PERIOD JULY    TO DECEMBER 2001
** MECHANICAL STATEMENT **

| | | | PERIOD | % RCVD. | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | SRCE./SONG TOTAL |
|---|---|---|---|---|---|---|---|---|
| ABRACADABRA (FR. TV SER.'JEM') | | | | | | | | |
| BRYANT/HARMAN | | | | | | | | |
| SONY MUSIC PUBLISHING PHILLIPINES | | | | | | | | |
| LCD2K7075 | 80633 | 650 | 1/01-06/01 | 92.50 | 2.54 | 22.973 | 0.58 | |
| PRECD2X99030 | 80633 | 550 | 1/01-06/01 | 92.50 | 1.44 | 22.973 | 0.33 | |
| | | | | | | | | 0.91 ** |
| ALONE AGAIN  (FR. TV SER.'JEM') | | | | | | | | |
| BRYANT/HARMAN | | | | | | | | |
| SMP BELGIUM | | | | | | | | |
| 4228415632/ | 80444 | 1 | 1/01-06/01 | 92.50 | 0.08 | 22.973 | 0.01 | |
| 4228415632/ | 80444 | 14 | 1/01-06/01 | 92.50 | 1.06 | 22.973 | 0.24 | |
| | | | | | | | | 0.25 ** |
| CONAN THE ADVENTURER  (TV SER - INCIDENTAL MUSIC) | | | | | | | | |
| RUCKER/CHASE | | | | | | | | |
| SMP SPAIN | | | | | | | | |
| | 80673 | | 1/01-06/01 | 92.50 | 184.82 | 22.973 | 42.45 | |
| | | | | | | | | 42.45 ** |
| GI JOE - CUBS | | | | | | | | |
| DOUGLAS/BRYANT/WALSH | | | | | | | | |
| SMP SPAIN | | | | | | | | |
| | 80673 | | 1/01-06/01 | 92.50 | 1.54 | 15.309 | 0.23 | |
| | | | | | | | | 0.23 ** |
| TRANSFORMERS  (TV SER - INCIDENTAL MUSIC) | | | | | | | | |
| BRYANT/KINDER | | | | | | | | |
| SMP SPAIN | | | | | | | | |
| | 80673 | | 1/01-06/01 | 92.50 | 6.80 | 22.973 | 1.56 | |
| | | | | | | | | 1.56 ** |
| MECHANICAL TOTAL | | | | | 198.28 | | 45.40 | |

SUN  546

SONY MUSIC PUBLISHING - FILM & TV

**R O Y A L T Y   S T A T E M E N T**

IN ACCOUNT WITH : (06054) BRYANT, ANNE
FOR PERIOD JULY   TO DECEMBER, 2001

PAYEE : (6022)
BRYANT, ANNE

* SYNCH & SUNDRY STATEMENT

PAGE    2

SRCE./SONG TOTAL    2

| | | PERIOD | % RCVD. | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | SRCE./SONG TOTAL |
|---|---|---|---|---|---|---|---|
| CONAN THE ADVENTURER (TV SER - INCIDENTAL MUSIC) | | | | | | | |
| RUCKER/CHASE | | | | | | | |
| SMP SPAIN | 80673 | 1/01-06/01 | 92.50 | 25.18 | 22.973 | 5.78 | |
| | | | | | | | 5.78 ** |
| JOE - CUES | | | | | | | |
| DOUGLAS/BRYANT/WALSH | | | | | | | |
| SMP FRANCE | 80513 | 1/01-06/01 | 92.50 | 2.16 | 15.309 | 0.33 | |
| MECH. PERFORM. | | | | | | | 0.33 ** |
| | | SYNCH & SUNDRY TOTAL | | 27.34 | | 6.11 | |

SUN 547

SONY MUSIC PUBLISHING - FILM & TV

ON ACCOUNT WITH : (06054) BRYANT, ANNE
FOR PERIOD JULY                TO DECEMBER 2001

ROYALTY
SUMMARY

PAYEE : (6022)
BRYANT, ANNE

PAGE    3

| PERIOD | % RCVD. | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | SRCE./SONG TOTAL |
|---|---|---|---|---|---|
| MECHANICAL TOTAL | | 198.28 | | 45.40 | |
| SYNCH & SUNDRY TOTAL | | 27.34 | | 6.11 | |
| STATEMENT TOTAL | | 225.62 | | 51.51 | |

SONY MUSIC PUBLISHING - FILM & TV
P.O. BOX 1273
NASHVILLE, TN
37202

TELEPHONE : 615-726-8326

R O Y A L T Y
S T A T E M E N T

PAYEE : (6022)
TV-LOONLAND AG
MUENCHNER STRASSE 16
85774 UNTERFOEHRING
GERMANY

PAGE:  1

IN ACCOUNT WITH : (06054) BRYANT, ANNE

FOR PERIOD JANUARY  TO JUNE  2002

MECHANICAL STATEMENT **

| | | | PERIOD | $ RCVD. | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | SRCE./SONG TOTAL |
|---|---|---|---|---|---|---|---|---|
| **ALONE AGAIN** | | (FR. TV SER 'JEM') | | | | | | |
| BRYANT/HARMAN | | | | | | | | |
| SNP BELGIUM | | | | | | | | |
| 422841563J/ | 91282 | 16 | 7/01-12/01 | 92.50 | 1.14 | 22.973 | 0.26 | |
| 422841563J/ | 91282 | 17 | 7/01-12/01 | 92.50 | 1.22 | 22.973 | 0.28 | |
| 422841563J/ | 91282 | 21 | 7/01-12/01 | 92.50 | 1.50 | 22.973 | 0.34 | |
| | | | | | | | | 0.88 ** |
| **GI JOE - CUES** | | | | | | | | |
| DOUGLAS/BRYANT/WALSH | | | | | | | | |
| SNP SPAIN | | | | | | | | |
| | 91511 | | 7/01-12/01 | 92.50 | 0.76 | 15.309 | 0.11 | |
| | | | | | | | | 0.11 ** |
| **I'M GONNA CHANGE** | | | | | | | | |
| BALLARD | | | | | | | | |
| SNP CANADA | | | | | | | | |
| 863665892 | 91301 | 128 | 7/01-12/01 | 75.00 | 4.23 | 22.973 | 0.97 | |
| 863665892 | 91301 | 189 | 7/01-12/01 | 75.00 | 6.24 | 22.973 | 1.43 | |
| | | | | | | | | 2.40 ** |
| **SURPRISE, SURPRISE** | | (FR. TV SER 'JEM') | | | | | | |
| BRYANT/HARMAN | | | | | | | | |
| CAPITOL RECORDS | | | | | | | | |
| 6768 | 95002 | 262- | 1/02-03/02 | 100.00 | 18.59- | 22.500 | 4.18- | |
| 6768 | 95002 | 373- | 1/02-03/02 | 100.00 | 28.05- | 22.500 | 6.31- | |
| | | | | | | | | 10.49-** |
| **TRANSFORMERS GENERATION 2 - CUES - UNIDENTIFIED** | | | | | | | | |
| BRYANT | | | | | | | | |
| SNP SPAIN | | | | | | | | |
| | 91511 | | 7/01-12/01 | 92.50 | 1.18 | 45.946 | 0.54 | |
| | | | | | | | | 0.54 ** |
| **TRANSFORMERS INTRUMENTAL THEME** | | | | | | | | |
| BRYANT/BACAL | | | | | | | | |
| SNP SPAIN | | | | | | | | |
| | 91511 | | 7/01-12/01 | 92.50 | 0.18 | 34.460 | 0.06 | |
| | | | | | | | | 0.06 ** |

SUN 549

SONY MUSIC PUBLISHING - FILM & TV

R O Y A L T Y   S T A T E M E N T

IN ACCOUNT WITH : (06054) BRYANT, ANNE
FOR PERIOD JANUARY TO JUNE 2002

PAYEE : (6022)
BRYANT, ANNE

* SYNCH & SUNDRY STATEMENT                    PAGE    3

| | PERIOD | % RCVD. | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | SRCE./SONG TOTAL |
|---|---|---|---|---|---|---|
| GI JOE - CUES | | | | | | |
| DOUGLAS/BRYANT/WALSH | | | | | | |
| SMP FRANCE | | | | | | |
| MECH. PERFORM. 91349 | 7/01-12/01 | 92.50 | 0.08 | 15.309 | 0.01 | |
| | | | | | | 0.01 ** |
| STRAIGHT FROM THE HEART (FR. TV SER 'JEM') | | | | | | |
| BRYANT/HARMAN | | | | | | |
| SMP GERMANY 95682 | 7/01-12/01 | 100.00 | 10.21 | 22.973 | 2.34 | |
| | | | | | | 2.34 ** |
| 031121  TRANSFORMERS (TV SER - INCIDENTAL MUSIC) | | | | | | |
| BRYANT/KINDER | | | | | | |
| SMP GREECE | | | | | | |
| TRANSFORMERS ( 91370 | 7/01-12/01 | 92.50 | 391.53 | 22.973 | 89.94 | |
| | | | | | | 89.94 ** |
| VISIONARIE - CUES | | | | | | |
| CHASE/BRYANT | | | | | | |
| SMP GREECE | | | | | | |
| VISIONARIES (C 91370 | 7/01-12/01 | 92.50 | 200.69 | 22.973 | 46.10 | |
| | | | | | | 46.10 ** |
| SYNCH & SUNDRY TOTAL | | | 602.51 | | 138.39 | |

SONY MUSIC PUBLISHING - FILM & TV

IN ACCOUNT WITH : (06054) BRYANT, ANNE
FOR PERIOD JANUARY TO JUNE 2002

R O Y A L T Y
S U M M A R Y

PAYEE : (6022)
BRYANT, ANNE                                    PAGE    4

| PERIOD | % RCVD. | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | SRCE./SONG TOTAL |
|---|---|---|---|---|---|
| MECHANICAL TOTAL | | 16.46 | | 4.21 | |
| SYNCH & SUNDRY TOTAL | | 602.51 | | 138.39 | |
| STATEMENT TOTAL | | 618.97 | | 142.60 | |

SUN 551

SONY MUSIC PUBLISHING - FILM & TV
P.O. BOX 1273
NASHVILLE, TN
37202

TELEPHONE : 615-726-8326

ROYALTY STATEMENT

PAYEE : (6022)
TV-LOONLAND AG
MUENCHENER STRASSE 16
85774 UNTERFOEHRING
GERMANY

PAGE: 1

IN ACCOUNT WITH : (06054) BRYANT, ANNE

FOR PERIOD JULY    TO DECEMBER 2002

MECHANICAL STATEMENT **

| | | | PERIOD | % RCVD. | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | SRCE./SONG TOTAL |
|---|---|---|---|---|---|---|---|---|
| **ALONE AGAIN  (FR. TV SER 'JEM')** | | | | | | | | |
| **BRYANT/HARMAN** | | | | | | | | |
| **SMP BELGIUM** | | | | | | | | |
| /422415632/ | A2078 | 4 | 1/02-06/02 | 92.50 | 0.32 | 22.973 | 0.07 | |
| 422415632/ | A2078 | 7 | 1/02-06/02 | 92.50 | 0.54 | 22.973 | 0.12 | |
| /422415632/ | A2078 | 13 | 1/02-06/02 | 92.50 | 1.06 | 22.973 | 0.24 | |
| | | | | | | | | 0.43 ** |
| **CONAN THE ADVENTURER   (TV SER - INCIDENTAL MUSIC)** | | | | | | | | |
| **RUCKER/CHASE** | | | | | | | | |
| SMP SPAIN | A2319 | | 1/02-06/02 | 92.50 | 4.87 | 22.973 | 1.11 | |
| | | | | | | | | 1.11 ** |
| **I'M GONNA CHANGE** | | | | | | | | |
| **BALLARD** | | | | | | | | |
| **SMP CANADA** | | | | | | | | |
| 863665892 | A2097 | 11 | 1/02-06/02 | 75.00 | 0.36 | 22.973 | 0.08 | |
| 863665892 | A2097 | 22 | 1/02-06/02 | 75.00 | 0.72 | 22.973 | 0.16 | |
| 863665892 | A2097 | 113 | 1/02-06/02 | 75.00 | 3.74 | 22.973 | 0.85 | |
| 863665892 | A2097 | 117 | 1/02-06/02 | 75.00 | 4.03 | 22.973 | 0.92 | |
| 863665892 | A2097 | 210 | 1/02-06/02 | 75.00 | 6.94 | 22.973 | 1.59 | |
| 863665892 | A2097 | 216 | 1/02-06/02 | 75.00 | 7.43 | 22.973 | 1.70 | |
| | | | | | | | | 5.30 ** |
| **SHANGRI-LA** | | | | | | | | |
| **HARMAN/BRYANT** | | | | | | | | |
| **SMP THAILAND** | | | | | | | | |
| 0077779853724 | A2341 | 6 | 1/02-06/02 | 92.50 | 0.13 | 22.973 | 0.02 | |
| 0077779853724 | A2341 | 10 | 1/02-06/02 | 92.50 | 0.08 | 22.973 | 0.01 | |
| 0077779853724 | A2341 | 15 | 1/02-06/02 | 92.50 | 0.14 | 22.973 | 0.03 | |
| 0077779853740 | A2341 | 24 | 1/02-06/02 | 92.50 | 0.08 | 22.973 | 0.01 | |
| 0077779853740 | A2341 | 16 | 1/02-06/02 | 92.50 | 0.07 | 22.973 | 0.01 | |
| 0077779853748 | A2341 | 32 | 1/02-06/02 | 92.50 | 0.10 | 22.973 | 0.02 | |
| 0077779853748 | A2341 | 44 | 1/02-06/02 | 92.50 | 0.10 | 22.973 | 0.02 | |
| 0724382851125 | A2341 | 5 | 1/02-06/02 | 92.50 | 0.09 | 22.973 | 0.02 | |
| | | | | | | | | 0.14 ** |

TRANSFORMERS   (TV SER - INCIDENTAL MUSIC)

SUN 552

```
SONY MUSIC PUBLISHING - FILM & TV      R O Y A L T Y      PAYEE : (6022)                              PAGE    2
                                       S T A T E M E N T   BRYANT, ANNE

ON ACCOUNT WITH : (06054) BRYANT, ANNE
FOR PERIOD JULY      TO DECEMBER 2002                      *  MECHANICAL STATEMENT **                          2
```

| | | | PERIOD | % RCVD. | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | SRCE./SONG TOTAL |
|---|---|---|---|---|---|---|---|---|
| TRANSFORMERS (TV SER - INCIDENTAL MUSIC) (CONTINUED) | | | | | | | | |
| SMP UNITED KINGDOM | | | | | | | | |
| | A2360 | 1 | 1/02-06/02 | 92.50 | 0.18 | 22.973 | 0.04 | 0.04 ** |
| WE CAN MAKE A DIFFERENCE (FR. TV SER 'JEM') | | | | | | | | |
| BRYANT/HARMAN | | | | | | | | |
| SMP SPAIN | | | | | | | | |
| F000OHMBHMB102 | A2319 | 1000 | 1/02-06/02 | 92.50 | 14.67 | 22.973 | 3.37 | 3.37 ** |
| | | | MECHANICAL TOTAL | | 45.65 | | 10.39 | |

SONY MUSIC PUBLISHING - FILM & TV

**R O Y A L T Y   S T A T E M E N T**

ON ACCOUNT WITH : (06054) BRYANT, ANNE
FOR PERIOD JULY TO DECEMBER 2002

PAYEE : (6022) BRYANT, ANNE

\* SYNCH & SUNDRY STATEMENT

PAGE   3

| | PERIOD | % RCVD. | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | SRCE./SONG TOTAL |
|---|---|---|---|---|---|---|
| DRUM ROLL & CYMBAL<br>BRYANT/HARMAN<br>SMP UNITED KINGDOM A2360 (FR. TV SER 'JEM')<br>40 | 1/02-06/02 | 92.50 | 17.29 | 22.973 | 3.97 | 3.97 ** |
| GI JOE - CUES<br>DOUGLAS/BRYANT/WALSH<br>SMP GREECE A2167<br>I JOE (CARTO) | 1/02-06/02 | 92.50 | 50.34 | 15.309 | 7.70 | 7.70 ** |
| TRANSFORMERS VOCAL THEME II - UNIDENTIFIED<br>KINDER/BACAL/BRYANT<br>SMP UNITED KINGDOM A2360<br>44 | 1/02-06/02 | 92.50 | 5.53 | 3.859 | 0.21 | 0.21 ** |
| TRANSFORMERS GENERATION 2 - CUES - UNIDENTIFIED<br>BRYANT<br>SMP GREECE A2167 | 1/02-06/02 | 92.50 | 18.49 | 45.946 | 8.49 | 8.49 ** |
| TRANSFORMERS (TV SER - INCIDENTAL MUSIC)<br>BRYANT/KINDER<br>SMP GREECE A2167 ( | 1/02-06/02 | 92.50 | 293.31 | 22.973 | 67.38 | 67.38 * |
| TRANSFORMERS<br>SMP UNITED KINGDOM A2360<br>262 | 1/02-06/02 | 92.50 | 53.10 | 22.973 | 12.19 | 12.19 *<br>79.57 ** |
| SYNCH & SUNDRY TOTAL | | | 438.06 | | 99.94 | |

SUN 554

SONY MUSIC PUBLISHING - FILM & TV

IN ACCOUNT WITH : (06054) BRYANT, ANNE
FOR PERIOD JULY        TO DECEMBER 2002

PAYEE : (6022)
BRYANT, ANNE

PAGE    4

R O Y A L T Y
S U M M A R Y

| PERIOD | % RCVD. | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | SRCE./SONG TOTAL |
|---|---|---|---|---|---|
| MECHANICAL TOTAL | | 45.65 | | 10.39 | |
| SYNCH & SUNDRY TOTAL | | 438.06 | | 99.94 | |
| STATEMENT TOTAL | | 483.71 | | 110.33 | |

Case 1:07-cv-06395    Document 32-12    Filed 01/04/2008    Page 1

SONY MUSIC PUBLISHING - FILM & TV
P.O. BOX 1273
NASHVILLE, TN
37202

TELEPHONE : 615-726-8326

IN ACCOUNT WITH : (06054) BRYANT, ANNE

PERIOD JANUARY TO JUNE 2003

MECHANICAL STATEMENT **

**R O Y A L T Y   S T A T E M E N T**

PAYEE : (6022)
TV-LOONLAND AG
MUENCHNER STRASSE 16
85774 UNTERFOEHRING
GERMANY

PAGE: 1

| | ID | | PERIOD | % RCVD. | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | SRCE./SONG TOTAL |
|---|---|---|---|---|---|---|---|---|
| ANNE AGAIN | (FR. TV SER 'JEM') | | | | | | | |
| | BRYANT/HARMAN | | | | | | | |
| /428415632/ | SMP BELGIUM | | | | | | | |
| A228415632/ | B1949 | 9 | 7/02-12/02 | 92.50 | 0.80 | 22.973 | 0.18 | |
| | B1949 | 23 | 7/02-12/02 | 92.50 | 2.02 | 22.973 | 0.46 | 0.64 ** |
| CONAN THE ADVENTURER | (TV SER - INCIDENTAL MUSIC) | | | | | | | |
| | RUCKER/CHASE | | | | | | | |
| | SMP UNITED KINGDOM | | | | | | | |
| | B2247 | | 7/02-12/02 | 92.50 | 0.17 | 22.973 | 0.03 | 0.03 ** |
| GONNA CHANGE | | | | | | | | |
| | BALLARD | | | | | | | |
| | SMP CANADA | | | | | | | |
| 703665892 | B1970 | 180 | 7/02-12/02 | 75.00 | 7.08 | 22.973 | 1.62 | |
| 703665892 | B1970 | 325 | 7/02-12/02 | 75.00 | 12.02 | 22.973 | 2.76 | |
| 703665892 | B1970 | 366 | 7/02-12/02 | 75.00 | 13.61 | 22.973 | 3.12 | |
| 703665892 | B1970 | 397 | 7/02-12/02 | 75.00 | 15.61 | 22.973 | 3.58 | 11.08 ** |
| VOCAL THEME | (FR. TV SER) | | | | | | | |
| | BRYANT/BACAL | | | | | | | |
| | MISC. MECHANICAL INCOME | | | | | | | |
| | A9413 | 500 | 9/02-09/02 | 100.00 | 37.70 | 22.500 | 8.48 | 8.48 ** |
| TRANSFORMERS VOCAL THEME II - UNIDENTIFIED | | | | | | | | |
| | KINDER/BACAL/BRYANT | | | | | | | |
| | SMP UNITED KINGDOM | | | | | | | |
| | B2247 | 53 | 7/02-12/02 | 92.50 | 10.96 | 3.859 | 0.42 | |
| | B2247 | 60 | 7/02-12/02 | 92.50 | 7.61 | 3.859 | 0.29 | |
| | B2247 | 107 | 7/02-12/02 | 92.50 | 13.56 | 3.859 | 0.52 | 1.23 ** |
| TRANSFORMERS | (TV SER - INCIDENTAL MUSIC) | | | | | | | |
| | BRYANT/KINDER | | | | | | | |

SUN 556

SONY MUSIC PUBLISHING - FILM & TV

R O Y A L T Y
S T A T E M E N T

ACCOUNT WITH : (06054) BRYANT, ANNE
FOR PERIOD JANUARY  TO JUNE  2003

PAYEE : (6022)
BRYANT, ANNE

PAGE    2

* MECHANICAL STATEMENT **

| | PERIOD | %<br>RCVD. | AMOUNT<br>RECEIVED | YOUR<br>SHARE | AMOUNT<br>DUE | SRCE./SONG<br>TOTAL |
|---|---|---|---|---|---|---|
| | | (CONTINUED) | | | | |
| TRANSFORMERS   (TV SER. - INCIDENTAL MUSIC) | | | | | | |
| SMP UNITED KINGDOM | | | | | | |
| B3247 | 1   7/02-12/02 | 92.50 | 0.62 | 22.973 | 0.14 | 0.14 ** |
| MECHANICAL TOTAL | | | 121.76 | | 21.60 | |

SONY MUSIC PUBLISHING - FILM & TV

**R O Y A L T Y   S T A T E M E N T**

PAYEE : (6022)
BRYANT, ANNE

FOR ACCOUNT WITH : (06054) BRYANT, ANNE
FOR PERIOD JANUARY TO JUNE 2003

\* SYNCH & SUNDRY STATEMENT

PAGE   3

| | PERIOD | % RCVD. | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | SRCE./SONG TOTAL |
|---|---|---|---|---|---|---|
| JOE - CUES DOUGLAS/BRYANT/WALSH SNP FRANCE | | | | | | |
| MECH. PERFORM. B2020 | 7/02-12/02 | 92.50 | 2.77 | 15.309 | 0.42 | 0.42 ** |
| STRAIGHT FROM THE HEART (FR. TV SER 'JEM') BRYANT/HARMAN SNP GERMANY | | | | | | |
| B2032 | 7/02-12/02 | 92.50 | 51.76 | 22.973 | 11.89 | 11.89 ** |
| TRANSFORMERS VOCAL THEME II - UNIDENTIFIED KINDER/BACAL/BRYANT MISC. INCOME | | | | | | |
| B2671 | 2  1/03-03/03 | 100.00 | 0.40 | 3.780 | 0.01 | |
| B2671 | 45  1/03-03/03 | 100.00 | 4.50 | 3.780 | 0.17 | |
| A7668 | 4  10/02-12/02 | 100.00 | 0.40 | 3.780 | 0.01 | |
| 0294 | | | | | 12.50 | 0.19 ** |
| | | | | | ------ | |
| SYNCH & SUNDRY TOTAL | | | 59.83 | | 12.50 | |

3

SUN 558

SONY MUSIC PUBLISHING - FILM & TV

IN ACCOUNT WITH : (06054) BRYANT, ANNE                    PAYEE : (6022)
FOR PERIOD JANUARY  TO JUNE                               BRYANT, ANNE
2003

R O Y A L T Y
S U M M A R Y                                             PAGE        4

| PERIOD | % RCVD. | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | SRCE./SONG TOTAL |
|--------|---------|-----------------|-----------|------------|------------------|
| MECHANICAL TOTAL | | 121.76 | | 21.60 | |
| SYNCH & SUNDRY TOTAL | | 59.83 | | 12.50 | |
| STATEMENT TOTAL | | 181.59 | | 34.10 | |

SUN  559

SONY MUSIC PUBLISHING - FILM & TV
P.O. BOX 1273
NASHVILLE, TN
37202
TELEPHONE : 615-726-8326

PAYEE : (6022)
TV-LOONLAND AG
MUENCHNER STRASSE 16
85774 UNTERFOEHRING
GERMANY

PAGE:  1

IN ACCOUNT WITH : (06054) BRYANT, ANNE

FOR PERIOD JULY    TO DECEMBER 2003

** MECHANICAL STATEMENT **

| | | | PERIOD | % RCVD. | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | SRCE./SONG TOTAL |
|---|---|---|---|---|---|---|---|---|
| **GONNA CHANGE** | | | | | | | | |
| **BALLAD** | | | | | | | | |
| **SMP CANADA** | | | | | | | | |
| 786366589Z | C1419 | 78 | 1/03-06/03 | 75.00 | 3.13 | 22.973 | 0.71 | |
| L86366589Z | C1419 | 99 | 1/03-06/03 | 75.00 | 3.98 | 22.973 | 0.91 | |
| 786366589Z | C1419 | 216 | 1/03-06/03 | 75.00 | 8.68 | 22.973 | 1.99 | |
| 786366589Z | C1419 | 299 | 1/03-06/03 | 75.00 | 12.02 | 22.973 | 2.76 | 6.37 ** |
| **TRANSFORMERS MAIN THEME  (TV SER)** | | | | | | | | |
| **BRYANT/KINDER** | | | | | | | | |
| **TURN UP THE MUSIC, INC.** | | | | | | | | |
| CODM1444 | C0834 | 211 | 1/03-03/03 | 100.00 | 7.95 | 22.500 | 1.78 | |
| CODM1444 | C0843 | 211 | 1/03-03/03 | 100.00 | 7.95 | 22.500 | 1.78 | 3.56 ** |
| **TRANSFORMERS VOCAL THEME II - UNIDENTIFIED** | | | | | | | | |
| **KINDER/BACXL/BRYANT** | | | | | | | | |
| **SMP UNITED KINGDOM** | | | | | | | | |
| | C1722 | 7 | 1/03-06/03 | 92.50 | 1.43 | 3.859 | 0.05 | |
| | C1722 | 24 | 1/03-06/03 | 92.50 | 3.22 | 3.859 | 0.12 | |
| | C1722 | 32 | 1/03-06/03 | 92.50 | 4.30 | 3.859 | 0.16 | |
| | C1722 | 40 | 1/03-06/03 | 92.50 | 5.37 | 3.859 | 0.20 | |
| | C1722 | 104 | 1/03-06/03 | 92.50 | 22.78 | 3.859 | 0.87 | 1.40 ** |
| **MISC. MECHANICAL INCOME   (TV SER - INCIDENTAL MUSIC)** | | | | | | | | |
| **BRYANT/KINDER** | | | | | | | | |
| | B9395 | 1000 | 4/03-04/03 | 100.00 | 37.70 | 22.500 | 8.48 | |
| | B9400 | 1000 | 4/03-04/03 | 100.00 | 37.70 | 22.500 | 8.48 | |
| **SMP UNITED KINGDOM** | | | | | | | | |
| | C1722 | 1 | 1/03-06/03 | 92.50 | 1.23 | 22.973 | 0.28 | |
| | C1722 | 5 | 1/03-06/03 | 92.50 | 0.66 | 22.973 | 0.15 | |
| | C1722 | 9 | 1/03-06/03 | 92.50 | 3.24 | 22.973 | 0.74 | |
| | C1722 | 13 | 1/03-06/03 | 92.50 | 2.44 | 22.973 | 0.56 | |
| | C1722 | 17 | 1/03-06/03 | 92.50 | 3.66 | 22.973 | 0.84 | |
| | C1722 | 41 | 1/03-06/03 | 92.50 | 8.99 | 22.973 | 2.06 | 16.96 * |

SUN 560

21.59 **

SONY MUSIC PUBLISHING - FILM & TV

R O Y A L T Y
S T A T E M E N T

ACCOUNT WITH : (06054) BRYANT, ANNE
FOR PERIOD JULY        TO DECEMBER 2003

PAYEE : (6022)
BRYANT, ANNE

*  MECHANICAL STATEMENT **          PAGE    2                    2

| PERIOD | % RCVD. | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | SRCE./SONG TOTAL |
|--------|---------|-----------------|-----------|------------|------------------|
| MECHANICAL TOTAL | | 176.43 | | 32.92 | |

SONY MUSIC PUBLISHING - FILM & TV

**R O Y A L T Y**
**S T A T E M E N T**

PAYEE : (6022)
BRYANT, ANNE

FOR ACCOUNT WITH : (06054) BRYANT, ANNE
FOR PERIOD JULY          TO DECEMBER  2003

PAGE        3

* SYNCH & SUNDRY STATEMENT *

| | | PERIOD | % RCVD. | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | SRCE./SONG TOTAL |
|---|---|---|---|---|---|---|---|
| JEM VOCAL THEME   (FR. TV SER)<br>BRYANT/BACAL<br>MTV NETWORKS<br>VRILOVETHE80S            C6318 | | 10/03-10/03 | 100.00 | 2500.00 | 22.500 | 562.50 | 562.50 ** |
| TRANSFORMERS VOCAL THEME II - UNIDENTIFIED<br>KINDER/BACAL/BRYANT<br>SWP UNITED KINGDOM<br>C1722 | 42 | 1/03-06/03 | 92.50 | 28.25 | 3.859 | 1.09 | 1.09 ** |
| SYNCH & SUNDRY TOTAL | | | | 2528.25 | | 563.59 | |

SUN  563

SONY MUSIC PUBLISHING - FILM & TV

YOUR ACCOUNT WITH : (06054) BRYANT, ANNE
FOR PERIOD JULY    TO DECEMBER    2003

```
R O Y A L T Y
S U M M A R Y
```

                                           PAYEE : (6022)          PAGE    4
                                           BRYANT, ANNE

| PERIOD | % RCVD. | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | SRCE./SONG TOTAL |
|--------|---------|-----------------|-----------|------------|------------------|
| MECHANICAL TOTAL | | 176.43 | | 32.92 | |
| SYNCH & SUNDRY TOTAL | | 2528.25 | | 563.59 | |
| STATEMENT TOTAL | | 2704.68 | | 596.51 | |

SUN  564