# EXHIBIT 26 A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND

55576-017
SERIAL NO. 170
SERVED
RECEIVED
FILED

ANNE BRYANT, :
             Plaintiff, :
                           :
    -v- :
                           :
BROADCAST MUSIC, INC. :
(a/k/a/"BMI"), FORD KINDER, :
KINDER & CO., LTD., :
VADIVOX, INC., JULES M. "JOE" :      Index No. 5192/00
BACAL; GRIFFIN BACAL, INC., :
STARWILD MUSIC BMI, WILDSTAR :      Hon. Andrew P. O'Rourke
MUSIC ASCAP, SUNBOW :
PRODUCTIONS, INC., :
                           :
             Defendants. :
ANNE BRYANT, :
             Plaintiff, :
                           :
                           :      Index No. 2821/02
    -v- :
                           :      Hon. Andrew P. O'Rourke
                           :
SUNBOW PRODUCTIONS, INC., :
                           :
             Defendant. :

**AFFIDAVIT OF PLAINTIFF ANNE BRYANT IN OPPOSITION TO MOTIONS FOR
SUMMARY JUDGMENT AND DISMISSAL SUBMITTED BY DEFENDANTS
JULES M. BACAL AND SUNBOW PRODUCTIONS INC.**

STATE OF NEW YORK )
                  ) ss:
COUNTY OF ROCKLAND )

ANNE BRYANT, being duly sworn, deposes and says:

1. Many issues have been raised in the affidavits of Joe
Bacal, Tom Griffin, Helene Blue, Carole Weitzman, Neil Rigby and
Brian Harris, which I am required to answer. I do so by

submitting individual affidavits, with accompanying exhibits, in response to each of them. However, I wish, also, to address the issues in this lawsuit by framing some of the issues from the proper perspective rather than the one advanced by defendants.

## STALLING

2.  The defendants have the time, the money, the where-with-all to aggressively pursue many legal theories intended to wear me down-financially and emotionally-to change the subject however possible in order to avoid taking real responsibility for diverting my broadcast performance royalties away from me and to themselves and persons of their choosing, and to deprive me altogether of my mechanical royalties and synch license fees through illegal registration practices that were, for many years, well hidden from me.  Their most recent unsuccessful effort to remove this case to the federal court on the eve of trial is a perfect example of their high powered and expensive tactics.

## Bill Dobishinski,

## The SUNBOW/STARWILD/WILDSTAR Publishing Administrator

3.  In the main, from the mid-eighties through the mid-nineties, Bill Dobishinski, defendants' chosen administrator, received my writer's royalties from BMI "in trust."  He divided them as agreed amongst co-writers first; he then divided my remaining music royalties, as instructed, between my partner,

Ford Kinder and me. Dobishinski generally sent the original BMI statement to me along with a statement of the division of royalties by each song providing the gross figure that each title had earned. (A hypothetical:  THE TRANSFORMERS: $10,000. gross in all categories of its use; less $1500 (15%) for Dobishinski (he charged us, too). The net would then be $8500, to be divided between myself and Ford, for which he would send individual checks).

4.    There were accounting periods for which Dobishinski neglected to send my original BMI statement to me. Whenever I discovered this, usually at a later date when I was catching up on my filing, I would call and request that he sent the original or a copy for my files. I had no reason to distrust Bill; and I can only guess that the 20% royalty allocation to me regarding The Transformers Movie must have escaped my notice; I really don't remember. I would also note that over the years, this title has been paid under several names, including "Rock & Roll Theme" and "USO." It was not until the late nineties at the time of my inquiries of BMI, and later, when I commenced this action, that the 20% entry on my statements caught my eye.

## Hundreds of jingles-typical 13 week cycles

5.    In this action, we are focusing on only a relative handful of jingles and themes out of the hundreds upon hundreds that I wrote, arranged and produced for Griffin Bacal and Sunbow

along with my partner at Kinder & Bryant. It is interesting to note that all but this valuable handful of compositions have escaped any changes in registrations at BMI; and that this particular handful of compositions represents themes that have performed for more than 20 years in the pop culture, enjoying continuous uses over the years. Even now, they are used as the themes in multiple DVD and VHS re-releases. And there are even newly created episodes of The Transformers ("Armada" and "Energon") that are broadcast daily on the Cartoon Network. Specifically, these new Transformers shows use my Transformers theme, but they credit the music to Hyato Matsuo. I am not being credited at BMI to receive royalties for my theme which is used as the theme in these new shows. Matsuo, the arranger is being credited. But, it is my Transformers theme. The royalties belong to me!

6.   Most jingles, and even television themes live a much shorter life. Typically, a jingle is broadcast for one or two 13-week cycles; some jingles remain on air somewhat longer. There are no real guarantees as to whether a piece of music will gain popularity in the market place. Most jingles, and most television music "air" almost immediately. I have never had any final piece of music I have written lay around for more than a few weeks before it aired.

-4-

## Original Owners of All Rights

7.   It is important to set the record straight about the rights in any given piece of music. Joe Bacal and Tom Griffin would have the court believe that they have "given" me and "given" Kinder & Bryant certain of our writer rights. This is exactly backwards, because upon creation, the writer owns all of the rights in a composition. What is actually true in this case is that I, and Ford Kinder and I entrusted the Copyright to Bacal and his companies Griffin Bacal and Sunbow/Starwild on behalf of their client, Hasbro.  Ford Kinder and I never demanded to keep the Copyright in any of the works we did for the defendants. We are not demanding this now. We also granted our publishing share to the defendants, reluctantly. We, of course, retained our writer's shares of all royalties.

## The Un-signed JEM Agreement

8.   The JEM agreement remained unsigned because I did not sign it. And, I do not believe that my former partner, Ford Kinder would have signed any agreement without discussing it in detail with me. That was our practice in all important matters. Further, Ford would have never agreed to work so hard for so little money, and then sign away our only real profit. And further still, Ford had no authority to sign away my own personal income.

9.   I wish to inform the court that this week I traveled to

Washington, DC in order to inspect and copy the Copyright
Certificates of my JEM THEME and more the than one hundred of our
JEM feature songs on file at the Library of Congress . Upon close
inspection, the certificates reveal that they are numbered with
the prefix "PAu," as opposed to "PA." PAu prefixes indicate
"unpublished" compositions. PA prefixes indicate "published"
compositions.

   10.   All of these certificates[1] clearly show that Sunbow
registered all of the JEM TV songs by naming WILDSTAR MUSIC, INC.
as the "author of a work for hire." They did not name a
publisher, even though Starwild and Wildstar are clearly named as
the publishers of these songs on our BMI and ASCAP registrations,
and Wildstar is credited as the publisher on the jackets of DVD
and VHS products. And because Sunbow did not claim to also be the
publisher on their Copyright applications, they avoided the
Copyright Office requirement that they make a statement in the
Transfer of Rights section as to how they came to be the
exclusive owner of all rights.

   11.   I wish also to point out to the court that these
Copyright registrations were affected in 1985, 1986 and 1987
during the years that the defendants' own paper work in their
latest motion shows that there was no signed agreement permitting

---

   [1] The Certificates that pertain to some of my JEM themes
are annexed to this writing as **Exhibit A**, but all will be made
available to the Court upon request.

them to register the songs as works-for-hire.  See Exhibit A
attached hereto.

## BMI and Sunbow/Bacal Stonewalling-

## A Tangled Web

*BMI*

12.  What began as a simple inquiry in 1998 about the
changes in my BMI catalog became a legal action that has been in
progress for more than four years. BMI's refusal to provide
answers and help to straighten out my catalogue for more than two
years caused me to seek legal help May of 2000.

13.  Through multiple subpoenas, we were able to piece
together the royalty income payments to myself and others and lay
them side-by-side to compare them with the ("equal") 100%
publishing income received by Starwild, my BMI publisher, to
account for misappropriated royalties that we actually due
equally to me. Also attached to this writing is the exhaustive
(and exhausting) work product summary of those amounts that I,
through monumental effort on my part, assembled on Excel sheets
over a four month work period.

## The Sunbow/ Bacal Defendants

14.  Since commencing this action, the defendants have
withheld the very papers that would have provided us with the
means for the accounting that we sought at the very beginning.
They claim to have lost nearly everything we needed; critical

documents could not be found "after a diligent search." But the Internet; the very internet that grew the fan base and the demand for their products and shows, also put information out into the public view, shining the light on the defendants' manipulations of registrations at BMI and ASCAP (through BMI.com and ASCAP.com); and, alerting me to the release of video products and new television programming (through Amazon.com), and providing me with important evidence that the defendants misfiled Copyrights in order to deprive me of my writer's royalties (through the copyright.gov FOIA site). Over time, the evidence has presented itself abundantly that the defendants have manipulated the systems to unjustly enrich themselves at my expense.

Attached hereto as **Exhibit B** are charts I have prepared, which clearly itemize the performance royalties wrongfully withheld from me by defendants Sunbow and Bacal. As set forth in the attached charts, defendants have deprived me of performance royalties in excess of $238,000. Also attached hereto as **Exhibit C** is a chart demonstrating the various ways in which defendants have profited from the sale and distribution of the Transformers Theme, while depriving me of royalty payments.

### THE FLOOD

15. In Exhibit 2 to my Affidavit in response to Neil Rigby's statements, I have presented exhibits found at the Copyright office that contain Copyright Transfer and Copyright

Security Agreements filed in 1998 and 2001, in which Sunbow and Wildstar provide comprehensive lists and descriptions of their programs, dating back to their first TV program in 1978 and all through the 1980's.  These documents provide the number and date of each Copyright that applies to them. These Transfers and Security Agreements, that are directly beneficial to the defendants, clearly prove that all of their vital information was indeed preserved.

**Plea**

16.  After much time, patience and hard work, I ask that the court put an end to the ceaseless motions and appeals and legal maneuvers that have forestalled justice in this action.  I respectfully request that the Court deny defendants' motions and direct that we proceed to trial on June 2, 2004.

ANNE BRYANT

DATED: 4/30/04

Sworn to before me this 30th day of April 2004.

NOTARY PUBLIC

JULIET W FORSYTH
Notary Public
State of New Jersey
My Commission Expires Mar 17, 2007

-9-

**Exhibit A**

*Jem Theme*
*1985*

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PAu    769 147**

PA                    PAU

EFFECTIVE DATE OF REGISTRATION

10          9          85
Month      Day        Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

JEM THEME

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Words and Music

## 2

**a**  **NAME OF AUTHOR ▼**

WILDSTAR MUSIC, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1985 ◄ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶          Day ▶          Year ▶

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

WILDSTAR MUSIC, INC.
380 Lexington Avenue  Suite 1105
New York, N.Y.   10168

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
OCT 09 1985
ONE DEPOSIT RECEIVED
OCT 09 1985
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages



5

6

7

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.

ELISE GOYETTE
WILDSTAR MUSIC INC.
380 LEXINGTON AVENUE
SUITE 1105
NEW YORK, N.Y. 10168    Area Code & Telephone Number ▶ 212/682-2500

8

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of    WILDSTAR MUSIC INC.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
ELISE GOYETTE    date ▶ 10-7-85

✎ Handwritten signature (X) ▼    *Elise Goyette*

**MAIL
CERTIFI-
CATE TO**

Name ▼
ELISE GOYETTE

Certificate
will be
mailed in
window
envelope

Number/Street/Apartment Number ▼
WILDSTAR MUSIC INC, 380 Lexington Avenue #1105

City/State/ZIP ▼
NEW YORK, N.Y. 10168

9

* Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1982-361-278

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PAu    769 149

PA                    PAU

EFFECTIVE DATE OF REGISTRATION

10          9          85
Month       Day        Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

GETTIN' DOWN TO BUSINESS

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

WORDS AND MUSIC

**2**

*a*

NAME OF AUTHOR ▼

WILDSTAR MUSIC, INC.

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

**NOTE**

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶    USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP    Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP    Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

and death blank

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP    Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED    This information must be given in all cases.
1985    ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶          Day ▶          Year ▶          ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

WILDSTAR MUSIC, INC.
380 LEXINGTON AVENUE, SUITE 1105
NEW YORK, NY 10168

APPLICATION RECEIVED
OCT. 09 1985
ONE DEPOSIT RECEIVED
OCT. 09 1985
TWO DEPOSITS RECEIVED

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

REMITTANCE NUMBER AND DATE

000015444

MORE ON BACK ▶  • See detailed instructions.  • Sign the form at line 8.          complete all applicable spaces (numbers 5-9) on the reverse side of this page

DO NOT WRITE HERE

Page 1 of

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PAu   769 141

| | PA | PAU |
|---|---|---|

EFFECTIVE DATE OF REGISTRATION

| 10 | 9 | 85 |
|---|---|---|
| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

LIKE A DREAM

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

WORDS AND MUSIC

**2** NAME OF AUTHOR ▼

WILDSTAR MUSIC, INC.

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶ _____ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is 'Yes,' see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is 'Yes,' see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is 'Yes,' see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
1985   ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶      Day ▶      Year ▶      ◀ Nation

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

WILDSTAR MUSIC, INC.
950 LEXINGTON AVENUE, SUITE 1105
NEW YORK, NY 10168

APPLICATION RECEIVED
OCT 09 1985
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED   10/9/85
REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶

001015477

Page 1 of

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PAu    769 138

| PA | PAU |
|----|-----|

EFFECTIVE DATE OF REGISTRATION

| 10 | 9 | 85 |
|----|----|----|
| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1 TITLE OF THIS WORK ▼

SHE'S GOT THE POWER

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

WORDS AND MUSIC

## 2 NAME OF AUTHOR ▼

a WILDSTAR MUSIC, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3 YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.

1985 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶    ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

WILDSTAR MUSIC, INC.
380 LEXINGTON AVENUE, SUITE 1105
NEW YORK, NY 10168

APPLICATION RECEIVED
OCT 09 1985
ONE DEPOSIT RECEIVED
OCT 09 1985
TWO DEPOSITS RECEIVED

**DO NOT WRITE HERE OFFICE USE ONLY**

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶**

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PAu    769 139

| PA | PAU |
|---|---|

EFFECTIVE DATE OF REGISTRATION

| 10 | 9 | 85 |
|---|---|---|
| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

TOO CLOSE

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

WORDS AND MUSIC

**2** NAME OF AUTHOR ▼

a    WILDSTAR MUSIC, INC.

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☒ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP    Briefly describe nature of the material created by this author in which copyright is claimed ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP    Briefly describe nature of the material created by this author in which copyright is claimed ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP    Briefly describe nature of the material created by this author in which copyright is claimed ▼

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1985 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this work information ONLY if this work has been published.
Month ▶ _____ Day ▶ _____ Year ▶ _____ ◀ Nation

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

WILDSTAR MUSIC, INC.
380 LEXINGTON AVENUE, SUITE 1105
NEW YORK, NY 10168

APPLICATION RECEIVED
OCT 09 1985
ONE DEPOSIT RECEIVED
OCT 09 1985
TWO DEPOSITS RECEIVED

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶

00105499

DO NOT WRITE HERE

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PAu    769 140

PA    PAU

EFFECTIVE DATE OF REGISTRATION

| 10 | 9 | 85 |
| --- | --- | --- |
| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

# 1
**TITLE OF THIS WORK ▼**

MAKIN' MISCHIEF

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

WORDS AND MUSIC

# 2
**NAME OF AUTHOR ▼**

a    WILDSTAR MUSIC, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

b

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

c

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.

1985 ◄ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶    ◄ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

WILDSTAR MUSIC, INC.
380 LEXINGTON AVENUE, SUITE 1105
NEW YORK, NY 10168

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
OCT. 0 9 1985
ONE DEPOSIT RECEIVED
OCT. 0 9 1985
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

MORE ON BACK ▶

Page 1 of    pages

DO NOT WRITE HERE

*(handwritten)* Our Songs

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PAu    769 144

| PA | PAU |
|---|---|

EFFECTIVE DATE OF REGISTRATION

| 10 | 9 | 85 |
|---|---|---|
| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**

OUTTA MY WAY

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

WORD AND MUSIC

**2**

**NAME OF AUTHOR ▼**

a  WILDSTAR MUSIC , INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**
Under —

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

b

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀ Year  in all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶    Day ▶    Year ▶
ONLY if this work has been published.
◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Wildstar Music, Inc.
... ...ington Avenue  Suite 1105
... ...York 10162

APPLICATION RECEIVED
OCT 0 9 1985
ONE DEPOSIT RECEIVED
OCT 0 9 1985
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶

DO NOT WRITE HERE

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PAu     769 145

| PA | PAU |
|---|---|

EFFECTIVE DATE OF REGISTRATION

| 10 | 9 | 85 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

TRULY OUTRAGEOUS

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

WORDS AND MUSIC

**2**

**NAME OF AUTHOR ▼**

WILDSTAR MUSIC, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1985 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ _____ Day ▶ _____ Year ▶ _____   ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

WILDSTAR MUSIC, INC.
180 LEXINGTON AVENUE, SUITE 1105
NEW YORK, NY 10168

APPLICATION RECEIVED
OCT. 09 1985
ONE DEPOSIT RECEIVED
OCT. 09 1985
TWO DEPOSITS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶**

DO NOT WRITE HERE

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PAu     769 148

| PA | PAU |

EFFECTIVE DATE OF REGISTRATION

| 10 | 9 | 85 |
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

# 1

**TITLE OF THIS WORK ▼**

TWILIGHT IN PARIS

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

WORDS AND MUSIC

# 2

**NAME OF AUTHOR ▼**

a   WILDSTAR MUSIC, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR   Citizen of ▶ _____
Domiciled in ▶     USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☒ No
Pseudonymous?     ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR   Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR   Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1985 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ _____ Day ▶ _____ Year ▶ _____     ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

WILDSTAR MUSIC, INC.
380 LEXINGTON AVENUE, SUITE 1105
NEW YORK, NY 10168

APPLICATION RECEIVED
OCT 09 1985
ONE DEPOSIT RECEIVED
OCT 09 1985
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**MORE ON BACK ▶**

Page 1 of _____ pages

DO NOT WRITE HERE

**Exhibit B**

ANNE BRTANI 1 / 84

## CONCISE ROYALTY TALLEY SHEET

| date | BMI exhibit | Song Title | BMI pd. FK as per SUNBOW/Publ. | BMI JB as per SUNBOW/Publ. | BMI pd. SW | Due AB | Comments | GI JOE | FEATURE, IH,BG,FOREIGN TRANS |
|---|---|---|---|---|---|---|---|---|---|
| **1988** | | | | | | | | | |
| 12.28.88 | TV BG | ML PONY &(TH) | 919.92 | | | 469.96 | NO STARWILD STATEMENTS | | |
| | | BG | 559.94 | | | 279.97 | ML PONY & THEME NOW MOVED TO "KINDER 50%" | | |
| | | JEM | | | | | | | |
| | | GI JOE (TH) | 1628.54 | 1911.58 | | 1911.58 | ML PONY & BG's ARE "KINDER 100%" | | |
| | | (BG) | | 648.29 | | | | | |
| | | TRANSFORMERS TH | | | | | | | |
| | | BG | | | | | | | |
| **1989** | | | | | | | | | |
| 04.21.89 | TV BG | GI JOE TH | 1555.37 | 619.16 | | | | | |
| | | BG | | | | | | | |
| | | JEM TH | | 1903.64 | | 1903.64 | | | |
| | | ML PONY TH | 956.22 | | | | | | |
| | | TH | | | | 478.11 | | | |
| | | BG | 582.04 | | | 291.02 | | | |
| | | TRANSFORMERS TH | | | | | | | |
| | | BG | | | | | | | |
| 06.14.89 | FOREIGN | GI JOE | | | | | | | |
| | | ML PONY & | | | | | | | |
| | | TRANSFORMERS | | | | | | | |
| | | JEM | | 76.84 | | 76.84 | | | |
| 06.27.89 | TV BG | GI JOE TH | 1,634.22 | 650.54 | | | | | |
| | | BG | | | | | | | |
| | | JEM TH | | 2,034.50 | | 2,034.50 | | | |
| | | BG | | | | | | | |
| | | ML PONY & TH | 1001.21 | | | 500.6 | | | |
| | | BG | 609.45 | | | 304.73 | | | |
| | | TRANSFORMERS TH | | | | | | | |
| | | BG | | | | | | | |
| 08.24.89 | FEATURE | TRANS."ROCK" | 16 | 8 | | 8 / 16 / 8 | | | 8 / 16 / 8 |
| 09.05.89 | TV BG | GI JOE TH | | | | | | | |
| | | BG | | | | | | | |
| | | JEM TH | 813.47 | 1480.65 | | 1480.65 | | | |
| | | BG | | | | | | | |
| | | ML PONY & TH | | | | 406.73 | | | |

**CONCISE ROYALTY TALLEY SHEET**

FEATURE.TH.BG.FOREIGN2

**ANNE BRYANT 2 784**

| Date | Category | Title / Line | | | | FEATURE.TH.BG.FOREIGN2 |
|---|---|---|---|---|---|---|
| 09.05.89 | TVBG CON'T | | 495.17 | | 247.59 | |
| | | BG | | | 247.59 | |
| | | TRANSFORMERS | | | | |
| | | TH | | | | |
| | | BG | | | | |
| 11.17.89 | FEATURE | TRANS. ROCK | 2.05 | 1.02 | 1.02 | 1.02 |
| | | | | | 2.05 | 2.05 |
| | | | | | 1.02 | 1.02 |
| 11.28.89 | TVBG | GI JOE TH | 1143.88 | 1115.58 | 1115.58 | |
| | | BG | | | | |
| | | JEM TH | | | | |
| | | BG | 1115.58 | | | |
| | | ML PONY & TH | 674.37 | | 337.18 | |
| | | BG | 410.49 | | 205.25 | |
| | | TRANSFORMERS | | | | |
| | | TH | | | | |
| | | BG | | | | |
| 12.20.89 | FOREIGN | GI JOE (notes) | | | | |
| | | GI JOE | 156.44 | 62.28 | | |
| | | JEM (notes) | | | | |
| | | JEM | 51.71 | 167.77 | 167.77 | |
| | | ML PONY & | | | | |
| | | TRANSFORMERS | | | 25.86 | |
| 1990 | | | | | | |
| 02.16.90 | FEATURE | TRANS. ROCK | 4.44 | 2.22 | 6.66 | 6.66 |
| | | | | | 2.22 | 2.22 |
| 03.02.90 | TVBG | GI JOE TH | 699.67 | 1131.31 | 1131.31 | |
| | | BG | | | | |
| | | JEM TH | 425.9 | | 349.83 | |
| | | MLPONY & TH | | | 212.95 | |
| | | BG | | | | |
| | | TRANSFORMERS TH | | | | |
| | | BG | | | | |
| 05.11.90 | FEATURE | TRANS. ROCK | 7.9 | | 7.9 | 7.9 |

Notes:

Finalized Kinder & Bryant Separation 11/8/89 SEE June 1988: GI JOE FOREIGN WAS 100% AB. Here, GI JOE titles start to move to Kinder and Bacal

JEM foreign starts to move to Bacal

**ANNE BRYANT 3 784**

**CONCISE ROYALTY TALLEY SHEET**

| Date | Category | Title | Col 1 | Col 2 | Col 3 | Col 4 | FEATURE.TH.BG.FOREIGN3 |
|---|---|---|---|---|---|---|---|
| 05.18.90 | TVBG | GI JOE NOTES | 15.8 | 7.9 | | 15.8 / 7.9 | 15.8 / 7.9 |
| | | *GI JOE BACKGROUNDS START MOVE TO KINDER AND BACAL* | | | | | |
| | | GI JOE TH | 800.32 | 318.59 | | | |
| | | BG | 1048.74 | 748.5 | | | |
| | | BG | | 901.68 | | 901.68 | |
| | | JEM TH | | | | | |
| | | BG | | | | | |
| | | ML PONY & TH | | | | | |
| | | BG | | | | | |
| | | TRANSFORMERS TH | 541 | | | 270.5 | 270.5 |
| | | BG | 329.31 | | | 164.66 | 164.66 |
| 06.22.90 | FOREIGN | GI JOE | | | | | |
| | | JEM | | 212.39 | | 212.39 | |
| | | ML PONY & | 44.34 | | | 22.17 | |
| | | TRANSF | 21.15 | | | 10.58 | |
| | | VISIONAIRIES | | | | | |
| 08.30.90 | FEATURE | TRANS ROCK | 0.38 | 0.19 | 0.98 | 0.19 / 0.38 / 0.19 | 0.19 / 0.38 / 0.19 |
| 09.11.90 | TVBG | Starwild notes | | | | | |
| | | *Starwild figures are higher than writers'* | | | | | |
| | | GI JOE TH | 69.18 | 27.53 | 104.21 | | |
| | | BG | | 24.2 | 759.19 | | |
| | | ML PONY TH | | | 10.02 | 1.53 | |
| | | BG | 3.05 | | 451.52 | 448.47 | |
| | | BG | | | | | |
| | | TRANSFORM TH | | | 57.55 | 50.15 | |
| | | BG | | | | | |
| 11.26.90 | TVBG | GI JOE TH | 5.34 | 2.13 | 157.4 | | |
| | | BG | 7.03 | 5.02 | | | |
| 12.14.90 | FOREIGN | GI JOE | 62.54 | 0.47 | 2226.31 | 114.3 | |
| | | JEM | | 114.3 | 2787.88 | 4.69 | |
| | | ML PONY & | 7.43 | | 1107.65 | 1081.44 | |
| | | TRANSFORMERS | | | 1099.59 | 917.31 | 917.31 |

**ANNIE BRYANT 4 784**

**CONCISE ROYALTY TALLEY SHEET**

**FEATURE.TH.BG.FOREIGN4**

| Date | Category | Item | | | | | FEATURE.TH.BG.FOREIGN4 |
|---|---|---|---|---|---|---|---|
| 1991 | | | | | | | |
| 3.15.91 | TVBG | GI JOE TH | 51.81 | 20.62 | | | |
| | | BG | 18.74 | 13.37 | 419.38 | | |
| 06.04.91 | TVBG | GI JOE TH | 72.03 | 28.67 | 6.95 | | |
| | | BG | 96.39 | 70.08 | 2245.95 | | |
| 06.21.91 | FOREIGN | GI JOE | 159.81 | 26.18 | 2694.13 | 106.31 | |
| | | JEM | | 106.31 | 2319.92 | 1.89 | 1.89 |
| | | TRANSFORMERS | 3.78 | 1.88 | 1.88 | 1.88 | 1.88 |
| | | | | | | 443.08 | 443.08 |
| | | ROBOTS IN.CUES | | | 1353.16 | 443.08 | |
| | | ML. PONY & | 0.85 | | | 0.56 | |
| 09.12.91 | FEATURE | GI JOE END T | | | 6307.41 | 6304.3 | |
| | | GI JOE MAIN T | | | 1173.94 | 1173.94 | |
| | | | | | 1173.94 | | |
| 09.23.91 | TVBG | 39 GI JOE EPISODES | 32.57 | 12.83 | 28352.44 | | |
| 11.22.91 | TVBG | GI JOE END T | | | 1103.37 | | |
| | | GI JOE MAIN T | | | 1103.37 | | |
| 12.04.91 | TVBG | GI JOE BG | | | 30345.91 | | |
| | | GI JOE JUNE 90 BG | | | 106.54 | | |
| | | GI JOE AVG | 9.68 | | 129.32 | | |
| | | GI JOE AVG | | 5.56 | | | |
| | | GR SPACE COASTER | | | 2.51 | 4.21 | |
| | | JEM | 4.21 | 4.21 | 122.47 | 89.74 | |
| | | TRANSFORMERS | | | 44.54 | 36.02 | 36.02 |
| 12.19.91 | FOREIGN | STARWILD NOTES | | | | | |
| | | GI JOE ACTION FORCE | | | | | |
| | | CUES | 733.1 | 18.36 | | | |
| | | GI JOE CUES | 543.95 | 145.46 | | | |
| | | ML PONY & CUES | | | | | |
| | | (BEBE/CANDY/DANCE/FAMILE) | 155.55 | | 1775.34 | 77.78 | |
| | | KITCH/NURSERIE/SALON/INTRIGUES | | | | 1537.63 | |
| | | MERRYGO/MISTERESS/INTRIG/SINDY | 444.3 | | | 222.15 | |
| | | MLP & CUES | 562.25 | | | 281.13 | |
| | | SUNSHINE PONY | 206.46 | | | 103.23 | |
| | | INTERNATIONAL PONY | | | | | |
| | | INHUMANOIDS | | | | | |
| 12.19.91 FOREIGN CONT) | | JEM CUES | | 324.1 | 2648.17 | 324.1 | |
| | | ROBOTIX CUES | | 415.73 | | 415.73 | |
| | | ROBOTIX/NOT/VISIONAIRIES | | | | 415.73 | |

AB=NO STATEMENT FKJB=NO STMNT

STARWILD APPEARS TO RECEIVE 50% ON SOME TITLES, BUT NOT ALL

ANNE BRYAN1 5 784

**CONCISE ROYALTY TALLEY SHEET**

| Date | Type | Description | | | | | FEATURE.TH.BG.FOREIGN5 | Notes |
|---|---|---|---|---|---|---|---|---|
| **1992** | | | | | | | | |
| 02.28.92 | FEATURE | ROBOTS IN DISGUISE | | | | 35 | 35 | |
| | | TRANS ROCK CUES | 68.21 | 14.73 | | 68.21 | 68.21 | |
| | | | | | | 14.73 | 14.73 | |
| | | TRANSFORMERS CUES | 1600.28 | 1278 | 2948.67 | 800.14 | 800.14 | |
| | | | | | | 1278 | 1278 | |
| | | VISIONAIRIES CUES | 32.47 | 565.63 | 22040.29 | 18380.89 | | |
| | | | | | | 16.24 | | |
| | | | | | | 565.63 | | |
| 03.04.92 | TVBG | GI JOE END T | | | 902 | | | |
| | | GI JOE MAIN T | | | 902 | | | |
| | | GI JOE BG | | | 22760.3 | | | |
| | | GR SPACE COASTER | | 84.74 | 1.71 | 84.74 | | |
| | | JEM | | | 2464.79 | 1890.83 | | |
| | | TRANSFORMERS | | | 45.65 | 37.03 | 37.03 | |
| 05.18.92 | FEATURE | GI JOE END T | | | 1031.86 | 1031.86 | | |
| | | GI JOE MAIN T | | | 1031.86 | 1031.86 | | |
| 05.28.92 | THBG | GI JOE BG | 83.06 | | 26680.29 | | | |
| | | GI JOE "JUNE 91" | | 33.39 | 106.22 | | | |
| | | JEM TH | | 231.35 | 231.35 | 231.35 | | |
| | | JEM BG | | | 6285.87 | 4946.95 | | |
| | | TRANSFORMERS TH | | | 13.4 | 10.88 | 10.88 | |
| 06.29.92 | FOREIGN | GI JOE | 271.91 | 92.04 | 4425.64 | | | |
| | | GR SPACE COASTER | | | 2069.56 | 2069.56 | | NO WRITER PAYMENTS |
| | | JEM | | | 2759.15 | | | |
| | | JEM CUES | | 57.46 | | 57.46 | | |
| | | TRANSFORMERS | | | 2814.21 | 1415.81 | 1415.81 | NO WRITER PAYMENTS |
| | | ML PONY | | | | 2814.21 | | NO WRITER PAYMENTS |
| 08.26.92 | FEATURE | GI JOE END T | | | 1126.37 | 1126.37 | | |
| | | GI JOE MAIN T | | | 1126.37 | 1126.37 | | |
| 09.09.92 | TVBG | GI JOE 28 EPISODES BG | 63.95 | | 35440.12 | | | STARWILD IS SHOWN AS 63 EPISODES |
| | | GI JOE OPERATION TH | 25.4 | | 153.63 | | | |
| | | GR SPACE COASTER TH | | | 255.79 | | | |
| | | GR SPACE COASTER BG | | | 70.09 | | | |
| | | JEM TH | | 32.63 | | 32.63 | | |
| | | BG | | | 65.26 | | | |
| | | | | | 987.38 | 798.39 | | |

**ANNE BRYANT 8 784**

**CONCISE ROYALTY TALLEY SHEET**

FEATURE.TH.BG.FOREIGN8

| Date | Type | Item | | | | | Notes / Right col |
|---|---|---|---|---|---|---|---|
| 11.20.92 | FEATURE | GI JOE END T | | | 812.99 | | |
| | | GI JOE MAIN T | | | 812.99 | | |
| 12.02.92 | | GI JOE 16 EPISODES | | 25059.16 | | | NO KINDER STATEMENT THIS DATE |
| | | GR SPACE COASTER TH | | 302.35 | | | |
| | | BG | | 82.84 | | | |
| | | JEM TH | 984.54 | 1969.71 | 984.54 | | |
| | | BG | | 26775.2 | 21071.52 | | |
| 12.17.92 | FOREIGN | GI JOE | 704.1 | | | | |
| | | INHUMANOIDS | | | | | |
| | | JEM | 99.5 | | 99.5 | | |
| | | TRANSFORMERS | | | 81.03 | | |
| | | VISIONAIRIES | 162.07 | 378.89 | 378.89 | | |
| 1993 | | | | | | | |
| 01.08.93 | FOREIGN | GI JOE | | 742.7 | | | NO WRITER'S STATEMENTS |
| | | INHUMANOIDS | | 37.53 | 37.53 | | INHUMANOIDS/NOT/VISIONAIRIES |
| | | JEM | | 766.1 | 766.1 | | |
| | | ML PONY | | 3676.37 | 3676.37 | | |
| | | TRANSFORMERS | | 4149.87 | 4149.87 | 4149.87 | |
| | | VISIONAIRIES | | 614.88 | 614.88 | | |
| 03.03.93 | FEATURE | GI JOE END T | | 1153.46 | | | |
| | | GI JOE MAIN T | | 1153.46 | | | |
| 03.11.93 | TVBG | GI JOE 16 EPISODES | 22.08 | | | | |
| | | GI JOE AVG TH | 65.15 | | | | |
| | | GI JOE AVG BG | 68.98 | | | | |
| | | JEM TH | 59.37 | | 59.37 | | |
| | | BG | | 59.37 | | | |
| 06.03.93 | FEATURE | GI JOE END T | | 11.35 | | | |
| | | GI JOE MAIN T | | 22.92 | | | |
| 06.08.93 | TVBG | GI JOE AVG TH | 4.41 | 0.53 | | | |
| | | GI JOE AVG BG | 13.77 | 13.02 | 1011.6 | | |
| | | JEM TH | | | 97.91 | | |
| | | BG | 48.96 | 1331.2 | 48.96 | 1047.68 | |
| 06.25.93 | FOREIGN | GI JOE | 194.2 | 136.04 | | | |
| | | JEM | 426.61 | 1163.2 | | | missing pages JB |
| | | TRANSFORMERS | 212.62 | | 212.62 | 213.3 / 212.62 | |
| | | VISIONAIRIES | 26.39 | 54.6 | 13.2 | | |
| | | GR SPACE COASTER | | 9.35 | | | |
| | | ML PONY | | 2191.63 | 2191.63 | | NO WRITER PAYMENT |

FEATURE.TH.BG.FOREIGN7

**CONCISE ROYALTY TALLEY SHEET**

ANNIE BRYANT / / 84

| Date | Category | Title | | | | Notes | FEATURE.TH.BG.FOREIGN7 |
|------|----------|-------|---|---|---|-------|------------------------|
| 09.02.93 | FEATURE | GI JOE END T | | | 1248.69 | | |
| | | GI JOE MAIN T | | | 1248.69 | | |
| 09.14.93 | TVBG | GI JOE BG | | | 37682.26 | | |
| | | GI JOE AVG TH | 14.72 | 5.76 | 3385.77 | | |
| | | GI JOE AVG BG | 46.07 | 43.51 | 68.88 | 34.34 | |
| | | JEM TH | | 34.34 | 933.57 | 734.57 | |
| | | JEM BG | | | | | |
| | | TRANSFORMERS TH | | | 70.15 | 59.61 | 59.61 |
| | | ML PONY & | | | 2155.95 | 2155.95 NO WRITER PAYMENT | |
| 11.24.93 | FEATURE | GI JOE END T | | | 222.27 | | |
| | | GI JOE MAIN T | | | 222.27 | | |
| 12.09.93 | TVBG | GI JOE AVG BG | 40.88 | 38.54 | 3003.97 | 35.04 | |
| | | GI JOE AVG TH | 13.08 | 5.14 | 1.4 | 747.03 | |
| | | JEM TH | | 35.04 | 69.84 | | |
| | | JEM BG | | | 949.31 | | |
| | | TRANSFORMERS TH | | | | | |
| | | BG | | | 69.48 | 60.54 | 60.54 |
| | | GI JOE EPISODES | | | 5034.68 | NO WRITER PAYMENT | |
| 12.20.93 | FOREIGN | GI JOE 12 EPISODES | 248.87 | | | | |
| | | GR SSPACE COASTER | | | | SW=MISSING STATEMENT | |
| | | JEM | | 29.37 | | 29.37 | |
| | | ML PONY & | 75.96 | | | 37.98 | |
| | | TRANSFORMERS CUES | 2.98 | | | 1.49 | 1.49 |
| | | | | 1.48 | | 1.48 | 1.48 |
| | | VISIONAIRIES | 173.17 | | | 86.59 | |
| 1994 | | | | | | | |
| 02.23.94 | FEATURE | GI JOE | | | 561.9 | NO WRITERS' STATEMENTS | |
| 03.09.94 | TVBG | GI JOE AVG BG | 90.83 | 0.03 | 11,844.69 | | |
| | | GI JOE TH | 62.86 | 73.24 | 2.45 | | |
| | | BG | | 24.73 | 2.64 | | |
| | | TH | 0.01 | | | | |
| | | JEM TH | | 69.46 | 138.92 | 69.46 | |
| | | BG | | | 1888.44 | 1486.22 | |
| | | TRANSFORMERS TH | | | | | |
| | | BG | | | 40.95 | 35.69 | 35.69 |
| | | ML PONY & | | | 1695.68 | 1695.68 NO WRITER PAYMENT | |

FEATURE.TH.BG.FOREIGN8

**CONCISE ROYALTY TALLEY SHEET**

ANNE BRYANT I 8 784

QTR.    END 9/1993:

| Date | Type | Item | | | | | Notes |
|---|---|---|---|---|---|---|---|
| 05.18.94 | FEATURE | GI JOE END T | | | 327.8 | | HENCE: REFLECTS SW RE-REGIS. 6/1993 |
| | | GI JOE MAIN T | | | 327.8 | | |
| 05.31.94 | TVBG | GI JOE AVG BG | 82.36 | 77.85 | 2.49 | | |
| | | TH | 26.37 | 10.29 | 3.01 | | |
| | | GI JOE | | | 11222.89 | | LARGE DIFF. IN PUBL. VS WRITER PAY |
| | | JEM TH | | 57.73 | 115.47 | 57.73 | |
| | | BG | | | 1569.63 | 1235.27 | |
| | | TRANSFORMERS TH | | | 34.35 | 27.87 | |
| | | BG | | | | | |
| | | ML PONY & | | | 2025.99 | 2025.99 | 2025.99 NO WRITER PAYMENT |
| 06.15.94 | FOREIGN | GI JOE 11 EPISODES | 6.78 | | | | "SUMMER 1994 72ND ACCOUNTING" |
| | | 9 EPISODES | 146.26 | 65.83 | 16.12 | | |
| | | GI JOE AVG | | | | | |
| | | JEM | | | | | |
| | | ML PONY & | 54.73 | | | 27.36 | |
| | | TRANSFORMERS CUES | 0.4 | 0.2 | | 0.2 | |
| | | | | | | 0.2 | |
| 08.24.94 | FEATURE | GI JOE END T | | | 126.16 | 126.16 | |
| | | GI JOE MAIN T | | | 126.16 | 126.16 | |
| 09.07.94 | TVBG | GI JOE AVG BG | 51.96 | 48.92 | 3807.85 | | REFLECTS: "QTR. END 12.31.93" |
| | | TH | 16.62 | 6.55 | 1.87 | | |
| | | TRANSFORMERS TH | | | | | |
| | | BG | | | | | |
| | | ML PONY & | | | 2510.8 | 2510.8 | 2510.8 NO WRITER PAYMENT |
| SEE | SEPT. 1994 | SETTLEMENT NOTES | | | | | BRYANT NOW KEEPS 100% OF EARNINGS |
| 11.29.94 | FEATURE | GI JOE END T | | | 400.31 | 400.31 | 400.31 |
| | | GI JOE MAIN T | | | 400.31 | 400.31 | 400.31 |
| 12.08.94 | TVBG | NOTES | | | | | TAKEN FROM AB ORIG. STATEMENTS |
| | | GI JOE AVG | | | | | NO STATEMENTS FROM SUBPOENA |
| | | TRANSF. 27 EPISODES | | | | | |
| | | TRANSFORMERS BG | | | | | |
| 12.20.94 | FOREIGN | GI JOE | | | 754.12 | 637.35 | 637.35 |
| | | GI JOE AVG | | | 998.64 | 799.53 | 799.53 |
| | | GR SPACE COASTER | 40.58 | | | 40.58 | 40.58 |
| | | JEM | | 259.02 | 337.54 | 259.02 | |
| | | ML PONY & | | | 1455.98 | 1368.9 | |

ANNE BRYANT 9/94

## CONCISE ROYALTY TALLEY SHEET

| Date | Type | Title | | | | | | FEATURE.TH.BG.FOREIGN9 |
|---|---|---|---|---|---|---|---|---|
| **1995** | | | | | | | | |
| 02.23.95 | FEATURE | TRANSFORMERS | | | 21.76 | 21.76 | | |
| | | TRANSFORMERS CUES | | 737.27 | 210.89 | 210.89 | | 210.89 |
| | | VISIONAIRIES | 104.37 | 15.12 / 0.01 | 104.37 | 104.37 | | 104.37 |
| 03.02.95 | TVBG | TRANSFORMERS MAIN TH | | 21.6 | 21.6 "STARWILD 50%" ASCAP WRITER = 50% | | | |
| | | GI JOE END T | | 223.42 | 223.42 NO STATEMENTS/TAKEN FROM AB ORIG. | | | |
| | | GI JOE MAIN T | | 223.43 | 223.43 | | | |
| | | TRANSFORMERS BG TH | | | NO STATEMENTS/TAKEN FROM AB ORIG. | | | |
| | | GI JOE AVG (BG) | | | | | | |
| 05.22.95 | FEATURE | TRANSFORMERS MAIN | | 38.02 | 38.02 "STARWILD 50%" ASCAP WRITER = 50% | | | |
| | | GI JOE END T | | 242.29 | 242.29 NO STATEMENTS/TAKEN FROM AB ORIG. | | | |
| | | GI JOE MAIN T | | 242.29 | 242.29 | | | |
| 05.31.95 | TVTH/BG | GI JOE BG | | | NO STATEMENTS/TAKEN FROM AB ORIG. | | | |
| | | TRONSFORMERS TH BG | | | | | | |
| 06.29.95 | FOREIGN | GI JOE | 4.39 | | 4.39 NO AB STATEMENT/TAKEN FROM AB ORI | | 4.39 | |
| | | JEM | | 1.73 | 1.73 | | 1.73 | |
| | | ML PONY & TRANSFORMERS | 578.39 | 389.92 / 21.65 | 291.31 / 21.66 NO STATEMENTS/TAKEN FROM AB ORIG. / 578.39 / 604.19 | | 291.31 | 604.19 |
| | | VISIONAIRIES | 46.02 | 205.23 | 116.05 | | | 116.05 |
| 08.23.95 | FEATURE | TRANSFORMERS MAIN | | 78.85 | 54.05 NO STATEMENTS/TAKEN FROM AB ORIG. | | | 54.05 |
| | | GI JOE END T | | 192.7 | 78.85 "STARWILD 50%" ASCAP WRITER = 50% / 192.7 | | 192.7 | 78.85 |
| | | GI JOE MAIN T | | 192.7 | 192.7 | | 192.7 | |
| 09.06.95 | TVTH/BG | GI JOE TH | | | | | | |
| | | GI JOE BG | | | | | | |
| | | TRANSFORMERS TH BG | | | NO STATEMENTS/TAKEN FROM AB ORIG. | | | |

**CONCISE ROYALTY TALLEY SHEET**

FEATURE.TH.BG.FOREIGN10

**ANNE BRYANT 10 784**

| Date | Type | Item | Col A | Col B | Col C | Note | FEATURE.TH.BG.FOREIGN10 |
|---|---|---|---|---|---|---|---|
| 11.21.95 | FEATURE | GI JOE END T | | 86.09 | 86.09 | FROM AB ORIGINALS | 86.09 |
| | | GI JOE MAIN T | | 86.09 | 86.09 | | 86.09 |
| | | TRANSFORMERS MAIN TH | | 1469.26 | 1469.26 | "STARWILD 50%" ASCAP WRITER = 50% | 1469.26 |
| 12.04.95 | TVTH/BG | GI JOE AVG | | 3311.96 | 3311.96 | FROM AB ORIGINALS | 3311.96 |
| | | BG | 12.33 | | 12.33 | | 12.33 |
| | | TRANSFORMERS AVG TH | 4.27 | | 4.27 | | 4.27 |
| | | BG | | 566.5 | 566.04 | | 566.04 |
| | | TRANSFORMERS | | | | | |
| | | 102 EPISODES | | 31659.81 | 26357.41 | | 26357.41 |
| | | 26 EPISODES | 354.11 | | 354.11 | | 354.11 |
| 12.22.95 | | ML PONY & | 140.43 | 5751.79 | 5751.79 | | |
| | FOREIGN | GI JOE | 3.5 | | 3.5 | FROM AB ORIGINALS / 3.5 "WINTER 1995" | 3.5 |
| | | JEM | 24.93 | | 24.93 | 24.93 MISSING SW / MISSING AB | 24.93 |
| | | | 62.08 | | 62.08 | | |
| | | ML PONY & | 78.96 | | 78.96 | | 78.96 |
| | | TRANSFORMERS | 1331.48 | | 1331.48 | | 1331.48 |
| | | VISIONAIRIES | 66.14 | | 66.14 | | |
| | | | 0.16 | | 0.16 | 0.16 CHANGE IN VISIONAIRIES TO JB | |
| 1996 | | | | | | | |
| 02.01.96 | SPEC | JEM | | | | ADJUSTING STMNT FROM V.CHENAULT | |
| 02.23.96 | FEATURE | TRANSFORMERS MAIN T | | | 784.88 #A758906 | FROM AB ORIGINALS / "STARWILD 50%" ASCAP WRITER = 50% | 784.88 |
| 03.05.96 | TVTH/BG | GI JOE AVG BG | | | | | |
| | | TRANS. AVG TH | | | | | |
| | | TRANS. AVG BG | | | | | |
| | | TRANS. GENERIC | | | | | |
| | | TRANS. GENERIC | | | | | |
| 05.17.96 | FEATURE | TRANSFORMERS MAIN T | | | 592.8 #A758906 | | 592.8 |
| 05.31.96 | TV TH/BG | GI JOE AVG BG | | | | "STARWILD 50%" ASCAP WRITER = 50% | |
| | | TRANS. AVG TH | | | | | |
| | | TRANS. AVG BG | | | | | |
| | | TRANS. GENERIC TH | | | | | |
| | | TRANS. GENRIC BG | | | | | |

**CONCISE ROYALTY TALLEY SHEET**

FEATURE.TH.BG.FOREIGN11

ANNE BRYAN I 11 / 04

| Date | Category | | | | | | FEATURE.TH.BG.FOREIGN11 |
|---|---|---|---|---|---|---|---|
| 06.20.96 | FOREIGN | | | | | | |
| | GI JOE TH | 311.89 | | 445.91 | 311.89 | 311.89 | |
| | .BG | | 154.3 | 154.3 | 154.3 | 154.3 | |
| | AVG CUE | 457.1 | | | 457.1 | 457.1 | |
| | JEM | | 177.95 | 177.95 | 177.95 | 177.95 | |
| | ML PONY & | 188.78 | 193.91 | 193.91 | 188.78 | | |
| | TRANS. EPISODES | 145.43 | | 132.48 | 145.43 | | 145.43 |
| | TRANS. AVG | 380.48 | | 17.31 | 380.48 | | 380.48 |
| | TRANS. GENRIC | 386.99 | | | 386.99 | | 386.99 |
| | TRANS. ROCK & ROLL | 187.9 | 342.83 | | 342.83 | | 342.83 |
| | VISIONAIRIES | | 105.26 | 147.8 | 105.26 / 105.41 | | 187.9 / 105.26 |
| 08.16.96 | FEATURE | | | | | | |
| | GI JOE END T | | | 127.8 | 127.8 | 127.8 | |
| | GI JOE MAIN T | | | 127.8 | 127.8 | 127.8 | |
| | TRANSFORMERS MAIN T | | | | | | |
| | VISIONAIRIES | | | | 24.31 | | 24.31 |
| 08.30.96 | TH/BG | | | | | | |
| | GI JOE AVG BG | | | | | | |
| | TRANS. AVG TH | | | | | | |
| | TRANS. AVG BG | | | | | | |
| | VISIONAIRIES AVG | | | | | | |
| 11.22.96 | TVTH/BG | | | | | | |
| | GI JOE AVG | 62.39 | 21.51 | 21.51 | 62.39 | 62.39 | |
| 12.13.96 | FOREIGN | | | | | | |
| | GI JOE END T | 23.24 | | 4275.37 | 21.51 / 3811.88 | 23.24 | |
| | GI JOE MAIN T | 30.97 | 0.04 | 0.04 | 23.24 / 0.04 | 0.04 | |
| | | | 30.99 | 30.99 | 30.97 / 30.99 | 30.97 | |
| | | | | | 40.92 | 30.99 / 40.92 | |
| 12.13.96 | FOREIGN | | | | | | |
| | ROCK TRANS. | 23.43 | | 102.88 | 23.43 | | 23.43 |
| | TRANSFORMERS | | 17.82 | 1.81 | 17.82 | | 17.82 |
| | TRANSFORMERS USO | 219.91 | 287.91 | 33.27 | 219.91 | | 219.91 |
| | ML PONY & | 1660.3 | | | 287.91 | | 287.91 |
| | ML PONY TH | 59.52 | | | 1660.3 | | 1660.3 |
| | JEM | | 13.24 | | 59.52 | | |
| | GI JOE PM | | | | 13.24 | | |
| | GI JOE BRYANT PM | | | | | | |
| | GI JOE BG MUSIC | | | | | | |
| 12.13.96 | FORGN CON | | | | | | |
| | VISIONAIRIES | | 5.08 | 68.05 | 5.08 | 5.08 | |
| | | | | 21.09 | 60.52 | 60.52 | |
| | | | | | 12.21 | | |

24.31 "STARWILD 50%" ASCAP WRITER = 50%
VISION #B757284

AB ORIG STATEMENT

FEATURE.TH.BG.FOREIGN2

**CONCISE ROYALTY TALLEY SHEET**

CHRIS BRYANT 12/04

1997

| Date | Category | Item | Col 1 | Col 2 | Col 3 | Col 4 | @% / Notes | FEATURE.TH.BG.FOREIGN2 |
|---|---|---|---|---|---|---|---|---|
| 01.27.97 | JINGLE | | | | | | JINGLE: KINDER | |
| | | CONNECT 4 @ 100% | 382.8 | | | | @ 100% | |
| | | LIFE @ 50% | | | | | 50% | |
| | | MOUSETRAP @ 100% | | | | | 100% | |
| | | TWISTER @ 50% | 5.77 | | | 11.98 | 50% | 11.98 |
| 01.31.97 | DOM.FEATU | TRANSFORMERS MAIN T | 17.04 | | 11.98 | 11.98 "STARWILD 50%" ASCAP WRITER = 50% | | 11.98 |
| | | VISIONAIRIES | | | 34.05 | 17.04 | | |
| | | GI JOE END T | | | 1.55 | 1.55 | 1.55 | |
| | | GI JOE MAIN T | | | 1.55 | 1.55 | 1.55 | |
| 02.11.97 | TVBG | TRANSFORMERS AVG | | | 171.27 | 134.01 | | 134.01 |
| | | VISIONAIRIES | | | 43.68 | 1.17 | | |
| | | GI JOE EPISODES | 67.06 | 22.44 | 62.98 | 67.06 | 67.06 / 22.44 | |
| 04.18.97 | US FEATURI | GI JOE END T | | | 19.72 | 19.72 | 19.72 | |
| | | GI JOE MAIN T | | | 19.72 | 19.72 | 19.72 | |
| | | TRANSFORMERS MAIN TH. | | | | 16.63 "STARWILD 50%" ASCAP WRITER = 50% | | 16.63 |
| | | VISIONAIRIES TH. | 9.94 | | 19.88 | 19.72 | | |
| | | TRANSF. ROCK & ROLL | 0.85 | 0.42 | 2.11 | 0.85 / 0.42 | | 0.85 / 0.42 |
| 04.25.97 | TVBG | GI JOE | 9.43 | 3 | | 9.42  BRYANT AMOUNTS ARE DEBITS | 9.42 / 3 | |
| | | TRANSFORMERS | | | 662.69 | 662.69 | 662.69 | |
| | | VISIONAIRIES | | | 317.59 | 317.59 | | 317.59 |
| | | ML PONY MOVIE | | | 25.21 | 25.21 | | |
| | | | | | 1165.53 | 1165.53 | | |
| 06.17.97 | FOREIGN | TRANSFORMERS | 1534.04 | 573.6 | 2253.87 | 1534.04 / 573.6 | | 1534.04 / 573.6 |
| | | ML PONY & | 77.52 | | 13.87 | 77.52 | | |
| | | GI JOE | 7.92 | 7.92 | | 7.92 | 7.92 | |
| | | TRANS ROCK & ROLL | 70.9 | | 10735.25 | 9271.11 | 9271.11 | 70.9 |
| | | TRANSFORMERS USO | | 43.89 | | 70.9 | | 43.89 |
| | | JEM | 1421.64 | | | 43.89 | | 1421.64 |
| | | VISIONAIRIES | | 14.23 | 7806.26 / 156.24 | 1421.64 / 14.23 / 6356.9 / 132.14 | | |
| 07.18.97 | FOREIGN | TRANSFORMERS (2) BG | 9.1 | | | | | |
| | | VISIONAIRIES (15) BG | | | | | | |

## CONCISE ROYALTY TALLEY SHEET

| Date | Category | Title / Note | | | | Total | FEATURE | FEATURE.TH.BG.FOREIGN13 |
|---|---|---|---|---|---|---|---|---|
| 144.1 | TVBG | TRANSFORMERS AVG | | | 172.67 | 144.1 | | 144.1 |
| | | VISIONAIRIES | | | 22.43 | | | |
| | | ML PONY MOVIE | | | 899.18 | 899.18 | | |
| 12.18.97 | FOREIGN | ML PONY & | 996.12 | | 27.62 | 996.12 | | |
| | | TRANSFORMERS | 1160.59 | | 38.89 | 1160.59 | | 1160.59 |
| | | GI JOE | 443.35 | 471.75 | 606.8 | 471.75 | 443.35 | 471.75 |
| | | | | 333.33 | | 443.35 | 333.33 | |
| | | TRANSFORMERS USO | 1895.44 | | | 1895.44 | | 1895.44 |
| | | JEM USO | | 198.98 | | 198.98 | | |
| | | JEM | | 0.19 | | 0.19 | | |
| 1998 02.13.98 | FEATURE | MUSIC FROM GI JOE | | 5.36 | 5.36 | 5.36 | 5.36 | |
| | | GI JOE MAIN | 1.26 | | 5.36 | 1.26 | 1.26 | |
| | | VISIONAIRIES TH | 17.02 | 0.52 | 15.91 | 0.52 | 0.52 | |
| | | GI JOE END T | | | 34.04 | 7.96 | 7.96 | |
| | | GI JOE LIBRARY CUES | | | 36 | 36 | 36 | |
| 02.20.98 | TVBG | GI JOE AVG BG | 1.22 | | | 1.22 | 1.22 | |
| | | ML PONY MOVIE | | | 111.54 | 100.72 | 100.72 | |
| | | VISIONAIRIES AVG BG | | | 669.91 | 669.91 | | |
| 04.17.98 | FEATURE | MUSIC FROM GI JOE | 9.99 | | | 669.91 | | |
| | | VISIONAIRIES TH — "STARWILD 100%" | | 5.93 | 5.93 | 5.93 | 5.93 | |
| | | MUSIC FROM GI JOE — "STARWILD 100%" | | | | | | |
| | | — "STARWILD 100%" | | | | | | |
| | | TRANSFORMERS MAIN — "STARWILD 50%" ASCAP WRITER = 50% | | | 26.65 | 26.65 | | 26.65 |
| 04.24.98 | TVBG | TRANS EPISODES | | | 213.02 | 174.76 | | 174.76 |
| | | VISIONAIRIES | | | 16.24 | | | |
| | | WRC | | | 0.09 | | | |
| 05.22.98 | FEATURE | GI JOE END T — "STARWILD 100%" | | | 31.85 | 31.85 | 31.85 | 31.85 |
| | | GI JOE MAIN T — "STARWILD 100%" | | | 31.85 | 31.85 | 31.85 | 31.85 |
| | | TRANSFRMRS MAIN TH — "STARWILD 50%" ASCAP WRITER = 50% | | | 481.35 | 481.35 | | 481.35 |
| | | VISIONAIRIES TH — "STARWILD 100%" | | | 2.11 | 1.06 | | |
| 05.28.98 | TVBG | TRANSFORMER GEN 2 | 141.71 | | | 141.71 | | 141.71 |
| | | TRANSF. GEN 2 CUES — STARWILD 50% PUBLISHER | | 56.41 | 56.41 | 56.41 | | 56.41 |
| | | | | | | 8691.94 | | 8691.94 |
| | | TRANSFORMERS AVG — STARWILD 50% PUBLISHER | | | 10443.73 | 10443.73 | | 10443.73 |
| | | GI JOE CUES | | | 341.03 | 266.92 | | 266.92 |
| | | | | | 1303.66 | 1303.66 | 1303.66 | |

**CONCISE ROYALTY TALLEY SHEET**

ANNE BRYANT 14 /84

| Date | Type | Title | | | | | | FEATURE.TH.BG.FOREIGN14 |
|---|---|---|---|---|---|---|---|---|
| 06.18.98 | FOREIGN | MUSIC FROM GI JOE | 6.23 | | | 6.23 | 6.23 | |
| | | GI JOE CUES | | 7.3 | | 7.3 | 7.3 | |
| | | TRANSFORMERS GEN | 44.9 | | | 44.9 | 44.9 | |
| | | | | 0.05 | | 0.05 | 0.05 | |
| | | TRANSFORMERS TH | 1.34 | | | 1.34 | | 1.34 |
| | | | | 3.63 | | 3.63 | | 3.63 |
| | | ML PONY & | 133.93 | | | 133.93 | | 133.93 |
| | | | 41.83 | 41.83 | | 41.83 | | 41.83 |
| | | | 53.06 | | | 53.06 | | |
| | | ML PONY THEME | 41.87 | | 1366.68 | 1278.47 | | |
| | | | | | | 41.87 | | |
| | | GI JOE CL | 96.69 | | 237.09 | 195.22 | 96.69 | |
| | | GI JOE OP | 54.8 | 54.8 | | 96.69 | 54.8 | |
| | | | | | | 54.8 | 54.8 | |
| | | TRANSFORMERS USO | 0.86 | | | 0.86 | | 0.86 |
| 06.18.98 | CONTINUED FORGN CON | TRANSFORMERS OPEN | 19.44 | 7.78 | | 19.44 | | 19.44 |
| | | | | | | 7.78 | | 7.78 |
| | | ML PONY & 2&3 CUES | 15.21 | 284.69 | 691.3 | 644.44 | | 644.44 |
| | | JEM CUES | | | | 15.21 | | |
| | | TRANSFORMER CUES | 13.22 | 13.22 | 74.18 | 284.69 | | |
| | | TRANSFORMR INSTRU | | | 26.05 | 13.22 | | 13.22 |
| | | TRANSFORMERS "F" | | | 668.36 | 26.05 | | |
| | | | | | | 668.36 | | |
| | | | | | | 549.7 | | 549.7 |
| 07.17.98 | FEATURE | VISIONAIRIES TH | 5.02 | 6.76 | | 6.76 | 6.76 | 6.76 |
| | | MUSIC FROM GI JOE | | | 10.04 | | | |
| 07.24.98 | TVBG | VISIONAIRIES BG | | | 8.15 | 8.15 | | |
| 10.23.98 | FOREIGN | ML PONY & VISIONARIES | 294.91 | | 283.12 | 294.91 | | 294.91 |
| | | | 1.81 | | 6.31 | 2.96 | | |
| | | TRANSFORMERS | 0.54 | | | 0.54 | | 0.54 |
| | | TRANSFORMRS GEN 2 | | 4.47 | 6.31 | 4.47 | | 4.47 |
| | | | 51.27 | | | 51.27 | | 51.27 |
| | | | | 2.46 | | 2.46 | | 2.46 |
| | | TRANSFORMERS 1985 | 1.16 | | 319 | 44.97 | | 44.97 |
| | | | | | 10.59 | 1.16 | | 1.16 |
| | | | | | | 8.91 | | 8.91 |
| | | JEM CUES | 1389.29 | 1389.29 | | 1389.29 | | 1389.29 INCOMPLETE KINDER STATEMENT |
| | | GI JOE | | 2 | 2 | 2 | 2 | 2 NO WRITER PAYMENT |
| | | GI JOE ANIMATED | 21.4 | 21.4 | 21.4 | 21.4 | 21.4 | 21.4 NO WRITER PAYMENT |
| | | VISIONAIRIES CUES | | | | | | |
| | | JEM TH | | | | | | |
| | | TRANS. INST. TH | | | | | | |

FEATURE.TH.BG.FOREIGN15

ANNE BRYANT 15 784

CONCISE ROYALTY TALLEY SHEET

| Date | | Description | C1 | C2 | C3 | FROM AB ORIGINAL STATEMENTS | C5 | C6 |
|------|---|-------------|------|------|------|------|------|------|
| 1999 | | | | | | | | |
| 01.22.99 NEW | FOREIGN COMBO STV | ML PONY | 0.71 | | | 0.71 | | |
| | | ML PONY & | 174.11 | | | 174.11 | | |
| | | TRANS EPI & MAIN TH | 18.51 | | | 18.51 | | 18.51 |
| | | | | 12.5 | | 12.5 | | 12.5 |
| | | VISIONAIRIES | 4.77 | | | 4.77 | | |
| | | JEM EPISODE CUES | | 425.27 | 17.3 | 425.27 | | |
| | | MUSIC FROM GI JOE | | 0.55 | | 0.55 | 0.55 | |
| | | GI JOE 91-92 | | 87.84 | | 87.84 | 87.84 | |
| | | TRANSF. CUES | | | | | | |
| | | JEM CUES | | | | | | |
| 04.22.99 | FOREIGN COMBO STMT | GI JOE EP CUE | 27.03 | | | 27.03 | 27.03 | |
| | | GI JOE CL | 52.63 | 4.41 | 240.22 | 4.41 | 4.41 | |
| | | GI JOE OP | 63.19 | 63.19 | | 52.63 | 52.63 | |
| | | VISIONAIRIES | 6.47 | | 23.45 | 63.19 | 63.19 | |
| | | ML PONY & | 653.94 | | 1593.17 | 653.94 | 63.19 | |
| | | TRANSFORMER | 2.19 | 5.97 | | 2.19 | 2.19 | |
| | | JEM | | 3.34 | | 5.97 | 5.97 | |
| | | | | | | 3.34 | | |
| 07.23.99 | FOREIGN | BEAST WARS TRANSF | 46.89 | | | 46.89 | | 46.89 |
| | | TRANS ROCK & ROLL | 1.1 | | 449.05 | 449.05 | | 449.05 |
| | | | | | 2.74 | 1.1 | | 1.1 |
| | | VISIONAIRIES | 8.18 | 0.55 | 30.49 | 0.55 | | 0.55 |
| | | JEM | | 0.96 | | 0.96 | | |
| | | TRANSFORMERS | 271.59 | | 9.68 | 271.59 | | 271.59 |
| | | | | 149.97 | | 149.97 | | 149.97 |
| | | ML PONY & TH | 29.08 | | 0.08 | 29.08 | | |
| | | ML PONY | 10.23 | | | 10.23 | | |
| 10.22.99 | TVBG | TRANS ROCK & ROLL | 0.75 | 0.75 | 3.75 | 0.75 | | 0.75 |
| | | | | | 7.5 | 1.5 | | 1.5 |
| | | VISIONAIRIES | | | | 1.99 | | |
| | | GI JOE CUES 1.2 | 0.14 | 0.04 | | 0.14 | 0.14 | |
| | | | | | | 0.04 | 0.04 | |
| | | TRANSF. CLOSING | | | 60.48 | 47.1 | 47.1 | |
| | | TRANSFORMERS CUES | | 2.02 | 1.18 | 2.02 | 2.02 | |
| | | TRANSF. MAIN END | | | 56.39 | 51.48 | 51.48 | |
| | | TRANSF. OP TH | | | 0.37 | 0.37 | | |
| | | BEAST WAR TRANSF. | 5.47 | 0.65 | 0.11 | 5.47 | 5.47 | |
| | | | | | | 0.65 | 0.65 | |
| | | JEM | 22.96 | | | 22.96 | 22.96 | |
| | | ML PONY & | 923.02 | 8.19 | 241.03 | 195.11 | 195.11 | |
| | | | | | | 923.02 | | |

**CONCISE ROYALTY TALLEY SHEET**

*(rotated tabular data; column header at top-right reads "FEATURE.TH.BG.FOREIGN16")*

*Note appearing in body: NO WRITER PAYMENTS*

| Date / Combo | Title | Col A | Col B | Col C | CONCISE | R | FEATURE.TH.BG.FOREIGN16 |
|---|---|---|---|---|---|---|---|
| **2000** | | | | | | | |
| **01.21.00 COMBO INT** | TRANSF. GEN 2 | 42.73 | 17.06 / 1088.95 | 17.06 | 42.73 | | 42.73 |
| | | | | | 17.06 | | 17.06 |
| | | | | | 828.22 | | 828.22 |
| | JEM | 32.62 | 64.91 | 3.32 | 3.32 | | 32.62 |
| | TRANSFORMERS | 1002.75 | 20.61 | | 32.62 | | 1002.75 |
| | TRANSF. THE MOVIE | 1.43 | | | 1002.75 | | 1.43 |
| | TRANSF: ROCK & ROLL | | | 0.71 | 1.43 | | 0.71 |
| | VISIONAIRIES | 5.54 | 21.59 | | 0.71 | | |
| | ML PONY & | 0.94 | 1.92 | | 0.94 | | |
| | GI JOE 1 | | | | 0.98 | | |
| **04.21.00 COMBO INT** | GI JOE BG | 17.14 | | 11.68 | 17.14 | 17.14 | |
| | | | | | 11.68 | 11.68 | |
| | JEM BG | | 14.82 | 63.46 | 63.46 | | |
| | JEM TH | 419.62 | | | 419.62 | | |
| | ML PONY & | 27.09 | 4.21 | | 27.09 | | 27.09 |
| | TRANSFORMERS | | | 74.48 | 74.48 | | 74.48 |
| | TRANSFORMERS 01 | 0.09 | | | 0.09 | | 0.09 |
| | VISIONAIRIES BG | | 118.39 | 22.35 | 22.35 | | |
| | VISIONAIRIES TH | | | 2.4 | 2.4 | | |
| | MUSIC FROM GI JOE | | | 1.68 | 1.68 | 1.68 | |
| **07.21.00 COMBO INT** | VISIONAIRIES TH | | 16.37 | 2.92 | 2.92 | | |
| | VISIONAIRIES BG | | | | | | |
| | ML PONY & TH | 49.92 | | | 49.92 | | |
| | ML PONY & | 237.29 | | | 237.29 | | |
| | ML PONY CABLE | 22.08 | | | 22.08 | | |
| | TRANSFORMERS EPIS | 92.73 | 292.19 | 7.03 | 259.05 | | 92.93 |
| | | | | | 92.93 | | 7.03 |
| | TRANSFORMER MOVIE | 838.63 | 2892.5 | | 2699.77 | | 2699.77 |
| | | | | | 838.63 | | 838.63 |
| | TRANSFORMER CUES | 439.44 | 17.23 | 17.23 | 17.23 | | 17.23 |
| | | | | | 439.44 | | 439.44 |
| | GI JOE CL | 2.81 | 0.79 | 62.79 | 62.79 | 2.81 | 62.79 |
| | | | | | 2.81 | | |
| | ML PONY | 18.9 | | | 18.9 | | |
| **10.20.00 COMBO INT** | VISIONAIRIES | | | 1.8 | 1.8 | | |
| | GI JOE | | 10.21 | | 1.82 | 43.8 | |
| | | | 45.28 | | 43.8 | | |
| | ML PONY CABLE | 16.12 | | | 16.12 | | |

ANNIE BKYANI 1Y /84

## CONCISE ROYALTY TALLEY SHEET

FEATURE.TH.BG.FOREIGN17

TRANSFORMERS

8/94 to 2001 column

totals

| | BMI pd. FK | BMI Pd. JB | BMI pd. SW | Due AB | Comments |
|---|---|---|---|---|---|
| | | 22 | 25 | 15 | |
| | | 22194.8 | 123173.18 | 128399.36 | |
| | | 6820.27 | 185.29 | 145.91 | |
| | | | 194.92 | 170.4 | |
| | | 3.77 | | 15.38 | |
| | | 15.38 | | 3.77 | |
| | | | | 145.91 | |

missing stmts.

| | | | | | |
|---|---|---|---|---|---|
| GrandTOTALS: | 47411 | 3704.58 | 516000.86 | 238889.28 | |
| | | 297567.27 | | | |
| | | 82310.78 | | | |

subtotals
GI JOE    91559.16
TRANS     288014.84
15.38
3.77
145.91

297567.27
82310.78

TO 2001   COLUMN
AND       STILL

2001
2002
2003

FEATURE.TH.BG.FOREIGN18

CONCISE KUYALTY TALLEY SHEET

| MLPONY | JEM | VISION |
|---|---|---|
| 459.96 | | |
| 279.97 | | |
| 1911.58 | | |
| | 1903.64 | |
| 478.11 | | |
| 291.02 | | |
| | 76.84 | |
| | 2,034.50 | |
| 500.6 | | |
| 304.73 | | |
| | 1480.65 | |
| 406.73 | | |
| 247.59 | | |

FEATURE.TH.BG.FOREIGN9

CONCISE ROYALTY TALLEY SHEET

1115.58

167.77

1131.31

337.18
205.25

25.86

349.83
212.95

ANNIE BRYANT 19 / 04

FEATURE.TH.BG.FOREIGN20

CONCISE ROYALTY TALLEY SHEET

10.58

901.68

212.39

114.3

22.17

1.53
448.47

4.69
1081.44

FEATURE.TH.BG.FOREIGN21

CONCISE ROYALTY TALLEY SHEET

ANNE BRYANT 21 784

106.31

4.21
89.74

324.1

415.73

0.56
6304.3

77.78
1537.63

222.15
281.13
103.23

FEATURE.TH.B.G.FOREIGN22

CONCISE ROYALTY TALLEY SHEET

18380.89
16.24
565.63

84.74
1890.83

231.35
4946.95

57.46
2069.56

2814.21

32.63
798.39

FEATURE.TH.BG.FOREIGN23

CONCISE ROYALTY TALLEY SHEET

ANNIE BRYANT I 23 784

81.03
378.89
37.53
614.88
13.2

984.54
21071.52
99.5
766.1
59.37
48.96
1047.68

3676.37
2191.63

FEATURE.TH.BG.FOREIGN24

CONCISE ROYALTY TALLEY SHEET

ANNE BNTAN I 24 / 04

34.34
734.57

35.04
747.03

29.37

86.59

69.46
1486.22

2155.95

37.98

1695.68

FEATURE.TH.BG.FOREIGN25

CONCISE ROYALTY TALLEY SHEET

ANNE BKYANI 25 784

2025.99

27.36
0.2
0.2

2510.8

259.02

1368.9

FEATURE.TH.BG.FOREIGN26

CONCISE ROYALTY TALLEY SHEET

21.65

ANNE BKYAN I 26 / 84
21.76

578.39

FEATURE.TH.BG.FOREIGN27

CONCISE ROYALTY TALLEY SHEET

ANNE BRYANT 27 784

0.16

62.08

5751.79

66.14

FEATURE.TH.BG.FOREIGN28

CONCISE ROYALTY TALLEY SHEET

ANNE BRYANT 28 784

105.41

193.91

12.21

188.78

13.24

59.52

FEATURE.TH.BG.FOREIGN29

CONCISE ROYALTY TALLEY SHEET

34.05

1.17

25.21

132.14

14.23
6356.9

1165.53

77.52

ANNE BRYANT 29 784

FEATURE.TH.BG.FOREIGN30

CONCISE ROYALTY TALLEY SHEET

1.06

198.98    0.19

899.18
996.12

669.91

FEATURE.TH.BG.FOREIGN31

CONCISE ROYALTY TALLEY SHEET

ANNE BRYANT 31 784

53.06
1278.47
41.87
195.22

15.21                    284.69

294.91          2.96

1389.29

FEATURE.TH.BG.FOREIGN32

CONCISE ROYALTY TALLEY SHEET

ANNE BRYANT 32 784

0.71
174.11

425.27    4.77

653.94    3.34

0.96

29.08
10.23

1.99

923.02    8.19

FEATURE.TH.BG.FOREIGN33

CONCISE ROYALTY TALLEY SHEET

ANNE BRYANT 33 784

3.32

63.46

22.35
2.4

2.92

1.8
1.82

0.94
0.98

419.62

49.92
237.29
22.08
259.05

18.9

16.12

FEATURE.TH.BG.FOREIGN34

CONCISE ROYALTY TALLEY SHEET

ANNE BRYANT 34 784

170.4

1397.84

37206.72    VISION

76877.88    JEM

MLPONY

20950.65

56290.31

49941.48

**Exhibit C**

