# EXHIBIT 50






**It's a world transformed, where things aren't what they seem!**

ISBN 1-56605-715-9



### HEROES: The Rebirth
### Episodes 1-3

Earth is the battleground, control of the Universe is the prize, and the only defense is an army of Autobots able to transform into massive fighting machines as powerful as their enemy—the deadly Decepticons.



Just as Optimus Prime predicted, every Decepticon in the universe has united to launch a devastating attack on Autobot City. Their objective: to steal the key to the Plasma Energy Chamber, the foundry in which the original Autobots were forged. Meanwhile, out of power, a band of Autobots become stranded on Nebulos with a band of Decepticons close behind. The Nebulons have been enslaved by machines who work for "The Hive," and are desperate to break free. A daring plan is hatched to place Nebulons inside the Autobot bodies, transforming them into a new life form, "Headmasters," with greatly enhanced fighting capabilities. But the Decepticons make a sinister deal with the merciless Hive, and its evil leader, Zarak, who succeeds in turning the Hive's entire city into a new Decepticon superbot, the most powerful ever created. At the same time, on Cybertron, Optimus Prime merges with the supercomputer Vector Sigma and discovers the deadly secret of Plasma Energy. Now, newly transformed Headmasters, Targetmasters and colossal new Superbots are all on a collision course. But who will survive the most titanic, earth-shattering Transformer battle ever waged?



