# EXHIBIT 51





**It's a world transformed, where things aren't what they seem!**



**VILLAINS: The Ultimate Doom
Episodes 1-3**

Earth is the battleground, control of the Universe the prize, and the only defense is an army Autobots able to transform into massive fighti machines as powerful as their enemy—the dea Decepticons.



With the help of the evil scientis Dr. Archevil, the Decepticons ta Sparkplug prisoner and use him as guinea pig to test the doctor's late invention—the Hypnochip—which allo them to turn humans into mindless slave With the chip, they'll be able to enslave army and put them to work producing vast supply of Energon cubes, th primary source of fuel. But, in order to generate the energy necessary to ma the Energon cubes, Megatron creates a "space bridge" that brings Cybertron in Earth's orbit, causing huge tidal waves and earthquakes that threaten to rip Ea apart. While the Autobots on Earth fight to stop the Decepticons' devastation the planet, Spike makes a desperate attempt to rescue his father Sparkplug, still under the influence of a Hypnochip and fighting on the side of the Decepticons. Will Sparkplug ever regain control of his mind? Will all humans be enslaved? And what will become of the planet Earth, now headed for total destruction?





Program Content © 1995 Sunbow Productions, Inc./Wildstar Music, Inc./Hasbro Inc. All rights reserved. Package Artwork & Summary © 2001 Rhino Home an AOL Time Warner Entertainment Co. 10635 Santa Monica Blvd. Los Angeles CA 90025. All rights reserved. Warning: For sale or for private use in USA and Canada only. Federal law provides severe civil and criminal penalties for the unauthorized reproduction, distribution or exhibition of copyright videotapes or videodiscs. Manufactured in the USA. NTSC.

Color/±150 minutes