# EXHIBIT 52



