# EXHIBIT 53





THE ORIGINAL

# TRANS FORMERS

ISBN 1-56605-919-4

6  -034-976046-23

AUTOBOT SPIKE

CHANGING GEARS

CITY OF STEEL

ATTACK OF THE AUTOBOTS

TRAITOR

THE IMMOBILIZER

THE AUTOBOT RUN

ATLANTIS, ARISE!

DAY OF THE MACHINES

ENTER THE NIGHTBIRD

A PRIME PROBLEM

THE CORE

THE INSECTICON SYNDROME

DINOBOT ISLAND  PART 1

DINOBOT ISLAND  PART 2

THE MASTER BUILDER

AUTO BERSERK

MICROBOTS

MEGATRON'S MASTER PLAN PART 1

MEGATRON'S MASTER PLAN PART 2

DESERTION OF THE DINOBOTS PART 1

DESERTION OF THE DINOBOTS PART 2

BLASTER BLUES

A DECEPTICON RAIDER IN KING ARTHUR'S COURT

SPECIAL FEATURES

Earth is the battleground,

control of the Universe is the prize,

and the only defense

is an army of Autobots

able to transform

into massive fighting machines

as powerful as their enemy—

the deadly Decepticons.

The first half of the second season—now available on DVD in this special collector's edition containing 24 episodes in chronological order!

*Special Thanks to Tim Finn*

## DVD SPECIAL FEATURES
- New Digital Transfer from Original 35mm Film
- Dolby Digital 5.1 • Mistake Reel
- A TASTE OF BOTCON 2002 - A Documentary Highlighting the Transformers Convention
- Interview with Voice Actors Neil Kaplan, Michael McConnohie and Scriptwriter Earl Kress



RHINO
HOME VIDEO
DVD

This DVD contains technical and copy protection technical features.
Program Content: ©1984 Sunbow Productions, Inc. Transformers is a trademark of Hasbro, Inc. All rights reserved. Package Artwork, Design & Sound(s) © 2002 Rhino Home Video, an A&E Time Warner Company. All rights reserved. 10635 Santa Monica Blvd., Los Angeles, CA 90025. Warning: For sale or rental for Private Home Use in the USA only. Exclude your rental of and unauthorized exhibition, sale and rental of this program for the exhibition and any public performance, diffusion or exhibition of this program is strictly prohibited. Manufactured in the USA. NTSC. Dolby and the ⫿⫿ symbol are trademarks of Dolby Laboratories Licensing Corporation.

Color: ±715 mins.

DOLBY DIGITAL

SUNBOW