# EXHIBIT 54





THE ORIGINAL TRANSFORMERS

Volume 11: The Decepticon Possession

Volume 10: Megatron's Master Plan

Volume 12: Size Matters

KID RHINO Home Video R3 972819B
KID RHINO Home Video R3 972819A
KID RHINO Home Video R3 972819C