# EXHIBIT 55

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND

55576-017

SERIAL NO. 173

| | |
|---|---|
| SERVED | |
| RECEIVED | |
| FILED | |

```
ANNE BRYANT,                        :
              Plaintiff,            :
                                    :
   -v-                              :
                                    :
BROADCAST MUSIC, INC.               :
(a/k/a/"BMI"), FORD KINDER,         :
KINDER & CO., LTD.,                 :     Index No. 5192/00
VADIVOX, INC., JULES M. "JOE"       :
BACAL; GRIFFIN BACAL, INC.,         :     Hon. Andrew P. O'Rourke
STARWILD MUSIC BMI, WILDSTAR        :
MUSIC ASCAP, SUNBOW                 :
PRODUCTIONS, INC.,                  :
                                    :
              Defendants.           :
ANNE BRYANT,                        :
              Plaintiff,            :
                                    :     Index No. 2821/02
   -v-                              :
                                    :     Hon. Andrew P. O'Rourke
                                    :
SUNBOW PRODUCTIONS, INC.,           :
                                    :
              Defendant.            :
```

**AFFIDAVIT OF PLAINTIFF ANNE BRYANT IN RESPONSE TO
THE AFFIDAVITS OF THOMAS GRIFFIN AND JULES M. BACAL**

```
STATE OF NEW YORK    )
                     ) ss:
COUNTY OF ROCKLAND   )
```

ANNE BRYANT, being duly sworn, deposes and says:

1.  Defendant Jules M. Bacal's Affidavit as well as that of his

partner, Thomas Griffin, have a number of themes which are

inconsistent with other evidence in the case, and in fact

inconsistent with other Affidavits submitted on the same motion

by defendants.  To begin, Mr. Bacal does recite the evolution of
GBI, the advertising agency, consistent with the Affidavit of his
partner Thomas Griffin indicating that both GBI and Sunbow were
founded in 1978.  Both Bacal and Griffin attempt to distance
themselves from the idea that Joe Bacal, a principal of both GBI
and Sunbow, was involved in business issues.  They suggest Bacal
was only involved in creative matters and had no responsibility
for business affairs.  This is neither true nor consistent with
what has been testified to in the case by Bacal and by Carole
Weitzman - Sunbow's Vice President.

2.    Carole Weitzman's Affidavit of March 31, 2004 states in two
instances, "If there were business decisions that had to be made
I would put the lawyers in touch with Tom Griffin or Joe Bacal,
who had to make those decisions, or I would get the information
from them and get it to the lawyers" (Weitzman Affidavit, Page 3,
Paragraph 7).  Weitzman further says "I was responsible for
authorizing payments of creative fees to the artists in the
earliest years at the direction of Tom Griffin or Joe Bacal"
(Weitzman, Page 4, Paragraph 9).

### WEITZMAN'S TESTIMONY MAY 19, 2003

3.    Weitzman has been at Sunbow for "twenty-one years" (Weitzman
Dep. at page 9, see **Exhibit 1**).  The company was owned by Tom

-2-

Griffin and Joe Bacal (Page 9). The hierarchy of the company

from at least 1990 on, was Tom Griffin and Joe Bacal (Weitzman

11); Weitzman reported to them; cue sheets (used in connection

with T.V. productions) were prepared usually by the post-

production facility in LA- Marvel Production- which probably did

My Little Pony, GI Joe, Transformers, JEM, Big Foot and Robotics

(Weitzman 15 and 16). Jay Bacal, Joe Bacal's son, worked on The

Great Space Coaster, GI Joe, and Transformers as a production

manager (Weitzman, 26). Licensing of properties to third-

parties, she imagines were the responsibility of CJ or Tom or Joe

(Weitzman, Pages 26 and 27); Dobishinski was the administrator of

publishing for Starwild and Wildstar and was hired by Sunbow

(Weitzman, Pages 32 and 33); information about composers would

have come from Tom or Joe (Weitzman, Page 34).

### "TOM AND JOE" WORKED OUT THE DEALS

4.    In instances where a percentage of songs is shown in the cue

sheets for the T.V. productions, those deals would be worked out

with Tommy Goodman and Barry Harman and "they would be worked out

with Tom and Joe" (Weitzman, Page 41). Tom Griffin and Joe Bacal

were responsible for the percentage allocation (Weitzman, Page

42). As an example of one of the deals which was worked out by

Bacal unilaterally, I cite the following testimony from Bacal's

deposition:

## Bacal Dep. Page 74

17        Q.        So you received a writer's

18    participation on the Transformers movie theme and

19    Bryant did, Ford Kinder did, and someone named

20    Douglas Aldridge.

21                  Who is that?

22        A.        Douglas Aldridge and Norman Murray

23    Swan.

24        Q.        The other name there --

25        A.        Yeah, Douglas Aldridge and Norman

### Page 75

1    Swan were a part of a group, I believe, called

2    Lion, they were a rock group and that's who I

3    believe that these gentlemen...that's what it is.

4        Q.        Why are they shown as having a

5    writer's participation?

6        A.        Okay, that's the story I'm going to

7    tell you.

8                  When we did the movie, like all

9    Sony movies today, you hire someone who is a

10    music director, if you will.  I don't know what

11    the exact title is, but he is the one who

12    contacts the music companies and gets the rights

13    to different songs, different rock songs.  We

14    wanted it to be very -- sort of a forward

15    production, edgy production of the Transformers,

16    and wanted to appeal to a wider audience than the

17    young children who were the primary viewers of

18    the TV show and of the commercials.  We wanted to

19    have a larger residence in the culture, so we

20    wanted kind of a rock, rock 'n roll attitude in

21    the music.

22              And he had discovered this rock

23    group.  He was not the manager of this group, but

24    he had discovered or heard of this group or heard

25    a tape of theirs, and he thought they had the

                          Page 76

1     kind of sound that he felt would be just right

2     for the opening of the movie.

3               When he contacted them, they said,

4     yeah, yeah, they would do it, but only if they

5     got fifty percent of the writer's royalties, so I

6     was told this and I said, well, you gotta talk to

7     -- and they want -- also wanted a part of the

8     publishing, half of the publishing as well.  I

9     said, well, you gotta talk to Ford about this

10    because Ford was the person we had dealt with and

11    tell him that we really want to do this and it's

12    important to us and we have a long relationship

13    here and a continued relationship, a great

14    relationship, and we're sure they're going to do

15    a lot of other things in the future, but in this

16    particular case I want him to take less and be

17    able to give them fifty percent because that's

18    what they demand, otherwise they won't do it and

19    we want them to do it.

20              So Ford was talked to and, as I

21    recall hearing, he said, well, it doesn't make me

22    too happy doing that, but if you really feel

23    strongly that we have to do it, then, okay,

24    because we do have some really strong

25    relationships.  And he was told, we think it

                          -5-

1     needs to be done, we need to have this rock group

2     record this and it's important to us so we would

3     like you to do it.  And he said okay, in that

4     case, okay.

5                     And that was the only part of the

6     conversation I heard.  That was that.

Sunbow thereafter proceeded to submit a clearance form to BMI, which gave Aldridge and Swan a 50% share of the writer's royalties.

## Bacal Sought Permission

5.    This testimony also puts the lie to the notion that Sunbow obtained rights to the music on a work-for-hire basis.  If the music had been commissioned on a work for hire basis, and Sunbow owned it, Bacal would not have stated the following: "well, you gotta talk to --and they want--also wanted a part of the publishing, half of the publishing as well.  I said, well, you gotta talk to Ford about this because Ford was the person we had dealt with and tell him we really want to do this and it's important to us..."  (Bacal, Page 76).

6.    If Sunbow had the rights that the defendants say they had there would be no need to check with Ford.  This simply proves that nothing that Bacal says can be believed.  The Court will certainly recall his completely evasive answers to my interrogatories early on in the case.

-6-

## TOY JINGLES BECOME T.V. PRODUCTION MUSIC

7.    Weitzman knew that "a lot of the series themes were toy properties and they were commercial themes first which were **handed** over to me as a theme" (Weitzman, Page 47).  The theme that was used in a commercial was frequently used in an extended version for the T.V. show.  Those themes "then became part of the cue sheet for the show" (Weitzman, Page 47).  This is a violation of the clearance procedure at both BMI and ASCAP, which does not permit the use of cue sheets for the clearance of pre-existing music: music not written specifically for the television program.

8.    Although Weitzman was responsible for the cue sheets, she was unable to indicate how Sunbow assured itself that the composer's interest was being accurately reflected in them.  Here is her testimony on the subject:

**Carole Weitzman, Page 49**

```
 1     Q.    Right.  Okay.  How did Sunbow
 2           assure  itself that the composer's interest was
 3           being  accurately reflected in the cue sheets?
 4     A.    I have no idea.
 5     Q.    Well, wasn't that your job?
 6     A.    I had nothing to do with the
 7           accuracy of these cue sheets.  The accuracy in
 8           later years had to do with me.  I was the person
 9           that these  cue sheets went to and filed them
10           and worked with Bill Dobishinski to look after
11           the money.  This  division had nothing to do
12           with me.  It may have  had to be based on
13           contracts that existed, but I  wasn't the person
14           that said give yada yada this  percentage or
15           whoever.
```

9.    The foregoing makes clear that Joe Bacal was intimately

involved in all my deals involving my music.  He was also involved from a business standpoint as well as a creative standpoint in using music that I had originally composed for T.V. commercial jingles for products.  These were developed into T.V. shows produced by Sunbow, which used the jingle themes as the themes for these T.V. shows, as well as later uses in motion pictures and other media.  (I have attached as **Exhibit 3** hereto portions of treatises that provide valuable insight into the music business and the royalties payable to writers such as myself).

10.    Weitzman repeats the fact that the breakout given on the cue sheets was given by Tom and Joe, owners of Sunbow productions, which, after the original registrations, allocated a percentage of broadcast royalties to Bacal himself.  In Weitzman's words, "I honestly don't know what her deal was," referring to my arrangements and understandings with Bacal and Sunbow (Weitzman, Page 57).  She doesn't know for sure where other royalties such as mechanical royalties would go (Weitzman, 59).  She's talking about compositions written for T.V. productions, specifically (Weitzman, 60).  Similarly, Bacal testified as follows:

### Bacal Deposition Page 85

```
7        Q.      Was Sunbow credited on the video
8    jacket for the Transformers?
9        A.      I don't know.  You'd have to look
10   at see, I don't know, but it's certainly possible
```

11    that they were --

12        Q.      Weren't you shown as the executive

13    producer, you personally?

14        A.      I am.  I was.

15        Q.      Do you know whether Anne Bryant got

16    any royalties or monies whatsoever arising out of

17    the sales of the videos or the movie?

18        A.      I have no idea.

19        Q.      Why wouldn't she get any money out

20    of that?

21            MS. VALENCIA:  Objection.

22        A.      No, no, I just have no idea.  You

23    understand you're asking questions that I have no

24    idea what she received or didn't receive and this

25    is back in the eighties.  I have no idea what she

Page 86

1    received or didn't receive.

. . . .

Page 129

16            Did Anne Bryant have any rights in

17    the music that was used in the TV show?

18            MS. VALENCIA:  Objection.

19        A.      I don't know the answer to that.  I

20    don't know the answer to that.  I'm not an expert

21    on music rights.  I don't know what rights she

22    had or didn't have.

23        Q.      Well, assuming that -- strike that.

24            The Transformers theme composed by

25    Anne was used in the TV show, was it not?

Page 130

1        A.      That's correct.

2        Q.      Okay.  How do we get -- how does

```
3    Anne lose any interest in that music that she
4    composed?  Is it by virtue of an agreement she
5    had with you as the advertising agency?  Is it by
6    virtue of an agreement she had with -- this is
7    all to your knowledge -- with Hasbro?  How does
8    whatever rights she had go to Hasbro?
9         A.    I don't know -- I didn't say her
10   rights went to Hasbro at all.
11        Q.    Okay.
12        A.    I didn't say her rights -- her
13   rights -- let's be clear about this.
14              I never said that her rights went
15   to Hasbro.  I said that Hasbro is the copyright
16   owner of the Transformers, that's what I said.  I
17   didn't say anything about where Anne Bryant's
18   rights went.  Whatever rights that she has she
19   has.  I don't know exactly all those rights that
20   she has.
```

11.  This testimony stands in sharp contrast to Bacal's recent proffer on the subject.

### TRUST AND CONFIDENCE AND PERSONAL RELATIONSHIP

12.  It is interesting how Bacal wants to suggest that our relationship was arms-length, strictly business and that I had no reason to trust him.


13.  When Kinder and Bryant began doing work with Griffin Bacal, Bacal personally called to give us the assignments and discuss the business involved.  I came to believe that Joe Bacal was

someone who could be trusted and was extremely loyal.    Of
necessity, I had to trust Bacal.    After all, I was turning over
the publishing rights to my musical compositions to Bacal, who
owned the advertising agency GBI, the televison production
company Sunbow, and the publishing subsidiaries Starwild and
Wildstar.

As the author, I could have copyrighted these works myself,
but instead I relied upon Bacal and Sunbow to exploit these works
on my behalf.    Bacal and I, although we may have been co-authors
on occasion, were never on equal footing in terms of the
financial control and influence he exercised over my music.

### The Nature of the Ad / Jingle Business

14.    The advertising / jingle business operates in 13 week
cycles.[1]

### THE 13 WEEK CYCLE

15.    Because the jingle business operates in thirteen week
cycles, once I submitted music for use in the T.V. toy
commercials it is entirely possible, if not probable, that any
income to be realized by me by way of performance income or
royalties from other uses would be payable in much less than a
year.    Again, the thirteen week cycle is the main factor, even
though it may have taken somewhat longer to receive payment from

---

[1] See Exhibit 2 – American Federation of Musicians summary of scale for TV and radio
commercials, at page 4; Wage Scales - television and radio commercial announcements, at page
1; and also Kevin Carboni, "The Scoop on Television Advertising Production Costs" at page 3.

BMI or other payors.  Nevertheless, full performance by both sides would have occurred within less than one year.

## THE DEFENDANTS' ADMISSIONS

16.  The defendants have also admitted, in documents signed by them, certain terms of the understanding between the parties. For example, the Bacal Affidavit acknowledges in Paragraph 15 that writers [including me] received 100% of the ASCAP BMI commercial advertising royalties, the full-writers share and a creative fee, but he disputes that writers were given any additional rights.  Bacal is therefore acknowledging an agreement but disputing some of its terms.  Moreover, he is putting the cart before the horse because as the composer it is not a question of what GBI or what Sunbow gave me, it was my music and the question is what rights did Bacal, Sunbow, or GBI receive from me - the composer.

17.  Critically, the Copyright Act and the very agreements that Sunbow is throwing before the Court at this late date reveal that a relinquishment of the copyright requires a written agreement, and no such written agreement has been produced by the defendants. Again, rather than march down to the US Federal Court in Foley Square, I will simply say that the issue of the copyright was that I gave to GBI and/ or Sunbow the musical

-12-

properties that I created, but reserved and never transferred my
writer's royalties.  This is completely consistent with all of
the treatises which would have been submitted to the court.

18.  Bacal likewise confirms the existence of an agreement in
Paragraph 19 where he says that he never had any discussion or
contractual agreement with Ford Kinder or Anne Bryant that [he]
would give them any rights beyond those linked to the performance
royalties for the advertising jingles.  This too, is an
acknowledgment of an agreement.

19.  This is also undercutting the notion that Bacal is not
responsible for any business decisions or discussions.  Griffin
says much the same where he says, "as I understand Joe as
previously testified, at GBI, we voluntarily gave composers who
worked for us the full hundred percent of the writer's share (for
both the lyric and music on music on jingles written for
commercials, even though with respect to certain of the
compositions at issue, Joe had written the lyrics." (Griffin
Affidavit, Paragraph 7).  This too is an acknowledgment in
writing of an agreement between the parties, although we may
dispute some of the terms.

### Sale of Sunbow to Sony

20.  Finally, Bacal goes to great lengths to minimize the amount

-13-

of money he's received as performance royalties, but carefully

omits mention of the following facts:

1. Bacal and Griffin split approximately $10 million dollars when Sunbow was sold to Sony in 1998.

2. Prior to 1998 and the sale, Sunbow received whopping license fees from third-parties such as Kid Rhino, which I calculate to be several million dollars.

3. I vigorously disagree with Bacal's calculation of the royalties he received as performance royalties.

4. In fact, I calculate that as a result of Bacal's actions and his receipt of monies and diversion of my interest to others, that I am owed in excess of $200,000 in performance royalties alone.

_____
ANNE BRYANT

DATED: 4/29/04

Sworn before me this

_____
Notary Public

JULIET W FORSYTH
Notary Public
State of New Jersey
My Commission Expires Mar 17, 2007

18466

-14-

Exhibit I

Page 1

```
 1          SUPREME COURT OF THE STATE OF NEW YORK
                     COUNTY OF ROCKLAND
 2                  Index No. 5192/00

 3

 4    ANNE BRYANT,

 5                    Plaintiff,

 6          -vs-

 7    BROADCAST MUSIC, INC.,
      (a/k/a "BMI"), CLIFFORD A.
 8    "FORD" KINDER, BINDER & CO.,
      LTD., VADIVOX, LTD, JULES M.
 9    "JOE" BACAL,  GRIFFIN BACAL,
      INC., STARWILD MUSIC BMI,
10    WILDSTAR MUSIC ASCAP, SUNBOW
      PRODUCTIONS, INC., and JOHN
11    AND JANE DOES 1-10,

12                    Defendants.

13    Caption Continued...

14

15             Deposition of CAROLE WEITZMAN,

16    taken by and before Denise Posillico, at the

17    offices of PATTERSON, BELKNAP, WEBB & TYLER,

18    LLP, 1133 Avenue of the Americas, New York, New

19    York, on Monday, May 19, 2003, commencing at

20    9:30 in the morning.

21

22

23             GAF LEGAL SERVICES, INC.

       COURT REPORTING * VIDEOGRAPHY * INTERPRETING

24             188 Eagle Rock Avenue

                 Roseland, NJ 07068

25                (973) 618-0500
```

Page 2

1  ANNE BRYANT,
2       Plaintiff,
                Index No. 2821/02
3    -vs-
4  SUNBOW PRODUCTIONS, INC.,
5       Defendant.
6
7
8
9
10  A P P E A R A N C E S :
11
12    MONAGHAN, MONAGHAN, LAMB
      & MARCHISIO
13    BY:  PATRICK J. MONAGHAN, JR., ESQ.
      28 West Grand Avenue
14    Montvale, New Jersey 07645
      Attorneys for Plaintiff
15
16    PATTERSON, BELKNAP, WEBB & TYLER, LLP
      BY:  ROSEANN KITSON, ESQ.
17    Attorneys for Defendant,
      Sunbow Productions, Inc.
18    1133 Avenue of the Americas
      New York, New York 10036-6710
19
20    DUANE MORRIS
      Attorneys for Defendant,
21    Jules M. Bacal
      380 Lexington Avenue
22    New York, New York 10168
      BY:  ADRIENNE L. VALENCIA, ESQ.
23
24
25

Page 3

1            INDEX
2
     WITNESS                   PAGE
3
4  CAROLE WEITZMAN
5  Direct Examination by Mr. Monaghan        6
6  Cross Examination by Ms. Valencia       97
7  Redirect Examination by Mr. Monaghan   101
8
9
10
11         EXHIBITS
12
   WEITZMAN
13  A    Clearance Form          37
14  B    Group of documents       38
15  C    Document bearing production
          numbers 2398 through 2606    38
16
    D    Form submitted by Sony ATV
17        during the time it was
          administering Sunbow's
18        publishing              67
19  E    Document bearing production
          numbers 2205 through 2397   73
20
    F    G.I. Joe box set of the
21        three videos            84
22  G    G.I. Joe The Movie       86
23  H    The Transformers, The Movie   86
24  I    The Transformers, Villains
          The Ultimate Doom       86
25

Page 4

1            E X H I B I T S
2
   WEITZMAN
3
   J    The Transformers, Heroes -
4        The Rebirth             86
5   K    Inhumanoids, The Evil That
         Lies Within, Episode one
6        through five            86
7
8
9
10
           INFORMATION TO BE FURNISHED
11
12
   PAGE 25   Address of Sandrine Pechels De Saint
13        Sardos
14   97   Address of Sam Milstone
15
16
17
18
19
20
21
22
23
24
25

Page 5

1
2           IT IS HEREBY STIPULATED AND
3   AGREED by and between the attorneys for the
4   respective parties herein, that the filing,
5   sealing and certification of the within
6   deposition be waived.
7
8           IT IS FURTHER STIPULATED AND
9   AGREED that all objections, except as to the
10  form of the question, shall be reserved to
11  the time of the trial.
12
13          IT IS FURTHER STIPULATED AND
14  AGREED that the within deposition may be
15  sworn to and signed before any officer
16  authorized to administer an oath with the
17  same force and effect as if signed and
18  sworn to before the Court.
19
20
21
22
23
24
25

Page 6

1    C A R O L E   W E I T Z M A N,
2    called as a witness, having been
3    duly sworn, was examined and testified
4    as follows:
5
6    DIRECT EXAMINATION
7    BY MR. MONAGHAN:
8        Q.    Good morning. My name is Patrick
9    Monaghan. I'm with Monaghan, Monaghan, Lamb &
10   Marchisio. We are attorneys for Anne Bryant in
11   this case. I'm going to be asking you some
12   questions about matters pertaining to her
13   lawsuit against Sunbow Productions, Jules "Joe"
14   Bacal, originally against BMI. And if you
15   don't understand my question, please let me
16   know, I'll try and clarify it.
17       If you answer one of my questions,
18   we're going to assume you understood the
19   question, is that fair?
20       A.    Yes.
21       Q.    I see you nodding and that's
22   another instruction we give, that the court
23   reporter is not allowed to interpret a nod or a
24   gesture, so you have to give your answers
25   verbally.

Page 7

1        A.    Okay.
2        Q.    What will happen is the reporter
3    will make a transcript up, which is a written
4    booklet with the questions and the answers, and
5    that testimony that you're giving, which is
6    under oath, may be utilized in a court
7    proceeding in accordance with the rules.
8        Have you ever been deposed before?
9        A.    No.
10       Q.    Are you currently employed?
11       A.    Yes.
12       Q.    By whom or what?
13       A.    Four Kids Productions.
14       Q.    Four Kids Productions?
15       A.    Yes, the number four.
16       Q.    It sounds like a family company to
17   me. Would that be your company?
18       A.    No, it's a public corporation.
19       Q.    What do you do for that company?
20       A.    I supervise an animated series,
21   Teenage Mutant Ninja Turtles.
22       Q.    How long have you been employed by
23   Four Kids Productions?
24       A.    A year.
25       Q.    And before that?

Page 8

1        A.    Sunbow.
2        Q.    And what was your last job held at
3    Sunbow?
4        A.    The job? I was senior
5    vice-president of production.
6        Q.    And is that the Sunbow company
7    that's involved in this lawsuit?
8        A.    Yes, it was bought by Sony, but
9    it's the same Sunbow.
10       Q.    And how is it that you're here
11   today, do you know?
12       A.    Well, I know there was a lawsuit
13   that was brought, something to do with music.
14       Q.    Are you being represented by
15   Ms. Kitson?
16       A.    Yes.
17       Q.    And what do you know about the
18   lawsuit?
19       A.    Not much at all.
20       Q.    Have you seen any court papers?
21       A.    I've just seen some cue sheet.
22       Q.    Do you have them here with you
23   today?
24       A.    No.
25       Q.    And what are cue sheets?

Page 9

1        A.    It's a record of the music that's
2    contained in the series.
3        Q.    All right, we'll come back to
4    this. How long were you at Sunbow?
5        A.    About 21 years.
6        Q.    When was it sold to Sony, do you
7    know?
8        A.    No.
9        Q.    What type of company was Sunbow,
10   what did they do?
11       A.    TV production.
12       Q.    And who owned the company?
13       A.    Tom Griffin, Joe Bacal.
14       Q.    For how long a period do you know
15   they owned it?
16       A.    Ever since I started.
17       Q.    Is that 21 years ago?
18       A.    Yes.
19       Q.    And where was Sunbow located?
20       A.    When I started, it was at
21   Lexington and 42nd Street.
22       Q.    And when you left?
23       A.    We were at 100 Fifth Avenue.
24       Q.    Who did you report to when you
25   left?

Carole Weitzman

Page 10

1    A.    I'm sorry?
2    Q.    Who was your boss when you left,
3    who did you report to?
4    A.    There was really no boss. It was
5    George Becker, because the company was sold.
6    Q.    You were there after Sony
7    purchased the company?
8    A.    Oh, sure.
9    Q.    What was Mr. Becker's title?
10    A.    I don't know.
11    Q.    How did you know you were to
12    report to him?
13    A.    To George? Because the company
14    was sold to Loonland and there was no one left
15    from Sony.
16    Q.    What was Becker to Loonland?
17    A.    Nothing. I guess he made the
18    deal. I don't know what his job was. I know I
19    was finishing the production of the series.
20    Q.    What series is that?
21    A.    Cramp Twins.
22    Q.    Cramp, C-R-A-M-P?
23    A.    Yes.
24    Q.    Since I have twins, I would like
25    to know what that's all about.

Page 11

1    A.    It's fun, it's on on Saturday
2    morning.
3    Q.    Now, going back to the early
4    1990s, can you give me the hiarchy in terms of
5    management at Sunbow? Let's say from 1990 on.
6    A.    1990? Well, Tom Griffin, Joe
7    Bacal.
8    Q.    What were their titles with
9    Sunbow?
10    A.    I'm really not quite sure. I'm
11    not a hundred percent sure.
12    Q.    You just knew they owned the
13    company?
14    A.    Yes.
15    Q.    And you reported to them?
16    A.    Yeah, and C.J. Kettler.
17    Q.    What was his title?
18    A.    It's a woman. She became
19    president.
20    Q.    And you were there, and what was
21    your job at that point in time?
22    A.    Same thing, always supervising the
23    productions.
24    Q.    What does that entail?
25    A.    Oh, it's just watching over the

Page 12

1    shows, doing the budgets, managing the staff,
2    timetables, delivery schedules. It's the
3    management of it.
4    Q.    Are you familiar with BMI and
5    ASCAP?
6    A.    Yeah.
7    Q.    What are they?
8    A.    They are music associations.
9    Q.    Performing rights associations?
10    A.    I guess, yes.
11    Q.    Did you have any involvements with
12    those associations?
13    A.    Other than sending them cue
14    sheets, no.
15    Q.    What is a cue sheet?
16    A.    It's the record of -- it's, the
17    animation is done and then there is a library of
18    music that's composed of music cues. The cues
19    are strung together from beginning to end of the
20    show, and each cue has a name and a duration and
21    that's put on a cue sheet.
22    Q.    And under what circumstances are
23    cue sheets used?
24    A.    When a show is completed, the cue
25    sheets are done and then they are submitted to

Page 13

1    either ASCAP, BMI or both, and somehow money
2    comes out of it, which I'm not quite sure, to
3    publishers and composers and lyricists.
4    Q.    And did you take part in
5    submitting them to BMI and ASCAP?
6    A.    Well, I was always -- we didn't
7    have a lot of staff people at Sunbow, so I was
8    always the central person for copyright forms,
9    cue sheet, anything like that. Because when
10    people left after production, I was on staff.
11    So anything that kept coming in would come to my
12    attention. So I submitted them and got them
13    back and filed them.
14    Q.    Do you know what clearance sheets
15    are or clearance forms?
16    A.    No.
17    Q.    Did you ever use a cue sheet to
18    accomplish a change in the percentages or the
19    ownership or attribution, I should say, of a
20    writer's participation?
21    A.    No, never.
22    Q.    Where would you get the
23    information which would eventually be in your
24    cue sheets that you would submit?
25    A.    Well, typically in post

Carole Weitzman

Page 14

1  production, which is when the picture and the
2  sound are put together, there is a sound
3  editor, the music editor, and the music editor
4  lists the cues because they know the library, I
5  guess.
6      Q.   So the music editor would make the
7  decision as to the information that would
8  eventually --
9      A.   The cues.
10     Q.   To the cues?
11     A.   Yes.
12     Q.   Who would have information as to
13  the composers, the authors of the music?
14     A.   I didn't have anything to do with
15  that. I mean I don't know -- I guess there were
16  contracts or whatever it was that existed --
17     Q.   Right.
18     A.   -- that did that. I don't know
19  what they were, though.
20     Q.   What information was contained in
21  the cue sheets?
22     A.   Besides the cues? Who the
23  composers were.
24     Q.   Okay. Well, that's what I'm
25  trying to find out.

Page 15

1      A.   Oh, yeah, who the composers were
2  and who --
3      Q.   Who put the information in as to
4  the composers?
5      A.   I'm telling you, I didn't put that
6  information in there.
7      Q.   Somebody gave you that
8  information?
9      A.   I don't think they gave me that
10  information. It was on the cue sheet when I got
11  it. And we had a music administrator who filed
12  the cue sheet.
13     Q.   Who was the music administrator?
14     A.   Bill Dobishinski.
15     Q.   Well, in its earliest iteration,
16  who prepared the cue sheet?
17     A.   The post production facility.
18     Q.   So that was at your end, at
19  Sunbow's end?
20     A.   Usually in LA.
21     Q.   Okay. And then it went -- and who
22  did that, who was the person who did that?
23     A.   I have no idea. It was at Marvel
24  Productions. We hired Marvel to do the series.
25     Q.   Well, which cue sheets are you

Page 16

1  talking about here, when you say Marvel?
2      A.   Under Marvel? It was probably My
3  Little Pony, G.I. Joe, Transformers, Jem, Big
4  Foot, Robotix. I'm trying to think of the
5  others. Those were the earlier --
6      Q.   Real American Hero sound familiar?
7      A.   G.I. Joe is G.I. Joe Real American
8  Hero.
9      Q.   Same thing. What documents have
10  you read in connection with this lawsuit?
11     A.   Nothing, just the cue sheets.
12     Q.   Have you ever seen any testimony
13  by Mr. Bacal?
14     A.   No.
15     Q.   Have you talked to Mr. Bacal about
16  the case?
17     A.   No.
18     Q.   Aside from Ms. Kitson, have you
19  had any discussions with anyone else about the
20  case?
21     A.   No.
22     Q.   Do you know Alison Smith?
23     A.   No.
24     Q.   Who do you know at BMI, if anyone?
25     A.   Nobody.

Page 17

1      Q.   Do you know Anne Bryant?
2      A.   Sure.
3      Q.   For how long have you known her?
4      A.   She used to visit the office, so I
5  met her, God knows, in the '80s, I guess. Yeah,
6  when we did Jem.
7      Q.   How would you characterize your
8  relationship with Anne Bryant?
9      A.   My relationship? I was the
10  production assistant, so when she delivered
11  music and whatever -- I mean she's very friendly
12  and nice and she would give us music to go on
13  the show and that would be it.
14     Q.   I mean, did you get along, is what
15  I'm saying?
16     A.   Oh, sure, she was nice.
17     Q.   Now, how did Sunbow know whether
18  it could or could not use music employed in one
19  of its productions, whether it was permitted by
20  the composer?
21     A.   I have no idea.
22     Q.   Well, the cue sheets that you
23  submitted were submitted over your signature,
24  weren't they?
25     A.   I don't think I ever signed a cue

Carole Weitzman

Page 18

1   sheet. I'm sure my name was on it because it
2   was on every copyright form, it was on
3   everything.
4       Q.    In what areas was Sunbow involved
5   in production; TV, movies as well?
6       A.    There were two movies, the My
7   Little Pony movie and the Transformer movie.
8       Q.    What about CDs?
9       A.    CDs?
10      Q.    Yes.
11      A.    I didn't do any CDs.
12      Q.    You didn't do any CDs?
13      A.    (Witness nodding.)
14      Q.    Sunbow didn't?
15      A.    Not that I know of, no.
16      Q.    What about videos?
17      A.    Video distribution?
18      Q.    Yes.
19      A.    There was -- that was all done
20  through international sales, home video and
21  series distribution. I wasn't involved in that.
22      Q.    Give me the chain of command at
23  Sunbow in, let's take it, right from 1990. You
24  said Tom Griffin and Joe Bacal.
25      A.    Right.

Page 19

1       Q.    Were you second in command?
2       A.    No, C.J. Kettler was the
3   president.
4       Q.    Were there any other
5   vice-presidents?
6       A.    Yes, there was a development
7   vice-president and I was production
8   vice-president.
9       Q.    You were production
10  vice-president?
11      A.    Right. And then there is a sales
12  vice-president. So it was like a team under
13  her.
14      Q.    Could you give me the names of the
15  other people?
16      A.    I'm trying to think, in '90 there
17  were a lot of people coming and going. I think
18  Janet Scardino was there.
19      Q.    In what capacity?
20      A.    Sales.
21      Q.    Sales vice-president?
22      A.    Yeah, I think that was --
23      Q.    Do you know where she is now?
24      A.    No. Development was Nina Hahn.
25      Q.    Nina?

Page 20

1       A.    Nina.
2       Q.    H-A --
3       A.    H-N.
4       Q.    Do you know where she is now?
5       A.    No.
6       Q.    And is this --
7       A.    I'm production. I'm just trying
8   to think. Finance -- I don't remember.
9       Q.    And was this through the '90s?
10      A.    No, it changed. I mean all these
11  people were there in the early '90s, then some
12  sales people came, they left.
13      Q.    Okay. Give me the names of anyone
14  else that you can remember?
15      A.    Ken O'Shanski.
16      Q.    What was his job?
17      A.    Development. Andrew Carpon,
18  finances. Sales -- I don't remember.
19      Q.    Anyone else?
20      A.    I'm trying to give you the people
21  on my equivalent. No, because Ken took over,
22  Andrew was there, and then Janet and then -- no.
23      Q.    Do you know where Mr. O'Shanski --
24      A.    He's at Scholastic Productions.
25      Q.    And how about -- is it Carpon?

Page 21

1       A.    Yeah, I don't know where he is.
2       Q.    Where are the sales records of
3   Sunbow, if you know?
4       A.    The shows, how they sold? The
5   distribution part is at Loonland in New York,
6   you know, where the materials go.
7       Q.    Okay, let me back up. We're
8   trying to locate sales records with respect to
9   Sunbow Productions from the early '90s to date.
10  What can you tell me about where that
11  information might be at this time?
12      A.    Well, there were sales that took
13  place out of New York and the sales team was in
14  New York. When Loonland bought the company, the
15  sales team was their company elsewhere.
16      Q.    Okay, let's stop right there.
17  When Loonland bought -- when was that, 19 --
18      A.    It was right before I left. So I
19  guess it was -- I think 2001, maybe 2000,
20  something like that.
21      Q.    So the records of sales of videos
22  or sales of the two movies --
23      A.    I'm just saying the sales team was
24  in New York. Where they kept their records, I
25  really don't know. I know that they were there.

Carole Weitzman

Page 22

1    Q.   Well, where else could they have
2  been, the records?
3    A.   Oh, I don't know. I'm sure they
4  were there, but you're asking me that I know
5  that they were there, no, I don't know if they
6  were there.
7    Q.   You're sure they were there, but
8  you don't know if they were there?
9    A.   The people were there.
10   Q.   The people were there, you're
11  assuming they were there?
12   A.   Yes.
13   Q.   Okay. Do you have anything to
14  base that assumption upon? Did you have an
15  occasion to ask a question in that regard of
16  any of the people on the sales team?
17   A.   Not regarding the sales. Once I
18  delivered the shows, I delivered the shows.
19   Q.   Who had custody of the sales
20  records, if you know?
21   A.   I don't know. There was a sales
22  team. My presumption is they had their own
23  records.
24   Q.   Do you know how the records were
25  maintained? Were they on computer, were they

Page 23

1  on --
2    A.   No.
3    Q.   Who would know that?
4    A.   Who would know that?
5    Q.   Right, who would know that, you
6  were vice-president of the company.
7    A.   I was the vice-president of the
8  production part of the company, not the sales
9  part of the company.
10   Q.   Did you have meetings from time to
11  time?
12   A.   Sure.
13   Q.   Did you have sales meetings from
14  time to time?
15   A.   I attended them sometimes. So
16  there were people, were pads and pens, and files
17  and computers. I'm not being arbitrary, I'm
18  just saying to you I don't know where their
19  files were, nor would they know where mine were.
20  There were file cabinets all over the office, so
21  my presumption is they had files.
22   Q.   What did you do with your records
23  when the company was sold to Loonland?
24   A.   I left them.
25   Q.   In whose possessions?

Page 24

1    A.   At the office at 100 Fifth Avenue.
2    Q.   You walked out the door, locked
3  the door and left or did you leave them in
4  somebody's custody?
5    A.   I left them in the office because
6  there were still people at Loonland that were
7  there.
8    Q.   Who succeeded to your position, if
9  you know?
10   A.   They don't have production at
11  Loonland. They don't have domestic production.
12  I never worked for Loonland.
13   Q.   Who was there in the Sales
14  Department when the company was sold to
15  Loonland?
16   A.   There was a woman, Sandrine
17  Pechels.
18   Q.   How do you spell Sandrine?
19   A.   S-A-N-D-R-I-N-E  P-E-C-H-E-L-S,
20  it keeps going, De, D-E, Saint, S-A-I-N-T,
21  Sardos, S-A-R-D-O-S. She was the remaining
22  salesperson. I believe the rest of the
23  salespeople for Loonland were either in France,
24  England or Florida.
25   Q.   She was a Loonland person?

Page 25

1    A.   She got hired, yes.
2    Q.   In New York?
3    A.   Yes.
4    Q.   Do you know where she is now?
5    A.   She's not there any more, they let
6  her go.
7    Q.   How did you find that out?
8    A.   She's a friend of mine.
9    Q.   Where does she live?
10   A.   In New York.
11   Q.   Where in New York?
12   A.   In the 90s. I don't have her
13  information here, but she lives in the city.
14   Q.   If I leave a space in the record,
15  when you get a copy of the transcript can you
16  fill in her address for us?
17   A.   Sure.
18  REQUEST: _____
19   Q.   What was her job?
20   A.   She sold the shows, originally in
21  France, the French territories, but then she
22  ended up doing more domestic, trying to sell the
23  international shows to the networks here.
24       MR. MONAGHAN: Roseann, have you
25  been able to find out any information about

Carole Weitzman

Page 26

1    the sales records?
2         MS. KITSON: No.
3         Q.    Is there anyone else who might
4    have information about the sales records
5    besides -- can I call her Sandrine?
6         A.    Oh, yea. No, I mean she would
7    have what's in her head, I'm sure, just from
8    her latest sales, but -- I mean over the years
9    they cut staff, cut staff, so people just left
10   and went elsewhere.
11        Q.    Who is Jay Bacal, J-A-Y Bacal?
12        A.    Joseph.
13        Q.    What was he to Sunbow?
14        A.    He was like very heavily creative
15   in the series.
16        Q.    What series?
17        A.    Oh, God, all of them. From when I
18   started, he was in college, but he used to work
19   on the Great Space Coaster, G.I. Joe,
20   Transformers. He was the equivalent in
21   production, you know, in the creative
22   production, as I was in production management.
23   He watched over all of the shows.
24        Q.    He was a producer?
25        A.    Yes, like a supervising or

Page 27

1    executive producer.
2         Q.    What is Kid Rhino?
3         A.    I don't know.
4         Q.    You never heard of that company?
5         A.    (Witness nodding.)
6         Q.    You never heard of that company in
7    connection with any arrangements with Sunbow
8    Productions?
9         A.    No.
10        Q.    Were you involved in any licensing
11   deals while you were at Sunbow?
12        A.    No, only as far as, you know, if
13   we licensed the properties.
14        Q.    Well, that's what I'm talking
15   about.
16        A.    For sales. I mean not licensing
17   like where I work now, there is toys, there is
18   other ancillary rights. When I delivered the
19   shows, I know they were licensed for
20   distribution, that's the only license.
21        Q.    Okay. So you were not involved in
22   any transactions where Sunbow licensed rights to
23   any of these properties to third parties, is
24   that what you're saying?
25        A.    No, right.

Page 28

1         Q.    Who had responsibility for that?
2         A.    I would imagine C.J. or Tom or
3    Joe.
4         Q.    Did you ever serve as the producer
5    of any of the TV shows?
6         A.    I was never — I was usually exec
7    in charge of production, not producer.
8         Q.    Are you familiar with the concept
9    of performance royalties?
10        A.    Um-hum.
11        Q.    What does that mean to you?
12        A.    I know that the publishing
13   companies get a hundred percent of the share of
14   their publishing rights and that the composers
15   and lyricists, whoever, get a hundred percent
16   of that through ASCAP, BMI or any international
17   society.
18        Q.    And your testimony is that other
19   than cue sheets, you're not familiar with any of
20   the other forms that are used with respect to
21   registering compositions with BMI or ASCAP?
22        A.    Right.
23        Q.    And who pays the royalties, those
24   performance royalties, that hundred percent to
25   the publisher and that hundred percent to the

Page 29

1    writer?
2         A.    I honestly don't know. I know you
3    get paid by ASCAP or BMI, but I don't know how
4    that revenue is generated.
5         Q.    You don't know how that revenue is
6    generated?
7         A.    No.
8         Q.    Do you know what mechanical
9    royalties are?
10        A.    I've heard of it, but I don't
11   know.
12        Q.    Do you know the name Starwild?
13        A.    Yes.
14        Q.    What is Starwild?
15        A.    It's one of Sunbow's publishing
16   companies.
17        Q.    What were the names of some
18   others?
19        A.    Wildstar.
20        Q.    Was one a BMI company and one an
21   ASCAP company?
22        A.    I was just going to say I don't
23   remember which one was which. I think Wildstar
24   was BMI. And then there was Banana Alert and
25   Apollo's Chariot, I think. Banana Alert was

Carole Weitzman

Page 30

1  BMI.
2     Q.    Under what circumstances would
3  Sunbow use one or the other of those two
4  companies?
5     A.    In the '90s we started using the
6  Apollo's Chariot and the Banana Alert. I have
7  no idea why.
8     Q.    Who made that decision?
9     A.    I don't really know. That's just
10 what became our companies.
11    Q.    What did you have to do with
12 Wildstar or Starwild?
13    A.    Nothing.
14    Q.    Who at Sunbow had involvement in
15 anything to do with Starwild or Wildstar?
16    A.    I'm not sure -- I don't know what
17 you mean.
18    Q.    Weren't they Sunbow's --
19    A.    It was on a cue sheet, that's all
20 I ever saw was of Starwild and Wildstar.
21    Q.    Well, weren't they companies,
22 Starwild and Wildstar?
23    A.    I would imagine they were.
24    Q.    And didn't monies come in from
25 time to time payable to Starwild or Wildstar?

Page 31

1     A.    If monies came in, they went to
2  the Finance Department, they wouldn't have come
3  to me.
4     Q.    Okay, but maybe you could answer
5  my question anyway.
6     A.    Okay.
7     Q.    Didn't monies come in from time to
8  time payable to Wildstar or Starwild as the
9  publisher of certain compositions?
10    A.    Yes.
11    Q.    How do you know that?
12    A.    There would be checks that would
13 come in.
14    Q.    You would see the checks?
15    A.    Yes.
16    Q.    And what happened to the checks?
17    A.    They went to the Finance
18 Department.
19    Q.    And who had charge of that?
20    A.    Well, over the years it changed.
21    Q.    Give me some names.
22    A.    Years ago it was Bob Darcy, Bill
23 Biehl.
24    Q.    How do you spell Bill Biehl's
25 name?

Page 32

1     A.    Bill B-I-E-H-L, I think.
2     Q.    What were their titles?
3     A.    They were like chief financial
4  officers, I think.
5     Q.    Do you know where they are now?
6     A.    No. Then Raul Soto, he was a
7  controller at the time.
8     Q.    And when would either company have
9  received monies, under what circumstances?
10    A.    We also had that music
11 administrator, so he knew about all this too.
12    Q.    Bill Dobishinksi?
13    A.    Yes.
14    Q.    Do you know where he is?
15    A.    He kind of disappeared off the
16 face of the earth. I don't know what happened
17 to him.
18    Q.    Well, have you heard of a company
19 called TAMAD?
20    A.    Oh, yeah.
21    Q.    Do you know what that stands for?
22    A.    No.
23    Q.    And he was an administrator of the
24 publishing for Starwild and Wildstar?
25    A.    He would track the monies and

Page 33

1  hound people to get the monies in, and then he
2  would get a fee.
3     Q.    He took a fee from the monies he
4  tracked?
5     A.    Yes.
6     Q.    And who hired him?
7     A.    Sunbow hired him.
8     Q.    To administer Sunbow's publishing
9  rights?
10    A.    Yes.
11    Q.    And who provided the information
12 to Dobishinski as to what compositions he was
13 to administer?
14    A.    He got copies of the cue sheets.
15    Q.    So this was done through the cue
16 sheets, that was the source of Dobishinski's
17 information?
18    A.    Well, I don't know how he tracked
19 it through ASCAP and BMI. I know he did have
20 relationships with ASCAP and BMI.
21    Q.    But from Wildstar --
22    A.    From our side?
23    Q.    Yes, from your side.
24    A.    Yeah, through the cue sheets.
25    Q.    Any other sorts of information

Carole Weitzman

Page 34

1   given to him?
2       A.   No. I mean if he asked for a copy
3   of the show, we would give him a copy of the
4   show, but, you know, we had hundreds of half
5   hours of shows, so...
6       Q.   Now, if a cue sheet reflected that
7   Anne Bryant was the composer of music, where
8   would that information have come from?
9       A.   I guess Tom or Joe. Somebody
10  would have had to tell me.
11      Q.   Did Sunbow retain copies of the
12  cue sheets that were submitted to ASCAP or BMI?
13      A.   Yes.
14      Q.   And who had custody of those?
15      A.   They are at the office because
16  they are needed for international distribution,
17  they are used by a lot of different people.
18      Q.   Where are they now?
19      A.   I'm surely at Loonland's office.
20      Q.   In New York?
21      A.   Yes.
22      Q.   I know you left, but do you know
23  who would have them?
24      A.   It would be Rebecca Gallivan,
25  G-A-L-L-I-V-A-N.

Page 35

1       Q.   As far as you know, she's still
2   there?
3       A.   Yeah, she's there. I mean they
4   may be on disks now. I don't know how they have
5   them, but they have them.
6       Q.   Now, you indicated you're not
7   familiar with Alison Smith; is that correct?
8       A.   No.
9       Q.   Ms. Smith has put in an affidavit
10  in this case indicating that cue sheets are
11  used when music is prepared originally for the
12  TV production. Do you know anything about that
13  concept?
14      A.   I think what you're saying is what
15  I said at the beginning, when we prepare the
16  show, like the cues are listed.
17      Q.   Now, did you prepare cue sheets,
18  any cue sheets, when I say "you," Sunbow, any
19  cue sheets with respect to any of the music
20  composed by Anne Bryant for any of those
21  compositions or those properties that we talked
22  about earlier?
23      A.   Well, I mean I know Anne worked on
24  the early series, especially Jem, is the one I
25  really remember her working on. So I'm sure she

Page 36

1   would be on the cue sheets.
2       Q.   But the music that was composed by
3   Anne was not composed for any TV production or
4   any other iteration, they were composed as
5   jingles; isn't that right?
6       A.   No, the songs that she did for Jem
7   were composed for the series. She may have done
8   for commercials, which are called jingles, but
9   she didn't do jingles for the series.
10      Q.   For the Jem series?
11      A.   (Witness nodding.)
12      Q.   What about Transformers?
13      A.   I don't remember working with her
14  on those series.
15      Q.   You know she composed the music
16  though; isn't that right?
17      A.   I don't know that.
18      Q.   Do you know whether Anne had any
19  rights at all with respect to G.I. Joe?
20      A.   No.
21      Q.   You don't know?
22      A.   No.
23      Q.   Do you know Ford Kinder?
24      A.   They were partners, I believe, at
25  the time when I worked with them.

Page 37

1       Q.   Have you had any dealings with
2   Ford Kinder?
3       A.   No, not for years.
4       Q.   I'm going to show you now a
5   clearance form, which I'm going to ask the
6   reporter to mark as Weitzman Exhibit A.
7
8            (Weitzman Exhibit A, Clearance
9       Form, marked for identification.)
10
11      Q.   Have you ever seen that type of
12  document before?
13      A.   No.
14           MR. MONAGHAN: I'm going to show
15  you, I'm going to have them marked
16  collectively, the top document is a letter
17  from your attorney, Ms. Kitson, enclosing
18  documents, and there is also your list,
19  Roseann, and a number of license
20  agreements.
21           Since you may or may not know
22  anything about this, I would like to mark
23  them collectively as Weitzman Exhibit B,
24  with the caveat that it doesn't include the
25  videotapes, which I've mentioned

Carole Weitzman

Page 38

1    in the letter.
2
3         (Weitzman Exhibit B, Group of
4    documents, marked for identification.)
5
6    Q.   I'm going to ask you to take a few
7    minutes, please, look through those documents,
8    and then I'll ask you a question or two about
9    them.
10   A.   No, I haven't seen these.
11   Q.   You've never seen any of these
12   before?
13   A.   No.
14        MR. MONAGHAN:  Roseann, just a
15   question on the record, are you
16   representing Loonland?
17        MS. KITSON:  No, we represent
18   Sunbow Productions.
19        MR. MONAGHAN:  I guess we're going
20   to have to mark this batch as Exhibit C.
21   The top page is Bates stamped 2398 and the
22   bottom page is marked 2606.
23
24        (Weitzman Exhibit C, Document
25   bearing production number 2398 on the top

Page 39

1    page and production number 2606 on the last
2    page, marked for identification.)
3
4    Q.   I show you now, Ms. Weitzman,
5    Weitzman C for identification and ask you if you
6    could  identify these documents?
7    A.   Yeah, these are cue sheets.
8    Q.   Does each of these bear your name?
9    A.   Yes.  Well, I mean — yes.
10   Q.   And what does that signify, that
11   your name is on there?
12   A.   That anything that came in the
13   office regarding this, you know, questions or
14   whatever, would just come to my attention.
15   Basically we just filed these and I didn't
16   really hear anything about it afterwards.
17   Q.   So the information that's in those
18   cue sheets was prepared by Sunbow?
19   A.   No, I think initially the
20   information about the cues came from, as I said,
21   the music  editor.  Then it probably got
22   compiled either — I don't remember if it was
23   through me or Bill, because once Bill came on
24   board —
25   Q.   Bill Dobishinski?

Page 40

1    A.   Yeah, he had us reformat these cue
2    sheets because apparently the way we did them
3    wasn't very clear.
4    Q.   Are these pre-reformatting?
5    A.   These are the ones that I
6    remember.
7    Q.   So was that before or after
8    Dobishinski said to reformat them?
9    A.   I think this is during
10   Dobishinski.  Yeah, because this is '86.
11   Q.   Who was the music editor?
12   A.   I don't know, somebody that worked
13   at Marvel during the post-production.
14   Q.   Okay, I'm a little unclear now.
15   A.   Okay.
16   Q.   Let's take these compositions that
17   are in these cue sheets, could you
18   illustratively give me a few examples of some of
19   the Anne Bryant compositions?
20   A.   Okay, My Little Pony and Friends
21   theme.
22   Q.   You're looking at the first page?
23   A.   Yes.
24   Q.   Okay, My Little Pony and Friends
25   theme.

Page 41

1    A.   Right.
2    Q.   What does it indicate next to
3    Ms. Bryant's name?
4    A.   That she gets 25 percent -- where
5    are the publishing companies?  Oh, this is just
6    the  composer's share?  Yeah.  Oh, here is the
7    publisher.  Okay, that Anne gets 25 percent of
8    the composer share.
9    Q.   Let's stop right there.  Who was
10   the source of that information?
11   A.   That's what I'm saying, I don't
12   know who was the source of it.
13   Q.   That would not be something the
14   music editor --
15   A.   No, no, the music editor would
16   list  the themes, and then there would be
17   whatever  deals were worked out with Tommy
18   Goodman and  Barry Harmon and anything else.
19   Q.   Who is Barry Harmon?
20   A.   He was a lyricist.
21   Q.   And who would work these deals
22   out?
23   A.   They would be worked out with Tom
24   and Joe.
25   Q.   With Tom and Joe?

Carole Weitzman

Page 42

1    A.    Um-hum.
2    Q.    Tom Griffin and Joe Bacal?
3    A.    Yes.
4    Q.    So ultimately Tom Griffin and Joe
5  Bacal were responsible for the percentage
6  allocations?
7    A.    (Witness nodding.)
8    Q.    Is that a yes?
9    A.    I don't know that it is, but I
10  know I didn't give the information, and I don't
11  know anybody else that would, except them.
12    Q.    You don't know anyone else that
13  would, except them?
14    A.    Right.
15    Q.    I mean, they would have nay or yea
16  say on that ultimately anyway, wouldn't they?
17    A.    Yes.
18    Q.    So let's take that My Little Pony,
19  25 percent, you assume that that was the
20  percentage that was assigned by Mr. Bacal or
21  Mr. Griffin?
22    A.    Yes.
23    Q.    Okay.  And then any deals on
24  percentages shown on Ms. Bryant's compositions
25  reflected in these cue sheets, your

Page 43

1  understanding would be the same as to the
2  others?
3         MS. KITSON:  Objection as to the
4    others.
5    Q.    As to the other cue sheets, your
6  answer would be the same?
7    A.    Yes.
8    Q.    Okay.  What is the Mary Williams
9  Music Clearance Corporation, if you know?
10    A.    It was a company that we cleared
11  rights for music that we didn't own, if we
12  wanted to license music, like on The Great Space
13  Coaster, primarily.
14    Q.    Okay.  Well, what music did you
15  own?
16    A.    On The Great Space Coaster, there
17  was music that we owned, but then there was
18  music in the public that we wanted to license
19  and re-record, that's when we did it.  Anything
20  else, I believe, was composed for the shows by
21  us.
22    Q.    Okay, take me through this,
23  please, and take the record through it, so that
24  anyone reading this can understand.  Who owned
25  the music that was prepared for a Sunbow TV

Page 44

1  production?
2    A.    Well, I could tell you what I
3  presume, but --
4    Q.    Well, I mean if it's an informed
5  understanding, then fine.  If it's just a sheer
6  guess, then don't guess.
7    A.    It's my presumption that Sunbow
8  owned that music.
9    Q.    Okay.  And what's the presumption
10  or assumption based upon?
11    A.    Generally, we had contracts with
12  composers.  Later on I did those contracts that
13  were simple buyout agreements with composers.
14    Q.    You were actually responsible for
15  those contracts?
16    A.    Not the early years, because I was
17  just a PA on the early shows.
18    Q.    Are you familiar with the concept
19  of work for hire?
20    A.    Yes, that's what we had.
21    Q.    Is that what you're talking about?
22    A.    Yes, that is what we called
23  buyout.
24    Q.    And so if a composer composed
25  music for one of your productions on a work for

Page 45

1  hire basis, Sunbow owned that music?
2    A.    Yes.
3    Q.    Okay.  Now, what did that have to
4  do with performance royalties, if anything?
5    A.    I don't actually know.
6    Q.    Do you know of situations where,
7  notwithstanding the fact that it was a work for
8  hire, the composer continued to receive their
9  performance royalties?
10    A.    On the contracts that I did for
11  Sunbow, the publishing went a hundred percent to
12  Sunbow.  The composer, lyricist, whatever, they
13  received a hundred percent of that side of
14  either ASCAP or BMI.  That's the way the deals
15  were that I've done.
16    Q.    So they continued to receive the
17  royalties?
18    A.    Yes.  Yes.
19    Q.    So that's even in the case where
20  it's a work for hire?
21    A.    In the deals that I did, yes.
22    Q.    Well, were you the person involved
23  with the deals that you did with respect to Anne
24  Bryant's compositions?
25    A.    No.

Carole Weitzman

Page 46

1    Q.    Who was responsible for those?
2    A.    I believe Tom and Joe were the
3    people involved with the deals.
4    Q.    How was it determined that you
5    would be involved with a deal or Tom and Joe
6    would be involved with a deal?
7    A.    As I grew -- I didn't just
8    unilaterally make decisions, but as I grew with
9    the company and became more senior and
10   supervised productions and co-productions, I
11   knew the template for what the deal was in the
12   co-production scenario, you know, the '90s, I
13   guess it is. In the earlier years, I was just
14   watching over things, but not the business end
15   of it.
16   Q.    Are you aware of any circumstance,
17   and this isn't general, this is specific to Anne
18   Bryant or Ford Kinder, where Joe Bacal received
19   credit for -- in terms of BMI, writer credits to
20   which he was not entitled?
21   A.    No.
22   Q.    And when I say not entitled, where
23   he actually didn't write the music?
24   A.    Right. No, I know what you mean.
25   Q.    Are you familiar with The

Page 47

1    Transformers themes?
2    A.    Um-hum.
3    Q.    That's a yes?
4    A.    Yes.
5    Q.    Do you know what Joe Bacal had to
6    do with composing any of the music to that?
7    A.    No.
8    Q.    Do you know that he's shown as a
9    24.9 percent participant in the writer's share?
10   A.    No. I mean, if it's on a cue
11   sheet and you show it to me, I might -- you
12   know, I know a lot of the themes for the show
13   were in commercials first, so they were handed
14   over to me as a theme. Do you know what I mean?
15   Q.    Okay, let's explore that a little
16   bit. A lot of the music you say was done as
17   commercials first?
18   A.    Yes.
19   Q.    Are we talking about the Anne
20   Bryant music?
21   A.    I don't know if it was Anne's
22   music. I know a lot of the series themes were
23   toy properties and they were commercial themes
24   first.
25   Q.    And how were they treated when

Page 48

1    something else was done with that commercial
2    music in terms of these cue sheets?
3    MS. KITSON: Objection, vague.
4    MR. MONAGHAN: I'll rephrase it.
5    Q.    You say it was handed over to you,
6    that was the phrase you used, what did you mean?
7    A.    The theme that was used in a
8    commercial frequently used in an extended
9    version for the TV show.
10   Q.    Okay. And how did you handle
11   registration with BMI or ASCAP in those cases?
12   A.    It then became part of the cue
13   sheet for the show. I had nothing to do with
14   the cue sheets for the commercials, that's a
15   separate area.
16   Q.    Right. And who told you that you
17   could use cue sheets in those circumstances?
18   A.    Cue sheets?
19   Q.    Right. Who told you that a cue
20   sheet was the appropriate form?
21   A.    I didn't say it was -- I'm sorry,
22   not the cue sheet was handed over to me. If
23   there was a theme that was used, and frequently
24   that theme was rolled over into being used in a
25   show, but expanded generally by the composer.

Page 49

1    Q.    Right. Okay. How did Sunbow
2    assure itself that the composer's interest was
3    being accurately reflected in the cue sheets?
4    A.    I have no idea.
5    Q.    Well, wasn't that your job?
6    A.    I had nothing to do with the
7    accuracy of these cue sheets. The accuracy in
8    later years had to do with me. I was the person
9    that these cue sheets went to and filed them
10   and worked with Bill Dobishinski to look after
11   the money. This division had nothing to do
12   with me. It may have had to be based on
13   contracts that existed, but I wasn't the person
14   that said give yada yada this percentage or
15   whoever.
16   Q.    Who did?
17   A.    Tom or Joe. Whoever did the
18   contract, which generally was Tom or Joe.
19   MR. MONAGHAN: Do you want to take
20   a two-minute break?
21   MS. KITSON: Sure.
22
23   (Recess taken.)
24
25   BY MR. MONAGHAN:

Carole Weitzman

Page 50

1    Q.   I'm going to show you, I alluded
2  to it earlier, Ms. Weitzman, the affidavit of
3  Alison Smith, who is a vice-president of
4  performing rights of Broadcast Music, Inc.,
5  BMI. And I'm going to direct your attention to
6  paragraph four of this affidavit, which is dated
7  March 16, 2001, and ask you to take a look at
8  that. And you're also free, if you need to, to
9  read any other part of that affidavit that you'd
10 like.
11        Could you read that into the
12 record when you're done reading it for yourself?
13   A.   Okay.
14   Q.   Now, could you read that paragraph
15 four into the record for us?
16   A.   "By way of background, there is
17 more than one way in which a musical work may be
18 registered with BMI. For songs, the common way
19 is for either the writer or the music publisher
20 to submit a registration form. With respect to
21 themes and background music specifically written
22 for television, registration forms are rarely
23 submitted. These works, which is the type of
24 music in question in this action, are most often
25 registered with BMI through the submission of

Page 51

1  cue sheets by the producer of each episode of
2  each show series or film."
3    Q.   Is that statement consistent with
4  your understanding of how this works, the
5  registration with BMI?
6    A.   Well, I've only done the cue sheet
7  parts, so I've never done any kind of
8  registration form that's here. With respect to
9  the cue sheets, yes.
10   Q.   That is consistent?
11   A.   Yes.
12   Q.   That's the form that's used when
13 music is written specifically for the TV
14 production?
15   A.   Well, it's a record of what's in
16 the show. Whether it was originally written
17 for the show, I don't know, but it's just a
18 list of what music is contained within the
19 show.
20   Q.   Well, you see that Ms. Alison
21 Smith says — she uses the word "specifically"?
22   A.   Well, she may have a broader
23 knowledge than I have of that, but as far as I
24 know, the cue sheet was really just a record of
25 what's within the show. Just like you know who

Page 52

1  the writer is, you know who the composer is, you
2  know all of that stuff.
3    Q.   But --
4    A.   But if it was written specifically
5  for the show, that was never a consideration
6  that I had. It was just contained within the
7  show, is why I thought it was on a cue sheet.
8    Q.   Again, who supplied the
9  information in the cue sheet?
10   A.   The actual --
11   Q.   Who prepared the cue sheets?
12   A.   The physical cue sheets were
13 probably prepared through Marvel and Bill
14 Dobishinski and us. The information had to
15 have been given -- this part (indicating) from
16 Sunbow, and it wasn't me that gave that break
17 out.
18   Q.   You said it was Tom and Joe?
19   A.   Yes.
20   Q.   Okay. Now, could you tell me
21 which of these properties I'm showing you now,
22 there is a boxed set G.I. Joe, Jem, G.I. Joe The
23 Movie, Transformers CDs --
24        MS. KITSON: Those are DVDs.
25   A.   Those are DVDs, not CDs.

Page 53

1    Q.   Let's start with, are you familiar
2  with these products?
3    A.   The shows? I've seen these
4  materials, but that was all done through the
5  sales team. Any of the sales to create these
6  things was done through the sales team. I gave
7  the master show and then whatever was done with
8  that, was done with it.
9    Q.   Well, do you know whether the
10 music was written specifically for, for example,
11 the G.I. Joe videos I'm showing you now, the
12 boxed set?
13        MS. KITSON: Objection, the
14   witness doesn't know what music is on the
15   videos you're showing her.
16        MR. MONAGHAN: Well, maybe she
17   does.
18        Let me show it to her.
19   Q.   You were at Sunbow in 1999,
20 correct?
21   A.   Um-hum.
22   Q.   And G.I. Joe was a Sunbow
23 production?
24   A.   Yes.
25   Q.   And you said you weren't familiar

Carole Weitzman

Page 54

1  with Rhino Entertainment Company; is that right?
2      A.   No. I saw it on the boxed set
3  now, so I know, but as I said, I didn't do the
4  deal with them, that's a sales function.
5      Q.   I'm sorry, were you there after
6  Sony was involved at Sunbow?
7      A.   Yes, in the late '90s, right.
8      Q.   And that's after Tom and Joe sold
9  the company to Sony?
10      A.   Right.
11      Q.   You remained on?
12      A.   Um-hum.
13      Q.   At the risk of repetition, just
14  for --
15      A.   Yes, I did.
16      Q.   I won't ask it again.
17      A.   And just to clarify for you, when
18  I started at Sunbow in '80, I had been a
19  teacher for 10 years, so I was a PA, I worked
20  with Tom and Joe, they taught me, they gave me
21  more and more responsibility.  Starting up in
22  the '90s, they started delegating a lot of their
23  work, because they had their own advertising
24  agency throughout the whole term, to C.J., who
25  was then the president.  We moved out of their

Page 55

1  offices, we worked there, so things evolved
2  throughout.  So when I say in the early years
3  what deals were set up, I just found out what
4  the deals were or what had to be put, and
5  that's kind of the evolution of my position.
6      Q.   Who did you report to when Sony
7  was the owner?
8      A.   Well, when Sony first acquired us,
9  there was Ted Green that was there, he was the
10  head of it, and then Becky Mancuso.  So I pretty
11  much reported to Ted.  And he left near the very
12  end of Sony and then Becky took over for a while
13  and then they just -- it fell apart.  And from
14  what I understood, part of Sony's deal with
15  Loonland is they had to deliver the Cramp Twins
16  series.  So that's when I started to work with
17  George Becker, because he needed me to help
18  fulfill the delivery of that series.  So I
19  hadn't worked with George the whole time I was
20  there, but at the end he was kind of left with
21  the leftovers.
22      Q.   Is that at 100 Fifth?
23      A.   No, George was at Sony.
24      Q.   Where was that office?
25      A.   We stayed at 100 Fifth Avenue.

Page 56

1  Sony Wonder was up in the Sony building.
2      Q.   Okay.  And what was Ted Green's
3  title?
4      A.   I don't know.  He was somehow the
5  head of Sony Wonder.  I don't know what his
6  title was.
7      Q.   And he was also at the Sony Wonder
8  building?
9      A.   Yes.
10      Q.   And Becky Mancuso, likewise?
11      A.   She was in LA Sony Wonder.
12      Q.   And during the time that Sony
13  owned the company, which is from 1997-ish?
14      A.   I don't know.  They were my worst
15  years, nothing to do with Sony.
16      Q.   Through what, 2001?
17      A.   Yes, the end of 2001.  Once we
18  delivered Cramp, I think that was their final...
19      Q.   Where were the records kept?
20          MS. KITSON:  Objection as to the
21  records.  Vague.
22      Q.   The business records?
23      A.   All of my stuff --
24      Q.   Sunbow's records?
25      A.   Sunbow Production, my part was

Page 57

1  down with me.  There was still a sales team
2  that was still down there.
3      Q.   Were you ever present at a meeting
4  with Joe Bacal at any time where there was a
5  discussion of percentages of interests in a
6  song?
7      A.   No.
8      Q.   Do you have any knowledge as to
9  why Anne Bryant wouldn't be paid mechanical
10  royalties on videos or DVDs that have music
11  composed by her?
12      A.   I honestly don't know what her
13  deal was.
14      Q.   Well, aside from her deal, do you
15  know why --
16      A.   I don't know what a mechanical
17  royalty is.  I know what -- I don't know
18  specifically what that means, regarding --
19      Q.   Well, assume for the sake of my
20  question that a mechanical royalty is something
21  other than a performance royalty and it's a
22  royalty generated by some mechanical iteration
23  of a composition, a record, a DVD, a movie,
24  something like that.  Do you know why she's not
25  getting any money, assume she's not getting any

Carole Weitzman

Page 58

1  money, do you know why she's not getting any
2  money on any of these compositions?
3      A.   No.
4      Q.   Do you know what Sunbow's position
5  is with respect to that issue?
6      A.   In the contracts I've done,
7  composers don't get anything other than the fee
8  that you give them up front and any ASCAP or
9  BMI that they are entitled to for their share.
10     Q.   And when you say then in the
11 contracts you've done, could you give me an
12 example of a contract you've done?
13     A.   Oh, you mean with the composers
14 that I've worked with?
15     Q.   Yes.
16     A.   Helene Muddiman, she just did
17 Cramp Twins for us.
18     Q.   Let me go back up a little bit.
19 You say in the contracts that you've done, the
20 composers don't get anything but their
21 performance royalty?
22     A.   They get the performance royalties
23 and an amount of money to do a certain library
24 of cues.
25     Q.   So whatever mechanical royalties,

Page 59

1  for the sake of my question, would go where?
2      A.   I've never mentioned mechanical
3  royalties in contracts.
4      Q.   Okay, whatever other royalties
5  there are?
6      A.   If there are other royalties, I
7  would imagine they would go to Sunbow, but I
8  don't know for sure.
9      Q.   Now, did that represent some sort
10 of a change in policy at Sunbow with respect to
11 payment of royalties?
12     A.   What I've done, versus what
13 existed? I really don't know what existed
14 before. I thought what I have done is kind of
15 the template for what the deals have been.
16     Q.   Okay. That's from the time you
17 were involved in doing those?
18     A.   Um-hum.
19     Q.   You say you don't know what —
20     A.   I don't know the deals.
21     Q.   Well, do you know whether it was a
22 change in any way, shape or form?
23     A.   No, I don't.
24     Q.   And a typical contract that you
25 talked about, again, please, what was the name

Page 60

1  of that party?
2      A.   Helene, H-E-L-E-N-E, Muddiman,
3  M-U-D-D-I-M-A-N.
4      Q.   And this was on the Cramp Twins?
5      A.   Yes.
6      Q.   Could you give me an example of
7  one a little older than that?
8      A.   Well, all of the deals that I've
9  been involved with -- I'm trying to think of the
10 series. Nathan Wang did it for Fat Dog Mendoza,
11 it's another series. Hey, it's cartoons, you
12 know.
13     Q.   And were these compositions
14 written as commercials or written for these
15 production?
16     A.   Written for the productions.
17     Q.   And when you said, "in the
18 contracts that you've done," were you talking
19 about contracts with respect to TV productions?
20     A.   Yes.
21     Q.   So you weren't talking about music
22 that was originally composed for commercials?
23     A.   No, I have not been involved in
24 the commercial area. That was Griffin Bacal,
25 which was a separate company and a separate

Page 61

1  commercial division.
2      Q.   Did you ever say to Anne in words
3  or substance that you thought the talent was
4  overpaid?
5      A.   No.
6      Q.   You never expressed that sentiment
7  to her?
8      A.   I can't imagine saying that,
9  although I felt it on many occasions.
10     Q.   Did you tell her, in or about
11 1998, that Sunbow no longer pays composers of
12 underscores because they get to keep their
13 royalties and they're satisfied with that?
14     A.   I don't even remember talking to
15 her in '98.
16     Q.   Well, don't hold me to the year,
17 but did you ever express that sentiment to her?
18     A.   By saying that the composers get
19 the money and they keep it?
20     Q.   That's enough.
21     A.   That's what we're doing, so it's
22 consistent with what we're doing. I just can't
23 imagine that was a conversation, but...
24     Q.   It's possible?
25     A.   I honestly don't remember talking

Carole Weitzman

Page 62

1  to her.
2     Q.   Who was the person responsible for
3  communicating the names and percentages of the
4  authorship of the composition to Sunbow's
5  administrator, Bill Dobishinski?
6     A.   I don't really know. I mean, I
7  didn't have that information, so if it was
8  communicated, it was either Tom, Joe or probably
9  through them from the Finance Department.
10     Q.   When Sunbow was sold to Sony, did
11  Sunbow have to advise Sony of its interests in
12  various properties, what it owned in various TV
13  properties, stuff like we're talking about right
14  here?
15     A.   The only thing I had to give were
16  copies of the copyright forms, that's what I had
17  to provide during the deal. I don't know what
18  else they had to — Sunbow had to provide to
19  Sony, I don't know.
20     Q.   Did you have charge of the
21  copyright forms or custody of them?
22     A.   Um-hum.
23     Q.   And why did you have custody of
24  those?
25     A.   Because I would register them. I

Page 63

1  would get the forms for every episode, so would
2  our attorney, make sure it was right, and then
3  for every subsequent half hour, I would register
4  it once the show aired.
5     Q.   Where would you register it?
6     A.   The Office of Copyright.
7     Q.   The Copyright Office in
8  Washington?
9     A.   Washington, yes.
10     Q.   Do you know what an arranger's
11  function is with respect to a musical
12  composition?
13     A.   No.
14     Q.   Do you know whether arrangers
15  receive fees?
16     A.   Don't know.
17     Q.   Did you notice in some of the
18  documents that you have G.I. Joe opening theme
19  and then you have some other theme, closing
20  theme, that type of thing?
21     A.   Yes.
22     Q.   You've seen that before?
23     A.   Um-hum.
24     Q.   Okay. Who makes the determination
25  as to the identity of that piece of music,

Page 64

1  calling it a closing theme or opening theme?
2     A.   Well, for every show there's -- in
3  visual, it's called a main title, it's the
4  beginning of the show that kind of tells the
5  back story in animation, and there was a theme
6  that goes over that, so it's the theme show.
7  And generally, it's repeated at the end of the
8  show over the end credits.
9     Q.   Okay. But in the registration
10  with BMI, and I could show you some and I'm
11  sure you've seen them, they've used
12  designations like that, opening theme, closing
13  theme, whatever. Who tells BMI what name to
14  give to the piece of music?
15     A.   Oh, we name the cues. We, meaning
16  the composer.
17     Q.   Sunbow?
18     A.   Well, no, the composer generally.
19  I mean there are cues that are done for anxious
20  time, there are cues that are race time.
21     Q.   Right.
22     A.   Each cue is given a name by the
23  composer, and then that is given as a library to
24  the editor that puts it together.
25     Q.   To the music editor?

Page 65

1     A.   Yes. And they use the cues, the
2  list of cues.
3     Q.   Now, do you know of any
4  circumstance where an originally composed theme
5  by, let's say, Anne Bryant could then become the
6  property of somebody else who may have
7  rearranged it or changed the music in some
8  respect, would that be a situation where someone
9  else would get credit for her music?
10     MS. KITSON: Objection to the
11  form.
12     Q.   Do you understand that question or
13  is that too long?
14     A.   No, it's not too long, I'm trying
15  to understand it. I don't know. The only time
16  we ever redid a series, we did G.I. Joe Extreme
17  and we did Transformers Generation X, I forgot
18  the name of it. So if you're saying she
19  composed themes for that, there was music in
20  those series. I don't know if they were
21  rearranged themes, I don't know what they were,
22  but I'm just saying those were the only shows.
23  Like out of this show, Jem died as a series, My
24  Little Pony died. A lot of these shows stopped
25  airing in '86 or '87. The only ones that we

Carole Weitzman

Page 66

1   did, kind of coming back was G.I. Joe and
2   Transformers.
3       Q.    They are coming back?
4       A.    They were, you know, in the
5   mid-'90s.
6       Q.    Well, do you know what is being
7   sold now on AMAZON.COM, for example?
8       A.    No.
9       Q.    Whose job was it at Sunbow to make
10  sure that Sunbow as publisher was getting its
11  correct performance royalties?
12      A.    At Sunbow, itself?  Well, I know
13  Bill worked with the Finance Department, Bill
14  Dobishinski, I mean because he got his fee.  He
15  was the one that tracked all of this.  There was
16  nobody at Sunbow who knew the music business to
17  do this.
18      Q.    But how did Sunbow know whether or
19  not it was getting shorted, if it was getting
20  shorted?
21      A.    They hired him to do the
22  administration and look over it, the same way we
23  hired Sony afterwards to do that, before they
24  ever bought us, when Bill disappeared.
25      Q.    I'm sorry, let me get that again.

Page 67

1   You hired Sony to do the same thing that --
2       A.    Sony has an administration
3   division, ATV.  We interviewed a lot of
4   different music administrators after Bill left
5   and then we hired Sony to do that,
6   coincidentally, it has nothing to do with the
7   Sony Wonder sale, and that was before they ever
8   bought us.
9       MR. MONAGHAN:  Let me mark this
10  document, please.
11
12      (Weitzman Exhibit D, Form
13  submitted by Sony ATV during the time it
14  was administering Sunbow's publishing,
15  marked for identification.)
16
17      Q.    Are you familiar with Exhibit --
18  take a look.  Let me give you a minute.
19      A.    No, I've never seen this.
20      Q.    Well, I think it says cue sheet
21  there, doesn't it?
22      A.    It's not a cue sheet, I don't
23  think.  No.
24      Q.    Okay.  But you do see that Sony
25  is --

Page 68

1       A.    The submitter, Sony ATV?
2       Q.    Sorry?
3       A.    Sony ATV, it says, as submitter.
4       Q.    Right.  Would this be a form, if
5   it's not a cue sheet, submitted by Sony ATV
6   during the time it was administering Sunbow's
7   publishing?
8       MS. KITSON:  Objection.
9       A.    I've never seen this, so I don't
10  know who submitted it or when.  I mean, I see
11  it's dated 1997, but I've never seen it.
12      Q.    Was Sony doing the publishing
13  administration for Sunbow in that period of
14  time?
15      A.    I imagine it was.  There is a
16  contract with them, but, yeah, I would imagine
17  it was.
18      Q.    And is that at or about the time
19  when they took over from Bill Dobishinski?
20      A.    It was in the '90s when we did it,
21  when we moved into the office of 100 Fifth
22  Avenue, I don't remember the year, but I have
23  not seen these.  This sheet, this girl Elise
24  worked for me a long time ago.  Oh, yeah, I see
25  it's 85, that's not a new one.

Page 69

1       Q.    There may be more than one
2   document together there.
3       A.    Maria Perez, I don't know who that
4   is.  Wholly Molley music.  Oh, the Scotty
5   Brothers, they were the people who worked on the
6   Transformers movie.  But these other sheets, I
7   don't know what they are.
8       Q.    Okay.  Did you give me the names
9   of the people in the Finance Department?
10      A.    Yeah, it was Bill Biehl, Bob
11  Darcy, Raul Soto, Andrew Carpon.
12      Q.    Who had custody of employment
13  records at Sunbow?
14      A.    I don't know for sure, but C.J.
15  was the president and Tom and Joe.  I don't
16  know where the records were.  Like a Human
17  Resource, is that what you're talking about?
18      Q.    Yes.
19      A.    We didn't have Human Resource, so
20  it was probably done through C.J. and the
21  finance guys.
22      Q.    Do you know whether those records
23  were turned over to Loonland?
24      A.    I don't know, but they would have
25  been turned over to Sony first, if they were

Carole Weitzman

Page 70

1    turned over to anybody. And then I don't know
2    what Sony did.
3        Q.    And where is C.J. Kettler?
4        A.    C.J. does free-lance work in the
5    industry, I don't know where she is now.
6        Q.    Do you know where she lives?
7        A.    Yeah, she lives in the city.
8        Q.    In the city?
9        A.    Yeah.
10       Q.    And for whom does she do
11   free-lance work?
12       A.    I think it's a company called
13   Solara. She used to work at Oxygen, that's where
14   I knew her last.
15       Q.    That's the cable?
16       A.    Yes.
17       Q.    And when did she leave the
18   company?
19       A.    When it was sold. She and Tom --
20   oh, no, actually she stayed on after Tom and Joe
21   and she sold it. She stayed on with Sony, and
22   I'm trying to think, around the time Ted left
23   she went to work at Oxygen.
24       Q.    How is it that Ms. Kitson is here
25   representing you today, who hired her?

Page 71

1        A.    Sony, I believe. Sunbow, Sony.
2        Q.    Well, do you know?
3            THE WITNESS: You told me, but I
4        forgot.
5        A.    I don't remember if it is Sony or
6    Sunbow. I think Sunbow.
7        Q.    Did you ever see the BMI
8    statements that were prepared from time to
9    time?
10       A.    No, I don't think so.
11       Q.    So if I showed you BMI statements
12   now, you would not have familiarity with those;
13   is that correct?
14       A.    I could look at it and see if it's
15   something that's familiar, I may not have known
16   what it was called, do you know what I mean?
17       Q.    Yeah, but you would not be able to
18   testify about the information in the form; is
19   that right?
20       A.    Right.
21       Q.    Now, you testified earlier about
22   the Mary Williams Clearance Corporation, and I
23   think your testimony was that if you didn't own
24   the music, or if Sunbow didn't own the music
25   you, would use this Mary Williams Clearance

Page 72

1    Corporation?
2        A.    If we wanted a sync license.
3        Q.    A sync license?
4        A.    Yeah, if we wanted to use another
5    composer's music, and it was basically done in
6    the Great Space Coaster, I don't remember it
7    done in any of the animated series, that we
8    would use Mary Williams to get the sync
9    license, and then we would be able to use it in
10   the show.
11       Q.    And the sync license is what, for
12   the record?
13       A.    It was called a sync license. The
14   right to use it.
15       Q.    In the production of some sort of
16   movie or film?
17       A.    Yeah, TV or -- right.
18       Q.    Is it the synchronization of the
19   movie with the film?
20       A.    I don't know what the name comes
21   from. To me it was just a license to use the
22   music. Not the recording of the person that
23   originally recorded it, but to re-record it for
24   your show.
25       Q.    Do you know the Harry Fox Agency?

Page 73

1        A.    They were one of the people that
2    Mary used to talk to to get rights.
3        Q.    Okay. And I'm going to show you a
4    batch of documents, which are Bates stamped 2205
5    through 2397. And we'll let the reporter mark
6    collectively, which appear to be Mary Williams
7    Clearance Corporation cue sheets addressed to
8    Sunbow Productions, reflecting various
9    compositions, although actually it looks like
10   they are all Transformers.
11           I ask the reporter to mark that,
12   and then if you could take a look at it.
13           MS. VALENCIA: Patrick, where do
14   those Bates numbers come from?
15           MR. MONAGHAN: Ours.
16
17           (Weitzman Exhibit E, Document
18       bearing production numbers 2205 through
19       2397, marked for identification.)
20
21       A.    So these are cue sheets, they are
22   not BMI things.
23       Q.    No.
24       A.    This is not what you were talking
25   about. Oh, okay.

Carole Weitzman

Page 74

1      MS. KITSON: I would state for the
2  record that these sheets all indicate that
3  Sunbow Productions Incorporated is the
4  producer, but they are not addressed to
5  Sunbow Productions.
6      A.   We used Mary Williams, as I said,
7  for the G.I. Joe show, so she may have just -- I
8  don't remember her doing it, but she might have
9  just prepared --
10     Q.   Well, these are Transformers,
11 aren't they?
12     A.   Right, they are.
13     Q.   It's not G.I. Joe?
14     A.   Right.
15     MR. MONAGHAN: You gave us these,
16 Roseann.
17     MS. KITSON: No, we did not
18 produce those to you. You produced those
19 to us.
20     MR. MONAGHAN: Where did we get
21 them?
22     A.   She must have done this before
23 Bill got involved, I guess. These are for the
24 first series, '84, '85.
25     Q.   Do you have any information about

Page 75

1  these forms, Exhibit E?
2      A.   They appear to be cue sheets from
3  the first group of Transformer shows.
4      Q.   Would these have been in the
5  possession of Sunbow?
6      A.   I don't know. I don't remember
7  these, but I would imagine they would be, but I
8  don't know.
9      Q.   Do you know whether Mr. Bacal is
10 getting royalties, other than performance
11 royalties, on any of these DVDs that I'm showing
12 you, that are in front of me now?
13     A.   I have no idea.
14     Q.   You have no idea?
15     A.   No.
16     Q.   Do you know where Tom Griffin is
17 now?
18     A.   Yeah.
19     Q.   Where would he be?
20     A.   In Scarsdale.
21     Q.   Is he working?
22     A.   I don't think so.
23     Q.   Do you know who John Douglas is?
24     A.   He was a composer for the early
25 series.

Page 76

1      Q.   Of what?
2      A.   G.I. Joe, I think, and
3  Transformers. I never met him, I didn't know
4  him. I think they met him through Marvel.
5      Q.   Do you know what underscoring is?
6      A.   The background music.
7      Q.   Now, is that original music or is
8  it the rearrangement of existing music?
9      A.   Well, typically it's original
10 music, but it's frequently in animated series,
11 the theme is used throughout the show. It
12 brings the kids back into the da, da, da, and
13 then they do a run, and then whenever they come
14 back they do another cue, but they frequently
15 revisit cues of the theme throughout a series.
16     Q.   Did you know what John Douglas'
17 involvement was with Transformers?
18     A.   No. I mean I'm seeing it on these
19 sheets that he wrote a lot of the cues, but I...
20     Q.   Did you ever hear of Mr. Bacal
21 saying that Ford Kinder and Anne gave him a
22 percentage interest in Transformers?
23     A.   No.
24     Q.   Do you know what Barry Harmon's
25 involvement was with Transformers?

Page 77

1      A.   No. I know Barry is typically a
2  lyricist, he's not a composer, but I don't
3  remember that.
4      Q.   Are there lyrics through the
5  Transformers themes, any of them?
6      A.   Yeah, there were, I think.
7      Q.   Do you know who composed the
8  lyrics?
9      A.   No.
10     Q.   Do you know Spence Michelin?
11     A.   No.
12     Q.   Do you know Andy Hayward?
13     A.   Yes.
14     Q.   Who is Andy Hayward?
15     A.   He's the head of DIC.
16     Q.   How do you spell DIC?
17     A.   D-I-C, it's initials.
18     Q.   For what?
19     A.   I don't know.
20     Q.   What is DIC?
21     A.   It's an animation production
22 company.
23     Q.   Does he compose music?
24     A.   I don't know.
25     Q.   Do you know Monroe Michaels?

Carole Weitzman

Page 78

1      A.    No.
2      Q.    Did you ever hear of Andy Hayward
3  using that as a pseudonym?
4      A.    No. That's a funny name. No, I
5  meant if you know Andy, that's not at all like
6  him.
7      Q.    Well, if I were to show you page
8  289 of a BMI catalog, this was testimony given
9  at Mr. Bacal's deposition, Monroe Michaels is
10  credited on the cue sheet as having some
11  interest in composing the music.
12        MS. KITSON: Objection. Is there
13  a question pending?
14      Q.    Do you know why that would be?
15      A.    DIC is a company that produced
16  G.I. Joe shows competitive with us. The shows
17  were taken away from Sunbow at a point and
18  given to DIC to produce with Hasbro. So I
19  don't really know who worked on that series, it
20  didn't have anything to do with us, Sunbow.
21      Q.    This was competitive to Sunbow?
22      A.    Yes.
23      Q.    And that was taken away by whom?
24      A.    Hasbro, I believe. I guess they
25  had a lesser bid for doing the series. And

Page 79

1  Hasbro assigned -- I don't know how many
2  episodes were done, but it was quite a bit, I
3  think.
4      Q.    Do you know Larry Bernstein?
5      A.    He's with Hasbro. He was with
6  Hasbro, I don't know what he does.
7      Q.    Product manager, does that sound
8  familiar?
9      A.    I don't really know.
10      Q.    Paul Weinberg?
11      A.    No.
12      Q.    Steven James Taylor?
13      A.    No.
14      Q.    Do you have any records at all
15  pertaining to your employment at Sunbow?
16      A.    No.
17        MR. MONAGHAN:  Give me a few
18  minutes.
19
20        (Recess taken.)
21
22  BY MR. MONAGHAN:
23      Q.    Let me direct your attention back
24  to the summer of 1993. I know it's a long time
25  ago, 10 years ago.

Page 80

1      A.    It's hard to believe, isn't it?
2  You hear '93, it sounds as if it was yesterday.
3      Q.    Was there some particular event
4  that occurred at Sunbow at that particular time
5  which required filing cue sheets, changing
6  registrations at BMI?
7      A.    Not that I know of.
8      Q.    Ms. Weitzman, I would like to show
9  you now page 49 of Ms. Bryant's BMI catalog
10  dated March 16, 2000. And I would like to
11  direct your attention to the two middle entries
12  dealing with My Little Pony and Friends.
13      A.    Okay.
14      Q.    Now, you know that the publisher
15  generally takes care of the registrations with
16  BMI; is that right?
17      A.    I only know as far as giving the
18  cue sheets, I don't know what else has to
19  happen.
20      Q.    Well, do you see that next to --
21  do you see you have both Starwild and Wildstar
22  Music shown on My Little Pony and Friends with a
23  P for publishing?
24      A.    Oh, yes.
25      Q.    By the way, are you familiar with

Page 81

1  this form that I'm showing you?
2      A.    No, I've never seen this.
3      Q.    Under what circumstances would
4  Sunbow cause a form to be filed with either BMI
5  or ASCAP, how would they make that decision?
6      A.    I have no idea.
7      Q.    Well, I'm going to show you now
8  the Jem videos. These have both been marked
9  previously at Mr. Bacal's deposition. And I
10  direct your attention to the back showing the
11  credits or production, I guess. And I ask you
12  why it is that these are shown as Sunbow
13  Productions, Inc./Wildstar rather than Sunbow
14  Productions, Inc./Starwild?
15      A.    I have no idea. I don't know.
16      Q.    You know that Anne Bryant is a BMI
17  writer, correct?
18      A.    No, I don't remember that. But it
19  is according to this, right?
20      Q.    You didn't remember that?
21      A.    No.
22      Q.    Okay.
23      A.    I know BMI, everybody always said,
24  yielded greater money, revenue, than ASCAP, but
25  I have no idea.

Carole Weitzman

Page 82

1    Q.    I hate to beat a dead horse, but
2  let me beat it. If clearance forms were filed,
3  I think your testimony is it would have been
4  Joe or Tom that would have taken care of that;
5  is that right?
6    A.    I didn't say they would have taken
7  care of.
8    Q.    Under their direction?
9    A.    I said they know the deals that
10 they made with people. I didn't make the
11 deals, I don't believe anybody else would have
12 made the deals.
13   Q.    Okay.
14   A.    Certainly in the early years.
15   Q.    And you personally have no
16 knowledge of who filed clearance forms with
17 BMI?
18   A.    I don't know what a clearance form
19 is, I only know the cue sheet.
20   Q.    Do you know of anyone else who
21 filed any forms with BMI?
22   A.    I don't know of anybody, no.
23   Q.    Or ASCAP?
24   A.    No.
25   Q.    Well, who would have done that?

Page 83

1    A.    That's what I'm saying, I don't
2  know who would have done that.
3          MS. KITSON: Anybody else besides
4    what her previous testimony has been?
5    Q.    You're not changing any of your
6  previous testimony; is that right?
7    A.    No.
8          MR. MONAGHAN: I think we'll mark
9    this as well, the G.I. Joe boxed set of
10   the three videos.
11   A.    Did you look at the end credits on
12 there, the visual end credits to see if Wildstar
13 and Starwild are both on there.
14   Q.    Where is the visual end credits?
15   A.    At the end of the video.
16   Q.    At the end of the video, itself?
17   A.    Yes. So I'm saying it could just
18 be inadvertently left off the packaging, but not
19 off the tape.
20   Q.    I appreciate that information.
21 We'll take a look at it in that regard. But
22 isn't it going to be one or the other, Starwild
23 or Wildstar?
24   A.    I don't know. I don't remember
25 using one versus the other, I'd have to look at

Page 84

1  the credits on the shows.
2    Q.    You do know that the writer can't
3  be in both at the same time?
4    A.    Right, but sometimes the composer
5  was one and the lyricist was another, so we had
6  to list both.
7    Q.    Okay. When I said it can't be
8  both at the same time, I'm talking about both
9  performing rights societies, ASCAP and BMI?
10   A.    Right. No, I didn't know that, I
11 thought they could be and just use the one they
12 wanted.
13   Q.    But not on the same composition?
14   A.    Oh, right. No, yeah, of course,
15 not on the same composition.
16
17         (Weitzman Exhibit F, G.I. Joe
18   boxed set of three videos, marked for
19   identification.)
20
21   Q.    I'm showing you now this boxed set
22 of G.I. Joe videos. If you could take a look at
23 the production information on the back of the
24 video. Is it not the same as --
25         MS. KITSON: Of the individual

Page 85

1  tape or on the box itself?
2          MR. MONAGHAN: The box itself.
3    A.    The box of the individual tape,
4  you're talking about.
5    Q.    Right.
6    A.    Not the big box. Although on the
7  big box, it's the same thing.
8    Q.    It's the same, isn't it?
9    A.    Yes.
10   Q.    Does this show Sunbow Productions
11 Inc./Wildstar?
12   A.    Yes, and Hasbro.
13   Q.    And Hasbro. Does this appear to
14 be a production during the period of time that
15 Sunbow was owned by Sony?
16   A.    The video set or -- because the
17 show is in '86. Do you mean when this video
18 set was done?
19   Q.    Yes.
20   A.    I don't know.
21   Q.    Is this the Sunbow logo down at
22 the bottom there, on the box?
23   A.    Yes. Oh, a division of Sony
24 Wonder, there you go.
25   Q.    Right. And the same is true on

Carole Weitzman

Page 86

1  the Jems?
2      A.   Yes.
3      Q.   Now, based on your familiarity
4  with the business --
5          MR. MONAGHAN:  Actually, let's
6      just mark each one of these in series.
7
8          (Weitzman Exhibit G, G.I. Joe, The
9      Movie, marked for identification.)
10
11         (Weitzman Exhibit H, The
12     Transformers, The Movie, marked for
13     identification.)
14
15         (Weitzman Exhibit I, The
16     Transformers, Villains-The Ultimate Doom,
17     marked for identification.)
18
19         (Weitzman Exhibit J, The
20     Transformers, Heroes-The Rebirth, marked
21     for identification.)
22
23         (Weitzman Exhibit K, Inhumanoids
24     The Evil That Lies Within, Episode one
25     through five, marked for identification.)

Page 87

1
2      Q.   Are you looking at Exhibit G,
3  Ms. Weitzman?
4      A.   Yes, I am.
5      Q.   Could you tell me anything about
6  that? That's the G.I. Joe The Movie?
7      A.   Um-hum.
8      Q.   That's a DVD?
9      A.   Yes.
10     Q.   Do you know who produced that DVD?
11     A.   The DVD, no.  I know we produced
12 the video, you know, the production.
13     Q.   We, meaning Sunbow?
14     A.   We, meaning Sunbow with Marvel,
15 yes.
16     Q.   Do you know who is shown as the
17 producer of this particular --
18     A.   Sunbow and Marvel.
19     Q.   Do you know when it was produced?
20     A.   Around '86.
21     Q.   This DVD?
22     A.   Oh, no, I'm talking about the
23 show.  I don't know about these tapes at all.
24     Q.   Could you tell us by looking at
25 the DVD when that DVD was produced?

Page 88

1          MS. KITSON:  Objection.
2          MR. MONAGHAN:  I realize it speaks
3      for itself, but all objections except as to
4      form are reserved.
5          MS. KITSON:  She's already
6      testified she doesn't know about the DVD.
7      Her answer stands.  She knows about the
8      show, but not the DVD itself.  Any
9      questions about the DVD go beyond her
10     firsthand knowledge.
11         MR. MONAGHAN:  I'm now going on
12     her experience in the industry and being
13     familiar with these products.
14     A.   I'm just looking at the copyright,
15 it says 2000, that's the only way I would have
16 any idea when it was.
17     Q.   Who, according to that, holds the
18 copyright?
19     A.   It says Rhino Entertainment.
20 There is also a copyright for Sunbow.
21     Q.   What is it that they are claiming
22 a copyright of?
23         MS. KITSON:  Objection.
24     A.   I have no idea.
25     Q.   Could I have that one back?

Page 89

1      A.   (Handing.) You didn't finish
2  watching it last night?
3      Q.   Let me interrupt with one
4  question. Were you familiar with any licensing
5  deals being done with anyone out in California?
6      A.   No.
7      Q.   By the way, on Exhibit G, do you
8  notice Mr. Bacal's name appears as supervising
9  producer, also as a producer, along with
10 Mr. Griffin, did you see that on the front?
11     A.   No.  Okay.
12     Q.   That's the same Joe Bacal we've
13 been talking about, right?
14     A.   Yes.
15     Q.   Okay.  Did you ever deal with
16 anybody at Marvel?
17     A.   Sure.  Yes.
18     Q.   Who would that be?
19     A.   Margaret Loesch, L-O-E-S-C-H, Lee
20 Gunther, Jim Graziano, he was my counterpart
21 there.  And then the production team.  I don't
22 remember their names specifically.  We worked
23 with them for five, six years.
24     Q.   And where are they located, these
25 individuals?

Carole Weitzman

Page 90

1    A.    Well, I know Lee passed away,
2  Margaret I don't know, Jim Graziano is just
3  being a house dad right now.
4    Q.    Where was the company when you
5  dealt with them?
6    A.    Marvel? L.A. It was before we
7  opened our own studio.
8    Q.    Before Sunbow opened its own
9  production studio?
10    A.    Yes.
11    Q.    Now, this, of course, is in DVD
12  format, which is relatively recent technology.
13  You don't have any knowledge of how this came to
14  be?
15    A.    No.
16    Q.    You were unaware that there was a
17  DVD out?
18    A.    No, I didn't know.
19    Q.    Could you look at the next
20  exhibit, please. H, I guess.
21    A.    It's Transformers The Movie.
22    Q.    What production information is on
23  the jacket of that?
24    A.    Exec producer is Margaret and Lee,
25  supervising producer is Joe Bacal, produced by

Page 91

1  Joe and Tom, Joe Bacal and Tom Griffin.
2    Q.    Do you know where Joe Bacal lives?
3    A.    In Westchester. North Salem, West
4  Salem. I don't know, I think that's
5  Westchester.
6    Q.    And do you know who he works for
7  now?
8    A.    He doesn't work for anybody.
9    Q.    Do you know what he does for a
10  living?
11    A.    He's kind of not working. He does
12  some script once in a while for Four Kids
13  Productions, my company, once in a while, but he
14  doesn't have a job job, it's for fun.
15    Q.    Do you know who Nelson Shin is?
16    A.    Yes, he's an animation producer.
17  He has a studio over in Korea.
18    Q.    Used from time to time by Sunbow?
19    A.    Oh, yeah, a lot. I like him, he
20  has a good animation studio.
21    Q.    The next one, please.
22    A.    It's J, right?
23    Q.    Yes.
24    A.    Transformers —
25    MS. KITSON:  It's I.

Page 92

1    A.    Yes, I, sorry.  Transformers,
2  Collector Edition. This is the series when we
3  redid it because you could tell by the framing
4  of it, it was a new version.
5    Q.    It's a new version?
6    A.    Yes.  Same animation, new sound
7  effects, new computer graphics and things.
8    Q.    What about the music, or you
9  wouldn't know?
10    A.    I don't remember that.
11    Q.    Who produced this?
12    A.    Sunbow — oh, you mean the DVD?
13    Q.    Yes.
14    A.    Rhino.
15    Q.    Incidentally, did you ever watch
16  any of these videos?
17    A.    Not lately. In the '80s they were
18  pretty cool.  Oh, yeah, more than I wanted to.
19    J is again Transformers, it's a
20  Rhino DVD.
21    Q.    And these are, so far as I could
22  tell, they are all Wildstar, aren't they? For
23  example, I is Wildstar, I could tell.
24    A.    I'm just looking on the back.
25  Wildstar, yes.

Page 93

1    Q.    Now, if I'm reading this
2  correctly, on the back it seems to indicate
3  Rhino Home Video is an AOL Time Warner
4  Entertainment Company. Did you --
5    A.    I didn't know it, I just read it
6  myself.
7    Q.    Does that appear to be the case?
8    A.    Yes.
9    Q.    And what was the last one?
10    A.    K, Inhumanoids. I don't see
11  Wildstar on Inhumanoids.
12    Q.    Do you know of any connection that
13  any AOL Time Warner entity would have had with
14  anything that Sunbow was involved?
15    A.    No.
16    Q.    You don't know of any deals that
17  were made?
18    A.    No, but, again, any home video
19  deals were generally done through the sales
20  team, it was part of their domain.
21    MR. MONAGHAN:  All right, give me
22  a minute, I think we're winding up.
23
24    (Recess taken.)
25

Carole Weitzman

Page 94

BY MR. MONAGHAN:
1   Q.   Did Sunbow produce TV or radio
3   commercials for Griffin Bacal?
4   A.   No.
5   Q.   Who produced the commercials for
6   Griffin Bacal related to these products?
7   A.   Griffin Bacal was an advertising
8   agency, and they had their own teams. There
9   were guys assigned for G.I. Joe or Transformers
10  and things like that.
11  Q.   Do you know who they were?
12  A.   No.
13  Q.   So Sunbow was limited to TV
14  production and --
15  A.   Yes.
16  Q.   -- videos?
17  A.   We never produced the videos.
18  Q.   It was limited to TV productions?
19  A.   Yes.
20  Q.   And then later on, we've seen
21  these other things happening?
22  A.   Right. We've always sold the
23  shows internationally.
24  Q.   Who had responsibility for the
25  international sales?

Page 95

1   A.   That was just the sales team.
2   Q.   Same sales team you identified
3   earlier?
4   A.   Yes.
5   Q.   What's your last information about
6   Mr. Dobishinski?
7   A.   Years ago, when we went --
8   whatever year we signed up with Sony as
9   administrators, maybe a year-and-a-half before
10  that, he just kind of disappeared.
11  Q.   Is he an attorney, do you know?
12  A.   Yeah, he's an attorney. I think
13  his company -- like you brought up TAMAD, I
14  remember that was --
15  Q.   Mindy Miller, name familiar to
16  you?
17  A.   It sounds familiar, but she worked
18  in Griffin Bacal, not in Sunbow.
19  Q.   I don't know if you know this, but
20  do you know who would pay the residual payments
21  to the singers and musicians whose performances
22  on the TV shows later found their way into
23  these DVDs?
24  A.   No.
25  Q.   Do you have any familiarity with

Page 96

1   the Screen Actors Guild and the American
2   Federation of Musicians?
3   A.   Well, we used to use SAG actors
4   years ago as voice-over talent.
5   Q.   Do you know what a session fee is?
6   A.   No. Only for voice-overs I do,
7   not in the music area.
8   Q.   Who was Sunbow's accounting firm?
9   A.   I don't know. I mean, I knew a
10  lot of the accounting was done in-house.
11  Q.   Didn't they have an outside --
12  A.   They may have, I don't know.
13  Q.   Who was the bookkeeper, in-house?
14  A.   Well, there was Raul -- we shared
15  -- when we were in the Griffin Bacal
16  facilities, we shared the Accounting Department
17  with Griffin Bacal.
18  Q.   And who was in charge of the
19  Accounting Department?
20  A.   I'm sorry?
21  Q.   At that time, who was in charge of
22  the Accounting Department?
23  A.   Bill Biehl and Bob Darcy. They
24  were there at two separate times.
25  Q.   And later on, when you had your

Page 97

1   own facility?
2   A.   We had Andrew Carpon and then Sam
3   Milstone near the very end.
4   Q.   Where is Mr. Milstone?
5   A.   I think in Baltimore. He moved.
6   He was from there and he went back.
7   Q.   Would there be a record anywhere
8   on how to reach him?
9   A.   I could find out.
10  Q.   We'll leave a space in the record
11  and see if you could fill that in.
12  REQUEST: _____
13       MR. MONAGHAN: Thanks very much,
14  Ms. Weitzman. Depending on what
15  information comes out in the case, we may
16  have to have you back, but I can't say that
17  for sure right now.
18       MS. KITSON: We'll take that under
19  advisement.
20
21
22  CROSS EXAMINATION
23  BY MS. VALENCIA:
24  Q.   Ms. Weitzman, my name is Adrienne
25  Valencia. I'm with the law firm of Duane Morris

Carole Weitzman

Page 98

1  and we represent Jules "Joe" Bacal in this
2  litigation. He's named as an independent
3  defendant, and I just have a couple of questions
4  for you.
5      To your knowledge, did Mr. Bacal
6  remain involved with Sunbow after Sony purchased
7  the company?
8      A.  After Sony purchased it, no.
9      Q.  To your knowledge, after Sony
10  purchased Sunbow, was Mr. Bacal provided with
11  information concerning what royalties, if any,
12  Sunbow received?
13      MR. MONAGHAN: Object to the form.
14  How would she know? There is no
15  foundation.
16      A.  I wouldn't know.
17      Q.  To your knowledge, was information
18  concerning Sunbow's general business activities
19  provided to Mr. Bacal after Sony purchased
20  Sunbow?
21      MR. MONAGHAN: Objection to the
22  form. How would she know? No foundation
23  for that.
24      A.  Not that I know of.
25      Q.  To your knowledge, while Mr. Bacal

Page 99

1  was with Sunbow, this is prior to Sony's
2  acquisition, did he have any involvement with
3  the actual registrations of any compositions
4  with BMI?
5      MR. MONAGHAN: Object. She's
6  covered that in the direct.
7      A.  No. I mean he would -- I would
8  imagine he and Tom knew the information
9  regarding the deals of the composers and then
10  that was relayed.
11      Q.  But, to your knowledge, did he
12  have any involvement with the actual
13  registrations with BMI?
14      A.  Physical registrations, no.
15      Q.  And, to your knowledge, after
16  Mr. Bacal left Sunbow, did he have any
17  involvement with registrations of compositions
18  at BMI?
19      MR. MONAGHAN: Object. She said
20  she has no knowledge about the clearance
21  registration forms. The only testimony she
22  could give is about cue sheets. And she
23  made it very clear in her answers to my
24  questions that she doesn't know about that,
25  so I think it's misleading to give --

Page 100

1      MS. VALENCIA: The question is to
2  her knowledge. Ms. Kitson is not directing
3  her not to answer.
4      MR. MONAGHAN: That's true, but
5  I'm objecting to the form of the question,
6  there is no foundation for it.
7      MS. VALENCIA: It's noted for the
8  record.
9      MR. MONAGHAN: This witness has
10  absolutely no knowledge with what Mr.
11  Bacal did with respect to clearance forms.
12      MS. VALENCIA: I didn't ask about
13  clearance forms.
14      MR. MONAGHAN: Yes, you asked
15  about registrations, and they include
16  clearance forms.
17      MS. VALENCIA: If she has
18  knowledge, then we'll follow-up. If she
19  doesn't, that's the end of the question.
20      MR. MONAGHAN: The only knowledge
21  she has is about cue sheets.
22      Q.  Ms. Weitzman, do you recall the
23  question?
24      A.  Yeah. I have no knowledge of him
25  being involved in any aspect of registration.

Page 101

1      MS. VALENCIA: Thank you,
2  Ms. Weitzman. I have no further questions.
3      MR. MONAGHAN: I have one
4  follow-up.
5
6
7  REDIRECT EXAMINATION
8  BY MR. MONAGHAN:
9      Q.  Did any of your answers to
10  Ms. Valencia's questions change anything that
11  you had testified to on direct?
12      A.  No.
13      Q.  So your testimony about your lack
14  of knowledge of filing of clearance forms with
15  BMI remains as it was?
16      A.  Yes.
17      Q.  That is, you don't know anything
18  about how that was accomplished?
19      A.  No.
20      Q.  And you don't know whether Mr.
21  Bacal filed clearance forms or caused somebody
22  else to file those clearance forms with BMI; is
23  that right?
24      A.  Yes.
25      Q.  So it's just possible that he did

Carole Weitzman

Page 102

1  in fact file clearance forms with BMI, isn't
2  it?
3        MS. KITSON: Objection.
4        MS. VALENCIA: It's also possible
5  he didn't.
6        MR. MONAGHAN: Yes.
7     A.    Right, I'm not comfortable saying
8  it's possible he did or he didn't, I don't know
9  anything of it.
10    Q.    In fact you don't even know
11  anything about those forms, do you?
12    A.    No.
13       MR. MONAGHAN: Thank you.
14       MS. KITSON: I have no questions.
15
16       (Whereupon, the deposition was
17  concluded at 11:50 a.m.)
18
19
20
21
22
23
24
25

Page 103

1     ACKNOWLEDGEMENT
2
3  STATE OF
4  COUNTY OF
5
6
7     I, CAROLE WEITZMAN, hereby certify
8  that I have read the transcript of my
9  testimony taken under oath in my deposition
10  of May 19, 2003, that the transcript is
11  a true, complete and correct record of my
12  testimony, and that the answers on the record
13  as given by me are true and correct.
14
15
16    _____
         CAROLE WEITZMAN
17
18
19  Signed and subscribed to me,
20  this_____day of_____,
21  2003.
22
23
    _____
24  Notary Public
25

Page 104

1        C E R T I F I C A T E
2
3  STATE OF NEW YORK      )
4                        ) Ss.:
5  COUNTY OF SUFFOLK      )
6
7        I, Denise Posillico, a Notary
8  Public within and for the State of New York, do
9  hereby certify: That CAROLE WEITZMAN, the
10  witness whose deposition is hereinbefore set
11  forth, was duly sworn by me and that such
12  deposition is a true record of the testimon
13  given by such witness.
14        I further certify that I am not
15  related to any of the parties to this actio
16  by blood or marriage; and that I am in no
17  way interested in the outcome of this
18  matter.
19        IN WITNESS WHEREOF, I have
20  hereunto set my hand this 19th day of May, 2003.
21
22
23    _____
24        DENISE POSILLICO
25

27 (Pages 102 to 104)