# EXHIBIT 93

**A**

able 12:11 23:12
 85:11 140:5
absolutely 42:1 59:2
 59:16 87:3 106:12
 183:19
accompany 67:4
accomplished 31:11
account 9:10,11,20
 26:9,16,18 34:20
 38:4,5
accounts 36:22 37:15
accurate 26:15 83:4
 94:25 125:2 149:25
accurately 76:11
acknowledges 150:19
acknowledging 148:9
acknowledgment
 79:11
acquiescence 3:15
acquired 178:4,8
act 151:9 158:2
acting 97:25
action 22:21 168:7,9
 188:17,18
active 22:14
Actors 40:22
Actor's 39:25
actual 16:24 64:17
 96:21
ad 38:13
adaptation 80:18
add 27:3 62:8 95:14
addendum 153:15
additional 60:15
address 5:16 161:12
addressing 95:22
adequate 3:16,17
ADJOURNMENT
 87:13
administer 21:6
 82:17,22 88:8
 140:16,18,20
administered 94:23
administering 94:24
 163:1
administrated 81:14

administrating 81:13
 94:21
administration 81:10
administrator 22:5
 41:8 82:7 103:2
 162:9,25 169:7
admission 3:13
admitted 117:1
adult 7:7
advertisers 124:11
advertising 8:6,7 9:2
 9:20 28:3 34:19
 123:6,18
advise 167:10
advising 30:21
affidavit 49:14,17,20
 70:21
affiliation 26:3
afternoon 87:16
age 7:9 90:1
agencies 45:15
agency 9:2,8,12
 34:19 41:6 46:8
 150:7
agent 92:19
ago 57:1,1 62:19
 110:1,3,4 170:22
 178:23 180:23
agree 13:12 15:4,11
 16:8 17:9,10 74:7
 74:12 133:2 142:6
 176:11
agreed 31:16 80:22
 144:21
agreeing 40:10
agreement 14:4 16:4
 16:5,19,21,25,25
 17:4,6,14,21,23
 18:6,20 34:3 48:2
 50:1 51:2,11 52:2
 52:11 53:1,6,8,8,21
 57:9,10,11 59:15,17
 64:4,7,11 65:4 70:7
 71:4,25 73:20 74:1
 74:5,6,9,14 75:3,4
 75:10,22 76:6,7
 77:11,22,23 88:6

93:10 96:19,20,22
 103:19 104:4,8,9,16
 104:19 105:1,9
 106:3,11 109:4
 111:6,10,11,12,14
 111:15,17 114:2,5
 118:16,19,20
 120:15 121:4,10
 123:24 124:10,12
 127:24 130:17
 132:10,13,25
 133:25 134:21,23
 138:14 139:22
 140:4,15,17,19,25
 144:14,20,21,25
 145:6 147:3,8,11,16
 148:14,20,24 149:6
 149:23 150:14,22
 150:24 152:10
 153:8,12 156:7,20
 159:2 162:13,21
 163:8,21 164:2
 165:10,14,21,24
 166:1,5,8,9,10
 167:13,16 170:1,24
 171:1,6,17 172:10
 172:13,25 174:1
 175:1,7,8,10,12,13
 175:15,16,21,21
 177:5 180:23 181:3
 181:19 183:1,9,15
agreements 13:25
 44:9 49:15 54:2,5
 54:10 61:13 70:19
 77:4 113:12 116:12
 119:21,25 120:3,6,8
 123:22 128:12
 135:5,20 136:6,18
 136:22,23 141:2,4
 141:21 143:1,20
 151:24 152:15,19
 152:23,25 155:21
 156:3 159:19 160:7
 161:25 162:4
 164:17 166:11,13
 167:11 172:18
 173:8,10,18,20

177:21,22 178:25
agrees 150:19
ahead 102:18 184:11
AIDS 6:10
air 45:23 63:23 64:1
 78:19,20,21
Al 21:1
album 59:21 60:13
 157:16
alleged 92:14
allocation 30:21
allotted 91:10
allow 4:10 105:20
allowed 5:25 96:4
 125:15
allowing 109:2
 111:25
alterations 12:21
altered 61:24 109:15
Amato 1:22 187:19
 188:6,25
amendment 165:25
 166:2 171:1,5,15
 172:9,9
American 9:3 39:24
 40:1,21,22
analogy 144:12
ANDREW 1:2
and/or 74:11 124:1
 174:10
animated 53:18
 137:16 146:1
 185:24
Ann 4:3 28:25 48:15
 117:5 147:17
Anne 1:4,11 2:8 8:2
 8:10,12 17:19 22:21
 23:20 24:2 25:5
 27:18 28:19 29:21
 32:6,6,14 33:9 34:4
 39:16,19 47:4,14
 49:5,9,11 52:15
 60:21 62:2 65:24
 69:12,15 74:11
 77:24 78:16 80:13
 80:19 85:17 87:5
 104:6 105:18,21

109:8,12 111:17
112:6 119:6,9 126:8
127:2 129:5 136:2
137:5,12 141:12
143:23 144:3,6,6
151:24 155:11,15
157:21 163:10
170:2 182:2 186:5
Anne's 12:25 24:16
79:16 80:24 104:18
147:23 168:1
answer 4:14 8:24
12:6 24:4 35:7,8,11
37:1,5 42:10,15
45:8 68:2 76:15,25
89:9,9,10 90:4 94:2
98:22 99:3 102:15
114:13 124:7
129:16 135:24
172:20 173:16
178:20 179:10
answered 67:22
119:15 185:22
answers 4:5,12 5:23
29:19 37:14 65:20
67:1
anticipated 55:19,25
anybody 41:18 139:7
anyone's 79:17
anyway 134:24 135:1
156:1 179:21
apart 14:7 15:1
apologize 22:12
apparently 29:13
38:2
appeal 50:24 77:6
appeals 77:9
appear 12:20 15:6,12
15:13,16,22 16:2,10
16:13 17:8 79:2,4
155:15 164:21
APPEARANCES 2:1
appeared 10:7 179:7
187:9
appearing 109:3
appears 12:24 13:1
14:21 15:23 23:22

25:22 43:3 52:8,22
74:8 112:25 130:21
155:17 161:23
162:2 164:18
166:22 170:23
173:3
appendix 50:24,25
50:25
applied 65:2
appropriate 90:14
102:10,11
appropriately 92:23
93:2
approved 44:6
approximately 28:7
28:14 48:5
April 13:14,18
Aquino 28:22 36:10
36:12
area 43:4
argue 76:19
arguing 76:20 102:4
arm 34:23
Armada 84:19 86:12
86:13
arrangement 80:20
121:11 176:15,23
176:24 177:1 183:7
arrangements 43:17
46:15 78:4 144:7,7
150:4
arranger 176:25
art 95:17
artist 174:10
Artists 40:2,22
arts 10:6
ASCAP 1:8 10:4
20:11,13,16 65:9
80:17 81:14 87:23
141:16 180:14,15
Ascot 182:14
ascribe 27:11
asked 16:18 17:18
20:7 48:5 67:22
87:22 89:8,11 93:22
93:24 94:8,10 96:14
97:17,19,21 102:9

115:15 118:3 136:1
136:12 160:11
169:23 174:21
175:11 184:8,12,21
asking 4:11 16:6 20:4
45:12 54:17 57:7
65:23 66:2,22 76:13
92:15 93:20 94:1,3
94:13 114:10 124:3
124:13 136:5 139:2
142:13 158:4
162:21 168:23
170:14 175:12
179:9 183:14 185:1
asks 155:4
aspect 64:15
assert 89:24
assign 174:8
assigned 144:9
assistant 87:17
associated 8:18 26:23
28:17 34:24 59:25
assume 163:20
178:24
assumed 172:22
assumes 95:12 96:9
175:20
assuming 178:24
assumption 12:17
14:6
Atlanta 7:16,18
attempt 13:25 49:24
103:7
attention 14:14 17:11
24:21
attorney 97:2,3
188:14,16
attorneys 96:19
131:18
attorney/client 112:1
attributed 80:13
August 1:18 14:19
17:14 187:13
188:20
Australian 84:12
authority 162:12,15
187:8

authorized 125:19
158:11,15,18,20,25
188:7
authors 20:24
authorship 19:7
20:18,22
automatically 151:12
availability 176:12
available 176:3
182:22
Avenue 5:20 36:2
aware 27:14 77:21
89:5 90:15 91:19,22
92:3,7 93:9,16
95:19 106:13 117:4
a.m 1:18
a/k/a 1:7

_____
                  B
_____
B 2:18 18:14,17
Bacal 1:8,8 9:11,16
9:18,21 13:13 16:2
16:5 25:5,21 27:20
27:24,25 28:1,2
31:1,1 34:16,18
35:2,15,21,24 36:7
36:17,17,21,25
37:12,13,23 38:7
40:5,8 41:10,12
42:21 43:12 46:7,9
46:15 47:1,12,16
48:16,17 49:8 64:22
75:11,17 78:3,3,5
78:11 142:11
143:16 177:12
Bacal's 13:1,16,19
26:6 27:2 47:6,6
back 9:21 28:11
30:10 34:14 36:9
38:14 43:11 51:25
52:25 61:15 70:14
72:17 78:25 87:11
107:20 113:13
120:13 124:3 125:7
126:14 127:23
129:20 132:4
141:24 151:15

152:2 163:5 166:17
167:12 169:22
172:24 180:17
background 28:12
92:4 133:20
bad 18:12
band 55:12 145:23
bands 145:22,24
146:9,12
barely 154:18
Barry 31:19,22,23
146:17 172:13
bars 67:18
based 57:17 145:16
186:1
basic 173:18,19
basically 34:6 112:13
113:7,15 137:1
140:4 155:21 166:4
179:5 182:2
basis 77:16 157:18
Beach 5:15
bear 52:2 73:11
75:16 130:14
bearing 29:15 183:17
bears 13:12 69:25
beat 102:17
becoming 91:18
beg 23:1 120:17
128:14 136:24
began 97:16 106:4
118:24
beginning 68:19
97:24 120:10 146:5
149:5,5 159:6
161:22 164:3
begins 53:21 97:7
133:1 149:10
150:18
behalf 2:3,5,7 78:3
101:10 137:2 142:8
143:12 147:16
162:13 163:17
171:22,22
belief 12:1 98:18
believe 4:20 12:6,16
16:15 26:15 33:15

46:6 48:14 53:3
62:6,9,22 63:20
69:1 85:6 88:2 93:1
96:8,20 99:16 100:1
102:22,24 106:22
107:16,18 117:6
120:25 122:10,21
132:15 136:8
154:10 175:14
181:1 184:23
believed 98:16 122:2
124:20
BELKNAP 2:5
belong 112:5 185:4,5
belonging 87:22
beneficial 10:7
benefit 5:11 94:22,22
benefited 33:3
Benton 9:9,19 37:24
43:13 46:8
best 3:20 20:4 133:2
better 10:9 12:4,4,7
12:11,18,19 18:19
39:15 138:19
146:22
beyond 112:2
big 9:3 182:4
bigger 38:2 45:20
56:2
biggest 45:18 109:1
127:6
bill 41:12 81:9,22
103:2 113:24
141:20,25 143:6
169:14 170:9
171:12
billed 41:18
billing 41:16
bills 182:7
bind 168:9
binder 70:18 71:5
76:4 77:4
bit 34:15 96:1 98:23
108:12 145:15
BMI 1:7,8 2:7 10:8,9
12:2,25 13:20,22,24
17:13 18:23 19:20

20:8,11,13 21:5,17
22:18,21 23:17
24:13 26:2 27:7,16
30:6,18,21 34:10,11
47:22 65:9 80:13
81:14 87:17,22,25
88:2,5,7 89:6,19
90:21,24 91:13,22
92:3,8,11,19 93:1,9
93:10 94:23 95:3
96:14 97:13,14
98:17 99:13,22
100:4,12,15,16,17
100:18,19,21
101:15,24,25 102:7
102:21 103:4,9,10
103:11,25 104:21
104:25 105:3,15,17
105:19,20 107:8,12
107:14,19 109:1,2
141:16 170:8
179:10 180:14,15
182:14
BMI's 12:8 95:8
103:7 105:13
Board 6:8
boat 118:13
booking 150:6
bottom 15:18,21
31:20 53:22 73:16
156:9
Bouchett 139:16
bought 34:3,4 36:14
Bowles 9:9,19 37:24
43:13 46:8
boy's 60:23
break 13:21 16:23
17:3 43:6,10 70:12
70:13 81:2,4 83:16
87:10 96:18 124:19
129:23 160:15
179:25 180:1
186:10
Brenckman 161:14
161:15 164:10
bridge 3:19 10:25
brief 6:13,25 81:2

112:20
bring 53:21 58:16
129:20
bringing 113:13
broadcast 1:7 2:6
11:12 13:13 21:14
broadcasting 20:19
brought 97:1
Bryant 1:4,11 2:8 4:3
8:1,11 16:3 25:6
27:18 28:19,20,22
28:25 29:14 31:2
32:6,7,14 33:6,9
34:4 36:10,15 39:6
46:2 47:4,15 48:15
49:5,6 51:3 54:19
54:20 56:16,17,19
62:2 69:15 70:19
74:11 78:5,17 84:12
84:21 85:17 104:6
104:21 108:18
109:12 111:4,7
112:6 115:3,13
117:5,21 118:21
119:12 120:9
126:20,22 127:24
129:16 130:16
132:10,13 133:21
135:4,5,9,20 136:15
136:16,23 137:3,22
138:14 140:9,23,25
142:19,25 143:12
143:20 144:1 147:5
147:7,15,17,19,20
151:24 154:21
156:4 157:21
159:18,19,20,25
160:7 161:13,14
162:22,23 163:7,10
164:9,10 170:1,2,3
171:23 172:9,18
173:1,10,20 174:8
178:4,11 180:6,7
181:2 182:13 183:1
185:10 186:5,6
Bryant's 13:22 17:13
17:19 22:21 23:21

24:3 26:7 52:15,23
65:24 68:8 87:5
108:22 109:23
130:14 131:9 149:2
155:11,16 168:2
180:10
budgets 44:6
build 38:9
bulk 140:14
business 5:16 6:16,22
7:2,20 8:4,16 22:1,7
22:13 28:19 34:21
37:20 38:3 46:7
49:11 81:20 123:9
137:9,15 144:4,5
busy 91:17 112:11
buying 154:9

_____
C
C 2:4 18:14,17 108:9
108:10
California 141:11
182:5,6,10
call 4:25 43:6 121:9
177:9
called 3:4 16:17
28:19 32:10 37:23
57:3 59:13 82:2
154:25 155:1
166:24 181:10
calls 54:21
campaigu 38:13,14
capital 167:7
captioned 70:19
cards 19:5
care 6:9 42:10 95:13
105:18 112:3
124:15 125:15
137:10
carefully 71:20
Carol 52:4,6 81:16
83:4 116:7 139:16
168:3 169:13
171:13
Carolina 6:19
carry 68:4
carrying 161:24

cartoon 34:24 55:12
84:16,17,18 86:10
86:19,22 137:24
138:3,21
case 4:4 14:13 29:5
33:12 41:17,25
42:13,14 46:18
49:15 54:3,4,15
56:6 61:13,19 70:16
70:22 72:17 73:23
74:23,25 77:5 95:24
102:22 109:18
110:16 112:12
113:9 118:22,23
119:7 127:24 174:8
181:10
cases 42:25 93:12
95:8 138:1
cassette 154:12
157:16
cassettes 56:10
153:16 154:7
catalog 22:18,22
23:21 24:3,9,12,20
45:5 80:13,21,25
91:7,9,16
catalogs 24:6,18
109:15
cause 1:25 27:10
caused 33:20
CD 83:20,20
certain 5:6,7 49:15
89:1 107:13
certainly 55:11 90:11
114:19
CERTIFICATE
187:1 188:1
certified 1:22 6:8
188:6
certify 187:8 188:7
188:13
chairman 49:13
143:24
chance 43:8 144:15
chances 12:18
change 29:22 93:6
101:13

changed 14:5 21:4
30:4,6,7,10 36:11
91:2,11 93:4 100:11
102:8 104:3 109:3
140:1,2
changes 20:21 31:13
32:24 105:1,4,17,21
109:4,13 140:5
174:11 179:2,2,6
characterization
98:20
charging 119:16
charts 80:6
checks 41:21 141:10
141:13,14,14,16
163:10
Chevrolet 8:25
children's 53:18
137:16 185:24
choose 78:15
chorus 146:20
chosen 33:4
circumstance 65:7
circumstances 32:9
City 8:3 32:12
claim 18:11 92:18
94:11 102:6 157:4
claiming 106:24
claims 133:5,16,17
clarification 19:9
clarify 4:16 67:13
106:16
clarifying 62:18
clause 150:9 177:2
clean 14:1 16:14
clear 35:18 84:9
94:15 109:7,11
118:12 149:9
clearly 74:15 98:7
105:20
click 59:8
clicked 59:19
client 9:8 38:23 44:7
46:23 125:14,14,24
162:8 168:9
clients 8:20 37:15
43:18 162:4 167:23

CLIFFORD 1:20
2:14 3:3 187:9
188:9
close 137:12
closely 121:14 160:21
closer 12:7
cluttering 50:7
Coaster 48:21 49:3
collaborate 32:16
collaborated 32:20
32:25
collaboration 32:21
collect 47:25
collected 182:1
collecting 101:10
college 7:12,12,14
colloquy 4:6
column 25:2 76:7
come 3:20 9:16,21
11:1 12:8 18:22
28:16 31:17 32:16
32:24 36:11 37:24
43:21 48:13,18
57:19 64:18 66:10
70:14 87:11 96:16
100:21 101:13
109:15 151:21
177:9 180:17
comes 60:9,9 66:8
93:7 107:14
coming 125:7 141:25
comment 69:19
comments 57:15
115:3,11,15
commercial 7:8
42:22,24 45:20
47:15 62:5,9,15,23
157:8 175:2 180:13
commercials 7:4,5,7
45:16,19,23 78:22
commission 4:19
187:21
commissioned
137:23
commissioning
137:21
commissions 163:24

common 175:3
companies 9:12
  19:14 20:14 36:1,3
  78:4,5 92:5 117:10
  117:12 123:6
  177:25
company 7:15,22 8:5
  8:9,21 9:3,5 10:2
  19:7,11 28:3,14,17
  28:18 32:12,15
  36:10 38:1 43:18,19
  43:24 44:8,15,23
  45:13 46:1,6,11,23
  46:24 49:4 74:16
  78:11 81:10 82:2
  92:2 102:23,25
  103:1 106:23
  122:13 123:2,18,18
  123:25 124:8,22,25
  125:6,8,16,18,25
  126:10,15,16,18,24
  127:14,15 132:21
  140:20 141:1
  148:10 149:10,13
  150:11,13 151:12
  151:13 159:8,21
  160:1,3 170:3,9
  173:9,19 186:2
Company's 125:8
comparable 64:6
compared 121:22
comparing 14:17,20
  166:15
compensation 183:6
competent 76:15
competing 145:22
  146:8
competition 18:12
  146:13
complete 3:21 58:21
  174:25 175:4
  180:18 184:23,24
  185:2,13,15,16,19
  188:11
completely 29:25
  143:10,13,17
  183:19

completion 176:14
compliance 133:18
comply 148:16
complying 119:3
comport 54:18
composed 27:17,18
  27:20 56:18 63:5,6
  67:12 77:24 80:19
  80:23 88:6,6 159:10
composer 7:4,22
  80:24 107:12
composers 93:8
  107:13
composer's 44:17
composition 18:8,11
  19:21 20:9 22:6
  24:22 25:18 26:4,20
  26:24 28:5 31:9,20
  56:5 73:5 78:10
  80:9,16 92:25 93:6
  93:18 99:11,17
  100:10,10 101:24
  107:11 125:6 176:4
  176:11 181:4,6
compositions 23:7
  32:17 40:6 41:25
  44:18 48:12 53:1
  54:20 56:21 82:21
  89:22 90:16 91:24
  91:25 99:18 102:21
  103:4 104:20,22
  105:13 106:14,21
  165:18
composition's 102:8
compound 78:8
computer 88:13
computers 90:2
concede 76:8
conceded 70:20
  76:11 77:12
concept 9:22 145:16
concerned 63:21 86:3
  93:23 132:7 142:15
concerning 78:4
concessions 162:21
concluded 186:14
conclusion 30:13

54:22 76:10 93:20
conclusions 93:22,24
  99:4
condition 133:19
conditions 134:5
conduct 3:12
conducted 4:17
conferences 133:12
confirming 75:25
  76:1
confirms 148:22
confrontational 58:6
confused 153:14
  174:5
confusing 72:8
connected 188:16
connection 28:10
  45:15 85:6 86:21
  127:8 153:25
conscious 35:13
consent 96:18
consider 37:10
considered 38:4
  39:19 96:5 142:17
  142:20 150:3
consisting 14:16
consists 61:2
constitute 18:8
consulting 6:23
contact 88:14 104:25
contacted 102:9
contain 59:14
contained 145:2
containing 159:9,14
contemporaneously
  133:24
contents 84:4
context 47:11 60:2
  165:11 184:16,20
Contingency 110:14
continue 11:23 47:13
  59:23 62:12 70:10
  77:17 98:10
continued 7:12 20:11
  36:16,19 44:17 46:7
  46:16 47:11 54:19
  55:16 159:23

180:10,11
continues 165:1
continuing 61:12
  74:20,22,22
contract 7:22 12:2,20
  12:22,25 13:20,22
  14:7,8,20,21 17:19
  19:23 20:2,3 21:19
  21:23 32:13 40:10
  41:5,6,9,11,11,19
  41:21 42:18,19,23
  43:1 44:20 47:20
  53:5 56:4,9,15
  63:14,23,25 64:1,9
  64:10 74:16,16 76:9
  93:25 94:16,18 95:4
  96:14,15 97:13
  98:11,12,14 100:19
  100:25 101:14
  114:9 122:22,23
  123:12,13,16,17
  134:25 139:12,15
  153:16 154:20,24
  155:5 177:15,16,18
  177:19 179:4
  180:19 181:14
  184:5,9,15,22,24
  185:2,3,6,10,12,14
  185:16
contractor 39:17
  54:15 147:7 148:10
  148:20,23,24
  149:11,14 150:19
  150:21,23 151:2
contracts 14:3 35:18
  39:2 41:4,13 43:7
  44:5,12,14 61:18
  78:20,21 119:18
  120:2 123:2 135:23
  135:25 137:11
  143:15 169:10,14
  177:14
contractual 95:10
  154:3
contributions 30:22
conversation 58:4,7
  59:6 87:24 111:2

115:7
conversations 112:7
conveyance 150:2
cooperate 133:3,19
    134:21
cooperation 111:6,10
    133:10
copied 160:23 161:1
    161:1 170:21
copies 12:18 13:21
    82:23 135:4,19
    158:15 160:6,11,13
copy 4:20 11:2 12:2,4
    12:5,9,11 13:6 14:1
    16:14 17:24 18:19
    50:21 51:9,16 70:7
    71:13 72:16 96:16
    104:4 105:1 106:8
    106:11 112:25
    128:8,13 129:18
    130:8,8 131:1
    132:15 153:5
    154:13 172:7
copyright 18:9 20:18
    21:6 92:7 93:13,16
    93:17 94:22 99:11
    100:13,22 101:19
    101:22 106:20,22
    106:25 107:4
    123:25 124:9,9,13
    124:21 125:11,15
    151:9 158:2 178:5,9
    178:15,16,18
    179:12,13,16,19
copyrights 122:18
    123:23 124:17
    127:8 174:11
corporation 147:15
correct 11:8 12:17
    15:2 18:20 25:6,7
    25:15,21 26:5,7,8
    26:12,21 31:4 46:10
    50:18 54:15 58:13
    59:23 60:16 62:13
    64:23 66:9 67:20
    69:22 76:12 80:14
    83:11 94:9 97:8,20

104:23 107:21
108:15,18 109:19
119:21 120:7,11
122:16,16 123:3,6
123:19,20 124:23
125:20 128:5
131:19 132:19
133:1,7,9,13 134:12
134:22 135:2 136:7
136:19 137:17
138:3,22,23 141:9
141:18 146:1,9
147:5,8,24 148:2,5
148:12 149:7,16,19
151:5,13 153:19,21
154:5 156:13,17,24
160:20 161:8 162:5
163:3,6,10,18,21,25
164:11,14 165:2,25
166:1,3,5,21 167:1
169:9 170:12
171:23 172:8,10
173:2 176:7 178:5
178:18,21,25
179:16 181:2
185:11,25
corrected 122:6,7
correctly 63:20
correspondence
    113:21,23 114:1,7
    116:9
corresponding 142:7
cost 38:25
costs 131:18
counsel 15:5 29:12,13
    37:10 49:25 51:25
    54:8 65:17 70:4,17
    71:3 76:3,7 87:17
    97:25 98:3,8 133:4
    134:5,11 188:14,16
counsel's 76:4,5,6
count 72:3
countersigned 75:10
    77:22 175:18
COUNTY 1:1 187:5
    188:4
couple 8:14 19:4

28:11 31:23 91:20
113:25
course 31:18 34:5
    73:9 87:21,23 93:21
    94:7 97:3 98:15
    176:6 177:17
    178:19 186:5
court 1:1 4:6,8,10,11
    4:17 5:13 54:3 76:4
    76:18 77:2,3,13
    116:15 182:21
court's 90:11
cover 38:25 67:8
    171:12 175:13
    184:6,10
covered 53:5
covers 53:8
create 41:9 56:10
    64:8 176:3,10
created 28:6 41:4
    44:22,25 62:22
    66:16 78:14 117:12
    145:8 146:5,7,16
    174:9 178:3,4 182:4
creating 54:25 55:14
creation 158:15,18
    158:21 176:21
creations 46:4
creative 9:19 28:1
    43:13
credit 60:9 146:23
crediting 91:23
credits 30:17,22
cross 2:13 3:12,19,22
    10:20,25 67:9 87:14
    108:6 171:21
cross-examination
    3:16 95:25 96:2,3
cue 19:7 81:13 82:23
curiosity 111:24
current 117:5 118:20
    118:23
cursor 59:11 84:9
cut 131:15 163:9
    182:12
_____
            D

D 2:12 167:7 175:23
damage 100:18
dark 50:20
date 13:14,17 14:2,6
    14:21 110:5 113:14
    121:5 165:14
    167:13,16 181:19
dated 14:18 17:20
    22:22 51:3 64:5
    79:1 188:20
dates 122:16 167:11
    181:20
day 3:9 15:14 77:18
    124:5 187:12
    188:20
DD197337 187:21
dead 102:17
deal 46:20 47:16
    49:10 53:1 78:10
    83:18
dealing 44:12 77:23
    88:2 137:3 180:19
dealings 28:11 49:7
deals 22:7 53:3
dealt 46:22 78:2
    91:20
decide 139:3
decided 78:15,16
decision 54:9
decisions 137:14
declaration 49:18
    72:17,20,22 75:19
    79:1 120:13,16,18
    144:19
deduct 141:11
deemed 3:15 133:13
defendant 1:15 2:5
    29:4 33:11 50:23
    57:14 61:17 74:24
    105:10
defendants 1:9 133:2
    133:6 134:6
defendant's 50:17
    104:12 105:10
    113:2 127:25
    130:11,12 153:6
    154:14 155:18

156:7 160:17
167:17 169:22
170:18 172:2
defense 111:11,12
define 21:11
defined 159:3
degree 5:6
delivered 56:5
150:20 152:10,12
152:14 174:10
delivering 48:12
53:17 133:25
delivers 149:15
delivery 149:16
demo 38:25 39:2 42:2
78:14,18
demos 150:6
denote 90:19
depended 125:13
deposit 141:11
deposition 1:20,24
3:9,13 4:4,8,16,19
4:24 14:24 50:3
51:21 70:3 77:17,19
81:16 87:21 90:4
98:1,2,4 102:13
106:4 108:15
113:19 116:14
182:20 186:13
188:1,8
describe 37:19
149:13
describing 17:6
deserves 146:22
designation 25:22
desired 167:10
details 33:17,23
determine 74:11
176:10
determined 40:12
90:7 122:1 182:5
Dew 8:25
difference 163:4
180:12
differences 33:20,25
180:9
different 7:11 14:8

14:11 22:8 29:11
42:19 43:4 64:16
67:12 69:5,7,9 84:8
88:15 90:16 93:8
128:12,16,17 129:1
129:3 131:4 166:10
166:12,25 173:23
183:1 185:7,17,18
differentiate 20:15
differentiation 35:17
difficult 90:2 136:8
Dina 1:22 22:15
71:10 187:19 188:6
188:25
direct 2:13 3:23 6:23
17:11 93:22 94:7
96:2,6,13 97:3
98:15
directing 14:14 24:21
directly 9:8 37:12
46:25 182:3
director 8:11 28:2
32:14 43:13
directors 9:19
disagree 15:5 54:7
100:5,7
disagreement 109:16
150:1
disappeared 81:25
disburse 170:10
discuss 110:17
111:19 117:16,23
117:25 118:4 143:8
discussed 113:11
117:20,22 137:5,8
143:9 162:3
discussing 85:17
141:20
discussion 46:19,25
48:6 115:17 143:1
discussions 46:14
57:12 104:2 112:2
disk 83:18,23,25
disks 65:18 66:7
dispute 50:9
Disputed 70:20
dissolution 104:9

160:12 170:1,2
dissolved 159:18
distracting 77:6
distributed 96:22
103:10 107:8 182:1
divided 156:16
Dobishinski 81:6,9
81:22 82:21 83:5
103:3 113:24 140:7
141:21 142:2,10,16
161:8,24 163:8,15
163:23 167:25
168:3,8,15 169:14
169:15 171:12,16
172:8 181:24
182:12
Dobishinski's 141:1
162:8 170:9
doctor 5:21 62:8
112:11
document 11:11,16
11:18,25 23:13,14
50:23 51:4 70:25
71:3,20 73:7,10,15
74:7 75:7 76:1
104:11 105:12,20
110:6 111:9 112:15
112:16,19 113:20
114:14,22 115:21
120:18 121:6
127:25 128:16,23
129:8,15 130:2,9,10
131:3,8 132:17
133:24 134:3 153:6
169:23,25 170:17
176:5
documentation 133:4
documents 40:9 57:8
70:15 90:23 112:13
112:14 113:8,17
114:17,19 115:12
115:16,20,24 116:1
116:19 121:16,23
121:25 122:3,5
128:18,19 136:11
155:23 159:22,24
doing 10:22 36:20

37:11,17,22 124:4
127:3 142:5 144:6
163:24 177:13
dollars 103:25
dolls 56:11 153:17,18
153:20,23 154:1,2,8
171:6
Doom 68:24
door 36:6,6
download 84:16
downloaded 85:1
downloads 83:20
84:7
Dr 1:20 2:14 3:3,9,25
7:24 11:10 12:2,3
13:10 15:4 18:4
22:24 23:25 41:22
43:11 49:14 51:5
52:1 58:20 61:6,21
62:13 66:9 67:10
69:3 70:14 71:9,20
72:14,16,20 77:12
77:21 81:5 85:9
87:17 92:12 93:22
97:23 108:8 112:5
124:20 132:3,7
160:16 164:4
168:14 172:12
180:4 187:8 188:8
draft 121:16 122:7
171:12
drafted 120:15,16,17
120:22
draw 76:11
drawn 122:5
Drive 5:15
due 57:15 58:8
107:13 114:9
117:15
duly 3:5 187:10
duty 95:3
DVD 57:19 58:13,14
58:14,15,22 59:5,11
59:14 60:24 63:12
65:25 68:22 84:15
157:13,16
DVDs 21:15 55:8

56:19,19,20 61:2
66:20 67:11 68:13

**E**

E 2:12,18
earlier 28:13 43:12
   45:5 64:22 70:21
   87:19 120:6 123:1
   130:3 136:14
   145:10 150:25
   151:22 153:19,23
   153:24 157:2
   160:10 163:5 166:3
   171:2 177:4 179:10
earliest 21:16
early 48:10 87:22
   136:4
earth 82:1
East 7:25
easy 109:8
Edgar 69:1
education 6:14
effect 15:2
efficient 153:1
efficiently 153:3
effort 16:17 182:24
efforts 133:2
eight 7:6,17 133:16
either 5:24 17:8
   49:10 88:14 89:9
   90:18 112:5 132:8
   135:19 143:18,23
   143:25 170:13
elaborate 88:1
electronic 61:25
electronically 61:24
Electronics 34:21
element 130:25
eliminate 170:13
else's 20:3
employ 44:8
employee 127:21
   188:14,15
employees 147:18,20
employer 127:21
employment 150:22
   150:24

enacted 105:15
encompass 55:6
Energon 84:14 85:23
   85:24 86:5
engagement 110:9
   121:8
English 119:23
enquire 112:8
ensue 33:21 48:6
enter 132:9
entered 4:18 132:13
entire 22:19
entirely 115:6
entities 35:3 119:16
entitled 58:9 60:15
   61:1 90:8 92:21
   107:10 151:2
   163:15 176:14
entitlement 119:20
entity 29:10 34:17
   35:1 48:20 55:2
episodes 57:21
equal 49:9
equals 25:8
error 130:13
escrow 134:4,7
   183:16
especially 77:15
ESQ 2:2,4,6
essentially 22:6 38:10
   46:20 78:14 94:21
   108:25 131:7 173:9
establish 13:9
event 74:10 159:6,8
   176:8,9
eventually 39:20
   171:25 172:5
everybody 12:19
   96:22 132:2
evidence 13:23 14:16
   19:25 60:25 68:23
   69:18 85:5 95:13
   96:10 104:13 113:3
   114:20 130:9,12
   153:6 154:14
   160:17 170:18
   171:18,20 175:20

exact 110:5 124:14
   124:15
exactly 12:24 21:23
   25:4 40:18 56:1
   59:18 72:10 99:12
   105:5 133:14
   146:14 150:16
   164:1 166:16 171:8
examination 3:21,23
   10:22 87:14 97:24
   108:6,9 180:2 184:3
examine 10:19
examining 16:15
   130:1
example 15:7 103:9
   120:5
examples 56:3
exception 58:1,4
   149:4 181:8
exchange 133:18
exclude 18:6 99:9,14
   99:19,25 101:24
exclusive 151:3
excuse 13:16 20:13
   89:8 90:3 94:5
   102:13 104:8 129:4
   183:8
executed 132:1 134:9
executing 49:17
   133:25
exercise 178:17
exhibit 10:15,18,21
   22:16,20 50:8,10,22
   51:7 61:3 66:14
   71:23 72:9,15 75:13
   78:25 83:22 128:20
   129:11 130:11
   154:14
exhibits 10:13 15:6
   16:9 17:12 49:23
   51:22 72:5 181:17
Exhibit-F 105:11
   113:3 130:12
Exhibit-H 160:18
Exhibit-J 170:18
Exhibit-M 49:25
   50:13,17 51:1,11

59:17 64:5 144:14
   156:7 167:17
Exhibit-N 154:14
   155:18 180:23
Exhibit-O 153:7
   172:2
Exhibit-S 104:12
   169:22
Exhibit-1 3:1 4:18,23
   12:25 17:13
Exhibit-10 60:25
   68:13
Exhibit-2 10:11
   11:11 13:11 22:20
   22:23 23:2,4
Exhibit-3 10:12
   13:11,19 15:18 17:7
Exhibit-4 22:17 23:3
   23:3 24:21 30:16
   31:20 45:6
Exhibit-5 50:2,5
   58:18,19 72:25
Exhibit-6 71:11,24
   72:12,22 73:2 75:14
   75:16 79:14
Exhibit-7 72:16,19
   120:14 121:21
Exhibit-8 68:23
   69:17,20,25 83:17
   84:1,2,6
Exhibit-9 72:3 96:24
existence 77:22
existing 18:8,10
exists 155:5
expect 89:14 92:22
   92:24 95:17 101:11
expected 65:15
experiences 9:17
expert 92:18 107:2
   157:5
expertise 92:14
Expires 187:22
explain 114:11 119:2
   119:9
explained 20:12
   63:13 88:22,24
   90:22 119:7,10

explaining 114:8
explanation 75:1
95:1
explicit 64:15
exploit 178:17
exploitation 138:13
explore 108:12
extend 186:4
extension 153:13
extent 44:1 92:14
  108:21,24 167:21
  173:22
Extra 59:9
eye 180:18

**F**

face 81:25
face-to-face 57:2
fact 13:3 20:2 24:2
  33:11 51:15 54:9
  55:9 65:7,9 74:23
  95:18 96:9,11
  103:24 104:6 114:2
  114:4 144:1 146:25
  183:19
facts 95:12
fair 14:6 155:22
  177:24
fall 70:16
familiar 9:22 18:25
  21:25 24:15 51:4
  52:19 53:20 73:7
  86:24 143:10,13,17
  148:13 157:3,4
  160:18
familiarity 27:23
family 6:8
far 21:17 30:3 36:16
  36:24 93:23 122:6
  132:6,12 155:12
fashion 27:11
fast 155:3
father 7:3
father's 7:15
favor 65:5 154:25
  155:4 168:16
fax 132:4

faxed 16:18 70:8
  131:13
feature 51:1 53:9
  58:13 59:1 60:1
features 57:22 59:9
  59:12
Federation 39:24
  40:1,21,23
fee 39:1 82:11,12
  127:15 149:14,18
  149:21 150:3,8
  170:10 177:1
  181:25 182:3
feel 98:24 99:5
  107:22,23 108:16
  112:8 181:22
fees 42:2,2 47:14
  78:17 110:12
  131:19 149:8
  154:24 176:23,24
  182:17
felt 114:8 122:3
female 145:22
fiduciary 94:25 95:3
  95:10
fifth 164:20
figure 88:16 120:19
figured 140:13
file 88:18 133:12
filed 1:25 80:17
  81:13 107:12,21
  118:6,7
files 89:2
final 39:3 78:18
  129:15 145:9
finances 46:22
financial 28:10 38:18
  43:17 44:2 46:15
  49:7 78:4
financially 188:17
find 13:6 43:7 92:14
  115:22 136:11
finding 135:24
fine 16:22 17:2 51:19
  61:9 71:16 87:12
  103:21,22 112:4
  113:6 183:13

finish 35:11 42:9,15
  69:23 77:18 114:13
  167:5
finished 4:13 6:18
  138:17
finishing 68:2
firm 2:2,4
first 3:5 7:8,17 11:12
  15:6 24:22 27:15
  28:24 32:6 36:12
  37:23 48:14 58:21
  64:19 67:18 68:18
  71:10 73:3 74:19
  80:15 84:8,25 88:22
  90:25 92:18 104:5
  107:19 118:5,6,7
  138:8 144:23
  145:12 149:6 150:9
  151:16 156:8
  166:18 168:24
  176:7 178:13
Fisher 9:13
fit 146:2
fitted 145:25
five 50:11 89:2 133:1
  150:17 167:19
  179:24
five-year 7:21 32:13
Flagler 1:17
flags 71:12,17
Florida 1:1,17,23
  5:15,20 6:3 187:4
  187:20 188:3
focused 7:12
folio 158:21
follow 92:20
follows 3:5 91:23
food 115:13
Ford 1:7 16:4 25:6
  132:18 147:17
  170:3
Fordham 6:15
foreclose 111:22
forget 125:9 173:16
forgotten 183:20
form 12:19,21 14:1,4
  16:18,25 37:4,6

40:16 53:10 55:2
  56:7 64:11 78:7
  96:19,20 139:21
  140:4 149:24
  157:16 159:9,14
  166:4 168:8 173:18
  173:19 175:19
formal 7:1
formed 28:18 46:5
  136:16
forms 55:5 80:6
forth 141:24
found 114:14,23,25
foundation 23:23
  35:5 83:8
four 14:16 53:22 61:5
  67:11,15 73:14 77:9
  84:25 110:4 129:25
  129:25 153:4
frame 45:4
framed 50:16 71:7
frankly 19:8 129:13
free 15:5 112:8
Friends 33:7 154:19
  154:21 167:2
  180:23 181:15
  183:2 185:23
front 13:10 78:17
  128:1
fulfilled 117:10
fulfilling 117:13
  119:14,17
full 21:3 101:8
fully 53:18 75:9
  185:24
function 41:14,15,16
  68:15
funds 182:11
funny 131:11
furnished 71:5 106:8
further 38:25 87:8
  108:2 109:17
  186:11 188:13
future 46:3 55:3,20
  55:22,23

**G**

Gambel 9:1
game 138:6 181:22
gamut 44:7
garbage 144:11
Garden 155:1 181:7
GBI 29:4,6,6,7 34:14
    34:25 35:14,16,23
    40:19 41:17,23
    46:17 56:5 63:6
    64:23 65:6 71:4
    74:24,24,25 78:12
    135:20 137:3 173:1
    173:9,10,19,20
    176:9 177:5,10,15
    177:16 178:4,4,12
    180:6,15 185:10
gel 36:14
general 48:6 49:10
    87:17 92:15 115:10
    134:1
generalities 93:13
generally 20:24
    33:18 34:1 39:19
    64:8 90:17 138:4,25
generated 42:19 43:1
gestures 5:25
getting 36:9 62:17
    86:4 153:14
GI 32:2 34:11,12
    56:19 80:9,10,12,12
    80:15,17 126:3,3,17
gift 181:16
give 5:13,23 6:13,25
    20:4,16 32:19 49:12
    51:25 56:3 67:1
    91:3 94:14 99:21
    127:19 130:7,8
    153:5 154:13
    165:11 184:16
given 12:8 32:13
    61:12 65:10 92:21
    106:4 144:19
    167:24
gives 98:18 99:22,24
    100:2 156:11
giving 72:4 99:1
Gloria 2:4 72:1 108:5

108:9,10 155:22
go 13:7 38:13,25
    51:10 52:25 67:1,2
    70:9 81:12 83:14
    85:19 88:16 102:18
    107:20 116:18,24
    120:13 124:3
    126:14 127:23
    132:4 139:3,4
    172:24 182:8
    184:11 186:3
God 87:1
goes 42:18 60:11
    63:13 78:18 133:9
    149:22 151:10
going 3:20 4:10,11,13
    12:3 13:7,8 17:3
    20:14,15 29:2 30:8
    31:8 38:12,23 44:16
    49:23,24 50:5 51:8
    51:10 52:25 56:2
    60:23,24 61:10,11
    68:22 70:5,9,14,25
    71:9,10,19,21 74:20
    76:19 77:19 79:10
    81:15 83:13,17,19
    83:19,22,24 84:25
    85:22 91:17 95:14
    104:5,20 105:18
    109:9 111:22 113:8
    114:12 124:6
    127:15 130:6,7,8
    137:11 139:1,4
    143:11 144:18
    160:16 163:5 165:9
    165:11
good 3:25 4:1 17:16
    31:18 54:11 71:18
    87:16 109:20 130:8
    143:15 144:12
    146:20,21 181:20
Gosh 126:4
gotten 60:18
granted 54:14 148:23
    148:24 149:10
    150:11
great 48:21 49:3 87:1

111:23
grew 7:2 37:20
Griffin 1:8,9:10 28:2
    34:16,18 35:2,20,24
    36:7,17 37:13 40:5
    40:8 41:10,12 42:21
    46:8 47:6,16 75:10
    75:17 139:19
    143:16
group 69:13 84:13
grow 36:19 37:21
    155:2 181:7
guess 37:14 63:18
    161:19,20 181:21
guide 83:11
Guild 39:25 40:22
guy 116:12 144:4

———————— H ————————
H 2:18
half 146:25
halfway 70:5
hand 112:22 122:7
    160:16 180:5,7,7
    187:12
handed 51:16 112:25
handing 167:17
handled 49:11 172:8
    181:12
handling 137:1 141:7
handwriting 131:17
    163:21
handwritten 131:16
    167:19
hang 151:22 176:7
happened 36:17
    37:20 46:1 82:1
    91:5 108:25 118:5
    131:24
happens 131:8
happy 11:1
hard 50:21 51:9
    126:11 159:4
Harman 31:19,22,23
    146:18 172:13
Harris 161:7,24
Harris's 161:12

Hasbro 8:25 9:4,5,7
    9:10,11,20 34:19
    37:16,18,20 84:8
    85:1,20 125:24
    178:8,14
head 76:15
hear 37:6 69:16
heard 29:12 60:6,16
    67:23 69:4 82:2
hearing 50:16 71:7
held 133:18 134:4,8
    183:16
help 48:4 68:15 101:8
    154:8
helpful 16:16
hereunder 149:12
    174:10
Hey 169:21
highlighted 51:17,22
Hill 32:11
hire 80:5 127:7,20
    151:8
hired 35:14 39:15
    82:15,16 127:13
    168:4
hiring 35:15 127:18
    150:5 177:7
hit 45:21
hits 55:10
HIV 6:9,10
hold 35:10 77:5
    110:18 128:13
holding 33:17,23
    134:15
Hollywood 169:7
    182:4
Holograms 58:22
    60:10
HON 1:2
honest 174:15
Hoover 69:1
hope 16:21 55:9
hoped 56:1
horse 102:18
Hospital 5:19 6:11
hound 82:9
hours 150:5,5,5

181:10
house 7:21 33:2
huge 182:7
huh 26:13 44:24
105:24 153:22
159:12
hundred 27:3
hundreds 103:24
hypothetical 92:10
168:22

_____
I
idea 27:9 30:17,19
75:4,6 89:18 146:13
172:1
Ident 2:19
identical 113:1
identification 3:1
10:13 13:11,12
22:17 58:18,20 71:6
71:11 72:19 84:2
96:24
identified 31:19
129:9 130:16
identify 23:12 58:20
83:24
illegible 13:3 17:7,24
17:24
imagine 35:2
implemented 100:12
implication 101:17
implied 102:1,2
implies 100:8
imply 100:20 175:4
import 124:16
importance 90:5
important 130:24
138:23
impose 106:10
improper 95:11,12
inadmissible 85:8
inappropriate 20:5
93:5
incestuous 178:1
include 44:12 45:10
64:23 127:20
133:11 146:15

included 123:22
includes 39:17
including 40:12
133:3 176:15
income 182:6
Incorporated 28:2
34:18 36:7
incorrect 98:19
incorrectly 75:8
179:13
independent 23:13
146:3
independently
137:14
Index 1:5,12
indicated 4:3 27:12
92:12
indicating 75:20
individual 107:22
141:4
individually 56:17
141:2
individuals 27:12
inducement 52:18
148:5,7
information 82:20
95:15 133:3
infringe 101:18
infringed 99:19
infringement 18:9
infringes 99:10
101:21
infringing 99:16,18
100:12 179:12
Inhumanoids 56:20
126:5,19,21
initial 123:16
initially 28:23 38:20
43:20 57:7 78:14
118:12 138:11
179:1
initials 52:2,3,13,15
52:16 79:4 131:20
131:21
inquiry 61:12
insert 68:22
inserted 167:11

instance 21:1 42:21
112:15 117:12
instrumental 80:19
instruments 39:11
insufficient 3:11
integrated 75:4,22
77:23 180:19 184:5
184:8,15,17,22,24
185:2,3,13,15,16,20
intend 75:21 179:15
interest 5:10 26:20
26:22 31:1,3 44:3
55:17 65:13 98:4
151:11
interested 188:17
interesting 114:15,23
115:1,22
interests 44:17 46:16
54:19 108:21,24
109:22,23 111:16
intermediary 140:12
interpret 5:25 19:25
29:18 93:24 94:16
99:8
interpretation 34:2
interpreted 111:25
interrupt 35:6
interrupting 70:4
interrupting 35:4
introduce 113:18
114:18
introduced 114:20,22
130:23
involve 74:24
involved 4:9 20:23
33:8,14 40:6 44:2
104:7 106:14,21
112:12 123:10
139:18,19 143:15
150:7
involvement 6:22,23
28:10 43:16 44:1,11
113:16
irrelevant 42:12 85:7
issue 37:14 41:25
50:16 71:7 91:21
183:17

issues 42:13
items 83:23
iteration 165:17
I.D 71:25
I.D.s 7:5
i.e 130:25

_____
J
J 2:2 69:1
jacket 61:16 63:12
69:22
Jackson 21:2,2
Jason 83:15
Jem 23:11 32:3 50:1
51:1 53:3,5 56:20
57:10,11,18 58:12
58:12,22 59:11 60:5
60:10 64:4,13,16,19
114:2 120:8 144:14
145:2,19,20 153:20
156:7 161:13,25
162:13 164:8
165:13,21,24 166:1
166:8,9,10,19
167:12,16 171:1,6
171:16 172:10
181:18
jingle 62:15 67:16
jingles 32:17,20
36:22 37:22 122:19
125:24
job 38:22 48:14,16
49:4 154:23,24
177:9,10,10,11
Joe 1:7 9:16,18 13:1
25:5,21 27:2,20
28:1 32:2 34:11,12
35:15,20,24 36:17
37:12,23 38:7,15
46:7 47:1,6,11
48:16,17 56:19 80:9
80:10,12,13,15,17
126:3,17 139:17
142:11 154:25
177:12
Joes 126:3
join 111:15

joined 87:23 103:21
joint 111:6,10,10
judge 19:25 37:2
54:11 77:11 85:8
90:7
judging 16:10
Judith 2:6 12:4 87:16
Judy 12:23 13:6
Jules 1:7 13:13
jumping 97:13
June 50:1 51:3 64:5
187:22
Justice 4:18

————— K —————
keep 10:14 47:18,19
47:21
keeps 70:4
kept 12:10
key 17:25
keyboards 39:12
kids 49:1
kind 29:13 32:21
36:20,21 41:7 81:25
112:1 113:7,13
178:1
Kinder 1:7,7,20 2:14
3:3,9,25 7:24 11:10
12:3 13:10 15:4
16:2,9 18:4 22:24
23:25 25:6 28:20,22
34:3 36:10,15 41:22
43:11 46:2 48:14
49:6,14 51:2,5 52:1
54:19 56:16,19
58:19,20 61:6,21
62:13 66:9 67:10
68:1 69:3 70:14,19
71:9,20 72:14,20
77:12,21 78:5 81:5
85:9 87:17 92:12
93:22 97:23 108:8
112:5 121:21
124:20 126:22
132:7,7,8,18,21
133:1,6 134:6 135:5
135:9,20 136:16,22

137:2,22 138:14
140:9,22,25 142:18
143:12,19 144:1
147:4,7,15,17,19,20
154:20 156:3
159:18,20,20,25,25
160:3,16 161:13,14
162:22,23 163:7
164:4,9,10 168:1,14
170:1,3,3 171:22
172:9,12,18 173:1
173:10,20 174:8
178:3,11 180:4,6,7
180:10 181:1 183:1
185:10 186:6 187:9
188:9
Kinder's 2:19 12:2
72:16 132:3
Kinder-1 5:1
Kinder-4 23:2
Kinder-6 172:24
Kinder-9 96:23
kinds 45:11
knew 35:20 177:16
177:19
know 4:16 9:16 11:23
11:24 12:12 13:5
15:15 18:19 23:20
25:17 27:6 30:3,20
31:6,10,12 35:22
36:25 37:2 40:3
44:4 47:5 48:20
50:19 51:20 53:2
54:10 56:1 61:5,7
62:17 63:16,18 64:6
65:4,14 66:4 72:2
77:25 79:7 81:5,16
81:24 82:1,5 84:9
85:18,25 86:8,9
89:9 90:17,22 91:5
99:3 101:11,16
104:6 106:20 110:5
110:11,23 111:8,17
112:11 117:2
120:20 121:1,2
122:6 124:4,6
125:11 129:2,16

130:19 131:15,21
132:12 134:7,10,14
134:17 137:9
140:10 147:13
150:15 153:12,22
155:6,12,22 156:2,2
157:6,9,14 158:1,4
158:7,10,13,14,16
158:17,19,20,23,24
159:13,17 160:5,18
161:15,20,21 163:4
168:4 169:19
172:17,22 174:3,13
174:24 175:23,25
177:5 181:23
182:18,19,25
184:18,19 185:1,6
knowledge 23:13
41:22 56:16 60:22
86:6 91:11 92:13,24
94:2,2 102:20 109:4
109:13 146:3
165:16
known 171:11
knows 76:14 95:18

————— L —————
labeled 148:5
laboring 136:17
lady 58:7
LaGorce 5:15
LAMB 2:3
language 19:24 22:12
22:13 100:6
large 1:24 34:20
late 6:16 14:23 16:5
17:1,22 48:9,9
70:16
lately 101:1
latitude 96:1
law 93:16 95:24
168:5
lawsuit 5:7 91:21
98:5 106:14 107:1
108:18 109:6,7,10
111:16 117:5 118:2
118:5

lawyer 81:9 94:8,11
94:16 97:17,19 99:7
99:8 102:3,6,14
108:17 109:11
113:24 114:7,15
115:1 116:5,11,14
119:6,7,9,11 121:3
139:7 142:2,3,17,20
142:22 157:20
162:11,18,19 168:1
168:1,2,6 174:25
lawyers 118:14
lawyer's 127:9
lead 18:11 79:22,24
79:25 80:3 96:3
leader 39:17,18,20
40:25,25 41:3
leader's 41:3
leading 16:12 39:18
53:13 75:24 96:5,8
learn 95:7
learned 27:15
leases 183:15
leaving 34:6
left 28:18 46:8 142:12
legal 20:4 30:13
54:21 93:20,23
94:17 110:12
143:14
legalities 107:3
legally 35:3
legible 12:22 14:15
16:20 17:7,12 96:15
97:1
letter 52:18 106:2,3
110:9 114:12,24,25
115:4,9 116:2,3,3,4
116:5 148:4,5,8
160:23 161:2,7,22
161:23 162:20
165:1,20 166:18
167:6,23 169:18
170:21 171:12
letterhead 13:14
letters 182:8,8,9
let's 4:25 71:7 77:17
98:10,21 126:14

128:23 156:6,6
169:21
license 6:5 63:17
162:13
licensed 6:2 89:19
157:12 159:14
licenses 157:7 159:9
licensing 99:14
117:11 119:16
125:19
life 7:20
lifted 62:10 63:1,3,8
liking 42:12
limited 28:20,22 39:8
112:2 132:23
133:11
limiting 45:7
line 25:22 38:11,12
51:12 59:25 60:4
61:12 67:24 81:21
132:18 147:21
151:16 161:10,12
164:20 165:6,12
171:11
lines 146:21 151:7
164:22
listed 61:15 156:24
listen 59:23 173:16
listening 65:2
listing 23:17
literary 159:10,15
litigation 31:18 33:8
33:14 34:5 73:10,21
104:5,7 105:9
106:21
litigations 33:21
little 34:14 96:1
98:23 108:12
119:22 125:21
126:3,11,14,24
131:11 144:5 145:5
145:14,15 150:25
154:19,21 159:3
161:14,19,25 164:3
165:13 166:19,23
166:24 167:1,1
180:22 181:14

183:2 185:23 186:1
locate 12:3,4
located 7:24
logical 88:25
long 6:17 15:14 22:14
51:12 103:22
109:25 110:18
114:2 116:3 141:24
144:16 155:23
178:23
longer 186:4
look 12:7,14 37:25
51:9 71:19 73:3
97:4 112:20 113:17
113:21 132:4
144:15 156:6
160:21 164:2,3
169:22,23 170:24
172:2 173:25
181:17 184:18
looked 45:5 71:22
114:18 121:13
144:16 150:25
151:15 154:18
161:6 165:24 171:2
172:17
looking 15:7 61:21
112:23 120:6 130:7
133:16 166:14
169:25
looks 12:9 23:9 38:13
52:3,16 79:9 104:17
131:14 171:7
loose 32:22
lost 38:3 77:8,9,9
lot 8:15 38:3 44:4
114:21 116:23
119:16 137:9
138:24 142:14
143:14 150:7
152:23,25
loud 18:3
low 154:24
ludicrous 175:6
lunch 87:10
LUNCHEON 87:13
lyric 18:10

lyricist 31:23 172:15
lyricists 156:16
lyrics 21:4 27:19,20
31:24 32:3,4,5
38:14 73:6 87:5
146:15,17,18,23

—————
M
M 1:7 2:6 50:15
155:19 187:19
188:6,25
machine 58:24
mail 152:5
main 19:6
major 9:2 37:16
making 28:25 30:12
35:12 76:21,22 99:4
136:22,23 156:21
182:6
manipulate 146:23
manner 94:17
March 22:22 24:3
27:8 165:19 172:25
MARCHISIO 2:3
mark 10:11 22:15,19
58:17 71:10 72:15
83:25 96:23
marked 3:1 10:13
11:10 22:17 58:18
71:1,6,11 72:19
79:10 83:17 84:2,6
96:24 129:11,14
marketing 94:21
marking 51:7
masters 154:11
material 83:21 145:8
174:9
materials 103:9,10
103:15,17 159:10
159:15
Mattel 9:13
matter 96:10
matters 5:7 78:3
ma'am 97:6 120:4
mean 20:1 22:4 30:10
34:3,9 39:14 40:18
47:10 48:9,21 55:16

62:21 66:12 89:25
99:6 107:6 118:7,20
121:7 125:3 127:13
139:11 140:22
142:18,18 143:8
159:24,25 162:11
176:22 184:5,15
185:16,17,20
meaning 40:9 41:4
140:3 151:8
means 95:20 99:13
111:8 134:7 139:1
150:10 166:23
174:5,13 185:3
meant 47:13 179:20
Mcatbee 84:10,11,12
84:20,22 86:24
mechanical 65:12
mechanicals 21:15
55:6
media 20:19 22:8,9
42:18,19 55:5 56:6
174:22
medical 5:21 6:17
91:18
medicine 6:2,8,19
medium 63:14
meet 32:6
meeting 38:8 113:7
134:20 174:3
meetings 133:11
melody 79:22 85:10
87:2,4,5
member 9:25 10:3,5
memory 64:8 122:22
178:14
mentioned 3:10 9:4
39:21 58:12 63:11
88:21 162:4 166:21
Mercy 5:19 6:11
merely 75:25
meritless 77:6
Messrs 31:1
met 5:2,4 9:18 32:14
37:23 43:12 88:23
134:19,24 152:4
method 90:18

Miami 1:17 5:15,19
  5:20
MIAMI-DADE
  187:5 188:4
Michael 13:13 21:2,2
Michelin 8:9,21 9:14
Michlin 7:22 8:5,10
  8:18 10:1,3 28:13
  28:18 32:10,11 34:3
  36:10 43:18,19,23
  44:8,15,23 45:13
  46:20,22,24 47:20
  49:4 74:12,13,15
  75:3 122:12,20,23
  123:2,18 124:8,10
  124:13,16,22,25
  125:8,25 126:9,15
  126:16,18,24 127:4
  173:8,14,19 175:24
  175:25 176:5 186:2
Michlin's 125:16,18
  175:17
microfilm 12:9 96:17
middle 35:8 159:5
midway 159:4
millions 89:22
mind 3:17 23:24 32:1
  48:13 113:14 144:6
mind's 180:18
mine 52:22 72:15
  102:14 122:2
  128:11
minute 43:6 70:12
  153:14 162:16
  179:25
misrepresentation
  77:13
misrepresents 36:24
missing 129:24,25
  130:21,25 131:3
mistaken 61:5
misunderstanding
  34:2
misunderstood 20:6
  61:19
mix 146:21
mockup 38:9

moment 11:22 12:12
  14:22 62:19 85:3
  127:4 142:15
  173:16 179:22
  180:23 186:9
Monaghan 2:2,3,3
  3:10,14,24 4:2,25
  8:2 10:11,16,19,23
  10:25 11:8,15,18,22
  12:1,12,15,23 13:7
  13:18,20 14:9,12,19
  14:25 15:3,11,14
  16:14,22 17:2,25
  20:6 22:15 23:24
  29:21 35:6 37:2,6
  42:9 43:9 49:3 50:4
  50:7,11,13,16,18,21
  51:18 53:14 54:7
  61:4,14 65:17,24
  66:2,6,14,19,22
  67:8 68:4,25 69:23
  69:25 70:11 71:2,16
  71:23 72:8 74:21
  76:17,22 77:3,14
  79:14 81:3 83:1,14
  84:5,23 87:8,12,20
  89:24 90:8,13 92:9
  92:15 93:19 94:8
  95:11,22 96:7 97:21
  97:24 98:6,19 102:4
  102:17 103:17
  106:1,6,10,15,17
  108:4,13,20 109:21
  110:7,10,12,15,20
  111:3,4,11,14,19,21
  113:5,18 114:13,18
  115:9,19 120:16,21
  121:11 122:9
  128:15,25 129:4,10
  129:17,24 130:4,13
  130:19,24 131:6,10
  131:14,20,24
  134:11,14,20
  135:17 138:15
  149:24 155:25
  160:19 162:17
  165:5,11 167:20

168:17,21 171:18
  171:20 172:20,24
  175:9 179:24 180:3
  183:10,24 184:1,6
  184:10,14,18,21,23
Monaghan's 113:1
money 48:4 57:16
  58:9,10 78:20 92:20
  94:24 101:10
  114:16 119:17
  140:14,16,18,20
  141:12,18 170:10
  182:9
monies 20:20 82:9,10
  82:12 119:25
  181:25 182:3
months 110:1 153:4
morals 18:13
morning 3:25 4:1
  102:12 105:20,22
  105:23 106:5
  172:25 173:7
motion 77:8,9 158:12
Mountain 8:25
mouth 16:6
move 16:17 42:16
  151:7
movie 32:2 45:17,21
  80:18 138:3
movies 22:11 137:18
  137:19,20
moving 43:4
MTV 60:9 145:10,13
  145:15
multiple 67:16
music 1:7,8,8 2:6
  6:16,22 7:2,4,11,21
  8:6,7,11,16 11:12
  13:13 18:9 19:13,13
  20:24 21:15 22:1,7
  22:13 25:6,14,17,19
  25:23 27:18 30:24
  31:25 32:11,14 33:2
  37:18 38:14 41:3
  42:24 45:23 48:12
  48:19 53:17,24 55:6
  55:14 56:10,18

57:17,23,24 58:1
  59:23 60:1,3 62:1,2
  62:24,25 63:5,16,17
  64:7 65:2,24 66:8,9
  66:13,16,23,25 67:4
  67:10,13 68:6,8
  73:6 77:24 78:6
  80:5 84:7 85:9
  86:13,21 88:3,6
  92:4,4,8 99:25
  106:25,25 107:17
  122:24 124:21
  125:12,19,23 138:2
  138:11,13,20
  144:24 145:1,4,5,17
  145:24,25 147:20
  149:11,15 150:11
  150:20 151:8,11
  152:10 153:2
  156:21,23 158:25
  159:9,9,14,15
  161:18 176:21
  180:20
musical 7:1 22:6
  79:25 89:18 91:23
  144:7 176:10,13,16
  176:18
musician 39:9,10
musicians 7:3 39:24
  40:23 41:24 47:16
  63:22 69:11 78:20
  143:14 144:4
musician's 39:16
Music/Hasbro 70:2

—————————————
            N
—————————————
N 2:12
name 4:2 5:1 11:11
  13:13 18:23 26:7,7
  26:7 27:2,3 31:17
  34:6,7,7,7,9,11,12
  36:11 48:21 49:2
  67:20 70:1 76:8
  81:5 87:16 88:12
  89:4 116:11 125:9
  145:13 175:17
  181:6

named 109:5
names 8:20 32:19
nature 6:7 8:4 142:9
necessarily 143:5
  144:2 179:3,3
necessary 133:13
need 65:25 67:1
  83:18 84:24 100:1
  117:23 119:6,8
  121:6 168:22
needed 119:9 155:1
negotiate 44:5 49:10
  114:3 137:11 139:9
  139:14,24 140:5
  162:12
negotiated 47:17
  55:4 123:2 139:6
  163:15,17 168:15
negotiating 123:5,12
  125:17 136:18
  168:25
negotiation 47:20
  125:13 161:23
negotiations 49:8
  137:2,11
neither 109:12
  143:13
network 84:16,17,18
  86:10,19,22
never 11:16 19:8
  23:24 65:7 70:3
  122:24 135:8
  140:10 142:17,20
  152:4 160:22
  172:21 174:16
new 1:1 7:21 8:3 9:2
  32:12 42:19 43:1
  60:7 63:14 64:9
  69:13 90:12 93:8
  107:23 161:18
  176:3,10,22,25
  186:3
nice 58:7
night 5:4 110:21
  111:3,20 112:3,4,9
  112:13,20 116:1,25

117:16 134:19
  160:20
nine 52:1
nod 5:24
nodded 46:21
noir 136:17
Normally 181:8
Notary 1:23 187:20
note 138:24
notes 80:1 188:11
notice 1:24 18:6 97:9
  99:10 132:17
noticed 57:21
notion 185:15
number 26:16,18
  70:22 73:16 84:8
  90:18 91:2,9,11
  104:22 113:2
  138:24 145:23
  175:10
numbering 129:1
numbers 11:14,21
  26:9 72:4 89:25
  91:1,1 113:4,5
  122:4 128:21

_____
          O
_____

oath 30:1 187:1
object 3:12 35:8
  51:15 77:14 85:4
  93:19 98:20 106:15
  149:24 175:9,19
  183:24,25
objecting 37:4 52:1
objection 8:23 15:9
  16:12 19:23 23:23
  29:2,12 30:12 35:5
  35:7,10 39:23 40:16
  41:2 42:8 44:19
  46:17 53:10 54:2,21
  55:18 56:7 61:11,20
  62:16 66:17 67:25
  68:3 69:21 74:1,3,5
  74:6,19 75:24 76:13
  76:21 78:7,7 82:24
  83:8 89:25 90:9,11
  165:5,8,12 167:21

183:23
objectionable 168:21
objections 28:24
  76:25 90:12,13
obligate 100:17
obligation 98:17
  100:15 101:15,25
  102:1 114:9 117:14
  119:14,17
obligations 100:3
  103:8 117:11 119:4
  134:21 149:12
obtained 63:17 132:3
obviously 72:3 101:4
  129:10 165:16
occasion 28:9 58:23
  85:19 86:18 172:12
occasionally 125:17
  140:2,3
occurred 47:5
Offense 111:14
offensive 18:12
offer 12:19 100:20
offered 16:19
offering 116:25
office 16:17 36:4 43:6
  47:6 57:4 70:8
  96:19
officership 8:13
offices 35:25 36:5
official 71:13 187:12
Officially 49:9
oh 58:14 82:4 87:1,1
  104:8 121:1 136:8
  184:16
okay 6:15 8:24 15:24
  19:16 24:15 29:21
  42:5 61:9 72:14
  73:20 76:22 79:3
  84:23 88:4 89:12,13
  91:8 97:9 98:21
  99:7 102:7 104:10
  105:25 108:1,12
  117:3 118:11
  122:14 126:11,15
  129:22 139:5
  142:24 154:2,19

156:2,11 160:21
  167:12 170:5,17
  171:14 173:17
  176:3 179:13
  183:13 185:1
old 7:6 12:10 135:23
  135:25 136:6
once 109:7,11 136:16
ones 16:2 54:11 122:4
  127:6 156:6
Open 24:23 30:16
opened 7:17 9:11
opening 23:9
operates 90:24
opinion 18:7 20:5,16
  76:6 99:10
opportunity 3:11,16
  27:22 43:5 72:11
  99:1 111:22
options 169:1,3
orchestra 39:18
orchestrations
  158:18
order 4:17 92:23
  182:21 185:19,20
original 12:16 20:24
  42:1 53:17 63:19
  66:16,21 67:5 80:16
  80:18 88:18 147:20
  186:1
originally 7:17 9:9
  33:11 36:11 62:14
  63:7 87:23 105:10
  145:3 160:10
ostentatious 174:14
outlined 55:21 56:9
Outrageous 23:10
outside 101:12
  129:17
overlap 108:24
  109:23
overlapped 177:20
  177:23 180:16
overlapping 5:10
overlaps 108:22
overstatement 137:5
owe 58:10

owed 114:16 115:2
owned 106:22 124:25
125:11,16 178:16
179:15
owner 8:10 28:2 92:7
93:13,17 106:20,25
151:14
ownership 123:25
owns 106:13 107:4
122:24
O'Rourke 1:2 4:18
77:11

_____

**P**

P 1:2 25:22
packet 103:20
page 11:12 16:9 17:5
22:18,20 23:4,8,20
24:2 30:16 45:5
51:8 52:1,1,5,9,18
53:22,25 73:3,10,13
73:14 74:10 75:2,20
79:10,11 81:21
104:15,19 128:6,6,7
128:9,11 129:24,25
130:21 131:3,11
132:16 133:1 147:3
147:10 148:1 149:1
149:6 150:18
153:10 155:7,9,13
156:10,25 159:3,5,5
164:19,24 173:5,6
175:15,15,18
178:13
pages 13:4 14:16 15:6
112:21 113:10
155:23 170:25
171:3,10 172:6
185:4,5
paid 42:2 55:4 58:9
63:23 64:1 65:15
78:17 93:2 105:6
107:15 140:11
152:9,11 163:23,25
170:9 174:23 175:1
180:13,14 182:12
paper 29:10 51:16

80:1 102:11
papers 116:23,24
paperwork 114:21
153:3
paragraph 17:4,12
17:17,19,21 19:19
53:20 54:13,18 79:2
79:5 97:4,5,7,10
98:16,18 99:6
100:11,14,17
101:17 104:19
131:16 132:25
133:16 148:13
149:6,9 156:9,19
164:3,13,14,19,20
164:21,24 165:2,2
166:20 167:7 170:4
173:25 174:2
175:23,24,25 176:1
paragraphs 128:24
129:2 151:19,20
164:17 166:21
parameter 15:8
16:11
paraphrasing 183:17
pardon 23:1 120:17
128:14 136:24
parenthesis 164:10
parents 7:3
part 18:15 60:2 61:1
74:16 80:19,22
83:22 133:21 138:2
138:5 145:6 146:7,8
146:13 168:7
participant 25:3
participants 25:5
participate 142:25
participated 88:19
111:2
participation 57:13
109:13 180:11
particular 32:1,2
48:12 56:13 57:8
64:10,15 106:18
138:21 165:17
particularly 57:18
113:9 114:15

parties 3:11 20:23
77:7 113:22 133:6
133:17 157:8
159:11,16 175:17
175:22 188:14,16
partners 49:9
partnership 28:19
parts 122:8
party 159:11
paste 131:15
Pat 11:14 43:5 66:5
76:20 90:3 184:13
patients 6:10 91:19
Patrick 2:2 4:2 97:24
115:18 116:17
120:19
PATTERSON 2:5
pay 40:11 41:10,11
78:19,20,21 92:23
114:9 121:11
149:14 152:13
153:4 176:25
payable 149:15
paying 110:12
payment 45:23 55:21
56:11 117:14 149:7
149:22 154:6
155:20 175:5
176:17
payments 10:8 21:7
41:19,23 56:4,14,18
56:22 60:15,21 86:4
88:8 154:4 180:13
pending 62:7,11 68:1
74:4 116:21 133:18
134:5
people 35:14,16
39:15 69:13 82:10
103:5 143:14
144:10 150:6,6
Pepsi 8:25
perceive 30:14
percent 6:9 25:9,15
26:20 27:4 31:1,2
37:18
percentage 81:12
91:10 100:22

101:13 107:13
141:12 179:19,21
percentages 23:18
27:6,11 31:15 91:1
93:3,8 100:10 102:8
105:12,14 109:2
percussion 39:12
perform 47:16 80:1
148:16
performance 15:17
15:20 18:14 21:8,13
26:23 30:5 39:17
40:13 45:8,15 47:23
88:9 107:7,15 125:4
141:8,17 149:11,18
149:20 156:8,12,15
163:2,9,11 170:8
174:19 182:15
performances 145:24
performed 5:12
39:16 107:14
performer 39:4,19
40:11
performers 85:11,18
86:1,16 146:12
performing 9:22,25
10:6 145:14 146:12
176:21
period 8:17,18 10:1
16:20 19:10 27:7
37:21 38:6 56:4
122:11 176:12
permission 20:22
58:2
permit 67:5
perpetuity 174:12
person 22:7 23:18
39:18 78:2 81:8,20
100:12 123:9
177:11
personal 79:11
personally 91:21
118:11,14 122:1,18
187:9
pertain 5:11 79:20,21
pertained 181:3
pertaining 5:7 49:15

**Phares** 2:4 3:7 4:23
8:23 10:14,17,21,24
11:5,13,16,20,24
13:2,19 14:18,23
15:1,9,15 16:12
19:9 23:1,23 28:24
35:5 36:23 37:4
39:23 40:16 41:2
42:8,11 44:19 46:17
50:17,19 51:15,20
53:10,13 54:2,21
55:18 56:7,23 58:5
59:6 60:14 61:3,10
61:18 62:6,11,16
65:22,25 66:4,12,15
66:20 67:3,22,25
68:3 69:21,24 71:14
72:4,10 74:3,19,23
75:24 76:13,19,24
77:14 78:7,12 79:12
81:2 82:24 83:8
84:3 85:2 87:10
90:10 96:12 98:22
104:13 108:7,9,10
111:12 128:16,19
129:6,8,13,20 130:1
130:6,16,22 131:2,7
131:13,18 138:17
165:8 168:19
171:19,21 179:22
183:8,14,23,25
184:4,8,12 186:8
**phono** 21:14 22:11
157:8,11,13,14,15
158:1
**phonograph** 55:7
**phrase** 18:1
**phrased** 169:20
**phrases** 32:5
**physical** 159:24
**physician** 6:21 91:18
**piano** 158:15
**pick** 70:9 146:19
**picked** 7:20
**picture** 145:11,12
158:12
**pictures** 38:8

**piece** 20:24 62:25
**pieces** 146:3
**pile** 169:24 172:3
**pinpoint** 48:8
**place** 21:24 77:1
113:16 134:8
**placed** 48:4 62:10
83:21
**places** 140:12
**placing** 17:14
**plaintiff** 1:5,12 2:3
3:4 4:3 111:13
133:4 168:9
**plaintiff's** 60:25
68:23 69:20,25 71:6
71:24 133:5 134:4
134:11
**Plaintiff's-1** 13:23
14:15
**play** 32:23 39:11
58:13,24 59:1,9,13
59:19,20 60:1,3,12
60:23 65:21 68:14
68:16 83:13,19
84:25 85:22
**played** 39:12,12,14
57:24 65:19 66:24
86:21
**players** 69:13
**playing** 86:12
**plays** 20:19 68:19,20
103:11
**please** 5:13 22:15
33:24 35:9 37:19
58:17 59:10 69:23
89:11 104:15 155:2
155:2,2 167:6,9,10
186:9
**plus** 20:1
**point** 3:18 14:13
28:21 29:8,9 35:12
38:18 40:4 43:21
46:5 78:18 84:1
91:16 97:17 100:6
103:3 115:23 127:9
127:12
**pointed** 97:15 114:24

**policeman** 92:22
**Poloroid** 38:8
**Pony** 126:4,4,14,24
154:19,21 161:14
161:19 162:1 164:9
165:13 166:19,23
166:24 167:1,1
180:22 181:14
183:2 185:23 186:2
**poor** 12:2
**position** 100:15
101:25 109:3 117:5
117:9 125:17 137:6
168:14 169:6
**positions** 117:4,8
**possibility** 55:1,9,11
**possible** 46:3 68:12
68:15 88:1
**practice** 6:2,7,9
49:11 112:11 175:3
175:6
**practicing** 6:20,21
**prejudice** 112:17
**premed** 6:15
**prepared** 80:3,4
174:9
**preparing** 53:17
**present** 2:8 33:5
38:22 47:3,7 131:25
132:2
**presented** 88:8
169:13
**presenting** 169:1,2,3
169:10,12
**president** 8:15 49:13
143:19,24
**press** 84:22,24
**presume** 97:15
**pretty** 125:2 126:4
**previously** 18:8,10
**pre-existing** 159:22
**pre-med** 7:12
**Price** 9:13
**pricing** 44:5
**primarily** 78:2
**principal** 80:24
**principals** 8:8 35:19

35:20,22
**printed** 103:10,15,17
116:13
**prior** 33:14 36:24
40:19 105:19 106:5
171:11
**private** 7:13
**privately** 7:9
**privilege** 112:2
**privileges** 112:5
**probably** 12:17 37:17
38:24 57:15 64:14
70:8 80:4 110:23
121:12 124:18
134:2 135:12,12,13
136:17 143:3 158:3
**problem** 72:10 98:23
109:1 182:5
**problems** 103:23
**procedure** 151:23
**procedures** 91:22
92:12
**proceed** 4:19 5:2
**proceeded** 46:24
57:12 177:13
**proceeding** 4:9
**proceeds** 149:12
**process** 19:1 20:19
139:21
**Proctor** 9:1
**produced** 11:17
48:19 49:1,16 70:16
71:3 72:1 73:9
84:15 96:15,25
104:11 128:21
153:2 158:12
176:18
**producer** 63:12
**producing** 55:13
137:16 150:4
**product** 37:16 48:3
55:8,20,22 56:11
64:16,17 127:19
145:9 153:17,17
174:16 177:22
**production** 11:13,20
32:11 33:2 34:24

39:1 46:11 47:14
48:19 53:5 61:15
62:3,4 63:9 66:17
69:6,7 73:15 92:5
102:25 103:1
108:11 113:4 114:4
128:21 143:22
148:11 149:8,20,21
150:3,7 176:13,15
177:1
productions 1:8,14
19:14 29:8 30:23
34:23 36:8 37:13
44:6 51:2 61:16
66:21 67:5 70:1
81:11 117:13
products 34:25
program 138:21,22
145:4 146:2
programs 137:16,20
166:25
projecting 38:9
projects 31:24 37:25
promote 48:3
proposal 171:1
protect 20:17 21:6
88:11 98:17 100:17
101:7
protection 100:20
protective 46:2
prototype 38:10
prove 182:9
provide 10:16 11:1
104:25 127:15
133:3 148:11 156:3
170:6
provided 19:6 82:20
115:12,16 121:23
121:25 122:9 154:4
183:15
provides 156:15
170:7
provision 97:15
99:21 100:2,3
139:23,23 150:10
154:3 170:6
provisions 14:11

94:18 123:22
139:24 155:20
156:3 166:20
public 1:23 18:13
21:8,13 26:22 45:8
170:8 187:20
publication 158:22
publisher 21:25 22:5
23:19 24:19 25:19
25:25 26:3 47:24
93:13 94:9,20 101:9
103:12 107:20
publishers 31:4 89:6
95:9
publisher's 44:22
47:18,22 124:25
125:7
publishing 19:7,13
21:3 44:21,25 45:7
53:24 57:16 65:11
81:10,14 82:8,17
92:1 102:23 106:23
117:10 123:15
125:6,8,16,18
156:21,23 157:3
162:25 163:1
170:11,15
pull 176:17
purchasing 78:19
purports 75:3
purposes 4:10 97:25
98:2 108:8 132:6
pursuant 1:24 4:17
93:10 119:20
134:20 150:22
151:2 182:21
pursued 77:6
pursuit 133:5
put 11:7 16:6 26:14
42:24 49:14 58:23
63:23 64:1 65:18
66:6 70:18,22 75:7
77:4 78:22 80:6
89:3 90:8 98:16
101:14 102:7 109:3
130:2 138:6 155:18
165:5 174:23

puts 100:3,9,15
putting 11:6 98:24
154:10 165:8
p.m 1:18

Q

question 4:14,15
15:10,12 20:7 27:22
30:8 31:10 36:23
37:1,5,7,8,9 40:17
40:18,19 53:11,14
56:8 62:7,11 66:19
67:4 68:1,2,5 74:4
76:16 78:8 79:3
82:25 83:2 89:4,8
89:10 91:12 92:16
94:6 95:12,23 96:5
96:9 97:18,19,21
102:16 116:21
118:3 124:7,8
133:20 135:22
138:16,18 139:2
151:23 157:6
168:18 173:16
175:11,12,19
183:25 185:8,8,21
questioned 87:20
questions 4:5,11,12
28:12 29:3,6 31:8
66:7 71:21 76:24,25
85:24 87:9,18 90:5
90:6,6 94:13 96:4,8
96:13 99:4 102:15
108:2 111:25 132:6
186:11
quick 12:14
quickly 36:14
quite 36:14 84:13
99:3 109:24,25
113:14 174:15
177:8
quotes 53:25

R

radio 7:4 40:2,22
raise 3:18
raises 37:10
ran 81:10

rapid 38:21
rarely 32:24
reached 33:19
read 17:16,18 18:3
18:18 19:19 21:22
51:12,23 71:20
81:15 83:3 97:12
100:25 101:2 103:8
103:20,21 116:1
165:9 167:6,8
178:24 179:1,1,3
reading 20:2,3 69:21
81:21 186:12
real 153:1
realize 127:17 178:23
realized 55:1
really 34:20 61:7
67:3 88:19 91:17
98:3,9 107:2 109:1
112:10 120:19
121:1 149:25 152:4
155:3 160:22 177:4
181:23
reargument 77:10
reason 14:3 26:15,17
35:12 45:18 79:15
173:4 179:9
reasonably 18:13
recall 8:20 33:18 41:6
43:14 49:17 72:20
72:23 75:12 115:25
116:8,17 123:21
139:20 173:22,24
180:24 181:18
receive 6:5 20:20
42:6 47:14 55:21
107:10 119:25
176:14
received 56:4,11,14
56:17 60:21 103:24
121:22 134:17
163:8,13,25 182:16
receives 93:9,14
recipients 116:8
recognize 23:25 52:4
52:12 67:19 85:9,10
85:14 86:13,16 87:2

87:6 104:16 153:8
154:15 161:4
163:20 170:19
recollection 183:6
record 3:8 4:6 12:23
13:2 17:17 21:11
25:20 31:19 33:24
43:11 50:8 55:14,14
59:10,21 60:12,24
61:11,14 69:20 71:2
77:15 85:3 90:9
98:7 106:1 154:9
157:13,14,15,16,17
158:1 165:6,9
167:21,25 168:2,5
188:11
recording 7:15,16
38:17 67:16 69:9
records 12:8,10
21:15 22:11 27:7
30:6,18 55:7 105:13
157:8,11
recreated 42:20
63:15
Recross 2:13
red 171:11
Redirect 2:13
refer 19:11 104:4,5
104:15 105:8
150:17 151:19
159:4 165:12
167:12 169:21
170:4 174:18 176:2
reference 24:23 26:6
45:4 75:2 113:9
156:20 165:6,12
references 72:9
referred 76:1 97:4
121:16 153:18
156:20 165:19
referring 23:2 28:5
39:22 49:19,25
52:11 54:13 57:10
59:5 72:25 73:2
112:16 116:4
121:21 150:15
151:15 153:16

156:5 164:21
166:19 174:19
refers 53:16 73:3,5
74:10 76:9 105:12
151:17 164:13,16
165:1 175:24,24
176:1 177:2,3
reflected 23:7 105:14
reflecting 27:16 29:3
reflection 26:16
refuse 101:19,21
regard 36:18 104:3
regarding 40:5,19
70:22 78:10 167:10
regardless 33:3
register 19:5 88:5
91:25
registered 18:23 20:9
41:20 42:23 65:9
88:7,14 92:8 93:7
101:11,22 104:21
registering 45:22,25
91:23
registers 102:21
103:4
registration 18:25
19:21 30:3
registrations 27:10
31:11,14 92:3 104:2
regular 145:15
regularly 110:15
regulation 42:17
rejected 168:10
rejecting 168:16
relate 176:20
related 64:7 78:6
183:2
relating 29:3,6 87:19
94:18 123:22
relationship 29:4
33:5 34:13 36:16,19
40:3,4 47:11 74:15
83:5 95:9,10 103:22
108:13 127:18
137:13 142:10,16
143:15,16 178:11
179:8

relationships 144:10
relative 30:5 64:12
85:24 188:13,15
relatively 36:14
release 84:22,24
133:15,17 134:1,15
released 57:20
releases 133:21 134:4
relevance 8:23 20:1
39:23 41:2 44:19
46:17 78:8 90:6
relevant 54:5 89:7
90:1 95:15
relinquished 65:5,8
rely 90:23
remain 80:24 159:25
remedy 107:18
remember 36:8 47:9
64:10 88:23 114:6
114:21 116:6,11
121:15 124:14
126:12,13 127:6
133:22,23 134:18
135:14,15,16
141:20,23,23 143:4
152:20,22 153:9
160:25 161:3,5
167:4 173:7 177:6
181:23 183:11
remind 97:14
reorient 136:15
repeat 49:2 61:11
144:18
repeats 68:21 164:8
rephrased 53:14
report 188:8
reported 91:13 122:3
reporter 1:23 4:7,11
5:13,25 11:10 188:6
REPORTER'S 188:1
represent 4:3 20:18
22:19 48:1,3 109:22
139:7,7 140:7,11
168:6
representation 13:5
79:25 98:9
representations

148:19
represented 21:5
34:19,25 37:13 89:6
140:9 168:11
representing 5:6 43:1
46:24 88:17 98:4,8
108:11,14 120:21
120:25 127:14
135:1 162:16,19,22
162:24 168:25
169:8,11,15
represents 108:20
reproduce 66:20
request 133:4
requested 105:21
188:10
require 105:3 176:16
required 176:12
requirements 74:12
reserve 108:4
reserved 125:1
residence 5:14
residency 6:18
residuals 40:12 42:6
resolution 33:19,24
respect 24:19 26:3
27:21 30:15 31:9
32:17 41:24 43:17
60:15 80:9 109:22
112:6 133:5 136:18
136:22 156:4
181:24
respectively 27:3
responded 58:8 94:9
respondent's 50:25
responsibilities 40:25
47:24
responsibility 41:3
48:1 49:7 94:25
100:21,23 101:8,9
107:24
responsible 30:20
137:2
results 151:4
resume 6:13,25
resumes 182:23
retain 20:25 21:3

109:21
retained 44:21 45:6
45:18 78:24 107:4
123:14,25 124:12
124:16 125:10
178:15
retaining 65:1
review 72:11 98:10
112:10 113:15
133:12 188:9
reviewed 57:20 97:16
112:14 116:19
160:19 179:2
revision 176:17
RE-CROSS 184:3
re-direct 108:4 180:2
184:7,11,12
Rhino 61:6 67:20
117:13
Rick 161:14,15
164:10
right 4:24 5:22 15:3
15:18 17:23 18:2,5
24:25 26:11,20 27:5
30:2,11 31:5,21
38:16 41:1 43:25
45:1,3 46:13 50:6
54:1 60:17 63:10
77:2 79:18 80:10
81:1 93:11,15,17
94:15 97:8 99:9,13
99:15,25 101:7,19
101:21,24 106:9
107:4 108:23
112:24 119:24
122:17 125:21
128:3,4 132:20,21
132:22,24 134:13
135:11 138:10
140:24 147:2,9
148:6 151:1,6,11
157:1 158:7 159:7
161:9 164:6 169:4
171:8,8,9 172:3
177:16,19 178:13
178:17 180:10
rights 9:22,25 21:3

40:13 45:18 46:3
53:25 54:14 63:17
65:5,12 82:18 98:17
99:22,22,24 100:2
106:13,18,19
107:10 125:4
148:23 149:10
150:2,11,12,15
151:17 156:21,23
157:3 170:12,16
174:11 178:17
ring 22:11
Robert 161:7
rock 55:12 145:22,23
ROCKLAND 1:1
rock'n'roll 84:13
role 88:2 94:8 103:11
143:19 144:3
routine 137:9,9
row 185:5
royalties 21:9,12
26:23 30:5 45:2,7,8
45:9,10,11,16 47:23
47:25 57:17 58:2
65:1,8,10,12 78:23
78:24 81:12 88:9
93:10,14 104:22
107:5,6,7 115:2
140:21 141:8 156:4
156:5,9,12,16
162:25 163:2,2,9,12
163:12,14 170:8
174:20 180:11,13
182:15
royalty 21:13,13
141:16,18 179:14
179:20
rule 37:3
ruled 54:3 85:8
rules 4:10 90:12
running 59:4 86:8
runs 24:6
run-through 183:13

—————— S ——————

S 2:18
safe 134:8

Saffer 2:6 12:6,14,16
13:16,25 14:2,10
15:25,16:4,16,24
17:18 18:2 19:23
20:13 30:12 43:3
49:2 50:2,5,10,12
50:15 70:7 71:22
72:2,6 87:15,16
90:3 92:11,17 93:21
94:4 95:16,25 98:21
102:19 103:19
106:3,9,12,16 108:2
128:17 129:1,7,19
130:5 169:23
179:10 186:9,11
salable 55:8
salesperson 36:13
Sarah 36:12
satisfaction 134:5
satisfied 134:9
satisfy 51:13 74:12
176:5
saw 19:8 67:23 73:24
86:2,7 113:23
116:10,13,25
168:25 171:7 172:7
saying 36:8 38:10
58:8 65:22 79:18
96:7,8 100:5 102:7
106:7 121:22
141:25 162:14
163:14
says 60:10 76:8,9
95:23 99:8,25 128:4
128:11 132:18
133:10,24 134:3
147:14,18,22
148:12,15,21
161:10 162:3,6
164:8,20 165:7
167:18 170:11,14
170:23 174:7,15
176:3,4,8
scale 40:11
scanned 11:6,7,8
Schedule 52:11
147:11,19

schlepped 11:3
school 6:17,19 91:18
scoring 45:17
screen 39:24 40:22
84:10
screwed 72:7
seal 187:12
Season 61:1
seasons 58:22
second 16:8 29:1
30:15 58:21 83:14
84:10 107:20
111:21 129:5
153:10 173:5
Secondly 88:24
section 57:22 59:12
114:23 150:10,17
150:18 151:9,16
166:18 186:3
sections 115:23
see 10:18,21 12:3
15:17,20 24:23 25:2
31:17 41:4 43:7
50:19 53:7,24 54:13
59:3 61:2 69:1 70:9
72:6 84:23 86:10,18
92:19 94:25 100:21
107:20 116:22
119:19 122:8
128:23 129:4,6,24
142:21 156:22
159:8,11 164:3
168:24 170:15,25
172:13 176:22
180:12
seeing 91:18
seen 4:20 24:6,9,12
24:18,20 64:4,12
73:20,23 75:9 86:1
91:6 98:12,13
144:16 160:22
166:2 172:21
174:22 180:18
184:21 185:12,13
segment 69:17
selected 168:3
sell 154:8 174:8

selling 174:15
send 19:5 41:9,20
106:13 141:12
151:25 152:1 155:3
181:11
senders 116:9
sending 150:6
sense 32:25 144:5
sent 19:7 29:14 41:19
92:25 121:15 152:2
152:3 163:9 181:11
182:6
sentence 46:20
133:10 159:5 176:8
separate 20:14 35:3
48:20 56:12 145:6
153:17,25 169:6
183:9
separately 32:22
135:16 146:4
September 72:18
79:1 120:24
series 54:14 58:22
70:15 77:4 84:7
138:21 145:21
146:1 185:25
services 147:16
148:11 151:3,4
176:15
session 42:2 69:9
sessions 67:12,12,16
set 68:13,13 174:9
sets 149:7
settlement 34:5 80:22
104:4,8 105:8
109:16,18 112:17
113:11 118:16,18
118:20 127:23
130:17 132:9,12
133:22 136:4
183:15
settling 118:22
seven 73:1 128:11
131:16
shape 168:8
share 20:20 21:14
23:18 25:15 26:25

27:1 34:4 44:21,22
47:18,19,22 65:16
107:7 124:25 125:2
125:3,5,7,9 140:21
141:8 146:25
156:11 174:17,18
174:19 179:14,20
shares 25:8 34:10
123:15
Sharp 34:21
sheet 21:15 55:5
79:22,24,25 80:3
sheets 19:7 81:13
82:23
SHORT 43:10 70:13
81:4 83:16 124:19
129:23 160:15
180:1 186:10
shorter 145:15
Shorthand 1:22
188:6
show 23:11 32:3 38:8
42:25 49:1,23 53:5
53:19 55:3 56:2,14
56:20 57:18,21 60:2
60:5,7 62:3,10 63:2
63:19 68:20 70:25
71:9 79:10 84:15,19
86:18,22 88:13
120:8 137:24
144:13 145:2,2,16
145:18,19,20
161:19 166:23
170:17 181:2,13,18
181:22
showed 114:10,25
172:24
showing 13:22 19:7
52:12 58:19 72:14
shown 25:14 26:9,19
30:16,18,25 31:2,4
63:11 75:13 85:5
180:20,22
shows 34:24 57:25
67:11 137:24
138:24 165:18
171:11

side 65:11 109:9,14
sides 136:12 168:6,12
sign 102:11 110:5
133:21 143:20,23
144:1 165:21
signals 28:25 29:13
29:15,18
signatory 40:8,21
signature 49:20 51:8
52:4,8,17 72:23
73:11 74:8 75:10,16
75:20 76:8,11 77:12
79:16,16 104:17,18
112:21 113:9,10,11
128:11 130:15,25
131:1,9,11 132:3,16
147:23,24 148:1
149:1,2 153:10
155:7,9,11,13,16
161:4,5
signatures 52:19
70:20 76:2 104:16
120:14 122:2 128:6
144:20
signed 21:19 40:9
73:24 74:17 92:20
95:4 96:14,21 101:2
101:5 103:14
106:11 110:10
111:9 112:13,14
113:8 114:5 116:20
118:15,18,21 121:4
121:7 122:4 129:5
132:14,15,18
140:19 143:25
144:2,21 147:4
151:24,25 152:1,7
152:15,23,25
165:22 171:25
172:5,7 177:15,18
178:25
signifies 25:25 26:2
signing 72:23 100:19
114:6 147:4 152:20
152:22 177:5,16,19
signs 101:20
silence 3:14

silent 115:6
similar 14:10 15:16
15:23 16:3 18:7,10
24:18 64:14 158:21
172:22 173:11,19
173:21
simple 95:1 113:7
simply 20:7 68:16
96:25 116:17
sing 47:15
singer 7:22
singers 41:24 63:23
69:14 78:21 80:8
singing 7:5,7 39:8,10
39:25 40:1 69:15
single 181:3
sir 17:17 27:10
182:25 183:21
184:2
site 85:1,20,20 103:9
103:13
sites 84:8
six 7:9 53:20 73:1
79:2,5 104:15 110:1
128:7,7,9 132:25
156:19
size 84:13
slightly 43:4
small 38:1,4,5 39:1
91:16
society 9:23 10:1,6
sold 56:10 57:23
153:16 154:7,8
160:3
sole 8:10 151:13
solely 138:4
solo 69:16
somebody 20:3 89:2
89:4 107:16 127:13
140:11
son 68:25
song 18:25 23:10
33:3 40:25,25 43:2
45:20,21 48:25 49:5
51:1 60:4,4,4,4,7,10
60:11,12,12 63:1
64:2,17 68:19 78:16

80:2,18,21 85:10,16
85:25 86:15 89:1
90:13 138:6 145:13
149:14 155:1,3
181:13,15 185:23
185:24
songbook 158:21
songs 18:23 21:2
    24:10 32:4 53:3,4,6
    53:9,9,17 54:25
    55:10,13 57:22
    58:13 59:1,9,13,14
    59:19,20 60:1,8,23
    64:16 65:9 68:14,16
    78:15 137:24,24,25
    138:4 145:15,24
    146:11,11 150:4
    154:11 158:11
    174:22 180:14
    181:15
songwriters 24:13
    156:17
sooner 43:8
sorry 110:5 115:18
    121:12 127:5
    129:21 135:22
    164:23
sort 22:6 33:19
    135:21 137:1,6,21
    144:8
sought 132:3
sound 83:4 84:21
    138:2 145:11,11
sounds 174:14
source 101:12 119:11
    182:11
South 5:19 6:19
so-called 147:10
Space 48:21 49:3
speak 110:15 118:11
    155:25
speaking 90:10,12
speaks 19:23
special 57:22 59:12
    154:25
specific 68:14 92:9
    121:13 165:14

specifically 53:16
    127:19 154:6
specifics 91:3
specified 65:14
speed 80:12
Spencer 8:10 44:4
    74:11,13 75:2
    122:23 173:14
    175:25 176:5
spin-off 34:23 35:1
split 31:3 104:22
    141:12 144:8
    159:23 182:2
spoke 57:18 110:19
    120:9
spoken 56:23
spokesperson 137:7
spoof 21:1
square 54:23
staff 8:12
standard 44:20
    123:11,13,16,17,24
    124:10,12
standing 29:2
stands 82:5
stanza 146:19
stanzas 146:19
start 68:20 98:21
    123:13 136:24
    156:6
started 3:7 6:20 7:5,7
    20:10 45:22 118:13
    123:24
starting 19:14
Starwild 1:8 19:13
    24:19 25:6,14,17,19
    25:23 30:24 82:8
state 1:1,23 3:8 6:3
    97:23 187:4,20
    188:3
stated 160:10 170:7
statement 30:13
    76:23
statements 77:1,15
    93:3
states 174:24
stating 95:18

station 7:5
stationery 128:22
stay 159:20
stealing 179:19
steel 100:22
stenographic 188:11
stenographically
    188:8
stipulate 65:18 66:3
    66:23 67:6
stipulating 66:5
stipulation 112:17
stop 38:16 85:2
story 59:25 60:4
    146:8
straighten 107:19
    132:5
Street 1:17 7:25 8:3
    36:2
stricken 79:2
strike 33:18 79:4
    136:24
striking 79:7
strong 55:1
struck 79:15
studied 7:9
studio 7:18 69:13
    80:7
studios 7:16,17
stuff 8:7 11:3 68:25
    143:17 174:5
subject 59:15 111:23
    176:1,11 183:16
submit 105:19
submitted 19:22
    72:17 76:3,17,23
    77:3,10 105:22,23
    181:9
submitting 171:16
subscribing 186:12
subsequent 42:7
subspecialty 6:9
substantially 14:10
substantive 180:8
substitute 29:7 83:24
    130:6
success 138:25 139:1

suddenly 93:7
sue 107:21
sued 108:17
sufficient 3:22
suggest 29:18 75:21
    95:20 179:15
suggesting 119:8
    131:2,25
suggestion 71:18
    167:22 168:7
suggests 53:8
Suite 5:20
suited 18:13
sum 176:17
summarizing 98:24
summary 76:4,5
summer 70:17
Sunbow 1:8,14 2:5
    11:20 19:14 29:8
    30:23 34:13,23
    35:14,16,19 36:8
    37:13 40:14,20 41:7
    41:10,12,17,23
    42:21 46:12 47:17
    48:19 49:1 51:2
    56:5 61:15,16,17
    63:4,8,11,16 64:4,6
    64:9,23 65:5 66:17
    70:1,16,18 73:9,15
    76:3,8 78:13 79:11
    81:11,20 82:16 83:6
    85:6 108:11 113:24
    114:7 116:5,12,14
    117:9 119:3,13
    135:6,9 136:23
    137:4,15,21 138:12
    138:14 139:6,10
    140:13 141:22
    142:6,7 143:2,16,20
    150:14 151:24
    152:24,25 154:4,21
    157:7 158:10,14
    159:13,20 162:14
    162:15,20 166:5
    168:4,4,25 169:3,12
    169:16,17 171:16
    172:13,15,19 177:6

| | | | |
|---|---|---|---|
| 177:10,18,19 180:5 | 182:20 184:20 | 144:14 150:9 | 32:2 43:2 48:25 |
| 180:16 183:1 | takes 92:3 | 155:19,24 165:13 | 60:5 63:1 64:2,17 |
| 184:17 | take-out 115:13 | 166:14 | 65:19 66:8,9,12,25 |
| Sunbow's 50:24 | talk 114:12 119:6 | telling 100:8,9 101:18 | 68:6,21,21 69:3,5 |
| 76:15 82:17 83:10 | 122:11 137:12 | 101:20 130:18 | 79:23 85:16 86:14 |
| 114:7 115:1 | talked 137:8,13 143:7 | 142:4,6 | 92:4 137:23 138:4,6 |
| superficially 17:8 | 153:22 | ten 52:9 61:4 70:12 | 145:20 165:18 |
| supposed 19:21 20:8 | talking 9:4 15:1 16:1 | 147:3 155:7 165:2 | 180:14 181:13,15 |
| 21:17 51:21 55:6 | 19:10,12 21:8 22:10 | tend 127:5 | 181:18 183:2 |
| 58:3 | 42:3 47:22 54:11 | tended 69:12,14 | 185:23 |
| SUPREME 1:1 | 67:15 78:9,12,13 | term 21:25 32:22 | thereof 149:16 |
| sure 12:15 43:9 66:15 | 79:12 92:11 93:12 | 41:1 53:24 95:16 | 151:14 |
| 81:3 101:12 105:13 | 99:12 103:10 | 127:7 158:2 167:23 | thing 40:15 56:13 |
| 109:24,25 111:18 | 112:23 113:25 | terminated 33:15 | 88:15,16 94:1 |
| 111:23 112:23 | 115:14 116:2 | termination 34:2 | 112:24 120:3 141:6 |
| 116:23 121:5 124:7 | 118:13,24 126:9 | terminology 95:21 | 141:7 144:9 171:7 |
| 125:2 129:19 | 130:11 138:8,12,13 | terms 5:11 17:23 | 172:23 174:21 |
| 161:21 166:22 | 141:14,17 145:3,7,8 | 30:4 37:20 44:2 | 176:2,9 182:8 |
| 185:22 | 145:9 152:24 | 48:11 51:14 55:16 | things 7:23 39:25 |
| surely 151:20 | 165:14,18 166:17 | 64:18 83:5 117:14 | 45:17 91:17 118:12 |
| surprise 89:23 | 176:9 178:10 185:7 | 134:9 139:9,11,12 | 129:2 |
| surprised 89:15,21 | 185:9 | 139:14 141:21 | think 3:19 6:6 10:9 |
| 95:7,13,23 | talks 104:20 | 143:1 148:14,17 | 11:4,18 13:8 14:12 |
| suspect 168:13 | TAMAD 82:3 140:19 | 149:7 180:9 181:19 | 18:15 19:4 20:5,6 |
| Suzette 139:16 | 141:1 170:9 181:24 | 183:6,12 185:17 | 21:22 22:1 26:17 |
| switched 10:9 | task 90:2 | test 26:14 | 33:16 38:19 41:18 |
| sworn 3:5 187:10 | taste 18:12 | testified 3:5 28:13 | 42:25 48:5 49:18 |
| synchronization | tax 182:6 | 43:12 46:6 64:21,25 | 54:9,11 55:7 56:14 |
| 65:12 158:7,11 | teachers 7:11 | 70:21 116:14 | 57:7 61:2 62:4,13 |
| 182:17 | technical 158:2 | 124:12 163:6 173:8 | 63:22 72:2 89:7,25 |
| system 25:12 35:9 | telephone 57:2,3 | 180:4 | 90:14 97:12,13 98:3 |
| | 133:12 | testimony 29:16,22 | 100:7,14 101:16 |
| ——————— T ——————— | television 7:4 22:11 | 36:24 43:14 69:24 | 102:10 103:4,13 |
| T 2:18 | 40:1,21 42:1,23,25 | 70:15 81:15 83:3,4 | 105:15 107:3,4 |
| tab 71:4 | 43:2 48:25 53:18 | 87:19 94:7 98:16 | 108:22 110:4 |
| tags 71:13 | 55:3 56:2,14 62:3 | 116:13,13 144:18 | 111:18 113:1,24 |
| take 5:10 12:7,14 | 62:10 63:2,19,24 | 167:24 168:2 | 117:22 119:5,15 |
| 27:21 37:25 43:5,5 | 64:2 86:2,2,7 | 181:25 182:22 | 120:23 121:4,7,20 |
| 51:8 67:18 70:12 | 137:20,24 145:2,4 | 183:18 | 124:6,24 126:8,21 |
| 71:12,14,19 73:2 | 145:21 166:23 | text 128:25 | 127:22 128:14 |
| 80:6 81:2,12 100:15 | 180:14 185:25 | textural 122:8 | 130:19 131:24 |
| 101:25 105:18 | tell 15:25 29:24 33:24 | thank 23:3 70:11 | 135:12,18 136:2 |
| 122:15,24 138:5 | 53:12,15 59:10 73:3 | 102:19 108:3 184:1 | 138:23 139:16,17 |
| 154:25 179:24 | 84:3 95:5 112:22 | 186:8 | 142:5,9,11 143:17 |
| 181:17 | 115:19 116:18,18 | theatrical 158:12 | 144:2,20 149:25 |
| taken 1:22 21:23 | 117:7 120:15 | theme 23:9 24:22 | 150:3,9,12 151:16 |
| 113:16 114:2 146:4 | 126:13 129:17 | 25:20 30:6,16 31:10 | 151:18,18 152:6 |

153:13,15 154:11
154:19 155:22
157:10,11,13,15
161:21 162:7
163:16 165:15,22
166:9 167:3 170:24
172:3,23 173:4
174:14 182:16
183:4,11 184:14
185:21
thinking 124:24
thinks 29:14 119:3
183:10
third 113:22 157:7
159:11,15
thought 8:1 11:5
94:18 101:4,7
124:11 126:20
178:8,13,14
thousands 89:12,14
103:24
three 7:16 13:24
14:15 16:9,9 23:10
47:8 57:1 61:2
65:18 110:4 154:11
time 3:22 6:17,24
7:19 8:7,17,18 10:1
14:4,4,23 16:20
18:7,22 19:10 21:16
22:14 27:15 28:1,4
28:5,16,21 29:5
32:11 34:20 35:17
36:11 37:21 38:1,6
40:4 43:17,20,21
45:14 46:5 47:17
48:7,18 54:6 57:14
77:2 87:9 92:1,23
103:14,23 108:10
109:11,24 110:19
112:7 114:2 118:12
120:10,22 124:5
125:14,22 132:2
135:22 137:13
141:23,24 152:14
152:18 154:7
160:12 175:9,11
176:12 178:23

timeframe 48:7,13
times 104:7
timing 64:18
title 8:13 18:9 23:10
30:15 60:11 88:11
88:12,13 89:2,3
90:16 91:10 110:11
151:11
titled 24:22
titles 49:12 90:25
101:10,12
today 21:21 30:4
58:16 87:19 98:14
113:18 114:18,22
117:1 136:14
153:19 157:2
183:18,21
token 88:17
told 20:16 77:10
89:15,21 114:15
115:1 157:20,21
163:5 183:21
Tom 35:20,24 139:19
tones 22:12
top 24:24 52:25 113:2
164:24
total 25:8
totally 13:3 17:6 65:5
tough 172:20
toy 9:5,12 37:25 38:1
38:9,12
Toys 34:19 37:16,18
track 7:16,18 82:9
138:2
tracked 82:13
tracks 152:12,15
153:1
training 7:1,13
transaction 168:12
transcribers 80:5,5
transcribing 4:12
transcript 188:9,10
transcription 4:5
transfer 151:17
174:8
Transformers 23:9
24:22 25:20 27:17

28:6 30:5,16 31:9
41:25 42:22,22
48:15 56:19 61:1
64:7,19,20 66:12
68:6,24 71:4,25
73:5 77:23 78:6,11
79:23 84:7,14,19
85:16,22 86:5,12,14
87:6 180:19 184:22
184:25
transition 36:9 48:7
traveled 44:4
trial 3:13 5:12 12:24
13:23 14:16 17:13
22:20,21 23:4 50:1
50:4,8,12,14 51:1
60:25 61:3 68:23
70:17 72:5 77:20
85:4,8 96:12 104:14
105:11 113:3
128:20 129:9
130:12,17,23 131:4
144:13 160:17
167:17 170:18
182:22,23
trip 11:3
trouble 135:24
true 108:19 133:15
135:3 136:21
146:10 148:20
185:12 188:10
Truly 23:10
trust 102:7
trusted 92:20
trusting 143:16 179:8
truth 29:24 116:18
183:21,24
try 4:16 12:17 88:16
101:18 175:4
trying 16:6 54:4
80:12 92:13 94:16
114:11 130:20
136:11
tune 85:10,14
tunes 83:13
turn 59:22 62:12
68:16 128:5 132:16

turned 154:23
TV 23:11 46:11 63:8
92:4 138:3,21,21
two 8:11 15:22 16:9,9
20:14 24:15 28:24
31:3,10 57:1,1 61:1
74:10 75:2 77:5
104:19 110:24,25
128:17 140:12
142:23 145:22
147:21 148:13
149:6 150:18 151:7
156:10 161:25
163:9 164:19
166:25 170:25
171:3,10 172:6
173:25 174:2
175:15,15 180:9
181:9,10 185:17
two-page 148:4
TYLER 2:5
type 10:8 21:12 23:13
types 45:9 65:13

---

U
Uh 26:13 105:24
153:22 159:12
Ultimate 68:24
ultimately 78:15,16
90:7
unauthorized 107:17
107:23
unclear 127:17
underneath 161:12
undersigned 187:8
understand 4:15
14:12 19:3 21:12
31:7 47:10 57:19
67:3 84:15 94:6
99:23 101:9 103:7
106:6 109:8 127:7,9
127:20 138:15,19
142:9 144:10,24
148:7 164:16 174:1
176:20 178:6
understanding 19:18
19:20 20:8,10 17:21

21:5,17,20 25:11
27:24 38:17,18,24
40:20 44:16 45:12
48:2 54:18,24 60:20
64:25 67:19 78:1
83:10 87:24 88:4,20
90:24 92:13 94:3,4
94:10,12,14,17 95:1
95:2,5,6 107:9
109:10 116:19
117:7 119:12,13
127:11 147:14
157:15,18,19,24
174:17 178:2
understandings
64:21 180:5
understood 14:9
21:18 34:14 40:18
46:21 88:10 119:5
119:19,24 174:24
uncthical 168:11
unfair 18:11
union 39:16 40:10,10
41:5,7,7,11,20
42:13,17 47:13
63:15,25 64:1
unions 39:21,21 40:5
40:9,12 42:3,4,12
universe 174:12
175:5
University 6:15,18
unlimited 151:13
unmarked 112:25
unsigned 152:3,6,8
use 22:9 32:21 63:17
64:3 69:12,14 71:7
78:20,21 95:20
107:17 133:2
153:25 154:4,6
175:1 185:3
user 99:24
uses 21:7 42:7 46:3
55:20,22 56:6,18
57:17 138:5 139:1
158:25 159:3
167:23
usually 38:11,21

**V**

v 1:6,13
Vadivox 1:7 132:23
vaguely 153:9
valid 54:10 75:21
76:6,7,9,12 77:11
77:22 175:21
validity 76:9
valuable 45:24
value 45:22
variation 176:18
variations 80:21
176:16,22
various 26:9 67:11
70:18 104:20
105:12 156:16
verbal 38:20,20,24
verbally 24:4
verbose 174:14
verses 146:21
version 62:25 107:23
177:1
versions 23:10 80:16
176:4,10,13 181:9
versus 100:16
vest 151:12
vice 8:15
video 57:23 59:22
60:3,8 88:17 138:6
145:7,14
videos 57:24 145:1,4
145:5,24,25
videotaped 4:4,7
182:20
view 29:9,9 127:10
127:12
viewed 145:10
Villains 68:24
virtually 37:16 77:8
Visionaries 126:7
127:1
vis-a-vis 46:15 99:24
100:16
Vocal 31:10
voice 61:22,24,25

**W**

wages 40:11
wait 4:13 153:13
162:16
waived 186:12
waiver 112:1
waiving 112:4
wall 49:25
want 3:8 17:11 18:14
69:19 85:3 87:11
102:17 106:17
111:24 117:1
122:11 124:7
144:23 153:5
154:13 167:8
168:19 170:4
wanted 38:22 177:14
178:19
wants 3:18
warranties 148:19
warrants 150:19
wasn't 45:14 58:6
64:16 98:6 116:3
123:9 137:8 142:2
144:3,4,9 162:17,19
166:24 175:6,6
181:12,14 185:22
wasting 29:5 54:6
watch 57:25
way 12:10 19:6 20:25
27:25 29:22 35:9
50:8,20 59:14 69:18
71:3 94:3 100:15
104:20 105:5 114:4
119:13 129:3
131:11 133:16
139:24 144:8
150:13 168:8
169:18,20 181:12
ways 19:4
web 103:9,13
WEBB 2:5
Weird 21:1

Weitzman 52:5,6
81:16 83:4 116:7
139:16 168:3
169:13 171:13
welcome 10:19
went 6:17,18 7:14,23
32:10 34:7 36:5
39:2 64:9 67:24
122:1 125:7,14
141:10,24 145:11
175:2 182:3
weren't 35:13 103:23
145:3 153:1 157:2
160:23 173:11,13
West 1:17
we'll 3:19 9:21 10:25
13:20 15:14 71:12
71:12 83:23,25
132:4 139:2
we're 3:20 15:1 21:8
29:5 65:2 86:3
92:11 96:12 112:4
112:23,23 114:12
116:2 129:25 130:6
130:10,11 165:14
165:18 169:25
174:15
we've 17:5 64:4,12
69:3 85:17 106:7
124:4 165:24 166:2
whatsoever 29:16
Wildstar 1:8 19:12
24:19 70:1 82:8
William 140:7
willing 65:17 66:3,23
wish 93:18
withdrawn 27:16
48:20
witness 2:13 3:4 13:8
19:12 29:1 30:12
51:16 66:25 67:6
76:14 90:4 95:16
96:3,4 98:8 102:5
102:15 112:24
130:1 165:15
167:25 187:12
witness's 5:1 65:20

won 33:1,1
wondering 70:12
word 15:17,20 22:9
  140:10 179:4 185:3
wording 124:14,15
words 15:7 16:6,10
  53:12 57:23 88:11
  97:7
work 5:12 7:15 9:7
  10:9 18:7 19:3
  32:10 36:20,21
  37:11,22 38:21
  41:20 42:18,20 43:2
  44:22 47:14 74:14
  99:10,14,19,25
  127:7,14,20,21
  137:21 142:22
  144:8 146:22
  148:10 151:8
  154:10 163:24
  176:6 178:3,4
worked 9:1,1,12
  25:12 31:24 34:5,22
  37:17,24 81:11
  138:8 140:13
  142:21 161:19
  181:8
working 33:2 36:25
  37:15 122:12
  130:10 166:4 172:4
works 21:7 35:9
  47:18 89:19 117:11
  119:16
world 145:23
worthwhile 101:5
wouldn't 26:14 89:23
  163:11 173:14
write 32:22 38:14
  88:18 89:1 125:23
  125:24 127:14
  146:18 155:3
  181:13 183:3
writer 93:9 94:23
  100:9,16,18 103:11
  107:3 122:24
  125:10 149:15
  150:20,21,23 151:3

161:18
writers 8:12 16:19
  24:13 29:9 35:15
  44:20 48:1 89:5
  95:9 123:15 124:1
  147:16 179:11
writer's 20:20 21:14
  23:18 26:25 27:1
  33:3 34:10 44:21
  45:2,6,16 46:16
  47:19 57:16 65:1,8
  65:10,15 78:23,24
  107:5,6,7 125:1,3,5
  125:9 127:11
  140:21 141:8
  146:25 151:4
  156:11 174:16,18
  174:19 179:20
writes 149:15
writing 13:4 38:17,19
  53:16 55:13 138:20
  144:24 150:4
  151:10 169:17
  176:21
written 18:5 20:22
  44:8,12,14 54:10
  70:15 78:17 85:17
  88:3 97:9 99:9
  107:17 119:20
  120:5 136:6 146:17
  150:20,21 159:10
  159:15,19 167:6,13
  174:10 181:18
  186:3
wrong 62:14 107:21
  129:10 173:5 181:3
wrote 7:8 31:24,25
  32:3,3 49:5 53:4,4
  62:2 80:10 107:11
  116:12 122:19
  124:21 126:8,15,18
  126:25 127:2
  138:11 145:23
  146:19 147:19
  162:20 169:18,19
  169:20 185:23
  186:2

**X**

x 1:10,16 2:12,18
xerox 96:16

**Y**

yeah 14:25 34:1
  36:12 49:21 59:24
  67:15 68:18 79:18
  82:4 92:11 113:5
  117:22 120:4 125:5
  131:10,20 135:12
  139:13 148:9 152:6
  154:16
year 28:7 36:12 48:8
  110:3,23 182:7
years 7:6 8:14 14:7
  15:1 37:18 57:1,1
  77:5 89:2 91:20
  98:14 103:22,25
  109:20 110:4,25
  124:3 170:22 175:2
York 1:7 7:21 8:3 9:2
  32:12 69:13 161:18

**$**

$1,000 176:18
$2,200 149:14
$750 39:1

**0**

0901 79:11

**1**

1 2:20 50:1 51:3
10 2:21,21
10th 187:12 188:20
100 25:15
101 151:9
11 17:12,17,19 97:4
  99:6 147:10 155:9
12 81:21 155:23
13 52:18 148:1
  155:13
15 7:8 15:1
150 53:4
16 24:3 27:8
16th 22:22
18 7:8

180 2:14
184 2:14
19 4:17
19th 36:2
1964 7:17
1971 14:19 17:14,20
1978 32:8 122:16
1979 9:18
1983 28:14
1984 71:4 173:1
1985 50:1 51:3 64:5
1986 61:16 70:2
  165:20
1988 13:14,18 16:5
1991 6:17
1994 33:15

**2**

2 2:21 161:13
2A 150:10 151:16,16
2nd 79:1
2-3 10:13
20 170:22
200 25:8
2000 22:22 24:3 27:8
  118:10
2001 109:19,20
  118:25 120:10
  136:5
2004 49:16 70:17
  72:18 79:1 120:24
  121:3
2006 1:18 187:13
  188:20
2007 187:22
21 172:25
22 2:22
23 7:14
24 7:16,19 14:19
  17:14
25 124:3
2821/02 1:12

**3**

3 2:14,20,21 165:20
  187:22
300,000 89:16
32 81:21

33133 5:20
3544 113:4
3549 113:4
3661 5:19

---

**4**

4 2:22
4A 104:19 170:4
4:25 1:18
41 7:25
44 8:1
47 71:6,24

---

**5**

5 2:22
5C 156:9 164:14,16
5th 36:2
5(c) 164:20,24
50/50 93:7
5192/00 1:5
56 7:25 8:3
58 2:22

---

**6**

6 2:23
6A 165:2
6(a) 54:13
6-1-198 167:18
6-1-85 167:15
6355 5:15

---

**7**

7 2:23 13:14,18
70s 6:16
71 2:23
72 2:23 22:20 24:2
   30:16 45:5
78 8:19 38:7
784 113:2 128:4
79 38:7

---

**8**

8 2:24
8.3 27:2,2 31:2
8:50 1:18
80s 14:23 16:5 17:1
   17:22 138:9
806 5:20

---

83 8:19 19:17 28:8
   48:9 122:16
83.4 27:1 30:25
83.40 26:19,22
84 2:24 19:15 28:8
   48:10
85 37:18 181:20
86 10:9
87 10:10
87-108 2:14
899 73:18 75:20 76:8
   76:12

---

**9**

9 1:18 2:24
901 79:9,18
902 79:21,22
91 19:15
93 48:9
96 2:24 6:18,19
99 6:6,9,19

Exhibit B

Multi-Page™

5689

Bryant v. Broadcast Music, Inc., et al

NY State Supreme Court, Rockland Index #5192/00

Dep of Carole Weitzman

Taken on May 19, 2003

GAF Legal Services, Inc. - (973) 618-0500

188 Eagle Rock Avenue, Roseland, NJ 07068

## DISK
## ENCLOSED

Bryant v. Broadcast Music, Inc., et al          Multi-Page™          Dep of Carole Weitzman
NY State Supreme Court, Rockland Index #5192/00                      Taken on May 19, 2003

---

```
 1        SUPREME COURT OF THE STATE OF NEW YORK
 2                  COUNTY OF ROCKLAND
                    Index No. 5192/00
 3

 4   ANNE BRYANT,

 5                    Plaintiff,

 6       -vs-

 7   BROADCAST MUSIC, INC.,
     (a/k/a "BMI"), CLIFFORD A.
 8   "FORD" KINDER, BINDER & CO.,
     LTD., VADIVOY, LTD, JULES M.
 9   "JOE" BACAL, GRIFFIN BACAL,
     INC., STARWILD MUSIC BMI,
10   WILDSTAR MUSIC ASCAP, SUNBOW
     PRODUCTIONS, INC., and JOHN
11   AND JANE DOES 1-10,

12                    Defendants.

13   Caption Continued ...

14

15          Deposition of CAROLE WEITZMAN,

16   taken by and before Denise Posillico, at the

17   offices of PATTERSON, BELKNAP, WEBB & TYLER,

18   LLP, 1133 Avenue of the Americas, New York, New

19   York, on Monday 19, 2003, commencing at 9:30 in

20   the morning.

21

22

23            GAF LEGAL SERVICES, INC.
     COURT REPORTING • VIDEOGRAPHY • INTERPRETING
24            188 Eagle Rock Avenue
                Roseland, NJ 07068
25                (973) 618-0500
                                           Page 1
```

---

```
 1                       I N D E X

 2

 3   WITNESS                                    PAGE

 4   CAROLE WEITZMAN

 5   Direct Examination by Mr. Monaghan           4

 6   Cross Examination by Ms. Valencia           97

 7   Redirect Examination by Mr. Monaghan       101

 8

 9

10

11                    E X H I B I T S

12
     WEITZMAN
13   A        Clearance Form                     37

14   B        Group of documents                 38

15   C        Document bearing production
              numbers 2398 through 2406          38
16
     D        Form submitted by Sony ATV
17            during the time it was
              administering Sunbow's
18            publishing                         67

19   E        Document bearing production
              numbers 2205 through 2391          73
20
     F        G.I. Joe box set of the
21            three videos                       84

22   G        G.I. Joe The Movie                 86

23   H        The Transformers, The Movie        86

24   I        The Transformers, Villains
              The Ultimate Doom                  86
25
                                           Page 3
```

---

```
 1   ANNE BRYANT,

 2                    Plaintiff,
                               Index No. 2021/01
 3       -vs-

 4   SUNBOW PRODUCTIONS, INC.,

 5                    Defendant.

 6

 7

 8

 9

10   A P P E A R A N C E S :

11

12       MONAGHAN, MONAGHAN, LAMB
         & MARCHISIO
13       BY:   PATRICK J. MONAGHAN, JR., ESQ.
         28 West Grand Avenue
14       Montvale, New Jersey 07645
         Attorneys for Plaintiff
15
16       PATTERSON, BELKNAP, WEBB & TYLER, LLP
         BY:   ROSEANN RITSON, ESQ.
17       Attorneys for Defendant,
         Sunbow Productions, Inc.
18       1133 Avenue of the Americas
         New York, New York 10036-6710
19
20       DUANE MORRIS
         Attorneys for Defendant,
21       Jules M. Bacal
         380 Lexington Avenue
22       New York, New York 10168
         BY:   ADRIENNE L. VALENCIA, ESQ.
23
24
25
                                           Page 2
```

---

```
 1                    E X H I B I T S

 2   WEITZMAN

 3
     J        The Transformers, Heroes -
 4            The Rebirth                        86

 5   K        Inhumanoids, The Evil That
              Lies Within, Episode One
 6            through five                       86

 7

 8

 9

10

11             INFORMATION TO BE FURNISHED

12   PAGE  25   Address of Sandrine Pechels Du Saint
13              Sardos

14         97   Address of Sam Milstone

15

16

17

18

19

20

21

22

23

24

25
                                           Page 4
```

---

Bryant v. Broadcast Music, Inc., et al        Multi-Page™        Dep of Carole Weitzman
NY State Supreme Court, Rockland Index #5192/00                    Taken on May 19, 2003

---

**Page 5**

```
 1
 2        IT IS HEREBY STIPULATED AND
 3  AGREED by and between the attorneys for the
 4  respective parties herein, that the filing,
 5  sealing and certification of the within
 6  deposition be waived.
 7
 8        IT IS FURTHER STIPULATED AND
 9  AGREED that all objections, except as to the
10  form of the question, shall be reserved to
11  the time of the trial.
12
13        IT IS FURTHER STIPULATED AND
14  AGREED that the within deposition may be
15  sworn to and signed before any officer
16  authorized to administer an oath with the
17  same force and effect as if signed and
18  sworn to before the Court.
19
20
21
22
23
24
25
```

---

**Page 7**

```
 1      A.   Okay.
 2      Q.   What will happen is the reporter
 3  will make a transcript, which is a written
 4  booklet with the questions and the answers, and
 5  that testimony that you're giving, which is
 6  under oath, may be utilized in a court
 7  proceeding in accordance with the rules.
 8           Have you ever been deposed before?
 9      A.   No.
10      Q.   Are you currently employed?
11      A.   Yes.
12      Q.   By whom or what?
13      A.   Four Kids Productions.
14      Q.   Four Kids Productions?
15      A.   Yes, the number four.
16      Q.   It sounds like a family company to
17  me.  Would that be your company?
18      A.   No, it's a public corporation.
19      Q.   What do you do for that company?
20      A.   I supervise an animated series,
21  Teenage Mutant Ninja Turtles.
22      Q.   How long have you been employed by
23  Four Kids Productions?
24      A.   A year.
25      Q.   And before that?
```

---

**Page 6**

```
 1  C A R O L E   W E I T Z M A N,
 2  called as a witness, having been
 3  duly sworn, was examined and testified
 4  as follows:
 5
 6  DIRECT EXAMINATION
 7  BY MR. MONAGHAN:
 8      Q.   Good morning.  My name is Patrick
 9  Monaghan.  I'm with Monaghan, Monaghan, Lamb &
10  Marchisio.  We are attorneys for Anne Bryant in
11  this case.  I'm going to be asking you some
12  questions about matters pertaining to her
13  lawsuit against Sunbow Productions, Jules "Joe"
14  Bacal, originally against BMI.  And if you
15  don't understand my question, please let me
16  know, I'll try and clarify it.
17           If you answer one of my questions,
18  we're going to assume you understood the
19  question, is that fair?
20      A.   Yes.
21      Q.   I see you nodding and that's
22  another instruction we give, that the court
23  reporter is not allowed to interpret a nod or a
24  gesture, so you have to give your answers
25  verbally.
```

---

**Page 8**

```
 1      A.   Sunbow.
 2      Q.   And what was your last job held at
 3  Sunbow?
 4      A.   The job?  I was senior
 5  vice-president of production.
 6      Q.   And is that the Sunbow company
 7  that's involved in this lawsuit?
 8      A.   Yes, it was bought by Sony, but
 9  it's the same Sunbow.
10      Q.   And how is it that you're here
11  today, do you know?
12      A.   Well, I know there was a lawsuit
13  that was brought, something to do with music.
14      Q.   Are you being represented by
15  Ms. Kitson?
16      A.   Yes.
17      Q.   And what do you know about the
18  lawsuit?
19      A.   Not much at all.
20      Q.   Have you seen any court papers?
21      A.   I've just seen some cue sheet.
22      Q.   Do you have them here with you
23  today?
24      A.   No.
25      Q.   And what are cue sheets?
```

Bryant v. Broadcast Music, Inc., et al    Multi-Page™    Dep of Carole Weitzman
NY State Supreme Court, Rockland Index #5192/00    Taken on May 19, 2003

| | |
|---|---|
| 1    A.  It's a record of the music that's<br>2  contained in the series.<br>3    Q.  All right, we'll come back to<br>4  this.  How long were you at Sunbow?<br>5    A.  About 21 years.<br>6    Q.  When was it sold to Sony, do you<br>7  know?<br>8    A.  No.<br>9    Q.  What type of company was Sunbow,<br>10  what did they do?<br>11    A.  TV production.<br>12    Q.  And who owned the company?<br>13    A.  Tom Griffin, Joe Bacal.<br>14    Q.  For how long a period do you know<br>15  they owned it?<br>16    A.  Ever since I started.<br>17    Q.  Is that 21 years ago?<br>18    A.  Yes.<br>19    Q.  And where was Sunbow located?<br>20    A.  When I started, it was at<br>21  Lexington  and 42nd Street.<br>22    Q.  And when you left?<br>23    A.  We were at 100 Fifth Avenue.<br>24    Q.  Who did you report to when you<br>25  left?<br><div align="right">Page 9</div> | 1    A.  It's fun, it's on on Saturday<br>2  morning.<br>3    Q.  Now, going back to the early<br>4  1990s, can you give me the hiarchy in terms of<br>5  management at Sunbow?  Let's say from 1990 on.<br>6    A.  1990?  Well, Tom Griffin, Joe<br>7  Bacal.<br>8    Q.  What were their titles with<br>9  Sunbow?<br>10    A.  I'm really not quite sure.  I'm<br>11  not a hundred percent sure.<br>12    Q.  You just knew they owned the<br>13  company?<br>14    A.  Yes.<br>15    Q.  And you reported to them?<br>16    A.  Yeah, and C.J. Kettler.<br>17    Q.  What was his title?<br>18    A.  It's a woman.  She became<br>19  president.<br>20    Q.  And you were there, and what was<br>21  your job at that point in time?<br>22    A.  Same thing, always supervising the<br>23  productions.<br>24    Q.  What does that entail?<br>25    A.  Oh, it's just watching over the<br><div align="right">Page 11</div> |
| 1    A.  I'm sorry?<br>2    Q.  Who was your boss when you left,<br>3  who  did you report to?<br>4    A.  There was really no boss.  It was<br>5  George Becker, because the company was sold.<br>6    Q.  You were there after Sony<br>7  purchased  the company?<br>8    A.  Oh, sure.<br>9    Q.  What was Mr. Becker's title?<br>10    A.  I don't know.<br>11    Q.  How did you know you were to<br>12  report  to him?<br>13    A.  To George?  Because the company<br>14  was  sold to Loonland and there was no one left<br>15  from  Sony.<br>16    Q.  What was Becker to Loonland?<br>17    A.  Nothing.  I guess he made the<br>18  deal.  I don't know what his job was.  I know I<br>19  was  finishing the production of the series.<br>20    Q.  What series is that?<br>21    A.  Cramp Twins.<br>22    Q.  Cramp, C-R-A-M-P?<br>23    A.  Yes.<br>24    Q.  Since I have twins, I would like<br>25  to know what that's all about.<br><div align="right">Page 10</div> | 1  shows, doing the budgets, managing the staff,<br>2  timetables, delivery schedules.  It's the<br>3  management of it.<br>4    Q.  Are you familiar with BMI and<br>5  ASCAP?<br>6    A.  Yeah.<br>7    Q.  What are they?<br>8    A.  They are music associations.<br>9    Q.  Performing rights associations?<br>10    A.  I guess, yes.<br>11    Q.  Did you have any involvements with<br>12  those associations?<br>13    A.  Other than sending them cue<br>14  sheets, no.<br>15    Q.  What is a cue sheet?<br>16    A.  It's the record of -- it's the<br>17  animation is done and then there is a library of<br>18  music that's composed of music cues.  The cues<br>19  are strung together from beginning to end of the<br>20  show, and each cue has a name and a duration and<br>21  that's put on a cue sheet.<br>22    Q.  And under what circumstances are<br>23  cue sheets used?<br>24    A.  When a show is completed, the cue<br>25  sheets are done and then they are submitted to<br><div align="right">Page 12</div> |

Bryant v. Broadcast Music, Inc., et al          Multi-Page™          Dep of Carole Weitzman
NY State Supreme Court, Rockland Index #5192/00                    Taken on May 19, 2003

| | |
|---|---|
| 1 either ASCAP, BMI or both, and somehow money | 1     A. Oh, yeah, who the composers were |
| 2 comes out of it, which I'm not quite sure, to | 2 and who -- |
| 3 publishers and composers and lyricists. | 3     Q. Who put the information in as to |
| 4     Q. And did you take part in | 4 the composers? |
| 5 submitting them to BMI and ASCAP? | 5     A. I'm telling you, I didn't put that |
| 6     A. Well, I was always -- we didn't | 6 information in there. |
| 7 have a lot of staff people at Sunbow, so I was | 7     Q. Somebody gave you that |
| 8 always the central person for copyright forms, | 8 information? |
| 9 cue sheet, anything like that. Because when | 9     A. I don't think they gave me that |
| 10 people left after production, I was on staff. | 10 information. It was on the cue sheet when I got |
| 11 So anything that kept coming in would come to my | 11 it. And we had a music administrator who filed |
| 12 attention. So I submitted them and got them | 12 the cue sheet. |
| 13 back and filed them. | 13     Q. Who was the music administrator? |
| 14     Q. Do you know what clearance sheets | 14     A. Bill Dobishinski. |
| 15 are or clearance forms? | 15     Q. Well, in its earliest iteration, |
| 16     A. No. | 16 who prepared the cue sheet? |
| 17     Q. Did you ever use a cue sheet to | 17     A. The post production facility. |
| 18 accomplish a change in the percentages or the | 18     Q. So that was at your end, at |
| 19 ownership or attribution, I should say, of a | 19 Sunbow's end? |
| 20 writer's participation? | 20     A. Usually in LA. |
| 21     A. No, never. | 21     Q. Okay. And then it went -- and who |
| 22     Q. Where would you get the | 22 did that, who was the person who did that? |
| 23 information which would eventually be in your | 23     A. I have no idea. It was at Marvel |
| 24 cue sheets that you would submit? | 24 Productions. We hired Marvel to do the series. |
| 25     A. Well, typically in post | 25     Q. Well, which cue sheets are you |
| Page 13 | Page 15 |
| 1 production, which is when the picture and the | 1 talking about here, when you say Marvel? |
| 2 sound are put together, there is a sound | 2     A. Under Marvel? It was probably My |
| 3 editor, the music editor, and the music editor | 3 Little Pony, G.I. Joe, Transformers, Jem, Big |
| 4 lists the cues because they know the library, I | 4 Foot, Robotix. I'm trying to think of the |
| 5 guess. | 5 others. Those were the earlier -- |
| 6     Q. So the music editor would make the | 6     Q. Real American Hero sound familiar? |
| 7 decision as to the information that would | 7     A. G.I. Joe is G.I. Joe Real American |
| 8 eventually -- | 8 Hero. |
| 9     A. The cues. | 9     Q. Same thing. What documents have |
| 10     Q. To the cues? | 10 you read in connection with this lawsuit? |
| 11     A. Yes. | 11     A. Nothing, just the cue sheets. |
| 12     Q. Who would have information as to | 12     Q. Have you ever seen any testimony |
| 13 the composers, the authors of the music? | 13 by Mr. Bacal? |
| 14     A. I didn't have anything to do with | 14     A. No. |
| 15 that. I mean I don't know -- I guess there were | 15     Q. Have you talked to Mr. Bacal about |
| 16 contracts or whatever it was that existed -- | 16 the case? |
| 17     Q. Right. | 17     A. No. |
| 18     A. -- that did that. I don't know | 18     Q. Aside from Ms. Kitson, have you |
| 19 what they were, though. | 19 had any discussions with anyone else about the |
| 20     Q. What information was contained in | 20 case? |
| 21 the cue sheets? | 21     A. No. |
| 22     A. Besides the cues? Who the | 22     Q. Do you know Alison Smith? |
| 23 composers were: . . . | 23     A. No. |
| 24     Q. Okay. Well, that's what I'm | 24     Q. Who do you know at BMI, if anyone? |
| 25 trying to find out. | 25     A. Nobody. |
| Page 14 | Page 16 |

Bryant v. Broadcast Music, Inc., et al    Multi-Page™    Dep of Carole Weitzman
NY State Supreme Court, Rockland Index #5192/00    Taken on May 19, 2003

| | |
|---|---|
| 1  Q. Do you know Anne Bryant? | 1  Q. Were you second in command? |
| 2  A. Sure. | 2  A. No, C.J. Kettler was the |
| 3  Q. For how long have you known her? | 3 president. |
| 4  A. She used to visit the office, so I | 4  Q. Were there any other |
| 5 met her, God knows, in the '80s, I guess. Yeah, | 5 vice-presidents? |
| 6 when we did Jem. | 6  A. Yes, there was a development |
| 7  Q. How would you characterize your | 7 vice-president and I was production |
| 8 relationship with Anne Bryant? | 8 vice-president. |
| 9  A. My relationship? I was the | 9  Q. You were production |
| 10 production assistant, so when she delivered | 10 vice-president? |
| 11 music and whatever -- I mean she's very friendly | 11  A. Right. And then there is a sales |
| 12 and nice and she would give us music to go on | 12 vice-president. So it was like a team under |
| 13 the show and that would be it. | 13 her. |
| 14  Q. I mean, did you get along, is what | 14  Q. Could you give me the names of the |
| 15 I'm saying? | 15 other people? |
| 16  A. Oh, sure, she was nice. | 16  A. I'm trying to think, in '90 there |
| 17  Q. Now, how did Sunbow know whether | 17 were a lot of people coming and going. I think |
| 18 it could or could not use music employed in one | 18 Janet Scardino was there. |
| 19 of its productions, whether it was permitted by | 19  Q. In what capacity? |
| 20 the composer? | 20  A. Sales. |
| 21  A. I have no idea. | 21  Q. Sales vice-president? |
| 22  Q. Well, the cue sheets that you | 22  A. Yeah, I think that was -- |
| 23 submitted were submitted over your signature, | 23  Q. Do you know where she is now? |
| 24 weren't they? | 24  A. No. Development was Nina Hahn. |
| 25  A. I don't think I ever signed a cue | 25  Q. Nina? |
| Page 17 | Page 19 |

| | |
|---|---|
| 1 sheet. I'm sure my name was on it because it | 1  A. Nina. |
| 2 was on every copyright form, it was on | 2  Q. H-A -- |
| 3 everything. | 3  A. H-N. |
| 4  Q. In what areas was Sunbow involved | 4  Q. Do you know where she is now? |
| 5 in production; TV. movies as well? | 5  A. No. |
| 6  A. There were two movies, the My | 6  Q. And is this -- |
| 7 Little Pony movie and the Transformer movie. | 7  A. I'm production. I'm just trying |
| 8  Q. What about CDs? | 8 to think. Finance -- I don't remember. |
| 9  A. CDs? | 9  Q. And was this through the '90s? |
| 10  Q. Yes. | 10  A. No, it changed. I mean all these |
| 11  A. I didn't do any CDs. | 11 people were there in the early '90s, then some |
| 12  Q. You didn't do any CDs? | 12 sales people came, they left. |
| 13  A. (Witness nodding.) | 13  Q. Okay. Give me the names of anyone |
| 14  Q. Sunbow didn't? | 14 else that you can remember? |
| 15  A. Not that I know of, no. | 15  A. Ken O'Shanski. |
| 16  Q. What about videos? | 16  Q. What was his job? |
| 17  A. Video distribution? | 17  A. Development. Andrew Carpon, |
| 18  Q. Yes. | 18 finances. Sales -- I don't remember. |
| 19  A. There was -- that was all done | 19  Q. Anyone else? |
| 20 through international sales, home video and | 20  A. I'm trying to give you the people |
| 21 series distribution. I wasn't involved in that. | 21 on my equivalent. No, because Ken took over, |
| 22  Q. Give me the chain of command at | 22 Andrew was there, and then Janet and then -- no. |
| 23 Sunbow in, let's take it, right from 1990. You | 23  Q. Do you know where Mr. O'Shanski -- c... |
| 24 said Tom Griffin and Joe Bacal. | 24  A. He's at Scholastic Productions. |
| 25  A. Right. | 25  Q. And how about -- is it Carpon? |
| Page 18 | Page 20 |

Bryant v. Broadcast Music, Inc., et al  Multi-Page™  Dep of Carole Weitzman
NY State Supreme Court, Rockland Index #5192/00  Taken on May 19, 2003

**Page 21**

1  A. Yeah, I don't know where he is.
2  Q. Where are the sales records of
3  Sunbow, if you know?
4  A. The shows, how they sold? The
5  distribution part is at Loonland in New York,
6  you know, where the materials go.
7  Q. Okay, let me back up. We're
8  trying to locate sales records with respect to
9  Sunbow Productions from the early '90s to date.
10  What can you tell me about where that
11  information might be at this time?
12  A. Well, there were sales that took
13  place out of New York and the sales team was in
14  New York. When Loonland bought the company, the
15  sales team was their company elsewhere.
16  Q. Okay, let's stop right there.
17  When Loonland bought -- when was that, 19 --
18  A. It was right before I left. So I
19  guess it was -- I think 2001, maybe 2000,
20  something like that.
21  Q. So the records of sales of videos
22  or sales of the two movies --
23  A. I'm just saying the sales team was
24  in New York. Where they kept their records, I
25  really don't know. I know that they were there.

**Page 22**

1  Q. Well, where else could they have
2  been, the records?
3  A. Oh, I don't know. I'm sure they
4  were there, but you're asking me that I know
5  that they were there, no, I don't know if they
6  were there.
7  Q. You're sure they were there, but
8  you don't know if they were there?
9  A. The people were there.
10  Q. The people were there, you're
11  assuming they were there?
12  A. Yes.
13  Q. Okay. Do you have anything to
14  base that assumption upon? Did you have an
15  occasion to ask a question in that regard of
16  any of the people on the sales team?
17  A. Not regarding the sales. Once I
18  delivered the shows, I delivered the shows.
19  Q. Who had custody of the sales
20  records, if you know?
21  A. I don't know. There was a sales
22  team. My presumption is they had their own
23  records.
24  Q. Do you know how the records were
25  maintained? Were they on computer, were they

**Page 23**

1  on --
2  A. No.
3  Q. Who would know that?
4  A. Who would know that?
5  Q. Right, who would know that, you
6  were vice-president of the company.
7  A. I was the vice-president of the
8  production part of the company, not the sales
9  part of the company.
10  Q. Did you have meetings from time to
11  time?
12  A. Sure.
13  Q. Did you have sales meetings from
14  time to time?
15  A. I attended them sometimes. So
16  there were people, were pads and pens, and files
17  and computers. I'm not being arbitrary, I'm
18  just saying to you I don't know where their
19  files were, nor would they know where mine were.
20  There were file cabinets all over the office, so
21  my presumption is they had files.
22  Q. What did you do with your records
23  when the company was sold to Loonland?
24  A. I left them.
25  Q. In whose possessions?

**Page 24**

1  A. At the office at 100 Fifth Avenue.
2  Q. You walked out the door, locked
3  the door and left or did you leave them in
4  somebody's custody?
5  A. I left them in the office because
6  there were still people at Loonland that were
7  there.
8  Q. Who succeeded to your position, if
9  you know?
10  A. They don't have production at
11  Loonland. They don't have domestic production.
12  I never worked for Loonland.
13  Q. Who was there in the Sales
14  Department when the company was sold to
15  Loonland?
16  A. There was a woman, Sandrine
17  Pechels.
18  Q. How do you spell Sandrine?
19  A. S-A-N-D-R-I-N-E  P-E-C-H-E-L-S,
20  it keeps going, De, D-E, Saint, S-A-I-N-T,
21  Sardos, S-A-R-D-O-S. She was the remaining
22  salesperson. I believe the rest of the
23  salespeople for Loonland were either in France,
24  England or Florida.
25  Q. She was a Loonland person?

GAF Legal Services, Inc. - (973) 618-0500
188 Eagle Rock Avenue, Roseland, NJ 07068

Page 21 - Page 24

Bryant v. Broadcast Music, Inc., et al     Multi-Page™     Dep of Carole Weitzman
NY State Supreme Court, Rockland Index #5192/00     Taken on May 19, 2003

| | |
|---|---|
| 1   A.  She got hired, yes. | 1  executive producer. |
| 2   Q.  In New York? | 2    Q.  What is Kid Rhino? |
| 3   A.  Yes. | 3    A.  I don't know. |
| 4   Q.  Do you know where she is now? | 4    Q.  You never heard of that company? |
| 5   A.  She's not there any more, they let | 5    A.  (Witness nodding.) |
| 6  her go. | 6    Q.  You never heard of that company in |
| 7   Q.  How did you find that out? | 7  connection with any arrangements with Sunbow |
| 8   A.  She's a friend of mine. | 8  Productions? |
| 9   Q.  Where does she live? | 9    A.  No. |
| 10   A.  In New York. | 10    Q.  Were you involved in any licensing |
| 11   Q.  Where in New York? | 11  deals while you were at Sunbow? |
| 12   A.  In the 90s. I don't have her | 12    A.  No, only as far as, you know, if |
| 13  information here, but she lives in the city. | 13  we licensed the properties. |
| 14   Q.  If I leave a space in the record, | 14    Q.  Well, that's what I'm talking |
| 15  when you get a copy of the transcript can you | 15  about. |
| 16  fill in her address for us? | 16    A.  For sales. I mean not licensing |
| 17   A.  Sure. | 17  like where I work now, there is toys, there is |
| 18  REQUEST: _____ | 18  other ancillary rights. When I delivered the |
| 19   Q.  What was her job? | 19  shows, I know they were licensed for |
| 20   A.  She sold the shows, originally in | 20  distribution, that's the only license. |
| 21  France, the French territories, but then she | 21    Q.  Okay. So you were not involved in |
| 22  ended up doing more domestic, trying to sell the | 22  any transactions where Sunbow licensed rights to |
| 23  international shows to the networks here. | 23  any of these properties to third parties, is |
| 24    MR. MONAGHAN: Roseann, have you | 24  that what you're saying? |
| 25   been able to find out any information about | 25    A.  No, right. |
| Page 25 | Page 27 |

| | |
|---|---|
| 1  the sales records? | 1    Q.  Who had responsibility for that? |
| 2    MS. KITSON: No. | 2    A.  I would imagine C.J. or Tom or |
| 3   Q.  Is there anyone else who might | 3  Joe. |
| 4  have information about the sales records | 4    Q.  Did you ever serve as the producer |
| 5  besides -- can I call her Sandrine? | 5  of any of the TV shows? |
| 6   A.  Oh, yea. No, I mean she would | 6    A.  I was never -- I was usually exec |
| 7  have what's in her head, I'm sure, just from | 7  in charge of production, not producer. |
| 8  her latest sales, but -- I mean over the years | 8    Q.  Are you familiar with the concept |
| 9  they cut staff, cut staff, so people just left | 9  of performance royalties? |
| 10  and went elsewhere. | 10    A.  Um-hum. |
| 11   Q.  Who is Jay Bacal, J-A-Y Bacal? | 11    Q.  What does that mean to you? |
| 12   A.  Joseph. | 12    A.  I know that the publishing |
| 13   Q.  What was he to Sunbow? | 13  companies get a hundred percent of the share of |
| 14   A.  He was like very heavily creative | 14  their publishing rights and that the composers |
| 15  in the series. | 15  and lyricists, whoever, get a hundred percent |
| 16   Q.  What series? | 16  of that through ASCAP, BMI or any international |
| 17   A.  Oh, God, all of them. From when I | 17  society. |
| 18  started, he was in college, but he used to work | 18    Q.  And your testimony is that other |
| 19  on the Great Space Coaster, G.I. Joe, | 19  than cue sheets, you're not familiar with any of |
| 20  Transformers. He was the equivalent in | 20  the other forms that are used with respect to |
| 21  production, you know, in the creative | 21  registering compositions with BMI or ASCAP? |
| 22  production, as I was in production management. | 22    A.  Right. |
| 23  He watched over all of the shows, ... | 23    Q.  And who pays the royalties, those |
| 24   Q.  He was a producer? | 24  performance royalties, that hundred percent to |
| 25   A.  Yes, like a supervising or | 25  the publisher and that hundred percent to the |
| Page 26 | Page 28 |

Bryant v. Broadcast Music, Inc., et al    Multi-Page™    Dep of Carole Weitzman
NY State Supreme Court, Rockland Index #5192/00    Taken on May 19, 2003

**Page 29**

1 writer?
2    A.  I honestly don't know. I know you
3 get paid by ASCAP or BMI, but I don't know how
4 that revenue is generated.
5    Q.  You don't know how that revenue is
6 generated?
7    A.  No.
8    Q.  Do you know what mechanical
9 royalties are?
10    A.  I've heard of it, but I don't
11 know.
12    Q.  Do you know the name Starwild?
13    A.  Yes.
14    Q.  What is Starwild?
15    A.  It's one of Sunbow's publishing
16 companies.
17    Q.  What were the names of some
18 others?
19    A.  Wildstar.
20    Q.  Was one a BMI company and one an
21 ASCAP company?
22    A.  I was just going to say I don't
23 remember which one was which. I think Wildstar
24 was BMI. And then there was Banana Alert and
25 Apollo's Chariot, I think. Banana Alert was

**Page 30**

1 BMI.
2    Q.  Under what circumstances would
3 Sunbow use one or the other of those two
4 companies?
5    A.  In the '90s we started using the
6 Apollo's Chariot and the Banana Alert. I have
7 no idea why.
8    Q.  Who made that decision?
9    A.  I don't really know. That's just
10 what became our companies.
11    Q.  What did you have to do with
12 Wildstar or Starwild?
13    A.  Nothing.
14    Q.  Who at Sunbow had involvement in
15 anything to do with Starwild or Wildstar?
16    A.  I'm not sure -- I don't know what
17 you mean.
18    Q.  Weren't they Sunbow's --
19    A.  It was on a cue sheet, that's all
20 I ever saw was of Starwild and Wildstar.
21    Q.  Well, weren't they companies,
22 Starwild and Wildstar?
23    A.  And I would imagine they were.
24    Q.  And didn't monies come in from
25 time to time payable to Starwild or Wildstar?

**Page 31**

1    A.  If monies came in, they went to
2 the Finance Department, they wouldn't have come
3 to me.
4    Q.  Okay, but maybe you could answer
5 my question anyway.
6    A.  Okay.
7    Q.  Didn't monies come in from time to
8 time payable to Wildstar or Starwild as the
9 publisher of certain compositions?
10    A.  Yes.
11    Q.  How do you know that?
12    A.  There would be checks that would
13 come in.
14    Q.  You would see the checks?
15    A.  Yes.
16    Q.  And what happened to the checks?
17    A.  They went to the Finance
18 Department.
19    Q.  And who had charge of that?
20    A.  Well, over the years it changed.
21    Q.  Give me some names.
22    A.  Years ago it was Bob Darcy, Bill
23 Biehl.
24    Q.  How do you spell Bill Biehl's
25 name?

**Page 32**

1    A.  Bill B-I-E-H-L, I think.
2    Q.  What were their titles?
3    A.  They were like chief financial
4 officers, I think.
5    Q.  Do you know where they are now?
6    A.  No. Then Raul Soto, he was a
7 controller at the time.
8    Q.  And when would either company have
9 received monies, under what circumstances?
10    A.  We also had that music
11 administrator, so he knew about all this too.
12    Q.  Bill Dobishinksi?
13    A.  Yes.
14    Q.  Do you know where he is?
15    A.  He kind of disappeared off the
16 face of the earth. I don't know what happened
17 to him.
18    Q.  Well, have you heard of a company
19 called TAMAD?
20    A.  Oh, yeah.
21    Q.  Do you know what that stands for?
22    A.  No.
23    Q.  And he was an administrator of the
24 publishing for Starwild and Wildstar?
25    A.  He would track the monies and

Bryant v. Broadcast Music, Inc., et al          Multi-Page™          Dep of Carole Weitzman
NY State Supreme Court, Rockland Index #5192/00                      Taken on May 19, 2003

1  hound people to get the monies in, and then he
2  would get a fee.
3      Q.  He took a fee from the monies he
4  tracked?
5      A.  Yes.
6      Q.  And who hired him?
7      A.  Sunbow hired him.
8      Q.  To administer Sunbow's publishing
9  rights?
10     A.  Yes.
11     Q.  And who provided the information
12 to Dobishinski as to what compositions he was
13 to administer?
14     A.  He got copies of the cue sheets.
15     Q.  So this was done through the cue
16 sheets, that was the source of Dobishinski's
17 information?
18     A.  Well, I don't know how he tracked
19 it through ASCAP and BMI.  I know he did have
20 relationships with ASCAP and BMI.
21     Q.  But from Wildstar --
22     A.  From our side?
23     Q.  Yes, from your side.
24     A.  Yeah, through the cue sheets.
25     Q.  Any other sorts of information

Page 33

1  given to him?
2      A.  No.  I mean if he asked for a copy
3  of the show, we would give him a copy of the
4  show, but, you know, we had hundreds of half
5  hours of shows, so...
6      Q.  Now, if a cue sheet reflected that
7  Anne Bryant was the composer of music, where
8  would that information have come from?
9      A.  I guess Tom or Joe.  Somebody
10 would have had to tell me.
11     Q.  Did Sunbow retain copies of the
12 cue sheets that were submitted to ASCAP or BMI?
13     A.  Yes.
14     Q.  And who had custody of those?
15     A.  They are at the office because
16 they are needed for international distribution,
17 they are used by a lot of different people.
18     Q.  Where are they now?
19     A.  I'm surely at Loonland's office.
20     Q.  In New York?
21     A.  Yes.
22     Q.  I know you left, but do you know
23 who would have them?
24     A.  It would be Rebecca Gallivan,
25 G-A-L-L-I-V-A-N.

Page 34

1      Q.  As far as you know, she's still
2  there?
3      A.  Yeah, she's there.  I mean they
4  may be on disks now.  I don't know how they have
5  them, but they have them.
6      Q.  Now, you indicated you're not
7  familiar with Alison Smith; is that correct?
8      A.  No.
9      Q.  Ms. Smith has put in an affidavit
10 in this case indicating that cue sheets are
11 used when music is prepared originally for the
12 TV production.  Do you know anything about that
13 concept?
14     A.  I think what you're saying is what
15 I said at the beginning, when we prepare the
16 show, like the cues are listed.
17     Q.  Now, did you prepare cue sheets,
18 any cue sheets, when I say "you," Sunbow, any
19 cue sheets with respect to any of the music
20 composed by Anne Bryant for any of those
21 compositions or those properties that we talked
22 about earlier?
23     A.  Well, I mean I know Anne worked on
24 the early series, especially Jem, is the one I
25 really remember her working on.  So I'm sure she

Page 35

1  would be on the cue sheets.
2      Q.  But the music that was composed by
3  Anne was not composed for any TV production or
4  any other iteration, they were composed as
5  jingles; isn't that right?
6      A.  No, the songs that she did for Jem
7  were composed for the series.  She may have done
8  for commercials, which are called jingles, but
9  she didn't do jingles for the series.
10     Q.  For the Jem series?
11     A.  (Witness nodding.)
12     Q.  What about Transformers?
13     A.  I don't remember working with her
14 on those series.
15     Q.  You know she composed the music
16 though; isn't that right?
17     A.  I don't know that.
18     Q.  Do you know whether Anne had any
19 rights at all with respect to G.I. Joe?
20     A.  No.
21     Q.  You don't know?
22     A.  No.
23     Q.  Do you know Ford Kinder?
24     A.  They were partners, I believe, at
25 the time when I worked with them.

Page 36

Bryant v. Broadcast Music, Inc., et al     Multi-Page™     Dep of Carole Weitzman
NY State Supreme Court, Rockland Index #5192/00               Taken on May 19, 2003

---

1    Q. Have you had any dealings with
2 Ford Kinder?
3    A. No, not for years.
4    Q. I'm going to show you now a
5 clearance form, which I'm going to ask the
6 reporter to mark as Weitzman Exhibit A.
7
8       (Weitzman Exhibit A, Clearance
9       Form, marked for identification.)
10
11    Q. Have you ever seen that type of
12 document before?
13    A. No.
14       MR. MONAGHAN: I'm going to show
15    you, I'm going to have them marked
16    collectively, the top document is a letter
17    from your attorney, Ms. Kitson, enclosing
18    documents, and there is also your list,
19    Roseann, and a number of license
20    agreements.
21       Since you may or may not know
22    anything about this, I would like to mark
23    them collectively as Weitzman Exhibit B,
24    with the caveat that it doesn't include the
25    videotapes, which I've mentioned

Page 37

---

1    in the letter.
2
3       (Weitzman Exhibit B, Group of
4       documents, marked for identification.)
5
6    Q. I'm going to ask you to take a few
7 minutes, please, look through those documents,
8 and then I'll ask you a question or two about
9 them.
10    A. No, I haven't seen these.
11    Q. You've never seen any of these
12 before?
13    A. No.
14       MR. MONAGHAN: Roseann, just a
15    question on the record, are you
16    representing Loonland?
17       MS. KITSON: No, we represent
18    Sunbow Productions.
19       MR. MONAGHAN: I guess we're going
20    to have to mark this batch as Exhibit C.
21    The top page is Bates stamped 2398 and the
22    bottom page is marked 2606.
23
24       (Weitzman Exhibit C, Document
25    bearing production number 2398 on the top

Page 38

---

1    page and production number 2606 on the last
2    page, marked for identification.)
3
4    Q. I show you now, Ms. Weitzman,
5 Weitzman C for identification and ask you if you
6 could identify these documents?
7    A. Yeah, these are cue sheets.
8    Q. Does each of these bear your name?
9    A. Yes. Well, I mean -- yes.
10    Q. And what does that signify, that
11 your name is on there?
12    A. That anything that came in the
13 office regarding this, you know, questions or
14 whatever, would just come to my attention.
15 Basically we just filed these and I didn't
16 really hear anything about it afterwards.
17    Q. So the information that's in those
18 cue sheets was prepared by Sunbow?
19    A. No, I think initially the
20 information about the cues came from, as I said,
21 the music editor. Then it probably got
22 compiled either -- I don't remember if it was
23 through me or Bill, because once Bill came on
24 board --
25    Q. Bill Dobishinski?

Page 39

---

1    A. Yeah, he had us reformat these cue
2 sheets because apparently the way we did them
3 wasn't very clear.
4    Q. Are these pre-reformatting?
5    A. These are the ones that I
6 remember.
7    Q. So was that before or after
8 Dobishinski said to reformat them?
9    A. I think this is during
10 Dobishinski. Yeah, because this is '86.
11    Q. Who was the music editor?
12    A. I don't know, somebody that worked
13 at Marvel during the post-production.
14    Q. Okay, I'm a little unclear now.
15    A. Okay.
16    Q. Let's take these compositions that
17 are in these cue sheets, could you
18 illustratively give me a few examples of some of
19 the Anne Bryant compositions?
20    A. Okay, My Little Pony and Friends
21 theme.
22    Q. You're looking at the first page?
23    A. Yes.
24    Q. Okay, My Little Pony and Friends
25 theme.

Page 40

---

Bryant v. Broadcast Music, Inc., et al      Multi-Page™                    Dep of Carole Weitzman
NY State Supreme Court, Rockland Index #5192/00                            Taken on May 19, 2003

| | |
|---|---|
| 1   A.  Right. | 1  understanding would be the same as to the |
| 2   Q.  What does it indicate next to | 2  others? |
| 3  Ms. Bryant's name? | 3          MS. KITSON:  Objection as to the |
| 4   A.  That she gets 25 percent -- where | 4      others. |
| 5  are the publishing companies?  Oh, this is just | 5   Q.  As to the other cue sheets, your |
| 6  the composer's share?  Yeah.  Oh, here is the | 6  answer would be the same? |
| 7  publisher.  Okay, that Anne gets 25 percent of | 7   A.  Yes. |
| 8  the composer share. | 8   Q.  Okay.  What is the Mary Williams |
| 9   Q.  Let's stop right there.  Who was | 9  Music Clearance Corporation, if you know? |
| 10  the source of that information? | 10   A.  It was a company that we cleared |
| 11   A.  That's what I'm saying, I don't | 11  rights for music that we didn't own, if we |
| 12  know  who was the source of it. | 12  wanted to license music, like on The Great Space |
| 13   Q.  That would not be something the | 13  Coaster, primarily. |
| 14  music editor -- | 14   Q.  Okay.  Well, what music did you |
| 15   A.  No, no, the music editor would | 15  own? |
| 16  list  the themes, and then there would be | 16   A.  On The Great Space Coaster, there |
| 17  whatever deals were worked out with Tommy | 17  was music that we owned, but then there was |
| 18  Goodman and  Barry Harmon and anything else. | 18  music in the public that we wanted to license |
| 19   Q.  Who is Barry Harmon? | 19  and re-record, that's when we did it.  Anything |
| 20   A.  He was a lyricist. | 20  else, I believe, was composed for the shows by |
| 21   Q.  And who would work these deals | 21  us. |
| 22  out? | 22   Q.  Okay, take me through this, |
| 23   A.  They would be worked out with Tom | 23  please,  and take the record through it, so that |
| 24  and Joe. | 24  anyone  reading this can understand.  Who owned |
| 25   Q.  With Tom and Joe? | 25  the music that was prepared for a Sunbow TV |
| Page 41 | Page 43 |

| | |
|---|---|
| 1   A.  Um·hum. | 1  production? |
| 2   Q.  Tom Griffin and Joe Bacal? | 2   A.  Well, I could tell you what I |
| 3   A.  Yes. | 3  presume, but -- |
| 4   Q.  So ultimately Tom Griffin and Joe | 4   Q.  Well, I mean if it's an informed |
| 5  Bacal were responsible for the percentage | 5  understanding, then fine.  If it's just a sheer |
| 6  allocations? | 6  guess, then don't guess. |
| 7   A.  (Witness nodding.) | 7   A.  It's my presumption that Sunbow |
| 8   Q.  Is that a yes? | 8  owned that music. |
| 9   A.  I don't know that it is, but I | 9   Q.  Okay.  And what's the presumption |
| 10  know I didn't give the information, and I don't | 10  or assumption based upon? |
| 11  know  anybody else that would, except them. | 11   A.  Generally, we had contracts with |
| 12   Q.  You don't know anyone else that | 12  composers.  Later on I did those contracts that |
| 13  would, except them? | 13  were simple buyout agreements with composers. |
| 14   A.  Right. | 14   Q.  You were actually responsible for |
| 15   Q.  I mean, they would have nay or yea | 15  those contracts? |
| 16  say on that ultimately anyway, wouldn't they? | 16   A.  Not the early years, because I was |
| 17   A.  Yes. | 17  just a PA on the early shows. |
| 18   Q.  So let's take that My Little Pony, | 18   Q.  Are you familiar with the concept |
| 19  25 percent, you assume that that was the | 19  of work for hire? |
| 20  percentage  that was assigned by Mr. Bacal or | 20   A.  Yes, that's what we had. |
| 21  Mr. Griffin? | 21   Q.  Is that what you're talking about? |
| 22   A.  Yes. | 22   A.  Yes, that is what we called |
| 23   · ·Q.  Okay.  And then any deals on  ·· | 23  buyout· ··· ··· ·· · · · ·· · ·· ·· ·· · |
| 24  percentages shown on Ms. Bryant's compositions | 24   Q.  And so if a composer composed |
| 25  reflected in these cue sheets, your | 25  music for one of your productions on a work for |
| Page 42 | Page 44 |

1  hire basis, Sunbow owned that music?
2      A.  Yes.
3      Q.  Okay.  Now, what did that have to
4  do with performance royalties, if anything?
5      A.  I don't actually know.
6      Q.  Do you know of situations where,
7  notwithstanding the fact that it was a work for
8  hire, the composer continued to receive their
9  performance royalties?
10     A.  On the contracts that I did for
11 Sunbow, the publishing went a hundred percent to
12 Sunbow.  The composer, lyricist, whatever, they
13 received a hundred percent of that side of
14 either ASCAP or BMI.  That's the way the deals
15 were that I've done.
16     Q.  So they continued to receive the
17 royalties?
18     A.  Yes.  Yes.
19     Q.  So that's even in the case where
20 it's a work for hire?
21     A.  In the deals that I did, yes.
22     Q.  Well, were you the person involved
23 with the deals that you did with respect to Anne
24 Bryant's compositions?
25     A.  No.

Page 45

1  Q.  Who was responsible for those?
2      A.  I believe Tom and Joe were the
3  people involved with the deals.
4      Q.  How was it determined that you
5  would be involved with a deal or Tom and Joe
6  would be involved with a deal?
7      A.  As I grew -- I didn't just
8  unilaterally make decisions, but as I grew with
9  the company and became more senior and
10 supervised productions and co-productions, I
11 knew the template for what the deal was in the
12 co-production scenario, you know, the '90s, I
13 guess it is.  In the earlier years, I was just
14 watching over things, but not the business end
15 of it.
16     Q.  Are you aware of any circumstance,
17 and this isn't general, this is specific to Anne
18 Bryant or Ford Kinder, where Joe Bacal received
19 credit for -- in terms of BMI, writer credits to
20 which he was not entitled?
21     A.  No.
22     Q.  And when I say not entitled, where
23 he actually didn't write the music?
24     A.  Right.  No, I know what you mean.
25     Q.  Are you familiar with The

Page 46

1  Transformers themes?
2      A.  Um-hum.
3      Q.  That's a yes?
4      A.  Yes.
5      Q.  Do you know what Joe Bacal had to
6  do with composing any of the music to that?
7      A.  No.
8      Q.  Do you know that he's shown as a
9  24.9 percent participant in the writer's share?
10     A.  No.  I mean, if it's on a cue
11 sheet and you show it to me, I might -- you
12 know, I know a lot of the themes for the show
13 were in commercials first, so they were handed
14 over to me as a theme.  Do you know what I mean?
15     Q.  Okay, let's explore that a little
16 bit.  A lot of the music you say was done as
17 commercials first?
18     A.  Yes.
19     Q.  Are we talking about the Anne
20 Bryant music?
21     A.  I don't know if it was Anne's
22 music.  I know a lot of the series themes were
23 toy properties and they were commercial themes
24 first.
25     Q.  And how were they treated when

Page 47

1  something else was done with that commercial
2  music in terms of these cue sheets?
3          MS. KITSON:  Objection, vague.
4          MR. MONAGHAN:  I'll rephrase it.
5      Q.  You say it was handed over to you,
6  that was the phrase you used, what did you mean?
7      A.  The theme that was used in a
8  commercial was frequently used in an extended
9  version for the TV show.
10     Q.  Okay.  And how did you handle
11 registration with BMI or ASCAP in those cases?
12     A.  It then became part of the cue
13 sheet for the show.  I had nothing to do with
14 the cue sheets for the commercials, that's a
15 separate area.
16     Q.  Right.  And who told you that you
17 could use cue sheets in those circumstances?
18     A.  Cue sheets?
19     Q.  Right.  Who told you that a cue
20 sheet was the appropriate form?
21     A.  I didn't say it was -- I'm sorry,
22 not the cue sheet was handed over to me.  If
23 there was a theme that was used and frequently
24 that theme was rolled over into being used in a
25 show, but expanded generally by the composer.

Page 48

Bryant v. Broadcast Music, Inc., et al    Multi-Page™    Dep of Carole Weitzman
NY State Supreme Court, Rockland Index #5192/00    Taken on May 19, 2003

| | |
|---|---|
| 1 Q. Right. Okay. How did Sunbow | 1 cue sheets by the producer of each episode of |
| 2 assure itself that the composer's interest was | 2 each show series or film." |
| 3 being accurately reflected in the cue sheets? | 3 Q. Is that statement consistent with |
| 4 A. I have no idea. | 4 your understanding of how this works, the |
| 5 Q. Well, wasn't that your job? | 5 registration with BMI? |
| 6 A. I had nothing to do with the | 6 A. Well, I've only done the cue sheet |
| 7 accuracy of these cue sheets. The accuracy in | 7 parts, so I've never done any kind of |
| 8 later years had to do with me. I was the person | 8 registration form that's here. With respect to |
| 9 that these cue sheets went to and filed them | 9 the cue sheets, yes. |
| 10 and worked with Bill Dobishinski to look after | 10 Q. That is consistent? |
| 11 the money. This division had nothing to do | 11 A. Yes. |
| 12 with me. It may have had to be based on | 12 Q. That's the form that's used when |
| 13 contracts that existed, but I wasn't the person | 13 music is written specifically for the TV |
| 14 that said give yada yada this percentage or | 14 production? |
| 15 whoever. | 15 A. Well, it's a record of what's in |
| 16 Q. Who did? | 16 the show. Whether it was originally written |
| 17 A. Tom or Joe. Whoever did the | 17 for the show, I don't know, but it's just a |
| 18 contract, which generally was Tom or Joe. | 18 list of what music is contained within the |
| 19 MR. MONAGHAN: Do you want to take | 19 show. |
| 20 a two-minute break? | 20 Q. Well, you see that Ms. Alison |
| 21 MS. KITSON: Sure. | 21 Smith says -- she uses the word "specifically"? |
| 22 | 22 A. Well, she may have a broader |
| 23 (Recess taken.) | 23 knowledge than I have of that, but as far as I |
| 24 | 24 know, the cue sheet was really just a record of |
| 25 BY MR. MONAGHAN: | 25 what's within the show. Just like you know who |
| Page 49 | Page 51 |

| | |
|---|---|
| 1 Q. I'm going to show you, I alluded | 1 the writer is, you know who the composer is, you |
| 2 to it earlier, Ms. Weitzman, the affidavit of | 2 know all of that stuff. |
| 3 Alison Smith, who is a vice-president of | 3 Q. But -- |
| 4 performing rights of Broadcast Music, Inc., | 4 A. But if it was written specifically |
| 5 BMI. And I'm going to direct your attention to | 5 for the show, that was never a consideration |
| 6 paragraph four of this affidavit, which is dated | 6 that I had. It was just contained within the |
| 7 March 16, 2001, and ask you to take a look at | 7 show, is why I thought it was on a cue sheet. |
| 8 that. And you're also free, if you need to, to | 8 Q. Again, who supplied the |
| 9 read any other part of that affidavit that you'd | 9 information in the cue sheet? |
| 10 like. | 10 A. The actual -- |
| 11 Could you read that into the | 11 Q. Who prepared the cue sheets? |
| 12 record when you're done reading it for yourself? | 12 A. The physical cue sheets were |
| 13 A. Okay. | 13 probably prepared through Marvel and Bill |
| 14 Q. Now, could you read that paragraph | 14 Dobishinski and us. The information had to |
| 15 four into the record for us? | 15 have been given -- this part (indicating) from |
| 16 A. "By way of background, there is | 16 Sunbow, and it wasn't me that gave that break |
| 17 more than one way in which a musical work may be | 17 out. |
| 18 registered with BMI. For songs, the common way | 18 Q. You said it was Tom and Joe? |
| 19 is for either the writer or the music publisher | 19 A. Yes. |
| 20 to submit a registration form. With respect to | 20 Q. Okay. Now, could you tell me |
| 21 themes and background music specifically written | 21 which of these properties I'm showing you now, |
| 22 for television, registration forms are rarely | 22 there is a boxed set G.I. Joe, Jem, G.I. Joe The |
| 23 submitted. These works, which is the type of | 23 Movie, Transformers CDs -- |
| 24 music in question in this action, are most often | 24 MS. KITSON: Those are DVDs. |
| 25 registered with BMI through the submission of | 25 A. Those are DVDs, not CDs. |
| Page 50 | Page 52 |

Bryant v. Broadcast Music, Inc., et al        Multi-Page™                Dep of Carole Weitzman
NY State Supreme Court, Rockland Index #5192/00                          Taken on May 19, 2003

**Page 53**

1  Q. Let's start with, are you familiar
2  with these products?
3  A. The shows? I've seen these
4  materials, but that was all done through the
5  sales team. Any of the sales to create these
6  things was done through the sales team. I gave
7  the master show and then whatever was done with
8  that, was done with it.
9  Q. Well, do you know whether the
10 music was written specifically for, for example,
11 the G.I. Joe videos I'm showing you now, the
12 boxed set?
13 MS. KITSON: Objection, the
14 witness doesn't know what music is on the
15 videos you're showing her.
16 MR. MONAGHAN: Well, maybe she
17 does.
18 Let me show it to her.
19 Q. You were at Sunbow in 1999,
20 correct?
21 A. Um-hum.
22 Q. And G.I. Joe was a Sunbow
23 production?
24 A. Yes.
25 Q. And you said you weren't familiar

**Page 54**

1  with Rhino Entertainment Company; is that right?
2  A. No. I saw it on the boxed set
3  now, so I know, but as I said, I didn't do the
4  deal with them, that's a sales function.
5  Q. I'm sorry, were you there after
6  Sony was involved at Sunbow?
7  A. Yes, in the late '90s, right.
8  Q. And that's after Tom and Joe sold
9  the company to Sony?
10 A. Right.
11 Q. You remained on?
12 A. Um-hum.
13 Q. At the risk of repetition, just
14 for --
15 A. Yes, I did.
16 Q. I won't ask it again.
17 A. And just to clarify for you, when
18 I started at Sunbow in '80, I had been a
19 teacher for 10 years, so I was a PA, I worked
20 with Tom and Joe, they taught me, they gave me
21 more and more responsibility. Starting up in
22 the '90s, they started delegating a lot of their
23 work, because they had their own advertising
24 agency throughout the whole term, to C.J., who
25 was then the president. We moved out of their

**Page 55**

1  offices, we worked there, so things evolved
2  throughout. So when I say in the early years
3  what deals were set up, I just found out what
4  the deals were or what had to be put, and
5  that's kind of the evolution of my position.
6  Q. Who did you report to when Sony
7  was the owner?
8  A. Well, when Sony first acquired us,
9  there was Ted Green that was there, he was the
10 head of it, and then Becky Mancuso. So I pretty
11 much reported to Ted. And he left near the very
12 end of Sony and then Becky took over for a while
13 and then they just -- it fell apart. And from
14 what I understood, part of Sony's deal with
15 Loonland is they had to deliver the Cramp Twins
16 series. So that's when I started to work with
17 George Becker, because he needed me to help
18 fulfill the delivery of that series. So I
19 hadn't worked with George the whole time I was
20 there, but at the end he was kind of left with
21 the leftovers.
22 Q. Is that at 100 Fifth?
23 A. No, George was at Sony.
24 Q. Where was that office?
25 A. We stayed at 100 Fifth Avenue.

**Page 56**

1  Sony Wonder was up in the Sony building.
2  Q. Okay. And what was Ted Green's
3  title?
4  A. I don't know. He was somehow the
5  head of Sony Wonder. I don't know what his
6  title was.
7  Q. And he was also at the Sony Wonder
8  building?
9  A. Yes.
10 Q. And Becky Mancuso, likewise?
11 A. She was in LA Sony Wonder.
12 Q. And during the time that Sony
13 owned the company, which is from 1997-ish?
14 A. I don't know. They were my worst
15 years, nothing to do with Sony.
16 Q. Through what, 2001?
17 A. Yes, the end of 2001. Once we
18 delivered Cramp, I think that was their final...
19 Q. Where were the records kept?
20 MS. KITSON: Objection as to the
21 records. Vague.
22 Q. The business records?
23 A. All of my stuff...
24 Q. Sunbow's records?
25 A. Sunbow Production, my part was

1  down with me. There was still a sales team
2  that was still down there.
3      Q.  Were you ever present at a meeting
4  with Joe Bacal at any time where there was a
5  discussion of percentages of interests in a
6  song?
7      A.  No.
8      Q.  Do you have any knowledge as to
9  why Anne Bryant wouldn't be paid mechanical
10 royalties on videos or DVDs that have music
11 composed by her?
12     A.  I honestly don't know what her
13 deal was.
14     Q.  Well, aside from her deal, do you
15 know why --
16     A.  I don't know what a mechanical
17 royalty is.  I know what -- I don't know
18 specifically what that means, regarding --
19     Q.  Well, assume for the sake of my
20 question that a mechanical royalty is something
21 other than a performance royalty and it's a
22 royalty generated by some mechanical iteration
23 of a composition, a record, a DVD, a movie,
24 something like that.  Do you know why she's not
25 getting any money, assume she's not getting any

Page 57

1  for the sake of my question, would go where?
2      A.  I've never mentioned mechanical
3  royalties in contracts.
4      Q.  Okay, whatever other royalties
5  there are?
6      A.  If there are other royalties, I
7  would imagine they would go to Sunbow, but I
8  don't know for sure.
9      Q.  Now, did that represent some sort
10 of a change in policy at Sunbow with respect to
11 payment of royalties?
12     A.  What I've done, versus what
13 existed?  I really don't know what existed
14 before.  I thought what I have done is kind of
15 the template for what the deals have been.
16     Q.  Okay.  That's from the time you
17 were involved in doing those?
18     A.  Um-hum.
19     Q.  You say you don't know what --
20     A.  I don't know the deals.
21     Q.  Well, do you know whether it was a
22 change in any way, shape or form?
23     A.  No, I don't.
24     Q.  And a typical contract that you
25 talked about, again, please, what was the name

Page 59

1  money, do you know why she's not getting any
2  money on any of these compositions?
3      A.  No.
4      Q.  Do you know what Sunbow's position
5  is with respect to that issue?
6      A.  In the contracts I've done,
7  composers don't get anything other than the fee
8  that you give them up front and any ASCAP or
9  BMI that they are entitled to for their share.
10     Q.  And when you say then in the
11 contracts you've done, could you give me an
12 example of a contract you've done?
13     A.  Oh, you mean with the composers
14 that I've worked with?
15     Q.  Yes.
16     A.  Helene Muddiman, she just did
17 Cramp Twins for us.
18     Q.  Let me go back up a little bit.
19 You say in the contracts that you've done, the
20 composers don't get anything but their
21 performance royalty?
22     A.  They get the performance royalties
23 and an amount of money to do a certain library
24 of cues.
25     Q.  So whatever mechanical royalties,

Page 58

1  of that party?
2      A.  Helene, H-E-L-E-N-E, Muddiman,
3  M-U-D-D-I-M-A-N.
4      Q.  And this was on the Cramp Twins?
5      A.  Yes.
6      Q.  Could you give me an example of
7  one a little older than that?
8      A.  Well, all of the deals that I've
9  been involved with -- I'm trying to think of the
10 series. Nathan Wang did it for Fat Dog Mendoza,
11 it's another series.  Hey, it's cartoons, you
12 know.
13     Q.  And were these compositions
14 written as commercials or written for these
15 production?
16     A.  Written for the productions.
17     Q.  And when you said, "in the
18 contracts that you've done," were you talking
19 about contracts with respect to TV productions?
20     A.  Yes.
21     Q.  So you weren't talking about music
22 that was originally composed for commercials?
23     A.  No, I have not been involved in
24 the commercial area.  That was Griffin Bacal,
25 which was a separate company and a separate

Page 60

Bryant v. Broadcast Music, Inc., et al          Multi-Page™          Dep of Carole Weitzman
NY State Supreme Court, Rockland Index #5192/00                      Taken on May 19, 2003

1 commercial division.
2     Q.  Did you ever say to Anne in words
3 or substance that you thought the talent was
4 overpaid?
5     A.  No.
6     Q.  You never expressed that sentiment
7 to her?
8     A.  I can't imagine saying that,
9 although I felt it on many occasions.
10    Q.  Did you tell her, in or about
11 1998, that Sunbow no longer pays composers of
12 underscores because they get to keep their
13 royalties and they're satisfied with that?
14    A.  I don't even remember talking to
15 her in '98.
16    Q.  Well, don't hold me to the year,
17 but did you ever express that sentiment to her?
18    A.  By saying that the composers get
19 the money and they keep it?
20    Q.  That's enough.
21    A.  That's what we're doing, so it's
22 consistent with what we're doing.  I just can't
23 imagine that was a conversation, but...
24    Q.  It's possible?
25    A.  I honestly don't remember talking

Page 61

1 to her.
2     Q.  Who was the person responsible for
3 communicating the names and percentages of the
4 authorship of the composition to Sunbow's
5 administrator, Bill Dobishinski?
6     A.  I don't really know.  I mean, I
7 didn't have that information, so if it was
8 communicated, it was either Tom, Joe or probably
9 through them from the Finance Department.
10    Q.  When Sunbow was sold to Sony, did
11 Sunbow have to advise Sony of its interests in
12 various properties, what it owned in various TV
13 properties, stuff like we're talking about right
14 here?
15    A.  The only thing I had to give were
16 copies of the copyright forms, that's what I had
17 to provide during the deal.  I don't know what
18 else they had to -- Sunbow had to provide to
19 Sony, I don't know.
20    Q.  Did you have charge of the
21 copyright forms or custody of them?
22    A.  Um-hum.
23    Q.  And why did you have custody of
24 those?
25    A.  Because I would register them.  I

Page 62

1 would get the forms for every episode, so would
2 our attorney, make sure it was right, and then
3 for every subsequent half hour, I would register
4 it once the show aired.
5     Q.  Where would you register it?
6     A.  The Office of Copyright.
7     Q.  The Copyright Office in
8 Washington?
9     A.  Washington, yes.
10    Q.  Do you know what an arranger's
11 function is with respect to a musical
12 composition?
13    A.  No.
14    Q.  Do you know whether arrangers
15 receive fees?
16    A.  Don't know.
17    Q.  Did you notice in some of the
18 documents that you have G.I. Joe opening theme
19 and then you have some other theme, closing
20 theme, that type of thing?
21    A.  Yes.
22    Q.  You've seen that before?
23    A.  Um-hum.
24    Q.  Okay.  Who makes the determination
25 as to the identity of that piece of music,

Page 63

1 calling it a closing theme or opening theme?
2     A.  Well, for every show there's -- in
3 visual, it's called a main title, it's the
4 beginning of the show that kind of tells the
5 back story in animation, and there was a theme
6 that goes over that, so it's the theme show.
7 And generally, it's repeated at the end of the
8 show over the end credits.
9     Q.  Okay.  But in the registration
10 with BMI and I could show you some and I'm
11 sure you've seen them, they've used
12 designations like that, opening theme, closing
13 theme, whatever.  Who tells BMI what name to
14 give to the piece of music?
15    A.  Oh, we name the cues.  We, meaning
16 the composer.
17    Q.  Sunbow?
18    A.  Well, no, the composer generally.
19 I mean there are cues that are done for anxious
20 time, there are cues that are race time.
21    Q.  Right.
22    A.  Each cue is given a name by the
23 composer, and then that is given as a library-to-
24 the editor that puts it together.
25    Q.  To the music editor?

Page 64

1    A.  Yes.  And they use the cues, the
2  list of cues.
3    Q.  Now, do you know of any
4  circumstance where an originally composed theme
5  by, let's say, Anne Bryant could then become the
6  property of somebody else who may have
7  rearranged it or changed the music in some
8  respect, would that be a situation where someone
9  else would get credit for her music?
10    MS. KITSON:  Objection to the
11    form.
12    Q.  Do you understand that question or
13  is that too long?
14    A.  No, it's not too long, I'm trying
15  to understand it.  I don't know.  The only time
16  we ever redid a series, we did G.I. Joe Extreme
17  and we did Transformers Generation X, I forgot
18  the name of it.  So if you're saying she
19  composed themes for that, there was music in
20  those series.  I don't know if they were
21  rearranged themes, I don't know what they were,
22  but I'm just saying those were the only shows.
23  Like out of this show, Jem died as a series, My
24  Little Pony died.  A lot of these shows were
25  airing in '86 or '87.  The only ones that we

Page 65

1  did, kind of coming back was G.I. Joe and
2  Transformers.
3    Q.  They are coming back?
4    A.  They were, you know, in the
5  mid-'90s.
6    Q.  Well, do you know what is being
7  sold now on AMAZON.COM, for example?
8    A.  No.
9    Q.  Whose job was it at Sunbow to make
10  sure that Sunbow as publisher was getting its
11  correct performance royalties?
12    A.  At Sunbow, itself?  Well, I know
13  Bill worked with the Finance Department, Bill
14  Dobishinski, I mean because he got his fee.  He
15  was the one that tracked all of this.  There was
16  nobody at Sunbow who knew the music business to
17  do this.
18    Q.  But how did Sunbow know whether or
19  not it was getting shorted, if it was getting
20  shorted?
21    A.  They hired him to do the
22  administration and look over it, the same way we
23  hired Sony afterwards to do that, before they
24  ever bought us, when Bill disappeared.
25    Q.  I'm sorry, let me get that again.

Page 66

1  You hired Sony to do the same thing that --
2    A.  Sony has an administration
3  division, ATV.  We interviewed a lot of
4  different music administrators after Bill left
5  and then we hired Sony to do that,
6  coincidentally, it has nothing to do with the
7  Sony Wonder sale, and that was before they ever
8  bought us.
9    MR. MONAGHAN:  Let me mark this
10    document, please.
11
12    (Weitzman Exhibit D, Form
13    submitted by Sony ATV during the time it
14    was administering Sunbow's publishing,
15    marked for identification.)
16
17    Q.  Are you familiar with Exhibit --
18  take a look.  Let me give you a minute.
19    A.  No, I've never seen this.
20    Q.  Well, I think it says cue sheet
21  there, doesn't it?
22    A.  It's not a cue sheet, I don't
23  think.  No.
24    Q.  Okay.  But you do see that Sony
25  is --

Page 67

1    A.  The submitter, Sony ATV?
2    Q.  Sorry?
3    A.  Sony ATV, it says, as submitter.
4    Q.  Right.  Would this be a form, if
5  it's not a cue sheet, submitted by Sony ATV
6  during the time it was administering Sunbow's
7  publishing?
8    MS. KITSON:  Objection.
9    A.  I've never seen this, so I don't
10  know who submitted it or when.  I mean, I see
11  it's dated 1997, but I've never seen it.
12    Q.  Was Sony doing the publishing
13  administration for Sunbow in that period of
14  time?
15    A.  I imagine it was.  There is a
16  contract with them, but, yeah, I would imagine
17  it was.
18    Q.  And is that at or about the time
19  when they took over from Bill Dobishinski?
20    A.  It was in the '90s when we did it,
21  when we moved into the office of 100 Fifth
22  Avenue, I don't remember the year, but I have
23  not seen these.  This sheet, this girl Elise
24  worked for me a long time ago.  Oh, yeah, I see
25  it's 85, that's not a new one.

Page 68

Bryant v. Broadcast Music, Inc., et al          Multi-Page™          Dep of Carole Weitzman
NY State Supreme Court, Rockland Index #5192/00                      Taken on May 19, 2003

| | |
|---|---|
| 1   Q. There may be more than one<br>2 document together there.<br>3   A. Maria Perez, I don't know who that<br>4 is. Wholly Molley music. Oh, the Scotty<br>5 Brothers, they were the people who worked on the<br>6 Transformers movie. But these other sheets, I<br>7 don't know what they are.<br>8   Q. Okay. Did you give me the names<br>9 of the people in the Finance Department?<br>10   A. Yeah, it was Bill Biehl, Bob<br>11 Darcy, Raul Soto, Andrew Carpon.<br>12   Q. Who had custody of employment<br>13 records at Sunbow?<br>14   A. I don't know for sure, but C.J.<br>15 was the president and Tom and Joe. I don't<br>16 know where the records were. Like a Human<br>17 Resource, is that what you're talking about?<br>18   Q. Yes.<br>19   A. We didn't have Human Resource, so<br>20 it was probably done through C.J. and the<br>21 finance guys.<br>22   Q. Do you know whether those records<br>23 were turned over to Loonland?<br>24   A. I don't know, but they would have<br>25 been turned over to Sony first, if they were<br><div align="right">Page 69</div> | 1   A. Sony, I believe. Sunbow, Sony.<br>2   Q. Well, do you know?<br>3   THE WITNESS: You told me, but I<br>4 forgot.<br>5   A. I don't remember if it is Sony or<br>6 Sunbow. I think Sunbow.<br>7   Q. Did you ever see the BMI<br>8 statements that were prepared from time to<br>9 time?<br>10   A. No, I don't think so.<br>11   Q. So if I showed you BMI statements<br>12 now, you would not have familiarity with those;<br>13 is that correct?<br>14   A. I could look at it and see if it's<br>15 something that's familiar, I may not have known<br>16 what it was called, do you know what I mean?<br>17   Q. Yeah, but you would not be able to<br>18 testify about the information in the form; is<br>19 that right?<br>20   A. Right.<br>21   Q. Now, you testified earlier about<br>22 the Mary Williams Clearance Corporation, and I<br>23 think your testimony was that if you didn't own<br>24 the music, or if Sunbow didn't own the music<br>25 you, would use this Mary Williams Clearance<br><div align="right">Page 71</div> |
| 1 turned over to anybody. And then I don't know<br>2 what Sony did.<br>3   Q. And where is C.J. Kettler?<br>4   A. C.J. does free-lance work in the<br>5 industry, I don't know where she is now.<br>6   Q. Do you know where she lives?<br>7   A. Yeah, she lives in the city.<br>8   Q. In the city?<br>9   A. Yeah.<br>10   Q. And for whom does she do<br>11 free-lance work?<br>12   A. I think it's a company called<br>13 Solara. She used to work at Oxygen, that's where<br>14 I knew her last.<br>15   Q. That's the cable?<br>16   A. Yes.<br>17   Q. And when did she leave the<br>18 company?<br>19   A. When it was sold. She and Tom --<br>20 oh, no, actually she stayed on after Tom and Joe<br>21 and she sold it. She stayed on with Sony, and<br>22 I'm trying to think, around the time Ted left<br>23 she went to work at Oxygen, and then she went<br>24   Q. How is it that Ms. Kitson is here<br>25 representing you today, who hired her?<br><div align="right">Page 70</div> | 1 Corporation?<br>2   A. If we wanted a sync license.<br>3   Q. A sync license?<br>4   A. Yeah, if we wanted to use another<br>5 composer's music, and it was basically done in<br>6 the Great Space Coaster, I don't remember it<br>7 done in any of the animated series, that we<br>8 would use Mary Williams to get the sync<br>9 license, and then we would be able to use it in<br>10 the show.<br>11   Q. And the sync license is what, for<br>12 the record?<br>13   A. It was called a sync license. The<br>14 right to use it.<br>15   Q. In the production of some sort of<br>16 movie or film?<br>17   A. Yeah, TV or -- right.<br>18   Q. Is it the synchronization of the<br>19 movie with the film?<br>20   A. I don't know what the name comes<br>21 from. To me it was just a license to use the<br>22 music. Not the recording of the person that<br>23 originally recorded it, but to re-record it for<br>24 your show.<br>25   Q. Do you know the Harry Fox Agency?<br><div align="right">Page 72</div> |

1    A.  They were one of the people that
2 Mary used to talk to to get rights.
3    Q.  Okay.  And I'm going to show you a
4 batch of documents, which are Bates stamped 2205
5 through 2397.  And we'll let the reporter mark
6 collectively, which appear to be Mary Williams
7 Clearance Corporation cue sheets addressed to
8 Sunbow Productions, reflecting various
9 compositions, although actually it looks like
10 they are all Transformers.
11    I ask the reporter to mark that,
12 and then if you could take a look at it.
13    MS. VALENCIA:  Patrick, where do
14 those Bates numbers come from?
15    MR. MONAGHAN: Ours.
16
17    (Weitzman Exhibit E, Document
18 bearing production numbers 2205 through
19 2397, marked for identification.)
20
21    A.  So these are cue sheets, they are
22 not BMI things.
23    Q.  No.
24    A.  This is not what you were talking
25 about.  Oh, okay.

Page 73

1 these forms, Exhibit E?
2    A.  They appear to be cue sheets from
3 the first group of Transformer shows.
4    Q.  Would these have been in the
5 possession of Sunbow?
6    A.  I don't know.  I don't remember
7 these, but I would imagine they would be, but I
8 don't know.
9    Q.  Do you know whether Mr. Bacal is
10 getting royalties, other than performance
11 royalties, on any of these DVDs that I'm showing
12 you, that are in front of me now?
13    A.  I have no idea.
14    Q.  You have no idea?
15    A.  No.
16    Q.  Do you know where Tom Griffin is
17 now?
18    A.  Yeah.
19    Q.  Where would he be?
20    A.  In Scarsdale.
21    Q.  Is he working?
22    A.  I don't think so.
23    Q.  Do you know who John Douglas is?
24    A.  He was a composer for the early
25 series.

Page 75

1    MS. KITSON: I would state for the
2 record that these sheets all indicate that
3 Sunbow Productions Incorporated is the
4 producer, but they are not addressed to
5 Sunbow Productions.
6    A.  We used Mary Williams, as I said,
7 for the G.I. Joe show, so she may have just -- I
8 don't remember her doing it, but she might have
9 just prepared --
10    Q.  Well, these are Transformers,
11 aren't they?
12    A.  Right, they are.
13    Q.  It's not G.I. Joe?
14    A.  Right.
15    MR. MONAGHAN:  You gave us these,
16 Roseann.
17    MS. KITSON:  No, we did not
18 produce those to you.  You produced those
19 to us.
20    MR. MONAGHAN:  Where did we get
21 them?
22    A.  She must have done this before
23 Bill got involved, I guess.  These are for the
24 first series, '84, '85.
25    Q.  Do you have any information about

Page 74

1    Q.  Of what?
2    A.  G.I. Joe, I think, and
3 Transformers.  I never met him, I didn't know
4 him.  I think they met him through Marvel.
5    Q.  Do you know what underscoring is?
6    A.  The background music.
7    Q.  Now, is that original music or is
8 it the rearrangement of existing music?
9    A.  Well, typically it's original
10 music, but it's frequently in animated series,
11 the theme is used throughout the show.  It
12 brings the kids back into the da, da, da, and
13 then they do a run, and then whenever they come
14 back they do another cue, but they frequently
15 revisit cues of the theme throughout a series.
16    Q.  Did you know what John Douglas'
17 involvement was with Transformers?
18    A.  No.  I mean I'm seeing it on these
19 sheets that he wrote a lot of the cues, but I...
20    Q.  Did you ever hear of Mr. Bacal
21 saying that Ford Kinder and Anne gave him a
22 percentage interest in Transformers?
23    A.  No.
24    Q.  Do you know what Barry Harmon's
25 involvement was with Transformers?

Page 76

**Page 77**

1  A.  No.  I know Barry is typically a
2  lyricist, he's not a composer, but I don't
3  remember that.
4  Q.  Are there lyrics through the
5  Transformers themes, any of them?
6  A.  Yeah, there were, I think.
7  Q.  Do you know who composed the
8  lyrics?
9  A.  No.
10  Q.  Do you know Spence Michelin?
11  A.  No.
12  Q.  Do you know Andy Hayward?
13  A.  Yes.
14  Q.  Who is Andy Hayward?
15  A.  He's the head of DIC.
16  Q.  How do you spell DIC?
17  A.  D-I-C, it's initials.
18  Q.  For what?
19  A.  I don't know.
20  Q.  What is DIC?
21  A.  It's an animation production
22  company.
23  Q.  Does he compose music?
24  A.  I don't know.
25  Q.  Do you know Monroe Michaels?

**Page 78**

1  A.  No.
2  Q.  Did you ever hear of Andy Hayward
3  using that as a pseudonym?
4  A.  No.  That's a funny name.  No, I
5  meant if you know Andy, that's not at all like
6  him.
7  Q.  Well, if I were to show you page
8  289 of a BMI catalog, this was testimony given
9  at Mr. Bacal's deposition, Monroe Michaels is
10  credited on the cue sheet as having some
11  interest in composing the music.
12  MS. KITSON: Objection.  Is there
13  a question pending?
14  Q.  Do you know why that would be?
15  A.  DIC is a company that produced
16  G.I. Joe shows competitive with us.  The shows
17  were taken away from Sunbow at a point and
18  given to DIC to produce with Hasbro.  So I
19  don't really know who worked on that series, it
20  didn't have anything to do with us, Sunbow.
21  Q.  This was competitive to Sunbow?
22  A.  Yes.
23  Q.  And that was taken away by whom?
24  A.  Hasbro, I believe.  I guess they
25  had a lesser bid for doing the series.  And

**Page 79**

1  Hasbro  assigned -- I don't know how many
2  episodes were done, but it was quite a bit, I
3  think.
4  Q.  Do you know Larry Bernstein?
5  A.  He's with Hasbro.  He was with
6  Hasbro, I don't know what he does.
7  Q.  Product manager, does that sound
8  familiar?
9  A.  I don't really know.
10  Q.  Paul Weinberg?
11  A.  No.
12  Q.  Steven James Taylor?
13  A.  No.
14  Q.  Do you have any records at all
15  pertaining to your employment at Sunbow?
16  A.  No.
17  MR. MONAGHAN:  Give me a few
18  minutes.
19
20  (Recess taken.)
21
22  BY MR. MONAGHAN:
23  Q.  Let me direct your attention back
24  to the summer of 1993.  I know it's a long time
25  ago, 10 years ago.

**Page 80**

1  A.  It's hard to believe, isn't it?
2  You hear '93, it sounds as if it was yesterday.
3  Q.  Was there some particular event
4  that occurred at that particular time
5  which required filing cue sheets, changing
6  registrations at BMI?
7  A.  Not that I know of.
8  Q.  Ms. Weitzman, I would like to show
9  you now page 49 of Ms. Bryant's BMI catalog
10  dated March 16, 2000.  And I would like to
11  direct your attention to the two middle entries
12  dealing with My Little Pony and Friends.
13  A.  Okay.
14  Q.  Now, you know that the publisher
15  generally takes care of the registrations with
16  BMI; is that right?
17  A.  I only know as far as giving the
18  cue sheets, I don't know what else has to
19  happen.
20  Q.  Well, do you see that next to --
21  do you see you have both Starwild and Wildstar
22  Music shown on My Little Pony and Friends with a
23  P for publishing?
24  A.  Oh, yes.
25  Q.  By the way, are you familiar with

Bryant v. Broadcast Music, Inc., et al    Multi-Page™    Dep of Carole Weitzman
NY State Supreme Court, Rockland Index #5192/00    Taken on May 19, 2003

1 this form that I'm showing you?
2    A.  No, I've never seen this.
3    Q.  Under what circumstances would
4 Sunbow cause a form to be filed with either BMI
5 or ASCAP, how would they make that decision?
6    A.  I have no idea.
7    Q.  Well, I'm going to show you now
8 the Jem videos.  These have both been marked
9 previously at Mr. Bacal's deposition.  And I
10 direct your attention to the back showing the
11 credits or production, I guess.  And I ask you
12 why it is that these are shown as Sunbow
13 Productions, Inc./Wildstar rather than Sunbow
14 Productions, Inc./Starwild?
15    A.  I have no idea.  I don't know.
16    Q.  You know that Anne Bryant is a BMI
17 writer, correct?
18    A.  No, I don't remember that.  But it
19 is according to this, right?
20    Q.  You didn't remember that?
21    A.  No.
22    Q.  Okay.
23    A.  I know BMI, everybody always said,
24 yielded greater money, revenue, than ASCAP, but
25 I have no idea.

Page 81

1    A.  That's what I'm saying, I don't
2 know who would have done that.
3       MS. KITSON:  Anybody else besides
4    what her previous testimony has been?
5    Q.  You're not changing any of your
6 previous testimony; is that right?
7    A.  No.
8       MR. MONAGHAN:  I think we'll mark
9    this as well, the G.I. Joe boxed set of
10    the three videos.
11    Q.  Did you look at the end credits on
12 there, the visual end credits to see if Wildstar
13 and Starwild are both on there.
14    A.  Where is the visual end credits?
15    A.  At the end of the video.
16    Q.  At the end of the video, itself?
17    A.  Yes.  So I'm saying it could just
18 be inadvertently left off the packaging, but not
19 off the tape.
20    Q.  I appreciate that information.
21 We'll take a look at it in that regard.  But
22 isn't it going to be one or the other, Starwild
23 or Wildstar?
24    A.  I don't know.  I don't remember
25 using one versus the other, I'd have to look at

Page 83

1    Q.  I hate to beat a dead horse, but
2 let me beat it.  If clearance forms were filed,
3 I think your testimony is it would have been
4 Joe or Tom that would have taken care of that;
5 is that right?
6    A.  I didn't say they would have taken
7 care of.
8    Q.  Under their direction?
9    A.  I said they know the deals that
10 they made with people.  I didn't make the
11 deals, I don't believe anybody else would have
12 made the deals.
13    Q.  Okay.
14    A.  Certainly in the early years.
15    Q.  And you personally have no
16 knowledge of who filed clearance forms with
17 BMI?
18    A.  I don't know what a clearance form
19 is, I only know the cue sheet.
20    Q.  Do you know of anyone else who
21 filed any forms with BMI?
22    A.  I don't know of anybody, no.
23    Q.  Or ASCAP?
24    A.  No.
25    Q.  Well, who would have done that?

Page 82

1 the credits on the shows.
2    Q.  You do know that the writer can't
3 be in both at the same time?
4    A.  Right, but sometimes the composer
5 was one and the lyricist was another, so we had
6 to list both.
7    Q.  Okay.  When I said it can't be
8 both at the same time, I'm talking about both
9 performing rights societies, ASCAP and BMI?
10    A.  Right.  No, I didn't know that, I
11 thought they could be and just use the one they
12 wanted.
13    Q.  But not on the same composition?
14    A.  Oh, right.  No, yeah, of course,
15 not on the same composition.
16
17       (Weitzman Exhibit F, G.I. Joe
18    boxed set of three videos, marked for
19    identification.)
20
21    Q.  I'm showing you now this boxed set
22 of G.I. Joe videos.  If you could take a look at
23 the production information on the back of the
24 video.  Is it not the same as --
25       MS. KITSON:  Of the individual

Page 84

GAF Legal Services, Inc. - (973) 618-0500    Page 81 - Page 84
188 Eagle Rock Avenue, Roseland, NJ 07068

| | |
|---|---|
| 1    tape or on the box itself? | 1 |
| 2    MR. MONAGHAN: The box itself. | 2    Q. Are you looking at Exhibit G, |
| 3    A. The box of the individual tape. | 3   Ms. Weitzman? |
| 4   you're talking about. | 4    A. Yes, I am. |
| 5    Q. Right. | 5    Q. Could you tell me anything about |
| 6    A. Not the big box. Although on the | 6   that? That's the G.I. Joe The Movie? |
| 7   big box, it's the same thing. | 7    A. Um-hum. |
| 8    Q. It's the same, isn't it? | 8    Q. That's a DVD? |
| 9    A. Yes. | 9    A. Yes. |
| 10    Q. Does this show Sunbow Productions | 10    Q. Do you know who produced that DVD? |
| 11   Inc./Wildstar? | 11    A. The DVD, no. I know we produced |
| 12    A. Yes, and Hasbro. | 12   the video, you know, the production. |
| 13    Q. And Hasbro. Does this appear to | 13    Q. We, meaning Sunbow? |
| 14   be a production during the period of time that | 14    A. We, meaning Sunbow with Marvel, |
| 15   Sunbow was owned by Sony? | 15   yes. |
| 16    A. The video set or -- because the | 16    Q. Do you know who is shown as the |
| 17   show is in '86. Do you mean when this video | 17   producer of this particular -- |
| 18   set was done? | 18    A. Sunbow and Marvel. |
| 19    Q. Yes. | 19    Q. Do you know when it was produced? |
| 20    A. I don't know. | 20    A. Around '86. |
| 21    Q. Is this the Sunbow logo down at | 21    Q. This DVD? |
| 22   the bottom there, on the box? | 22    A. Oh, no, I'm talking about the |
| 23    A. Yes. Oh, a division of Sony | 23   show. I don't know about these tapes at all. |
| 24   Wonder, there you go. | 24    Q. Could you tell us by looking at |
| 25    Q. Right. And the same is true on | 25   the DVD when that DVD was produced? |
| Page 85 | Page 87 |

| | |
|---|---|
| 1   the Jems? | 1    MS. KITSON: Objection. |
| 2    A. Yes. | 2    MR. MONAGHAN: I realize it speaks |
| 3    Q. Now, based on your familiarity | 3   for itself, but all objections except as to |
| 4   with the business -- | 4   form are reserved. |
| 5    MR. MONAGHAN: Actually, let's | 5    MS. KITSON: She's already |
| 6   just mark each one of these in series. | 6   testified she doesn't know about the DVD. |
| 7 | 7   Her answer stands. She knows about the |
| 8    (Weitzman Exhibit G, G.I. Joe, The | 8   show, but not the DVD itself. Any |
| 9   Movie, marked for identification.) | 9   questions about the DVD go beyond her |
| 10 | 10   firsthand knowledge. |
| 11    (Weitzman Exhibit H, The | 11    MR. MONAGHAN: I'm now going on |
| 12   Transformers, The Movie, marked for | 12   her experience in the industry and being |
| 13   identification.) | 13   familiar with these products. |
| 14 | 14    A. I'm just looking at the copyright, |
| 15    (Weitzman Exhibit I, The | 15   it says 2000, that's the only way I would have |
| 16   Transformers, Villains-The Ultimate Doom, | 16   any idea when it was. |
| 17   marked for identification.) | 17    Q. Who, according to that, holds the |
| 18 | 18   copyright? |
| 19    (Weitzman Exhibit J, The | 19    A. It says Rhino Entertainment. |
| 20   Transformers, Heroes-The Rebirth, marked | 20   There is also a copyright for Sunbow. |
| 21   for identification.) | 21    Q. What is it that they are claiming |
| 22 | 22   a copyright of? |
| 23    (Weitzman Exhibit K, Inhumanoids, | 23    MS. KITSON: Objection. |
| 24   The Evil That Lies Within, Episode one | 24    A. I have no idea. |
| 25   through five, marked for identification.) | 25    Q. Could I have that one back? |
| Page 86 | Page 88 |

Bryant v. Broadcast Music, Inc., et al          Multi-Page™          Dep of Carole Weitzman
NY State Supreme Court, Rockland Index #5192/00                      Taken on May 19, 2003

1        A. (Handing.) You didn't finish
2   watching it last night?
3        Q. Let me interrupt with one
4   question. Were you familiar with any licensing
5   deals being done with anyone out in California?
6        A. No.
7        Q. By the way, on Exhibit G, do you
8   notice Mr. Bacal's name appears as supervising
9   producer, also as a producer, along with
10  Mr. Griffin, did you see that on the front?
11       A. No. Okay.
12       Q. That's the same Joe Bacal we've
13  been talking about, right?
14       A. Yes.
15       Q. Okay. Did you ever deal with
16  anybody at Marvel?
17       A. Sure. Yes.
18       Q. Who would that be?
19       A. Margaret Loesch, L-O-E-S-C-H, Lee
20  Gunther, Jim Graziano, he was my counterpart
21  there. And then the production team. I don't
22  remember their names specifically. We worked
23  with them for five, six years.
24       Q. And where are they located, these
25  individuals?
                                              Page 89

1        A. Well, I know Lee passed away,
2   Margaret I don't know, Jim Graziano is just
3   being a house dad right now.
4        Q. Where was the company when you
5   dealt with them?
6        A. Marvel? LA. It was before we
7   opened our own studio.
8        Q. Before Sunbow opened its own
9   production studio?
10       A. Yes.
11       Q. Now, this, of course, is in DVD
12  format, which is relatively recent technology.
13  You don't have any knowledge of how this came to
14  be?
15       A. No.
16       Q. You were unaware that there was a
17  DVD out?
18       A. No, I didn't know.
19       Q. Could you look at the next
20  exhibit, please. H, I guess.
21       A. It's Transformers The Movie.
22       Q. What production information is on
23  the jacket of that?
24       A. Exec producer is Margaret and Lee,
25  supervising producer is Joe Bacal, produced by
                                              Page 90

1   Joe and Tom, Joe Bacal and Tom Griffin.
2        Q. Do you know where Joe Bacal lives?
3        A. In Westchester. North Salem, West
4   Salem. I don't know, I think that's
5   Westchester.
6        Q. And do you know who he works for
7   now?
8        A. He doesn't work for anybody.
9        Q. Do you know what he does for a
10  living?
11       A. He's kind of not working. He does
12  some script once in a while for Four Kids
13  Productions, my company, once in a while, but he
14  doesn't have a job job, it's for fun.
15       Q. Do you know who Nelson Shin is?
16       A. Yes, he's an animation producer.
17  He has a studio over in Korea.
18       Q. Used from time to time by Sunbow?
19       A. Oh, yeah, a lot. I like him, he
20  has a good animation studio.
21       Q. The next one, please.
22       A. It's J, right?
23       Q. Yes.
24       A. Transformers --
25          MS. KITSON: It's I.
                                              Page 91

1        A. Yes, I, sorry. Transformers,
2   Collector Edition. This is the series when we
3   redid it because you could tell by the framing
4   of it, it was a new version.
5        Q. It's a new version?
6        A. Yes. Same animation, new sound
7   effects, new computer graphics and things.
8        Q. What about the music, or you
9   wouldn't know?
10       A. I don't remember that.
11       Q. Who produced this?
12       A. Sunbow -- oh, you mean the DVD?
13       Q. Yes.
14       A. Rhino.
15       Q. Incidentally, did you ever watch
16  any of these videos?
17       A. Not lately. In the '80s they were
18  pretty cool. Oh, yeah, more than I wanted to.
19          J is again Transformers, it's a
20  Rhino DVD.
21       Q. And these are, so far as I could
22  example, I, is Wildstar, I could tell. For
23  example, I, is Wildstar, I could tell.
24       A. I'm just looking on the back.
25  Wildstar, yes.
                                              Page 92

GAF Legal Services, Inc. - (973) 618-0500                    Page 89 - Page 92
188 Eagle Rock Avenue, Roseland, NJ 07068

Bryant v. Broadcast Music, Inc., et al    Multi-Page™    Dep of Carole Weitzman
NY State Supreme Court, Rockland Index #5192/00    Taken on May 19, 2003

---

**Page 93**

1  Q.  Now, if I'm reading this
2  correctly, on the back it seems to indicate
3  Rhino Home Video is an AOL Time Warner
4  Entertainment Company. Did you --
5      A.  I didn't know it, I just read it
6  myself.
7  Q.  Does that appear to be the case?
8      A.  Yes.
9  Q.  And what was the last one?
10     A.  K, Inhumanoids. I don't see
11  Wildstar on Inhumanoids.
12  Q.  Do you know of any connection that
13  any AOL Time Warner entity would have had with
14  anything that Sunbow was involved?
15     A.  No.
16  Q.  You don't know of any deals that
17  were made?
18     A.  No, but, again, any home video
19  deals were generally done through the sales
20  team, it was part of their domain.
21      MR. MONAGHAN: All right, give me
22  a minute, I think we're winding up.
23
24      (Recess taken.)
25

---

**Page 94**

1  BY MR. MONAGHAN:
2  Q.  Did Sunbow produce TV or radio
3  commercials for Griffin Bacal?
4      A.  No.
5  Q.  Who produced the commercials for
6  Griffin Bacal related to these products?
7      A.  Griffin Bacal was an advertising
8  agency, and they had their own teams. There
9  were guys assigned for G.I. Joe or Transformers
10  and things like that.
11  Q.  Do you know who they were?
12     A.  No.
13  Q.  So Sunbow was limited to TV
14  production and --
15     A.  Yes.
16  Q.  -- videos?
17     A.  We never produced the videos.
18  Q.  It was limited to TV productions?
19     A.  Yes.
20  Q.  And then later on, we've seen
21  these other things happening?
22     A.  Right. We've always sold the
23  shows internationally...
24  Q.  Who had responsibility for the
25  international sales?

---

**Page 95**

1      A.  That was just the sales team.
2  Q.  Same sales team you identified
3  earlier?
4      A.  Yes.
5  Q.  What's your last information about
6  Mr. Dobishinski?
7      A.  Years ago, when we went --
8  whatever year we signed up with Sony as
9  administrators, maybe a year-and-a-half before
10  that, he just kind of disappeared.
11  Q.  Is he an attorney, do you know?
12     A.  Yeah, he's an attorney. I think
13  his company -- like you brought up TAMAD, I
14  remember that was --
15  Q.  Mindy Miller, name familiar to
16  you?
17     A.  It sounds familiar, but she worked
18  in Griffin Bacal, not in Sunbow.
19  Q.  I don't know if you know this, but
20  do you know who would pay the residual payments
21  to the singers and musicians whose performances
22  on the TV shows later found their way into
23  these DVDs?
24     A.  No.
25  Q.  Do you have any familiarity with

---

**Page 96**

1  the Screen Actors Guild and the American
2  Federation of Musicians?
3      A.  Well, we used to use SAG actors
4  years ago as voice-over talent.
5  Q.  Do you know what a session fee is?
6      A.  No. Only for voice-overs I do,
7  not in the music area.
8  Q.  Who was Sunbow's accounting firm?
9      A.  I don't know. I mean, I knew a
10  lot of the accounting was done in-house.
11  Q.  Didn't they have an outside --
12     A.  They may have, I don't know.
13  Q.  Who was the bookkeeper, in-house?
14     A.  Well, there was Raul -- we shared
15  -- when we were in the Griffin Bacal
16  facilities, we shared the Accounting Department
17  with Griffin Bacal.
18  Q.  And who was in charge of the
19  Accounting Department?
20     A.  I'm sorry?
21  Q.  At that time, who was in charge of
22  the Accounting Department?
23     A.  Bill Biehl and Bob Darcy. They
24  were there at two separate times.
25  Q.  And later on, when you had your

---

Bryant v. Broadcast Music, Inc., et al        Multi-Page™                    Dep of Carole Weitzman
NY State Supreme Court, Rockland Index #5192/00                              Taken on May 19, 2003

| Page 97 | Page 99 |
|---|---|
| 1 own facility? | 1 was with Sunbow, this is prior to Sony's |
| 2   A.  We had Andrew Carpon and then Sam | 2 acquisition, did he have any involvement with |
| 3 Milstone near the very end. | 3 the actual registrations of any compositions |
| 4   Q.  Where is Mr. Milstone? | 4 with BMI? |
| 5   A.  I think in Baltimore. He moved. | 5      MR. MONAGHAN: Object. She's |
| 6 He was from there and he went back. | 6   covered that in the direct. |
| 7   Q.  Would there be a record anywhere | 7   A.  No.  I mean he would -- I would |
| 8 on how to reach him? | 8 imagine he and Tom knew the information |
| 9   A.  I could find out. | 9 regarding the deals of the composers and then |
| 10   Q.  We'll leave a space in the record | 10 that was relayed. |
| 11 and see if you could fill that in. | 11   Q.  But, to your knowledge, did he |
| 12 REQUEST: _____ | 12 have any involvement with the actual |
| 13      MR. MONAGHAN: Thanks very much, | 13 registrations with BMI? |
| 14   Ms. Weitzman. Depending on what | 14   A.  Physical registrations, no. |
| 15   information comes out in the case, we may | 15   Q.  And, to your knowledge, after |
| 16   have to have you back, but I can't say that | 16 Mr. Bacal left Sunbow, did he have any |
| 17   for sure right now. | 17 involvement with registrations of compositions |
| 18      MS. KITSON: We'll take that under | 18 at BMI? |
| 19   advisement. | 19      MR. MONAGHAN: Object. She said |
| 20 | 20   she has no knowledge about the clearance |
| 21 | 21   registration forms. The only testimony she |
| 22 CROSS EXAMINATION | 22   could give is about cue sheets. And she |
| 23 BY MS. VALENCIA: | 23   made it very clear in her answers to my |
| 24   Q.  Ms. Weitzman, my name is Adrienne | 24   questions that she doesn't know about that, |
| 25 Valencia. I'm with the law firm of Duane Morris | 25   so I think it's misleading to give -- |

| Page 98 | Page 100 |
|---|---|
| 1 and we represent Jules "Joe" Bacal in this | 1      MS. VALENCIA: The question is to |
| 2 litigation. He's named as an independent | 2 her knowledge. Ms. Kitson is not directing |
| 3 defendant, and I just have a couple of questions | 3 her not to answer. |
| 4 for you. | 4      MR. MONAGHAN: That's true, but |
| 5      To your knowledge, did Mr. Bacal | 5 I'm objecting to the form of the question, |
| 6 remain involved with Sunbow after Sony purchased | 6 there is no foundation for it. |
| 7 the company? | 7      MS. VALENCIA: It's noted for the |
| 8   A.  After Sony purchased it, no. | 8 record. |
| 9   Q.  To your knowledge, after Sony | 9      MR. MONAGHAN: This witness has |
| 10 purchased Sunbow, was Mr. Bacal provided with | 10 absolutely no knowledge with what Mr. |
| 11 information concerning what royalties, if any, | 11 Bacal did with respect to clearance forms. |
| 12 Sunbow received? | 12      MS. VALENCIA: I didn't ask about |
| 13      MR. MONAGHAN: Object to the form. | 13 clearance forms. |
| 14   How would she know? There is no | 14      MR. MONAGHAN: Yes, you asked |
| 15   foundation. | 15 about registrations, and they include |
| 16   A.  I wouldn't know. | 16 clearance forms. |
| 17   Q.  To your knowledge, was information | 17      MS. VALENCIA: If she has |
| 18 concerning Sunbow's general business activities | 18 knowledge, then we'll follow-up. If she |
| 19 provided to Mr. Bacal after Sony purchased | 19 doesn't, that's the end of the question. |
| 20 Sunbow? | 20      MR. MONAGHAN: The only knowledge |
| 21      MR. MONAGHAN: Objection to the | 21 she has is about cue sheets. |
| 22   form. How would she know?  No foundation | 22   Q.  Ms. Weitzman, do you recall the |
| 23   for that. | 23 question? |
| 24   A.  Not that I know of. | 24   A.  Yeah. I have no knowledge of him |
| 25   Q.  To your knowledge, while Mr. Bacal | 25 being involved in any aspect of registration. |

Bryant v. Broadcast Music, Inc., et al          Multi-Page™          Dep of Carole Weitzman
NY State Supreme Court, Rockland Index #5192/00                      Taken on May 19, 2003

| | |
|---|---|
| 1    MS. VALENCIA: Thank you. | 1         A C K N O W L E D G E M E N T |
| 2    Ms. Weitzman. I have no further questions. | 2 |
| 3         MR. MONAGHAN: I have one | 3  STATE OF |
| 4    follow-up. | 4  COUNTY OF |
| 5 | 5 |
| 6 | 6 |
| 7  REDIRECT EXAMINATION | 7      I, CAROLE WEITZMAN, hereby certify |
| 8  BY MR. MONAGHAN: | 8  that I have read the transcript of my |
| 9      Q.  Did any of your answers to | 9  testimony taken under oath in my deposition |
| 10  Ms. Valencia's questions change anything that | 10  of May 19, 2003, that the transcript is |
| 11  you had testified to on direct? | 11  a true, complete and correct record of my |
| 12      A.  No. | 12  testimony, and that the answers on the record |
| 13      Q.  So your testimony about your lack | 13  as given by me are true and correct. |
| 14  of knowledge of filing of clearance forms with | 14 |
| 15  BMI remains as it was? | 15 |
| 16      A.  Yes. | 16      ‾‾‾CAROLE WEITZMAN‾‾‾ |
| 17      Q.  That is, you don't know anything | 17 |
| 18  about how that was accomplished? | 18 |
| 19      A.  No. | 19  Signed and subscribed to me, |
| 20      Q.  And you don't know whether Mr. | 20  this_____ day of_____ |
| 21  Bacal filed clearance forms or caused somebody | 21  2003. |
| 22  else to file those clearance forms with BMI; is | 22 |
| 23  that right? | 23  _____ |
| 24      A.  Yes. | 24  Notary Public |
| 25      Q.  So it's just possible that he did | 25 |
| Page 101 | Page 103 |

| | |
|---|---|
| 1  in fact file clearance forms with BMI, isn't | 1         C E R T I F I C A T E |
| 2  it? | 2 |
| 3         MS. KITSON: Objection. | 3  STATE OF NEW YORK    ) |
| 4         MS. VALENCIA: It's also possible | 4                      ) Ss.: |
| 5  he didn't. | 5  COUNTY OF SUFFOLK    ) |
| 6         MR. MONAGHAN: Yes. | 6 |
| 7      A.  Right, I'm not comfortable saying | 7      I, Denise Posillico, a Notary |
| 8  it's possible he did or he didn't, I don't know | 8  Public within and for the State of New York, do |
| 9  anything of it. | 9  hereby certify: That CAROLE WEITZMAN, the |
| 10      Q.  In fact you don't even know | 10  witness whose deposition is hereinbefore set |
| 11  anything about those forms, do you? | 11  forth, was duly sworn by me and that such |
| 12      A.  No. | 12  deposition is a true record of the testimon |
| 13         MR. MONAGHAN: Thank you. | 13  given by such witness. |
| 14         MS. KITSON: I have no questions. | 14      I further certify that I am not |
| 15 | 15  related to any of the parties to this actio |
| 16      (Whereupon, the deposition was | 16  by blood or marriage; and that I am in no |
| 17  concluded at 11:50 a.m.) | 17  way interested in the outcome of this |
| 18 | 18  matter. |
| 19 | 19      IN WITNESS WHEREOF, I have |
| 20 | 20  hereunto set my hand this 19th day of May, 2003. |
| 21 | 21 |
| 22 | 22 |
| 23 | 23  ----------------------------- |
| 24 | 24      DENISE POSILLICO |
| 25 | 25 |
| Page 102 | Page 104 |

—'—
'80 [1] 54:18
'80s [2] 17:5 92:17
'84 [1] 74:24
'85 [1] 74:24
'86 [4] 40:10 65:25 85:17 87:20
'87 [1] 65:25
'90 [1] 19:16
'90s [9] 20:9,11 21:9 30:5 46:12 54:7,22 66:5 68:20
'93 [1] 80:2
'98 [1] 61:15

---

-vs [2] 1:6 2:3

-0-
07068 [1] 1:24
07645 [1] 2:14

-1-
1-10 [1] 1:11
10 [2] 54:19 79:25
100 [5] 9:23 24:1 55:22 55:25 68:21
10036-6710 [1] 2:18
101 [1] 3:7
10168 [1] 2:22
1133 [2] 1:18 2:18
11:50 [1] 102:17
16 [2] 50:7 80:10
188 [1] 1:24
19 [3] 1:19 21:17 103:10
1990 [3] 11:5,6 18:23
1990s [1] 11:4
1993 [1] 79:24
1997 [1] 68:11
1997-ish [1] 56:13
1998 [1] 61:11
1999 [1] 53:19
19th [1] 104:20

-2-
2000 [3] 21:19 80:10 88:15
2001 [4] 21:19 50:7 56:16 56:17
2003 [4] 1:19 103:10,21 104:20
21 [2] 9:5,17
2205 [3] 3:19 73:4,18
2397 [3] 3:19 73:5,19
23 [3] 3:15 38:21,25
24.9 [1] 47:9
25 [4] 4:12 41:4,7 42:19
2606 [3] 3:15 38:22 39:1

28 [1] 2:13
2821/02 [1] 2:2
289 [1] 78:8

-3-
37 [1] 3:13
38 [2] 3:14,15
380 [1] 2:21

-4-
42nd [1] 9:21
49 [1] 80:9

-5-
5192/00 [1] 1:2

-6-
6 [1] 3:5
618-0500 [1] 1:25
67 [1] 3:18

-7-
73 [1] 3:19

-8-
84 [1] 3:21
85 [1] 68:25
86 [5] 3:22,23,24 4:4,6

-9-
90s [1] 25:12
97 [2] 3:6 4:14
973 [1] 1:25
9:30 [1] 1:19

-A-
a.m [1] 102:17
a/k/a [1] 1:7
able [3] 25:25 71:17 72:9
absolutely [1] 100:10
accomplish [1] 13:18
accomplished [1] 101:18
accordance [1] 7:7
according [2] 81:19 88:17
accounting [5] 96:8,10 96:16,19,22
accuracy [2] 49:7,7
accurately [1] 49:3
acquired [1] 55:8
acquisition [1] 99:2
actio [1] 104:15
action [1] 50:24
activities [1] 98:18
actors [1] 96:1,3

actual [1] 52:10 99:3,12
address [3] 4:12,14 25:16
addressed [2] 73:7 74:4
administer [3] 5:16 33:8 33:13
administering [3] 3:17 67:14 68:6
administration [3] 66:22 67:2 68:13
administrator [5] 15:11 15:13 32:11,23 62:5
administrators [2] 67:4 95:9
Adrienne [2] 2:22 97:24
advertising [2] 54:23 94:7
advise [1] 62:11
advisement [1] 97:19
affidavit [4] 35:9 50:2,6 50:9
afterwards [2] 39:16 66:23
again [6] 52:8 54:16 59:25 66:25 92:19 93:18
against [2] 6:13,14
agency [3] 54:24 72:25 94:8
ago [7] 9:17 31:22 68:24 79:25,25 95:7 96:4
AGREED [3] 5:3,9,14
agreements [2] 37:20 44:13
aired [1] 63:4
airing [1] 65:25
Alert [3] 29:24,25 30:6
Alison [4] 16:22 35:7 50:3 51:20
allocations [1] 42:6
allowed [1] 6:23
alluded [1] 50:1
along [2] 17:14 89:9
always [5] 11:22 13:6,8 81:23 94:22
AMAZON.COM [1] 66:7
American [3] 16:6,7 96:1
Americas [2] 1:18 2:18
amount [1] 58:23
ancillary [1] 27:18
Andrew [4] 20:17,22 69:11 97:2
Andy [4] 77:12,14 78:2,5
animated [1] 7:20 72:7 76:10
animation [6] 12:17 64:5 77:21 91:16,20 92:6
Anne [20] 1:4 2:1 6:10 17:1,8 34:7 35:20,23 36:3 36:18 40:19 41:7 45:23 46:17 47:19 57:9 61:2 65:5 76:21 81:16

Anne's [1] 47:21
answer [5] 6:17 31:4 43:6 88:7 100:3
answers [3] 6:24 7:4 99:23 101:9 103:12
anxious [1] 64:19
anyway [2] 31:5 42:16
AOL [2] 93:3,13
apart [1] 55:13
Apollo's [2] 29:25 30:6
appear [4] 73:6 75:2 85:13 93:7
appreciate [1] 83:20
appropriate [1] 48:20
arbitrary [1] 23:17
area [3] 48:15 60:24 96:7
areas [1] 18:4
arrangements [1] 27:7
arranger's [1] 63:10
arrangers [1] 63:10
ASCAP [18] 1:10 12:5 13:1,5 28:16,21 29:3,21 33:19,20 34:12 45:14 48:11 58:8 81:5,24 82:23 84:9
aside [2] 16:18 57:14
aspect [1] 100:25
assigned [3] 42:20 79:1 94:9
assistant [1] 17:10
associations [3] 12:8,9 12:12
assume [4] 6:18 42:19 57:19,25
assuming [1] 22:11
assumption [2] 22:14 44:10
assure [1] 49:2
attended [1] 23:15
attention [6] 13:12 39:14 50:5 79:23 80:11 81:10
attorney [4] 37:17 63:2 95:11,12
attorneys [5] 2:14,17,20 5:3 6:10
attribution [1] 13:19
ATV [3] 3:16 67:3,13 68:1,3,5
authorized [1] 5:16
authors [1] 14:13
authorship [1] 62:4
Avenue [9] 1:18,24 2:13 2:18,21 9:23 24:1 55:25 68:22
aware [1] 46:16
away [3] 78:17,23 90:1

-B-
B [5] 3:11,14 4:1 37:23 38:3
B-I-E-H-L [1] 32:1

Bacal [38] 1:9,9 2:21 6:14 9:13 11:7 16:13,15 18:24 26:11,11 42:2,5,20 46:18 47:5 57:4 60:24 75:9 76:20 89:12 90:25 91:1,22 94:3,6,7 95:18 96:15,17 98:1,5,10,19,25 99:16 100:11 101:21
Bacal's [2] 78:9 81:9 89:8
background [3] 50:16 50:21 76:6
Baltimore [1] 97:5
Banana [3] 29:24,25 30:6 77:1
base [1] 22:14
based [3] 44:10 49:12 86:3
basis [1] 45:1
batch [3] 38:20 73:4
Bates [3] 38:21 73:4,14
bear [1] 39:8
bearing [4] 3:15,19 38:25 73:18
beat [2] 82:1,2
became [4] 11:18 30:10 46:9 48:12
Becker [3] 10:5,16 55:17
Becker's [1] 10:9
Becky [3] 55:10,12 56:10
become [1] 65:5
beginning [3] 12:19 35:15 64:4
BELKNAP [2] 1:17 2:16
Bernstein [1] 79:4
between [1] 5:3
beyond [1] 88:9
bid [1] 78:25
Biehl [3] 31:23 69:10 96:23
Biehl's [1] 31:24
big [1] 16:3 85:6,7
Bill [19] 15:14 31:22,24 32:1,12 39:23,23,25 49:10 52:13 62:5 66:13,13,24 67:4 68:19 69:10 74:23 96:23
BINDER [1] 1:8
bit [3] 47:16 58:18 79:2
blood [1] 104:16
BMI [45] 1:7,9 6:14 12:4 13:1,5 16:24 28:16,21 29:3,20,24 30:1 33:19,20 34:12 45:14 46:19 48:11 50:5,18,25 51:5 58:9 64:10,13 71:7,11 73:22 78:8 80:6,9,16 81:4,16,23 82:17,21 84:9 99:4,13,18 101:15,22 102:1
board [1] 39:24
Bob [3] 31:22 69:10 96:23

Bryant v. Broadcast Music, Inc., et al
NY State Supreme Court, Rockland Index #5192/00

Multi-Page™

bookkeeper - domain
Dep of Carole Weitzman

bookkeeper [1] 96:13
booklet [1] 7:4
boss [3] 10:2,4
bottom [2] 38:22 85:22
bought [5] 8:8 21:14,17
66:24 67:8
box [7] 3:20 85:1,2,3,6,7
85:22
boxed [6] 52:22 53:12
54:2 83:9 84:18,21
break [2] 49:20 52:16
brings [1] 76:12
Broadcast [2] 1:7 50:4
broader [1] 51:22
Brothers [1] 69:5
brought [2] 8:13 95:13
Bryant [13] 1:4 2:1 6:10
17:1,8 34:7 35:20 40:19
46:18 47:20 57:9 65:5
81:16
Bryant's [4] 41:3 42:24
45:24 80:9
budgets [1] 12:1
building [3] 56:1,8
business [5] 46:14 56:22
66:16 86:4 98:18
buyout [2] 44:13,23

—C—

C [9] 2:10 3:15 6:1 38:20
38:24 39:5 103:1 104:1,1
C-R-A-M-P [1] 10:22
C.J [8] 11:16 19:2 28:2
54:24 69:14,20 70:3,4
cabinets [1] 23:20
cable [1] 70:15
California [1] 89:5
capacity [1] 19:19
Caption [1] 1:13
care [2] 80:15 82:4,7
CAROLE [5] 1:15 3:4
103:7,16 104:9
Carpon [4] 20:17,25
69:11 97:2
cartoons [1] 60:11
case [7] 6:11 16:16,20
35:10 45:19 93:7 97:15
cases [1] 48:11
catalog [2] 78:8 80:9
caused [1] 101:21
caveat [1] 37:24
CDs [6] 18:8,9,11,12
52:23,25
central [1] 13:8
certain [2] 31:9 58:23
Certainly [1] 82:14
certification [1] 5:5
certify [3] 103:7 104:9
104:14
chain [1] 18:22

change [1] 13:18 59:10
59:22 101:10
changed [3] 20:10 31:20
65:7
changing [2] 80:5 83:5
characterize [1] 17:7
charge [5] 28:7 31:19
62:20 96:18,21
Chariot [2] 29:25 30:6
checks [3] 31:12,14,16
chief [1] 32:3
circumstance [2] 46:16
65:4
circumstances [3]
12:22 30:2 32:9 48:17
81:3
city [3] 25:13 70:7,8
claiming [1] 88:21
clarify [2] 6:16 54:17
clear [2] 40:3 99:23
clearance [20] 3:13
13:14,15 37:5,8 43:9
71:22,25 73:7 82:2,16,18
99:20 100:11,13,16
101:14,21,22 102:1
cleared [1] 43:8
CLIFFORD [1] 1:7
closing [3] 63:19 64:1
64:12
CO [1] 1:8
co-production [1]
46:12
co-productions [1]
46:10
Coaster [4] 26:19 43:13
43:16 72:6
coincidentally [1] 67:6
collectively [1] 37:16
37:23 73:6
Collector [1] 92:2
college [1] 26:18
comfortable [1] 102:7
coming [4] 13:11 19:17
66:1,3
command [2] 18:22 19:1
commencing [1] 1:19
commercial [5] 47:23
48:1,8 60:24 61:1
commercials [8] 36:8
47:13,17 48:14 60:14,22
94:3,5
common [1] 50:18
communicated [1] 62:8
communicating [1]
62:3
companies [6] 28:13
29:16 30:4,10,21 41:5
company [38] 7:16,17
7:19 8:6,9:9,12 10:5,7,13
11:13 21:14,15 23:6,8,9
23:23 24:14 27:4,6 29:20
29:21 32:8,18 43:10 46:9
54:1,9 56:13 60:25 70:12

70:18 77:22 78:15 90:4
91:13 93:4 95:13 98:7
competitive [2] 78:16
78:21
compiled [1] 39:22
complete [1] 103:11
completed [1] 12:24
compose [1] 77:23
composed [14] 12:18
35:20 36:2,3,4,7,15 43:20
44:24 57:11 60:22 65:4
65:19 77:7
composer [14] 17:20
34:7 41:8 44:24 45:8,12
48:25 52:1 64:16,18,23
75:24 77:2 84:4
composer's [1] 41:6
49:2 72:5
composers [14] 13:3
14:13,23 15:1,4 28:14
44:12,13 58:7,13,20 61:11
61:18 99:9
composing [2] 47:6
78:11
composition [5] 57:23
62:4 63:12 84:13,15
compositions [13]
28:21 31:9 33:12 35:21
40:16,19 42:24 45:24 58:2
60:13 73:9 99:3,17
computer [2] 22:25 92:7
computers [1] 23:17
concept [3] 28:8 35:13
44:18
concerning [2] 98:11,18
concluded [1] 102:17
connection [1] 16:10
27:7 93:12
consideration [1] 52:5
consistent [3] 51:3,10
61:22
contained [4] 9:2 14:20
51:18 52:6
continued [1] 1:13 45:8
45:16
contract [4] 49:18 58:12
59:24 68:16
contracts [12] 14:16
44:11,12,15 45:10 49:13
58:6,11,19 59:3 60:18,19
controller [1] 32:7
conversation [1] 61:23
cool [1] 92:18
copies [3] 33:14 34:11
62:16
copy [1] 25:15 34:2,3
copyright [10] 13:8 18:2
62:16,21 63:6,7 88:14,18
88:20,22
corporation [5] 7:18
43:9 71:22 72:1 73:7,

correct [1] 35:7 53:20
66:11 71:13 81:17 103:11
103:13

correctly [1] 93:2
counterpart [1] 89:20
COUNTY [3] 1:1 103:4
104:5
couple [1] 98:3
course [2] 84:14 90:11
court [6] 1:1,23 5:18 6:22
7:6 8:20
covered [1] 99:6
Cramp [6] 10:21,22 55:15
56:18 58:17 60:4
create [1] 53:5
creative [2] 26:14,21
credit [2] 46:19 65:9
credited [1] 78:10
credits [7] 46:19 64:8
81:11 83:1,11,12,14 84:1
Cross [2] 3:6 97:22
cue [70] 8:21,25 12:13,15
12:20,21,23,24 13:9,17
13:24 14:21 15:10,12,16
15:25 16:11 17:22,25
28:19 30:19 33:14,15,24
34:6,12 35:10,17,18,19
36:1 39:7,18 40:1,17
42:25 43:5 47:10 48:2,12
48:14,17,18,19,22 49:3,7
49:9 51:1,6,9,24 52:7,9
52:11,12 64:22 67:20,22
68:5 73:7,21 75:2 76:14
76:18 80:5,18 82:19 99:22
100:21
cues [16] 12:18,18 14:4,9
14:10,22 35:16 39:20
58:24 64:15,19,20 65:1,2
76:15,19
custody [6] 22:19 24:4
34:14 62:21,23 69:12
cut [2] 26:9,9

—D—

D [4] 3:1,16 67:12 103:1
D-E [1] 24:20
D-I-C [1] 77:17
da [2] 76:12,12,12
dad [1] 90:3
Darcy [2] 31:22 69:11
96:23
date [1] 21:9
dated [3] 50:6 68:11
80:10
De [2] 4:12 24:20
dead [1] 82:1
deal [10] 10:18 46:5,6,11
54:4 55:14 57:13,14 62:17
89:15
dealing [1] 80:12
dealings [2] 37:4
deals [20] 27:11 41:17,21
42:23,45:14,21 46:3
55:3,4 59:15,20 60:8 82:9
82:11,12 89:5 93:16,19
99:9

dealt [1] 90:5
decision [3] 14:7 30:8
81:5
decisions [1] 46:8
defendant [4] 2:5,17,20
98:3
Defendants [1] 1:12
delegating [1] 54:22
deliver [1] 55:15
delivered [2] 17:10
22:18,18 27:18 56:18
delivery [2] 12:2 55:18
Denise [1] 1:16 104:7,24
Department [9] 24:14
31:2,18 62:9 66:13 69:9
96:16,19,22
Depending [1] 97:14
deposed [1] 7:8
deposition [9] 1:15 5:6
5:14 78:9 81:9 102:16
103:9 104:10,12
designations [1] 64:12
determination [1] 63:24
determined [1] 46:4
development [5] 19:6
19:24 20:17
DIC [5] 77:15,16,20 78:15
78:18
died [2] 65:23,24
different [2] 34:17 67:4
direct [8] 3:5 6:6 50:5
79:23 80:11 81:10 99:6
101:11
directing [1] 100:2
direction [1] 82:8
disappeared [2] 32:15
66:24 95:10
discussion [1] 57:5
discussions [1] 16:19
disks [1] 35:4
distribution [5] 18:17
18:21 21:5 27:20 34:16
division [4] 49:11 61:1
67:3 85:23
Dobishinksi [1] 32:12
Dobishinski [5] 15:14
33:12 39:25 40:8,10 49:10
52:14 62:5 66:14 68:19
95:6
Dobishinski's [1]
33:16
document [8] 3:15,19
37:12,16 38:24 67:10 69:2
73:17
documents [8] 3:14 16:9
37:18 38:4,7 39:6 63:18
73:4
doesn't [8] 37:24 53:14
67:21 88:6 91:8,14 99:24
100:19
Dog [1] 60:10
domain [1] 93:20

Bryant v. Broadcast Music, Inc., et al    Multi-Page™    domestic ~ hound
NY State Supreme Court, Rockland Index #5192/00    Dep of Carole Weitzman

**domestic** [2] 24:11 55:22
**done** [34] 12:17,25 18:19
33:15 36:7 45:15 47:16
48:1 50:12 51:6,7 53:4,6
53:7,8 58:6,11,12,19
59:12,14 60:18 64:19
69:20 72:5,7 74:22 79:2
82:25 83:2 85:18 89:5
93:19 96:10
**Doom** [3] 3:24 86:16
**door** [2] 24:2,3
**Douglas** [1] 75:23
**Douglas'** [1] 76:16
**down** [3] 57:1,2 85:21
**Duane** [2] 2:20 97:25
**duly** [2] 6:3 104:11
**duration** [1] 12:20
**during** [6] 3:17 40:9,13
56:12 62:17 67:13 68:6
85:14
**DVD** [14] 57:23 87:8,10
87:11,21,25,25 88:6,8,9
90:11,17 92:12,20
**DVDs** [5] 52:24,25 57:10
75:11 95:23

~E~

**E** [15] 2:10,10 3:1,11,19
4:1 6:1,1 73:17 75:1 103:1
103:1,1 104:1,1
**Eagle** [1] 1:24
**earliest** [1] 15:15
**early** [9] 11:3 20:11 21:9
35:24 44:16,17 55:2 75:24
82:14
**earth** [1] 32:16
**Edition** [1] 92:2
**editor** [10] 14:3,3,3,6
39:21 40:11 41:14,15
64:24,25
**effect** [1] 5:7
**effects** [1] 92:7
**either** [8] 13:1 24:23 32:8
39:22 45:14 50:19 62:8
81:4
**Elise** [1] 68:23
**elsewhere** [2] 21:15
26:10
**employed** [3] 7:10,22
17:18
**employment** [2] 69:12
79:15
**enclosing** [1] 37:17
**end** [16] 12:19 15:18,19
46:14 55:12,20 56:17 64:7
64:8 83:11,12,14,15,16
97:3 100:19
**ended** [1] 55:22
**England** [1] 24:24
**entail** [1] 11:24
**Entertainment** [3] 54:1
88:19 93:4
**entitled** [1] 46:20,22 58:9

**entity** [1] 93:13
**entries** [1] 80:11
**episode** [4] 4:5 51:1 63:1
86:24
**episodes** [1] 79:2
**equivalent** [2] 20:21
26:20
**especially** [1] 35:24
**ESQ** [3] 2:13,16,22
**event** [1] 80:3
**eventually** [2] 13:23
14:8
**everybody** [1] 81:23
**Evil** [2] 4:5 86:24
**evolution** [1] 55:5
**evolved** [1] 55:1
**Examination** [4] 3:5,6
3:7 6:6 97:22 101:7
**examined** [1] 6:3
**example** [3] 53:10 58:12
60:6 66:7 92:23
**examples** [1] 40:18
**except** [4] 5:9 42:11,13
88:3
**exec** [2] 28:6 90:24
**executive** [1] 27:1
**exhibit** [19] 37:6,8,23
38:3,20,24 67:12,17 73:17
75:1 84:17 86:8,11,15,19
86:23 87:2 89:7 90:20
**existed** [4] 14:16 49:13
59:13,13
**existing** [1] 76:8
**expanded** [1] 48:25
**experience** [1] 88:12
**explore** [1] 47:15
**express** [1] 61:17
**expressed** [1] 61:6
**extended** [1] 48:8
**Extreme** [1] 65:16

~F~

**F** [3] 3:20 84:17 104:1
**face** [1] 32:16
**facilities** [1] 96:16
**facility** [2] 15:17 97:1
**fact** [3] 45:7 102:1,10
**fair** [1] 6:19
**familiar** [7] 16:16
28:8,19 35:7 44:18 46:25
53:1,25 67:17 71:15 79:8
80:25 88:13 89:4 95:15
95:17
**familiarity** [1] 71:12
86:3 95:25
**family** [1] 7:16
**far** [5] 27:12 35:1 51:23
80:17 92:21
**Fat** [1] 60:10
**Federation** [1] 96:2

**fee** [5] 35:2,3 58:7 66:14
96:5
**fees** [1] 63:15
**fell** [1] 55:13
**felt** [1] 61:9
**few** [3] 38:6 40:18 79:17
**Fifth** [5] 9:23 24:1 55:22
55:25 68:21
**file** [1] 23:20 101:22
102:1
**filed** [9] 13:13 15:11
39:15 49:9 81:4 82:2,16
82:21 101:21
**files** [1] 23:16,19,21
**filing** [3] 5:4 80:5 101:14
**fill** [2] 25:16 97:11
**film** [3] 51:2 72:16,19
**final** [1] 56:18
**finance** [7] 20:8 31:2,17
62:9 66:13 69:9,21
**finances** [1] 20:18
**financial** [1] 32:3
**fine** [1] 44:5
**finish** [1] 89:1
**finishing** [1] 10:19
**firm** [2] 96:8 97:25
**first** [8] 40:22 47:13,17
47:24 55:8 69:25 74:24
75:3
**firsthand** [1] 88:10
**five** [3] 4:6 86:25 89:23
**Florida** [1] 24:24
**follow-up** [2] 100:18
101:4
**follows** [1] 6:4
**Foot** [1] 16:4
**force** [1] 7:17
**Ford** [5] 1:8 36:23 37:2
46:18 76:21
**forgot** [2] 65:17 71:4
**form** [22] 3:13,16 5:10
18:2 37:5,9 48:20 50:20
51:8,12 59:22 65:11 67:12
68:4 71:18 81:1,4 82:18
88:4 98:13,22 100:5
**format** [1] 90:12
**forms** [20] 13:8,15 28:20
50:22 62:16,21 63:1 75:1
82:2,16,21 99:21 100:11
100:13,16 101:14,21,22
102:1,11
**forth** [1] 104:11
**found** [2] 55:3 95:22
**foundation** [3] 98:15,22
100:6
**four** [5] 7:13,14,15,23
50:6,15 91:12
**Fox** [1] 72:25
**framing** [2] 92:3
**France** [2] 24:23 25:21
**free** [1] 50:8

**free-lance** [2] 70:4,11
**French** [1] 25:21
**frequently** [4] 48:8,23
76:10,14
**friend** [1] 25:8
**friendly** [1] 17:11
**Friends** [4] 40:20,24
80:12,22
**front** [3] 58:8 75:12 89:10
**fulfill** [1] 55:18
**fun** [2] 11:1 91:14
**function** [2] 54:4 63:11
**funny** [1] 78:4
**FURNISHED** [1] 4:11

~G~

**G** [5] 3:22 86:8 87:2 89:7
103:1
**G-A-L-L-I-V-A-N** [1]
34:25
**G.I** [24] 3:20,22 16:3,7,7
26:19 36:19 52:22,22
53:11,22 63:18 65:16 66:1
74:7,13 76:2 78:16 83:9
84:17,22 86:8 87:6 94:9
**GAF** [1] 1:23
**Gallivan** [2] 34:24
**general** [2] 46:17 98:18
**generally** [7] 44:11
48:25 49:18 64:7,18 80:15
93:19
**generated** [3] 29:4,6
57:22
**Generation** [1] 65:17
**George** [3] 10:5,13 55:17
55:19,23
**gesture** [1] 6:24
**girl** [1] 68:23
**given** [8] 34:1 52:15
64:22,23 78:8,18 103:13
104:13
**giving** [2] 7:5 80:17
**God** [2] 17:5 26:17
**goes** [1] 64:6
**good** [2] 6:8 91:20
**Goodman** [1] 41:18
**Grand** [1] 2:13
**graphics** [1] 92:7
**Graziano** [2] 89:20 90:2
**Great** [4] 26:19 43:12,16
72:6
**greater** [1] 81:24
**Green** [1] 55:9
**Green's** [1] 56:2
**grew** [2] 46:7,8
**Griffin** [17] 1:9 9:13 11:6
18:24 42:2,4,21 60:24
75:16 80:10 91:1 94:3,6,7
95:18 96:15,17
**group** [3] 3:14 38:3 75:3
**guess** [15] 10:17 12:10

14:5,15 17:5 21:19 34:9
38:19 44:6,6 46:13 74:23
78:24 81:11 90:20
**Guild** [1] 96:1
**Gunther** [1] 89:20
**guys** [1] 69:21 94:9

~H~

**H** [5] 3:11,23 4:1 86:11
90:20
**H-A** [1] 20:2
**H-E-L-E-N-E** [1] 60:2
**H-N** [1] 20:3
**Hahn** [1] 19:24
**half** [2] 34:4 63:3
**hand** [1] 104:20
**handed** [4] 47:13 48:5,22
**Handing** [1] 89:1
**handle** [1] 48:10
**happening** [1] 94:21
**hard** [1] 80:1
**Harmon** [2] 41:18,19
**Harmon's** [1] 76:24
**Harry** [1] 72:25
**Hasbro** [7] 78:18,24 79:1
79:5,6 85:12,13
**hate** [1] 82:1
**Hayward** [3] 77:12,14
78:2
**head** [4] 26:7 55:10 56:5
77:15
**hear** [4] 39:16 76:20 78:2
80:2
**heard** [4] 27:4,6 29:10
32:18
**heavily** [1] 26:14
**held** [1] 8:2
**Helene** [2] 58:16 60:2
**help** [1] 55:17
**hereby** [5] 5:2 103:7
104:9
**herein** [1] 5:4
**hereinbefore** [1] 104:10
**hereunto** [1] 104:20
**Hero** [2] 16:6,8
**Heroes** [1] 4:3
**Heroes-The** [1] 86:20
**Hey** [1] 60:11
**hiarchy** [1] 11:4
**hire** [4] 44:19 45:1,8,20
**hired** [5] 15:24 25:1 33:6
33:7 66:21,23 67:1,5
70:25
**hold** [1] 61:16
**holds** [1] 88:17
**home** [1] 18:20 93:3,18
**honestly** [3] 29:2 50:12
61:25
**horse** [1] 82:1
**hound** [1] 33:1

Bryant v. Broadcast Music, Inc., et al
NY State Supreme Court, Rockland Index #5192/00

Multi-Page™

hour - monics
Dep of Carole Weitzman

hour [1] 63:3
hours [1] 34:5
house [1] 90:3
Human [2] 69:16,19
hundred [7] 11:11 28:13
28:15,24,25 45:11,13
hundreds [1] 34:4

**-I-**

idea [11] 15:23 17:21 30:7
49:4 75:13,14 81:6,15,25
88:16,24
identification [12] 37:9
38:4 39:2,5 67:15 73:19
84:19 86:9,13,17,21,25
identified [1] 95:2
identify [1] 39:6
identity [1] 63:25
illustratively [1] 40:18
imagine [9] 28:2 30:23
59:7 61:8,23 68:15,16
75:7 99:8
in-house [2] 96:10,13
inadvertently [1] 83:18
Inc [7] 1:7,9,10,23 2:4,17
50:4
Inc./Starwild [1] 81:14
Inc./Wildstar [2] 81:13
85:11
Incidentally [1] 92:15
include [2] 37:24 100:15
Incorporated [1] 74:3
independent [1] 98:2
Index [2] 1:2 2:2
indicate [3] 41:2 74:2
93:2
indicated [1] 35:6
indicating [2] 35:10
52:15
individual [2] 84:25
85:3
individuals [1] 89:25
industry [2] 70:5 88:12
information [34] 4:11
13:23 14:7,12,20 15:3,6,8
15:10 21:11 25:13,25 26:4
33:11,17,25 34:8 39:17
39:20 41:10 42:10 52:9
52:14 62:7 71:18 74:25
83:20 84:23 90:22 95:5
97:15 98:11,17 99:8
informed [1] 44:4
Inhumanoids [4] 4:5
86:23 93:10,11
initials [1] 77:17
instruction [1] 6:22
interest [3] 49:2 76:22
78:11
interested [1] 104:17
interests [2] 57:5 62:11
international [5] 18:20
25:23 28:16 34:16 94:25

internationally [1]
94:23
interpret [1] 6:23
INTERPRETING [1]
1:23
interrupt [1] 89:3
interviewed [1] 67:3
involved [17] 8:7 18:4
18:21 27:10,21 45:22 46:3
46:5,6 54:6 59:17 60:9,23
74:23 93:14 98:6 100:25
involvement [6] 30:14
76:17,25 99:2,12,17
involvements [1] 12:11
issue [1] 58:5
iteration [3] 15:15 36:4
57:22
itself [2] 49:2 66:12 83:16
85:1,2 88:3,8

**-J-**

J [5] 2:13 4:3 86:19 91:22
91:23
J-A-Y [1] 26:11
jacket [1] 90:23
James [1] 79:12
JANE [1] 1:11
Janet [2] 19:18 20:22
Jay [1] 26:11
Jem [8] 16:3 17:6 35:24
36:6,10 52:22 65:23 81:8
Jems [1] 86:1
Jersey [1] 2:14
Jim [2] 89:20 90:2
jingles [3] 36:5,8,9
job [10] 8:2,4 10:18 11:21
20:16 25:19 49:5 66:9
91:14,14
Joc [55] 1:9 3:20,22 6:13
9:13 11:16 16:3,7,7 18:24
26:19 28:3 34:9 36:19
41:24,25 42:2,4 46:2,5,18
47:5 49:17,18 52:18,22
52:22 53:11,22 54:8,20
57:4 62:8 63:18 65:16
66:1 69:15 70:20 74:7,13
76:2 78:16 82:4 83:9
84:17,22 86:8 87:6 89:12
90:25 91:1,1,2 94:9 98:1
John [3] 1:10 75:23 76:16
Joseph [1] 26:12
JR [1] 2:13
Jules [4] 1:8 2:21 6:13
98:1

**-K-**

K [4] 4:5 86:23 93:10
103:1
keep [2] 61:12,19
keeps [1] 24:20
Ken [2] 20:15,21
kept [2] 13:11 21:24

56:19
Kettler [1] 11:16 19:2
70:3
Kid [1] 27:2
kids [5] 7:13,14,23 76:12
91:12
kind [9] 32:15 51:7 55:5
55:20 59:14 64:4 66:1
91:11 95:10
Kinder [5] 1:8 36:23 37:2
46:18 76:21
Kitson [28] 2:16 8:15
16:18 26:2 37:17 38:17
43:3 48:3 49:21 52:24
53:13 56:20 65:10 68:8
70:24 74:1,17 78:12 83:3
84:25 88:1,5,23 91:25
97:18 100:2 102:3,14
knew [7] 11:12 32:11
46:11 66:16 70:14 96:9
99:8
knowledge [18] 51:23
57:8 82:16 88:10 90:13
98:5,9,17,25 99:11,15,20
100:2,10,18,20,24 101:14
known [2] 17:3 71:15
knows [2] 17:5 88:7
Korea [1] 91:17

**-L-**

L [3] 2:2,6,1 103:1
L-O-E-S-C-H [1] 89:19
lack [1] 101:13
Lamb [2] 2:12 6:9
Larry [1] 79:4
last [6] 8:2 39:1 70:14
89:2 93:9 95:5
late [1] 54:7
lately [1] 24:7
latest [1] 26:8
law [1] 97:25
lawsuit [5] 6:13 8:7,12
8:18 16:10
leave [4] 24:3 25:14 70:17
97:10
Lee [1] 89:19 90:1,24
left [18] 9:22,25 10:2,14
13:10 20:12 21:18 23:24
24:3,5 26:9 34:22 55:11
55:20 67:4 70:22 83:18
99:16
leftovers [1] 55:21
LEGAL [1] 1:23
lesser [1] 78:25
letter [2] 37:16 38:1
Lexington [2] 2:21 9:21
library [4] 12:17 14:4
58:23 64:23
license [10] 27:20 37:19
43:12,18 72:2,3,9,19,10
72:21
licensed [3] 27:13,19,22

licensing [3] 27:10,16
89:4
Lics [2] 4:5 86:24
likewise [1] 56:10
limited [2] 94:13,18
list [5] 37:18 41:16 51:18
65:2 84:6
listed [1] 35:16
lists [1] 14:4
litigation [1] 98:2
live [1] 25:9
lives [2] 25:13 70:6,7
91:2
living [1] 91:10
LLP [2] 1:18 2:16
locate [1] 21:8
located [2] 9:19 89:24
locked [1] 24:2
Loesch [1] 89:19
logo [1] 85:21
longer [1] 61:11
look [12] 38:7 49:10 50:7
66:22 67:18 71:14 73:12
83:11,21,25 84:22 90:19
looking [5] 40:22 87:2
87:24 88:14 92:24
looks [1] 73:9
Loonland [15] 10:14,16
21:5,14,17 23:23 24:6,11
24:12,15,23,25 38:16
55:15 69:23
Loonland's [1] 34:19
LTD [2] 1:8,8
lyricist [4] 41:20 45:12
77:2 84:5
lyricists [2] 13:3 28:15
lyrics [2] 77:4,8

**-M-**

M [4] 1:8 2:21 6:1 103:1
M-U-D-D-I-M-A-N
[1] 60:3
main [1] 64:3
maintained [1] 22:25
makes [1] 63:24
management [3] 11:5
12:3 26:22
manager [1] 79:7
managing [1] 12:1
Mancuso [2] 55:10 56:10
March [2] 50:7 80:10
Marchisio [2] 2:12 6:10
Margaret [3] 89:19 90:2
90:24
Maria [1] 69:3
mark [8] 37:6,22 38:20
67:9 73:5,11 83:8 86:6
marked [15] 37:9,15 38:4
38:22 39:2 67:15 73:19
81:8 84:18 86:9,12,17,20
86:25

marriage [1] 104:16
Marvel [11] 15:23,24
16:1,2 40:13 52:13 76:4
87:14,18 89:16 90:6
Mary [7] 43:8 71:22,25
72:8 73:2,6 74:6
master [1] 53:7
materials [2] 21:6 53:4
matter [1] 104:18
matters [1] 6:12
may [17] 5:14 7:6 35:4
36:7 37:21,21 49:12 50:17
51:22 65:6 69:1 71:15
74:7 96:12 97:15 103:10
104:20
mean [30] 14:15 17:11,14
20:10 26:6,8 27:16 28:11
30:17 34:2 35:3,23 39:9
42:15 44:4 46:24 47:10
47:14 48:6 58:13,62:6
64:19 66:14 68:10 71:16
76:18 85:17 92:12 96:9
99:7
meaning [3] 64:15 87:13
87:14
means [1] 57:18
meant [1] 78:5
mechanical [7] 29:8
57:9,16,20,22 58:25 59:2
meeting [1] 57:3
meetings [2] 23:10,13
Mendoza [1] 60:10
mentioned [2] 37:25
59:2
met [2] 17:5 76:3,4
Michaels [2] 77:25 78:9
Michelin [1] 77:10
mid [1] 66:5
middle [1] 80:11
might [4] 21:11 26:3
47:11 74:8
Miller [1] 95:15
Milstone [3] 4:14 97:3,4
Mindy [1] 95:15
mine [2] 23:19 25:8
minute [2] 67:18 93:22
minutes [2] 38:7 79:18
misleading [1] 99:25
Molley [1] 69:4
Monaghan [45] 2:12,12
2:13 3:5,7 6:7,9,9,9 25:24
37:14 38:14,19 48:4 49:19
49:25 53:16 67:9 73:15
74:15,20 79:17,22 83:8
85:2 86:5 88:2,11 93:21
94:1 97:13 98:13,21 99:5
99:19 100:4,9,14,20 101:3
101:8 102:6,13
Monday [1] 1:19
money [8] 13:1 49:11
57:25 58:1,2,23 61:19
81:24
monies [7] 30:24 31:1,7

Case 1:07-cv-06395-SHS    Document 32-52    Filed 01/04/2008    Page 61 of 82

Bryant v. Broadcast Music, Inc., et al                Multi-Page™                    Monroe - puts
NY State Supreme Court, Rockland Index #5192/00                              Dep of Carole Weitzman

32:9,25 33:1,3
**Monroe** [2] 77:25 78:9
**Montvale** [1] 2:14
**morning** [3] 1:20 6:8
11:2
**Morris** [2] 2:20 97:25
**most** [1] 50:24
**moved** [4] 54:25 68:21
97:5
**movie** [13] 3:22,23 18:7
18:7 52:23 57:23 69:6
72:16,19 86:9,12 87:6
90:21
**movies** [3] 18:5,6 21:22
**Ms** [36] 3:6 8:15 16:18
26:2 35:9 37:17 38:17
39:4 41:3 42:24 43:3 48:3
49:21 50:2 51:20 52:24
53:13 56:20 65:10 68:8
70:24 73:13 74:1,17 78:12
80:8,9 83:3 84:25 87:3
88:1,5,23 91:25 97:14,18
97:23,24 100:1,2,7,12,17
100:22 101:1,2,10 102:3
102:4,14
**Muddiman** [2] 58:16
60:2
**music** [75] 1:7,9,10 8:13
9:1 12:8,18,18 14:3,3,6
14:13 15:11,13 17:11,12
17:18 32:10 34:7 35:11
35:19 36:2,15 39:21 40:11
41:14,15 43:9,11,12,14
43:17,18,25 44:8,25 45:1
46:23 47:6,16,20,22 48:2
50:4,19,21,24 51:13,18
53:10,14 57:10 60:21
63:25 64:14,25 65:7,9,19
66:16 67:4 69:4 71:24,24
72:5,22 76:6,7,8,10 77:23
78:11 80:22 92:8 96:7
**musical** [2] 50:17 63:11
**musicians** [2] 95:21 96:2
**must** [1] 74:22
**Mutant** [1] 7:21

**-N-**

**N** [5] 2:10 3:1 6:1 103:1,1
**name** [18] 6:8 12:20 18:1
29:12 31:25 39:8,11 41:3
59:25 64:13,15,22 65:18
72:20 78:4 89:8 95:15
97:24
**named** [1] 98:2
**names** [7] 19:14 20:13
29:17 31:21 62:3 69:8
89:22
**Nathan** [1] 60:10
**nay** [1] 42:15
**near** [2] 55:11 97:3
**need** [1] 50:8
**needed** [2] 34:16 55:17
**Nelson** [1] 91:15
**networks** [1] 25:23

**never** [16] 13:21 24:12
27:4,6 28:6 38:11 51:7
52:5 59:2 61:6 67:19 68:9
68:11 76:3 81:2 94:17
**new** [23] 1:1,18,18 2:14
2:18,18,22,22 21:5,13,14
21:24 25:2,10,11 34:20
68:25 92:4,5,6,7 104:3,8
**next** [4] 41:2 80:20 90:19
91:21
**nice** [2] 17:12,16
**night** [1] 89:2
**Nina** [3] 19:24,25 20:1
**Ninja** [1] 7:21
**NJ** [1] 1:24
**nobody** [2] 16:25 66:16
**nod** [1] 6:23
**nor** [1] 23:19
**North** [1] 91:3
**Notary** [2] 103:24 104:7
**noted** [1] 100:7
**nothing** [10] 10:17 16:11
30:13 48:13 49:6,11 56:15
67:6
**notice** [2] 63:17 89:8
**notwithstanding** [1]
45:7
**now** [41] 1:13 17:17 19:23
20:4 25:4 27:17 32:5 34:6
34:18 35:4,6,17 37:4 39:4
40:14 45:3 50:14 52:20
52:21 53:11 54:3 59:9
65:3 66:7 70:5 71:12,21
75:12,17 76:7 80:9,14
81:7 84:21 86:3 88:11
90:3,11 91:7 93:1 97:17
**number** [4] 7:15 37:19
38:25 39:1
**numbers** [4] 3:15,19
73:14,18

**-O-**

**O** [2] 6:1 103:1
**O'Shanski** [2] 20:15,23
**oath** [3] 5:16 7:6 103:9
**Object** [2] 98:13 99:5,19
**objecting** [1] 100:5
**Objection** [11] 43:3 48:3
53:13 56:20 65:10 68:8
78:12 88:1,23 98:21 102:3
**objections** [2] 5:9 88:3
**occasion** [1] 22:15
**occasions** [1] 61:9
**occurred** [1] 80:4
**off** [3] 32:15 83:18,19
**office** [11] 17:4 23:20
24:1,5 34:15,19 39:13
55:24 63:6,7 68:21
**officer** [1] 5:15
**officers** [1] 32:4
**offices** [2] 1:17 55:1
**often** [1] 50:24

**older** [1] 60:7
**once** [6] 22:17 39:23
56:17 63:4 91:12,13
**one** [28] 4:5 6:17 10:14
17:18 29:15,20,20,23 30:3
35:24 44:25 50:17 60:7
66:15 68:25 69:1 73:1
83:22,25 84:5,11 86:6,24
88:25 89:3 91:21 93:9
101:3
**ones** [1] 40:5 65:25
**opened** [1] 90:7,8
**opening** [3] 63:18 64:1
64:12
**original** [2] 76:7,9
**originally** [7] 6:14 25:20
35:11 51:16 60:22 65:4
72:23
**Ours** [1] 73:15
**outcome** [1] 104:17
**outside** [1] 96:11
**overpaid** [1] 61:4
**own** [10] 22:22 43:11,15
54:23 71:23,24 90:7,8
94:8 97:1
**owned** [9] 9:12,15 11:12
43:17,24 44:8 45:1 56:13
62:12 85:15
**owner** [1] 55:7
**ownership** [1] 13:19
**Oxygen** [2] 70:13,23

**-P-**

**P** [3] 2:10,10 80:23
**P-E-C-H-E-L-S** [1]
24:19
**packaging** [1] 83:18
**pads** [1] 23:16
**page** [9] 3:2 4:12 38:21
38:22 39:1,2 40:22 78:7
80:9
**paid** [2] 29:3 57:9
**papers** [1] 8:20
**paragraph** [2] 50:6,14
**part** [10] 13:4 21:5 23:8,9
48:12 50:9 52:15 55:14
56:25 93:20
**participant** [1] 47:9
**participation** [1] 13:20
**particular** [2] 80:3,4
87:17
**parties** [3] 5:4 27:23
104:15
**partners** [1] 36:24
**parts** [1] 51:7
**party** [1] 60:1
**passed** [1] 90:1
**Patrick** [3] 2:13 6:8
73:13
**PATTERSON** [2] 1:17
2:16
**Paul** [1] 79:10

**pay** [1] 95:20
**payable** [2] 30:25 31:8
**payment** [1] 95:11
**payments** [1] 95:20
**pays** [2] 28:23 61:11
**Pechels** [2] 4:12 24:17
**pending** [1] 78:13
**pens** [1] 23:16
**people** [20] 13:7,10 19:15
19:17 20:11,12,20 22:9
22:10,16 23:16 24:6 26:9
33:1 34:17 46:3 69:5,9
73:1 82:10
**percent** [11] 11:11 28:13
28:15,24,25 41:4,7 42:19
45:11,13 47:9
**percentage** [4] 42:5,20
49:14 76:22
**percentages** [4] 13:18
42:24 57:5 62:3
**Perez** [1] 69:3
**performance** [9] 28:9
28:24 45:4,9 57:21 58:21
58:22 66:11 75:10
**performances** [1] 95:21
**performing** [3] 12:9
50:4 84:9
**period** [3] 9:14 68:13
85:14
**permitted** [1] 17:19
**person** [8] 13:8 15:22
24:25 45:22 49:8,13 62:2
72:22
**personally** [1] 82:15
**pertaining** [2] 6:12
79:15
**phrase** [1] 48:6
**physical** [2] 52:12 99:14
**picture** [1] 14:1
**piece** [2] 23:6 64:14
**place** [1] 21:13
**Plaintiff** [3] 1:5 2:2,14
**point** [2] 11:21 78:17
**policy** [1] 59:10
**Pony** [6] 16:3 18:7 40:20
40:24 42:18 65:24 80:12
80:22
**Posillico** [2] 1:16 104:7
104:24
**position** [3] 24:8 55:5
58:4
**possession** [1] 75:5
**possessions** [1] 23:25
**possible** [4] 61:24
101:25 102:4,8
**post** [2] 13:25 15:17
**post-production** [1]
40:13
**pre-reformatting** [1]
40:4
**prepare** [2] 35:15,17
**prepared** [8] 15:16 35:11

39:18 43:25 52:11,13 71:8
74:9
**present** [1] 57:3
**president** [4] 11:19 19:3
54:25 69:15
**presume** [1] 44:3
**presumption** [4] 22:22
23:21 44:7,9
**pretty** [2] 55:10 92:18
**previous** [2] 83:4,6
**previously** [1] 81:9
**primarily** [2] 43:13
**proceeding** [1] 7:7
**produce** [3] 74:18 78:18
94:2
**produced** [10] 74:18
78:15 87:10,11,19,25
90:25 92:11 94:5,17
**producer** [12] 26:24 27:1
28:4,7 51:1 74:4 87:17
89:9,9 90:24,25 91:16
**Product** [1] 79:7
**production** [20] 3:15,19
8:5 9:11 10:9 13:10 14:1
15:17 17:10 18:5 19:7,9
20:7 23:8,24 10,11 26:21
26:22,22 28:7 35:12 36:3
38:25 39:1 44:1 51:14
53:23 56:25 60:15 72:15
73:18 77:21 81:11 84:23
85:14 87:12 89:21 90:9
90:22 94:14
**productions** [26] 1:10
2:4,17 6:13 7:13,14,23
11:23 15:24 17:19 20:24
21:9 27:8 38:18 44:25
46:10 60:16,19 73:8 74:3
74:5 81:13,14 85:10 91:13
94:18
**products** [3] 53:2 88:13
94:6
**properties** [7] 27:13,23
35:21 47:23 52:21 62:12
62:13
**property** [1] 65:6
**provide** [2] 62:17,18
**provided** [3] 33:11 98:10
98:19
**pseudonym** [1] 78:3
**public** [4] 7:18 43:18
103:24 104:8
**publisher** [6] 28:25 31:9
41:7 50:19 66:10 80:14
**publishers** [1] 13:3
**publishing** [12] 3:18
28:12,14 29:15 32:24 33:8
41:5 45:11 67:14 68:7,12
80:23
**purchased** [5] 10:7 98:6
98:8,10,19
**put** [6] [2,2] 14:2 15:3,5
35:9 55:11,23
**puts** [1] 64:24

Bryant v. Broadcast Music, Inc., et al      Multi-Page™                    questions ~ started
NY State Supreme Court, Rockland Index #5192/00                          Dep of Carole Weitzman

**-Q-**

questions [6] 6:12,17
7:4 39:13 88:9 98:3 99:24
101:2,10 102:14
quite [3] 11:10 13:2 79:2

**-R-**

R [2] 2:10 6:1 104:1
race [1] 64:20
radio [1] 94:2
rarely [1] 50:22
rather [1] 81:13
Raul [2] 32:6 69:11 96:14
re-record [2] 43:19 72:23
reach [1] 97:8
read [6] 16:10 50:9,11,14
93:5 103:8
reading [3] 43:24 50:12
93:1
Real [2] 16:6,7
realize [1] 88:2
really [1] 10:4 11:10
21:25 30:9 35:25 39:16
51:24 59:13 62:6 78:19
79:9
rearranged [2] 65:7,21
rearrangement [1] 76:8
Rebecca [1] 34:24
Rebirth [2] 4:4 86:20
receive [3] 45:8,16 63:15
received [4] 32:9 45:13
46:18 98:12
recent [1] 90:12
Recess [3] 49:23 79:20
93:24
record [18] 9:1 12:16
25:14 38:15 43:23 50:12
50:15 51:15,24 57:23
72:12 74:2 97:7,10 100:8
103:11,12 104:12
recorded [1] 72:23
recording [1] 72:22
records [19] 21:2,8,21,24
22:2,20,23,24 23:22 26:1
26:4 56:19,21,22,24 69:13
69:16,22 79:14
redid [1] 65:16 92:3
Redirect [2] 3:7 101:7
reflected [3] 34:6 42:25
49:3
reflecting [1] 73:8
reformat [1] 40:1,8
regard [1] 22:15 83:21
regarding [2] 22:17
39:13 57:18 99:9
register [3] 62:25 63:3,5
registered [2] 50:18,25
registering [1] 28:21
registration [3] 48:11
50:20,22 51:5,8 64:9

99:21 100:25
registrations [7] 80:6
80:15 99:3,13,14,17
100:15
related [2] 94:6 104:15
relationship [2] 17:8,9
relationships [1] 13:20
relatively [1] 90:12
relayed [1] 99:10
remain [1] 98:6
remained [1] 54:11
remaining [1] 24:21
remains [1] 101:15
remember [22] 20:8,14
20:18 29:23 35:25 36:13
39:22 40:6 61:14,25 68:22
71:5 72:6 74:8 75:6 77:3
81:18,20 83:24 89:22
92:10 95:14
repeated [1] 64:7
repetition [1] 54:13
rephrase [1] 48:4
report [4] 9:24 10:3,12
55:6
reported [1] 11:15 55:11
reporter [5] 6:23 7:2 37:6
73:5,11
REPORTING [1] 1:23
represent [3] 38:17 59:9
98:1
represented [1] 8:14
representing [2] 38:16
70:25
REQUEST [2] 25:18
97:12
required [1] 80:5
reserved [2] 5:10 88:4
residual [1] 95:20
Resource [2] 69:17,19
respect [13] 21:8 28:20
35:19 36:19 45:23 50:20
51:8 58:5 59:10 60:19
63:11 65:8 100:11
respective [1] 5:4
responsibility [3] 28:1
54:21 94:24
responsible [4] 42:5
44:14 46:1 62:2
rest [1] 24:22
retain [1] 34:11
revenue [3] 29:4,5 81:24
revisit [1] 76:15
Rhino [6] 27:2 54:1 88:19
92:14,20 93:3
right [49] 9:3 14:17 18:23
18:25 19:11 21:16,18 23:5
27:25 28:22 36:5,16 41:1
41:9 42:14 46:24 48:16
48:19 49:1 54:1,7,10,...
62:13 63:2 64:21 68:4
71:19,20 72:14,17 74:12
74:14 80:16 81:19 82:5
83:6 84:4,10,14 85:5,25

89:13 90:3 91:22 93:21
94:22 97:17 101:23 102:7
rights [10] 12:9 27:18,22
28:14 33:9 36:19 43:11
50:4 73:2 84:9
risk [1] 54:13
Robotix [1] 16:4
Rock [1] 1:24
ROCKLAND [1] 1:1
rolled [1] 48:24
Roseann [5] 2:16 25:24
37:19 38:14 74:16
Roseland [1] 1:24
royalties [19] 28:9,23,24
29:9 45:4,9,17 57:10
58:22,25 59:3,4,6,11
61:13 66:11 75:10,11
98:11
royalty [5] 57:17,20,21
57:22 58:21
rules [1] 7:7
run [1] 76:13

**-S-**

S [3] 2:10 3:11 4:1
S-A-I-N-T [1] 24:20
S-A-N-D-R-I-N-E [1]
24:19
S-A-R-D-O-S [1] 24:21
SAG [1] 96:3
Saint [2] 4:12 24:20
sake [2] 57:19 59:1
sale [1] 67:7
Salem [1] 91:3,4
sales [34] 18:20 19:11,20
19:21 20:12,18 21:2,18,2
21:13,15,21,22,23 22:16
22:17,19,21 23:8,13 24:13
26:1,4,8 27:16 53:5,5,6
54:4 57:1 93:19 94:25
95:1,2
salespeople [1] 24:23
salesperson [1] 24:22
Sam [2] 4:14 97:2
Sandrine [2] 4:12 24:16
24:18 26:5
Sardos [2] 4:13 24:21
satisfied [1] 61:13
Saturday [1] 11:1
saw [2] 30:20 54:2
says [5] 51:21 67:20 68:3
88:15,19
Scardino [1] 19:18
Scarsdale [1] 75:20
scenario [1] 46:12
schedules [1] 12:2
Scholastic [1] 20:24
Scotty [1] 69:4
Screen [1] 96:1
script [1] 91:12
scaling [1] 5:5

second [1] 19:1
see [14] 6:21 31:14 51:20
67:24 68:10,24 71:7,14
80:20,21 83:12 89:10
93:10 97:11
seeing [1] 76:18
sell [1] 25:22
sending [1] 12:13
senior [2] 8:4 46:9
sentiment [2] 6:16,17
separate [4] 48:15 60:25
60:25 96:24
series [31] 7:20 9:2 10:19
10:20 15:24 18:21 26:16
26:16 35:24 36:7,9,10,14
47:22 51:2 55:16,18 60:10
60:11 65:16,20,23 72:7
74:24 75:25 76:10,15
78:19:25 86:6 92:2
serve [1] 28:4
SERVICES [1] 1:23
session [1] 96:5
set [12] 3:20 52:22 53:12
54:2 55:3 83:9 84:18,21
85:16,18 104:10,20
shall [1] 5:10
shape [1] 59:22
share [3] 28:13 41:6,8
47:9 58:9
shared [2] 96:14,16
sheer [1] 44:5
sheet [25] 8:21 12:15,21
13:9,17 15:10,12,16 18:1
30:19 34:6 47:11 48:13
48:20,22 51:6,24 52:7,9
67:20,22 68:5,23 78:10
82:19
sheets [47] 8:25 12:14,23
12:25 13:14,24 14:21
15:25 16:11 17:22 28:19
33:14,16,24 34:12 35:10
35:17,18,19 36:1 39:7,18
40:2,17 42:25 43:5 48:2
48:14,17,18 49:3,7,9 51:1
51:9 52:11,12 69:6 73:7
73:21 74:2 75:2 76:19
80:5,18 99:22 100:21
Shin [1] 91:15
shorted [1] 66:19,20
show [43] 12:20,24 17:13
34:3,4 35:16 37:4,14 39:4
47:11,12 48:9,13,25 50:1
51:2,16,17,19,25 52:5,7
53:7,18 63:4 64:2,4,6,8
64:[0 65:23 72:10,24 73:3
74:7 76:11 78:7 80:8 81:7
85:10,17 87:23 88:8
showed [1] 71:11
showing [7] 52:21 53:11
53:15 75:11 81:1,10 84:21
shown [5] 42:24 47:8
80:22 81:42 87:16
shows [21] 12:1 21:4
22:18,18 25:20,23 26:23
27:19 28:5 34:5 43:20

44:17 53:3 65:22,24 75:3
78:16,16 84:1 94:23 95:22
side [3] 33:22,23 45:13
signature [1] 17:23
signed [5] 5:15,17 17:25
95:8 103:19
signify [1] 39:10
simple [1] 44:13
singers [1] 95:21
situation [1] 65:8
situations [1] 45:6
six [1] 89:23
Smith [5] 16:22 35:7,9
50:3 51:21
societies [1] 84:9
society [1] 28:17
Solara [1] 70:13
sold [13] 9:6 10:5,14 21:4
23:23 24:14 25:20 54:8
62:10 66:7 70:19,21 94:22
someone [1] 65:8
sometimes [2] 23:15
84:4
song [1] 57:6
songs [2] 36:6 50:18
Sony [45] 3:16 8:8 9:6
12:5 16:9 56:9 55:6,8,12
55:23 56:1,1,5,7,11,12,15
62:10,11,19 66:23 67:1,2
67:5,7,13,24 68:1,3,5,12
69:25 70:2,21 71:1,1,5
85:15,23 95:8 98:6,8,9,19
Sony's [2] 15:24 99:1
sorry [7] 10:1 48:21 54:5
66:25 68:2 92:1 96:20
sort [2] 59:9 72:15
sorts [1] 33:25
Soto [2] 32:6 69:11
sound [5] 14:2,2 16:6
79:7 92:6
sounds [3] 7:16 80:2
95:17
source [3] 33:16 41:10
41:12
space [6] 25:14 26:19
43:12,16 72:6 97:10
speaks [1] 88:2
specific [1] 46:17
specifically [7] 50:21
51:13,21 52:4 53:10 57:18
89:22
spell [3] 24:18 31:24
77:16
Spence [1] 77:10
Ss [1] 104:4
staff [5] 12:1 13:7,10 26:9
26:9
stamped [2] 38:21 73:4
stands [2] 52:21 88:7
start [1] 53:1
started [9] 9:16,20 26:18
30:5 54:18,22 55:16

Bryant v. Broadcast Music, Inc., et al    Multi-Page™    Starting - wrote
NY State Supreme Court, Rockland Index #5192/00    Dep of Carole Weitzman

Starting [1] 54:21
Starwild [13] 1:9 29:12
29:14 30:12,15,20,22,25
31:8 32:24 80:21 83:13
83:22
state [5] 1:1 74:1 103:3
104:3,8
statement [1] 51:3
statements [2] 71:8,11
stayed [3] 55:25 70:20
70:21
Steven [1] 79:12
still [4] 24:6 35:1 57:1,2
STIPULATED [3] 5:2
5:8,13
stop [2] 21:16 41:9
stopped [1] 65:24
story [1] 64:5
Street [1] 9:21
strung [1] 12:19
studio [4] 90:7,9 91:17
91:20
stuff [3] 52:2 56:23 62:13
submission [1] 50:25
submit [1] 13:24 50:20
submitted [10] 3:16
12:25 13:12 17:23,23
34:12 50:23 67:13 68:5
68:10
submitter [2] 68:1,3
submitting [1] 13:5
subscribed [1] 103:19
subsequent [1] 63:3
substance [1] 61:3
succeeded [1] 24:8
such [2] 104:11,13
SUFFOLK [1] 104:5
summer [1] 79:24
Sunbow [93] 1:10 2:4,17
6:13 8:1,3,6,9 9:4,9,19
11:5,9 13:7 17:17 18:4,14
18:23 21:3,9 26:13 27:7
27:11,22 30:3,14 33:7
34:11 35:18 38:18 39:18
43:25 44:7 45:1,11,12
49:1 52:16 53:19,22 54:6
54:18 56:25 59:7,10 61:11
62:10,11,18 64:17 66:9
66:10,12,16,18 68:13
69:13 71:1,6,6,24 73:8
74:3,5 75:5 78:17,20,21
79:15 80:4 81:4,12,13
85:10,15,21 87:13,14,18
88:20 90:8 91:18 92:12
93:14 94:2,13 95:18 98:6
98:10,12,20 99:1,16
Sunbow's [12] 3:17
15:19 29:15 30:18 33:8
56:24 58:4 62:4 67:14
68:6 96:8 98:18
supervise [1] 7:20
supervised [1] 46:10
supervising [4] 11:22
26:25 89:8 90:25

supplied [1] 52:8
SUPREME [1] 1:1
surely [1] 34:19
sworn [4] 5:15,18 6:3
104:11
sync [5] 72:2,3,8,11,13
synchronization [1]
72:18

-T-

T [4] 3:11 4:1 6:1 103:1
104:1,1
takes [1] 80:15
talent [2] 61:3 96:4
TAMAD [2] 32:19 95:13
tape [3] 83:19 85:1,3
tapes [1] 87:23
taught [1] 54:20
Taylor [1] 79:12
teacher [1] 54:19
team [19] 19:12 21:13,15
21:23 22:16,22 53:5,6
57:1 89:21 93:20 95:1,2
teams [1] 94:8
technology [1] 90:12
Ted [4] 55:9,11 56:2 70:22
Teenage [1] 7:21
television [1] 50:22
telling [1] 15:5
tells [2] 64:4,13
template [2] 46:11 59:15
term [1] 54:24
terms [3] 11:4 46:19 48:2
territories [1] 25:21
testified [4] 6:3 71:21
88:6 101:11
testify [1] 71:18
testimon [1] 104:12
testimony [12] 7:5 16:12
28:18 71:23 78:8 82:3
83:4,6 99:21 101:13 103:9
103:12
Thank [2] 101:1 102:13
Thanks [1] 97:13
theme [18] 40:21,25 47:14
48:7,23,24 63:18,19,20
64:1,1,5,6,12,13 65:4
76:11,15
themes [9] 41:16 47:1,12
47:22,23 50:21 65:19,21
77:5
they've [1] 64:11
third [1] 27:23
thought [4] 52:7 59:14
61:3 84:11
three [3] 3:21 83:10 84:18
through [26] 3:15,19 4:6
18:20 20:9 26:11,25,25
33:19,24 38:7 39:23 43:22
43:23 50:25 52:13 53:4,6
56:16 62:9 69:20 73:5,18

76:4 77:4 86:25 93:19
throughout [4] 54:24
55:2 76:11,15
times [1] 96:24
timetables [1] 12:2
title [5] 10:9 11:17 56:3,6
64:3
titles [2] 11:8 32:2
today [3] 8:11,23 70:25
together [4] 12:19 14:2
64:24 69:2
Tom [25] 9:13 11:6 18:24
28:2 34:9 41:23,25 42:2,4
46:2,5 49:17,18 52:18
54:8,20 62:8 69:15 70:19
70:20 75:16 82:4 91:1,1
99:8
Tommy [1] 41:17
too [3] 32:11 65:13,14
took [5] 20:21 21:12 33:3
55:12 68:19
top [3] 37:16 38:21,25
toy [1] 47:23
toys [1] 27:17
track [1] 32:25
tracked [3] 33:4,18 65:1
transactions [1] 27:22
transcript [4] 7:3 25:15
103:8,10
Transformer [2] 18:7
75:3
Transformers [26] 3:23
3:24 4:3 16:3 26:20 36:12
47:1 52:23 65:17 66:2
69:6 73:10 74:10 76:3,17
76:22,25 77:5 86:12,16
86:20 90:21 91:24 92:1
92:19 94:9
treated [1] 47:25
trial [1] 5:11
true [5] 85:25 100:4
103:11,13 104:12_
try [1] 6:16
trying [19] 14:25 16:4
19:16 20:7,20 21:8 25:22
60:9 65:14 70:22
turned [3] 69:23,25 70:1
Turtles [1] 7:21
TV [15] 9:11 18:5 28:5
35:12 36:3 43:25 48:9
51:13 60:19 62:12 72:17
94:2,13,18 95:22
twins [5] 10:21,24 55:15
58:17 60:4
two [4] 18:6 21:22 30:3
38:8 80:11 96:24
two-minute [1] 40:20
TYLER [3] 1:17 2:16
type [4] 9:9 37:11 50:23
63:20
typical [1] 59:24
typically [3] 13:25 76:9
77:1

-U-

Ultimate [2] 24:2 86:16
ultimately [2] 42:4,16
Um-hum [9] 28:10 42:1
47:2 53:21 54:12 59:18
62:22 63:23 87:7
unaware [1] 90:16
unclear [1] 40:14
under [10] 7:6 12:22 16:2
19:12 30:2 32:9 81:3 82:8
97:18 103:9
underscores [1] 61:12
underscoring [1] 76:5
understand [4] 6:15
43:24 65:12,15
understood [2] 6:18
55:14
unilaterally [1] 46:8
up [3] 7:3 21:7 25:22
54:21 55:3 56:1 58:8,18
93:22 95:8,13
used [19] 12:23 17:4
26:18 28:20 34:17 35:11
48:6,7,8,23,24 51:12
64:11 70:13 73:2 74:6
76:11 91:18 96:3
uses [1] 51:21
using [3] 30:5 78:3 83:25
usually [2] 15:20 28:6
utilized [1] 7:6

-V-

VADIVOX [1] 1:8
vague [2] 48:3 56:21
Valencia [11] 2:22 3:6
73:13 97:23,25 100:1,7
100:12,17 101:1 102:4
Valencia's [1] 101:10
various [3] 62:12,12 73:8
verbally [1] 6:25
version [3] 48:9 92:4,5
versus [2] 59:12 83:25
vice-president [9] 8:5
19:7,8,10,12,21 23:6,7
50:3
vice-presidents [1]
19:5
video [10] 18:17,20 83:15
83:16 84:24 85:16,17
87:12 93:3,18
VIDEOGRAPHY [1]
1:23
videos [13] 3:21 18:16
21:21 53:11,15 57:10 81:8
83:10 84:18,22 92:16
94:16,17
videotapes [1] 37:25
Villains [1] 3:24
Villains-The [1] 86:16
visit [1] 17:4
visual [3] 64:3 83:12,14

voice-over [1] 96:4
voice-overs [1] 96:6

-W-

W [2] 6:1 103:1
waived [1] 5:6
walked [1] 24:2
Wang [1] 60:10
Warner [2] 93:3,13
Washington [2] 63:8,9
watch [1] 92:15
watched [1] 26:23
watching [3] 11:25 46:14
89:2
WEBB [2] 1:17 2:16
Weinberg [1] 79:10
Weitzman [19] 1:15 3:4
3:12 4:2 37:6,8,23 38:3
38:24 39:4,5 50:2 67:12
73:17 80:8 84:17 86:8,11
86:15,19,23 87:3 97:14
97:24 100:22 101:2 103:7
103:16 104:9
West [2] 2:13 91:3
Westchester [2] 91:3,5
WHEREOF [1] 104:19
whole [2] 54:24 55:19
Wholly [1] 69:4
Wildstar [1] 1:10 29:19
29:23 30:12,15,20,22,25
31:8 32:24 33:21 80:21
83:12,23 92:22,23,25
93:11
Williams [6] 43:8 71:22
71:25 72:8 73:6 74:6
winding [1] 93:22
within [8] 4:5 5:5,14
51:18,25 52:6 86:24 104:8
witness [3] 3:2 6:2
18:13 27:5 36:11 42:7
53:14 71:3 100:9 104:10
104:13,19
woman [2] 11:18 24:16
Wonder [6] 56:1,5,7,11
67:7 85:24
word [1] 51:21
words [1] 61:2
worked [17] 24:12 35:23
36:25 40:12 41:17,23
49:10 54:19 55:1,19 58:14
66:13 68:24 69:5 78:19
89:22 95:17
works [3] 50:23 51:4 91:6
worst [1] 56:14
write [1] 46:23
writer [6] 29:1 46:19
50:19 52:1 81:17 84:2
writer's [2] 13:20 47:9
written [6] 7:3 50:21
51:13,16 52:4 53:10 60:14
60:14,16
wrote [1] 76:19

GAF Legal Services, Inc. - (973) 618-0500
188 Eagle Rock Avenue, Roseland, NJ 07068

Bryant v. Broadcast Music, Inc., et al          Multi-Page™                              X - Z
NY State Supreme Court, Rockland Index #5192/00                        Dep of Carole Weitzman

-X-

X [4] 3:1,11 4:1 65:17

-Y-

yada [2] 49:14,14
yea [2] 26:6 42:15
year [4] 7:24 61:16 68:22
 95:8
year-and-a-half [1]
 95:9
years [17] 9:5,17 26:8
 31:20,22 37:3 44:16 46:13
 49:8 54:19 55:2 56:15
 79:25 82:14 89:23 95:7
 96:4
yesterday [1] 80:2
yielded [1] 81:24
York [17] 1:1,18,19 2:18
 2:18,22,22 21:5,13,14,24
 25:2,10,11 34:20 104:3,8
yourself [1] 50:12

-Z-

Z [1] 6:1

Exhibit C

*ANNE BRYANT*

*vs.*

*BROADCAST MUSIC, INC.*

*CONDENSED TRANSCRIPT*
*OF THE DEPOSITION OF:*

*JULES M. BACAL*

*TAKEN ON*
*NOVEMBER 15, 2001*

G A F Legal Services, Inc.
Court Reporting * Videography * Interpreting
188 Eagle Rock Avenue
Roseland, New Jersey 07068
(973) 618-0500

Jules M. Bacal         CondenseIt!™         November 15, 2001

Page 1

```
 1   IN THE SUPREME COURT OF THE STATE OF NEW YORK
              COUNTY OF ROCKLAND
 2            INDEX # 5192/00

 3

 4

 5   ANNE BRYANT,

 6          Plaintiff,

 7     vs.              DEPOSITION OF:
                  JULES M. BACAL
 8   BROADCAST MUSIC, INC.
     (a/k/a BMI), CLIFFORD A.
 9   FORD, FORD KINDER & CO.,
     LTD., VADIVAX, LTD., JULES
10   M. "JOE" BACAL, GRIFFIN BACAL,
     INC., STARWILD MUSIC BMI,
11   WILDSTAR MUSIC ASCAP, SUNBOW
     PRODUCTIONS, INC., and JOHN
12   and JANE DOES 1-10,

13          Defendants.

14
        TRANSCRIPT of testimony taken by and before
15   TABITHA DENTE, a Certified Shorthand Reporter and

16   Notary Public, at the offices of Duane, Morris &

17   Heckscher, LLP, 380 Lexington Avenue, New York,

18   New York, on Thursday, November 15, 2001,

19   commencing at two o'clock in the afternoon.

20

21

22

23       GAF LEGAL SERVICES, INC.
     COURT REPORTING * VIDEOGRAPHY * INTERPRETING
24          158 Eagle Rock Avenue
              Roseland, NJ 07068
25             (973) 618-0500
```

Page 2

```
 1  APPEARANCES:

 2

 3   MONAGHAN, MONAGHAN, LAMB & MARCHISIO
     BY: PATRICK J. MONAGHAN, JR., ESQ.
 4   25 East Salem Street
     Hackensack, New Jersey 07601
 5   (201)-488-1201
     Attorneys for the Plaintiff
 6

 7   DUANE, MORRIS & HECKSCHER, LLP
     BY: ADRIENNE L. VALENCIA, ESQ.
 8   380 Lexington Avenue
     New York, New York 10168
 9   (212)-692-1093
     Attorneys for the Defendant, Jules M. Bacal
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 3

```
 1            INDEX TO WITNESSES

 2

 3   WITNESS                        PAGE

 4
     JULES M. BACAL
 5
 6   Direct Examination by Mr. Monaghan      5

 7

 8

 9

10            INDEX TO EXHIBITS

11   Plaintiff's
     Exhibits
12   Bacal 1   Bacal BMI catalog         18

13   Bacal 2   BMI US Feature Royalties
                 Statement               46
14
     Bacal 3   Amazon.com Transformers
15                video pack order form
                  placed on 2/15/00      86
16
     Bacal 4   Portion of ASCAP order
17                form                   102

18   Bacal 5   Gem video                140

19   Bacal 6   Gem video                140

20

21

22

23

24

25
```

Page 4

```
 1       INDEX TO LITIGATION SUPPORT

 2

 3   REQUESTS

 4   by Mr. Monaghan

 5   Sony acquisition contract          26

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Jules M. Bacal                     CondenseIt!™                     November 15, 2001

Page 5

1 JULES M. BACAL,
2 residing at 670 West End Avenue, New York,
3 New York, 10025, having been duly sworn by the
4 Notary Public according to law, was examined and
5 testified as follows:
6
7 EXAMINATION BY
8 MR. MONAGHAN:
9     Q.   Good afternoon, Mr. Bacal. My name
10 is Pat Monaghan and I am with Monaghan, Monaghan,
11 Lamb & Marchisio; we are attorneys for Anne
12 Bryant in this matter. This is a deposition
13 being conducted under the rules in New York.
14         I'm going to be asking you
15 questions, you will be presumably answering the
16 questions. Your counsel may have some comments
17 or objections along the way. I would ask you to
18 wait for my question to be completed before you
19 start an answer because the court reporter, as
20 able as she is, can't take the two of us at the
21 same time.
22         And if you don't understand my
23 question, please let me know.
24     A.   Sure.
25     Q.   I'll try and clarify it. If you

Page 6

1 answer one of my questions, I am going to assume
2 that you understood the question.
3         Is that fair?
4     A.   That's fair.
5     Q.   And I see you nodding and one of
6 the admonitions that we usually give witnesses is
7 that your answers have to be verbal. The
8 reporter can't take down a nod or a gesture
9 because that could possibly be misinterpreted.
10         Is that also fair?
11     A.   That's fair.
12     Q.   Okay. Have you ever testified
13 before?
14     A.   Once.
15     Q.   In what kind of a matter?
16     A.   It was a divorce proceeding.
17     Q.   Okay.
18     A.   Or, actually, it was as part of a
19 settlement proceeding.
20     Q.   All right. We don't need to know
21 about that.
22         Have you given your full complete
23 name to the court reporter?
24     A.   I haven't yet.
25     Q.   Would you do that?

Page 7

1     A.   It's Jules, j-u-l-e-s, is my first
2 name, official first name, Michael is my middle
3 name and Bacal, b as in boat a-c-a-l. And most
4 people call me Joe.
5     Q.   And how about your residence; where
6 do you live?
7     A.   My residence is 670 West End
8 Avenue, New York, New York, 10025.
9     Q.   And are you currently employed?
10     A.   I'm retired.
11     Q.   And what was your last employment?
12     A.   My last employment was, I was
13 working at Griffin Bacal.
14     Q.   Is that an advertising agency?
15     A.   It's an advertising agency.
16     Q.   And where was it located?
17     A.   It's located at 437 Madison in New
18 York City.
19     Q.   And when was it you retired from
20 Griffin Bacal?
21     A.   In April of this year, 2001.
22     Q.   And what position did you hold at
23 that time?
24     A.   I was Co-Chairman of the agency,
25 which my partner and I had sold a hundred percent

Page 8

1 of to Omnicom in 1994. We actually were part of
2 DDB, which is another part of -- another large
3 agency that they had.
4     Q.   Part of Doyle, Day & Burbeck?
5     A.   Which is now called -- yeah, it's
6 now called DDB. It was a fusion of Needham and
7 DDB.
8     Q.   And you sold your interest back in
9 1994, did you say?
10     A.   In 1994.
11     Q.   And I assume it had some sort of a
12 continuing consulting agreement of some type?
13     A.   Yes. We had a...
14     Q.   And other than the Co-Chairman
15 position you held from 1994 through April of this
16 year, in that period of time, '94 to '00, did you
17 hold any other positions with Griffin Bacal?
18     A.   Yes, I was also Director of
19 Creative Services.
20     Q.   So you were going to work?
21     A.   I was going to work, absolutely.
22     Q.   Okay. But from '94 on, you held no
23 share-holding interest; is that correct?
24     A.   Did I have any specific
25 share-holding interest in --

Jules M. Bacal                    CondenseIt!™                    November 15, 2001

Page 9

1  Q.  Right, in GBI?
2  A.  No, only as part of my contract for
3  the buyout.
4  Q.  Are you presently a shareholder of
5  Griffin Bacal?
6  A.  No.  A shareholder might not be
7  quite the right word, but it's part of my
8  contract with them.
9  Q.  Right.
10  A.  After the buyout part of that was
11  my continuation for, you know, a salary and
12  whatever else was stated.
13  Q.  Okay.
14  A.  Until...
15  Q.  Now, I think we've seen a part of
16  that agreement.
17  MR. MONAGHAN:  Right?
18  MS. VALENCIA:  Of the --
19  MR. MONAGHAN:  Partnership buyout.
20  MS. VALENCIA:  -- partnership
21  buyout, yes.
22  MR. MONAGHAN:  Is there any reason
23  why we can't see the whole agreement if we
24  give you some sort of confidentiality
25  agreement?  It's not to be used in anything

Page 10

1  other than this case if it has application.
2  MS. VALENCIA:  I don't see why not.
3  MR. MONAGHAN:  Okay.  So at some
4  point --
5  MS. VALENCIA:  I think the only
6  thing that's missing are a couple of
7  financial schedules unrelated to Mr. Bacal,
8  but...
9  Q.  Now, going back to 1994, what was
10  your position with Griffin Bacal at that point in
11  time?
12  A.  It was Co-Chairman and Director of
13  Creative Services.
14  Q.  So it was the same position?
15  A.  Same position, yeah.
16  Q.  And maybe we should start with
17  Griffin Bacal at the beginning and work forward.
18  A.  Sure.
19  Q.  Okay.
20  A.  That's fine.
21  Q.  Maybe you can just do it in a
22  narrative form.  Tell me about the agency, when
23  it started.
24  A.  Let me just tell you a little bit
25  about it.

Page 11

1  I started my career at Benton &
2  Bowles Advertising Agency and when my partner and
3  I left there -- I started in, actually, I believe
4  it was, like, February of '58, 1958.  And when my
5  partner and I left in the spring of 1978, we left
6  to start Griffin Bacal.  My partner was Managing
7  Supervisor, I was an Associate Creative Director,
8  and we had an opportunity to start Griffin Bacal
9  with a portion of the Hasbro business as our --
10  to get our start.
11  Q.  That's Hasbro Toys?
12  A.  Hasbro Toys, that's right.
13  Q.  And was that the principal client?
14  A.  That at the time was our -- yeah.
15  It was our only client and then we grew.  And
16  Hasbro grew, so we actually were quite involved
17  in their growth as well.
18  Q.  Okay.  And so from the time you
19  started in '78 through '94, what positions did
20  you hold?
21  A.  I think initially I was President
22  and Tom was Chairman.  I thinks that the --
23  Q.  That's Tom Griffin?
24  A.  Tom Griffin, yeah.  I think that's
25  the way we had worked it out.  And then when Paul

Page 12

1  Kernid (ph) became president, Tom decided that we
2  would both be Co-Chairman.
3  Q.  And what percentage of the shares
4  did you own over that period of time?
5  A.  Well, I'd have to look it up
6  because I don't remember exactly, but what we
7  did, I can tell you this, though, as a
8  generality --
9  Q.  Okay.
10  A.  -- is that as senior creative
11  executives within the agency showed more and more
12  value to the corporation, we would give them more
13  shares and those shares came out of our shares.
14  Q.  Okay.
15  A.  So when we first started out, we
16  were the only people in a one-room sublet inside
17  the Kayman Islands Tourist Bureau and we were the
18  only two people.  And then as we grew and had a
19  number of, quite a few senior executives, then a
20  number of them received shares, you know, in the
21  company and those came out of our shares.
22  Q.  Is it fair to say, though, that up
23  until '94, you and Mr. Griffin were the principal
24  shareholders?
25  A.  Oh, that's absolutely correct.

Jules M. Bacal                    CondenseIt!™                    November 15, 2001

Page 13

1   Q.   Oh. And controlling shareholders?
2   A.   And controlling shareholders,
3   absolutely.
4   Q.   And do you have any current
5   business associations as an officer, director or
6   principal shareholder with any other company?
7   Speaking now.
8   A.   No -- well, no companies that are
9   really actively doing anything right now.
10  Q.   Okay. Other than the buyout
11  agreement, are there any other agreements that
12  you have with GBI?
13  A.   No. I mean, not that I can recall.
14       I mean, you have to understand at
15  the same time that we started Griffin Bacal, I
16  will tell you this because it does bear on what
17  we'll be discussing, Tom and I also started a
18  television production company called Sunbow
19  Productions, which from the very beginning was a
20  separate company from Griffin Bacal and never a
21  part of Griffin Bacal. Although Tom and I were
22  the principals of both of them.
23  Q.   Are you still a principal in that
24  company?
25  A.   No, that was sold to Sony in 1998.

Page 14

1   Acquired by Sony, whatever the correct
2   terminology is.
3   Q.   Sold by you and Mr. Griffin?
4   A.   Sold by -- yes -- well, and our
5   third partner, right.
6   Q.   Who was the third partner?
7   A.   CJ Kettler (ph). And then there
8   were some -- but that's basically it.
9   Q.   You say that's a TV production
10  company?
11  A.   It was a television production
12  company, we produced many television shows
13  through the years.
14  Q.   Can you identify Wildstar Music for
15  me?
16  A.   Wildstar Music and Starwild, which
17  is Wildstar backwards or whatever, inverted, one
18  was a BMI music publisher and one was an ASCAP
19  music publisher, and that's because certain --
20  there was just an advantage in those days. And I
21  don't remember the exact reason for having two
22  because certain composers were attached to one of
23  the music societies and others to the other.
24       That was the reason for it, so
25  there are two different...

Page 15

1   Q.   Just for the record purposes,
2   because someone reading this might not understand
3   as well as you, and I certainly don't understand
4   as well as you, when we're talking about BMI,
5   that's a performing rights society?
6   A.   Broadcast Music Institute. They're
7   a performing rights society, right.
8   Q.   And ASCAP is another of those
9   societies; am I correct?
10  A.   Right.
11  Q.   And what is the function of an
12  entity like BMI?
13  A.   Well, their function, as I
14  understand it -- and they have many functions
15  that they do and if you go on their web site, for
16  example, BMI.com, you might be able to find out
17  the great array of things that they do, but from
18  our standpoint, it was that they would track in
19  their random way performances of shows and then
20  that would -- through that they would arrive at
21  some number and as a result of that, those people
22  associated with those compositions would receive
23  royalties.
24       I have no real idea about how they
25  arrive at those numbers and when you get a check

Page 16

1   for a dollar eighteen from Bolivia or whatever,
2   exactly how that's determined, but that's the
3   gist of how it works.
4   Q.   They also monitor air play, radio?
5   A.   I don't know.
6   Q.   Okay.
7   A.   I don't know whether they do or
8   not.
9   Q.   And they deal with writer and
10  publisher royalties?
11  A.   Writers and -- yeah, they deal with
12  -- yes, I believe that they deal with writers and
13  publishers, but, again, you can check the
14  specifics of that by going on their web site and
15  it's very clear what they do.
16  Q.   And at some point in time, did you
17  become a member of either or both of those
18  performing rights societies, BMI and ASCAP?
19  A.   Yes, I became -- I was a member of
20  ASCAP in the early eighties, I can't remember
21  exactly how early, and then later and for reasons
22  I don't recall, I became a member of BMI. And
23  for writers, as I understand it, you're either a
24  member of one or the other.
25  Q.   For writers. What about

Jules M. Bacal                    CondenseIt!™                    November 15, 2001

Page 17

1 publishers?
2          MS. VALENCIA: Objection.
3      A.   I don't know. I don't know what
4 the answer to that is and I don't know exactly
5 how publishers are involved, in the ways
6 publishers are involved with BMI. I really don't
7 know that answer.
8      Q.   Okay. And from time to time, did
9 you receive royalty statements from one or the
10 other of these performing rights societies, ASCAP
11 or BMI. due to your membership?
12     A.   Yes, I did.
13     Q.   Okay.
14     A.   And I'd be glad to describe for you
15 if you would like exactly how my membership in it
16 came about.
17     Q.   You mean why you joined one or the
18 other?
19     A.   How I happened to become a member
20 of them or my relationship to it.
21     Q.   Okay, that's fine. Please go
22 ahead.
23     A.   I think I might as well do it now
24 because it's important to understand this in
25 terms of my relationship with Anne and Ford.

Page 18

1      Q.   Well, you're getting a little bit
2 ahead. I think I was going to cover some of
3 that.
4      A.   Okay, well --
5      Q.   Keep me honest here.
6      A.   I'd be happy to table that for now,
7 but I definitely want that to be part of our
8 discussion.
9      Q.   My understanding is Starwild is a
10 BMI -- a BMI publisher?
11     A.   Whatever it is it is, you know, so
12 I think that -- if that's the one that's BMI and
13 the other one is ASCAP, then that's the way it
14 is.
15     Q.   All right.
16     A.   Whatever way it is.
17     Q.   Yeah.
18     A.   I'm not sure which is which.
19          MR. MONAGHAN: We might as well mark
20 this.
21
22          (Whereupon, Exhibit Bacal 1 is
23 marked for identification.)
24
25          (Whereupon, there was an

Page 19

1 off-the-record discussion.)
2
3      Q.   Just so we get these companies
4 squared away, I'm going to show you now, Mr.
5 Bacal, Bacal 1 for identification and direct your
6 attention to the references to Starwild
7 indicating -- it appears to me indicating an
8 affiliation with BMI. And the references to
9 Wildstar, indicating an affiliation with ASCAP
10 (handing).
11     A.   Right.
12     Q.   Does that comport with your own
13 understanding?
14     A.   Well, if this is what it says...
15     Q.   Okay, no problem.
16     A.   Then I accept the fact that -- the
17 names are so close, sometimes I just really --
18 not quite sure which one of those is which and
19 which is which, Starwild and Wildstar, but if
20 that's what it says, that's exactly probably
21 true.
22     Q.   And I think before I asked you
23 about, I guess it was Starwild, your current
24 association and you said that you sold that...
25     A.   I don't think I said...

Page 20

1      Q.   Okay, well, maybe you didn't.
2      A.   -- anything about that.
3      Q.   No, you didn't. So let me ask you
4 about, what was your interest in Starwild. Or
5 association with Starwild.
6      A.   All of our music publishing rights
7 companies that we had at the time of the sale
8 went to Sony who acquired our company. This is a
9 good question because I think Anne may have some
10 misconceptions about this particular fact.
11          The money that was acquired by the
12 publishing rights of Starwild and Wildstar, one
13 or both of those, in main and predominantly, went
14 to our client, Hasbro, because they were the
15 copyright owners of those properties and whatever
16 fee that Starwild and/or Wildstar may have
17 received for that, that was just what that was
18 and that money went to them.
19          So any idea that we gave the
20 writer's share to Kinder & Bryant because we had
21 a hundred percent of the publishing share is
22 totally erroneous.
23     Q.   Now, when you say the money went to
24 Hasbro, the client?
25     A.   That's correct.

Jules M. Bacal                    CondenseIt!™                November 15, 2001

Page 21

1    Q.   You're talking about the royalties,
2 the writers --
3    A    I'm talking about the royalties for
4 properties that were owned in the copyright form
5 by Hasbro.
6    Q.   And which --
7    A.   That includes Gem, GI Joe,
8 Transformers, Bigfoot, Visionaries, Robotics, My
9 Little Pony.
10    Q.   Okay, but which royalties are you
11 talking about?  Writer or publishing?
12    A.   No, I'm only talking about
13 publishing.
14    Q.   Publishing, okay.
15    A.   I'm only talking about publishing.
16    Q.   And we're still jumping a little
17 bit ahead, but...
18    A.   I don't mean to get ahead of you,
19 but it seemed to be the appropriate time to
20 answer that question.
21    Q.   No, I understand, but -- you say
22 that these monies went to Hasbro.  Is that from
23 the time of the conception of the original themes
24 that you've just identified?
25    A.   From the very beginning of the

Page 22

1 creation of the publishing companies as I
2 understand it...had --
3    Q.   Um-hum.
4    A.   -- money received by the publishing
5 companies...
6    Q.   Right.
7    A.   In the main, excluding any fees
8 given to Wildstar and Starwild went to Hasbro
9 because they were the copyright owners of those
10 properties.
11    Q.   You just said excluding fees given
12 to Wildstar and Starwild.
13    A.   Wildstar and Starwild may have
14 received some handling fees.
15    Q.   But not publishing monies.
16    A.   Not publishing money.  I mean, the
17 publishing money went to -- well, again, we're
18 getting into terminology.  Out of the money that
19 was received for publishing, they may have
20 received some handling fees and subtracted that
21 from the money.
22    Q.   Okay.
23    A.   But the publishing money was
24 earmarked for, for Hasbro, who were the copyright
25 owners of those properties.

Page 23

1    Q.   By flowing through Wildstar or
2 Starwild?
3    A.   Yes.  That went to Starwild and
4 Wildstar.
5    Q.   So checks would come from the one
6 or the other, BMI or ASCAP, would go into
7 Starwild or Wildstar?
8    A.   As I understand --
9    Q.   And except for handling fees, the
10 proceedings would be disbursed to Hasbro?
11    A.   That is how I understand it.
12    Q.   What is the basis for your
13 understanding?
14    A.   The basis for my understanding,
15 since I'm a creative person who is not intimately
16 involved in all the details of that is what my
17 knowledge was at the time.
18    Q.   Is there any document that you
19 could point me to, even if it's not here, that
20 memorializes this concept?
21    A.   Not that I could because -- this
22 affair is not mine.
23    Q.   So you're saying that if we were to
24 look at checks over a period of time where BMI or
25 ASCAP had disbursed monies to Starwild or

Page 24

1 Wildstar, at some point relatively soon after the
2 receipt of those checks by either of those
3 companies, there would be a check or checks sent
4 to Hasbro by Wildstar or Starwild?
5    A.   I think at some point you would
6 find that that would be true.  Whether it was
7 once a year, whether it was quarterly, whether it
8 was semi-annually, I have no idea.
9    Q.   Would you render -- would Starwild
10 or Wildstar render an accounting of the monies
11 that it received from BMI to its client Hasbro?
12    A.   I would imagine that that would be
13 true.
14    Q.   This would be some sort of a
15 written accounting?
16    A.   I don't specifically know how it
17 was handled.
18    Q.   Okay.
19    A.   So whether it was handled with a
20 specific accounting or whether it was handled
21 with a summary of numbers, I don't really know.
22    Q.   Would you have in any of your
23 records any such accounting?
24    A.   No.
25    Q.   Okay.

Jules M. Bacal                    CondenseIt!™                    November 15, 2001

Page 25

1      MR. MONAGHAN: And Griffin Bacal is
2  not in the action yet, actually.
3      MS. VALENCIA: Not that we're aware
4  of.
5      MR. MONAGHAN: You're only
6  representing...
7      MS. VALENCIA: Mr. Bacal.
8      MR. MONAGHAN: Mr. Bacal personally.
9  Q.  You may have answered this and I
10 apologize --
11 A.  Sure. I'm happy to answer
12 everything.
13 Q.  Starwild and Wildstar were both
14 corporations, were they not?
15 A.  I think that they were -- I think
16 there's an Inc. after them, but let's just look
17 at see. Yeah, there's an Inc. after them.
18 Q.  Okay. Who owned the stock in the
19 companies? Was it you personally or you and Mr.
20 Griffin or was it GBI?
21 A.  GBI did not own -- GBI and Sunbow
22 -- Starwild and Wildstar were part of Sunbow
23 Productions.
24 Q.  Okay. Subsidiaries?
25 A.  Whatever the legal terminology is

Page 26

1  I'm not quite sure, but they were part of Sunbow.
2  They were controlled by Sunbow, I should say, so,
3  again, I'm not quite sure what the legal
4  terminology of it.
5  Q.  And you and Mr. Griffin owned
6  Sunbow?
7  A.  That's correct.
8  Q.  Until you sold it to Sony?
9  A.  That's correct. We were the
10 principal partners.
11 Q.  And Starwild and Wildstar went
12 along with that deal?
13 A.  Starwild and Wildstar may not even
14 have existed at that time. I'm not quite sure.
15 Because at some point, I'm not sure whether they
16 still -- yeah, but I think that they did go --
17 I'd have to look to see because at some point --
18 Q.  What would you look at?
19 A.  What would I look at to see?
20 Q.  Yeah.
21 A.  I would probably have to check my
22 -- the Sony acquisition contract with...
23 (REQUEST)   MR. MONAGHAN: Can we get a copy of
24    that and make a request for that?
25    MS. VALENCIA: Take that under

Page 27

1  advisement.
2      MR. MONAGHAN: But you'll let me
3  know in a couple of weeks or a week.
4      MS. VALENCIA: Oh, certainly, I'll
5  let you know by next week. Oh, it's
6  Thanksgiving, but I'll let you know soon
7  here after.
8  Q.  Did you hold an official position
9  with Wildstar and Starwild? President, vice
10 president, or something of that type.
11 A.  You know, I don't really know
12 whether I ever signed a piece of paper that said
13 I was an officer as such, but I was Co-Chairman
14 of Sunbow Productions. So I don't really know.
15     My title -- I'm trying to remember,
16 to be totally accurate, my title when we first
17 started. Again, we had different ways of doing
18 it. At one point maybe I was Executive Vice
19 President and Tom was President. I think with
20 Sunbow I think I may have been President and Tom
21 was Chairman and then when we -- when CJ became
22 Vice President, I became Co-Chairman and he
23 became Co-Chairman, sort of similar to the way it
24 was at Griffin & Bacal.
25 Q.  Are there any records in your

Page 28

1  possession or accessible by you related to Sunbow
2  and Wildstar and Starwild?
3  A.  Just what I described to you, that
4  whatever would be in the...
5  Q.  Acquisition?
6  A.  Acquisition.
7  Q.  Okay.
8  A.  Right.
9  Q.  Are you familiar with a company
10 known as -- at least having Marvel in the title?
11 A.  Oh, absolutely.
12 Q.  What is that?
13 A.  Marvel Productions was owned by
14 Marvel Comics. Again, when I say that, I'm not
15 sure about the separate company or whatever it
16 was, but I believe it was owned by Marvel Comics
17 and in the days we started working with them and
18 the days when David and Patty was running Marvel
19 Productions and Marvel became later Marvel
20 Entertainment, whatever it was called, Marvel,
21 Marvel Entertainment, whatever, and I think
22 that's what it was called and we did a number of
23 shows with them. And they were very good.
24     We always, historically, my partner
25 and I have, had long-term creative relationships

GAF LEGAL SERVICES, INC.        (973) 618-0500        Page 25 - Page 28

Jules M. Bacal                    CondenseIt!™                    November 15, 2001

Page 29

1  and until this particular matter, we have always
2  had very happy, embracing, inclusive and warm,
3  creative relationships. This came as a big shock
4  to me and I find it very hurtful, so I just want
5  to be really clear the depth of my feelings about
6  this.
7      Q.  Um-hum. I understand.
8      A.  And it will become clearer as we go
9  on and I tell you more about the situation.
10     Q.  Okay, fair enough. When you say
11 you did shows with Marvel, those were
12 Sunbow/Marvel or...
13     A.  Yeah, Sunbow Productions and Marvel
14 Entertainment, I think that was their name, we
15 did shows together, which we produced that ran in
16 syndication for a number of years. I think the
17 first of these was five part GI Joe series and
18 then there were a number of other GI Joe series
19 that ran. And then there was the Transformers.
20         In each case, though, we created
21 advertising before we created the shows, so both
22 for Transformers and GI Joe, that ran for a
23 number of years, that number of years varied
24 depending on what the show was. Gem,
25 Visionaries, et cetera.

Page 30

1         So the amount of time the show went
2  on the air varied, but it was always either at
3  the end -- later on in shows after that like
4  Conan became more simultaneous almost, but
5  usually the advertising preceded it and often
6  times and, in fact, most always, in fact, in
7  those early shows, the jingles, if you will, were
8  originally created, the lyrics and music were
9  originally created for the advertising and became
10 the title sound of the shows later.
11     Q.  Now, these are titles or jingles
12 with which Anne Bryant had some relationship; is
13 that right?
14     A.  Yes. I think it varies depending
15 upon what the specifics were, we can discuss
16 that, but one of the things I do want to clear up
17 and this should be done now, I think, although I
18 can hold off, is how I happen to become involved
19 in the rights to a number of these --
20     Q.  Let me take this in the order --
21     A.  Okay, that's fine.
22     Q.  Please, if I ask you a question
23 that --
24     A.  It just seemed to lead to that, but
25 I'm perfectly willing to wait. But you're asking

Page 31

1  me to wait and I'm perfectly willing to do that
2  if you'd like me to.
3      Q.  Well, we kind of laid it out in an
4  order.
5      A.  Okay.
6      Q.  This is discovery, it's not
7  obviously the trial and --
8      A.  No, no, what I'm telling you is the
9  discovery. It will be a discovery what I'm going
10 to say.
11     Q.  It may well be --
12     A.  Because it's the real truth of what
13 the situation was.
14     Q.  Okay, let's start, if I may, with
15 the cast of players. You've touched on them, but
16 how long do you know Anne Bryant?
17     A.  Okay, I met Anne Bryant certainly
18 in 1980 and I may have met her as early as 1978
19 because she worked at the time as a
20 composer/arranger and Anne is a tremendously
21 talented -- tremendous musical talent. I mean,
22 she's an incredibly talented composer and
23 arranger so I have great admiration for her
24 talent.
25         And she worked for Spencer Michelin

Page 32

1  and Spencer Michelin when I was at Benton Bowles,
2  and this was in the seventies, did a -- Roy Eaton
3  was the Music Director of Benton Bowles, he said
4  let's get -- I'm hearing this work that Spence
5  Michelin was doing, let's get him in to take a
6  crack at these Alphabits, Post cereal Alphabits.
7         So Spence Michelin came in and
8  asked him what we were looking for and he went
9  away and did something exploratories and I don't
10 remember if we ever used what he did, but I was
11 thrilled with the sound that he got. You know,
12 he did a demo and I was really thrilled with the
13 sound and the level of the demo and the
14 excitement that he had in it and the way the
15 singers were layered, so it was really good. And
16 I don't know whether Anne had anything to do with
17 that Alphabits thing because I had not met her at
18 that time.
19     Q.  Okay.
20     A.  If I had been introduced to her, I
21 don't really remember, but she was not at that
22 meeting I had initially with Spence and so
23 whenever we started our own company and I was
24 looking for more talented composers and arrangers
25 to work with, I thought about Spence, I was

GAF LEGAL SERVICES, INC.            (973) 618-0500            Page 29 - Page 32

Page 33

1 working with some other composers and arrangers,
2 Tommy Goodman and Don Danman and his partner
3 Norris O'Neil and I wanted to expand our
4 resources.
5    Q.    Can we just --
6    A.    Because we were doing a lot of work
7 at the time -- I'm sorry, sure.
8    Q.    No, just for the record, I have
9 some familiarity with this having represented
10 another jingle company, but describe to a
11 layperson how the process generally works where I
12 believe, you know, someone at the ad agency comes
13 up with an idea and then, as I understand it,
14 discusses that idea, the raw idea with, perhaps,
15 composers, arrangers, jingle company. The jingle
16 company does a demo tape of some type, they get
17 paid for doing the demo tape. It goes through
18 revisions, you know, back and forth, and then
19 eventually either the client purchases it or
20 doesn't purchase it.
21           Is it something like that?
22    A.    Yeah, I think that's generally
23 true.
24    Q.    Okay. So this is what you were
25 describing a moment ago where you had a Post

Page 34

1 cereal engagement to come up with something for
2 Alphabits?
3    A.    Yeah, as I recall.
4    Q.    And you had heard of Spence
5 Michelin who had dealings with him before?
6    A.    Not actually dealings before, but
7 our music director at the time, he suggested,
8 let's meet with Spence Michelin, I think he's
9 doing some really good work, and we --
10    Q.    And how did Anne Bryant's name come
11 up in that context?
12    A.    It didn't.
13    Q.    Okay.
14    A.    It didn't.
15    Q.    And you just described -- I'm
16 sorry.
17    A.    It didn't. I was moving ahead to a
18 few years later when Tom and I had started our
19 own agency. And I remembered Spence and the work
20 he had done and I was looking to expand the
21 number of composers that I was working with
22 because we had a lot of assignments from Hasbro
23 by that time and a lot of work and exploratories
24 and we'd do different ones and you give them
25 options and everything like that. I thought of

Page 35

1 Spence and I went to see him.
2           Now, I believe it's probably true
3 that I met Anne Bryant at that time and we might
4 have been introduced, but I don't really remember
5 that. And I remember giving Spence an
6 assignment, it was for a product called My Friend
7 Snoopy.
8    Q.    Um-hum.
9    A.    And then the client liked that and
10 that was -- and I liked what he did and so,
11 again, we gave him more work and we started this
12 relationship. I was also working with other
13 people at the time, but I really liked their work
14 and so we did more work together.
15           In 1980 -- and, as I say, I may
16 have met Anne during that period, but it doesn't
17 resonate in my mind because there was no specific
18 conversation. However, in 1980, when we were
19 getting ready to go into production for a show
20 called The Great Space Coaster, which was our
21 first show, and I don't remember exactly when in
22 that time it was, you know, whether it was early
23 1980 or whether it was even the end of '79 or
24 whatever, that was because we were still getting
25 sponsors and talking to television stations and

Page 36

1 everything like that.
2    Q.    Um-hum.
3    A.    I went to Spence and I asked him if
4 he would write the title song for The Great Space
5 Coaster. So we had been doing a great deal of
6 work together and I was really impressed with his
7 work and I was never really that clear which of
8 his people were working on what. He's basically
9 it was his company and he was the person I dealt
10 with. Although I would, you know, meet the
11 different people involved and everything like
12 that.
13           And when Anne wrote the music for
14 that particular song, Great Space Coaster, which
15 Spencer wrote the lyrics for, as I understand it,
16 well, I was really blown away by what they did
17 and I thought, oh, this is great. And that's
18 when I really recall meeting Anne. I said, oh, I
19 am so impressed, you are so talented, this is
20 great, this is a really good job, this is
21 wonderful. And, as I say, I've always had such
22 embracing relationships with so many musical
23 talents throughout the years, which is why this
24 is so upsetting to me.
25           But, in any event, I was very

Jules M. Bacal                    Condenseit!™                    November 15, 2001

Page 37

1 complimentary and she deserved every compliment
2 because it was wonderful and the show ended up
3 running for five reasons and won the Peabody
4 Award and --
5    Q.   What was the name of the show?
6    A.   It was The Great Space Coaster.
7    Q.   Oh, I thought that was the title.
8    A.   Yeah, that was the name of the
9 show.  She wrote the title song, but they didn't
10 write any other songs for the show, but they
11 wrote the title song.
12    Q.   So you've known her for --
13    A.   Over twenty years.
14    Q.   -- twenty plus years?
15    A.   There was a period of time where we
16 did lose contact after her what appears to be her
17 acrimonious business divorce from Ford.
18    Q.   Talking about Ford Kinder?
19    A.   Ford Kinder.
20    Q.   Okay.  Now, when she wrote that
21 music, do you know how credits were attributed,
22 if any, if they were?
23    A.   Sure.  Attributed lyrics were -- as
24 I recall, if you look at the show, but I think it
25 said lyrics by Spencer Michelin, music by Anne

Page 38

1 Bryant.
2    Q.   Okay.  And who owned the publishing
3 on The Great Space Coaster?
4    A.   Either Wildstar or Starwild.  I
5 believe.
6    Q.   By virtue of what?  Why did
7 Wildstar or Starwild have an interest in the
8 publishing?
9    A.   Because we were a television
10 production company and like all companies we --
11 there were certain things that we controlled.
12    Q.   Well, I'm just trying to understand
13 the relationship.
14         The client here was -- maybe I
15 didn't get it.  What was the name of the client
16 on this one?
17    A.   Their client on this one?
18    Q.   The Great Space Coaster.
19    A.   We were the client.
20    Q.   You were the client, okay.
21    A.   Right.  We were the client.  This
22 is a show that I created.
23    Q.   Okay.
24    A.   And...
25    Q.   We being Sunbow or...

Page 39

1    A.   Sunbow Productions.  This was our
2 first show, Sunbow Productions's first show.  It
3 was an educational children's television show.
4    Q.   And did you register the publishing
5 interests?
6    A.   I don't really recall, but in all
7 honesty I don't really recall the publishing
8 interests of The Great Space Coaster, so I just
9 assumed -- it's been so long and it's been out of
10 distribution and everything like that, I just
11 assumed that the publishing rights went to
12 Starwild or Wildstar, but I cannot --
13    Q.   Okay.
14    A.   I don't really remember in all
15 honesty.
16    Q.   That's fair enough.
17    A.   It would seem to me I would have,
18 but I don't really remember.
19    Q.   Well, tell me about your
20 understanding of the process.  By the way, let me
21 back up a little bit.
22         You are also a composer, are you
23 not?
24    A.   I'm a writer.
25    Q.   A writer.  You've written lyrics?

Page 40

1    A.   I'm a writer, I've written lyrics.
2 Yeah, I've written quite a few lyrics.
3    Q.   In fact, you're reflected as a
4 writer and having an interest on some of the
5 titles described on Exhibit 1, right?
6    A.   That's correct.
7    Q.   What do you do with respect to
8 advising BMI or ASCAP after you've composed or
9 you've written some lyrics?  What forms, if there
10 are any, do you sign to record that interest?
11    A.   Okay.  So we should talk about
12 this.  This is a good time to talk about this
13 because I really want Anne to understand what the
14 situation was.
15    Q.   Okay.
16    A.   In the beginning, when we first
17 started and we were just doing advertising, we
18 decided that we would give both the lyric and
19 music rights to the composers whether or not they
20 wrote any of the lyrics or not and we decided to
21 do that because that's not what we were
22 interested in.  We had never been involved with
23 ASCAP or BMI before and we were not really
24 interested in that and we wanted to give it to
25 them as just to show, again, it was part of our

GAF LEGAL SERVICES, INC.          (973) 618-0500          Page 37 - Page 40

Jules M. Bacal                    CondenseIt!™                    November 15, 2001

Page 41

1 embracing attitude as to how we work with
2 creative people and as to say, you know --
3 because we really, we worked very hard and people
4 who worked with us, they worked very hard, too,
5 and they said, this is a way to show our
6 appreciation, we want you to have this.
7        Q.    Um-hum.
8        A.    I don't know that that was ever
9 written down or anything, but they had that and
10 so, therefore, in the beginning when just those
11 shows were -- just the advertising was running on
12 the air, for example, let's take Transformers, I
13 think initially just Ford and Anne's names were
14 on that. Even though I wrote the lyrics for
15 Transformers.
16       Q.    Right.
17       A.    And we can go -- I want to go into
18 that at some point, too, just to show you the
19 idea of how the process worked. I think I'll do
20 that now. Just --
21       Q.    I am familiar with the fact that
22 you wrote the lyric and the script.
23       A.    Okay. There was a question, I
24 believe, that I heard about that except for one
25 line, which Ford wrote or something like that,

Page 42

1 that was, perhaps, mentioned by Anne, but the
2 truth was -- give you a good example, though, to
3 understand the example of how it works.
4        For Transformers, I roughed out the
5 lyric, I gave her another copy, an announcer
6 copy, and she came up with a brilliant idea of
7 setting the announcer copy to music, which is a
8 terrific idea because she's just a talented
9 person. So when I got it back, you know, they
10 had added and I guess Ford had added the line,
11 the first line which I had given them, which was
12 Transformers, more than meets the eye, and then
13 he had added Transformers, robots in the skies,
14 s-k-i-e-s.
15       So I called him up and I said,
16 well, I think for the form, I think what you've
17 done is good. However, I really don't like robot
18 in the skies. I think, I think it should say
19 robots in disguise, d-i-s-g-u-i-s-e, because
20 that's what the concept is, it is planes
21 transforming into robots, it is cars transforming
22 into robots, so they are, in fact, robots in
23 disguise.
24       The thing throughout all of our
25 relationships was one of -- you know, it was

Page 43

1 really kind of any kind of collaborative effort,
2 there really was a collaborative effort.
3        So what happened was even though I
4 gave them the rights, as I gave to all other
5 composers throughout the years basically, the
6 rights within the commercial area, I got a call,
7 we got a call from Kinder Bryant one day and they
8 said something like, oh, we think Joe should
9 have -- this is in the eighties -- Joe should be
10 on this, you know, the rights to the lyrics and
11 for these shows and I remember being told that
12 they had said that.
13       And I said, well -- I don't
14 remember if I spoke to Ford specifically. One
15 thing I want to make clear is Ford is the person
16 I always talked with. I don't ever recall a
17 discussion with Anne about anything that had to
18 do with business and when I had an assignment, I
19 would always talk to Ford about it. And then he
20 would talk to Anne and however they interchanged,
21 they interchanged, but she's very talented and
22 he's very talented, too.
23       Q.    Um-hum.
24       A.    And I said, well, you know, to
25 whoever told me this -- and I may have had this

Page 44

1 discussion with Ford myself specifically, I don't
2 really recall -- was that it's not really
3 necessary to do that, I was really happy to give
4 you these rights and it had always been my
5 intention to give you these rights. He said,
6 well, look, I know you've been such an important
7 part of our creating this that we think you
8 should have this as far as the shows are
9 concerned.
10       Q.    Have what?
11       A.    Rights to -- within the
12 composer/lyricist arrangement, that I should have
13 these rights which are the rights that I have.
14 And I said, well, you shall decide what I should
15 have and that's what I'll have and fine, so
16 that's this the thing.
17       And that's basically it. I never
18 through the years paid any attention about how
19 that all was divided up or anything like that,
20 but I said, okay, it is fair, because I did make
21 very strong contributions to the work.
22       Q.    Well, you provided -- you wrote the
23 lyrics, right?
24       A.    In most cases I wrote the lyrics
25 and sometimes --

Jules M. Bacal                CondenseIt!™                November 15, 2001

1    Q.   And you wrote the script and you
2  contributed the line, "robots in disguise"?
3    A.   Well, no, I wrote the whole lyric,
4  yeah, but I contributed the line "robots in
5  disguise" as a revision to robots in the skies,
6  but, actually, all the other lyrics I had given
7  them.
8    Q.   But that song was registered, the
9  Transformers song and theme was registered, in
10 1984 to Anne Bryant, fifty percent of BMI
11 Starwild was shown as the publisher and Ford
12 Kinder fifty percent, ASCAP Wildstar as the
13 publisher.
14   A.   Right.  And what I'm trying to
15 explain is that when it went on the air as a
16 commercial -- and what I had done is I had given
17 the commercial rights and that had always been my
18 intention because of just whatever work they did.
19 I didn't have to do that.  We must understand
20 that, I did not have to do that.
21   Q.   I understand what you're saying.
22   A.   I had given those rights to the
23 composers, that they could have both the lyrics
24 and music rights and that could be -- so I just
25 did that.  I felt it was a very generous thing to

1  do, but I was happy to do it because they were
2  making important contributions.
3    Q.   Now, are you familiar with a 1986
4  registration to Anne Bryant at BMI under the
5  title Robots in Disguise?
6    A.   I'm not familiar with that
7  specifically.
8        MR. MONAGHAN:  We can mark this as
9  Exhibit 2, Bacal Exhibit 2.
10
11       (Whereupon, Exhibit Bacal 2 is
12 marked for identification.)
13
14   Q.   I'm going to show you now a BMI U.S.
15 Feature Royalties Statement.
16   A.   Okay.
17   Q.   For the quarter entered...well,
18 it's not exactly a quarter, it's misdescribed,
19 it's actually a year.  Any way, referencing a
20 date 7/1/85 to 6/30/86, addressed to Anne Bryant,
21 care of William Dobshinsky?
22   A.   Yeah, Bill Dobshinsky, yeah, he was
23 a music guy.
24   Q.   Let's explain for the record who he
25 is.

1    A.   Bill Dobshinsky is a lawyer, is an
2  attorney, and when we got into this whole thing
3  about music rights -- because we had our own
4  company and it came up, and you're doing a lot of
5  music, you should have -- you're taking the
6  opportunity to receive income from these music
7  rights -- we said, well, we don't know anything
8  about that, we'd better find somebody who does
9  know about it, and so that's when Bill Dobshinsky
10 who was a music rights expert came into the
11 thing.
12       And I believe that -- my
13 understanding is that Ford worked with him as
14 well in setting this whole thing up, that Ford
15 himself worked --
16   Q.   This is for the administration of
17 the publishing?
18   A.   Yeah.  That Ford himself worked
19 with Bill Dobshinsky.
20   Q.   And Dobshinsky would actually
21 collect the monies and distribute them?
22   A.   I don't know.  I don't know how
23 that worked.  I --
24   Q.   Are you familiar --
25   A.   You have to understand, I was

1  spending all my time running a company and doing
2  so much creative work and everything like that.
3    Q.   I understand.
4    A.   It just happened, but we did hire
5  an expert and that was Bill.  And I do believe
6  that the composers were all encouraged to work
7  with him and I guess it was Ford who worked with
8  him to my understanding, because he was the
9  person, really, to handle those kinds of things
10 with Anne and Kinder Bryant.
11       I'll be happy to look at anything
12 you want me to.
13       MR. MONAGHAN:  Well, these are
14 actually -- there are some notations on
15 here.  I don't know when they were made.
16 I'm not waiving any privileges,
17 attorney/client or otherwise, in the event
18 they are -- I don't think they were --
19 actually, I'm not sure if they're made for
20 my benefit or whatever, but I was going to
21 show it to the witness for purposes of
22 referencing that robot in disguise
23 (handing).
24   Q.   Are you familiar with one of these
25 royalty statements generally, BMI royalty

Page 49

1 statement?
2         MS. VALENCIA: Patrick, do you have
3    extra copies?
4         MR. MONAGHAN: I don't. That's why
5    I was...
6     A.   Well, maybe it's not that
7 dissimilar in some cases. I don't know that --
8 no, I'm not familiar with one that has all the
9 people involved and their names on here. This I
10 haven't seen, this particular...
11    Q.   You're talking about the second
12 page, though.
13    A.   Yeah.
14    Q.   How about the first page?
15    A.   Well, robots in disguise, right,
16 right. I see where it says that.
17    Q.   Okay.
18    A.   Right. Now, tell me what that --
19 this is for Anne's share, it was 33.3 percent?
20    Q.   Yeah.
21    A.   That's what this is saying, that
22 was Anne's share, right.
23    Q.   Well, if you know. If you don't
24 know, that's okay.
25    A.   I think you said this is for Anne

Page 50

1 Bryant. It says Anne Bryant, right?
2    Q.   Yeah.
3    A.   So I guess this was Anne's share of
4 this and then there must have been two other
5 shares at that time, I guess, however that was
6 divided up.
7    Q.   Well, every song has -- in terms of
8 writer and publishing royalties, it's actually
9 two hundred percent interest; am I right? One
10 hundred percent to the --
11    A.   That's the way it's been explained
12 to me.
13    Q.   One hundred percent writer and one
14 hundred percent publisher and then they can split
15 that however the parties decide and contribute?
16    A.   That's the way it's been explained
17 to me.
18    Q.   May I have that back?
19    A.   Yes. So I guess that's what,
20 whatever that was. You know, they may have --
21    Q.   Were you familiar with Anne Bryant
22 being credited with robots in disguise? Did you
23 know that?
24    A.   Credited with what part of it?
25    Q.   Some interest in robots in

Page 51

1 disguise?
2    A.   Robots in disguise was one of the
3 lines within the lyric of the Transformers; it
4 wasn't separate from the Transformers. It was
5 one of the lines of the lyric within the songs or
6 jingles for the Transformers, be it for the show
7 or for commercials.
8    Q.   Wasn't that the same jingle, the
9 same theme as the Transformers jingle?
10    A.   It was the same.
11    Q.   Okay.
12    A.   Yeah, there was never another theme
13 that was different.
14    Q.   So when we are talking robots in
15 disguise, we're talking the same as the
16 Transformers jingle?
17    A.   Correct. As it exists here.
18         But to be perfectly clear, I never
19 looked at these things and in terms of the
20 percentages of how these things were divided at
21 all until this all came up and then I finally
22 went and got my catalog, as I was asked to do,
23 and saw it, this and this and this and this.
24    Q.   Well, did you get checks from BMI
25 or ASCAP with respect to Transformers, either

Page 52

1 payable to you or to Wildstar --
2    A.   I did through the years. Not
3 payable to Wildstar.
4    Q.   Okay.
5    A.   Not payable to Wildstar, because
6 checks to Wildstar didn't come to me nor to
7 Starwild. They came to -- the only checks that
8 came to me were checks for my contributions to
9 the lyrics of the songs -- for the shows that I
10 was involved with.
11         But, again, I didn't determine the
12 percentages or anything, because, frankly, I
13 thought it was, in a sense, you know, they said
14 you gave us all this and so we really feel,
15 though, in the shows, you should have a
16 percentage of this because you made these
17 enormous contributions to the work and we're all
18 doing this together. So...
19    Q.   Now, going back to the exhibit you
20 were kind enough to give us, there's a -- there
21 are multiple references to the Transformers.
22    A.   Right.
23    Q.   Reflecting your name as a writer in
24 most of the cases.
25    A.   Right. As it should, right.

Jules M. Bacal                    CondenseIt!™                    November 15, 2001

Page 53

1  Q.   And Bryant's name as a writer in
2  most, but not all of the cases -- yeah, why don't
3  you take a look at that.
4      A.   Okay, let's see:
5      MS. VALENCIA:  This is only for the
6  interest of the Transformers now.
7      A.   We're only talking about
8  Transformers now.  I don't know if there's a
9  point where my name appears and Anne's doesn't.
10 I just want to see if it's true.  I don't see a
11 place where my name appears and Anne's doesn't.
12     Q.   Let me start with the first one
13 showing.
14     A.   Okay.
15     Q.   What we're looking at now is an
16 entry in a BMI catalog which is your BMI catalog;
17 is that right?
18     A.   This is what I was given when I
19 went there on October 24th, 2001.
20     Q.   BMI printed this out for you?
21     A.   They precipitated this out to help
22 me, um-hum.  I knew I was going to have this
23 meeting, so, yeah.
24     Q.   Who did you talk to there?  Allison
25 Smith?

Page 54

1      A.   No, I talked to Samantha Cox.
2      Q.   What's her position?
3      A.   Let's see.  I actually have a card.
4  I think I have it with me.
5      (Brief pause.)
6      A.   Yes, Associate Director,
7  Writer/Publisher Relations.  Very nice person.
8  Very helpful.
9      Q.   And after talking to her, she was
10 able to provide you with this document?
11     A.   Yeah, she said I could go on the
12 web site and just get it myself, but she said,
13 you're here, I have a few minutes, let me get it
14 for you.  She was very nice.
15     Q.   And you -- prior to getting this,
16 had you seen this information anywhere else?
17     A.   No.
18     Q.   Now, looking at the Transformers,
19 there are one, two, three, four, five, six,
20 seven, eight, nine, ten, eleven --
21     A.   When I say no, I should qualify
22 that by saying if in the original -- let's see
23 what I should call it.  I don't quite know what
24 the terminology is, but this suit that was filed
25 by Anne, if there's anything in there, then I saw

Page 55

1  that because I read that document.
2      Q.   Except for the litigation.
3      A.   Except for the litigation, yeah,
4  no, I had not seen it.
5      Q.   I counted approximately eleven
6  transformer entries.  Maybe I shouldn't say
7  approximately.  Let me do it again one more time.
8      (Brief pause.)
9      A.   Yes, eleven.  Exactly eleven
10 entries related to the Transformers.
11     A.   And your question is?
12     Q.   You agree with the fact there are
13 eleven entries related to the Transformers shown
14 in your catalog?
15     A.   Well, let me just count them, I
16 guess.
17     (Brief pause.)
18     A.   There seem to be eleven.
19     Q.   Now, the first one relates to the
20 Transformers instrumental theme; is that correct?
21     MS. VALENCIA:  At the bottom of page
22 two, Patrick?
23     MR. MONAGHAN:  I'm sorry, bottom of
24 page two.
25     A.   Right.

Page 56

1      Q.   And you are shown as a writer of
2  that instrumental theme with a share of 24.9
3  percent; is that right?
4      A.   That's what it says.
5      Q.   But you didn't write any of the
6  theme, did you, you wrote the lyrics?
7      A.   I wrote the lyrics, but I should
8  want to qualify this, right.  I didn't decide --
9  let me be really clear about this, I did not
10 decide what these percentages should be.
11     When the call came from Kinder &
12 Bryant and they really insisted that I do this in
13 the nicest way because we had this wonderful
14 relationship, it was felt that that was what was
15 really fair, and I said, well, fine, you decide
16 what you think is fair in terms of percentages,
17 you know, if you feel that way.
18     Because I said, you know, I had
19 given you all the rights to it as commercials, so
20 if you really feel within the show I should do
21 that because of my contributions, well, then, go
22 ahead and decide and, you know, whatever you
23 think is fair.
24     Q.   With whom did you have that
25 conversation?

Jules M. Bacal · · · · · · · · · · · · CondenseIt!™ · · · · · · · · · · · · November 15, 2001

Page 57

1     A. · Well, one thing is I can't recall
2 because it's been such a long time ago, this is
3 back in the eighties, I don't recall whether
4 somebody came and told me about this conversation
5 they had with him or I specifically had this
6 conversation with Ford and I don't really recall,
7 but it was very clear at the time that that was
8 the thing, which is why you can see when you look
9 at these things, there are all these different
10 variations of numbers. Although there are a
11 number of them that are 24.90.
12     Q. But just limiting my question right
13 now to the instrumental theme, am I correct that
14 that would presume that the lyrics are not
15 included?
16     A. I guess so. It would presume that
17 unless at some point during it that somebody was
18 singing Transformers in that sort of voice, but,
19 yes, you can assume that, exactly.
20     Q. Would I be correct in saying that
21 Anne Bryant should be shown as the exclusive
22 writer of that instrumental theme?
23       MS. VALENCIA: Objection.
24     Q. To your knowledge.
25     A. I don't know because, you see, I've

Page 58

1 been trying to explain to you, and let me explain
2 it again, that I did not make this decision about
3 how this should be divided and so, therefore,
4 this was a decision made by Kinder Bryant and it
5 was divided in this way.
6     Q. You're saying Kinder & Bryant
7 decided to arbitrarily put you down with a 24.9
8 percent interest?
9     A. They decided to put me down -- the
10 amount of my interest down, yes, absolutely.
11     Q. And you don't know on what basis?
12     A. Yes, because of the tremendous
13 contributions I had made to Transformers in the
14 totality, so the fact that they may have put it
15 under this as well as under, you know,
16 Transformers musical theme or vocal theme or
17 whatever it was called, that was what they did.
18     Q. Who made that decision?
19     A. It was made by Kinder Bryant, it
20 was probably made by Ford because, frankly, who
21 would have made a decision that would have given
22 Ford 83.40, look at page three out of four, 83.40
23 of the writer's percentage of the Transformers
24 theme open.
25       Now, who would ever have made that

Page 59

1 kind of decision?
2     Q. I don't know. I'm in the dark as
3 anybody else.
4     A. So, therefore --
5     Q. No --
6     A. Since you're looking at something
7 here that makes absolutely no sense and you could
8 agree with me that it makes no sense that Ford
9 got 83.40 and Anne and I only got 8.30, that
10 doesn't make any sense.
11     Q. Right.
12     A. So I can't justify the sense of all
13 of it except that there was, and this is what I
14 want to be really clear about, there was this
15 understanding because of my tremendous
16 contributions to this that I would receive a
17 certain amount and I said, well, you just decide
18 what you want me to get and that was fine.
19       I was not concerned -- my business
20 was not the music royalty business, my business
21 was running two companies, the creative operation
22 in two companies, so I was not concerned about
23 this, I was willing for them to have the whole
24 thing.
25     Q. I understand. Mr. Bacal, please

Page 60

1 don't take any of my questions personally.
2     A. I'm not taking it personally.
3 You're doing what you need to do. I'm just
4 trying to answer them as specifically and as
5 thoroughly as I can so we really understand what
6 I'm saying.
7     Q. Let me ask some specific questions.
8     A. Sure.
9     Q. With respect to that first entry,
10 the Transformers instrumental theme...
11     A. Um-hum.
12     Q. Was there ever a conversation that
13 you recall with either Anne or Ford or Spence,
14 rather, in which they discussed crediting you
15 with a share of the writer's royalty?
16     A. Okay, here's the thing.
17       Spence Michelin was not involved in
18 the Transformers.
19     Q. Okay, fine.
20     A. Anne Bryant had already started her
21 company and Ford was joining her.
22     Q. Same question --
23     A. You want to know if there was a
24 conversation -- I may have had a specific
25 personal conversation with Ford. I've been

Page 61

1 searching my memory, I don't know whether I had
2 that conversation or whether someone told me that
3 Kinder & Bryant called and they felt Joe Bacal
4 should have, because of his contributions to
5 this, a piece of the royalties on the show, so --
6     Q.    When did you first learn that you
7 were credited with approximately twenty-five
8 percent of the -- I'm sorry, with, yeah,
9 twenty-five percent of the writer royalties on
10 Transformers instrumental theme?  When is the
11 first time you found that out?
12     A.    Well, you know, I actually thought
13 it was going to be about -- from the discussion,
14 I actually thought was about -- what it was going
15 to be was twenty-five percent, so, you know,
16 that's what I felt it would probably be, so,
17 therefore, that they would take -- basically take
18 half of the lyric royalties and I would take the
19 other half.  And that's basically what they would
20 do and that seemed fine with me.
21           I wasn't really concerned about it.
22 And no one ever got back to me or anything like
23 that and I never had meetings with Bill
24 Dobshinsky and I never looked at music cue sheets
25 and I was never involved in that.

Page 62

1     Q.    Can you give me an idea of what
2 kind of royalties on this particular instrumental
3 theme, Transformers instrumental theme, have been
4 generated and received by you?
5     A.    I would have no idea, but I would
6 tell you something, though.  The amount of money
7 that I've received from all of my royalties
8 through the years, right...
9     Q.    Um-hum.
10     A.    Has been very little money.  And
11 you say what is little money.  Well, I don't
12 know, one year it might have been $1,000, one
13 year it might have been $850.  I think the
14 highest year was a little over $2,000.  Most
15 years were somewhere around $1,000.  I mean, this
16 is -- $1,500, whatever it was, but that was about
17 what it was, you know what I'm saying.
18           So, you know, as I recall, and I
19 don't have that paperwork, but, as I recall, that
20 was about what it was, so, you know, on a
21 quarterly basis, here is, you know, whatever that
22 would be in quarters or, you know, semi-annually,
23 whatever the payments were.
24           I didn't spend any time thinking
25 about it.

Page 63

1     Q.    I'm just asking you when you first
2 found out --
3     A.    What I'm saying is I knew I was
4 getting royalties from the time of my first
5 royalty statement.
6     Q.    That's not my question.  It's about
7 the Transformers.
8           When did you first find out you
9 were getting a share in the writer royalties on
10 the instrumental theme, Transformers instrumental
11 them?  When did you first know that?
12     A.    I didn't think about it.  I did
13 look at my -- briefly I would look at -- when I
14 would get a check I would look at the thing and I
15 would see Transformers was down there, but I
16 never looked and parsed what it was.  I don't
17 recall looking and going, oh, look, that's for
18 this and this is for theme close and this -- I
19 just -- it's for Transformers and it's this one
20 and that one and that's what it is.
21     Q.    But that information is contained
22 on the --
23     A.    That information is contained on
24 the statements.
25     Q.    The form you get?

Page 64

1     A.    Yeah, the statements.  So that is
2 fair, right.
3     Q.    So it's fair to assume that when
4 you first got a statement referring to the
5 Transformers instrumental theme, that information
6 was contained on that?
7     A.    That's right.  And if it was
8 contained on that and I saw it, which I don't
9 know that I noticed it or thought anything about
10 it because I really wasn't -- it was just -- I
11 wasn't thinking about that.  I never even asked
12 for these rights.
13     Q.    I understand that.
14     A.    That's the point I want to make.  I
15 never asked for these rights, so it was never
16 important for me and it was just decided that I
17 would get that.  It can be divided up in any way
18 people want to do it.
19     Q.    No, I understand.
20     A.    No, I know you do.
21           Could I ask you a question?
22     Q.    On the record or off the record?
23     A.    Off the record.
24
25           (Whereupon, there was an