# EXHIBIT 93

Jules M. Bacal                    CondenseIt!™                    November 15, 2001

Page 65

1   off-the-record discussion.)
2
3       Q    I started to ask you earlier about
4   the process.
5       A    Okay.
6       Q    And that is the registration of a
7   title process with either BMI or ASCAP.
8            Could you tell me your
9   understanding of how this process works?
10      A    I don't really know, in all
11  honesty. I think that the way I understood it or
12  I assumed it worked was that the composer or the
13  person in charge of composing at the music
14  company, you know, would submit whatever was
15  necessary and whether it was submitted through
16  Bill Dobshinsky, which it may have been, you
17  know, who prepared it in a certain form for
18  submission or not, I'm not quite sure.
19      Q    Have you ever heard the term
20  'clearance form'?
21      A    I've heard the term clearance form,
22  but I was never involved in any of those forms.
23      Q    Okay.
24      A    So it was always my understanding
25  with Kinder Bryant that Ford and Bill Dobshinsky

Page 66

1   or with Bill Dobshinsky's advice, Ford would
2   submit what was necessary to submit.
3       Q    How about cue sheets; have you
4   heard that term?
5       A    Of course.
6       Q    What are those?
7       A    Those are the sheets by which the
8   musicians and everyone was able to -- I guess,
9   are able to perform.
10      Q    Oh, I mean in the context of BMI
11  and ASCAP.
12      A    No, I'm not quite sure. I guess
13  it's a form you fill out with certain things, but
14  I'm not exactly sure of the details of it.
15      Q    So is this fair to say, you
16  understand that someone fills out some sort of a
17  form, files it with BMI or ASCAP listing
18  percentages of interests in the various -- in the
19  titles?
20           MS. VALENCIA: Objection.
21      A    I don't know.
22      Q    You don't know that?
23      A    Well, no. The first part of it,
24  it's a complex question, so the first part of it,
25  I do know that people fill out forms, I can agree

Page 67

1   with that.
2       Q    Okay.
3       A    Whether they list percentages or
4   not I don't know.
5       Q    Okay. You've never seen one of
6   those BMI registration forms?
7       A    I've never seen one.
8       Q    Okay.
9       A    Yeah.
10      Q    And who had that responsibility, if
11  anyone, at Griffin Bacal?
12      A    I don't really know because the
13  only person whose name that I knew was Bill
14  Dobshinsky's name --
15      Q    Okay.
16      A    -- so I don't know. I actually
17  thought that it was handled by the person in
18  charge of handling those things or who took the
19  responsibility to handle those things at the
20  music production company with Bill Dobshinsky and
21  whatever they decided was the right way to handle
22  the forms is how it was done.
23      Q    Okay. How about, have you ever had
24  any experience with a change in the registration
25  at either BMI or ASCAP?

Page 68

1       A    No. No.
2       Q    Okay. So you would have no
3   knowledge of how that process might work?
4       A    No, none at all.
5       Q    Did you understand -- withdrawn.
6            Did you have an understanding that
7   once the registration was accomplished at BMI or
8   ASCAP that in order for any change to be
9   accomplished, someone would have to sign
10  something and file it with BMI or ASCAP? A
11  change in registration?
12      A    Until I heard about this particular
13  litigation or investigation, I had never thought
14  about it and so I had no idea. It doesn't seem
15  unfair that somebody would have to sign something
16  if their name was on something and it was
17  changed, that doesn't seem unfair to me, but,
18  then, I don't know what the rules are.
19      Q    Okay.
20      A    But I never signed anything that I
21  recall at all, so...
22      Q    Did you by any chance have a
23  discussion with anyone at BMI about changes in
24  registration?
25      A    No. My only discussion was on

GAF LEGAL SERVICES, INC.          (973) 618-0500          Page 65 - Page 68

Jules M. Bacal                CondenseIt!™                November 15, 2001

Page 69

1 October 24th. The only time I've ever been to
2 BMI or talked to anyone from BMI is October 24th,
3 2001 when I met with Samantha Cox and she helped
4 me get this catalog.
5    Q.   Was she the only person you met
6 with?
7    A.   Outside of the receptionist, yes.
8    Q.   Did she give you any other
9 documents?
10   A.   This is the only one and...she told
11 me how to access things on line, because this is
12 exactly the same thing.
13   Q.   Before you came here today to
14 testify, other than, I presume, Exhibit 1, did
15 you review any other documents?
16   A.   Yes, I reviewed -- although not in
17 great detail, but I reviewed Anne's deposition
18 and looked at it and there are many
19 misconceptions in it. And I looked at the
20 catalog of -- her BMI catalog, which there was
21 this expression 'short cat.' I don't know
22 whether that meant short catalog, I didn't know
23 if that's how those papers were received or how
24 those papers were redone or whether it contained
25 everything she had ever done, because it didn't

Page 70

1 seem to me that it did contain everything she had
2 ever done at all, because obviously --
3    Q.   I can't help with you this. I
4 don't know anything about the short cat.
5    A.   Okay, but that's what I received,
6 so...
7    Q.   Other than your counsel, did you
8 speak with anyone in connection with your
9 testimony here today?
10   A.   Speak with anyone about my
11 testimony, no. Not really. Mm, I --
12   Q.   Not so much about your testimony,
13 I'm not suggesting that, but did you speak with
14 anyone in connection with getting background
15 information?
16   A.   No.
17   Q.   Did you tell BMI that -- or
18 Samantha Cox that you were going to be
19 testifying?
20   A.   I didn't. I just asked her, I
21 said, I would be interested in obtaining my
22 catalog and details of the catalog. She didn't
23 ask me why I wanted it. Seemed like a natural
24 request to her, which I imagine it would be.
25   Q.   Okay.

Page 71

1    A.   And it was easy to get, it was easy
2 to obtain.
3    Q.   Well, I can tell you off the record
4 that getting the catalog was not easy ---
5    A.   It was easy for me.
6    Q.   But it was not easy for Anne
7 Bryant. It took numerous letters from our office
8 and, actually, a subpoena.
9         Just so I've got this in order --
10   A.   I'll wait. I have some other
11 things to talk about, but --
12        MS. VALENCIA:   Off the record.
13
14        (Brief interruption.)
15
16   Q.   So you would agree with me that the
17 original music portion of the song theme for the
18 Transformers was composed by Anne Bryant.
19   A.   I would agree with that. However,
20 however, the only thing I would say is that when
21 you write the lyrics first as opposed to writing
22 the music first, the creative content of the
23 music is very influenced by the structure you've
24 created in writing the lyrics.
25   Q.   Okay.

Page 72

1    A.   As opposed to if you wrote the
2 music first.
3        MR. MONAGHAN:   Give me a second.
4 I'm skipping through a lot of this stuff...
5        MS. VALENCIA:   Sure.
6        MR. MONAGHAN:   To make it quicker.
7        (Brief pause.)
8    Q.   Now, was there ever a movie produced
9 using the Transformers theme?
10   A.   There was.
11   Q.   What was the name of the movie?
12   A.   It was called The Transformers, the
13 movie. That's what it was called, Transformers
14 The Movie, separated from all other iterations of
15 the Transformers, but, yes, it was a movie, just
16 produced as a movie.
17   Q.   Was that a Sunbow production?
18   A.   Sunbow production, tied with
19 Marvel.
20   Q.   And it used the original theme
21 composed by Anne?
22   A.   We did. We used the original theme
23 composed by Anne and it was rearranged by, and we
24 should talk about this, I'm going to tell you the
25 story behind this because we can all see that

Page 73

1 there are other names on this.
2   Q.   Where does that appear on --
3   A.   It's on page three of four on the
4 catalog, it says Transformers Rock 'N Roll Theme.
5   Q.   That is the theme that was used in
6 the movie?
7   A.   That is correct. I should talk
8 about how this came about.
9   Q.   You can, but I'm just going to ask
10 some specific questions.
11   A.   Sure.
12   Q.   How was it that her writer's
13 percentage was, for lack of a better term,
14 diluted?
15   A.   Well, that's the question I would
16 answer if I tell you the story of how it came
17 about.
18   Q.   Okay.
19   A.   Okay. Here's what happened.
20 Let me tell you the story, but to
21 do that, you have to understand creative
22 relationships.
23   Q.   Well, let me ask a couple of
24 questions, then you can tell the story.
25   A.   Okay.

Page 74

1   Q.   Okay. Who made the decision
2 regarding the writer's shares on the Transformers
3 Rock 'N Roll Theme which was used in the movie?
4 Who did the splits there?
5   A.   I can only tell you the story and
6 within that you'll understand.
7   Q.   You can't tell me who made the
8 decision?
9   A.   Because I don't know who made the
10 actual decision, but I can tell you --
11   Q.   Okay.
12   A.   -- the story and that's why you'll
13 understand the answer to your question.
14   Q.   Let me ask a couple more questions,
15 then you can --
16   A.   Okay.
17   Q.   So you received a writer's
18 participation on the Transformers movie theme and
19 Bryant did, Ford Kinder did, and someone named
20 Douglas Aldridge.
21 Who is that?
22   A.   Douglas Aldridge and Norman Murray
23 Swan.
24   Q.   The other name there --
25   A.   Yeah, Douglas Aldridge and Norman

Page 75

1 Swan were a part of a group, I believe, called
2 Lion, they were a rock group and that's who I
3 believe that these gentlemen...that's what it is.
4   Q.   Why are they shown as having a
5 writer's participation?
6   A.   Okay, that's the story I'm going to
7 tell you.
8 When we did the movie, like all
9 Sony movies today, you hire someone who is a
10 music director, if you will. I don't know what
11 the exact title is, but he is the one who
12 contacts the music companies and gets the rights
13 to different songs, different rock songs. We
14 wanted it to be very -- sort of a forward
15 production, edgy production of the Transformers,
16 and wanted to appeal to a wider audience than the
17 young children who were the primary viewers of
18 the TV show and of the commercials. We wanted to
19 have a larger residence in the culture, so we
20 wanted kind of a rock, rock 'n roll attitude in
21 the music.
22 And he had discovered this rock
23 group. He was not the manager of this group, but
24 he had discovered or heard of this group or heard
25 a tape of theirs, and he thought they had the

Page 76

1 kind of sound that he felt would be just right
2 for the opening of the movie.
3 When he contacted them, they said,
4 yeah, yeah, they would do it, but only if they
5 got fifty percent of the writer's royalties, so I
6 was told this and I said, well, you gotta talk to
7 -- and they want -- also wanted a part of the
8 publishing, half of the publishing as well. I
9 said, well, you gotta talk to Ford about this
10 because Ford was the person we had dealt with and
11 tell him that we really want to do this and it's
12 important to us and we have a long relationship
13 here and a continued relationship, a great
14 relationship, and we're sure they're going to do
15 a lot of other things in the future, but in this
16 particular case I want him to take less and be
17 able to give them fifty percent because that's
18 what they demand, otherwise they won't do it and
19 we want them to do it.
20 So Ford was talked to and, as I
21 recall hearing, he said, well, it doesn't make me
22 too happy doing that, but if you really feel
23 strongly that we have to do it, then, okay,
24 because we do have some really strong
25 relationships. And he was told, we think it

Jules M. Bacal                    CondenseIt!™                    November 15, 2001

Page 77

1 needs to be done, we need to have this rock group
2 record this and it's important to us so we would
3 like you to do it. And he said okay, in that
4 case, okay.
5         And that was the only part of the
6 conversation I heard. That was that.
7     Q.   So you're saying that Ford went
8 back and spoke to Swan and Aldridge?
9     A.   He didn't speak to anybody about
10 that. He didn't speak to Swan and Aldridge. I
11 don't think he ever had contact with them. I
12 shouldn't say he didn't speak to them. I would
13 say to the best of my knowledge he never had any
14 contact with them.
15    Q.   Okay, Mr. --
16    A.   That was just handled that they get
17 fifty percent.
18    Q.   You --
19    A.   And this other fifty percent can be
20 divided up in any way. They don't care how the
21 other fifty percent is divided up, they just
22 wanted their fifty percent.
23    Q.   Understood. So this was -- your
24 conversation with Ford --
25    A.   Wasn't my conversation. Somebody

Page 78

1 in the production called Kinder Bryant and said,
2 here's what we need to do, I don't know who that
3 was, but that was the thing, and that was done,
4 obviously we wouldn't have done it without
5 talking to them, so that was done.
6     Q.   So you don't have any personal
7 knowledge of this?
8     A.   Oh, I have -- I have knowledge --
9 do I have personal knowledge? I didn't
10 specifically talk with Ford.
11    Q.   You didn't talk to Ford and you
12 didn't talk to Aldridge and you didn't talk to
13 Swan.
14    A.   Aldridge and Swan talked to the
15 person that was in charge of music for the movie.
16    Q.   I'm just saying that you know this
17 from somebody else telling you this.
18    A.   I would say that that's true, I
19 didn't talk to Swan and Aldridge, but --
20    Q.   Is this recorded in a writing
21 anywhere?
22    A.   I don't believe so. I don't
23 believe so. I don't know.
24    Q.   How do you know that Anne Bryant
25 consented to this?

Page 79

1     A.   I don't know if Anne Bryant
2 consented to it or not. All our dealings -- you
3 have to understand this is a relationship we are
4 talking about and I will tell you a story later
5 that would really point that out more strongly.
6         This is a relationship, an ongoing
7 relationship we were talking about and this is
8 something that our production company felt was
9 important to do and they were continuing to do a
10 lot of work for us and would in the future beyond
11 this do a lot of work for us. And we felt it was
12 important to do and Ford said, okay, if you feel
13 that it's important to do this and you need to do
14 it, okay.
15         And that was the answer.
16    Q.   Do you know of any other
17 exploitation, if I can use that term, of this
18 theme, movie theme, other than the one that is
19 recorded right here?
20         MS. VALENCIA: Objection.
21    A.   Exploitation? I don't quite
22 understand.
23    Q.   Any other use of the main theme for
24 any purpose. Videos, other movies, cable, any
25 other medium?

Page 80

1     A.   Beyond what?
2     Q.   Beyond the one reflected right here
3 in the BMI catalog.
4     A.   You're talking about the
5 Transformers Rock 'N Roll Theme?
6     Q.   Yes.
7     A.   I mean, I don't know. You mean
8 does it exist as a video?
9         MS. VALENCIA: Just if you know.
10    Q.   Is it -- in any other medium.
11    A.   It exists as a video.
12    Q.   It exists as a video?
13    A.   Yeah.
14    Q.   Who has the rights to that?
15    A.   Who has the rights to that?
16    Q.   Right.
17    A.   I don't know. Whoever has the
18 rights to it. I don't know.
19    Q.   Well, how did you know it existed
20 as a video?
21    A.   I saw it in a Blockbuster or some
22 store or -- you know. You can...
23    Q.   This is the video of the movie?
24    A.   Video of the movie exists, yeah.
25    Q.   And is that currently being sold,

Jules M. Bacal                    CondenseIt!™                    November 15, 2001

---

Page 81

1 to your knowledge?
2    A.   I have no idea. I don't know.
3    Q.   When did you see it?
4    A.   I don't recall. Something over the
5 last X number of years, I don't know, but I have
6 seen it.
7    Q.   Is X number of years greater than
8 five or less than five?
9    A.   I don't really know, but I have
10 seen it.
11    Q.   And do you know who would
12 participate -- strike that. Withdrawn.
13       Did you ever realize any royalties
14 as a result of the Transformers video?
15    A.   I don't recall seeing anything
16 coming from the video, myself, personally. I
17 don't recall that. I don't recall seeing
18 anything coming from the video.
19    Q.   How about GBI, Wildstar, Starwild
20 or Sunbow?
21    A.   I don't know.
22    Q.   Well, are you familiar with how the
23 video came to be?
24    A.   I think the way most of these
25 things come to be. There's an agreement with a

Page 82

1 video company to distribute the video.
2    Q.   Was that a Sunbow transaction? The
3 video of Transformers, the movie.
4    A.   I don't really know whether it was
5 a Sunbow transaction or not. I don't know the
6 answer.
7    Q.   Do you know anyone who would have
8 that information?
9    A.   I don't, really, but it's exactly
10 the same as the movie. I mean, as the movie
11 itself. The movie on video is the same.
12    Q.   Are you familiar with something
13 called Kid Rhino?
14    A.   I've heard of him. I don't know
15 him.
16    Q.   Do you know whether or not the
17 Transformers movie and episodes were licensed to
18 Kid Rhino for sale as home video products?
19    A.   I don't know.
20    Q.   Are you familiar with the term
21 'mechanical royalties'?
22    A.   I'm not familiar with its meaning.
23 What does it mean?
24    Q.   Well, I'm asking you if you're
25 familiar with it.

Page 83

1    A.   I'm not familiar with its meaning.
2    Q.   I'm talking about royalties that
3 are paid by a record company to the publisher for
4 a cut or to the writer for a cut --
5    A.   That's what you're saying it means?
6    Q.   No, I'm asking have you heard of it
7 in that context.
8    A.   You mean that writers sometimes
9 receive a percentage, a per cut percentage, on
10 the number of their songs that are used in a --
11 on a record.
12    Q.   Or in video products or movies?
13 Have you ever heard of the term 'mechanical
14 royalties' used in that context?
15    A.   No, I'm not really familiar with
16 the term 'mechanical royalties.' I'm not
17 familiar -- by familiar, I'm not really familiar
18 that I understand its meaning.
19    Q.   Are you familiar with residuals?
20    A.   Residuals I know. I'm familiar
21 with that term.
22    Q.   Okay. And in the context of what
23 we're talking about with the Transformers, what
24 would that mean?
25    A.   Well, I don't know. In the context

Page 84

1 of the Transformer, maybe it means the same as
2 royalties. I don't know.
3    Q.   Are you familiar with dubbing fees?
4    A.   Dubbing fees, no.
5    Q.   Do you know whether or not the
6 musicians and singers who performed on the music
7 tracks for the Transformers received any monies
8 as a result of the video or the movie?
9    A.   I have no idea about that
10 whatsoever.
11    Q.   Do you know whether or not they
12 were entitled to receive any fees?
13    A.   I don't know. I don't know those
14 -- I don't know. It's not a part of the business
15 that I was involved in.
16    Q.   Are you familiar with the American
17 Federation of Musicians and Screen Actors Gild
18 contracts?
19    A.   Yes familiar with the American
20 Federation of Musicians and Screen Actors Gild,
21 yes. I'm not familiar with their contract, but
22 I'm familiar with the two organizations in the
23 sense that I know the two organizations.
24    Q.   Well, what would be the role of the
25 Screen Actors Gild or the American Federation of

---

GAF LEGAL SERVICES, INC.            (973) 618-0500            Page 81 - Page 84

Jules M. Bacal                    CondenseIt!™                    November 15, 2001

Page 85

1  Musicians with respect to the music in the video
2  or the movie?
3      A.  Tell me.
4          MS. VALENCIA:  Objection.
5      Q.  I'm asking.
6      A.  I don't know.
7      Q.  Was Sunbow credited on the video
8  jacket for the Transformers?
9      A.  I don't know.  You'd have to look
10 at see, I don't know, but it's certainly possible
11 that they were --
12     Q.  Weren't you shown as the executive
13 producer, you personally?
14     A.  I am.  I was.
15     Q.  Do you know whether Anne Bryant got
16 any royalties or monies whatsoever arising out of
17 the sales of the videos or the movie?
18     A.  I have no idea.
19     Q.  Why wouldn't she get any money out
20 of that?
21         MS. VALENCIA:  Objection.
22     A.  No, no, I just have no idea.  You
23 understand you're asking questions that I have no
24 idea what she received or didn't receive and this
25 is back in the eighties.  I have no idea what she

Page 86

1  received or didn't receive.
2      Q.  Do you know whether the video is
3  currently being sold, the Transformer video?
4      A.  I have no idea.
5          MR. MONAGHAN:  Let's mark this if we
6  can.
7
8          (Whereupon, Exhibit Bacal 3 is
9  marked for identification.)
10
11     Q.  When was it you said that you sold
12 or that Sunbow was...
13     A.  Acquired.
14     Q.  -- acquired by Sony?
15     A.  1998.
16     Q.  Okay.  Were you aware of any sales
17 of videos of the Transformers through 1998?
18     A.  Was I aware that there were --
19     Q.  That they were being sold?
20     A.  That they were being sold; I was
21 aware that were being sold.  I was aware that
22 certain videos were being sold, yes.
23     Q.  Including the Transformers?
24     A.  Including, to the best of my
25 knowledge, Transformers, yes.

Page 87

1      Q.  And were you aware that it has been
2  sold beyond 1998?
3      A.  No, not aware of that.
4      Q.  Did you have any knowledge as to
5  whether or not Sony intended to continue selling
6  videos of the Transformers?
7      A.  I don't know.
8      Q.  Okay.  I'm going to show you now a
9  receipt from amazon.com, it's Bacal Exhibit 3,
10 referencing the sale of Transformer three-pack
11 video volume four, three-pack video volume four,
12 priced at $26.86.  It's dated February 15th, 2000
13 -- referencing an order of February 15th, 2001
14 (handing).
15     A.  Right.  Oh, and she bought this at
16 amazon.com.
17     Q.  Correct.
18     A.  Well, then I guess that would mean
19 it exists.
20     Q.  But you don't have any independent
21 knowledge of this; is that what you're saying?
22     A.  No, I had not been shopping for it.
23     Q.  How about the other videos shown
24 here, the GI Joe, Gem Volume I, Gem Volume II.
25         Do you have knowledge that videos

Page 88

1  are made of those titles?
2      A.  Yes, I do know that there were
3  videos made.
4      Q.  Were those Sunbow Productions as
5  well?
6      A.  Yes, they were Sunbow Productions.
7      Q.  Were you the executive producer on
8  those as well?
9      A.  Yes, I was.
10     Q.  And were they, as far as you know,
11 sold -- those videos sold through 1998?
12     A.  Well, I should qualify that.  I
13 don't know about the word through, through.
14     Q.  Or --
15     A.  Through 1998.
16     Q.  -- up to.
17     A.  Before 1998 I would say that I was
18 aware that there was, there was a Gem video and
19 that there was -- what did you say?  GI Joe video
20 and, yes, a Transformers video, yes, I am aware
21 of that.
22     Q.  Who has Sunbow's records at the
23 present time?
24     A.  Sunbow records?
25     Q.  Records of how much money it

Jules M. Bacal                Condenselt!™                November 15, 2001

| Page 89 | Page 91 |

**Page 89**

1 realized from the sales of these videos.
2    A.    Oh, I have no idea.
3    Q.    Were they turned over to Sony?
4    A.    I have no idea. I don't know.
5    Q.    Well --
6    A.    You could ask Sony. Certainly.
7    Q.    No, I don't have them right here
8 now.
9    A.    No, but I don't know.
10        You understand one of the things I
11 want to be really clear about, these were not
12 areas that I was involved in, so I don't know.
13 You would have to ask Sony. They would tell you
14 or not. I don't know.
15    Q.    Well, I'm only asking because you
16 were connected with Sunbow. You were the
17 executive producer on the videos --
18    A.    I wasn't executive producer on --
19 not on the videos, not executive producer on the
20 videos. I was executive producer of the shows
21 that ran on television.
22    Q.    Okay. Let me take a look at
23 something.
24    A.    That's what the credit is on there.
25 It's for being -- not producing the video, but

**Page 90**

1 for actually producing the show that is made into
2 a video.
3    Q.    Who had the responsibility on
4 behalf of Sunbow of collecting monies as a result
5 of the production of these videos, the sale of
6 these videos?
7    A.    I don't know.
8    Q.    Was there a person who had that
9 responsibility?
10    A.    It could well have been a person
11 who had that responsibility, but I don't know who
12 it was.
13    Q.    Who were the accountants for Sunbow
14 and -- in 1998 when you sold the company?
15    A.    I'd have to look up their name, but
16 I believe it was Robert Goodman & Company.
17    Q.    And where were they located?
18    A.    No, in 1998? No. In 1998, no, it
19 was Arthur Anderson.
20    Q.    Arthur Anderson & Company.
21    A.    Um-hum.
22    Q.    Who was the particular accountant
23 on the engagement?
24    A.    I don't.
25    Q.    Do you know the name of any Arthur

**Page 91**

1 Anderson person?
2    A.    I can't think of any.
3    Q.    Did you have occasion to deal with
4 the Arthur Anderson accountant?
5    A.    No, not personally.
6    Q.    Who in your office had that
7 responsibility?
8    A.    In dealing with Arthur Anderson?
9 My partner dealt with Arthur Anderson, but I
10 don't know.
11    Q.    Your partner, Tom Griffin?
12    A.    Um-hum.
13    Q.    Who was the controller of the
14 company?
15    A.    At that time I'm not sure.
16    Q.    At any time.
17    A.    I don't remember his name right
18 now.
19    Q.    Who kept the books?
20    A.    I'm just telling you I don't
21 remember his name right now, but, I mean, there
22 was someone, obviously.
23    Q.    The controller kept the books?
24    A.    I don't know. 'Who kept the books'
25 is a phrase that I'm not that familiar with, but,

**Page 92**

1 obviously, a controller or CFO or whatever their
2 title is is someone who is in charge of the
3 company's finances, but who was in charge at that
4 point, I don't really remember or what the
5 person's name was.
6    Q.    Were you familiar with the books
7 and records of the company?
8    A.    No.
9    Q.    Who was? To your knowledge.
10    A.    Well, other people in the company
11 would be familiar with the books. Who would be
12 familiar with them in great detail, I don't know.
13 I think you can call Sunbow and ask to speak to
14 the chief financial officer there and ask.
15    Q.    No, I'm talking about when you were
16 involved with it.
17    A.    Sunbow still exists. You could
18 call and ask.
19    Q.    No. I might do that, but right now
20 I'm just trying to find out what you remember.
21    A.    But I don't know. I don't know the
22 answers to your questions, so you're...
23    Q.    I'm having a little trouble trying
24 to find out who the people -- who the employees
25 of Sunbow in 1998 were right before you sold the

Jules M. Bacal                    CondenseIt! ™                    November 15, 2001

Page 93

1 company.
2  A.  Right.
3  Q.  Who are the employees?
4  A.  Well, I don't remember all their
5 names right now and so --
6  Q.  Can you remember any of the names?
7  A.  Tom Griffin, my partner.  I mean --
8  Q.  You can't remember anybody else's
9 name?
10  A.  CJ Kettler (ph), the President.
11  Q.  How many other employees were
12 there?
13  A.  How many?
14  Q.  How many other employees?
15  A.  I don't remember the number.  I
16 don't want to be inaccurate, you know.
17  Q.  It's okay.  If you say that I'm not
18 sure, that's fine.
19  A.  I don't know.
20  Q.  Was it more than ten or less than
21 ten?
22  A.  Well, it could have been more than
23 ten.
24  Q.  Was it more than twenty?
25  A.  Perhaps not.

Page 94

1  Q.  Okay.  Sitting here today, other
2 than the three names, yourself, Mr. Griffin and
3 CJ, you can't give me the name of any other
4 person?
5  A.  Well, I can't really remember all
6 their names right now and so, therefore --
7  Q.  Any of the names?
8  A.  Meena.
9  Q.  Nina?
10  A.  Meena, m-e-e-n-a.
11  Q.  Who was that?
12  A.  Meena was one of our
13 senior...people in the financial area.  She's
14 actually CFO of Sunbow now.
15  Q.  So she was with you before and then
16 she went to Sony?
17  A.  Well, Sony acquired Sunbow, but
18 Sunbow continued to exist.
19  Q.  I understand.
20  A.  And then Sunbow -- Sony sold Sunbow
21 after they had acquired it, a couple years after
22 they acquired it, to Loonland, TV Loonland.
23  Q.  TV Loonland?
24  A.  Yeah.
25  Q.  How do you spell loon?

Page 95

1  A.  I think it's l-o-o-n-l-a-n-d, maybe
2 one word or two, I don't know.
3  Q.  How do you know this?
4  A.  How do I know this?  Because it was
5 in the papers.
6  Q.  Do you know the name of any person
7 at Loonland?
8  A.  No, I don't know.
9  Q.  When was it sold?
10  A.  I don't know.  I think maybe around
11 2000 maybe.
12  Q.  Um-hum.
13  A.  I'm not certain.  After we -- after
14 it was acquired by Sony, we were not involved in
15 it in any way.
16  Q.  I understand.  And this Meena
17 person, is that a first name or a last name?
18  A.  Meena is her first name.
19  Q.  Okay.  What's her last name?
20  A.  I can't recall her last name right
21 at this moment.
22  Q.  Is there a list of employees --
23  A.  But there would only be one Meena
24 at Sunbow.  She's the chief financial officer.
25  Q.  And what was her role again at

Page 96

1 Sunbow when you were there?
2  A.  She was one of the senior people in
3 that department.
4  Q.  And what were her responsibilities?
5  A.  I don't know exactly what her
6 responsibilities were.
7  Q.  But they included some financial
8 accounting responsibilities?
9  A.  I would assume that they -- that
10 they probably...did, yeah.
11  Q.  Where does Meena live?
12  A.  I don't know where she lives, but
13 you could call Sunbow's office and find out and
14 speak to her, actually.  I mean --
15  Q.  Just trying to get as much
16 information as I can now.
17  A.  I understand that, but I'm saying
18 -- I understand that, but I'm saying that...she's
19 there.
20  Q.  Is it your testimony that you don't
21 have any records whatsoever pertaining to Sunbow?
22  A.  I don't.
23  Q.  Okay.
24  A.  See, I --
25  Q.  Does Mr. Griffin?

Jules M. Bacal                    CondenseIt!™                    November 15, 2001

Page 97

1  A.   I have no idea whether he does or
2  not.
3  Q.   What is your current relationship
4  with Mr. Griffin?
5  A.   He's my best friend and my partner
6  for -- and we worked together for over thirty
7  years. We're like brothers.
8  Q.   And you don't know whether he has
9  any Sunbow records?
10  A.   I don't.
11  Q.   Does he have any Griffin Bacal
12  records?
13  A.   I don't know. Records are not
14  something we talk about. I have no idea whether
15  he does or not. I have no idea whether he does
16  or not.
17  Q.   Can you conceive of any reason why
18  Anne Bryant wouldn't receive some share of monies
19  related to the video or the movie?
20      MS. VALENCIA: Objection.
21  A.   I don't know how to answer that
22  because the thing is that I have no idea what was
23  supposed to be received or not received, so I
24  really can't -- I'm not really the person who --
25  I can't answer that question.

Page 98

1  Q.   Do you know whether the
2  Transformers TV show has been carried on Fox TV?
3  A.   There may be -- I've heard -- and I
4  haven't seen it, but I've heard there's a new
5  Transformers show that is on the air and someone
6  told me that they saw one and I haven't seen it
7  myself.
8  Q.   Who told you that?
9  A.   A friend, someone, I don't know. I
10  can't remember. Passing conversation. Hey, did
11  you see the new Transformers show? I said no. I
12  think I saw it, I think it was a new show, and
13  that was basically the conversation.
14  Q.   Do you know whether or not the TV
15  show -- strike that.
16      Do you know whether Sunbow had
17  anything to do with this TV show?
18  A.   I don't know. I don't think they
19  did in all honesty. I don't think that they had
20  anything to do with it. If there is, in fact, a
21  new TV show on the air, I don't think they had
22  anything to do with it.
23  Q.   Do you have any idea who would have
24  anything to do with that?
25  A.   Well...I think -- I don't know. It

Page 99

1  depends upon whether it's CGI in that case --
2  Q.   CGR, what is that?
3  A.   CGI, it's computer generated
4  images, so if it's done with CGI, you'll see a
5  lot of things done by CGI today, a lot of movies,
6  Toy Story, Monsters, whatever.
7  Q.   Right.
8  A.   And then they would have gone to
9  some production company who specializes in CGI.
10  Q.   Who would have done that?
11  A.   I don't know. I have no idea who.
12  Q.   Who had the rights to do that?
13  A.   To make a show?
14  Q.   To make a TV show using
15  Transformers.
16  A.   Well, Hasbro owns Transformers.
17  Q.   Okay, that's what I'm trying -- I'm
18  not --
19  A.   I think I had said that earlier,
20  that Hasbro had the copyright to --
21  Q.   Well, as we go along --
22  A.   I don't mind repeating it, but
23  Hasbro owns Transformers, so they would have
24  licensed it or made whatever arrangement they
25  made with someone to do the show.

Page 100

1  Q.   Do you know whether or not the
2  music, the Transformers music, composed by Anne
3  has any role involved at all with respect to this
4  TV show?
5  A.   No, I've never seen the show --
6  Q.   I understand.
7  A.   -- so I have no idea. And if, in
8  fact, it's running -- because I haven't seen it
9  so I don't know firsthand if it is running,
10  somebody just said something to me, that would be
11  in TV guide or whatever and someone could
12  actually tape it off the air. I have no idea.
13  Q.   Now, did you know with which
14  writer's society Ford Kinder was associated?
15  A.   I didn't, until I -- you know,
16  until this litigation or investigation started, I
17  have no idea.
18  Q.   Now, I think a moment ago, or,
19  actually, quite a few moments ago, you talked
20  about that 83.4 percent --
21  A.   Right, saying I had no idea what it
22  was and why it would be that.
23  Q.   Now we're talking about the
24  Transformers theme open, correct?
25  A.   Right, right. I had no idea,

Jules M. Bacal    CondenseIt!™    November 15, 2001

---

Page 101

1  whether that's a huge typo or what it is, I have
2  no idea. And I never saw that before I got this,
3  I never knew. I never knew.
4      Q.  So you have no knowledge of why
5  he's shown as 83.4 percent?
6      A.  I have no idea at all.
7      Q.  Writer's interest on that.
8      A.  I mean, I have no idea. Unless
9  it's some sort of typo. I have no idea, but,
10 then, it wouldn't make sense if it was, so I have
11 no idea.
12     Q.  It's not a typo.
13     A.  I have no idea at all. Doesn't
14 make sense to me. And I have no idea what it
15 even refers to, you have to understand. I don't
16 know what it refers to, because the one above it,
17 you know, the one below it says Transformers
18 theme open as well as that one says Transformers
19 theme open, so I don't even know what it refers
20 to.
21     Q.  The one below it is Transformers
22 theme -- withdrawn.
23     A.  They both say Transformers theme
24 open.
25     Q.  Right.

---

Page 102

1      A.  So I don't know.
2          MR. MONAGHAN: Does anybody need a
3  break?
4          THE WITNESS: We can take five.
5
6          (Whereupon, a brief recess was
7  taken.)
8
9          (Whereupon, Exhibit Bacal 4 is
10 marked for identification.)
11
12     Q.  I'm going to show you now what I
13 have marked as Bacal Exhibit 4, Mr. Bacal. It is
14 a portion of the ASCAP catalog.
15     A.  Okay.
16         MR. MONAGHAN: And I think we gave
17 this to you, right? Because I have the
18 original here and this is part of it. I
19 just compared it.
20         MS. VALENCIA: ASCAP for Wildstar
21 Music, Inc.?
22         MR. MONAGHAN: Yeah.
23         MS. VALENCIA: Yes.
24     Q.  So if I could ask you to take a look
25 at page...it's actually page nine on the bottom.

---

Page 103

1  It's fax page twelve, but...
2      A.  Okay. I'm sorry, page...
3      Q.  I think your finger's on it.
4      A.  Twelve?
5      Q.  Yeah, that's the one.
6      A.  Okay.
7      Q.  If I can direct your attention,
8  please, to obviously the Transformers theme.
9          If you would go maybe ten or eight
10 entries and you see the name John Douglas?
11     A.  John Douglas, right.
12     Q.  Can you tell me why he's shown with
13 a hundred percent interest in the writer's
14 royalties on the Transformers theme?
15     A.  I can't tell you that.
16         What I can tell you, though, is
17 that Johnny Douglas wrote underscoring for the
18 Transformers first mini-series that we did and he
19 may have done other work as well, but he did do
20 that, he worked on it this.
21     Q.  Aren't we talking about the main
22 theme composed by Anne?
23     A.  No, we're talking about -- I don't
24 know what we're talking about. It says theme,
25 but then...it says theme -- what's FR?

---

Page 104

1      Q.  I don't know.
2      A.  And it says theme above it Kinder
3  Bryant, I don't know --
4      Q.  This does not make reference to FR.
5      A.  I'm sorry, I see what he's saying,
6  but I don't honestly know the answer to your
7  question.
8      Q.  Do you sitting here today have an
9  explanation for why he would be shown as having a
10 hundred percent writer's interest in the
11 Transformers theme? What set of circumstances?
12     A.  All I can say is that, all I can
13 tell you is that he wrote music for the
14 underscoring of the Transformers mini-series.
15 You know, it's like you write the hero theme, the
16 villain theme, the chase theme. All these themes
17 go into making the underscoring for the film, so
18 --
19     Q.  But that would not entitle him to
20 be shown as a hundred percent, as the exclusive
21 writer of the Transformers theme, though, would
22 it?
23     A.  It would not -- you would not think
24 he would be shown as the music writer if, in
25 fact, he is shown as that for the main title

---

Jules M. Bacal    CondenseIt!™    November 15, 2001

Page 105

1 music, no, but I don't know that that's exactly
2 what that means, so that's -- what I told you is
3 what Johnny Douglas did.
4 Q. Do you know what PRS refers to?
5 A. PRS?
6 Q. Yes. If you continue --
7 A. Where's that?
8 Q. Continue across the line.
9 A. Under Johnny Douglas?
10 Q. Well, yeah.
11 A. PRS.
12 Q. Is that a performing rights society
13 of some type?
14 A. Well, I don't know. Maybe it
15 stands for performing rights society. He was
16 British.
17 Q. Um-hum.
18 A. So it may be some English rights
19 society. I have no idea.
20 Q. Okay.
21 A. I have no idea. Because -- so
22 theme may be different than opening title, which
23 is what -- they may be calling it a theme, but
24 what it really may be is themes with an S. Do
25 you know what I'm saying? Themes as in the chase

Page 106

1 theme, the hero theme --
2 Q. Um-hum.
3 A. -- the villain theme. That may be
4 what it means.
5 Q. It may mean that, but wouldn't
6 there be some designation showing that?
7 A. Well, you see that it says -- there
8 is a thing that shows Transformer opening.
9 Q. Right.
10 A. So you see that. You know, you
11 see...I don't know. You see --
12 Q. Let me continue --
13 A. You see that Ford Kinder has 83.40
14 next to his name.
15 Q. I was just about to ask you about
16 that.
17 A. Yeah, well, I expressed the same
18 amazement at that particular number that I
19 expressed earlier.
20 Q. When we were talking about BMI?
21 A. When we were talking about BMI.
22 Q. Why are these titles registered at
23 ASCAP, if you know?
24 A. I don't really know. I think maybe
25 -- well, this says BMI here next to Ford. Then

Page 107

1 Wildstar was ASCAP. I guess Wildstar must have
2 been the ASCAP publishing company and Starwild is
3 the BMI one. Although I was part of ASCAP at
4 first and so was Ford, you know, and then we
5 switched over and made everything BMI. I think
6 Anne was BMI even from the beginning.
7 Q. Is your testimony about --
8 A. I'm not an expert on these things.
9 Q. Okay. Is your testimony about the
10 credit of 8.3 percent to you with respect to this
11 ASCAP registration, the basis for that credit the
12 same as it is when we talked earlier about the
13 credit of the same percentage at BMI?
14 MS. VALENCIA: Objection. Patrick,
15 are you referring to the Transformers
16 opening?
17 MR. MONAGHAN: Yes, I am.
18 MS. VALENCIA: Okay.
19 A. Well, it says BMI next to it,
20 though. I'm sorry.
21 Q. No. I'm looking --
22 A. Where are you looking, tell me.
23 Q. If you go a little bit further down
24 to the -- I think they call it an MBR COD.
25 Whatever that means, but there are a series of

Page 108

1 numbers beginning 1820450.
2 A. 182045 -- I'm sorry, do you see
3 where it is? Okay, and that's 8.30 it says next
4 to my name.
5 Q. Correct.
6 A. And your question is...
7 Q. You testified earlier, if I'm not
8 mistaken, that you don't have to be wedded to my
9 words, that the reason that you received a
10 percentage as the writer on the theme...
11 A. Yeah.
12 Q. Actually we were talking about the
13 instrumental theme earlier.
14 A. It says Transformers opening.
15 Q. Let me ask the question.
16 Why do you have 8.3 percent of
17 that?
18 A. I should have more, so I don't know
19 why I should have 8.30 percent in all honesty
20 because --
21 Q. What should you have?
22 A. Well, whatever they decided to give
23 me, but what it seems to me is always much higher
24 than that except in this case where Ford seemed
25 to have gotten 83.40, you see, and Anne and I --

Jules M. Bacal                    CondenseIt!™                    November 15, 2001

Page 109

1 it doesn't -- it doesn't make sense to me why
2 Ford would have 83.40 and Anne, who wrote the
3 music, would have only 8.30. That doesn't make
4 sense to me.
5    Q. Okay.
6    A. So I can't tell you more than that
7 because I never saw these figures until recently.
8    Q. Can we go to the Transformers
9 closing?
10   A. Right.
11   Q. Okay. This is closer to the
12 question when I was talking about --
13   A. Okay.
14   Q. -- BMI earlier.
15   A. Okay.
16   Q. You are shown as having a 24.9
17 percent interest, correct?
18   A. Right, that's correct.
19   Q. Writer's interest.
20   A. Um-hum, yeah.
21   Q. What is my question? Why is that?
22   A. Well, because --
23   Q. Where did you get that 24.9
24 percent?
25   A. When we had this discussion and I

Page 110

1 was told that they wanted to give me that because
2 they felt that's what was fair --
3    Q. Who told you that?
4    A. I don't know who told me that, but
5 I was told that. And I may have spoken to Ford,
6 but I don't remember the exact conversation, so I
7 assume it was one of the people who worked for me
8 said that. That they wanted to give me --
9 because it was fair because I had written it that
10 I should have a percentage of it even though I
11 had given it to all of them for commercials, so
12 right, I gave them one hundred percent for
13 commercials even though I didn't have to, they
14 felt it was only fair that I have a percentage of
15 it for the show and I said, whatever you decide
16 is fair is fine, and --
17   Q. Anne Bryant never said that to you;
18 is that right?
19   A. She never said it to me
20 specifically. I don't even think I talked to
21 Ford specifically, but this is what it always was
22 from the very beginning way back in the eighties,
23 you understand. So...I don't ever talk -- I
24 don't ever remember talking business with Anne
25 Bryant. Ford Kinder was the only person that

Page 111

1 anything was discussed with about the details of
2 the business part of their relationship, in
3 addition to the fact that he was a very talented
4 composer in his own right.
5    Q. Have you had any discussions with
6 Ford about these participations subsequent to the
7 litigation between Anne and Ford?
8    A. I have not.
9    Q. Okay.
10
11       (Brief interruption.)
12
13       A. Here's the thing, I mean, off the
14 record -- go ahead.
15   Q. You can put it on the record. I
16 mean, this is...
17   A. Right, happy to put it on the
18 record.
19   Q. You have a statement to make about
20 something you're observing here on this ASCAP
21 catalog that we're looking at?
22   A. No, because already certain things
23 -- I guess the point is that what I was going to
24 say was I haven't talked to Ford or anyone else
25 because, frankly, I was hopeful that Anne would

Page 112

1 be here today and that we would be able to
2 resolve this as people who had a really long-term
3 relationship in a way that was fair and everybody
4 understands what happened, what, really, the
5 situation was, which she has some misconceptions
6 about.
7       She's a very talented person and I
8 admire her talent greatly, I just wanted to --
9    Q. What are those misconceptions?
10   A. Well, the misconceptions are --
11 have to do with who was given what and who did
12 what and what contribution which person made,
13 those kinds of things.
14   Q. Can you give me some specifics?
15   A. Sure.
16       She seems -- in her deposition she
17 talks about the fact that Barry Harmon wrote all
18 the songs for Gem and that's true and not true.
19 That is, he wrote all the songs for the interior
20 of the show, songs sung by Gem & The Holograms or
21 by the bad girl group, The Misfits, but the title
22 song was written by me. And she did the music or
23 she or Ford and she and Ford did the music for
24 the opening, I never knew who exactly did what
25 within their team, and Ford may even have

Jules M. Bacal                CondenseIt!™                November 15, 2001

Page 113

1 contributed a couple lines to the opening theme,
2 but I basically drove the lyric and handed them
3 the basic driving line of the lyric plus some
4 other lines. It was a collaboration. You have
5 to understand how these things work.
6      Q.    So this is an issue regarding Barry
7 Harmon's contribution versus your contribution?
8      A.    Well, Barry Harmon was not involved
9 in the opening main title. I think that that was
10 a confusion that Anne had --
11     Q.    Okay.
12     A.    -- that I wanted to just clear up.
13     Q.    Any other misconceptions that you
14 noted from her deposition?
15     A.    I didn't look at it in that great
16 detail. There seems to be a back and forth thing
17 on a number of things that -- which is basically
18 she wasn't clear and the part of that being not
19 clear is the fact, probably, attributed to the
20 fact that Ford really took care of those things
21 within their partnership.
22     Q.    So it would be your testimony that
23 no monies that should have gone to Anne as far as
24 you know have not gone to Anne and that if she
25 thought that she's entitled to additional monies,

Page 114

1 that's a result of some misconception on her
2 part?
3      A.    No, that's not what I said at all.
4      Q.    Okay.
5      A.    That's not what I said at all. No,
6 I didn't say that.
7            What I was talking about is
8 attribution.
9      Q.    Okay.
10     A.    I was not talking about what she
11 should have received or shouldn't have received.
12 You know, I'm not an expert.
13     Q.    Do you know the --
14     A.    I'm not an expert -- first of all,
15 I didn't know until years afterwards what had
16 happened to their relationship. I knew only that
17 Ford had left to become a doctor and was
18 basically leaving the business and then Anne, she
19 left the business as well around that time for
20 whatever reasons. And then later I heard that
21 they had this really acrimonious business
22 divorce, but I never knew what happened.
23     Q.    Did you know she sued him twice?
24     A.    I didn't -- I knew that she was --
25 at some point I knew, and maybe it was when I got

Page 115

1 these litigation papers, that there was something
2 going on there, but --
3      Q.    Okay.
4      A.    But I did not know that she had
5 sued him twice at all. I had no way of knowing.
6      Q.    I just want to nail this question
7 down because --
8      A.    But I just want to be clear, so
9 it's perfectly fine with me.
10     Q.    I want to be clear.
11     A.    Good.
12     Q.    The Transformers closing, is that
13 melody alone, music alone?
14     A.    The Transformers closing I don't
15 know about in all the shows because there may be
16 some shows where it said Transformers or maybe
17 even some shows where they actually sang the
18 lyric, so I don't know the answer to that
19 totally, but there were shows, also, that just
20 had music at the end.
21     Q.    Okay.
22     A.    For example -- well, just clear --
23     Q.    No, you've answered my question.
24 That was all I was trying to get out on that
25 point.

Page 116

1      A.    Okay.
2      Q.    And you did not compose the music
3 to the Transformers closing; is that right?
4      A.    No, and off -- and I don't think
5 Anne did, either. Actually, as I recall -- but
6 she may have, but as I recall -- but she never
7 composed any music for the Transformers shows, so
8 I believe that Johnny Douglas --
9      Q.    No, I'm just talking about the
10 closing.
11     A.    Yes, I'm talking about the closing
12 of the shows.
13     Q.    So where she's --
14     A.    Talking about Transformers theme,
15 then she composed that and I did not compose the
16 music for that, but as I've said, and I guess I
17 need to restate this, but as I've said, it had to
18 do -- my having a percentage of the Transformers
19 closing, whether or not it had lyrics in it, had
20 to do with their feeling that in total --
21     Q.    I understand.
22     A.    -- that I should have a percentage
23 of it and it was just divided in that way. I
24 never asked for it nor did I negotiate it nor did
25 I ever look at these percentages.

Jules M. Bacal                    CondenseIt!™                    November 15, 2001

Page 117

1    Q.    I hear you loud and clear.
2    A.    Okay, good.
3    Q.    But is it your testimony that Anne
4  Bryant who's shown on Transformers closing...that
5  75.10 percent interest BMI, which I think we
6  talked about earlier, this is an ASCAP catalog
7  reflecting that 75.10 BMI interest, is it your
8  testimony that she's not entitled to it?
9    A.    Okay, what that 75.1 is, I would
10 assume, by looking at the 24.90 that I have, is
11 that she has fifty percent of the music or all of
12 the music, plus half of the lyric, which she
13 didn't write at all, so I would assume what
14 that's what -- that's what the percentage is.  I
15 have no --
16    Q.    So that's the trade-off?
17    A.    That's how you get the 75.10.
18    Q.    Right.
19    A.    Because it's divided, I guess,
20 beyond that, or maybe they decided that basically
21 since it's music that she should have 75.10, but
22 because of my association with the total project
23 that I should have 24.90, so maybe that's what it
24 is.
25    Because I think in most cases, or

Page 118

1  in many cases I certainly know of, that there
2  wasn't lyrics in the closing, but then I think
3  that there may have been in others, although I
4  haven't checked them all, I don't really
5  remember.
6    Q.    Now, again, we're on the ASCAP
7  catalog.
8    A.    Okay.
9    Q.    The Transformers theme,
10 Transformers rock, is that shown someplace here?
11    A.    Where is that?
12    Q.    That must be what we talked about
13 before on the BMI. I don't see it.
14    (Brief pause.)
15    Q.    That was the BMI catalog.  Right.
16 That's what we talked about when you gave me the
17 detail on the...
18    MS. VALENCIA:  Your catalog.
19    MR. MONAGHAN:  Your catalog.
20    Q.    And I already asked you about
21 Aldridge, Douglas and Swan.
22    A.    Yeah, I explained that.
23    Q.    You did.
24    A.    Yeah.
25    Q.    Now, if you can direct your

Page 119

1  attention to the Transformers cues on the ASCAP
2  catalog...
3    A.    Tell me where that is.
4    Q.    That's on page nine.
5    A.    Transformers cues, okay.
6    Q.    Right under theme.
7    A.    Right, okay.
8    Q.    Do you know why John Douglas and
9  Spencer Michelin are given a hundred percent and
10 fifty percent credit respectively for that title?
11    A.    Okay, here's the point.  I don't
12 really know.
13    Q.    Okay.
14    A.    Now, maybe -- I don't really know
15 in all honesty why that would have been and I
16 can't even speculate --
17    MS. VALENCIA:  Don't speculate.
18    A.    I don't know.
19    Q.    Then I don't know is the answer.
20    A.    Johnny Douglas wrote cues for the
21 Transformers.  He was the composer of the cues in
22 the Transformers mini-series.
23    Q.    What is the cue as the term is --
24    A.    Let me try and explain it.  I
25 assume this is for the chase theme, the hero's

Page 120

1  theme, the villain's theme, the confrontation
2  theme.  You know, like any sort of action
3  adventure film, that's how composers do it; they
4  write a lot of different teams.  And then when
5  it's edited, these are put in based upon what's
6  happening in a situation.
7    Q.    This is a melody which is distinct
8  from the melody of the main Transformers theme?
9    A.    That's correct.
10    Q.    How would one determine that to be
11 the case?  What would you have to do to check
12 that out?  How do we know this cue that's
13 attributed a hundred percent to John Douglas is,
14 in fact, the chase theme or some other theme
15 that's distinct --
16    A.    I don't really know.  You know, I
17 don't really know.  But the way most composers
18 work is that they are quite proprietary and when
19 given an assignment like this, they want as much
20 of their work to appear in the film as possible.
21    Q.    Now, there's that PRS reference
22 again, which you mentioned could possibly be
23 explained by the fact that he's British.
24    A.    It could possibly; I don't really
25 know.

Jules M. Bacal                CondenseIt!™                November 15, 2001

Page 121

1  Q.  Now, sitting here today, did you
2  ever have a discussion with Douglas or are you
3  aware of any discussion with Douglas which said,
4  we'll give you a hundred percent of the
5  Transformer cue --
6  A.  I never had any discussions about
7  the business arrangement with John Douglas --
8  Q.  Are you aware of any discussions --
9  A.  -- about percentages.
10  Q.  -- between Ford Kinder and Douglas?
11  A.  I'm not aware of any discussions
12  between Ford Kinder and Douglas, nor am I aware
13  that Ford Kinder ever spoke with Johnny Douglas.
14  Q.  Okay.
15  A.  There would be no reason for him
16  to.
17  Q.  No problem.
18  A.  He might have, but there would be
19  no reason for it.
20      MR. MONAGHAN:  Do you have, by any
21  chance, have a copy of the Starwild BMI
22  catalog?
23      MS. VALENCIA:  Yeah.
24      MR. MONAGHAN:  Page 213, 215.
25      MS. VALENCIA:  Do you want to mark

Page 122

1  it or...do you want to mark those pages?
2      MR. MONAGHAN:  It's huge.  If you
3  feel we have to, that's fine, but I'm
4  satisfied with just -- unless you feel that
5  I am reading something different.
6      MS. VALENCIA:  No, that's fine.
7      MR. MONAGHAN:  Yeah.
8      MS. VALENCIA:  I guess just describe
9  it.
10  Q.  I'd ask you, Mr. Bacal, to take a
11  look at that page 213.
12  A.  Sure.
13  Q.  Do you see the reference to a
14  clearance date of July 28th, 1994?
15  A.  I do.  It says cleared 7/28/94.
16  Q.  And you know this theme was
17  originally registered in 1984, do you not?
18  A.  I don't know that.  It says "Bryant
19  cues" is all it says.  I don't know that at all.
20  Q.  But the -- you don't know that,
21  okay.
22  A.  It says "Bryant cues," it doesn't
23  say...
24  Q.  I'm sorry.  If you'd go to the next
25  page.

Page 123

1  A.  Okay.
2  Q.  Do you see that middle entry?
3  A.  Which one?
4  Q.  Transformers theme open?
5  A.  Right.
6  Q.  Cleared August 25th, 1994?
7  A.  Right.
8  Q.  This theme, which is not the cue,
9  isn't this the theme that was originally
10  registered in '84?  Or in the eighties, let's
11  say.
12      MS. VALENCIA:  Objection.
13  A.  I don't know.
14  Q.  Do you have any idea why it's
15  cleared in 1994?
16  A.  I have no idea.
17  Q.  Did you have any role in that
18  whatsoever?
19  A.  None whatsoever.  That I recall.  I
20  have no idea.  I mean, I can't see why --
21  Q.  Do you know who caused it to be
22  cleared in 1994?
23  A.  No, I have no idea.
24  Q.  Do you know of any reason why it
25  would have to be re-registered or re-cleared?

Page 124

1  A.  I have no idea.
2  Q.  Why were the percentages paid to
3  the writers altered from the original
4  percentages?
5      MS. VALENCIA:  Objection.
6  Q.  On the Transformers opening theme.
7  A.  I have no idea.
8  Q.  Okay.
9  A.  Well, except for, except, except,
10  that, as I said earlier, I'll just say that one
11  more time, when the themes were first written for
12  commercial use, I gave one hundred percent of the
13  rights to, that I didn't have to do, to Kinder
14  Bryant, okay.
15  Q.  Um-hum.
16  A.  And that's all the other composers.
17  If you look at other things, you'll see that
18  that's true.
19  So -- and that all changed when we
20  were doing the shows because they called me up
21  and they said that what they thought was fair is
22  I take a percentage because I made a tremendous
23  contribution.
24  Q.  You know that Anne Bryant's
25  percentage in the opening theme was reduced by

Jules M. Bacal      CondenseIt!™      November 15, 2001

Page 125

1 this clearance, do you not?
2     A.   To what?
3     Q.   To the 8.3 percent.
4     A.   Well, I can see that, but I can see --
5 -- I never saw this before until recently and I
6 see that my percentage is now 8.3 even though --
7     Q.   Well, what was it originally?
8     A.   Well, I don't know, but probably --
9 I don't know what it was, but, obviously, it
10 seems to be a misfiling.
11     Q.   And what would an accurate filing
12 reflect?
13     A.   An accurate filing would reflect
14 whatever -- I mean, it could reflect a lot of
15 different things. It could reflect Anne and I
16 getting fifty percent each because that's really
17 based upon exactly what our contribution was, or
18 it could reflect Ford getting a certain amount
19 and Anne and I getting a certain amount depending
20 on whether they decided, okay, we're going to
21 give Joe 29.0 and take the rest of it and divide
22 it up this way or it could reflect another -- I
23 don't know.
24     Because I didn't either negotiate
25 nor ask for my percentage of these royalties. I

Page 126

1 never did. They gave them to me. They said, we
2 want you to have that, it's only fair.
3     Q.   Is there any way that Ford Kinder
4 would be entitled to 83.4 percent --
5     A.   I cannot --
6     MS. VALENCIA: Objection.
7     Q.   Go ahead, you can answer.
8     THE WITNESS: I can answer?
9     MS. VALENCIA: Yeah.
10     A.   I cannot think of any way that he
11 would be entitled to 83.40 percent.
12     Q.   Okay. So if I were to -- let me
13 see if I can cut to the chase.
14     A.   Okay.
15     Q.   If I were to take you through some
16 of these other instances where it's reflected
17 that there's been a new clearance in 1994 of
18 themes that had been registered from the
19 eighties, you would have no knowledge of how or
20 why that occurred; is that right?
21     A.   That's correct.
22     Q.   All right. Do you have any general
23 knowledge at all as to why Anne Bryant's
24 percentages were reduced in any case?
25     A.   Not beyond what I -- what I told

Page 127

1 you.
2     Q.   Beyond what you told me about them
3 giving you an interest --
4     A.   Right.
5     Q.   -- to reflect your overall
6 contribution?
7     A.   Right.
8     Q.   But that happened in the eighties.
9     A.   That's correct.
10     Q.   Okay. I'm talking about reductions
11 that happened in the nineties.
12     A.   I don't know.
13     Q.   You don't know of any reason why
14 her participation should be reduced?
15     A.   I don't know how any of that was
16 decided.
17     Q.   And you don't know who made those
18 decisions?
19     A.   And I don't know who made the
20 decisions.
21     Q.   Who are the possible...individuals
22 -- who are the individuals who might possibly
23 have made that decision?
24     MS. VALENCIA: Objection.
25     Q.   If you know.

Page 128

1     MS. VALENCIA: You can answer.
2     A.   Oh, if I know. I don't know.
3     Q.   I understand you don't know --
4     A.   You said if I know. Do you want me
5 to speculate?
6     Q.   -- the cast --
7     A.   Do you want me to speculate?
8     Q.   Who are the individuals who would
9 have the connection to these titles --
10     A.   When I see a number like 83.40...
11     Q.   Yeah.
12     A.   When I see a number like 83.40, it
13 seems to me to be definitely an error, right, so
14 then, well, what kind of an error is it? What
15 kind of -- what kind of an error is it you have
16 to say. Somebody has to decide what kind of
17 error that is. I don't know, it's an error. Is
18 that a typographical error, is it an error of
19 intent? You know, I have no idea. But it
20 definitely seems to be, I mean, to be an error,
21 I'm sure. And Anne looks at it the same way.
22 But I don't know what the answer is or...why that
23 is. I mean, I just have no idea.
24     Q.   Now, I think you covered this, but
25 the TV show the Transformers...

Page 129

```
 1    A.   Yes.
 2    Q.   -- you say that Hasbro basically
 3  had the rights to the music to use in the TV
 4  show; is that right?
 5    A.   What I said was that Hasbro is the
 6  copyright owner of the property.
 7    Q.   And from that, we can infer they
 8  had the right to do what they wished with it.
 9  Including contribute it to a TV show.
10         Is that right?
11    A.   Did they have the right?  I would
12  imagine that they did have the right.  I mean, I
13  --
14    Q.   How did that right go from --
15  withdrawn.
16         Did Anne Bryant have any rights in
17  the music that was used in the TV show?
18    MS. VALENCIA:  Objection.
19    A.   I don't know the answer to that.  I
20  don't know the answer to that.  I'm not an expert
21  on music rights.  I don't know what rights she
22  had or didn't have.
23    Q.   Well, assuming that -- strike that.
24         The Transformers theme composed by
25  Anne was used in the TV show, was it not?
```

Page 130

```
 1    A.   That's correct.
 2    Q.   Okay.  How do we get -- how does
 3  Anne lose any interest in that music that she
 4  composed?  Is it by virtue of an agreement she
 5  had with you as the advertising agency?  Is it by
 6  virtue of an agreement she had with -- this is
 7  all to your knowledge -- with Hasbro?  How does
 8  whatever rights she had go to Hasbro?
 9    A.   I don't know -- I didn't say her
10  rights went to Hasbro at all.
11    Q.   Okay.
12    A.   I didn't say her rights -- her
13  rights -- let's be clear about this.
14         I never said that her rights went
15  to Hasbro.  I said that Hasbro is the copyright
16  owner of the Transformers, that's what I said.  I
17  didn't say anything about where Anne Bryant's
18  rights went.  Whatever rights that she has she
19  has.  I don't know exactly all those rights that
20  she has.
21    Q.   Well, what copyright are you
22  talking about?
23    A.   The copyright to the Transformers,
24  it's got a copyright next to it in the name
25  Transformers.  Transformers is a protected
```

Page 131

```
 1  property of Hasbro.
 2    Q.   I'm talking about the music.
 3    A.   I'm not talking about the music.
 4    Q.   All of your answers that were
 5  similar to what --
 6    A.   All the answers where I mentioned
 7  the word Hasbro --
 8    Q.   Copyright, yeah.
 9    A.   -- have to do with the copyright of
10  the Transformers.
11    Q.   The name.
12    A.   The name.
13    Q.   The toy, the product.
14    A.   The product, the name, the entity,
15  the brand.  The brand.
16    Q.   You're not talking about the music?
17    A.   I'm talking about Hasbro owns the
18  entity, the brand.  It's a protected property,
19  just like Disney has a protected property.  I
20  only meant that that is the brand.  I have no
21  idea what Anne's rights were in the video or not.
22    Q.   You are not saying that Hasbro had
23  rights in the music, the composition of the
24  music; is that right?
25    A.   No, I wasn't saying that at all.
```

Page 132

```
 1    Q.   Great, thank you.
 2    A.   Beyond their rights in publishing
 3  as was given to them by Wildstar or Starwild.
 4  They received money, income.
 5    Q.   Right.
 6    A.   Right.
 7    Q.   Right.  Which you testified about
 8  earlier.
 9    A.   Yes, that's correct.
10    Q.   Just sent to them after you take
11  some handling fees out.
12    A.   Right, exactly.  But I said nothing
13  about, because I know nothing about -- they
14  didn't -- in no way did they have the rights that
15  -- rights that would impinge upon whatever rights
16  Anne Bryant had.
17    Q.   Okay.  Do you know whether or not
18  those who are credited with the Transformers cues
19  composed new original music?
20    A.   Well...see, I don't really know and
21  I can't tell by looking at this what particular
22  shows these cues refer to.  You know what I'm
23  saying?
24    Q.   But I'm asking that question very
25  broadly, was there any --
```

Jules M. Bacal                Condenselt!™                November 15, 2001

Page 133

1   A.   Broadly, broadly, the composers of
2   the shows like to broadly use their own music
3   when they were doing the composing because that
4   would enable them to get certain rights, residual
5   rights.
6   Q.   I understand.
7   A.   Well, I'm trying to be clear --
8   Q.   I'm trying to get the record --
9   A.   -- about what my understanding --
10  well...
11  Q.   Is your testimony about the cues
12  the same as what you gave earlier, that there may
13  be some melodies in the overall musical
14  contribution to the show, there may be some
15  melodies, some cues, the chase scenes or
16  something like that, that is entirely a distinct
17  melody from the one composed by Anne Bryant?
18  A.   I am saying that there are
19  definitely music in the cues that is different,
20  there is music in the cues that is different, the
21  chase scene, the hero scene, the villain scene,
22  the confrontation, the arrival at the castle,
23  whatever it might be --
24  Q.   Right.
25  A.   -- that is different than the

Page 134

1   thirty seconds or whatever of music that was
2   composed for the opening title.
3   Q.   By Anne.
4   A.   By Anne, right.
5   Q.   And you can't tell from the
6   catalogs --
7   A.   No, I can't tell from this.
8   Q.   -- which cues are --
9   A.   No, doesn't say anything about
10  which cues, what the names of the cues are, what
11  the cues are or anything like that.  It says what
12  it says.
13  Q.   Do you know whether the background
14  score composers were paid creative fees?
15  A.   Paid creative fees?
16  Q.   Um-hum.
17  A.   Johnny Douglas was paid.  Why would
18  he do it if he wasn't paid a fee?  He was paid a
19  fee.
20  Q.   I'm just -- right now I'm only
21  passing a question along.
22  A.   That's okay.
23  Q.   It's not mine.
24  A.   I would imagine, without knowing
25  that, that he was paid a fee to write all this

Page 135

1   and spend all the time writing all these...cues.
2   Q.   Sure.  Where the royalties that
3   apparently were paid to them as reflected in the
4   BMI catalog, were they in any way figured in as
5   part of their compensation?  Douglas's and --
6   A.   I'm sorry, I don't understand the
7   question, I'm sorry.  What is the question again?
8   I'm sorry.
9   Q.   Were these royalties that are --
10  these royalty interests that are shown to
11  Aldridge and Swan --
12       MS. VALENCIA:  Referring to Joe
13  Bacal's.
14  A.   Switching over to this one now?
15  Q.   To Bacal 1.
16  A.   Oh, I'm sorry, I thought we were
17  talking about Johnny Douglas.  We're talking
18  about Aldridge and Swan now?  I'm sorry.  I
19  thought you were talking about Johnny Douglas and
20  the Transformers cues.  Now we're switching to
21  talking about the Transformers movie?  I'm sorry.
22  Q.   I'm talking about Transformers
23  cues, I'm sorry.  I am talking about...
24  A.   I don't see Aldridge and Swan's
25  name on Transformers cues.

Page 136

1   Q.   No, you're right.  Johnny Douglas?
2   A.   Johnny Douglas, right.
3   Q.   Actually not on the cues, right.
4        Johnny Douglas, do you know whether
5   or not there was any relationship between the
6   royalties that he might have received as a result
7   of his being shown here as the writer on the cues
8   and the creative fees?
9   A.   And a creative fee that he may have
10  received?
11  Q.   Yes.
12  A.   A relationship between the
13  royalties and the creative fee?
14  Q.   Right.
15  A.   Like something would be subtracted
16  from something?
17  Q.   Correct.
18  A.   I have no idea about that.
19  Q.   Okay.
20  A.   I can speculate, but I don't know
21  that I should.  My lawyer won't let me.  Because
22  I have no idea.
23  Q.   That's fine.
24       So regardless of which catalog I
25  show you, if there's a change in attribution or a

Page 137

1  change in ownership shown...
2      A.   Right.
3      Q.   -- you are testifying that you
4  have no knowledge as to how that was done or who
5  did it?
6      A.   No.  The only thing was what I --
7      Q.   What you testified to?
8      A.   -- said earlier about -- right.
9      Q.   What do you know about Transformers
10  titles being transferred to the publisher Sony?
11     A.   Well, I guess when they acquired
12  Sunbow, they acquired whatever Sunbow had rights
13  to.  They became, like Sunbow was beforehand,
14  they became the...
15     Q.   Okay, I understand.  Do you know
16  who provided clearance information to Sony?
17     A.   I don't.  I really don't.  And I
18  think that they have their own music rights
19  people who are very skilled since they're in the
20  music business.
21     Q.   Do you remember that Bill
22  Dobshinsky person you talked about?
23     A.   Bill Dobshinsky.  I don't think he
24  was the person that Sony --
25     Q.   Who dealt with Bill Dobshinsky?

Page 138

1      A.   I don't really know.  I think Bill
2  Dobshinsky dealt with -- it's my understanding --
3  again, I don't really know.  It's my
4  understanding that Bill Dobshinsky dealt with the
5  composers directly and then filed whatever they
6  all agreed on.
7      Q.   So you did not deal with him?
8      A.   I did not deal with him at all.
9      Q.   Tom Griffin did not deal with him?
10     A.   Tom Griffin did not deal with him.
11     Q.   Meena, did she deal with him?
12     A.   I don't know that Meena dealt with
13  them at all, either.
14     Q.   So as far as you know, none of your
15  companies or publishing entities had dealings
16  directly with Dobshinsky?
17     A.   Well, in the sense that we had
18  hired him, but...no, I don't really know the
19  answer to your question in all honesty.  I don't
20  know the answer.
21     Q.   I don't know if I asked you this
22  before.
23          Do you know who received the
24  royalties for the sale of those videos licensed
25  to Rhino Entertainment?

Page 139

1      A.   I don't know that.
2      Q.   Talking about another title now,
3  Gem.
4      A.   Um-hum.  I don't know the answer to
5  that.
6      Q.   Gem, the main theme composition by
7  Anne Bryant.
8      A.   The -- I don't know.  I mean, you
9  see, I look at these lists and I see that her
10  name is on it and so, therefore, I assume that
11  that is probably the case, but I never knew
12  between she and Ford exactly who did what, you
13  know.  If you had asked me before if I saw this,
14  I would say, oh, I don't know, maybe Ford did
15  that.
16          I have no idea whether Ford or Anne
17  did it.  As I look here, I see that Anne did it
18  so I assume it's Anne, so I wrote the lyric and
19  Anne did that and Ford may have contributed to
20  the lyric in some way, I don't know.  I don't
21  really recall exactly, but I created the driving
22  line.
23          MR. MONAGHAN:  I guess we have to
24  mark these, these videos.
25

Page 140

1          (Whereupon, there was an
2  off-the-record discussion.)
3
4          (Whereupon, Exhibits Bacal 5 and 6
5  are marked for identification.)
6
7      Q.   Are you familiar with these videos
8  I'm now showing you, Mr. Bacal?
9      A.   I'm familiar that there are Gem
10  videos.  I'm not necessarily familiar with the
11  videos themselves, but I am familiar with them as
12  the Gem videos, yes.
13     Q.   Was this something put out by
14  Sunbow during your tenure there?
15     A.   It wasn't put out by Sunbow, but I
16  think it said Kid Rhino on it.
17     Q.   I think if you turn it around, on
18  the bottom there's Sunbow's name on there.
19     A.   Right, because Sunbow was the
20  creator of the videos.  Kid Rhino, I mean they're
21  a video distribution company.  They don't create
22  the work themselves.  Just like Blockbuster
23  doesn't create the movies.
24     Q.   I didn't say Kid Rhino.  I mean --
25  who produced these videos?

Jules M. Bacal                    CondenseIt!™                    November 15, 2001

Page 141

1    A.   These were shows put on video.  Let
2  me just go back and explain this.
3         There were shows, we did a whole
4  series called Gem, and then -- and then someone
5  made a distribution deal with a distribution
6  company.
7    Q.   Is it Sunbow?
8    A.   It may have been Sunbow or it may
9  have been somebody else making the deal or --
10   Q.   Can you tell from the jacket?
11   A.   Sunbow Productions, Inc., Wildstar,
12 Inc., Hasbro, Inc.  I don't know, Hasbro has a
13 copyright of the brand.  Sunbow might have made
14 the deal.  I don't know.
15   Q.   Wouldn't that transaction, if it
16 were made by Sunbow, be the subject of some sort
17 of a written agreement with the Rhino
18 distribution company?
19   A.   It probably was, could be
20 certainly.
21   Q.   Did you negotiate that agreement?
22   A.   I did not.  I was not involved in
23 the business part of the company in that way.
24   Q.   You're in the creative end?
25   A.   That's right.

Page 142

1    Q.   Tom Griffin was the business end?
2    A.   Yeah, but I don't know that he did
3  that -- he was involved in that, either, so --
4  but in any event --
5    Q.   Was this done before 1998?
6    A.   I don't know.  When was it done?  I
7  have no idea.  Well, it was packaging, copyright
8  1999, so in a sense -- I don't know, they may
9  have -- because a lot of these video companies
10 have just re-packaged things, slicker packaging,
11 make it more attractive for their catalog rather
12 than packaging that looks dated after a while
13 because different styles of --
14   Q.   Were these videos out before Sunbow
15 was sold?
16   A.   I don't know.  There probably was a
17 Gem video out before Sunbow sold in 1988.
18 Whether these videos that I'm holding in my hand
19 were the ones that were out, I don't know, but I
20 would say there probably was a video out before
21 that time.
22   Q.   All we've talked about is
23 Transformers.
24        What do you know of the title GI
25 Joe?

Page 143

1    A.   Well --
2    Q.   Who composed that?
3    A.   Well, I don't really know, but I
4  think Ford Kinder did.
5    Q.   Did you know that at some point it
6  was registered in Anne Bryant's catalog in BMI?
7    A.   Well, I didn't.
8    Q.   Okay.
9    A.   I didn't know that.  I had always
10 thought that Ford composed it.
11   Q.   But then --
12   A.   I work with a creative team -- just
13 as an aside, I worked with a creative time at
14 Benton Bowles when I was there and they didn't
15 like people -- they would go in their office and
16 they would come out and they would say, okay,
17 here's what we have, and you never knew who did
18 the art and who did the copy and that was the way
19 they liked to operate.
20        So I don't really know.  I always
21 assumed that it was Ford, but it may have been
22 Anne.  I don't really know.
23   Q.   What did you have to do with GI Joe
24 as a composer or --
25   A.   My involvement with GI Joe was a

Page 144

1  meeting -- initially a meeting with Spence
2  Michelin which I told him about this new product
3  and I said, you know, we want it to be a real
4  American hero and basically he's fighting for
5  freedom against Cobra, who is the enemy, which is
6  this organization that's out to conquer the world
7  and it's gotta be very, very heroic.
8    Q.   I'm just asking what your --
9    A.   I'm trying to explain what my
10 contribution --
11   Q.   -- contribution was to the words or
12 the lyrics.
13   A.   I'm trying to explain what my
14 contribution was.
15   Q.   Okay.
16   A.   And so that was my input that I
17 gave to Spence Michelin, as I recall, and then he
18 talked to his composers and then they did a
19 number of different possibilities because our
20 client liked to see options.  And the one that I
21 believe Ford worked on, although, again, maybe it
22 was Anne or maybe it was Ford and he then gave
23 his rights to Anne, I don't know, or maybe she
24 worked it on, too, was the one that Ford had
25 worked on.  Because I don't know how Spence

Jules M. Bacal                CondenseIt!™                November 15, 2001

Page 145

1 Michelin worked out those things with his people,
2 you know, exactly how he worked it out.
3    Q.   You didn't write the lyrics or the
4 music to GI Joe; am I right?
5    A.   I didn't specifically write the
6 lyrics or the music, although I did give input
7 that later appeared in the lyrics.
8    Q.   You do receive some credit, some
9 attribution on GI Joe.
10    A.   That's right. That's because --
11 I'm sure, because of the fact that I had made
12 contributions that appeared in the lyrics even
13 though in that particular case I didn't say,
14 here's the lyric, I need the -- you know. I
15 didn't do that and that wasn't my involvement in
16 that.
17         I talked to Spence about it, I said
18 certain things about how to position it, kind of
19 general language that I thought it should contain
20 and I think Ford actually was the one who really
21 -- who was the main creative person behind it,
22 but, as I say, if you tell me that Anne also
23 worked on it, I have no reason to deny that.
24         Are we still on the record?
25    Q.   Let me ask a question.

Page 146

1         Do you know the names Walsh,
2 Malcolmson, McGuiness, Taylor or Andy Hayward,
3 also known as Monroe Michaels? Do you know any
4 of those people?
5    A.   Well, I know it's not a law firm.
6 Let me see what I can come up with here.
7         Yes, Rob Walsh was a composer,
8 arranger. Andy and Hayward had a production
9 company called DIC, d-i-c. I'm sorry, where did
10 the --
11    Q.   Malcolmson?
12    A.   The name Malcolmson I'm not
13 familiar with. I'm sorry, where are you looking,
14 tell me.
15    Q.   I'm looking at the questions.
16    A.   Oh, okay. Malcolmson I'm not
17 familiar with, but Andy Hayward, that's who Andy
18 Haward was. He had a production company called
19 DIC and he did shows, animated shows for children
20 and --
21    Q.   DIC, d-i --
22    A.   D-i-c, yeah.
23    Q.   Okay. And McGuiness and Taylor?
24    A.   McGuiness and Taylor, I don't know
25 who they are.

Page 147

1    Q.   Do you know Andy Hayward to also
2 use the name Monroe Michaels?
3    A.   I don't know.
4    Q.   Have you ever heard the name Monroe
5 Michaels?
6    A.   Oh, Monroe Michaels, one person,
7 no, I've never heard of -- I've never heard that
8 before.
9    Q.   What did Andy Hayward have to do
10 with GI Joe?
11    A.   Okay. Where is that?
12    Q.   It's in the BMI catalog. So maybe
13 it's yours.
14    A.   In mine? I don't see it in mine.
15 Do you see it in mine? I can speculate about it.
16    Q.   No, don't speculate.
17    A.   Okay.
18    Q.   I'm referring to a June 19th, 1993.
19 This is the BMI catalog.
20         MS. VALENCIA: Would that be Anne's
21 catalog?
22         MR. MONAGHAN: Yeah.
23         Yeah, you must have this because I
24 see that reference to short cat on page 108.
25    A.   Yeah, that's short catalog; isn't

Page 148

1 that correct?
2    Q.   It has that reference.
3         Do you know what SEC AC stands for?
4    A.   SES AC?
5    Q.   Um-hum.
6    A.   No. What does it stand for?
7    Q.   Right now I don't know, but it's
8 shown as an affiliation. I think it's another
9 one of the performing rights societies,
10 obviously. Let me find this reference.
11         Apparently there was a
12 re-registration in June of 1993 which gave you,
13 Spence Michelin and Ford Kinder credit as the
14 writers in a three-way split.
15    Q.   Okay.
16    Q.   Supposed to be on page 129.
17         Do you have page 129 of the BMI
18 catalog?
19    A.   I know Spence was involved. I
20 don't know to what extent everyone was involved.
21 I was involved and Ford was involved. I didn't
22 know that Anne was involved, but, then, I don't
23 see her here, either. I always thought that Ford
24 was involved and Spencer because it was his
25 company and I knew what my involvement was.

GAF LEGAL SERVICES, INC.        (973) 618-0500        Page 145 - Page 148

Jules M. Bacal                CondenseIt!™                November 15, 2001

Page 149

1    Q.    Did you understand that before this
2  registration, Anne was shown as the writer, BMI,
3  on the GI Joe opening theme?
4    A.    I don't know. Is that right?
5    Q.    I'm asking if you know that.
6    A.    No, I didn't know that. It doesn't
7  --
8    Q.    So then it would be fair to say you
9  wouldn't know why it was changed?
10    A.    No, because it doesn't say that in
11  my catalog here, which I just received on October
12  24th.
13    Q.    Your catalog doesn't reflect the GI
14  Joe opening theme?
15    A.    Yes, it does. It has myself and
16  Ford and Spencer Michelin credit.
17    Q.    Is that on page one?
18    A.    Page one of four, right.
19         MS. VALENCIA: The second entry?
20    A.    Second entry.
21    Q.    So what are we saying here, this
22  catalog that I have just talked about, page 129
23  does not have the same information that the
24  catalog you got on October 24th, 2001 has as to
25  the GI Joe opening theme?

Page 150

1    A.    Yes, it does. It has -- sure, it
2  has, on the second entry it's got Bacal, Kinder
3  and Spencer Michelin.
4    Q.    Okay.
5    A.    And the same thing that's here on
6  page 129.
7    Q.    Okay. Each song is assigned a
8  title number, is it not?
9    A.    Each song.
10    Q.    Each cue, each title?
11    A.    I don't know. I obviously see a
12  lot of things that say Transformer cues,
13  Transformers cues, and they're not separated by
14  what they were -- at least in these statements,
15  it doesn't say chase theme or --
16    Q.    No, but there's a number assigned.
17  Do you see underneath?
18    A.    Yes, there seems to be a number,
19  right, on this.
20    Q.    Do you see a column called CAE
21  number?
22    A.    Yeah, CAE number, we all have it.
23  There's a different number next to each, right.
24    Q.    Do you know what that number refers
25  to?

Page 151

1    A.    I don't.
2    Q.    Okay.
3
4         (Brief interruption.)
5
6    Q.    And this Andy Hayward whom we
7  believe is also known as Monroe Michaels, he's a
8  TV producer and president of DIC: is that right?
9    A.    He was at one -- I don't know what
10  the status of DIC is at this point, but at one
11  time he was the President and I believe the Chief
12  Executive Officer of DIC, but I'm not sure what
13  his exact titles were, but he was the head of DIC
14  is what I believe to be the fact. I don't know
15  whether he is today or what the company is doing
16  today.
17    Q.    Do you know why he would be shown
18  as -- well, why he would be credited on cue
19  sheets --
20    A.    Where is he?
21    Q.    Page 287, 289 of the BMI catalog.
22    A.    287 and 289. Well, here's the
23  thing, I don't really know the answer to this.
24         MS. VALENCIA: If you don't know --
25    Q.    If you don't know, you don't know.

Page 152

1    A.    I think there may have...well, I
2  don't know. There could have been a time
3  when...I think there was a time when we weren't
4  doing GI Joe and that there may have been a year
5  when DIC did it and they may have done a totally
6  different...
7    Q.    When you say we weren't doing it --
8    A.    We meaning Sunbow was not doing it.
9    Q.    You turned the rights over to
10  somebody else?
11    A.    We didn't turn the rights over to
12  somebody else. Hasbro --
13    Q.    Hasbro did it?
14    A.    -- decided they were going to have
15  it that particular year. I don't totally
16  remember this, but I'm just --
17    Q.    Speculating.
18    A.    -- speculating. That particular
19  year they told -- they decided to have DIC do it.
20    Q.    You don't know that, though?
21    A.    I don't know that beyond, no,
22  beyond any doubt, but I think that that may be
23  why his name may appear here. Because we had no
24  relationship to him at Sunbow and he had his own
25  company, so it leads me to believe there was,

Jules M. Bacal                    CondenseIt!™                    November 15, 2001

Page 153

1 perhaps, maybe a year where he did something on
2 this. After we had done our shows.
3     Q.    Wouldn't you know that, though?  I
4 mean, you're losing a property here for a while,
5 aren't you?
6     A.    That's why I'm speculating that
7 that's possibly what happened, but when I say,
8 you know, do I know what date it was, do I know
9 absolutely, positively this is what this is, I
10 can say I don't, but I am trying to be clear with
11 you, I'm trying to be honest with you in saying
12 that that's what may be the fact here.
13     Q.    Just trying to --
14     A.    As opposed to saying that's an
15 uncontrovertible fact.  I'm not saying that, I'm
16 saying that would be the factor.
17     Q.    Where would they find definitive
18 information on that?
19     A.    You could call DIC, I guess, and
20 ask DIC whether there was -- what year they did
21 the GI Joe series or if they did a GI Joe series
22 one year or what year that was.  I have no idea.
23     Q.    What's the relationship of the Real
24 American Hero to GI Joe?  Is that the same theme?
25     A.    Real American Hero, right, is the

Page 154

1 driving line of the -- and was, not always,
2 because there was a couple years when we went
3 away from that theme and we didn't use a Real
4 American Hero and we had all new music and other
5 people were involved in it who were not Kinder
6 and Brian because the client decided and felt
7 strongly that it was time for a change.
8          But, yes, it's sort of what I would
9 call the driving line.
10    Q.    Do you know what is going on with
11 GI Joe right now in terms of exploiting that
12 property?
13    A.    I don't at all.
14    Q.    So if I were to show you this and
15 mark it as an exhibit, GI Joe, the Real American
16 Hero, Hasbro, has some sort of a glossy here, you
17 would have no knowledge of this?
18    A.    No, I wouldn't, but I wouldn't be
19 surprised, either, because when you have
20 important world brands like GI Joe and
21 Transformers, you are always interested in new
22 ways to get them into the culture and make them
23 part of the culture.
24    Q.    I guess what I'm asking you is, do
25 you know if Hasbro, what Hasbro is doing now with

Page 155

1 GI Joe.
2     A.    I have no idea whatsoever.
3     Q.    Who is the person at Hasbro
4 responsible for that account or that property?
5     A.    You would have to ask --
6     Q.    You don't -- you didn't know who
7 that was when you were there?
8     A.    Who was responsible for that?  Over
9 time there are different people responsible for
10 it, so responsible is a complicated word, so I
11 think you would have to ask them.
12    Q.    Let me uncomplicate it by saying
13 who did you deal with at Hasbro.
14    A.    I dealt with a lot of different
15 people.
16    Q.    I know that.  But you have to give
17 me some names?
18    A.    I think you would have to ask them
19 who would be responsible.
20    Q.    I'm not asking responsibility.  I
21 took that out of the question.  I said who did
22 you deal with.
23    A.    I think you would have to specify
24 what year you're talking about.
25    Q.    Who --

Page 156

1     A.    Larry Bernstein.
2     Q.    What years were you dealing with
3 Larry Bernstein?
4     A.    That's what I'm saying, I can't
5 remember exactly which years they were, but there
6 was a time that he was -- everybody reported
7 there, it was a huge corporation, but he was the
8 person in charge of boys toys at a certain point
9 and so he would have been in charge of the
10 marketing of the boys toys.
11    Q.    Isn't there a product manager?
12    A.    I don't remember his name.
13    Q.    But there was such a person?
14    A.    At every level there's a person and
15 title you could think of.
16    Q.    I'm just talking about a product
17 manager --
18    A.    What I'm saying, there was a
19 product manager, but I don't remember his name is
20 what I'm telling you.
21    Q.    I understand you don't remember his
22 name --
23    A.    Was there a product manager, yes.
24    Q.    For GI Joe?
25    A.    For GI Joe there was a product

Jules M. Bacal                    CondenseIt!™                    November 15, 2001

Page 157

1 manager.
2    Q.   And similarly a product manager for
3 Gem?
4    A.   Similarly a product manager for
5 Gem.
6    Q.   And for all the toys?
7    A.   That's --
8    Q.   And --
9    A.   That's correct.
10    Q.   So you have no knowledge how it was
11 that GI Joe was eliminated from Anne Bryant's
12 catalog at BMI; is that right?
13    A.   Not only do I have no knowledge how
14 it eliminated, I have no knowledge that it
15 was in Anne Bryant's catalog.
16    Q.   Okay.
17    A.   So, you know, I have no knowledge
18 of it. If that said that in the litigation
19 statement you sent me, then obviously that
20 appeared someplace, but I have no knowledge that
21 she was involved in the creation of anything on
22 GI Joe and, therefore, I had no knowledge it was
23 changed or anything.
24       I have no knowledge of it, period,
25 is what I'm trying to say.

Page 158

1    Q.   Do you know Paul Weinberg?
2    A.   I do know Paul Weinberg.
3    Q.   Who is he?
4    A.   He's a very talented composer. I
5 absolutely do know Paul.
6    Q.   Did he have anything to do with
7 something called Yo, Joe?
8    A.   Yo, Joe. Well --
9    Q.   You know, like, Yo, Adrienne from
10 Rocky.
11    A.   Oh, I know Yo, Joe -- yeah, but we
12 came up with the idea of Yo, Joe, but he may have
13 written -- we came up with the idea of Yo, Joe,
14 it's a rally cry for GI Joe, Yo, Joe and the team
15 would get together and they would, you know, go
16 off to accomplish a mission, they would say Yo,
17 Joe so that was the thing , so GI Joe was a
18 special forces kind of unit for GI Joe.
19       Paul Weinberg was a very talented
20 composer and we worked with him a number of years
21 on GI Joe after we had were no longer working
22 with Ford, Kinder Bryant.
23    Q.   What is the Mel DIC relationship?
24 Is there --
25    A.   There is no Mel DIC relationship

Page 159

1 because at the time we worked with him, as I
2 recall --
3    Q.   That's right. No is fine.
4    A.   Well, I'm just trying to be factual
5 so you really understand this as well. It was
6 because we were doing a new campaign.
7    Q.   Do you know Steven James Taylor?
8    A.   No. James Taylor?
9    Q.   Steven James Taylor, not Carolina
10 on my mind or...
11    A.   No.
12    Q.   So you don't know anything about
13 Andy Hayward teaming up with Steven James Taylor
14 to write a musical theme related to GI Joe?
15    A.   I have no idea. I would speculate
16 that that was something different than what was
17 done with Anne Bryant.
18    Q.   Turning now to My Little Pony...
19    A.   Turning --
20    Q.   Moving right along.
21    A.   Okay.
22    Q.   Is that another Hasbro toy?
23    A.   It is. It was I should say. Or is
24 or was, whatever.
25    Q.   And do you know whether Anne Bryant

Page 160

1 had any involvement in writing music for My
2 Little Pony?
3    A.   Okay, here's the thing.
4       Initially...this is interesting
5 because I don't know. Initially I thought that
6 Ford Kinder had written the original music for My
7 Little Pony, but that's maybe only because I
8 recall him being there when the original
9 composition was presented to me. And I don't
10 recall Anne being there, but maybe she actually
11 did the work and she had to leave early that day
12 and he took the meeting. I really don't know.
13 But I assumed that he had done it.
14    Q.   Well --
15    A.   I assume he wrote it. But she may
16 have written other tracks for My Little Pony
17 through the years.
18    Q.   For the purposes of my question,
19 I'm suggesting to you that it was registered one
20 hundred percent to Anne Bryant at BMI in 1988 and
21 prior.
22    A.   I don't know why that would have
23 been or whatever. I'm not quite sure.
24    Q.   Okay.
25    A.   It --

Page 161

```
 1    Q.  Do you know how it was
 2  re-registered to Ford Kinder twenty-five percent,
 3  Spence Michelin twenty-five percent and Barry
 4  Harmon fifty percent in 1995?
 5    A.  Yes.
 6    Q.  Tell me what you know about that.
 7    A.  Okay.  In 1995, and this may not be
 8  the exact year because I thought it was earlier,
 9  so I don't know, but there was a point at which
10  we did a show called My Little Pony & Friends.
11  Barry Harmon, a very talented lyricist, wrote the
12  lyrics for My Little Pony & Friends.  Spencer
13  Michelin and Ford Kinder, I had assumed, would be
14  the person originally credited on My Little Pony
15  when it was --
16    Q.  With writing the music?
17    A.  Now -- no -- at that time...it was,
18  it seemed to -- I guess Ford was working for
19  Spencer at that time and I don't remember -- it
20  wasn't in 1995, he wasn't working with Spencer,
21  so maybe that was -- I don't know why it would be
22  1995.  I should say I don't know because he was
23  not working with Spencer Michelin in 1995, so I
24  don't really know.
25       But I had always assumed that Ford
```

Page 162

```
 1  wrote My Little Pony and Spencer was probably
 2  part of it because he was the owner of the
 3  company and a very creative person in his own
 4  right and they may have collaborated and now
 5  you're saying that Anne wrote it, I have no idea.
 6  I have no idea.
 7    Q.  Again, you don't know anything
 8  about the re-registration?
 9    A.  I know nothing about the
10  re-registration and I don't...I don't really
11  know.  Unequivocally who did write it.
12    Q.  Now, is that My Little Pony theme
13  used in various television -- used in cues for
14  various television episodes?
15    A.  Okay, My Little Pony & Friends, as
16  opposed to -- there was My Little Pony the
17  commercial and then there was My Little Pony &
18  Friends the TV show, My Little Pony TV show,
19  predated -- there was My Little Pony the feature.
20    Q.  I'm talking about My Little Pony
21  theme which is referred to on pages 154...wait a
22  second.  Not 154.
23       If I can direct your attention
24  while I'm trying to find this to page 157.
25    A.  Sure.  Thank you, okay.
```

Page 163

```
 1    Q.  Do you see the description of the
 2  title as Ponies Watch The Destruction?
 3    A.  Uh-huh.
 4    Q.  Would this be one of those cue
 5  situations?
 6    A.  Could be an episode.
 7    Q.  Music for an entire episode?
 8    A.  Doesn't sound like -- it seems more
 9  like a cue because it's hard to believe that
10  since My Little Pony was such a friendly -- were
11  such friendly little ponies that we would name
12  the episode like that.
13    Q.  It's antithetical to the concept?
14    A.  And pathetic to the concept, yes.
15    Q.  The next one down is clearly a cue,
16  isn't that?
17    A.  Pony as forward.  Yes, that's
18  probably a cue and probably the top one is a cue
19  because it's certainly not the title of the
20  episode.
21    Q.  And that one indicates, apparently,
22  that Mr. Ashford, writer at BMI, composed the
23  cue; is that right?
24    A.  I have no idea who he is.
25    Q.  Okay.  But at least from this form
```

Page 164

```
 1  that you're looking at --
 2    A.  Well, it seems to.  His name is
 3  here.
 4    Q.  Okay.
 5    A.  But I have no idea.  And I have no
 6  idea what this is for, either, because he may
 7  have been somebody who was hired by Rob Walsh,
 8  who actually was the arranger of the music for
 9  the My Little Pony movie, I believe.
10       MS. VALENCIA:  And I would just like
11  to point out for the record that My Little
12  Pony and My Little Pony & Friends do not
13  appear on Joe Bacal's BMI catalog.
14       MR. MONAGHAN:  Right.
15    Q.  Do you know why Barry Harmon is
16  shown as the lyricist?
17    A.  For what?
18    Q.  The My Little Pony theme, original.
19    A.  He was the lyricist, not for the My
20  Little Pony theme that was done for advertising,
21  but he was the lyricist for the My Little Pony
22  theme, the original My Little Pony theme that was
23  done for My Little Pony & Friends.
24    Q.  Distinguish those two again,
25  please.
```

Jules M. Bacal    CondenseIt!™    November 15, 2001

Page 165

1 A. My Little Pony was a product, all
2 these cute little ponies in different colors.
3 Q. Right.
4 A. And we had a jingle that went with
5 that. My Little Pony, My Little Pony, okay,
6 jingle that went with that. Then when it came
7 time to do a show called My Little Pony &
8 Friends, we wanted to do an original, an original
9 song because My Little Pony & Friends was a show
10 composed of My Little Pony & Friends and I think
11 Glow Worm and Moon Dreamers or whatever, three
12 different mini-things or episodes one, two and
13 three.
14 Q. Okay.
15 A. So, anyway, that was the thing, so
16 Barry Harmon wrote a jingle for My Little Pony &
17 Friends.
18 Q. He wrote the lyrics?
19 A. He wrote the lyrics, yes. And he
20 wrote the lyrics for all the songs in the show
21 itself which Tommy Goodman wrote the music for.
22 Ford Kinder and Bryant was only involved, as I
23 recall, in the title. I think they were involved
24 in the title. They may not even have been
25 involved in the title, I'm not sure.

Page 166

1 Q. To your knowledge, has Kid Rhino or
2 any other video distributor been licensed to sell
3 episodes of My Little Pony, My Little Pony &
4 Friends or My --
5 A. I have never seen one. I have seen
6 the -- but it's out of print. I have seen -- a
7 long time ago I did see My Little Pony video, but
8 that was a long time ago.
9 Q. How about Potato Heads or Moon
10 Dreamers?
11 A. Potato head and Moon Dreamers were
12 -- they were like four -- it was -- maybe that
13 was it. My Little Pony & Friends and then there
14 was Moon Dreamers, Potato Head, I guess maybe
15 Glow Worm was part of it and you could only have
16 three in one show, but you would always have My
17 Little Pony and -- My Little Pony and then two of
18 the other three and it was just that way for
19 twenty-six half-hours or whatever the number that
20 we did was.
21 Q. Well, was the My Little Pony
22 original theme music, not lyrics, used in any of
23 those?
24 A. My Little Pony & Friends music was
25 in that.

Page 167

1 Q. Who composed the My Little Pony &
2 Friends music?
3 A. Who does it say composed it?
4 Q. No, to your knowledge.
5 A. I don't recall because I don't
6 recall whether -- because I know Tommy Goodman
7 wrote the music for all the songs that were in
8 the show, they had multiple songs, song in each
9 show.
10 Q. Not talking about the song in the
11 show --
12 A. What I'm saying, I don't know who
13 wrote the thing --
14 Q. Okay.
15 A. Could have been Kinder Bryant or
16 Tommy Goodman. I'm not sure. I don't remember.
17 Q. Do you know how it was four
18 versions -- do you have any information about
19 this? Four versions of My Little Pony & Friends
20 were re-registered in June 1993?
21 A. I have no idea.
22 Q. Or how it was that Spence Michelin
23 is left out, whereas, previously he apparently
24 had a ten percent interest?
25 A. I have no idea at all.

Page 168

1 Q. Visionaries.
2 A. Visionaries, okay.
3 Q. What do you know about Visionaries?
4 A. Visionaries, my son Jay who is one
5 of our creative directors, Jay Bacal, j-a-y, and
6 myself, we wrote the Visionaries lyric, we wrote
7 it for the product, and then basically we used
8 that lyric with -- oh, and for the product, for
9 the toy Visionaries, Ford Kinder or Anne Bryant
10 or Kinder Bryant, they wrote the music for that.
11 Q. When did Jay become involved? Was
12 it before or after April 28, '97?
13 A. Become involved in --
14 Q. Your son Jay.
15 A. You mean in the company?
16 Q. No, with Visionaries.
17 A. Well, he was involved with
18 Visionaries from the onset of the -- yeah, he
19 created the advertising with me.
20 Q. Well, can you explain how it was
21 that in April of 1997 it appears in the BMI
22 catalog that there was a re-registration
23 eliminating Kinder whose share is then given to
24 Jay Bacal --
25 MS. VALENCIA: Objection.

GAF LEGAL SERVICES, INC.    (973) 618-0500    Page 165 - Page 168

Jules M. Bacal                    CondenscIt!™                    November 15, 2001

Page 169

1  Q.  -- and Joe Bacal who each received
2  twenty-five percent, Brian's share remain at
3  fifty percent?  This is supposedly on page 276.
4  MS. VALENCIA: Here's the thing you have to
5  understand and as I said before and I don't know
6  when these things all shifted, but --
7  Q.  Do you know when it shifted?
8  A.  I don't know why it shifted or when
9  it shifted.  But originally, as I've said in the
10 other cases, we gave the composer's share to the
11 composer when it was actually just the toy, you
12 know, in those days and then when it was the
13 show, our names went on the list because we were
14 basically contributing the lyrics.
15 Q.  You took back some interest that
16 you had originally given to Bryant?
17 A.  I didn't take back any -- no, I
18 didn't take back any interest.  If it was
19 recorded one way first and then changed --
20 Q.  Right.
21 A.  -- at some point after we had had
22 this agreement or somebody realized that it
23 should have been changed and it was corrected, I
24 don't know.  Because, as I said, I told you in
25 earlier how it happened that I became an interest

Page 170

1  in that based upon my contributions and their
2  suggestion that I should be involved, their
3  strong suggestion and they wanted me to be
4  involved, I said okay.
5  Q.  Do you remember any discussion with
6  Ford Kinder concerning taking him out of
7  Visionaries and --
8  A.  Absolutely not.  I never had any
9  substitutions with anybody about any of this kind
10 of thing.
11 Q.  We already talked about Gem, right?
12 MS. VALENCIA: Um-hum.
13 A.  If we talked about Gem, I want to
14 say something I didn't say before.
15 Q.  About Gem?
16 A.  Yeah.
17 Q.  Go ahead.
18 A.  For the record, I just want to say
19 that, so you can understand our relationship with
20 Ford Kinder and Anne Bryant, there was a time
21 when we were doing Gem, and I don't remember
22 whether we were coming out of an editing session
23 or we were coming out of a meeting, and we were
24 standing on the corner in front of the building
25 where we had been and they said, you know, you've

Page 171

1  gotta come over and see our new studio.  I said,
2  we are so happy that we're working with you and
3  we are so grateful we have built a million-dollar
4  studio with the money that we've made on Gem.
5  I said, well, you guys are
6  wonderful and I love working with you and I'm
7  glad that you feel rewarded and happy from this
8  and I'm really happy for you and you've done
9  great work for me and we're going to continue to
10 do great work together and I'm happy about that.
11 Q.  So everybody was --
12 A.  It was like a group hug, you know
13 what I mean.
14 What I'm saying is that's part of
15 why this is so upsetting to me and shocking to me
16 that I'm involved in this when...we had this
17 incredible relationship that they benefitted so
18 much from and I was so generous with them, it's
19 very shocking to me and hurtful that this is
20 happening and that's why I really hoped that Anne
21 would be here today so we can try to resolve
22 this.
23 Because, you know, it's costing me
24 more, in all honesty, in lawyer's fees than I
25 ever got from anything that had to do with my

Page 172

1  rights in this and it just seems tremendously
2  unfair to me as a person who always tried to be
3  tremendously fair -- and if you look at these
4  percentages and everything that were given to all
5  these other people that I work with, always
6  trying to be tremendously fair to all the
7  creative people that I worked with, which is why
8  I had such long-term relationships.
9  Q.  Mr. Bacal, I have no reason to
10 doubt anything you're saying.
11 A.  I'm just trying to express my
12 feelings.
13 Q.  But looking at the catalogs,
14 looking at the attribution, certain things were
15 done here for which there's no adequate
16 explanation in the papers themselves.  BMI has
17 accomplished changes for which there's no
18 satisfactory explanation, at least not to our
19 satisfaction thus far.
20 BMI withheld her catalog for years.
21 It took a lot of pressure, there's no explanation
22 for why there's an 83.4 percent attribution in
23 some case, people are given who are unknown to
24 Anne Bryant, their participation is unknown, so
25 this suit is in good faith with a lot of

Jules M. Bacal                    Condenseit!™                    November 15, 2001

Page 173

1 unanswered questions.
2          So I don't think you should get
3 angry at it or at her --
4      A.  I'm trying not to be angry. I have
5 the highest admiration for Anne as a really
6 incredibly talented composer.  Do I think it's
7 fair that I'm involved in this?  No, but that's
8 besides the point.  The point is, sure, you
9 should get the answers to whatever you want the
10 answers to.  That's...
11     Q.  I think we're nearing the end of
12 the line here, so let me finish that.
13 Robotics?
14     A.  Robotics, right.
15     Q.  Did you know that was a composition
16 by Anne Bryant credited to her one hundred
17 percent at BMI?
18     A.  No.  I knew it was Kinder Bryant, I
19 didn't know --
20     Q.  You didn't know which of the two
21 who --
22     A.  I did not know which of the two and
23 I wrote the lyric and...
24     Q.  You wrote the lyric?
25     A.  It's got a very short lyric.  It's

Page 174

1 got Robotics, Robotics, puts the future in your
2 hands, yes.
3      Q.  Did you know that in 1997 that
4 Robotics was re-registered and Anne's
5 participation was reduced by fifty percent and in
6 1997, you were credited with fifty percent?
7      A.  I didn't notice that or think about
8 it, but since I wrote the lyric it may have been
9 at the time -- see, we have to be careful.  It
10 may have been at the time -- originally -- but it
11 was way before that, you see, so why it was
12 re-registered at that point I don't know.
13     Q.  That's correct.
14     A.  It was way before that, but
15 originally it was done as a commercial and was
16 not part of any show.  Later it became part of a
17 show of Super Saturday when it ran on Saturday,
18 it had three elements to it, Bigfoot, Robotics
19 and then I think it was Super Sunday and later it
20 was a three-part show.
21     Q.  Why is this done in 1997?
22     A.  I have no idea.
23     Q.  Did you know it was done?
24     A.  No, I have no idea.  No idea.
25     Q.  Did you receive any royalties,

Page 175

1 writer royalties on Robotics?
2      A.  I have no idea.  I might have
3 received a royalty on Super Sunday or Super
4 Saturday, I have no idea.  I mean, my name is
5 down here, so I may have received it, but it
6 wouldn't probably have been -- you know,
7 Robotics, there it is, theme opening.
8      Q.  What are you looking at?
9      A.  I'm looking at the second page of
10 my catalog, four down, Robotics theme opening.
11 It says my name and Anne Bryant's name and we
12 each have fifty percent.  I guess my fifty comes
13 from writing the lyric and her fifty comes from
14 writing the music.
15     Q.  Um-hum.
16     A.  Whether it said other things before
17 I don't know, but that's what the fact is,
18 though, regardless of what it said before was
19 that I wrote the lyric and she wrote the music.
20     Q.  I know, but what happened after
21 twelve years of this?
22     A.  I don't know, really.  I don't
23 really know.
24     Q.  Did you have a discussion with Ford
25 Kinder about that?

Page 176

1      A.  I had no discussions with Ford
2 Kinder about this and I would tell you again very
3 honestly that I never discussed percentages with
4 anyone, I never negotiated my percentage, I never
5 said anything was not fair, I never said anything
6 about it, so, you know, I was just given this
7 because I had made these genuinely important
8 creative contributions to the totality of these
9 musical members.
10     Q.  Well, wouldn't the contributions
11 have been aptly recognized at the time of the
12 original registration rather than twelve years
13 later?
14          MS. VALENCIA:  Objection.
15     A.  I have no idea.  I have no idea
16 that --
17     Q.  Are you suggesting that the
18 decision to give you a credit to which you might
19 have been very much entitled was made in 1997?
20     A.  I'm not suggesting that at all.
21 I'm not suggesting that at all.  I have no idea
22 about these dates and these re-registrations and
23 the registration earlier and why something would
24 not be the same from one time or another, I have
25 no idea who authored the registration --

Jules M. Bacal          CondenseIt!™          November 15, 2001

Page 177

1  Q.  Okay.
2  A.  -- supervised the registration,
3  initiated the registration, I don't know.
4  Q.  Did you have any contact with
5  anyone from BMI in 1997 with --
6  A.  I did not.  The only contact I have
7  had is with Samantha Cox --
8  Q.  Okay.
9  A.  -- to get this --
10  Q.  I got that one.
11  A.  -- catalog (indicating).
12  Q.  Do you know why there was a
13  Robotics re-registration in February 1997 listing
14  the publisher as Sony ATV, Sony LLC?
15  A.  Well, what Sony may have decided --
16  what year?
17  Q.  1997.
18  A.  Well, see, that's...that doesn't
19  compute with me because --
20  Q.  It's page 241 of --
21  A.  It may say that, but that may be a
22  typo of some kind or whatever it is, because
23  Sony, to the best of my knowledge, was not
24  involved with Sunbow in 1997.  Unless they --
25  unless they were doing something in the way which

Page 178

1  something I don't -- I'm not really aware of, I
2  don't know.  If some rights were turned over to
3  them that had belonged to Starwild, I don't know.
4  Q.  So you would have no information
5  about who supplied the new writer's share
6  information?
7  A.  No, I have none at all.
8  Q.  Well, I just reached a three-letter
9  word that begins E and ends with D.
10
11  (Whereupon a, brief recess was
12  taken.)
13
14  (Whereupon, there was an
15  off-the-record discussion.)
16
17  MR. MONAGHAN:  Mr. Bacal, there have
18  been a number of instances where I've asked
19  questions where you have no knowledge and
20  it's possible there may be some documents in
21  the possession of others that when shown to
22  you may refresh your recollection about
23  certain things.  Therefore, I'm not in a
24  position right now to close this deposition
25  for all time, so I'm going to have to leave

Page 179

1  it open until we have further discovery from
2  some of these third parties and in the
3  meantime -- well, I don't want to say any
4  more on the record than that.
5  But for the time being now, I'm
6  concluding the deposition at this time until
7  we determine if we have to go further and I
8  will let your counsel know.
9  THE WITNESS:  Okay.
10
11  (Proceedings concluded at 5:45 p.m.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 180

1  C E R T I F I C A T E
2
3  I, TABITHA DENTE, a Certified Shorthand
4  Reporter and Notary Public of the State of New
5  Jersey, do hereby certify that prior to the
6  commencement of the examination, the witness was
7  duly sworn by me to testify to the truth, the
8  whole truth and nothing but the truth.
9  I DO FURTHER CERTIFY that the foregoing is
10  a true and accurate transcript of the testimony
11  as taken stenographically by and before me at the
12  time, place and on the date hereinbefore set
13  forth, to the best of my ability.
14  I DO FURTHER CERTIFY that I am neither a
15  relative nor employee nor attorney nor counsel of
16  any of the parties to this action, and that I am
17  neither a relative nor employee of such attorney
18  or counsel, and that I am not financially
19  interested in the action.
20
21
22
23  TABITHA DENTE, CSR NO. 1592
24
25

Jules M. Bacal                 CondenseIt!™                              # - Anderson
                                                                    November 15, 2001

-#-

# [1]         1:2

-$-

$1,000 [2]            62:12
62:15
$1,500 [1]            62:16
$2,000 [1]            62:14
$26.86 [1]            87:12
$850 [1] 62:13

-'-

' [2]         69:21    83:16
'00 [1]      8:16
'58 [1]      11:4
'78 [1]      11:19
'79 [1]      35:23
'84 [1]      123:10
'94 [4]      8:16      8:22
11:19    12:23
'97 [1]      168:12
'clearance [1]        65:20
'mechanical [3]
82:21    83:13    83:16
'n [4]       73:4     74:3
75:20    80:5
'short [1]           69:21
'Who [1]             91:24

---

-488-1201 [1]        2:5
-692-1093 [1]        2:9

-0-

07068 [1]            1:24
07601 [1]            2:4

-1-

1 [6]        3:12     18:22
19:5     40:5     69:14
135:15
1-10 [1] 1:12
10025 [2]            5:3
7:8
10168 [1]            2:8
102 [1]      3:17
108 [1]      147:24
129 [4]      148:16   148:17
149:22   150:6
140 [2]      3:18     3:19
15 [1]       1:18
154 [2]      162:21   162:22
157 [1]      162:24
1592 [1] 180:23
15th [2] 87:12        87:13
18 [1]       3:12
182045 [1]           108:2

-2-

1820450 [1]          108:1
188 [1]      1:24
1958 [1] 11:4
1978 [2] 11:5        31:18
1980 [4] 31:18-      35:15
35:18    35:23
1984 [2] 45:10       122:17
1986 [1] 46:3
1988 [2] 142:17      160:20
1993 [3] 147:18      148:12
167:20
1994 [10]            8:1
8:9      8:10     8:15
10:9     122:14   123:6
123:15   123:22   126:17
1995 [5] 161:4       161:7
161:20   161:22   161:23
1997 [9] 168:21      174:3
174:6    174:21   176:19
177:5    177:13   177:17
177:24
1998 [12]            13:25
86:15    86:17   87:2
88:11    88:15   88:17
90:14    90:18   90:18
92:25    142:5
1999 [1] 142:8
19th [1] 147:18

-2-

2 [4]        3:13     46:9
46:9     46:11
2/15/00 [1]          3:15
2000 [2] 87:12       95:11
2001 [4] 1:18        7:21
53:19    69:3     87:13
149:24
201 [1]      2:5
212 [1]      2:9
213 [2]      121:24   122:11
215 [1]      121:24
24.9 [4] 56:2        58:7
109:16   109:23
24.90 [1]            57:11
117:10   117:23
241 [1]      177:20
24th [3] 53:19       69:1
69:2     149:12   149:24
25 [1]       2:4
25th [1] 123:6
26 [1]       4:5
276 [1]      169:3
28 [1]       168:12
287 [2]      151:21   151:22
289 [2]      151:21   151:22
28th [1] 122:14
29.0 [1]     125:21

-3-

3 [3]        3:14     86:8
87:9

-3.3-

33.3 [1] 49:19
380 [2]      1:17     2:8

-4-

4 [3]        3:16     102:9
102:13
437 [1]      7:17
46 [1]       3:13

-5-

5 [3]        3:5      3:18
140:4
5192/00 [1]          1:2
5:45 [1] 179:11

-6-

6 [2]        3:19     140:4
6/30/86 [1]          46:20
618-0500 [1]         1:25
670 [2]      5:2      7:7

-7-

7/1/85 [1]           46:20
7/28/94 [1]          122:15
75.1 [1] 117:9
75.10 [4]            117:5
117:7    117:17   117:21

-8-

8.3 [4]      107:10   108:16
125:3    125:6
8.30 [4] 59:9        108:3
108:19   109:3
83.4 [4] 100:20      101:5
126:4    172:22
83.40 [9]            58:22
58:22    59:9    106:13
108:25   109:2   126:11
128:10   128:12
86 [1]       3:15

-9-

973 [1]      1:25

-A-

a-c-a-l [1]          7:3
a/k/a [1] 1:8
ability [1]          180:13
able [7] 5:20        15:16
54:10    66:8    66:9
76:17    112:1
above [1]            101:16
104:2
absolutely [9]       8:21
12:25    13:3    28:11
58:10    59:7    153:9
158:5    170:8
AC [1]       148:3    148:4
accept [1]           19:16

access [1]           69:11
accessible [1]       28:1
accomplish [1] 158:16
accomplished [3]
68:7     68:9    172:17-
172:17-
according [1]        5:4
account [1]          155:4
accountant [2] 90:22
91:4
accountants [1] 90:13
accounting [5]       24:10
24:15    24:20   24:23
96:8
accurate [4]         27:16
125:11   125:13   180:10
acquired [11]        14:1
20:8     20:11   86:13
86:14    94:17   94:21
94:22    95:14   137:11
137:12
acquisition [2] 26:22
28:5     28:6
acrimonious [2]
37:17    114:21
action [4]           25:2
120:2    180:16   180:19
actively [1]         13:9
Actors [3]           84:17
84:20    84:25
actual [1]           74:10
ad [1]       33:12
added [3]            42:10
42:10    42:13
addition [1]         111:3
additional [1] 113:25
addressed [1]        46:20
adequate [1] 172:15
administration [1]
47:16
admiration [2] 31:23
173:5
admire [1]           112:8
admonitions [1]
6:6
Adrienne [2]         2:7
158:9
advantage [1]        14:20
adventure [1]        120:3
advertising [11] 7:14
7:15     11:2    29:21
30:5     30:9    40:17
41:11    130:5   164:20
168:19
advice [1]           66:1
advisement [1] 27:1
advising [1]         40:8
affair [1]           23:22
affiliation [1]      19:8
19:9     148:8
afternoon [2]        1:19
5:9
afterwards [1] 114:15

again [19]           16:13
22:17    26:3    27:17
28:14    35:11   40:25
52:11    55:7    58:2
95:25    118:6   120:22
135:7    138:3   144:21
162:7    164:24   176:2
against [1]          144:5
agency [2]           7:14
7:15     7:24    8:3
10:22    11:2    12:11
33:12    34:19   130:5
ago [6]      57:2
100:18   100:19   166:7
180:6    180:18
agree [5] 55:12      59:8
66:25    71:16   71:19
agreed [1]           138:6
agreement [1] 8:12
9:16     9:23    9:25
13:11    81:25   130:4
130:6    141:17   141:21
169:22
agreements [1] 13:11
17:22    21:18
34:17    56:22   111:14
126:7    170:17
air [7]      16:4     30:2
41:12    45:15   98:5
98:21    100:12
Aldridge [12]        14:20
74:22    74:25   77:8
77:10    78:12   78:14
78:19    118:21   135:11
135:18   135:24
Allison [1]          53:24
almost [1]           30:4
alone [2]            115:13
115:13
along [5]            5:17
26:12    99:21   134:21
159:20
Alphabits [4]        32:6
32:6     32:17   34:2
altered [1]          124:3
always [21]          28:24
29:1     30:2    30:6
36:21    43:16   43:19
44:4     45:17   65:24
108:23   110:21   143:9
143:20   148:23   154:1
154:21   161:25   166:16
172:2    172:5
amazement [1] 106:18
amazon.com [3]
3:14     87:9    87:16
American [8]         84:16
84:19    84:25   144:4
153:24   153:25   154:4
154:15
amount [6]           30:1
58:10    59:17   62:6
125:18   125:19
Anderson [6]         90:19
90:20    91:1    91:4

Jules M. Bacal                    CondenseIt!™                    Andy - Bryant
November 15, 2001

91:8    91:9

Andy [4]                    146:2
146:8    146:17    146:17
147:1    147:9    151:6
159:13

angry [2]                    173:3
173:4

animated [1]                146:19

Anne [93]                    1:5
5:11    17:25    20:9
30:12    31:16    31:17
31:20    32:16    34:10
35:3    35:16    36:13
36:18    37:25    40:13
42:1    43:17    43:20
45:10    46:4    46:20
48:10    49:25    50:1
50:21    54:25    57:21
59:9    60:13    60:20
71:6    71:18    72:21
72:23    78:24    79:1
85:15    97:18    100:2
103:22    107:6    108:25
109:2    110:17    110:24
111:7    111:25    113:10
113:23    113:24    114:18
116:5    117:3    124:24
125:15    125:19    126:23
128:21    129:16    129:25
130:3    130:17    132:16
133:17    134:3    134:4
139:7    139:16    139:17
139:18    139:19    143:6
143:22    144:22    144:23
145:22    148:22    149:2
157:11    157:15    159:17
159:25    160:10    160:20
162:5    168:9    170:20
171:20    172:24    173:5
173:16    175:11

Anne's [10]                    41:13
49:19    49:22    50:3
53:9    53:11    69:17
131:21    147:20    174:4

announcer [2]                42:5
42:7

answer [26]                    5:19
6:1    17:4    17:7
21:20    25:11    60:4
73:16    74:13    79:15
82:6    97:21    97:25
104:6    115:18    119:19
126:7    126:8    128:1
128:22    129:19    129:20
138:19    138:20    139:4
151:23

answered [2]                25:9
115:23

answering [1]                5:15

answers [6]                    6:7
92:22    131:4    131:6
173:9    173:10

antithetical [1]            163:13

anyway [1]                165:15

apologize [1]                25:10

appeal [1]                75:16

appear [4]                73:2
120:20    152:23    164:13

appeared [3]                145:7
145:12    157:20

application [1]            10:1

appreciation [1]
81:6

appropriate [1]            21:19

April [4]                    7:21
8:15    168:12    168:21

aptly [1]                76:11

aquisition [1]            4:5

arbitrarily [1]            58:7

area [2]    43:6    94:13

areas [1]    89:12

arising [1]                85:16

arrangement [2]
44:12    99:24    121:7

arranger [2]                31:23
146:8    164:8

arrangers [3]            32:24
33:1    33:15

array [1]    15:17

arrival [1]                133:22

arrive [2]                15:20
15:25

art [1]    143:18

Arthur [6]                90:19
90:20    90:25    91:4
91:8    91:9

ASCAP [32]                1:11
3:16    14:18    15:8
16:18    16:20    17:10
18:13    19:9    23:6
23:25    40:8    40:23
45:12    51:25    65:7
66:11    66:17    67:25
68:8    68:10    102:14
102:20    106:23    107:11
107:2    107:3    107:11
111:20    117:6    118:6
119:1

Ashford [1]                163:22

aside [1]    143:13

assigned [2]                150:7
150:16

assignment [3]            35:6
43:18    120:19

assignments [1]
34:22

Associate [2]            11:7
54:6

associated [2]            15:22
100:14

association [3]    19:24
20:5    117:22

associations [1]
13:5

assume [12]                6:1
8:11    57:19    64:3
96:9    110:7    117:10
117:13    119:25    139:10
139:18    160:15

assumed [7]                39:9
39:11    65:12    143:21
160:13    161:13    161:25

assuming [1]            129:23

attached [1]            14:22

attention [5]            19:6
44:18    103:7    119:1
162:23

attitude [2]                41:1
75:20

attorney [3]                47:2
180:15    180:17

attorney/client [1]
48:17

attorneys [3]                2:5
2:9    5:11

attractive [1]            142:11

attributed [4]            37:21
37:23    113:19    120:13

attribution [1]            114:8
136:25    145:9    172:14
172:22

ATV [1] 177:14

audience [1]                75:16

August [1]                123:6

authored [1]            176:25

Avenue [1]                1:17
1:24    2:8    5:2
7:8

Award [1]                37:4

aware [14]                25:3
86:16    86:18    86:21
86:21    87:1    87:3
88:18    88:20    121:3
121:8    121:11    121:12
178:1

away [4] 19:4                32:9
36:16    154:3

─B─

b [2]    5:1    7:3

Bacal [54]                1:7
1:10    1:10    2:9
3:4    3:12    3:12
3:13    3:14    3:16
3:18    3:19    5:9
7:3    7:13    7:20
8:17    9:5    10:7
10:10    10:17    11:6
11:8    13:15    13:20
13:21    18:22    19:5
19:5    25:1    25:7
25:8    27:24    46:9
46:11    59:25    61:3
67:11    86:8    87:9
97:11    102:9    102:13
102:13    122:10    135:15
140:4    140:8    150:2
168:5    168:24    169:1
172:9    178:17

Bacal's [2]                135:13
164:13

background [2] 70:14
134:13

backwards [1]            14:17

bad [1]    112:21

Barry [7]                112:17
113:6    113:8    161:3

161:11    164:15    165:16

attached [1]            14:22

based [3]                120:5
125:17    170:1

basic [1] 113:3

basis [5] 23:12            23:14
58:11    62:21    107:11

bear [1]    13:16

became [13]                12:1
16:19    16:22    27:21
27:22    27:23    28:19
30:4    30:9    137:13
137:14    169:25    174:16

become [7]                16:17
17:19    29:8    30:18
114:17    168:11    168:13

beforehand [1]            137:13

beginning [8]            10:17
13:19    21:25    40:16
41:10    107:6    108:1
110:22

begins [1]                178:9

behalf [1]                90:4

behind [1]                72:25
145:21

belonged [1]            178:3

below [2]                101:17
101:21

benefit [1]                48:20

benefitted [1]            171:17

Benton [4]                11:1
32:1    32:3    143:14

Bernstein [2]            156:1
156:3

best [5]    77:13    86:24
97:5    177:23    180:13

better [2]                47:8
73:13

between [6]                111:7
121:10    121:12    136:5
136:12    139:12

beyond [10]                79:10
80:1    80:2    87:2
117:20    126:25    127:2
132:2    152:21    152:22

big [1]    29:3

Bigfoot [2]                21:8
174:18

Bill [16]    46:22    47:1
47:9    47:19    48:5
61:23    65:16    65:25
66:1    67:13    67:20
137:21    137:23    137:25
138:1    138:4

bit [5]    10:24    18:1
21:17    39:21    107:23

Blockbuster [2]
80:21    140:22

blown [1]                36:16

BMI [71]
1:10    3:12    3:13
14:18    15:4    15:12
16:18    16:22    17:6
17:11    18:10    18:10
18:12    19:8    23:6
23:24    24:11    40:8

161:11    164:15    165:16
40:23    45:10    46:4
46:14    48:25    51:24
53:16    53:16    53:20
65:7    65:10    66:17
67:6    67:25    68:7
68:10    68:23    69:2
69:2    69:20    70:17
80:3    106:20    106:21
106:25    107:3    107:5
107:6    107:13    107:19
109:14    117:5    117:7
118:13    118:15    121:21
135:4    143:6    147:12
147:19    148:17    149:2
151:21    157:12    160:20
163:22    164:13    168:21
172:16    172:20    173:17
177:5

BMI.com [1]                15:16

boat [1] 7:3

Bolivia [1]                16:1

books [4]                91:19
91:23    92:6    92:11

books' [1]                91:24

bottom [4]                55:21
55:23    102:25    140:25

bought [1]                87:15

Bowles [1]                11:2
32:1    32:3    143:14

boys [2] 156:8    156:10

brand [5]                131:15
131:15    131:18    131:20
141:13

brands [1]                154:20

break [1]                102:3

Brian [1]                154:6

Brian's [1]                169:2

brief [10]                54:5
55:8    55:17    71:14
72:7    102:6    111:11
118:14    151:4    178:11

briefly [1]                63:13

brilliant [1]            42:6

British [2]                105:16
120:23

Broadcast [2]            1:8
15:6

broadly [4]                132:25
133:1    133:1    133:2

brothers [1]            97:7

Bryant [56]                1:5
5:12    30:20    30:12
31:16    31:17    35:3
38:1    43:7    45:10
46:4    46:20    48:10
50:1    50:1    50:21
56:12    57:21    58:4
58:6    58:19    60:20
61:3    65:25    71:7
71:18    74:19    78:1
78:24    79:1    85:15
97:18    104:3    110:17
110:25    117:4    122:18
122:22    124:14    129:16
132:16    133:17    139:7
158:22    159:17    159:25

Jules M. Bacal                    CondenseIt!™                    Bryant's – contribution
November 15, 2001

| | | | | |
|---|---|---|---|---|
| 160:20 165:22 167:15 | 177:11 | 29:5 30:16 36:7 | 19:3 20:7 22:1 | computer [1] 99:3 |
| 168:9 168:10 169:16 | catalogs [2] 134:6 | 43:15 51:18 56:9 | 22:5 24:3 25:19 | Conan [1] 30:4 |
| 170:20 172:24 173:16 | 172:13 | 57:7 59:14 89:11 | 38:10 59:21 59:22 | conceive [1] 97:17 |
| 173:18 | caused [1] 123:21 | 113:12 113:18 113:19 | 75:12 138:15 142:9 | concept [4] 23:20 |
| Bryant's [9] 34:10 | cereal [2] 32:6 | 115:8 115:10 115:22 | company [44] 12:21 | 142:20 163:13 163:14 |
| 53:1 124:24 126:23 | 34:1 | 117:1 130:13 133:7 | 13:6 13:18 13:20 | conception [1] 21:23 |
| 130:17 143:6 157:11 | 153:10 | 153:10 | 13:24 14:10 14:12 | concerned [4] 44:9 |
| 157:15 175:11 | certain [16] 14:19 | clearance [5] 65:21 | 20:8 28:9 28:15 | 59:19 59:22 61:21 |
| building [1] 170:24 | 14:22 38:11 59:17 | 122:14 125:1 126:17 | 32:23 33:10 33:15 | concerning [1] 170:6 |
| built [1] 171:3 | 65:17 66:13 86:22 | 137:16 | 33:16 36:9 38:10 | concluded [1] 179:11 |
| Burbeck [1] 8:4 | 95:13 111:22 125:18 | cleared [4] 122:15 | 47:4 48:1 60:21 | concluding [1] 179:6 |
| Bureau [1] 12:17 | 125:19 133:4 145:18 | 123:6 123:15 123:22 | 65:14 67:20 79:8 | conducted [1] 5:13 |
| business [17] 11:9 | 156:8 172:14 178:23 | clearer [1] 29:8 | 82:1 83:3 90:14 | confidentiality [1] |
| 13:5 37:17 43:18 | certainly [8] 15:3 | clearly [1] 163:15 | 90:16 90:20 91:14 | 9:24 |
| 59:19 59:20 59:20 | 27:4 31:17 85:10 | client [15] 11:13 | 92:7 92:10 93:1 | confrontation [2] |
| 84:14 110:24 111:2 | 89:6 118:1 141:20 | 11:15 20:14 20:24 | 99:9 107:2 140:21 | 120:1 133:22 |
| 114:18 114:19 114:21 | 163:19 | 24:11 33:19 35:9 | 141:6 141:18 141:23 | confusion [1] 113:10 |
| 121:7 137:20 141:23 | Certified [2] 1:15 | 38:14 38:15 38:17 | 146:9 146:18 148:25 | connected [1] 89:16 |
| 142:1 | 180:3 | 38:19 38:20 38:21 | 151:15 152:25 162:3 | connection [3] 70:8 |
| buyout [5] 9:3 | certify [3] 180:5 | 144:20 154:6 | 168:15 | 70:14 128:9 |
| 9:10 9:19 9:21 | 180:9 180:14 | CLIFFORD [1] 1:8 | company's [1] 92:3 | conquer [1] 144:6 |
| 13:10 | cetera [1] 29:25 | close [3] 19:17 63:18 | compared [1] 102:19 | consented [2] 78:25 |
| | CFO [2] 92:1 94:14 | 178:24 | compensation [1] | 79:2 |
| -C- | CGI [5] 99:1 99:3 | closer [1] 109:11 | 135:5 | consulting [1] 8:12 |
| C [4] 2:1 5:1 | 99:4 99:5 99:9 | closing [9] 109:9 | complete [1] 6:22 | contact [5] 37:16 |
| 180:1 180:1 | CGR [1] 99:2 | 115:12 115:14 116:3 | completed [1] 5:18 | 77:11 77:14 177:4 |
| cable [1] 79:24 | Chairman [2] 11:22 | 116:10 116:11 116:19 | complex [1] 66:24 | 177:6 |
| CAE [2] 150:20 150:22 | 27:21 | 117:4 118:21 | complicated [1] | contacted [1] 76:3 |
| campaign [1] 159:6 | chance [2] 68:22 | CO [1] 1:9 | 155:10 | contacts [2] 75:12 |
| cannot [2] 39:12 | 121:21 | Co-Chairman [7] | compliment [1] 37:1 | contain [2] 70:1 |
| 126:5 126:10 | change [6] 67:24 | 7:24 8:14 10:12 | complimentary [1] | 145:19 |
| card [1] 54:3 | 68:8 68:11 136:25 | 12:2 27:13 27:22 | 37:1 | contained [5] 63:21 |
| care [3] 46:21 77:20 | 137:1 154:7 | 27:23 | comport [1] 19:12 | 63:23 64:6 64:8 |
| 113:20 | changed [6] 68:17 | Coaster [7] 35:20 | compose [2] 116:2 | 69:24 |
| career [1] 11:1 | 124:19 149:9 157:23 | 36:5 36:14 37:6 | 116:15 | content [1] 71:22 |
| careful [1] 174:9 | 169:19 169:23 | 38:3 38:18 39:8 | composed [19] 40:8 | context [6] 34:11 |
| Carolina [1] 159:9 | changes [2] 68:23 | Cobra [1] 144:5 | 71:18 72:21 72:23 | 66:10 83:7 83:14 |
| carried [1] 98:2 | 172:17 | COD [1] 107:24 | 100:2 103:22 116:7 | 83:22 83:25 |
| cars [1] 42:21 | charge [7] 65:13 | collaborated [1] | 116:15 129:24 130:4 | continuation [1] |
| case [1] 10:1 29:20 | 67:18 78:15 92:2 | 162:4 | 132:19 133:17 134:2 | 9:11 |
| 76:16 77:4 99:1 | 92:3 156:8 156:9 | collaboration [1] | 143:2 143:10 163:22 | continue [5] 87:5 |
| 108:24 120:11 126:24 | chase [8] 104:16 | 113:4 | 165:10 167:1 167:3 | 105:6 105:8 106:12 |
| 139:11 145:13 172:23 | 105:25 119:25 120:14 | collaborative [2] | composer [11] 31:22 | 171:9 |
| cases [7] 44:24 | 126:13 133:15 133:21 | 43:1 43:2 | 39:22 65:12 111:4 | continued [2] 76:13 |
| 49:7 52:24 53:2 | 150:15 | collect [1] 47:21 | 119:21 143:24 146:7 | 94:18 |
| 117:25 118:1 169:10 | check [6] 15:25 | collecting [1] 90:4 | 158:4 158:20 169:11 | continuing [1] 8:12 |
| cast [2] 31:15 128:6 | 16:13 24:3 26:21 | colors [1] 165:2 | 173:6 | 79:9 |
| castle [1] 133:22 | 63:14 120:11 | column [1] 150:20 | composer's [1] 169:10 | contract [5] 4:5 |
| cat [1] 69:21 70:4 | checked [1] 118:4 | Comics [2] 28:14 | composer/arranger [1] | 9:2 9:8 26:22 |
| 147:24 | checks [8] 23:5 | 28:16 | 31:20 | 84:21 |
| catalog [44] 3:12 | 23:24 24:2 24:3 | coming [4] 81:16 | composer/lyricist [1] | contracts [1] 84:18 |
| 51:22 53:16 53:16 | 51:24 52:6 52:7 | 81:18 170:22 170:23 | 44:12 | contribute [2] 50:15 |
| 55:14 69:4 69:20 | 52:8 | commencement [1] | composers [16] 14:22 | 129:9 |
| 69:20 69:22 70:22 | chief [3] 92:14 95:24 | 180:6 | 32:24 33:1 33:15 | contributed [4] 45:2 |
| 70:22 71:4 73:4 | 151:11 | commencing [1] | 34:21 40:19 43:5 | 45:4 113:1 139:19 |
| 80:3 102:14 111:21 | children [2] 75:17 | 1:19 | 45:23 48:6 120:3 | contributing [1] |
| 117:6 118:7 118:15 | 146:19 | comments [1] 5:16 | 120:17 124:6 133:1 | 169:14 |
| 118:18 118:19 119:2 | children's [1] 39:3 | commercial [6] 43:6 | 134:14 138:5 144:18 | contribution [10] |
| 121:22 135:4 136:24 | circumstances [1] | 45:16 45:17 124:12 | composing [2] 65:13 | 112:12 113:7 113:7 |
| 142:11 143:6 147:12 | 104:11 | 162:17 174:15 | 133:3 | 124:23 125:17 127:6 |
| 147:19 147:21 147:25 | City [1] 7:18 | commercials [5] | composition [4] | 133:14 144:10 144:11 |
| 148:18 149:11 149:13 | CJ [4] 14:7 27:21 | 51:7 56:19 75:18 | 131:23 139:6 160:9 | 144:14 |
| 149:22 149:24 153:21 | 93:10 94:3 | 110:11 110:13 | 173:15 | |
| 157:12 157:15 164:13 | clarify [1] 5:25 | companies [13] 13:8 | compositions [1] | |
| 168:22 172:20 175:10 | clear [20] 16:15 | | 15:22 | |
| | | | compute [1] 177:19 | |

**contributions** [12]
44:21    46:2    52:8
52:17    56:21   58:13
59:16    61:4    145:12
170:1    176:8   176:10
**controlled** [2] 26:2
38:11
**controller** [3]    91:13
91:23    92:1
**controlling** [2]  13:1
13:2
**conversation** [14]
35:18    56:25   57:4
57:6     60:12   60:24
60:25    61:2    77:6
77:24    77:25   98:10
98:13    110:6
**copies** [1]        49:3
**copy** [6] 26:23    42:5
42:6     42:7    121:21
143:18
**copyright** [14]   20:15
21:4     22:9    22:24
99:20    129:6   130:15
130:21   130:23  130:24
131:8    131:9   141:13
142:7
**corner** [1]       170:24
**corporation** [2] 12:12
156:7
**corporations** [1]
25:14
**correct** [27]     8:23
12:25    14:1    15:9
20:25    26:7    26:9
40:6     51:17   55:20
57:13    57:20   73:7
87:17    100:24  108:5
109:17   109:18  120:9
126:21   127:9   130:1
132:9    136:17  148:1
157:9    174:13
**corrected** [1]    169:23
**costing** [1]      171:23
**counsel** [3]      5:16
70:7     179:8   180:15
180:18
**count** [1]        55:15
**counted** [1]      55:5
**COUNTY** [1]       1:1
**couple** [7]       10:6
27:3     73:23   74:14
94:21    113:1   154:2
**course** [1]       66:5
**court** [4] 1:1    1:23
5:19     6:23
**cover** [1]        18:2
**covered** [1]      128:24
**Cox** [4] 54:1     69:3
70:18    177:7
**crack** [1]        32:6
**create** [2]       140:21
140:23
**created** [8]      29:20
29:21    30:8    30:9

**creating** [1]     44:7
**creation** [2]     22:1
157:21
**creative** [25]    8:19
10:13    11:7    12:10
23:15    28:25   29:3
41:2     48:2    59:21
71:22    73:21   134:14
134:15   136:8   136:9
136:13   141:24  143:12
143:13   145:21  162:3
168:5    172:7   176:8
**creator** [1]      140:20
**credit** [9]       89:24
107:10   107:11  107:13
119:10   145:8   148:13
149:16   176:18
**credited** [9]     50:22
50:24    61:7    85:7
132:18   151:18  161:14
173:16   174:6
**crediting** [1]    60:14
**credits** [1]      37:21
**cry** [1]          158:14
**CSR** [1] 180:23
**cue** [14] 61:24   66:3
119:23   120:12  121:5
123:8    150:10  151:18
163:4    163:9   163:15
163:18   163:18  163:23
**cues** [25] 119:1  119:5
119:20   119:21  122:19
122:22   132:18  132:22
133:11   133:15  133:19
133:20   134:8   134:10
134:10   134:11  135:1
135:20   135:23  135:25
136:3    136:7   150:12
150:13   162:13
**culture** [3]      75:19
154:22   154:23
**current** [3]      13:4
19:23    97:3
**cut** [4] 83:4     83:4
83:9     126:13
**cute** [1] 165:2

**-D-**

**D** [1]    178:9
**d-i** [1]  146:21
**d-i-c** [2] 146:9   146:22
**d-i-s-g-u-i-s-e** [1]
42:19
**Danman** [1]       33:2
**dark** [1] 59:2
**date** [4] 46:20   122:14
153:8    180:12
**dated** [2]        87:12
142:12
**dates** [1] 176:22
**David** [1]        28:18
**days** [4] 14:20   28:17

**28:18** [1] 169:12
**DDB** [3] 8:2      8:6
8:7
**deal** [16] 16:9   16:11
16:12    26:12   36:5
91:3     138:7   138:8
138:9    138:10  138:11
141:5    141:9   141:14
155:13   155:22
**dealing** [2]      91:8
156:2
**dealings** [4]     34:5
34:6     79:2    138:15
**dealt** [8] 36:9   76:10
91:9     137:25  138:2
138:4    138:12  155:14
**decide** [9]       44:14
50:15    56:8    56:10
56:15    56:22   59:17
110:15   128:16
**decided** [15]     12:1
40:18    40:20   58:7
58:9     64:16   67:21
108:22   117:20  125:20
127:16   152:14  152:19
154:6    177:15
**decision** [10]    58:2
58:4     58:18   58:21
59:1     74:1    74:8
74:10    127:2   176:18
**decisions** [2]    127:18
127:20
**Defendant** [1]    2:9
**Defendants** [1] 1:13
**definitely** [4]   18:7
128:13   128:20  133:19
**definitive** [1]   153:17
**demand** [1]       76:18
**demo** [4]         32:12
32:13    33:16   33:17
**DENTE** [3]        1:15
180:3    180:23
**deny** [1] 145:23
**department** [1]  96:3
**depending** [3]    29:24
30:14    125:19
**deposition** [7]   1:6
5:12     69:17   112:16
113:14   178:24  179:6
**depth** [1]        29:5
**describe** [2]     17:14
33:10    122:8
**described** [2]    28:3
34:15    40:5
**describing** [1]  33:25
**description** [1] 164:24
**deserved** [1]     37:1
**designation** [1] 106:6
**Destruction** [1] 163:2
**detail** [4]       69:17
92:12    113:16  118:17
**details** [4]      23:16
66:14    70:22   111:12
**determine** [1]    52:11

**120:10** 179:7
**determined** [1]  16:2
**DIC** [13] 146:9   146:19
146:21   151:8   151:10
151:12   151:13  152:5
152:19   153:19  153:20
158:23   158:25
**different** [24]   14:25
27:17    34:24   36:11
51:13    57:9    75:13
75:13    105:22  120:4
122:5    125:15  133:19
133:20   133:25  142:13
144:19   150:23  152:6
155:9    155:14  159:16
165:2    165:12
**diluted** [1]      73:14
**direct** [5]       3:5
19:5     103:7   118:25
162:23
**directly** [2]     138:5
138:16
**director** [8]     8:18
10:12    11:7    13:5
12:3     34:7    54:6
75:10
**directors** [1]    168:5
**disbursed** [1]    23:10
23:25
**discovered** [2]  75:22
75:24
**discovery** [4]    31:6
31:9     31:9    179:1
**discuss** [1]      30:15
**discussed** [3]    60:14
111:1    176:3
**discusses** [1]    33:14
**discussing** [1]   13:17
**discussion** [15] 18:8
19:1     43:17   44:1
61:13    65:1    68:23
68:25    109:25  121:2
121:3    140:2   170:5
175:24   178:15
**discussions** [5] 111:5
121:6    121:8   121:11
176:1
**disguise** [11]    42:19
42:23    45:2    45:5
46:5     48:22   49:15
50:22    51:1    51:2
**Disney** [1]       131:19
**dissimilar** [1]   49:7
**distinct** [3]     120:7
120:15   133:16
**Distinguish** [1] 164:24
**distribute** [1]   47:21
82:1
**distribution** [5] 39:10
140:21   141:5   141:5
141:18
**distributor** [1] 166:2
**divide** [1]       125:21
**divided** [10]     44:19

**50:6     51:20   58:3**
58:5     64:17   77:20
77:21    116:23  117:19
**divorce** [3]      6:16
37:17    114:22
**Dobshinsky** [16]
46:21    46:22   47:1
47:9     47:19   47:20
61:24    65:16   65:25
67:20    137:22  137:23
137:25   138:2   138:4
138:16
**Dobshinsky's** [2]
66:1     67:14
**doctor** [1]       114:17
**document** [3]     23:18
54:10    55:1
**documents** [3]   69:9
69:15    178:20
**doesn't** [21]     33:20
35:16    53:9    53:11
59:10    68:14   68:17
76:21    101:13  109:1
109:1    109:3   122:22
134:9    140:23  149:6
149:10   149:13  150:15
163:8    177:18
**dollar** [1]       16:1
**Don** [1] 33:2
**done** [29]        30:17
34:20    42:17   45:16
67:22    69:25   70:2
77:1     78:3    78:4
78:5     99:4    99:5
99:10    103:19  137:4
142:5    142:6   152:5
153:2    159:17  160:13
164:20   164:23  171:8
172:15   174:15  174:21
174:23
**doubt** [2]        152:22
172:10
**Douglas** [25]     74:20
74:22    74:25   103:10
103:11   103:17  105:3
105:9    116:8   118:21
119:8    119:20  120:13
121:2    121:3   121:7
121:10   121:12  121:13
134:17   135:17  135:19
136:1    136:2   136:4
**Douglas's** [1]    135:5
**down** [11]        6:8
41:9     58:7    58:9
58:10    63:15   107:23
115:7    163:15  175:5
175:10
**Doyle** [1]        8:4
**Dreamers** [4]     165:11
166:10   166:11  166:14
**driving** [1]      113:3
139:21   154:1   154:9
**drove** [1]        113:2
**Duane** [2]        1:16
2:7
**dubbing** [2]      84:3
84:4

Jules M. Bacal · CondenseIt!™ · duc – form'
November 15, 2001

due [1]    17:11
duly [2] 5:3    180:7
during [3]    35:16
    57:17    140:14
    . . . . . . . . . . .

-E-

E [6]    2:1    2:1
    5:1    178:9    180:1
    180:1
Eagle [1]    1:24
early [6] 16:20    16:21
    30:7    31:18    35:22
    160:11
earmarked [1]    22:24
East [1] 2:4
easy [5] 71:1    71:1
    71:4    71:5    71:6
Eaton [1]    32:2
edgy [1] 75:15
edited [1]    120:5
editing [1]    170:22
educational [1] 39:3
effort [2]    43:1
    43:2
eight [2] 54:20    103:9
eighteen [1]    16:1
eighties [8]    16:20
    43:9    57:3    85:25
    110:22    123:10    126:19
    127:8
either [17]    16:17
    16:23    24:2    30:2
    33:19    38:4    51:25
    60:13    65:7    67:25
    116:5    125:24    138:13
    142:3    148:23    154:19
    164:6
elements [1]    174:18
eleven [6]    54:20
    55:5    55:9    55:9
    55:13    55:18
eliminated [2]    157:11
    157:14
eliminating [1] 168:23
embracing [3]    29:2
    36:22    41:1
employed [1]    7:9
employee [2]    180:15
    180:17
employees [5]    92:24
    93:3    93:11    93:14
    95:22
employment [2]
    7:11    7:12
enable [1]    133:4
encouraged [1] 48:6
end [8]    5:2    7:7
    30:3    35:23    115:20
    141:24    142:1    173:11
ended [1]    37:2
ends [1] 178:9
enemy [1]    144:5

engagement [2] 34:1
    90:23
English [1]    105:18
enormous [1]    52:17
entered [1]    46:17
Entertainment [4]
    28:20    28:21    29:14
    138:25
entire [1]    163:7
entirely [1]    133:16
entities [1]    138:15
entitle [1]    104:19
entitled [6]    84:12
    113:25    117:8    126:4
    126:11    176:19
entity [3]    15:12
    131:14    131:18
entries [4]    55:6
    55:10    55:13    103:10
entry [6] 53:16    60:9
    123:2    149:19    149:20
    150:2
episode [4]    163:6
    163:7    163:12    163:20
episodes [4]    82:17
    162:14    165:12    166:3
erroneous [1]    20:22
error [8] 128:17    128:14
    128:15    128:17    128:17
    128:18    128:18    128:20
ESQ [2] 2:3    2:7
et [1]    29:25
event [3]    36:25
    48:17    142:4
eventually [1]    33:19
everybody [3]    112:3
    156:6    171:11
exact [5]    14:21
    75:11    110:6    151:13
    161:8
exactly [21]    12:6
    16:2    16:21    17:4
    17:15    19:20    35:21
    46:18    55:9    57:19
    66:14    69:12    82:9
    96:5    105:1    112:24
    125:17    130:19    132:12
    139:12    139:21    145:2
    156:5
examination [3]
    3:5    5:7    180:6
examined [1]    5:4
example [5]    15:16
    41:12    42:2    42:3
    115:22
except [9]    23:9
    41:24    55:2    55:3
    59:13    108:24    124:9
    124:9    124:9
excitement [1]    32:14
excluding [2]    22:7
    22:11
exclusive [2]    57:21
    104:20

executive [8]    27:18
    85:12    88:7    89:17
    89:18    89:19    89:20
    151:12
executives [2]    12:11
    12:19
exhibit [12]    18:22
    40:5    46:9    46:9
    46:11    52:19    69:14
    86:8    87:9    102:9
    102:13    154:15
Exhibits [3]    3:10
    3:11    140:4
exist [2] 80:8    94:18
existed [2]    26:14
    80:19
exists [6]    51:17
    80:11    80:12    80:24
    87:19    92:17
expand [2]    33:3
    34:20
experience [1]    67:24
expert [6]    47:10
    48:5    107:8    114:12
    114:14    129:20
explain [9]    45:15
    46:24    58:1    58:1
    119:24    141:2    144:9
    144:13    168:20
explained [4]    50:11
    50:16    118:22    120:23
explanation [4] 104:9
    172:16    172:18    172:21
exploitation [2]
    79:17    79:21
exploiting [1]    154:11
exploratories [2]
    32:9    34:23
express [1]    172:11
expressed [2]    106:17
    106:19
expression [1] 80:21
extent [1]    148:20
extra [1] 49:3
eye [1]    42:12

-F-

F [1]    180:1
fact [23] 19:16    20:10
    30:6    30:6    40:3
    41:21    42:22    55:12
    58:14    98:20    100:8
    104:25    111:3    112:17
    113:19    113:20    120:14
    120:23    145:11    151:14
    153:12    153:15    175:17
factor [1]    153:16
factual [1]    159:4
fair [26] 6:3    6:4
    6:10    6:11    12:22
    29:10    39:16    44:20
    56:15    56:16    56:23
    64:2    64:3    66:15
    110:2    110:9    110:14

110:16    112:3    124:21
126:2    149:8    172:3
172:6    173:7    176:5
faith [2] 172:25
familiar [35]    28:9
    41:21    46:3    46:6
    47:24    48:24    49:8
    50:21    81:22    82:12
    82:20    82:22    82:25
    83:1    83:15    83:17
    83:17    83:17    83:19
    83:20    84:3    84:16
    84:19    84:21    84:22
    91:25    92:6    92:11
    92:12    140:7    140:9
    140:10    140:11    146:13
    146:17
familiarity [1]    33:9
far [5]    44:8    88:10
    113:23    138:14    172:19
fax [1]    103:1
feature [2]    3:13
    46:15    162:19
February [4]    11:4
    87:12    87:13    177:13
Federation [3]    84:17
    84:20    84:25
fee [6]    20:16    134:18
    134:19    134:25    136:9
    136:13
feeling [1]    116:20
feelings [2]    29:5
    172:12
fees [13] 22:7    22:11
    22:14    22:20    23:9
    84:3    84:4    84:12
    132:11    134:14    134:15
    136:8    171:24
felt [10] 45:25    56:14
    61:3    61:16    76:1
    79:8    79:11    110:2
    110:14    154:6
few [5] 12:19    34:18
    40:2    54:13    100:19
fifty [18]    45:10
    45:12    76:5    76:17
    77:17    77:19    77:21
    77:22    117:11    119:10
    125:16    161:4    169:3
    174:5    174:6    175:12
    175:12    175:13
fighting [1]    144:4
figured [1]    135:4
figures [1]    109:7
file [1]    68:10
filed [2] 54:24    138:5
files [1] 66:17
filing [2]    125:11
    125:13
fill [1]    66:13    66:25
fills [1]    66:16
film [3]    104:17    120:3
    120:20
finally [1]    51:21
finances [1]    92:3

financial [5]    10:7
    92:14    94:13    95:24
    96:7
financially [1]    180:18
fine [15] 10:20    17:21
    10:21    44:15    56:15
    59:18    60:19    61:20
    93:18    110:16    115:9
    122:3    122:6    136:23
    159:3
finger's [1]    103:3
finish [1]    173:12
firm [1] 146:5
first [33] 7:1    7:2
    12:15    27:16    29:17
    35:21    39:2    39:2
    40:16    42:11    49:14
    53:12    55:19    60:9
    61:6    61:11    63:1
    63:4    63:8    63:11
    64:4    66:23    66:24
    71:21    71:22    72:2
    95:17    95:18    103:18
    107:4    114:14    124:11
    169:19
firsthand [1]    100:9
five [6]    29:17    37:3
    54:19    81:8    81:8
    102:4
flowing [1]    23:1
follows [1]    5:5
forces [1]    158:18
Ford [51]    1:9
    1:9    17:25    37:17
    37:18    37:19    41:13
    41:25    42:10    43:14
    43:15    43:19    44:1
    45:11    47:13    47:14
    47:18    48:7    57:6
    58:20    58:22    59:8
    60:13    60:21    60:25
    63:25    66:1    74:19
    76:9    76:10    76:20
    77:7    77:24    78:10
    78:11    79:12    100:14
    106:13    106:25    107:4
    108:24    109:2    110:5
    110:21    110:25    111:6
    111:7    111:24    112:23
    112:23    112:25    113:20
    114:17    121:10    121:12
    121:13    125:18    126:3
    139:12    139:14    139:16
    139:19    143:4    143:10
    143:21    144:12    144:22
    144:24    145:20    148:13
    148:21    148:23    149:16
    158:22    160:6    161:2
    161:13    161:18    161:25
    165:22    168:9    170:6
    170:20    175:24    176:1
    foregoing [1]    180:9
form [21]    3:15
    3:17    10:22    21:4
    42:16    63:25    65:17
    65:21    66:13    66:17
    163:25
form' [1]    65:20

Jules M. Bacal    CondenseIt!™    forms – indicating
November 15, 2001

forms [1] 40:9
65:22  66:25  67:6
67:22
forth [3] 33:18  113:16
180:13
forward [3] 10:17
75:14  163:17
found [2] 61:11
63:2
four [10] 54:19  58:22
73:3  87:11  87:11
149:18  166:12  167:17
167:19  175:10
Fox [1] 98:2
FR [2] 103:25  104:4
frankly [3] 52:12
58:20  111:25
freedom [1] 144:5
friend [1] 35:6
97:5  98:9
friendly [2] 163:10
163:11
Friends [15] 161:10
161:12  162:15  162:18
164:12  164:23  165:8
165:9  165:10  165:17
166:4  166:13  166:24
167:2  167:19
front [1] 170:24
full [1] 6:22
function [2] 15:11
15:13
functions [1] 15:14
fusion [1] 8:6
future [1] 76:15
79:10  174:1

-G-

GAF [1] 1:23
GBI [6] 9:1  13:12
25:20  25:21  25:21
81:19
Gem [2] 3:18
3:19  21:7  29:24
87:24  87:24  88:18
112:18  112:20  139:3
139:6  140:9  140:12
141:4  142:17  157:3
157:5  170:11  170:13
170:15  170:21  171:4
general [2] 126:22
145:19
generality [1] 12:8
generally [3] 33:11
33:22  48:25
generated [1] 62:4
99:3
generous [2] 45:25
171:18
gentlemen [1] 75:3
genuinely [1] 176:7
gesture [1] 6:8
GI [32] 21:7  29:17
29:18  29:22  87:24

growth [1] 11:17
guess [23] 19:23
42:10  48:7  50:3
50:5  50:19  55:16
57:16  66:8  66:12
87:18  107:1  111:23
116:16  117:19  122:8
137:11  139:23  153:19
154:24  161:18  166:14
175:12
guide [1] 100:11
guy [1] 46:23
guys [1] 171:5

-H-

Hackensack [1] 2:4
half [4] 61:18  61:19
76:8  117:12
half-hours [1] 166:19
hand [1] 142:18
handed [1] 113:2
handing [3] 19:10
48:23  87:14
handle [3] 48:9
67:19  67:21
handled [5] 24:17
24:19  24:20  67:17
77:16
handling [5] 22:14
22:20  23:9  67:18
132:11
hands [1] 174:2
happening [2] 120:6
171:20
happy [12] 18:6
25:11  29:2  44:3
46:1  48:11  76:22
111:17  171:2  171:7
171:8  171:10
hard [3] 41:3  41:4
163:9
Harmon [6] 112:17
113:8  164:4  161:11
164:15  165:16
Harmon's [1] 113:7
Hasbro [38] 11:9
11:11  11:12  11:16
20:14  20:24  21:5
21:22  22:8  22:24
23:10  24:4  24:11
34:22  99:16  99:20
99:23  129:2  129:5
130:7  130:8  130:10
130:15  130:15  131:1
131:7  131:17  131:22
141:12  141:12  152:12
152:13  154:16  154:25
154:25  155:3  155:13
159:22
Haward [1] 146:18
Hayward [7] 146:2
146:8  146:17  147:1
147:9  151:6  159:13
head [2] 151:13  161:11
166:14

Heads [1] 166:9
hear [1] 117:1
heard [18] 34:4
41:24  65:19  65:21
66:4  68:12  75:24
75:24  77:6  82:14
83:6  83:13  98:3
98:4  114:20  147:4
147:7  147:7
hearing [2] 32:4
76:21
Heckscher [2] 1:17
2:7
held [2] 8:15  8:22
help [2] 53:21  70:3
helped [1] 69:3
helpful [1] 54:8
hereby [1] 180:5
hereinbefore [1]
180:12
hero [8] 104:15  106:1
133:21  144:4  153:24
153:25  154:4  154:16
hero's [1] 119:25
heroic [1] 144:7
Hey [1] 98:10
higher [1] 108:23
highest [2] 62:14
173:5
himself [2] 47:15
47:18
hire [2] 48:4  75:9
hired [2] 138:18  164:7
historically [1] 28:24
hold [5] 7:22  8:17
11:20  27:8  30:18
holding [1] 142:18
Holograms [1] 112:20
home [1] 82:18
honest [1] 18:5
153:11
honestly [2] 104:6
176:3
honesty [8] 39:7
39:15  65:11  98:19
108:19  119:15  138:19
171:24
hoped [1] 171:20
hopeful [1] 111:25
hug [1] 171:12
huge [3] 101:1  122:2
156:7
hundred [16] 7:25
20:21  50:9  50:10
50:13  50:14  103:13
104:10  104:20  110:12
119:9  120:13  121:4
124:12  160:20  173:16
hurtful [2] 29:4
171:19

-I-

idea [75] 15:24  20:19
24:8  33:13  33:14
33:14  41:19  42:6
42:8  62:1  62:5
68:14  81:2  84:9
85:18  85:22  85:24
85:25  86:4  89:2
89:4  97:1  97:14
97:15  97:22  98:23
99:11  100:7  100:12
100:17  100:21  100:25
101:2  101:6  101:8
101:9  101:11  101:13
101:14  105:19  105:21
123:14  123:16  123:20
123:23  124:1  124:7
128:19  128:23  131:21
136:18  136:22  139:16
142:7  153:22  155:2
158:12  158:13  159:15
162:5  162:6  163:24
164:5  164:6  167:21
167:25  174:22  174:24
174:24  175:2  175:4
176:15  176:15  176:21
176:25
identification [6]
18:23  19:5  46:12
86:9  102:10  140:5
identified [1] 21:24
identify [1] 14:14
II [1] 87:24
images [1] 99:4
imagine [4] 24:12
70:24  129:12  134:24
impinge [1] 132:15
important [17] 17:24
44:6  46:2  64:16
76:12  77:2  79:9
79:12  79:13  154:20
176:7
impressed [2] 36:6
36:19
inaccurate [1] 93:16
Inc [9]  1:8  1:10
1:11  1:23  25:16
25:17  141:11  141:12
141:12
Inc. [1] 102:21
included [2] 57:15
96:7
includes [1] 21:7
Including [3] 86:23
86:24  129:9
inclusive [1] 29:2
income [2] 47:6
132:4
incredible [1] 171:17
incredibly [2] 31:22
173:6
independent [1]
87:20
INDEX [4]  1:2
3:1  3:10  4:1
indicates [1] 163:21
indicating [4] 19:7

88:19  142:24  143:23
143:25  145:4  145:9
147:10  149:3  149:13
149:25  152:4  153:21
153:21  153:24  154:11
154:15  154:20  155:1
156:24  156:25  157:11
157:22  158:14  158:17
158:18  158:21  159:14
Gild [3] 84:17  84:20
84:25
girl [1] 112:21
gist [1] 16:3
given [20]  6:22
22:8  22:11  42:11
45:6  45:16  45:22
53:18  56:19  58:22
110:11  112:11  119:9
120:19  132:3  168:23
169:16  172:4  172:23
176:6
giving [2] 35:5
127:3
glad [2] 17:14  171:7
glossy [1] 154:16
Glow [2] 165:11
166:15
goes [1] 33:17
gone [3] 99:8  113:23
113:24
good [12]  5:9
20:9  28:23  32:15
34:9  36:20  40:12
42:2  42:17  115:11
117:2  172:25
Goodman [2] 33:2
90:16  165:21  167:6
167:16
gotta [4] 76:6  76:9
144:7  171:1
grateful [1] 171:3
great [19] 15:17
31:23  35:20  36:4
36:5  36:14  36:17
36:20  37:6  38:3
38:18  39:8  69:17
76:13  92:12  113:15
132:1  171:9  171:10
greater [1] 81:7
greatly [1] 112:8
grew [3] 11:15  11:16
12:18
Griffin [30]  1:10
7:13  7:20  8:17
9:5  10:10  10:17
11:6  11:8  11:23
11:24  12:23  13:15
13:20  13:21  14:3
25:1  25:20  26:5
27:24  67:11  91:11
93:7  94:2  96:25
97:4  97:11  138:9
138:10  142:1
group [8] 75:1
75:2  75:23  75:23
75:24  77:1  112:21
171:12

19:7    19:9    177:11
**individuals** [3] 127:21
127:22  128:8
**infer** [1] 129:7
**influenced** [1]  72:23
**information** [13]
54:16   63:21   63:23
64:5    70:15   82:8
96:16   137:16  149:23
153:18  167:18  178:4
178:6
**initiated** [1]    177:3
**input** [2]        144:16
145:6
**inside** [1]       12:16
**insisted** [1]     56:12
**instances** [2]    126:16
178:18
**Institute** [1]    15:6
**instrumental** [12]
55:20   56:2    57:13
57:22   60:10   61:10
62:2    62:3    63:10
63:10   64:5    108:13
**intended** [1]     87:5
**intent** [1]       128:19
**intention** [2]    44:5
45:18
**interchanged** [2]
43:20   43:21
**interest** [25]    8:8
8:23    8:25    20:4
38:7    40:4    40:10
50:9    50:25   53:6
58:8    58:10   101:7
103:13  104:10  109:17
109:19  117:5   117:7
127:3   130:3   167:24
169:15  169:18  169:25
**interested** [5]   40:22
40:24   70:21   154:21
180:19
**interesting** [1]  160:4
**interests** [4]    39:5
39:8    66:18   135:10
**interior** [1]     112:19
**INTERPRETING** [1]
1:23
**interruption** [3] 71:14
111:11  151:4
**intimately** [1]   23:15
**introduced** [2]   32:20
35:4
**inverted** [1]     14:17
**investigation** [2]
68:13   100:16
**involved** [39]    11:16
17:5    17:6    23:16
30:18   36:11   40:22
49:9    52:10   60:17
61:25   65:22   84:15
89:12   92:16   95:14
100:3   113:8   141:22
142:3   148:19  148:20
148:21  148:21  148:22

148:24  154:5   157:21
165:22  165:23  165:25
168:11  168:13  168:17
170:2   170:4   171:16
173:7   177:24
**involvement** [4]
143:25  145:15  148:25
160:1
**Islands** [1]      12:17
**issue** [1] 113:6
**iterations** [1]   72:14
**itself** [2] 82:11  165:21

-- J --

**J** [2]     2:3     5:1
**j-a-y** [1] 168:5
**j-u-l-e-s** [1]    7:1
**jacket** [2]       85:8
141:10
**James** [4]        159:7
159:8   159:9   159:13
**JANE** [1]         1:12
**Jay** [5]   168:4  168:5
168:11  168:14  168:24
**Jersey** [2]       2:4
180:5
**jingle** [9]       33:10
33:15   33:15   51:8
51:9    51:16   165:4
165:6   165:16
**jingles** [3]      30:7
30:11   51:6
**job** [1]  36:20
**Joe** [48]  1:10    7:4
21:7    29:17   29:18
29:22   43:8    43:9
61:3    87:24   88:19
125:21  135:12  142:25
143:23  143:25  145:4
145:9   147:10  149:3
149:14  149:25  152:4
153:21  153:21  153:24
154:11  154:15  154:20
155:1   156:24  156:25
157:11  157:22  158:7
158:8   158:11  158:12
158:13  158:14  158:14
158:17  158:17  158:18
158:21  159:14  164:13
169:1
**John** [6] 1:11     103:10
103:11  119:8   120:13
121:7
**Johnny** [12]      103:17
105:3   105:9   116:8
119:20  121:13  134:17
135:17  135:19  136:1
136:2   136:4
**joined** [1]       17:17
**joining** [1]      60:21
**JR** [1]   2:3
**Jules** [5] 1:7    1:9
2:9     3:4     7:1
**July** [1] 122:14
**jumping** [1]      21:16

**June** [3] 147:18  148:12
167:20
**justify** [1]      59:12

-- K --

**Kayman** [1]      12:17
**Keep** [1] 18:5
**kept** [3] 91:19   91:23
91:24
**Kernid** [1]      12:1
**Kettler** [2]     14:7
93:10
**Kid** [6]  82:13   82:18
140:16  140:20  140:24
166:1
**kind** [1]         6:15
31:3    43:1    43:1
52:20   59:1    62:2
75:20   76:1    128:14
128:15  128:15  128:16
145:18  158:18  170:9
177:22
**Kinder** [42]      1:9
20:20   37:18   37:19
43:7    45:12   48:10
56:11   58:4    58:6
58:19   61:3    65:25
74:19   78:1    100:14
104:2   106:13  110:25
121:20  121:12  121:13
124:13  126:3   143:4
148:13  150:2   154:5
158:22  160:6   161:2
161:13  165:22  167:15
168:9   168:10  168:23
170:6   170:20  173:18
175:25  176:2
**kinds** [2]        48:9
112:13
**knew** [14]        53:22
63:3    67:13   101:3
101:3   112:24  114:16
114:22  114:24  114:25
139:11  143:17  148:25
173:18
**knowing** [2]      115:5
134:24
**knowledge** [30]   23:17
57:24   68:3    77:13
78:7    78:8    78:9
81:1    86:25   87:4
87:21   87:25   92:9
101:4   126:19  126:23
130:7   137:4   154:17
157:10  157:13  157:14
157:17  157:20  157:22
157:24  166:1   167:4
177:23  178:19
**known** [4]        28:10
37:12   146:3   151:7

-- L --

**L** [3]    2:7     5:1
5:1
**l-o-o-n-l-a-n-d** [1]
95:1

**lack** [1] 73:13
**laid** [1] 31:3
**Lamb** [2]         2:3
5:11
**language** [1]     145:19
**large** [1] 8:2
**larger** [1]       75:19
**Larry** [2]        156:1
156:3
**last** [6]  7:11   7:12
81:5    95:17   95:19
95:20
**law** [2]  5:4     146:5
**lawyer** [2]       47:1
136:21
**lawyer's** [1]     171:24
**layered** [2]      32:15
**layperson** [1]    33:11
**lead** [1] 30:24
**leads** [1] 152:25
**learn** [1] 61:4
**least** [4] 28:10  150:14
163:25  172:18
**leave** [2] 160:11 178:25
**leaving** [1]      114:18
**left** [6] 11:3    11:5
11:5    114:17  114:19
167:23
**legal** [1] 1:23   25:25
26:3
**less** [3] 76:16   81:8
93:20
**letters** [1]      71:7
**level** [2] 32:13  156:14
**Lexington** [2]    1:17
2:8
**licensed** [4]     82:17
99:24   138:24  166:2
**liked** [5] 35:9   35:10
35:13   143:19  144:20
**limiting** [1]     57:12
**line** [12] 41:25  42:10
42:11   45:2    45:4
69:11   105:8   113:3
139:22  154:1   154:9
173:12
**lines** [4] 51:3   51:5
113:1   113:4
**Lion** [1] 75:2
**list** [3]  67:3   95:22
169:13
**listing** [2]      66:17
177:13
**lists** [1] 139:9
**litigation** [8]   4:1
55:2    55:3    68:13
100:16  111:7   115:1
157:18
**live** [2]  7:6    96:11
**lives** [1] 96:12
**LLC** [1] 177:14
**LLP** [2]  1:17    2:7

**located** [3]      7:16
7:17    90:17
**long-term** [3]    28:25
112:2   172:8
**longer** [1]       158:21
**look** [27] 12:5   23:24
25:16   26:17   26:18
26:19   37:24   44:6
48:11   53:3    57:8
58:22   63:3    63:13
63:14   63:17   85:9
89:22   90:15   102:24
113:15  116:25  122:11
124:17  139:9   139:17
172:3
**looked** [5]       51:19
61:24   63:16   69:18
69:19
**looking** [19]     32:8
32:24   34:20   53:15
54:18   59:6    63:17
107:21  107:22  111:21
117:10  122:21  146:13
146:15  164:1   172:13
172:14  175:8   175:9
**looks** [2]        128:21
142:12
**loon** [1] 94:25
**Loonland** [4]     94:22
94:22   94:23   95:7
**lose** [2] 37:16   130:3
**losing** [1]       153:4
**loud** [1] 117:1
**love** [1] 171:6
**LTD** [2] 1:9      1:9
**lyric** [22]       40:18
41:22   42:5    45:3
51:3    51:5    61:18
113:2   113:3   115:18
117:12  139:18  139:20
145:14  168:6   168:8
173:23  173:24  173:25
174:8   175:13  175:19
**lyricist** [5]     161:11
164:16  164:19  164:21
**lyrics** [34]      30:8
36:15   37:23   37:25
39:25   40:1    40:2
40:9    40:20   41:14
43:10   44:23   44:24
45:6    45:23   52:9
56:6    56:7    57:14
71:21   71:24   116:19
118:2   144:12  145:3
145:6   145:7   145:12
161:12  165:18  165:19
165:20  166:22  169:14

-- M --

**M** [5]    1:7     1:10
2:9     3:4     5:1
**m-c-c-n-a** [1]    94:10
**Madison** [1]      7:17
**main** [9] 20:13   22:7
79:23   103:21  104:25
113:9   120:8   139:6

Jules M. Bacal  CondenseIt!™  makes - next
November 15, 2001

145:21

makes [2]       59:7
59:8

Malcolmson [4]
146:2  146:11  146:12
146:16

manager [8]     75:23
156:11  156:17  156:19
156:23  157:1   157:2
157:4

Managing [1]    11:6

Marchisio [2]   2:3
5:11

mark [7] 18:19    46:8
86:5   121:25   122:1
139:24  154:15

marked [6]        18:23
46:12   86:9     102:10
102:13  140:5

marketing [1]   156:10

Marvel [12]       28:10
28:13  28:14    28:16
28:18  28:19    28:19
28:20  28:21    29:11
29:13  72:19

matter [3]        5:12
6:15   29:1

may [59] 5:16     20:9
20:16  22:13    22:19
25:9   26:13    27:20
31:11  31:14    31:18
35:15  43:25    50:18
50:20  58:14    60:24
65:16  98:3     103:19
105:18  105:22   105:23
105:24  106:3    106:5
110:5  112:25   115:15
116:6  118:3    133:12
133:14  136:9    139:19
141:8  141:8    142:8
143:21  152:1    152:4
152:5  152:22   152:23
153:12  158:12   160:15
161:7  162:4    164:6
165:24  174:8    174:10
175:5  177:15   177:21
177:21  178:20   178:22

MBR [1]         107:24

McGuincss [3]   146:2
146:23  146:24

mean [34]        13:13
13:14  17:17    21:18
22:16  31:21    62:15
66:10  80:7     80:7
82:10  82:23    83:8
83:24  87:18    91:21
93:7   96:14    101:8
106:5  111:13   111:16
123:20  125:14   128:20
128:23  129:12   139:8
140:20  140:24   153:4
168:15  171:13   175:4

meaning [4]      82:22
83:1   83:18    152:8

means [5]        83:5
84:1   105:2    106:4
107:25

meant [2]       69:22
131:20

meantime [1]    179:3

medium [2]      79:25
80:10

Meena [9]        94:8
94:10  94:12    95:16
95:18  95:23    96:11
138:11  138:12

meet [2] 34:8   36:10

meeting [7]      32:22
36:18  53:23    144:1
144:1  160:12   170:23

meetings [1]    61:23

meets [1]       42:12

Mel [2] 158:23  158:25

melodies [1]    133:13

melody [4]      115:13
120:7  120:8    133:17

member [5]       16:17
16:19  16:22    16:24
17:19

members [1]     176:9

membership [2]
17:11  17:15

memorializes [1]
23:20

memory [1]      61:1

mentioned [1]   42:1
120:22  131:6

met [7]  31:17   31:18
32:17  35:3     35:16
69:3   69:5

Michael [1]     7:2

Michaels [5]    146:3
147:2  147:5    147:6
151:7

Michelin [19]   31:25
32:1   32:5     32:7
34:5   34:8     37:25
60:17  119:9    144:2
144:17  145:1    148:13
149:16  150:3    161:3
161:13  161:23   167:22

middle [1]      7:2
123:2

might [17]       9:6
15:2   15:16    17:23
18:19  35:3     62:12
62:13  68:3     92:19
121:18  127:22   133:23
136:6  141:13   175:2
176:18

million-dollar [1]
171:3

mind [3]35:17   99:22
159:10

mine [5] 23:22   134:23
147:14  147:14   147:15

mini-scries [3] 103:18
104:14  119:22

mini-things [1] 165:12

minutes [1]     54:13

misconception [1]
114:1

misconceptions [6]
20:10  69:19    112:5
112:9  112:10   113:13

misdescribed [1]
46:18

misfiling [1]   125:10

Misfits [1]     112:21

misinterpreted [1]
6:9

missing [1]     10:6

mission [1]     158:16

mistaken [1]    108:8

Mm [1]  70:11

moment [1]      33:25
95:21  100:18

moments [1]     100:19

Monaghan [39]   2:3
2:3    2:3      3:5
4:4    5:8      5:10
5:10   5:10     9:17
9:19   9:22     10:3
18:19  25:1     25:5
25:8   26:23    27:2
46:8   48:13    49:4
55:23  72:3     72:6
86:5   102:2    102:16
102:22  107:17   118:19
121:20  121:24   122:2
122:7  139:23   147:22
164:14  178:17

money [15]       20:11
20:18  20:23    22:4
22:16  22:17    22:18
22:21  22:23    62:6
62:10  62:11    85:19
88:25  132:4    171:4

monies [11]      21:22
22:15  23:25    24:10
47:21  84:7     85:16
90:4   97:18    113:23
113:25

monitor [1]     16:4

Monroe [5]      146:3
147:2  147:4    147:6
151:7

Monsters [1]    99:6

Moon [1]        165:11
166:9  166:11   166:14

Morris [1]      1:16
2:7

most [9] 7:3     30:6
44:24  52:24    53:2
62:14  81:24    117:25
120:17

movie [26]      72:8
72:11  72:13    72:14
72:15  72:16    73:6
74:3   74:18    75:8
76:2   78:15    79:18
80:23  80:24    82:3
82:10  82:10    82:11
82:17  84:8     85:2
85:17  97:19    135:21
164:9

movics [5]      75:9
79:24  83:12    99:5
140:23

moving [2]      34:17
159:20

MS [46] 9:18    9:20
10:2   10:5     17:2
25:3   25:7     26:25
27:4   49:2     53:5
55:21  57:23    66:20
71:12  72:5     79:20
80:9   85:4     85:21
97:20  102:20   102:23
107:14  107:18   118:18
119:17  121:23   121:25
122:6  122:8    123:12
124:5  126:6    126:9
127:24  128:1    129:18
135:12  147:20   149:19
151:24  164:10   168:25
170:12  176:14

multiple [2]    52:21
167:8

Murray [1]      74:22

music [87]      1:8
1:10   1:11     14:14
14:16  14:18    14:19
14:23  15:6     20:6
30:8   32:3     34:7
36:13  37:21    37:25
40:19  42:7     45:24
46:23  47:3     47:5
47:6   47:10    59:20
61:24  65:13    67:20
71:17  71:22    71:23
72:2   75:10    75:12
75:21  78:15    84:6
85:1   100:2    100:2
102:21  104:13   104:24
105:1  109:3    112:22
112:23  115:13   115:20
116:2  116:7    116:16
117:11  117:12   117:21
129:3  129:17   129:21
130:3  131:2    131:3
131:16  131:23   131:24
132:19  132:2    133:9
133:20  134:1    137:18
137:20  145:4    145:6
154:4  160:1    160:6
161:16  163:7    164:8
165:21  166:22   166:24
167:2  167:7    168:10
175:14  175:19

musical [6]     31:21
36:22  58:16    133:13
159:14  176:9

musicians [5]   66:8
84:6   84:17    84:20
85:1

must [5] 45:19   50:4
107:1  118:12   147:23

-N-

N [1]   2:1

nail [1] 115:6

name [54]       5:9
6:23   7:2      7:2

7:3    29:14    34:10
37:5   37:8     38:15
52:23  53:1     53:9
53:11  67:13    67:14
68:16  72:11    74:24
90:15  90:25    91:17
91:21  92:5     93:9
94:3   95:6     95:17
95:17  95:18    95:19
95:20  103:10   106:14
108:4  130:24   131:11
131:12  131:14   135:25
139:10  140:18   146:12
147:2  147:4    152:23
156:12  156:19   156:22
163:11  164:2    175:4
175:11  175:11

named [1]       74:19

names [13]      19:17
41:13  49:9     73:1
93:5   93:6     94:2
94:6   94:7     134:10
146:1  155:17   169:13

narrative [1]   10:22

natural [1]     70:23

nearing [1]     173:11

necessarily [1] 140:10

necessary [2]   44:3
65:15  66:2

need [8] 6:20    60:3
77:1   78:2     79:13
102:2  116:17   145:14

Needham [1]     8:6

needs [1]       77:1

negotiate [3]   116:24
125:24  141:21

negotiated [1]  176:4

neither [2]     180:14
180:17

never [44]      13:20
36:7   40:22    44:17
51:12  51:18    61:23
61:24  61:25    63:16
64:11  64:15    64:15
65:22  67:5     67:7
68:13  68:20    77:13
100:5  101:2    101:3
101:3  109:7    110:17
110:19  112:24   114:22
116:6  116:24   121:6
125:5  126:1    130:14
139:11  143:17   147:7
147:7  166:5    170:8
176:3  176:4    176:4
176:5

new [25] 1:1     1:17
1:18   2:4      2:8
2:8    5:2      5:3
5:13   7:8      7:8
7:17   98:4     98:11
98:12  98:21    126:17
132:19  144:2    154:4
154:21  159:6    171:1
178:5  180:4

next [9] 27:5    106:14
106:25  107:19   108:3
122:24  130:24   150:23
163:15

Jules M. Bacal                    CondenseIt!™                    nice - person
                                                                 November 15, 2001

nice [2] 54:7    54:14
nicest [1]    56:13
Nina [1] 94:9
nine [3] 54:20    102:25
  149:4
nineties [1]    127:11
NJ [1] 1:24
nod [1] 6:8
none [4] 68:4    123:19
  138:14 178:7
nor [9] 52:6    116:24
  116:24 121:12 125:25
  180:15 180:15 180:15
  180:17
Norman [2]    74:22
  74:25
Norris [1]    33:3
Notary [1]    1:16
  5:4    180:4
notations [1]    48:14
noted [1]    113:14
nothing [4]    132:12
  132:11 162:9 180:8
notice [1]    174:7
noticed [1]    64:9
November [1]    1:18
now [62] 8:5    8:6
  9:15    10:9    13:7
  13:9    17:23    18:6
  19:4    20:23    30:11
  30:17    35:2    37:20
  41:20    46:3    46:14
  49:18    52:19    53:6
  53:8    53:15    54:18
  55:19    57:13    58:25
  72:8    87:8    89:8
  91:18    91:21    92:19
  93:5    94:6    94:14
  96:16    100:13 100:18
  100:23 102:12 118:6
  118:25 119:14 120:21
  121:1    125:6    128:24
  134:20 135:14 135:18
  135:20 139:2    140:8
  148:7    154:11 154:25
  159:18 161:17 162:4
  162:12 178:24 179:5
number [30]    12:19
  12:20    15:21    28:22
  29:16    29:18    29:23
  29:23    30:19    34:21
  57:11    81:5    81:7
  83:10    93:15    106:18
  113:17 128:10 128:12
  144:19 150:8    150:16
  150:18 150:21 150:22
  150:23 150:24 158:20
  166:19 178:18
numbers [4]    15:25
  24:21    57:10    108:1
numerous [1]    71:7

-O-

o'clock [1]    1:19
O'Neil [1]    33:3

Objection [15]    17:2
  57:23    66:20    79:20
  85:4    85:21    97:20
  107:14 123:12 124:5
  126:6    127:24 129:18
  168:25 176:14
objections [4]    5:17
observing [1]    111:20
obtain [1]    71:2
obtaining [1]    70:21
obviously [10]    31:7
  70:2    78:4    91:22
  92:1    103:8    125:9
  148:10 150:14 157:19
occasion [1]    91:3
occurred [1]    126:20
October [5]    53:19
  69:1    69:2    149:11
  149:24
off [9]    30:18    64:22
  64:23    71:3    71:12
  100:12 111:13 116:4
  158:16
off-the-record [4]
  19:1    65:1    140:2
  178:15
office [1]    71:7
  91:6    96:13    143:15
officer [5]    13:5
  27:13    92:14    95:24
  151:12
offices [1]    1:16
official [1]    7:2
  27:8
often [1] 30:5
Omnicom [1]    8:1
once [6] 6:14    24:7
  68:7
one [87] 6:1    6:5
  14:17    14:18    14:22
  16:24    17:9    17:17
  18:12    18:13    19:18
  20:12    23:5    27:18
  30:16    38:16    38:17
  41:24    42:25    43:7
  43:14    48:24    49:8
  50:9    50:13    50:13
  51:2    51:5    53:12
  54:19    55:7    55:19
  57:1    61:22    62:12
  62:12    63:19    63:20
  67:5    67:7    69:10
  75:11    79:18    80:2
  89:10    94:12    95:2
  95:23    96:2    98:6
  101:16 101:17 101:18
  101:21 103:5    107:3
  110:7    110:12 120:10
  123:3    124:10 124:12
  133:17 135:14 144:20
  144:24 145:20 147:6
  148:9    149:17 149:18
  151:9    151:10 153:22
  160:19 163:4    163:15
  163:18 163:21 165:12
  166:5    166:16 168:4
  169:19 173:16 176:24

177:10
one-room [1]    12:16
ones [2] 34:24    142:19
ongoing [1]    79:6
onset [1]    103:1,
open [7] 58:24    100:24
  101:18 101:19 101:24
  123:4    179:1
opening [16]    76:2
  105:22 106:8    107:16
  108:14 112:24 113:1
  113:9    124:6    124:25
  134:2    149:3    149:14
  149:25 175:7    175:10
operate [1]    143:19
operation [1]    59:21
opportunity [2] 11:8
  47:6
opposed [4]    71:21
  72:1    153:14 162:16
options [1]    34:25
  144:20
order [7] 3:15    3:16
  30:20    31:4    68:8
  71:9    87:13
organization [1]
  144:6
organizations [2]
  84:22    84:23
original [16]    21:23
  54:22    71:17    72:20
  72:22    102:18 124:3
  132:19 160:6    160:8
  164:18 164:22 165:8
  165:8    166:22 176:12
originally [10]    30:8
  30:9    122:17 123:9
  125:7    161:14 169:9
  169:16 174:10 174:15
otherwise [2]    48:17
  76:18
Outside [1]    69:7
overall [2]    127:5
  133:13
own [11] 12:4    19:12
  25:21    32:23    34:19
  47:3    111:4    133:2
  137:18 152:24 162:3
owned [6]    21:4
  25:18    26:5    28:13
  28:16    38:2
owner [3]    129:6
  130:16 162:2
owners [3]    20:15
  22:9    22:25
ownership [1]    137:1
owns [3] 99:16    99:23
  131:17

-P-

P [2]    2:1    2:1
p.m [1]    179:11
pack [1] 3:15
packaging [3]    142:7

142:10 142:12
page [27]    3:3
  49:12    49:14    55:21
  55:24    58:22    73:3
  102:25 102:25 103:1,
  103:2    119:4    121:24
  122:11 122:25 147:24
  148:16 148:17 149:17
  149:18 149:22 150:6
  151:21 162:24 169:3
  175:9    177:20
pages [1]    122:1
  162:21
paid [11] 33:17    44:18
  83:3    124:2    134:14
  134:15 134:17 134:18
  134:18 134:25 135:3
paper [1]    27:12
papers [5]    69:23
  69:24    95:5    115:1
  172:16
paperwork [1]    62:19
parsed [1]    63:16
part [35] 6:18    8:1
  8:2    8:4    9:2
  9:7    9:10    9:15
  13:21    18:7    25:22
  26:1    29:17    40:25
  44:7    50:24    66:23
  66:24    75:1    76:7
  77:5    84:14    102:18
  107:3    111:2    113:18
  114:2    135:5    141:23
  154:23 162:2    166:15
  171:14 174:16 174:16
participate [1]    81:12
participation [5]
  74:18    75:5    127:14
  172:24 174:5
participations [1]
  111:6
particular [13]    20:10
  29:1    36:14    49:10
  62:2    68:12    76:16
  90:22    106:18 132:21
  145:13 152:15 152:18
parties [3]    50:15
  179:2    180:16
partner [12]    7:25
  11:2    11:5    11:6
  14:5    14:6    28:24
  33:2    91:9    91:11
  93:7    97:5
partners [1]    26:10
partnership [3] 9:19
  9:20    113:21
passing [2]    98:10
  134:21
Pat [1]    5:10
pathetic [1]    163:14
Patrick [4]    2:3
  49:2    55:22    107:14
Patty [1] 28:18
Paul [5] 11:25    158:1
  158:2    158:5    158:19
pause [5]    54:5

55:8    55:17    72:7
118:14
payable [3]    52:1
  52:5    52:5
payments [1]    62:23
Peabody [1]    37:3
people [28]    7:4
  12:16    12:18    15:21
  35:13    36:8    36:11
  41:2    41:3    49:9
  64:18    66:25    92:10
  92:24    94:13    96:2
  110:7    112:2    137:19
  143:15 145:1    146:4
  154:5    155:9    155:15
  172:5    172:7    172:23
per [1]    83:9
percent [54]    7:25
  20:21    45:10    45:12
  49:19    50:9    50:10
  50:13    50:14    56:3
  58:8    61:8    61:9
  61:15    76:5    76:17
  77:17    77:19    77:21
  77:22    100:20 101:5
  103:13 104:10 104:20
  107:10 108:16 108:19
  109:17 109:24 110:12
  117:5    117:11 119:9
  119:10 120:13 121:4
  124:12 125:3    125:16
  126:4    126:11 160:20
  161:2    161:3    161:4
  167:24 169:2    169:3
  172:22 173:17 174:5
  174:6    175:12
percentage [18] 12:3
  52:16    58:23    73:13
  83:9    83:9    107:13
  108:10 110:10 110:14
  124:22 124:25 125:6
  125:25 176:4
percentages [13]
  51:20    52:12    56:10
  56:16    66:18    67:3
  116:25 121:9    124:2
  124:4    126:24 172:4
  176:3
perfectly [4]    30:25
  31:1    51:18    115:9
perform [1]    66:9
performances [1]
  15:19
performed [1]    84:6
performing [7]    15:5
  15:7    16:18    17:10
  105:12 105:15 148:9
perhaps [4]    33:14
  42:1    93:25    153:1
period [2]    8:16
  12:4    23:24    35:16
  37:15    157:24
person [33]    23:15
  36:9    42:9    43:15
  48:9    54:7    65:13
  67:13    67:17    69:5
  76:10    76:11    90:8

90:10   91:1   94:4
95:6   95:17   97:24
110:25   112:7   112:12
137:22   137:24   145:21
147:6   155:3   156:8
156:13   156:14   161:14
162:3   172:2
**person's** [1]   92:5
**personal** [3]   60:25
78:6   78:9
**personally** [7]   25:8
25:19   60:1   60:2
81:16   85:13   91:5
**pertaining** [1]   96:21
**ph** [2]   12:1   14:7
93:10
**phrase** [1]   91:25
**piece** [2] 27:12   61:5
**place** [2]   53:11
180:12
**placed** [1]   3:15
**Plaintiff** [2]   1:6
2:5
**Plaintiff's** [1]   3:11
**plancs** [1]   42:20
**play** [1] 16:4
**players** [1]   31:15
**plus** [3]  37:14   113:3
117:12
**point** [28]   10:4
10:10   16:16   23:19
24:1   24:5   26:15
26:17   27:18   41:18
53:9   57:17   64:14
79:5   92:4   111:23
114:25   115:25   119:11
143:5   151:10   156:8
161:9   164:11   169:21
173:8   173:8   174:12
**ponics** [3]   163:2
163:11   165:2
**Pony** [43]   21:9
159:18   160:2   160:7
160:16   161:10   161:12
161:14   162:1   162:12
162:15   162:16   162:17
162:18   162:19   162:20
163:10   163:17   164:9
164:12   164:12   164:18
164:20   164:21   164:22
164:23   165:1   165:5
165:5   165:7   165:9
165:10   165:16   166:3
166:3   166:7   166:13
166:17   166:17   166:21
166:24   167:1   167:19
**portion** [4]   3:16
11:9   71:17   102:14
**position** [9]   7:22
8:15   10:10   10:14
10:15   27:8   54:2
145:18   178:24
**positions** [2]   8:17
11:19
**positively** [1]   153:9
**possession** [2]   28:1

178:21
**possibilities** [1]
144:19
**possible** [4]   85:10
120:20   127:21   178:20
**possibly** [5]   6:9
120:22   120:24   127:22
153:7
**Post** [2]  32:6   33:25
**Potato** [1]   166:9
166:11   166:14
**preceded** [1]   30:5
**precipitated** [1] 53:21
**predated** [1]   162:19
**predominantly** [1]
20:13
**prepared** [1]   65:17
**present** [1]   88:23
**presented** [1]   160:9
**presently** [1]   9:4
**president** [1]   11:21
12:1   27:9   27:10
27:19   27:19   27:20
27:22   93:10   151:8
151:11
**pressure** [1]   172:21
**presumably** [1] 5:15
**presume** [1]   57:14
57:16   69:14
**previously** [1]  167:23
**priced** [1]   87:12
**primary** [1]   75:17
**principal** [1]   11:13
12:23   13:6   13:23
26:10
**principals** [1]   13:22
**print** [1] 166:6
**printed** [1]   53:20
**privileges** [1]   48:16
**problem** [2]   19:15
121:17
**proceeding** [2]  6:16
6:19
**proceedings** [2]23:10
179:11
**process** [7]   33:11
39:20   41:19   65:4
65:7   65:9   68:3
**produced** [5]   14:12
29:15   72:8   72:16
140:25
**producer** [7]   85:13
88:7   89:17   89:18
89:19   89:20   151:8
**producing** [2]   89:25
90:1
**product** [14]   35:6
131:13   131:14   144:2
156:11   156:16   156:19
156:23   156:25   157:2
157:4   165:1   168:7
168:8
**production** [16] 13:18

14:9   14:11   35:19
38:10   67:20   72:17
72:18   75:15   75:15
78:1   79:8   90:5
99:9   146:8   146:18
**Productions** [1]
1:11   13:19   25:23
27:14   28:13   28:19
29:13   39:1   88:4
88:6   141:11
**Productions's** [1]
39:2
**products** [2]   82:18
83:12
**project** [1]   117:22
**properties** [4]   20:15
21:4   22:10   22:25
**property** [7]   129:6
131:1   131:18   131:19
153:4   154:12   155:4
**proprietary** [1]  120:18
**protected** [1]   130:25
131:18   131:19
**provide** [1]   54:10
**provided** [1]   44:22
137:16
**PRS** [4]   105:4   105:5
105:11   120:21
**Public** [3]   1:16
5:4   180:4
**publisher** [10]   14:18
14:19   16:10   18:10
45:11   45:13   50:14
83:3   137:10   177:14
**publishers** [4]   16:13
17:1   17:5   17:6
**publishing** [26]  20:6
20:12   20:21   21:11
21:13   21:14   21:15
22:1   22:4   22:15
22:16   22:17   22:19
22:23   23:6   38:8
39:4   39:7   39:11
47:17   50:8   76:8
76:8   107:2   132:2
138:15
**purchase** [1]   33:20
**purchases** [1]   33:19
**purpose** [1]   79:24
**purposes** [3]   15:1
48:21   160:18
**put** [9]   58:7   58:9
58:14   111:15   111:17
120:5   140:13   140:15
141:1
**puts** [1]   174:1

**-Q-**

**qualify** [3]   54:21
56:8   88:12
**quarter** [2]   46:17
46:18
**quarterly** [2]   24:7
62:21
**quarters** [1]   62:22

**questions** [13]   5:15
5:16   6:1   60:1
60:7   73:10   73:24
74:14   85:23   92:22
146:15   173:1   178:19
**quicker** [1]   72:6
**quite** [15]   9:7
11:16   12:19   19:18
26:1   26:3   26:14
40:2   54:23   65:18
66:12   79:21   100:19
120:18   160:23

**-R-**

**R** [2]   2:1   180:1
**radio** [1] 16:4
**rally** [1] 158:14
**ran** [5]   29:15   29:19
29:22   89:21   174:17
**random** [1]   15:19
**rather** [3]   60:14
142:11   176:12
**raw** [1]   33:14
**re-cleared** [1]   123:25
**re-packaged** [1]
142:10
**re-registered** [5]
123:25   161:2   167:20
174:4   174:12
**re-registration** [5]
148:12   162:8   162:10
168:22   177:13
**re-registrations** [1]
176:22
**reached** [1]   178:8
**read** [1]  55:1
**reading** [1]   15:2
122:5
**ready** [1]   35:19
**real** [7]   15:24   31:12
144:3   153:23   153:25
154:3   154:15
**realize** [1]   81:13
**realized** [2]   89:1
169:22
**really** [93]   13:9
17:6   19:17   24:21
27:11   27:14   29:5
32:12   32:15   32:21
34:9   35:4   35:13
36:6   36:7   36:16
36:18   36:20   39:6
39:7   39:14   39:18
40:13   40:23   41:3
42:17   43:1   43:2
44:2   44:2   44:3
48:9   52:14   56:9
56:12   56:15   56:20
57:6   59:14   60:5
61:21   64:10   65:10
67:12   70:11   76:11
76:22   76:24   79:5
81:9   82:4   82:9
83:15   83:17   89:11
92:4   94:5   97:24

97:24   105:24   106:24
112:2   112:4   113:20
114:21   118:4   119:12
119:14   120:16   120:17
120:24   125:16   132:20
137:17   138:1   138:3
138:18   139:21   143:3
143:20   143:22   145:20
151:23   159:5   160:12
161:24   162:10   171:8
171:20   173:5   175:22
175:23   178:1
**rearranged** [1]   72:23
**reason** [1]   9:22
14:21   14:24   97:17
108:9   121:15   121:19
123:24   127:13   145:23
172:9
**reasons** [1]   16:21
37:3   114:20
**receipt** [2]   24:2
87:9
**receive** [11]   15:22
17:9   47:6   59:16
83:9   84:12   85:24
86:1   97:18   145:8
174:25
**received** [28]   12:20
20:17   22:4   22:14
22:19   22:20   24:11
62:4   62:7   69:23
70:5   74:17   84:7
85:24   86:1   97:23
97:23   108:9   114:11
114:11   132:4   136:6
136:10   138:23   149:11
169:1   175:3   175:5
**recently** [2]   109:7
125:5
**receptionist** [1] 69:7
**recess** [2]   102:6
178:11
**recognized** [1]   176:11
**recollection** [1] 178:22
**record** [20]   15:1
33:8   40:10   46:24
64:22   64:22   64:23
71:3   71:12   77:2
83:3   83:11   111:14
111:15   111:18   133:8
145:24   164:11   170:18
179:4
**recorded** [3]   78:20
79:19   169:19
**records** [10]   24:23
27:25   88:22   88:24
88:25   92:7   96:21
97:9   97:12   97:13
**redone** [1]   69:24
**reduced** [4]   124:25
126:24   127:14   174:5
**reductions** [1]   127:10
**refer** [1] 132:22
**reference**   104:4
120:21   122:13   147:24
148:2   148:10
**references** [1]   19:6

Case 1:07-cv-06395-SHS   Document 32-53   Filed 01/04/2008   Page 40 of 90

Jules M. Bacal                  CondenseIt!™                  referencing - separated
November 15, 2001

19:8  52:21
referencing [4] 46:19
48:22  87:10  87:13
referred [1]  162:21
referring [4]  64:4
107:15  135:12  147:18
refers [5]  101:15
101:16  101:19  105:4
150:24
reflect [8]  125:12
125:13  125:14  125:15
125:18  125:22  127:5
149:13
reflected [4]  40:3
80:2  126:16  135:3
reflecting [2]  52:23
117:7
refresh [1]  178:22
regarding [1]  74:2
113:6
regardless [2]  136:24
175:18
register [1]  39:4
registered [8]  45:8
45:9  106:22  122:17
123:10  126:18  143:6
160:19
registration [14]
46:4  65:6  67:6
67:24  68:7  68:11
68:24  107:11  149:2
176:12  176:23  176:25
177:2  177:3
related [5]  28:1
55:10  55:13  97:19
159:14
relates [1]  55:19
Relations [1]  54:7
relationship [24]
17:20  17:25  30:12
35:12  38:13  56:14
76:12  76:13  76:14
79:3  79:6  79:7
97:3  111:2  112:3
114:16  136:5  136:12
152:24  153:23  158:23
158:25  170:19  171:17
relationships [7]
28:25  29:3  36:22
42:25  73:22  76:25
172:8
relative [2]  180:15
180:17
relatively [1]  24:1
remain [1]  169:2
remember [36]  12:6
14:21  16:20  27:15
32:10  32:21  35:4
35:5  35:21  39:14
39:18  43:11  43:14
91:17  91:21  92:4
92:20  93:4  93:6
93:8  93:15  94:5
98:10  110:6  110:24
118:5  137:21  152:18
156:5  156:12  156:19

156:21  161:19  167:16
170:5  170:21
remembered [1]
34:19
render [2]  24:9
24:10
repeating [1]  99:22
reported [1]  156:6
reporter [5]  1:15
5:19  6:8  6:23
180:4
REPORTING [1]
1:23
represented [1] 33:9
representing [1]
25:6
request [3]  26:23
26:24  70:24
REQUESTS [1]
4:3
residence [3]  7:5
7:7  75:19
residing [1]  5:2
residual [1]  133:4
residuals [2]  83:19
83:20
resolve [2]  112:2
171:21
resonate [1]  35:17
resources [1]  149:4
respect [6]  40:7
51:25  60:9  85:1
100:3  107:10
respectively [1]
119:10
responsibilities [3]
96:4  96:6  96:8
responsibility [4]
67:10  67:19  90:3
90:9  90:11  91:7
155:20
responsible [5] 155:4
155:8  155:9  155:10
155:19
rest [1]  125:21
restate [1]  116:17
result [6]  15:21
81:14  84:8  90:4
114:1  136:6
retired [2]  7:10
7:19
review [1]  69:15
reviewed [2]  69:16
69:17
revision [1]  45:5
revisions [1]  33:18
rewarded [1]  171:7
Rhino [8]  82:13
82:18  138:25  140:16
140:20  140:24  141:17
166:1
right [122]  6:20
9:1  9:7  9:9

9:17  11:12  13:9
14:5  15:7  15:10
18:15  19:11  22:6
28:8  30:13  38:21
40:5  41:16  44:23
45:14  49:15  49:16
49:18  49:22  50:1
50:9  52:22  52:25
52:25  53:17  55:25
56:3  56:8  57:12
59:11  62:8  64:2
64:7  67:21  76:1
79:19  80:2  80:16
87:15  89:7  91:17
91:21  92:19  92:25
93:2  93:5  94:6
95:20  99:7  100:21
100:25  100:25  101:25
102:17  103:11  106:9
109:10  109:18  110:12
110:18  111:4  111:17
116:3  117:18  118:15
119:6  119:7  123:5
123:7  126:20  126:22
127:4  127:7  128:13
129:4  129:8  129:10
129:11  129:12  129:14
131:24  132:5  132:6
132:7  132:12  133:24
134:4  134:20  136:1
136:2  136:3  136:14
137:2  137:8  140:19
141:25  145:4  145:10
148:7  149:4  149:18
150:19  150:23  151:8
153:25  154:11  157:12
159:3  159:20  162:4
163:23  164:14  165:3
169:20  170:11  173:14
178:24
rights [63]  15:5
15:7  16:18  17:10
20:6  20:12  30:19
39:11  40:19  43:4
43:6  43:10  44:4
44:5  44:11  44:13
44:13  45:17  45:22
45:24  45:7  47:7
47:10  56:19  64:12
105:12  105:15  105:18
124:13  129:3  129:16
129:21  129:21  130:8
130:10  130:12  130:13
130:14  130:18  130:18
130:19  131:21  131:23
132:2  132:14  132:15
132:15  133:4  133:5
137:12  137:18  144:23
148:9  152:9  152:11
172:1  178:2
Rob [2]  146:7  164:7
Robert [1]  90:16
robot [2]  42:17
48:22
Robotics [11]  21:8
173:13  173:14  174:1
174:1  174:4  174:18
175:1  175:7  175:10

177:13
robots [14]  42:13
42:19  42:21  42:22
42:22  45:2  45:4
45:5  46:5  49:15
50:22  50:25  51:2
51:14
rock [11] 1:24  73:4
74:3  75:2  75:13
75:20  75:20  75:22
77:1  80:5  118:10
ROCKLAND [1]
1:1
Rocky [1]  158:10
role [4]  84:24  95:25
100:3  123:17
roll [4]  73:4  74:3
75:20  80:5
Roseland [1]  1:24
roughed [1]  42:4
Roy [1]  32:2
royalties [30]  3:13
15:23  16:10  21:1
21:3  21:10  46:15
50:8  61:5  61:9
61:18  62:2  62:7
63:4  63:9  76:5
81:13  83:2  83:16
84:2  85:16  103:14
125:25  135:2  135:9
136:6  136:13  138:24
174:25  175:1
royalties' [2]  82:21
83:14
royalty [8]  17:9
48:25  48:25  59:20
60:15  63:5  135:10
175:3
rules [2] 5:13  68:18
running [7]  28:18
37:3  41:11  48:1
59:21  100:8  100:9

-S-

S [3]  2:1  5:1
105:24
s-k-i-e-s [1]  42:14
salary [1]  9:11
sale [5]  20:7  82:18
87:10  90:5  138:24
Salem [1]  2:4
sales [3] 85:17  86:16
89:1
Samantha [4]  54:1
69:3  70:18  177:7
sang [1] 115:17
satisfaction [1] 172:19
satisfactory [1] 172:18
satisfied [1]  122:4
Saturday [3]  174:17
174:17  175:4
saw [10]  51:23  54:25
64:8  80:21  98:6
98:12  101:2  109:7

125:5  139:13
says [23] 19:14  19:20
49:16  50:1  56:4
73:4  101:17  101:18
103:24  103:25  104:2
106:7  106:25  107:19
108:3  108:14  122:15
122:18  122:19  122:22
134:11  134:12  175:11
scene [3]  133:21
133:21  133:21
scenes [1]  133:15
schedules [1]  10:7
score [1] 134:14
Screen [3]  84:17
84:20  84:25
script [1]  41:22
45:1
searching [1]  61:1
SEC [1]  148:3
second [7]  49:11
72:3  149:19  149:20
150:2  162:22  175:9
seconds [1]  134:1
see [63]  6:5  9:23
10:2  25:17  26:17
26:19  35:1  49:16
53:4  53:10  53:10
54:3  54:22  57:8
57:25  63:15  72:25
81:3  85:10  96:24
98:11  99:4  103:10
104:5  106:7  106:10
106:11  106:11  106:13
108:2  108:25  118:13
122:13  123:2  123:20
124:17  125:4  125:4
125:6  126:13  128:10
128:12  132:20  135:24
139:9  139:9  139:17
144:20  146:6  147:14
147:15  147:24  148:23
150:11  150:17  150:20
163:1  166:7  171:1
174:9  174:11  177:18
seeing [2]  81:15
81:17
seem [5] 39:17  55:18
68:14  68:17  70:1
sell [1]  166:2
selling [1]  87:5
semi-annually [2]
24:8  62:22
senior [4]  12:10
12:19  94:13  96:2
sense [12]  52:13
59:7  59:8  59:10
59:12  84:23  101:10
101:14  109:1  109:4
138:17  142:8
sent [3]  24:3  132:10
157:19
separate [3]  13:20
28:15  51:4
separated [2]  72:14
150:13

series [6]          29:17
  29:18  107:25  141:4
  153:21  153:21
Services [3]          1:23
  8:19   10:13
SES [1] 148:4
session [1]         170:22
set [2]   104:11  180:12
setting [2]          42:7
  47:14
settlement [1]       6:19
seven [1]            54:20
seventies [1]        32:2
shall [1] 44:14
share [13]          20:20
  20:21  49:19  49:22
  50:3   56:2   60:15
  63:9   97:18  168:23
  169:2  169:10 178:5
share-holding [2]
  8:23   8:25
shareholder [3] 9:4
  9:6    13:6
shareholders [3]
  12:24  13:1   13:2
shares [8]          12:3
  12:13  12:13  12:13
  12:20  12:21  50:5
  74:2
sheets [4]          61:24
  66:3   66:7   151:19
shifted [4]         169:6
  169:7  169:8  169:9
shock [1]           29:3
shocking [2]        171:15
  171:19
shopping [1]        87:22
short [5] 69:22     70:4
  147:24 147:25 173:25
Shorthand [2]       1:15
  180:3
show [62]           19:4
  29:24  30:1   35:19
  35:21  37:2   37:5
  37:9   37:10  37:24
  38:22  39:2   39:2
  39:3   40:25  41:5
  41:18  46:14  48:21
  51:6   56:20  61:5
  75:18  87:8   90:1
  98:2   98:5   98:11
  98:12  98:15  98:17
  98:21  99:13  99:14
  99:25  100:4  100:5
  102:12 110:15 112:20
  128:25 129:4  129:9
  129:17 129:25 133:14
  136:25 154:14 161:10
  162:18 162:18 165:7
  165:9  165:20 166:16
  167:8  167:9  167:11
  169:13 174:16 174:17
  174:20
showed [1]          12:11
showing [3]         53:13
  106:6  140:8

shown [24]          45:13
  55:13  56:1   57:21
  75:4   85:12  87:23
  101:5  103:12 104:9
  104:20 104:24 104:25
  109:16 117:14 118:10
  135:10 136:7  137:1
  148:8  149:2  151:17
  164:16 178:21
shows [30]          14:12
  15:19  28:23  29:11
  29:15  29:21  30:3
  30:7   30:10  41:11
  43:11  44:8   52:9
  52:15  89:20  106:8
  115:15 115:16 115:17
  115:19 116:7  116:12
  124:20 132:22 133:2
  141:1  141:3  146:19
  146:19 153:2
sign [3] 40:10      68:9
  68:15
signed [2]          27:12
  68:20
similar [2]         27:23
  131:5
similarly [2]       157:2
  157:4
simultaneous [1]
  30:4
singers [2]         32:15
  84:6
singing [1]         57:18
site [3]  15:15  16:14
  54:12
sitting [1]         94:1
  104:8  121:1
situation [2]       29:9
  31:13  40:14  112:5
  120:6
situations [1]      163:5
six [1]   54:19
skies [3] 42:13  42:18
  45:5
skilled [1]         137:19
skipping [1]        72:4
slicker [1]         142:10
Smith [1]           53:25
Snoopy [1]          35:7
societies [5]       14:23
  15:9   16:18  17:10
  148:9
society [6]         15:5
  15:7   100:14 105:12
  105:15 105:19
sold [23] 7:25      8:8
  13:25  14:3   14:4
  19:24  26:8   80:25
  86:3   86:11  86:19
  86:20  86:21  86:22
  87:2   88:11  88:11
  90:14  92:25  94:20
  95:9   142:15 142:17
someone [14]        15:2
  33:12  61:2   66:16
  68:9   74:19  75:9

91:22   92:2    98:5
98:9    99:25   100:11
141:4
someplace [2]   118:10
  157:20
sometimes [3]   19:17
  44:25  83:8
somewhere [1]   62:15
son [2]  168:4  168:14
song [14]           36:4
  36:14  37:9   37:11
  45:8   45:9   50:7
  71:17  112:22 150:7
  150:9  165:9  167:8
  167:22
songs [12]          37:10
  51:5   52:9   75:13
  75:13  83:10  112:18
  112:19 112:20 165:20
  167:7  167:8
Sony [23]           4:5
  13:25  14:1   20:8
  26:8   26:22  75:9
  86:14  87:5   89:3
  89:6   89:13  94:16
  94:17  94:20  95:14
  137:10 137:16 137:24
  177:14 177:14 177:15
  177:23
soon [2] 24:1   27:6
sorry [18]          33:7
  34:16  55:23  61:8
  103:2  104:5  107:20
  108:2  122:24 135:6
  135:7  135:8  135:16
  135:18 135:21 135:23
  146:9  146:13
sort [12] 8:11  9:24
  24:14  27:23  57:18
  66:16  75:14  101:9
  120:2  141:16 154:8
  154:16
sound [5]           30:10
  32:11  32:13  76:1
  163:8
Space [7]           35:20
  36:4   36:14  37:6
  38:3   38:18  39:8
speak [8]           70:8
  70:10  70:13  77:9
  77:10  77:12  92:13
  96:14
Speaking [1]        13:7
special [2]         158:18
specializes [1]     99:9
specific [6]        8:24
  24:20  35:17  60:7
  60:24  73:10
specifically [10]
  24:16  43:14  44:1
  46:7   57:5   60:4
  78:10  110:20 110:21
  145:5
specifics [3]       16:14
  30:15  112:14
specify [1]         155:23

speculate [8]   119:16
  119:17 128:5  128:7
  136:20 147:15 147:16
  159:15
speculating [3] 152:17
  152:18 153:6
spell [1] 94:25
Spence [20]         32:4
  32:7   32:22  32:25
  34:4   34:8   34:19
  35:1   35:5   36:3
  60:13  60:17  144:1
  144:17 144:25 145:17
  148:13 148:19 161:3
  167:22
Spencer [13]        31:25
  32:1   36:15  37:25
  119:9  148:24 149:16
  150:3  161:12 161:19
  161:20 161:23 162:1
spend [2]           62:24
  135:1
spending [1]        48:1
split [2] 50:14  148:14
splits [1]          74:4
spoke [3]           43:14
  77:8   121:13
spoken [1]          110:5
sponsors [1]        35:25
spring [1]          11:5
squared [1]         19:4
stand [1]           148:6
standing [1]        170:24
standpoint [1]      15:18
stands [2]          105:15
  148:3
start [12] 8:11     10:16
  11:6   11:8   11:10
  31:14  53:12
started [16]        10:23
  11:1   11:3   11:19
  12:15  13:15  13:17
  27:17  28:17  32:23
  34:18  35:11  40:17
  60:20  65:3   100:16
Starwild [35]       1:10
  14:16  18:9   19:6
  19:19  19:23  20:4
  20:5   20:12  20:16
  22:8   22:12  22:13
  23:2   23:3   23:7
  23:25  24:4   24:9
  25:13  25:22  26:11
  26:13  27:9   28:2
  38:4   38:7   39:12
  45:11  52:7   81:19
  107:2  121:21 132:3
  178:3
State [1] 1:1       180:4
statement [7]       3:13
  46:15  49:1   63:5
  64:4   111:19 157:19
statements [5]      17:9
  48:25  63:24  64:1
  150:14
stations [1]        35:25

status [1]          151:10
stenographically [1]
  180:11
Steven [2]          159:7
  159:9  159:13
still [6]  13:23    21:16
  26:16  35:24  92:17
  145:24
stock [1]           25:18
store [1] 80:22
story [9] 72:25     73:16
  73:20  73:24  74:5
  74:12  75:6   79:4
  99:6
Street [1]          2:4
strike [3]          81:12
  98:15  129:23
strong [3]          44:21
  76:24  170:3
strongly [3]        76:23
  79:5   154:7
structure [1]       71:23
studio [3]          171:1
  171:4
stuff [1] 72:4
styles [1]          142:13
subject [1]         141:16
sublet [1]          12:16
submission [1] 65:18
submit [3]          65:14
  66:2   66:2
submitted [1]       65:15
subpoena [1]        71:8
subsequent [1]  111:6
Subsidiaries [1]
  25:24
substitutions [1]
  170:9
subtracted [2]      22:20
  136:15
such [10]           24:23
  27:13  36:21  44:6
  57:2   156:13 163:10
  163:11 172:8  180:17
sued [2] 114:23  115:5
suggested [1]       34:7
suggesting [5]      70:13
  160:19 176:17 176:20
  176:21
suggestion [2]      170:2
  170:3
suit [5]  54:24     172:25
summary [1]         24:21
Sunbow [56]         1:11
  13:18  25:21  25:22
  26:1   26:2   26:16
  27:14  27:20  28:1
  29:13  38:25  39:1
  39:2   72:17  72:18
  81:20  82:2   82:5
  85:7   86:12  88:4
  88:6   88:24  89:16
  90:4   90:13  92:13
  92:17  92:25  94:14

```
94:17   94:18   94:20
94:20   95:24   96:1
96:21   97:9    98:16
137:12  137:12  137:13
140:14  140:15  140:19
141:7   141:8   141:11
141:13  141:16  142:14
142:17  152:8   152:24
177:24
Sunbow's [3]      88:22
96:13   140:18
Sunbow/Marvel [1]
29:12
Sunday [2]        174:19
175:3
sung [1] 112:20
Super [4]         174:17
174:19  175:3   175:3
supervised [1]    177:2
Supervisor [1]    11:7
supplied [1]      178:5
SUPPORT [1]       4:1
supposed [2]      97:23
148:16
supposedly [1]    169:3
SUPREME [1]       1:1
surprised [1]     154:19
Swan [10]         74:23
75:1    77:8    77:10
78:13   78:14   78:19
118:21  135:11  135:18
Swan's [1]        135:24
switched [1]      107:5
switching [2]     135:14
135:20
sworn [2]         5:3
180:7
syndication [1]   29:16

            -T-

T [2]     180:1   180:1
TABITHA [1]       1:15
180:3   180:23
table [1] 18:6
taking [3]        47:5
60:2    170:6
talent [3]        31:21
31:24   112:8
talented [13]     31:21
31:22   32:24   36:19
42:8    43:21   43:22
111:3   112:7   158:4
158:19  161:11  173:6
talents [1]       36:23
talks [1] 112:17
tape [4]  33:16   33:17
75:25   100:12
Taylor [7]        146:2
146:23  146:24  159:7
159:8   159:9   159:13
team [3] 112:25  143:12
158:14
teaming [1]       159:13

teams [1]         120:4
television [9]    13:18
14:11   14:12   35:25
38:9    39:3    89:21
162:13  162:14
telling [4]       31:8
78:17   91:20   156:20
ten [6]   54:20   93:20
93:21   93:23   103:9
167:24
tenure [1]        140:14
term [10]         65:19
65:21   66:4    73:13
79:17   82:20   83:13
83:16   83:21   119:23
terminology [5]
14:2    22:18   25:25
26:4    54:24
terms [5]         17:25
50:7    51:19   56:16
154:11
terrific [1]      42:8
testified [5]     5:5
6:12    108:7   132:7
137:7
testify [2]       69:14
180:7
testifying [2]    70:19
137:3
testimony [12]    1:14
70:9    70:11   70:12
96:20   107:7   107:9
113:22  117:3   117:8
133:11  180:10
thank [2]         132:1
162:25
Thanksgiving [1]
27:6
theirs [1]        75:25
theme [68]        45:9
51:9    51:12   55:20
56:2    56:6    57:13
57:22   58:16   58:16
58:24   60:10   61:10
62:3    62:3    63:10
63:18   64:5    71:17
72:9    72:20   72:22
73:4    73:5    74:3
74:18   79:18   79:18
79:23   80:5    100:24
101:18  101:19  101:22
101:23  103:8   103:14
103:22  103:24  103:25
104:2   104:11  104:15
104:16  104:16  104:21
105:22  105:23  106:1
106:1   106:3   108:10
108:13  113:1   116:14
118:9   119:6   119:25
120:1   120:1   120:2
120:8   120:14  120:14
122:16  123:4   123:8
123:9   123:6   124:25
129:24  139:6   149:3
149:14  149:25  150:15
153:24  154:3   159:14
162:12  162:21  164:18
164:20  164:22  164:22

166:22  175:7   175:10
themes [6]        21:23
104:16  105:24  105:25
124:11  126:18
themselves [3]    140:11
140:22  172:16
therefore [8]     41:10
58:3    59:4    61:17
94:6    139:10  157:22
178:23
thinking [2]      62:24
64:11
thinks [1]        11:22
third [3] 14:5   14:6
179:2
thirty [2]        97:6
134:1
thoroughly [1]    60:5
thought [20]      32:25
34:25   36:17   37:7
52:13   61:12   61:14
64:9    67:17   68:13
75:25   113:25  124:21
135:16  135:19  143:10
145:19  148:23  160:5
161:8
three [9] 54:19  58:22
73:3    94:2    165:11
165:13  166:16  166:18
174:18
three-letter [1] 178:8
three-pack [2]    87:10
87:11
three-part [1]    174:20
three-way [1]     148:14
thrilled [2]      32:11
32:12
through [18]      8:15
11:19   14:13   15:20
23:1    33:17   44:18
52:2    62:8    65:15
72:4    86:17   88:11
88:13   88:13   88:15
126:15  160:17
throughout [3]    36:23
41:24   43:5
Thursday [1]      1:18
tied [1]  72:18
times [1]         30:6
title [28] 27:15 27:16
28:10   30:10   36:4
37:7    37:9    37:11
46:5    65:7    75:11
92:2    104:25  105:22
112:21  113:9   119:10
134:2   139:2   142:24
150:8   150:10  156:15
163:2   163:19  165:23
165:24  165:25
titles [8] 30:11 40:5
66:19   88:1    106:22
128:9   137:10  151:13
today [1]         69:13
70:9    75:9    94:1
99:5    104:8   112:1
121:1   151:15  151:16

171:21
together [7]      29:15
35:14   36:6    52:18
97:6    158:15  171:10
Tom [14]          11:22
11:23   11:24   12:1
13:17   13:21   27:19
27:20   34:18   91:11
93:7    138:9   138:10
142:1
Tommy [4]         33:2
165:21  167:6   167:16
too [5]   41:4    41:18
43:22   76:22   144:24
took [7]  67:18   71:7
113:20  155:21  160:12
169:15  172:21
top [1] 163:18
total [2] 116:20 117:22
totality [2]      58:14
176:8
totally [5]       20:22
27:16   115:19  152:5
152:15
touched [1]       31:15
Tourist [1]       12:17
toy [5]   99:6    131:13
159:22  168:9   169:11
toys [5]  11:11   11:12
156:8   156:10  157:6
track [1] 15:18
tracks [2]        84:7
160:16
trade-off [1]     117:16
transaction [3]   82:2
82:5    141:15
transcript [2]    1:14
180:10
transferred [1]   137:10
transformer [7]   55:6
84:1    86:3    87:10
106:8   121:5   150:12
Transformers [7]
3:14    21:8    29:19
29:22   41:12   41:15
42:4    42:12   42:13
45:9    51:3    51:4
51:6    51:9    51:16
51:25   52:21   53:6
53:8    54:18   55:10
55:13   55:20   57:18
58:13   58:16   58:23
60:10   60:18   61:10
62:3    63:7    63:10
63:15   63:19   64:5
71:18   72:9    72:12
72:13   72:15   73:4
74:2    74:18   75:15
80:5    81:14   82:3
82:17   83:23   84:7
85:8    86:17   86:23
86:25   87:6    88:20
98:2    98:5    98:11
99:15   99:16   99:23
100:2   100:24  101:17
101:18  101:21  101:23

103:8   103:14  103:18
104:11  104:14  104:21
107:15  108:14  109:8
115:12  115:14  115:16
116:3   116:7   116:14
116:18  117:4   118:9
118:10  119:1   119:5
119:21  119:22  120:8
123:4   124:6   128:25
129:24  130:16  130:23
130:25  130:25  131:10
132:18  135:20  135:21
135:22  135:25  137:9
142:23  150:13  154:21
transforming [2]
42:21   42:21
tremendous [4]    31:21
58:12   59:15   124:22
tremendously [4]
31:20   172:1   172:3
172:6
trial [1] 31:7
tried [1] 172:2
trouble [1]       92:23
true [11] 19:21  24:6
24:13   33:23   35:2
53:10   78:18   112:18
112:18  124:18  180:10
truth [5] 31:12  42:2
31:07   180:8   180:8
try [3]   5:25    119:24
171:21
trying [23]       27:15
38:12   45:14   58:1
60:4    92:20   92:23
96:15   99:17   115:24
133:7   133:8   144:9
144:13  153:10  153:11
153:13  157:25  159:4
162:24  172:6   172:11
173:4
turn [1]  140:17 152:11
turned [1]        89:3
152:9   178:2
Turning [2]       159:18
159:19
TV [20]   14:9    75:18
94:22   94:23   98:2
98:2    98:14   98:17
98:21   99:14   100:4
100:11  128:25  129:3
129:9   129:17  129:25
151:8   162:18  162:18
twelve [4]        103:1
103:4   175:21  176:12
twenty [3]        37:13
37:14   93:24
twenty-five [6]   61:7
61:9    61:15   161:2
161:3   169:2
twenty-six [1]    166:19
twice [2]         114:23
115:5
two [20]  1:19    5:20
12:18   14:21   14:25
50:4    50:9    54:19
55:22   55:24   59:21
```





Home | Top Movies | Photos | Independent Film | Browse | Help

search  All  [  ]  [  ]  [imdb] more | tips

Login | Register



## Overview
- main details
- combined details
- full cast and crew
- company credits
- episode list
- episodes cast
- episode ratings
- ... by rating
- ... by votes
- on television

## Awards & Reviews
- user comments
- external reviews
- newsgroup reviews
- awards & nominations
- user ratings
- recommendations
- message board

## Plot & Quotes
- plot summary
- plot keywords
- Amazon.com summary
- memorable quotes

## Fun Stuff
- trivia
- goofs
- soundtrack listing
- crazy credits
- alternate versions
- movie connections
- FAQ

## Other Info
- merchandising links
- box office & business
- release dates
- filming locations
- technical specs
- laserdisc details
- DVD details
- literature listings
- news articles

## Promotional
- taglines
- trailers
- posters
- photo gallery

## External Links
- showtimes
- official site
- miscellaneous
- photographs
- sound clip(s)
- video clip(s)

# Full Cast and Crew for "Jem" (1985)

**IMDbPro.com** offers representation listings for over 65,000 individuals, including actors, directors, and producers, as well as contact details for over 10,000 companies in the entertainment industry.
*Click here for a free trial!*

Series Directed by

| | |
|---|---|
| Jay Bacal | (unknown episodes) |
| Ray Lee | (unknown episodes) |
| Marija Miletic Dail | (unknown episodes) |

Series Writing credits

| | |
|---|---|
| Christy Marx | (23 episodes, 1985-1988) |
| Roger Slifer | (7 episodes, 1986-1988) |
| Mary Skrenes | (5 episodes, 1986-1987) |
| Beth Bornstein | (4 episodes, 1986-1987) |
| Richard Merwin | (3 episodes, 1986-1987) |
| Sandy Fries | (2 episodes, 1986-1987) |
| Ellen Guon | (2 episodes, 1986-1987) |
| Marv Wolfman | (2 episodes, 1986-1987) |
| Jina Bacaar | (2 episodes, 1987-1988) |
| Buzz Dixon | (2 episodes, 1987-1988) |
| Misty Stewart-Taggart | (2 episodes, 1987) |
| David Wise | (2 episodes, 1987) |
| George Arthur Bloom | (1 episode, 1987) |
| Paul Dini | (1 episode, 1987) |
| Steve Mitchell | (1 episode, 1987) |
| Chris Pelzer | (1 episode, 1987) |
| Barbara Petty | (1 episode, 1987) |
| Michael Reaves | (1 episode, 1987) |
| Cherie Wilkerson | (1 episode, 1987) |
| Cary Bates | (1 episode, 1988) |
| Carla Conway | (1 episode, 1988) |
| Eric Early | (1 episode, 1988) |
| Evelyn A.R. Gabai | (1 episode, 1988) |
| Michael Charles Hill | (1 episode, 1988) |
| Clare Noto | (1 episode, 1988) |
| Greg Weisman | (1 episode, 1988) |
| | |
| Evelyn Gabai | (unknown episodes) |

Series Cast

| | |
|---|---|
| Dan Roth | .... Dave Daniels (1 episode, 1987) |
| Samantha Newark | .... Jem / ... (unknown episodes) |

Full Cast and Crew for "Jem" (1985)

http://imdb.com/title/tt0090461/fullcredits

| | | |
|---|---|---|
| Cathianne Blore | .... | Aja Leith / ... (unknown episodes) |
| Cindy McGee | .... | Chrissie / ... (unknown episodes) |
| Patricia Alice Albrecht | .... | Anne / ... (unknown episodes) |
| Bobbie Block | .... | Roxanne Pelligrini / ... (unknown episodes) |
| Susan Blu | .... | Lindsay Pierce / ... (unknown episodes) |
| Charles Adler | .... | Additonal voices / ... (unknown episodes) |
| Michael Sheehan | .... | Rio Pacheco (unknown episodes) |
| Neil Ross | .... | Howard Sands (unknown episodes) |
| Hazel Shermet | ... | Additional voices / ... (unknown episodes) |
| Marlene Aragon | .... | Synergy (unknown episodes) |
| Linda Dangeil | .... | Carmen Alonso / ... (unknown episodes) |
| Louise Dorsey | .... | Jetta / ... (unknown episodes) |
| Townsend Coleman | .... | Cisco / ... (unknown episodes) |
| Ellen Gerstell | .... | Phoebe Ashe / ... (unknown episodes) |
| Kath Soucie | .... | Ingrid Krueger / ... (unknown episodes) |
| Wally Burr | .... | Emmett Benton / ... (unknown episodes) |
| T.K. Carter | .... | Anthony Julian (unknown episodes) |
| Ed Gilbert | .... | Additional voices / ... (unknown episodes) |
| Dan Gilvezan | .... | Fitzgerald Beck / ... (unknown episodes) |
| Ari Gold | .... | Ba Nee (unknown episodes) |
| Noelle North | .... | Video / ... (unknown episodes) |
| Tammy Amerson | .... | Additional voices (unknown episodes) |
| Anne Bryant | .... | Additional voices (unknown episodes) |
| S. Scott Bullock | .... | Additional voices (unknown episodes) |
| Kimberlee Carlson | .... | Additional voices (unknown episodes) |
| Cathy Cavadini | .... | Additional voices (unknown episodes) |
| Walker Edmiston | .... | Additional voices / ... (unknown episodes) |
| Laurie Faso | .... | Additional voices (unknown episodes) |
| Desirée Goyette | .... | Additional Voices / ... (unknown episodes) |
| Michael Horton | .... | Additional voices (unknown episodes) |
| Ford Kinder | .... | Additional voices (unknown episodes) |
| Jeff Kinder | .... | Additional voices (unknown episodes) |
| Clyde Kusatsu | .... | Additional voices (unknown episodes) |
| Keye Luke | .... | Additional voices (unknown episodes) |
| Jack Roth | .... | Additional voices (unknown episodes) |
| Janice Tori | .... | Additional voices (unknown episodes) |

Keone Young          .... Additional voices (unknown episodes)

Diva Gray            .. . Additional voices / .. (unknown episodes)

Lani Groves          .... Additional voices / ... (unknown episodes)

Cathy Marcuccio      .... Additional voices / ... (unknown episodes)

Ullanda McCullough   .... Additional voices / ... (unknown episodes)

Tony St. James       .... Additional voices (unknown episodes)

Terry Textor         .... Additonal voices / ... (unknown episodes)

Florence Warner      .... Additional voices / ... (unknown episodes)

Valerie Wilson       .... Additional voices / ... (unknown episodes)

Jack Angel           .... Emmett Benton (unknown episodes)

 Britta Phillips     .... Jem (unknown episodes)

**Series Produced by**
Joe Bacal            .... executive producer (unknown episodes)
Jim Duffy            .... supervising producer (unknown episodes)
Tom Griffin          .... executive producer (unknown episodes)
Margaret Loesch      .... executive producer (unknown episodes)
Gemma Maver          .... associate producer (unknown episodes)
Will Meugniot        .... producer (unknown episodes)
Marija Miletic Dail  .... producer (unknown episodes)
Roger Slifer         .... associate producer (unknown episodes)
Gwen Wetzler         .... producer (unknown episodes)

**Series Original Music by**
Robert J. Walsh   (unknown episodes)

**Series Film Editing by**
Steven C. Brown   (unknown episodes)

**Series Art Direction by**
Bill Dubay        (unknown episodes)
Gary Hoffman   (unknown episodes)

**Series Production Management**
Jim Graziano         .... production manager (unknown episodes)
Beth Gunn-Osborn .... production manager (unknown episodes)
Lee Gunther          .... executive in charge of production (unknown episodes)
Carole Weitzman      .... production manager (unknown episodes)

**Series Art Department**
Jan Helsel           .... storyboard artist (unknown episodes)
Elaine Hultgren      .... storyboard artist (unknown episodes)
Vicky Jenson         .... storyboard artist (unknown episodes)
Judie Martin         .... storyboard artist (unknown episodes)
Will Meugniot        .... storyboard artist (unknown episodes)  |
Murio Piluso         .... storyboard artist (unknown episodes)
Barb Rausch          .... storyboard artist (unknown episodes)
Liza Sharp           .... storyboard artist (unknown episodes)
Dave Simons          .... storyboard artist (unknown episodes)
Janice Stocks        .... storyboard artist (unknown episodes)
Dan St. Pierre       .... storyboard artist (unknown episodes)

| Hanna Strauss | .... | storyboard artist (unknown episodes) |
| Romeo Tanghal | .... | storyboard artist (unknown episodes) |
| Vincenzo Trippetti | .... | storyboard artist (unknown episodes) |
| Glenn V. Vilppu | .. . | storyboard artist (unknown episodes) |
| Mike Vosburg | .... | storyboard artist (unknown episodes) |

**Series Sound Department**

| Roy Braverman | .... | sound designer / special musical/dream sound effects (unknown episodes) |
| Al Breitenbach | .... | sound effects editor (unknown episodes) |
| Peter Collier | .... | music editor (unknown episodes) |
| Matt Cope | .... | sound effects editor (unknown episodes) |
| John Detra | .... | sound effects editor (unknown episodes) |
| Jacquie Freeman Ross | .... | dubbing supervisor (unknown episodes) |
| Nancie Pollitt | .... | sound recordist (unknown episodes) |
| Efraim Reuveni | .... | sound effects editor (unknown episodes) |
| Warren Taylor | .... | sound effects editor (unknown episodes) |
| Peter Tomaszewicz | .... | sound effects editor (unknown episodes) |

**Series Other crew**

| Ellen Bernfeld | .... | singing voice: Patricia Alice Albrecht (unknown episodes) |
| Linda Blue | .... | model designer (unknown episodes) |
| Wally Burr | .... | voice director (unknown episodes) |
| Brad Case | .... | sequence director (unknown episodes) |
| Joan Case | .... | sequence director (unknown episodes) |
| Rudy Cataldi | .... | sequence director (unknown episodes) |
| Gerry Chiniquy | .... | sequence director (unknown episodes) |
| Cristina D'Avena | .... | singer: theme song (unknown episodes) |
| Chuck Downs | .... | sequence director (unknown episodes) |
| Danielle DuBay | .... | production assistant (unknown episodes) |
| John Freeman | .... | sequence director (unknown episodes) |
| Milton Gray | .... | sequence director (unknown episodes) |
| Gordon Grody | .... | singing voice: Townsend Coleman (unknown episodes) |
| Deborah Katz | .... | layout artist (unknown episodes) |
| Bob Kirk | .... | sequence director (unknown episodes) |
| Paula Lafond | .... | model designer (unknown episodes) |
| Judie Martin | .... | model designer (unknown episodes) |
| Christy Marx | .... | writer/story editor (unknown episodes) |
| Bob Matz | .... | sequence director (unknown episodes) |
| Darrell McNeill | .... | model designer (unknown episodes) |
| Will Meugniot | .... | title designer (unknown episodes) |
| Margaret I. Nichols | .... | sequence director (unknown episodes) |
| Charles Payne | .... | model designer (unknown episodes) |
| David Perry | .... | production assistant (unknown episodes) |
| Karen Peterson | .... | sequence director (unknown episodes) |
| Britta Phillips | .... | singing voice: Samantha Newark (unknown episodes) |
| Carol Kieffer Police | .... | layout artist (unknown episodes) |
| Debra Pugh | .... | fashion designer (unknown episodes) |
| Barb Rausch | .... | model designer (unknown episodes) |
| Tom Ray | .... | sequence director (unknown episodes) |
| Vicki Sue Robinson | .... | singing voice: Kath Soucie (unknown episodes) |
| Jessie Santos | .... | layout artist (unknown episodes) |
| Robert B. Schaefer | .... | background designer (unknown episodes) |
| Liza Sharp | .... | model designer (unknown episodes) |
| Robert Shellhorn | .... | sequence director (unknown episodes) |
| Janice Stocks | .... | model designer (unknown episodes) |

| Sarah Swiskow | .... telecine supervisor (unknown episodes) |
| Romeo Tanghal | .... model designer (unknown episodes) |
| Bob Treat | .... sequence director (unknown episodes) |
| Dennis Venizelos | .... background designer (unknown episodes) |
| Glenn V. Vilppu | .... layout artist (unknown episodes) |

**Update Information**

 You may report errors and omissions on this page to the IMDb database managers. They will be examined and if approved will be included in a future update. Clicking the button on the left will take you through a step-by-step process.

Home | Search | Now Playing | News | My Movies | Games | Boards | Help | US Movie Showtimes | Top 250 | Register | Recommendations
Box Office | Index | Trailers | Jobs | IMDbPro.com - Free Trial | IMDb Resume

Copyright © 1990-2007 Internet Movie Database Inc.
Terms and Privacy Policy under which this service is provided to you.
An amazon.com company. Advertise on IMDb. License our content





Home | Top Movies | Photos | Independent Film | Browse | Help                    Login | Register

search All    ☑    more | tips

# Full Cast and Crew for InHumanoids: The Movie (1986)

IMDbPro.com offers representation listings for over 65,000 individuals, including actors, directors, and producers, as well as contact details for over 10,000 companies in the entertainment industry.
Click here for a free trial!

Cast (in alphabetical order)complete, awaiting verification

| | | |
|---|---|---|
| Michael Bell | .... | Edward 'Eddie' Augutter/Blackthorne Shore (voice) |
| William Callaway | .... | Dr. Mangler (voice) |
| Fred Collins | .... | (voice) |
| Brad Crandel | .... | (voice) |
| Richard Gautier | .... | Pyro/Crygen/Magnakor (voice) |
| Ed Gilbert | .... | (voice) |
| Chris Latta | .... | D'Compose/Grana-Q/Tendril (voice) |
| Neil Ross | .... | Herc Armstrong (voice) |
| Stanley Ralph Ross | .... | (voice) |
| Richard Sanders | .... | (voice) |
| Susan Silo | .... | Sandra Shore (voice) |
| John Stephenson | .... | (voice) |

**Produced by**

| | | |
|---|---|---|
| Joe Bacal | .... | executive producer |
| Stephanie Burt | .... | producer |
| Flint Dille | .... | co-producer |
| Tom Griffin | .... | co-producer |
| Lee Gunther | .... | producer |
| Margaret Loesch | .... | executive producer |
| Chris Pelzer | .... | associate producer |

**Original Music by**
Robert J. Walsh

**Film Editing by**
Steven C. Brown

**Other crew**
Jay Bacal    .... creative director

## Overview
- main details
- combined details
- full cast and crew
- company credits
- on television

## Awards & Reviews
- user comments
- external reviews
- newsgroup reviews
- awards & nominations
- user ratings
- recommendations
- message board

## Plot & Quotes
- plot summary
- plot keywords
- Amazon.com summary
- memorable quotes

## Fun Stuff
- trivia
- goofs
- soundtrack listing
- crazy credits
- alternate versions
- movie connections
- FAQ

## Other Info
- merchandising links
- box office & business
- release dates
- filming locations
- technical specs
- laserdisc details
- DVD details
- literature listings
- news articles

## Promotional
- taglines
- trailers
- posters
- photo gallery

## External Links
- showtimes
- official site
- miscellaneous
- photographs
- sound clip(s)
- video clip(s)

| Wally Burr | .... voice director |
| George Goode | .... main title creator |
| Ray Lee | .... supervising director |
| Larry Parr | .... story editor |

---

**Update Information**

 You may report errors and omissions on this page to the IMDb database managers. They will be examined and if approved will be included in a future update. Clicking the button on the left will take you through a step-by-step process.

---

Home | Search | Now Playing | News | My Movies | Games | Boards | Help | US Movie Showtimes | Top 250 | Register | Recommendations
Box Office | Index | Trailers | Jobs | IMDbPro.com - Free Trial | IMDb Resume

Copyright © 1990-2007 Internet Movie Database Inc.
Terms and Privacy Policy under which this service is provided to you.
An amazon.com. company. Advertise on IMDb. License our content.



Home | Top Movies | Photos | Independent Film | Browse | Help

search | All |

**Overview**
- main details
- combined details
- full cast and crew
- company credits
- on television

**Awards & Reviews**
- user comments
- external reviews
- newsgroup reviews
- awards & nominations
- user ratings
- recommendations
- message board

**Plot & Quotes**
- plot summary
- plot keywords
- Amazon.com summary
- memorable quotes

**Fun Stuff**
- trivia
- goofs
- soundtrack listing
- crazy credits
- alternate versions
- movie connections
- FAQ

**Other Info**
- merchandising links
- box office & business
- release dates
- filming locations
- technical specs
- laserdisc details
- DVD details
- literature listings
- news articles

**Promotional**
- taglines
- trailers
- posters
- photo gallery

**External Links**
- showtimes

# Full Cast and Crew for My Little Pony: The Movie (1986)

FREE TRIAL!
IMDbPro.com offers representation listings for over 65,000 individuals, including actors, directors, and producers, as well as contact details for over 10,000 companies in the entertainment industry.
*Click here for a free trial!*

<u>Directed by</u>

Michael Joens

<u>Writing credits</u> (in alphabetical order)

George Arthur Bloom

<u>Cast</u> (in alphabetical order)

| | | |
|---|---|---|
| Charles Adler | .... | Spike/Woodland Creature (voice) |
| Tammy Amerson | .... | Meagan (voice) |
| Michael Bell | .... | Grundle (voice) |
| Sheryl Bernstein | .... | Buttons/Woodland Creature/Bushwoolie (voice) |
| Susan Blu | .... | Lofty/Grundle/Bushwoolie (voice) |
| Nancy Cartwright | .... | Gusty/Bushwoolie #4 (voice) |
| Cathy Cavadini | .... | North Star (voice) |
| Peter Cullen | .... | Grundle/Ahgg (voice) |
| Laura Dean | .... | Sundance/Bushwoolie #2 (voice) |



RESTAURANT.COM
$25 DINING CERTIFICATES FOR ONLY $10
CHOOSE FROM THOUSANDS OF RESTAURANTS NATIONWIDE
SHOP AND SAVE NOW ▶

Full Cast and Crew for My Little Pony: The Movie (1986)                http://imdb.com/title/tt0091584/fullcredits


■ official site
■ miscellaneous
■ photographs
■ sound clip(s)
■ video clip(s)



Danny DeVito .... Grundle King (voice)

Ellen Gerstell .... Magic Star (voice)

Keri Houlihan .... Molly (voice)

Madeline Kahn .... Draggle (voice)

Angella Kaye .... Additional voices (voice)

Cloris Leachman .... Hydia (voice)

Katie Leigh .... Fizzy/Baby Sundance (voice)

Scott Menville .... Danny (voice)

Sarah Partridge .... Wind Whistler (voice)

Rhea Perlman .... Reeka (voice)

Alice Playten .... Baby Lickety Split/Bushwoolie #1 (voice)

Tony Randall .... The Moochick (voice)

Russi Taylor .... Morning Glory/Rosedust/Bushwoolie/Skunk (voice)

Jill Wayne .... Shady/Baby Lofty (voice)

Frank Welker .... Bushwoolie #3/Grundle (voice)

**Produced by**
Joe Bacal          .... producer
Tom Griffin        .... producer
Margaret Loesch .... executive producer

**Original Music by**
Robert J. Walsh  (as Rob Walsh)

**Art Department**
Boyd Kirkland .... storyboard artist
Debra Pugh      .... storyboard artist

**Sound Department**

Greg P. Russell .... sound re-recording mixer

**Camera and Electrical Department**
Michael J.          .... special still photographer
Jacobs                  (uncredited)

**Other crew**
Buzz Dixon .... associate story consultant

---

**Update Information**

 You may report errors and omissions
on this page to the IMDb database
managers. They will be examined and
if approved will be included in a
future update. Clicking the button on
the left will take you through a
step-by-step process.

---

Home | Search | Now Playing | News | My Movies | Games | Boards | Help | US Movie Showtimes | Top 250 |
Register | Recommendations
Box Office | Index | Trailers | Jobs | IMDbPro.com - Free Trial | IMDb Resume

Copyright © 1990-2007 Internet Movie Database Inc.
Terms and Privacy Policy under which this service is provided to you.
An amazon.com. company. Advertise on IMDb. License our content.





Earth's Biggest Movie Database™

Home | Top Movies | Photos | Independent Film | Browse | Help    Login | Register

search All [ ] [ ] (Go) more | tips

**Overview**
- main details
- combined details
- full cast and crew
- company credits
- on television

**Awards & Reviews**
- user comments
- external reviews
- newsgroup reviews
- awards & nominations
- user ratings
- recommendations
- message board

**Plot & Quotes**
- plot summary
- plot keywords
- Amazon.com summary
- memorable quotes

**Fun Stuff**
- trivia
- goofs
- soundtrack listing
- crazy credits
- alternate versions
- movie connections
- FAQ

**Other Info**
- merchandising links
- box office & business
- release dates
- filming locations
- technical specs
- laserdisc details
- DVD details
- literature listings
- news articles

**Promotional**
- taglines
- trailers
- posters
- photo gallery

**External Links**
- showtimes
- official site
- miscellaneous
- photographs
- sound clip(s)
- video clip(s)

# Full Cast and Crew for The Transformers: The Movie (1986)

MORE INFO:
IMDbPro.com offers representation listings for over 65,000 individuals, including actors, directors, and producers, as well as contact details for over 10,000 companies in the entertainment industry.
Click here for a free trial!

Directed by
Nelson Shin

Writing credits (in alphabetical order)
Ron Friedman

Cast (in credits order)

| Nonnan Alden | .... Kranix/Arblus (voice) |
| Jack Angel | .... Astrotrain (voice) |
| Michael Bell | .... Prowl/Scrapper/Swoop/Junkion (voice) |
| Gregg Berger | .... Grimlock (voice) |
| Susan Blu | .... Arcee (voice) |
| Arthur Burghardt | .... Devastator (voice) |
| Corey Burton | .... Spike/Brawn/Shockwave (voice) |
| Roger C. Carmel | .... Cyclonus/Quintesson Leader (voice) |
| Victor Caroli | .... Narrator (voice) |
| Regis Cordic | .... Quintesson Judge (voice) |
| Scatman Crothers | .... Jazz (voice) |
| Peter Cullen | .... Optimus Prime/Ironhide (voice) |
| BJ Davis | .... Dirge (voice) |
| Paul Eiding | .... Perceptor (voice) |
| Walker Edmiston | .... Inferno (voice) (scenes deleted) |
| Ed Gilbert | .... Blitzwing (voice) |
| Dan Gilvezan | .... Bumblebee (voice) |



FREE Megapixel Camera Phone
FREE SHIPPING

Samsung t619

·T·Mobile·
stick together
get it now

| Eric Idle | .... | Wreck-Gar (voice) |
| Buster Jones | .... | Blaster (voice) |
| Stan Jones | .... | Scourge (voice) |
| Casey Kasem | .... | Cliffjumper (voice) |
| Chris Latta | .... | Starscream (voice) |
| David Mendenhall | .... | Daniel (voice) |
| Don Messick | .... | Gears/Scavenger (voice) |
| John Moschitta Jr. | .... | Blurr (voice) (as John Moschitta) |
| Judd Nelson | .... | Hot Rod/Rodimus Prime (voice) |
| Leonard Nimoy | .... | Galvatron (voice) |
| Hal Rayle | .... | Shrapnel (voice) |
| Clive Revill | .... | Kickback (voice) |
| Neil Ross | .... | Bonecrusher/Hook/Springer/Slag (voice) |
| Robert Stack | .... | Ultra Magnus (voice) |
| Lionel Stander | .... | Kup (voice) |
| Frank Welker | .... | Megatron/Soundwave/Rumble/Frenzy/Laserbeak/Wheelie/Junkion (voice) |
| Orson Welles | .... | Unicron (voice) |

**Produced by**

| Joe Bacal | .... | producer |
| Masaharu Etō | .... | associate producer |
| Tomo Fukamoto | .... | associate producer |
| Tom Griffin | .... | producer |
| Lee Gunther | .... | executive producer |
| Margaret Loesch | .... | executive producer |
| Nelson Shin | .... | co-producer |

**Original Music by**

| Doug Aldrich | (song "The Transformers Theme") (as Douglas Aldrich) |
| Randy Bishop | (song "Nothin's gonna Stand in our Way") |
| George Christon | (song "Hunger") |
| Vince DiCola | |
| Brian Gillstron | (song "Hunger") |
| Larry Gillstron | (song "Hunger") |
| Ray Harvey | (song "Hunger") |
| Victor Langen | (song "Hunger") |
| Lenny Macaluso | (song "The Touch") |
| Ernest Petrangelo | (song "Intruments of Destruction") |
| Spencer Proffer | (song "Hunger") |
| Steven Serpa | (song "Intruments of Destruction") |
| Scott Shelly | (song "Dare") |
| Norman Swan | (song "The Transformers Theme") |

Robert J. Walsh

Cinematography by
Masatoshi Fukui

Film Editing by
David Hankins

Production Management
Jim Graziano        .... executive in charge of production
Takuya Igarashi     .... production manager
Kô Meguro           .... production manager
Gerald Moeller      .... production manager
Satoru Nakamura     .... production manager
Carole Weitzman     .... senior production manager

Art Department
Del Barras          .... storyboard artist (as Delfin Barras)
Kris Brown          .... painter
Dario Campanile     .... background art director
Peter Chung         .... storyboard artist
Soo Young Chun      .... storyboard artist
Floro Dery          .... original concept designer
Liane Douglas       .... painter
Robin Drapes        .... painter (as Robin Draper)
Myrna Gibbs         .... painter
James L. Gomez      .... storyboard artist (as James Gomez)
Britt Greko         .... painter
Ernie Guanlao       .... storyboard artist
Debra Jorgensborg   .... painter (as Debbie Jorgensborg)
Jooin Kim           .... storyboard artist
Doug Lefler         .... storyboard artist
Chung Hwan Oh       .... storyboard artist
Sioak Park          .... storyboard artist
Hannah Powell       .... painter
Rico Rival          .... storyboard artist
Harriette Rossall   .... painter
Takao Sawada        .... background art director
Robert B. Schaefer  .... background art director (as Robert Schaefer)
Heidi Shellhorn     .... painter
David Shin          .... storyboard artist
Sang Il Sim         .... storyboard artist (as Sangil Shim)
Marta Skwarra       .... painter (as Marta Skwara)
Romeo Tanghal       .... storyboards
Britt Van der Nagel .... painter

Sound Department
Ken Berger          .... sound engineer
Jim Blodgett        .... sound editor
Roy Braverman       .... sound effects editor
Scott Brownlee      .... sound processing
Ted Chapman         .... sound editor
Allison Cobb        .... sound editor (as Alison Cobb)
Peter Collier       .... music editor
Jim Cook            .... pre-dubbing mixer

| Michael L. DePatie | .... | sound editor |
|---|---|---|
| John Detra | .... | sound editor |
| Karen V. Doulac | .... | sound editor (as Karen Doulac) |
| Ron Fedele | .... | sound editor |
| Jim Fitzpatrick | .... | stereo sound consultant: Dolby |
| Jacquie Freeman Ross | .... | dubbing supervisor (as Jacquie Freeman) |
| Ed Fruge | .... | music editor |
| Leonard T. Geschke | .... | sound editor (as Lenny Geschke) |
| Robert L. Harman | .... | pre-dubbing mixer |
| Craig Harris | .... | assistant sound |
| Jerry Jacobson | ... | dialogue editor |
| Nicholas James | .... | sound effects editor |
| Samuel F. Kaufman | .... | machine room operator |
| David R. Koehler | .... | sound re-recordist (as David Koehler) |
| Robert Mayer | .... | music editor (as Bob Mayer) |
| Robert Mayer | .... | supervising sound effects editor |
| Tony Papa | .... | music score engineer |
| Peter Reale | .... | sound re-recording mixer (as Peter S. Reale) |
| Mark Shiney | .... | supervising music editor |
| John W. Singleton | .... | sound editor |
| Warren Taylor | .... | sound editor |
| Bill Thiederman | .... | sound re-recording mixer (as R. William A. Thiederman) |
| Michael Tomack | .... | sound editor |
| Peter Tomaszewicz | .... | sound editor |
| Dan van Meyer | .... | sound engineer |
| Claus Wedemann | .... | stereo sound consultant: Dolby (as Claus Weideman) |
| Howard Wilmarth | .... | sound re-recording mixer (as W. Howard Wilmarth) |

**Special Effects by**

| Mayuki Kawachi | .... | special effects |
|---|---|---|
| Shōji Satō | .... | special effects |

**Camera and Electrical Department**

| Masatoshi Fukui | .... | camera operator |
|---|---|---|

**Other crew**

| Maddy Aaronson | .... | talent coordinator (as Maddy Aronson) |
|---|---|---|
| Hitoshi Abe | .... | in-between animation checker |
| Pat Agnacin | .... | background designer (as Pat Agnasin) |
| Pat Agnacin | .... | character designer (as Pat Agnasin) |
| Ryuji Ajiri | .... | inbetween animator |
| Emi Araki | .... | translator |
| Yoshiharu Azuma | .... | inbetween animator |
| Nam-Ryeol Baek | .... | key animator |
| Rob Rund Baken | .... | technical advisor |
| Mark Bakshi | .... | production staff |
| Del Barras | .... | background designer (as Delfin Barras) |
| Del Barras | .... | character designer (as Delfin Barras) |
| Walt Barric | .... | technical advisor |
| Ivan Bilancio | .... | assistant editor |
| Doug Booth | .... | associate story consultant |
| Michael Brochstein | .... | technical advisor |
| Chris Brown | .... | technical advisor |
| Steven C. Brown | .... | supervising editor |
| Deena Burkett | .... | title designer |

Full Cast and Crew for The Transformers: The Movie (1986)

| | | |
|---|---|---|
| Wally Burr | .... | voice director |
| Stan Bush | .... | singer: "Dare" and "You've Got the Touch" |
| Charlie Calello | .... | musical technical advisor (as Charles Callelo) |
| Fred Carrillo | . . | background designer (as Fred Carillo) |
| Fred Carrillo | .... | character designer (as Fred Carillo) |
| Al Corosi | .... | technical advisor |
| John Costello | .... | technical advisor |
| Phyllis Craig | .... | color key |
| Virginia Creamer | .... | xerox checker |
| Eufronio R. Cruz | .... | background designer |
| Eufronio R. Cruz | .... | character designer |
| Hiroaki Daiji | .... | inbetween animator |
| Bob Darcy | .... | technical advisor |
| Paul Davids | .... | production staff |
| Joan Davis | .... | production secretary |
| Paul Denault | .... | technical advisor |
| Vince DiCola | .... | music producer |
| Flint Dille | .... | story consultant |
| George Dunsay | .... | technical advisor |
| Eric Early | .... | technical advisor |
| Heather Elliott | .... | assistant editor |
| Jim Engle | .... | technical advisor |
| Akihiro Enomoto | .... | assistant animation checker |
| Chuck Fisher | .... | technical advisor |
| Tamera Fitzgerald | .... | assistant editor (as Tamra Fitzgerald) |
| Bill Ford | .... | technical advisor |
| Romeo Francisco | .... | background designer |
| Romeo Francisco | .... | character designer |
| John Patrick Freeman | .... | animation director |
| Carl Fritz | .... | technical advisor |
| Ed Fruge | .... | music producer |
| Yoshimitsu Fujitaka | .... | key animator (as Shigemitsu Fujitaka) |
| Koichi Fukuda | .... | key animator |
| Tomoko Fukui | .... | inbetween animator |
| Shinichi Fukumitsu | .... | assistant editor |
| Junko Furuya | .... | ink and paint supervisor |
| Sid Good | .... | technical advisor |
| Elise Goyette | .... | production coordinator |
| Deborah J. Green | .... | publicist |
| Terri Gruskin | .... | production coordinator |
| Emie Guanlao | .... | background designer |
| Emie Guanlao | .... | character designer |
| Norman Hajjar | .... | technical advisor |
| Teruto Hattori | .... | inbetween animator |
| Kazuo Hayashi | .... | assistant animation checker |
| Shigeru Hayashi | .... | inbetween animator |
| Mitsuko Y. Hays | .... | translator |
| Deborah Heineman | .... | technical advisor |
| Art Heller | .... | technical advisor |
| Jack Hooper | .... | negative cutter |
| Bob Horne | .... | technical advisor |
| Gabriel Hoyos | .... | background designer |
| Gabriel Hoyos | .... | character designer |
| Bill Hudson | .... | xerox checker |

Full Cast and Crew for The Transformers: The Movie (1986)    http://imdb.com/title/tt0092106/fullcredits

| | | |
|---|---|---|
| Takashi Hyōdō | .... | assistant animation checker |
| Reiko Igarashi | .... | ink artist |
| Takehiro Iima | .... | inbetween animator |
| Yoshinobu Inano | .... | key animator (as Yoshinobu Inano) |
| Mihoko Irie | .... | ink artist |
| Mario Ishiyama | .... | inbetween animator |
| Masao Itō | .... | assistant animation director |
| Takamiro Kagami | .... | key animator |
| Heide Kahme | .... | technical advisor |
| Yoshinori Kanamori | .... | key animator |
| Sandy Kennedy | .... | xerox checker |
| Pat Kiely | .... | technical advisor |
| Kazuo Kinugasa | .... | cel checker |
| Kazuya Komai | .... | inbetween animator |
| Hiroshi Kosakai | .... | ink and paint department manager |
| Yoshitaka Koyama | .... | key animator |
| Ellen Kroner | .... | publicist |
| Paul Kurnit | .... | technical advisor |
| Baik Seung Kyun | .... | assistant animation director |
| Dave LeBlanc | .... | technical advisor |
| Debbie Lehroff | .... | production secretary |
| Lion | .... | music performers: "The Transformers Theme" |
| Matt Lizak | .... | technical advisor |
| Richard Marcej | .... | technical advisor |
| Gene Margoluis | .... | producer's representative |
| Kevin Massey | .... | technical advisor |
| Joyce Masterson | .... | production secretary |
| Shigeo Matoba | .... | key animator |
| Bob Matz | .... | animation director |
| Norm McCabe | .... | animation director |
| Hildy Mesnik | .... | production coordinator |
| Yoshito Miki | .... | key animator |
| Bill Millar | .... | title designer |
| Bob Mitchell | .... | technical advisor |
| Yōichi Mitsui | .... | key animator |
| Melissa Mitten | .... | technical advisor |
| Gerald Moeller | .... | animation director (as Gerald L. Moeller) |
| Tomoe Morimoto | .... | inbetween animator |
| Kōzō Morishita | .... | supervising animation director |
| Hiroshi Morita | .... | cel checker |
| Toshio Mori | .... | key animator |
| Shigeru Murakami | .... | key animator |
| Kuniko Murata | .... | ink and paint supervisor |
| Shigenobu Nagasaki | .... | key animator |
| Takako Nakamura | .... | inbetween animator |
| Kazunori Nakazawa | .... | inbetween animator |
| Margaret I. Nichols | .... | animation director (as Margaret Nichols) |
| NRG | .... | music performers: "Intruments of Destruction" |
| Kazuhiro Ochi | .... | assistant animation checker |
| Masatoyo Ogura | .... | ink and paint department manager |
| Masahiko Ohkura | .... | assistant animation checker (as Masahiko Okura) |
| Kei Okazaki | .... | inbetween animator |
| Lew Ott | .... | background designer |
| Lew Ott | .... | character designer |

1/19/2007 3:39 PM

| Susan Marie Panettieri | .... | technical advisor |
| Gene Pelc | .... | executive production coordinator |
| Andy Perimutter | .... | technical advisor |
| Susanne Pollak | .... | technical advisor |
| Spencer Proffer | .... | music producer |
| Bob Prupis | .... | technical advisor |
| Robert Randles | .... | music consultant |
| Steven Raskin | .... | technical advisor |
| Jack Ratier | .... | technical advisor |
| Steve Reiss | .... | technical advisor |
| Jeff Reynolds | .... | technical advisor |
| Mike Riley | .... | technical advisor |
| Rico Rival | .... | background designer |
| Rico Rival | .... | character designer |
| Brent Robertson | .... | technical advisor |
| Steve Rodyn | .... | technical advisor |
| Julie Rud | .... | technical advisor |
| Takao Sakano | .... | inbetween animator |
| Nobuyoshi Sasakado | .... | key animator |
| Akira Sato | .... | in-between animation checker |
| Bill Schmidt | .... | technical advisor |
| Steve Schwartz | .... | technical advisor |
| Mike Sekowsky | .... | background designer |
| Mike Sekowsky | .... | character designer |
| Rosemary Serluca | .... | technical advisor |
| Kevin Shaw | .... | shipping coordinator |
| Shinji Shimizu | .... | assistant editor |
| Tadami Shimokawa | .... | assistant background artist (as Tadaumi Shimokawa) |
| Alison Shinners | .... | technical advisor |
| Masanori Shino | .... | key animator |
| Yung Shin | .... | production staff |
| Roger Slifer | .... | associate story consultant |
| Spectre General | .... | music performers: "Nothin's gonna Stand in our Way", "Hunger" |
| Howard Steinberg | .... | technical advisor |
| Mary Ann Steward | .... | ink and paint supervisor |
| Ryuichi Sugimoto | .... | background department head |
| Kiyomi Sugita | .... | inbetween animator |
| Akira Sugiura | .... | inbetween animator |
| Shizuo Tanaka | .... | inbetween animator |
| Romeo Tanghal | .... | background designer |
| Romeo Tanghal | .... | character designer |
| Alfa Tate | .... | account supervisor |
| Ed Torton | .... | technical advisor |
| Hildy Travis | .... | technical advisor |
| Kiyomitsu Tsuji | .... | key animator |
| Kōichi Tsunoda | .... | chief animator |
| Toshikazu Usami | .... | assistant animation checker |
| Yasuyoshi Uwai | .... | key animator |
| Susan Vovsi | .... | assistant editor (as Sue Vovsi) |
| Jun Watanabe | .... | inbetween animator |
| Dave Weathers | .... | assistant editor |
| Tadashi Yahata | .... | inbetween animator |
| Miyo Yamada | .... | inbetween animator |

Satoshi Yamaguchi    .... key animator
Shigeyasu Yamauchi   .... assistant animation director
Ryukichi Yoshizawa   .... in-between animation checker
Casey Young          .... synthesizer programmer
Norm Young           .... technical advisor

**Update Information**

You may report errors and omissions on this page to the IMDb
database managers. They will be examined and if approved will be
included in a future update. Clicking the button on the left will take
you through a step-by-step process.

Copyright © 1990-2007 Internet Movie Database Inc.
Terms and Privacy Policy under which this service is provided to you.
An amazon.com company. Advertise on IMDb. License our content.

Full Cast and Crew for "The Great Space Coaster" (1981)                      http://imdb.com/title/tt0170945/fullcredits



Home | Top Movies | Photos | Independent Film | Browse | Help        Login | Register

search | All ___ ▼ | _____ | [Go] more | tips

# Full Cast and Crew for "The Great Space Coaster" (1981)

**IMDbPro**
IMDbPro.com offers representation listings for over 65,000 individuals, including actors, directors, and producers, as well as contact details for over 10,000 companies in the entertainment industry.
*Click here for a free trial!*

**Directed by**
Dick Feldman

Hank Blumenthal   (music videos)

**Writing credits** (in alphabetical order)

Barry Hannan          writer

**Cast** (in alphabetical order)

| | | |
|---|---|---|
| Emily Bindiger | .... | Francine |
| Kevin Clash | .... | Goriddle Gorilla (voice) |
| Chris Gifford | .... | Danny |
| Francis Keane | .... | Baxter (voice) |
| John Lovelady | .... | Knock Knock the bird/Edison the Elephant |
| Noel MacNeil | .... | Knock Knock (1983-1986) (voice) |
| Jim Martin | .... | Gary Gnu/M.T. Promises |
| Ken Myles | .... | Speed Reader |
| Ray Stephens | .... | Roy |

**Produced by**

| | | |
|---|---|---|
| Joe Bacal | .... | executive producer |
| John Claster | .... | executive producer |
| Andrea Cvirko | .... | producer |
| Tom Griffin | .... | executive producer |

**Costume Design by**
Kermit Love  (uncredited)

**Update Information**

  You may report errors and omissions on this page to the IMDb database managers. They will be examined and if approved will be included in a



Full Cast and Crew for "The Great Space Coaster" (1981)          http://imdb.com/title/tt0170945/fullcredits

future update. Clicking the button on the left will take you through a
step-by-step process.

Home | Search | Now Playing | News | My Movies | Games | Boards | Help | US Movie Showtimes | Top 250 | Register | Recommendations
Box Office | Index | Trailers | Jobs | IMDbPro.com - Free Trial | IMDb Resume

Copyright © 1990-2007 Internet Movie Database Inc.
Terms and Privacy Policy under which this service is provided to you.
An amazon.com. company. Advertise on IMDb. License our content.



Home | Top Movies | Photos | Independent Film | Browse | Help          Login | Register

search [All] [▼] _____ (Go) more | tips

**Overview**
- main details
- combined details
- full cast and crew
- company credits
- on television

**Awards & Reviews**
- user comments
- external reviews
- newsgroup reviews
- awards & nominations
- user ratings
- recommendations
- message board

**Plot & Quotes**
- plot summary
- plot keywords
- Amazon.com summary
- memorable quotes

**Fun Stuff**
- trivia
- goofs
- soundtrack listing
- crazy credits
- alternate versions
- movie connections
- FAQ

**Other Info**
- merchandising links
- box office & business
- release dates
- filming locations
- technical specs
- laserdisc details
- DVD details
- literature listings
- news articles

**Promotional**
- taglines
- trailers
- posters
- photo gallery

**External Links**
- showtimes
- official site
- miscellaneous
- photographs
- sound clip(s)
- video clip(s)

# Full Cast and Crew for Robotix (1985) (V)

**OVERVIEW**
*IMDbPro.com offers representation listings for over 65,000 individuals, including actors, directors, and producers, as well as contact details for over 10,000 companies in the entertainment industry.*
*Click here for a free trial!*

Directed by
Wally Burr

Cast (in alphabetical order) complete, awaiting verification

| | | |
|---|---|---|
| Michael Bell | .... | (voice) |
| Arthur Burghardt | .... | (voice) |
| Corey Burton | .... | (voice) |
| Victor Caroli | .... | (voice) |
| Peter Cullen | .... | (voice) |
| Pat Fraley | .... | (voice) |
| Jason Maylor | .... | (voice) |
| Neil Ross | .... | (voice) |
| Susan Silo | .... | Nara (voice) |
| Frank Welker | .... | (voice) |

Produced by
Joe Bacal  .... producer
Tom Griffin .... producer
Don Jurwich .... producer

Original Music by
Robert J. Walsh



**Update Information**

 You may report errors and omissions on this page to the IMDb database managers. They will be examined and if approved will be included in a future update. Clicking the button on the left will take you through a step-by-step process.

Copyright © 1990-2007 Internet Movie Database Inc.

Full Cast and Crew for Robotix (1985) (V)                                          http://imdb.com/title/tt0122232/fullcredits

Terms and Privacy Policy under which this service is provided to you.
An amazon.com company. Advertise on IMDb. License our content.

1/19/2007 3:41 PM

**Publishers**
ADLI PUBLISHING                        BMI                    462797122

## TRANSFORMERS 95 BEAST WARS
BMI Work #4104469

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| WEINBERG PAUL DAVID | BMI | 222536987 |

**Publishers**
ROYALTY REPORTING SERVICES             BMI                    237367455

## TRANSFORMERS BEAST MAC-BG CUES
BMI Work #0

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| BUCKLEY ROBERT S W | SOCAN | 61344993 |

**Publishers**
PEERMUSIC III LTD (ADMIN - SP          BMI                    183126677
*Additional Non-BMI Publishers*

## TRANSFORMERS BEAST MAC-BG CUES
BMI Work #0

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| BUCKLEY ROBERT S W | SOCAN | 61344993 |

**Publishers**
PEERMUSIC III LTD (GLOBO - SP          BMI                    183126677
*Additional Non-BMI Publishers*

## TRANSFORMERS BEAST WAR-BG CUES
BMI Work #0

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| BUCKLEY ROBERT S W | SOCAN | 61344993 |

**Publishers**
CLASTER TELEVISION                     BMI                    228174765

## TRANSFORMERS BEAST WAR-BG CUES
BMI Work #0

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| BUCKLEY ROBERT S W | SOCAN | 61344993 |

**Publishers**
*Additional Non-BMI Publishers*

## TRANSFORMERS BEAST WARS THEME
BMI Work #7779196

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| BUCKLEY ROBERT S W | SOCAN | 61344993 |

**Publishers**

*Additional Non-BMI Publishers*

### TRANSFORMERS CAR ROBOT-BG CUES
BMI Work #0

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| LEVY SHUKI Y | BMI | 65485749 |
| MARS ON STEPHEN CHARLES | ASCAP | 210470520 |
| SABAN HAIM | BMI | 87323464 |

| Publishers | | |
|---|---|---|
| EIFOATA MUSIC | BMI | 188962800 |

### TRANSFORMERS CAR ROBOT-BG CUES
BMI Work #0

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| LEVY SHUKI Y | BMI | 65485749 |
| SABAN HAIM | BMI | 87323464 |
| WHITTAKER MICHAEL ROBERT | ASCAP | 344549744 |

| Publishers | | |
|---|---|---|
| WONDERLAND MUSIC COMPANY INC | BMI | 33189981 |

*Additional Non-BMI Publishers*

### TRANSFORMERS CAR ROBOT-BG CUES
BMI Work #0

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| GORDON PAUL CHRISTIAN | ASCAP | 340054801 |
| LEVY SHUKI Y | BMI | 65485749 |
| SABAN HAIM | BMI | 87323464 |

| Publishers | | |
|---|---|---|
| EIFOATA MUSIC | BMI | 188962800 |

*Additional Non-BMI Publishers*

### TRANSFORMERS CAR ROBOT-BG CUES
BMI Work #0

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| LACEY GLENN SCOTT | ASCAP | 342938841 |
| LEVY SHUKI Y | BMI | 65485749 |
| SABAN HAIM | BMI | 87323464 |

| Publishers | | |
|---|---|---|
| EIFOATA MUSIC | BMI | 188962800 |

*Additional Non-BMI Publishers*

### TRANSFORMERS CAR ROBOT-BG CUES
BMI Work #0

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| LEVY SHUKI Y | BMI | 65485749 |
| SABAN HAIM | BMI | 87323464 |
| WHITTAKER MICHAEL ROBERT | ASCAP | 344549744 |

**Publishers**

| | | |
|---|---|---|
| EIFOATA MUSIC | BMI | 188962800 |
| *Additional Non-BMI Publishers* | | |

## TRANSFORMERS CAR ROBOT-BG CUES
BMI Work #0

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| LEVY SHUKI Y | BMI | 65485749 |
| SABAN HAIM | BMI | 87323464 |
| TZUR ODED | BMI | 193710760 |

**Publishers**

| | | |
|---|---|---|
| EIFOATA MUSIC | BMI | 188962800 |

## TRANSFORMERS CAR ROBOT-BG CUES
BMI Work #0

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| LEVY SHUKI Y | BMI | 65485749 |
| SABAN HAIM | BMI | 87323464 |
| SCHAER ARTHUR | NA | 0 |

**Publishers**

| | | |
|---|---|---|
| EIFOATA MUSIC | BMI | 188962800 |
| *Additional Non-BMI Publishers* | | |

## TRANSFORMERS CAR ROBOT-BG CUES
BMI Work #0

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| LEVY SHUKI Y | BMI | 65485749 |
| SABAN HAIM | BMI | 87323464 |
| SWEET JEREMY ADAM | BMI | 239146856 |

**Publishers**

| | | |
|---|---|---|
| EIFOATA MUSIC | BMI | 188962800 |

## TRANSFORMERS CAR ROBOT-BG CUES
BMI Work #0

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| COSTELLO JOHN A III | BMI | 248443751 |
| HILKER DAVID P | BMI | 248474442 |
| LEVY SHUKI Y | BMI | 65485749 |
| SABAN HAIM | BMI | 87323464 |

**Publishers**

| | | |
|---|---|---|
| EIFOATA MUSIC | BMI | 188962800 |

## TRANSFORMERS CAR ROBOT-BG CUES
BMI Work #0

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| LEVY SHUKI Y | BMI | 65485749 |

| SABAN HAIM | BMI | 87323464 |
| ZUR INON I | BMI | 182304295 |

**Publishers**

| EIFOATA MUSIC | BMI | 188962800 |

### TRANSFORMERS CAR ROBOT-BG CUES
BMI Work #0

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| LEVY SHUKI Y | BMI | 65485749 |
| SABAN HAIM | BMI | 87323464 |

**Publishers**

| EIFOATA MUSIC | BMI | 188962800 |

### TRANSFORMERS CAR ROBOT-BG CUES
BMI Work #0

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| LEVY SHUKI Y | BMI | 65485749 |
| SABAN HAIM | BMI | 87323464 |

**Publishers**

| WONDERLAND MUSIC COMPANY INC | BMI | 33189981 |

### TRANSFORMERS CAR ROBOT-BG CUES
BMI Work #0

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| LEVY SHUKI Y | BMI | 65485749 |
| SABAN HAIM | BMI | 87323464 |

**Publishers**

| EIFOATA MUSIC | BMI | 188962800 |

### TRANSFORMERS CAR ROBOTS IN DIS
BMI Work #5806477

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| GORDON PAUL CHRISTIAN | ASCAP | 340054801 |
| LEVY SHUKI Y | BMI | 65485749 |
| SABAN HAIM | BMI | 87323464 |

**Publishers**

| EIFOATA MUSIC | BMI | 188962800 |

*Additional Non-BMI Publishers*

<<First <Previous 1 2 3   Next> Last>>

BMI represents over 300,000 songwriters, composers, and publishers with more than 6.5 million works.

| BMI.com | Licensing | Legislation | International | About BMI | Search BMI.com |
|---|---|---|---|---|---|
| Register today | Need a license? | Latest update | Overview | Overview | |
| Login to account | Access account | Govt relations | FAQ | Jobs at BMI | |
| Lost password? | Contact us | Useful links | FastTrack | Contact us | |

BMI | Repertoire Search                                                01/23/2007 09.06 AM



join   career   musicworld   news   licensing   new media   events   podcasts   about

musicworld • careers • rountable
new media subcenters

| Title | ⌄ |

transformers

[ Search ]

**There are 54 Titles**

Display:

<<First  <Previous  1 2 3   Next> Last>>

☑ Songwriters/Composers

☑ Publishers

▢ Artists

▢ Alternate Titles

### TRANSFORMERS CAR ROBOTS IN DIS
BMI Work #5806477

disclaimer

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| GORDON PAUL CHRISTIAN | ASCAP | 340054801 |
| LEVY SHUKI Y | BMI | 65485749 |
| SABAN HAIM | BMI | 87323464 |

In using this database, it is understood that you have read and agreed to our Terms and Conditions of Use.

| Publishers | | |
|---|---|---|
| EIFOATA MUSIC | BMI | 188962800 |

*Additional Non-BMI Publishers*

Gid in info

Hints

### TRANSFORMERS CLOSING THEME
BMI Work #3985749

User Guide

FAQ

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| BACAL JOE | BMI | 125279771 |
| BRYANT ANNE | BMI | 61535788 |

Disclaimer

| Publishers | | |
|---|---|---|
| STARWILD MUSIC INC | BMI | 48909740 |

### TRANSFORMERS ELECTRO FUSION CL
BMI Work #5806487

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| LEVY SHUKI Y | BMI | 65485749 |
| SABAN HAIM | BMI | 87323464 |
| TZUR ODED | BMI | 193710760 |

| Publishers | | |
|---|---|---|
| EIFOATA MUSIC | BMI | 188962800 |

### TRANSFORMERS ELECTRO FUSION CL
BMI Work #5806487

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| LEVY SHUKI Y | BMI | 65485749 |
| SABAN HAIM | BMI | 87323464 |
| TZUR ODED | BMI | 193710760 |

| Publishers | | |
|---|---|---|
| EIFOATA MUSIC | BMI | 188962800 |

### TRANSFORMERS GENERATIO-BG CUES

BMI | Repertoire Search                                                         01/23/2007 09:06 AM

BMI Work #0

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| WALSH ROBERT JOSEPH | BMI | 120809995 |

| Publishers | | |
|---|---|---|
| STARWILD MUSIC INC | BMI | 48909740 |


### TRANSFORMERS GENERATIO-BG CUES
BMI Work #0

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| BRYANT ANNE | BMI | 61535788 |

| Publishers | | |
|---|---|---|
| STARWILD MUSIC INC | BMI | 48909740 |


### TRANSFORMERS GENERATIO-BG CUES
BMI Work #0

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| MALCOMSON WILLIAM KEITH ASHFOR | BMI | 202914012 |

| Publishers | | |
|---|---|---|
| STARWILD MUSIC INC | BMI | 48909740 |


### TRANSFORMERS GENERATIO-BG CUES
BMI Work #0

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| MERRILL JONATHAN SCOTT | BMI | 207938847 |

| Publishers | | |
|---|---|---|
| STARWILD MUSIC INC | BMI | 48909740 |


### TRANSFORMERS GENERATIO-BG CUES
BMI Work #0

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| WALSH ROBERT JOSEPH | BMI | 120809995 |

| Publishers | | |
|---|---|---|
| STARWILD MUSIC INC | BMI | 48909740 |


### TRANSFORMERS GENERATIO-BG CUES
BMI Work #0

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| BRYANT ANNE | BMI | 61535788 |

| Publishers | | |
|---|---|---|
| STARWILD MUSIC INC | BMI | 48909740 |


### TRANSFORMERS GENERATIO-BG CUES
BMI Work #0

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| MALCOMSON WILLIAM KEITH ASHFOR | BMI | 202914012 |

**Publishers**

| | | |
|---|---|---|
| STARWILD MUSIC INC | BMI | 48909740 |

## TRANSFORMERS GENERATIO-BG CUES
BMI Work #0

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| MERRILL JONATHAN SCOTT | BMI | 207938847 |

**Publishers**

| | | |
|---|---|---|
| STARWILD MUSIC INC | BMI | 48909740 |

## TRANSFORMERS INSTRUMENTAL THEM
BMI Work #3965749

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| BACAL JOE | BMI | 125279771 |
| BRYANT ANNE | BMI | 61535788 |

**Publishers**

| | | |
|---|---|---|
| STARWILD MUSIC INC | BMI | 48909740 |

## TRANSFORMERS MAIN THEME
BMI Work #1540534

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| BRYANT ANNE | BMI | 61535788 |
| KINDER FORD | BMI | 74775835 |

**Publishers**

| | | |
|---|---|---|
| STARWILD MUSIC INC | BMI | 48909740 |

*Additional Non-BMI Publishers*

## TRANSFORMERS OPENING THEME
BMI Work #3985746

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| BACAL JOE | BMI | 125279771 |
| BRYANT ANNE | BMI | 61535788 |
| KINDER FORD | BMI | 74775835 |

**Publishers**

| | | |
|---|---|---|
| STARWILD MUSIC INC | BMI | 48909740 |

## TRANSFORMERS ROCK N ROLL THEME
BMI Work #1540535

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| ALDRICH DOUGLAS | ASCAP | 0 |
| BACAL JOE | BMI | 125279771 |
| BRYANT ANNE | BMI | 61535788 |
| KINDER CLIFFORD A | BMI | 74773449 |
| SWAN NORMAN MURRAY | BMI | 209805469 |

**Publishers**

| | | |
|---|---|---|
| ENSIGN MUSIC LLC | BMI | 495188800 |

STARWILD MUSIC INC                         BMI                    48909740
*Additional Non-BMI Publishers*

## TRANSFORMERS THEME B
BMI Work #3245575

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| BRYANT ANNE | BMI | 61535788 |
| KINDER CLIFFORD ARBERY | BMI | 217986826 |

**Publishers**

| | | |
|---|---|---|
| STARWILD MUSIC INC | BMI | 48909740 |

*Additional Non-BMI Publishers*

## TRANSFORMERS THEME CLOSE
BMI Work #3192089

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| BACAL JOE | BMI | 125279771 |
| BRYANT ANNE | BMI | 61535788 |

**Publishers**

| | | |
|---|---|---|
| STARWILD MUSIC INC | BMI | 48909740 |

## TRANSFORMERS THEME CLOSE
BMI Work #4392390

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| BACAL JOE | BMI | 125279771 |
| BRYANT ANNE | BMI | 61535788 |

**Publishers**

| | | |
|---|---|---|
| STARWILD MUSIC INC | BMI | 48909740 |

*Additional Non-BMI Publishers*

## TRANSFORMERS THEME OPEN
BMI Work #3192088

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| BACAL JOE | BMI | 125279771 |
| BRYANT ANNE | BMI | 61535788 |
| KINDER FORD | BMI | 74775835 |

**Publishers**

| | | |
|---|---|---|
| STARWILD MUSIC INC | BMI | 48909740 |

## TRANSFORMERS THEME OPEN
BMI Work #4392367

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| BACAL JOE | BMI | 125279771 |
| BRYANT ANNE | BMI | 61535788 |
| KINDER FORD | BMI | 74775835 |

**Publishers**

| | | |
|---|---|---|
| STARWILD MUSIC INC | BMI | 48909740 |

*Additional Non-BMI Publishers*

## TRANSFORMERS VOCAL THEME II
BMI Work #3985746

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| BACAL JOE | BMI | 125279771 |
| BRYANT ANNE | BMI | 61505788 |
| KINDER FORD | BMI | 74775835 |

**Publishers**

| | | |
|---|---|---|
| STARWILD MUSIC INC | BMI | 48909740 |

## TRANSFORMERS-BG CUES
BMI Work #0

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| WALSH ROBERT JOSEPH | BMI | 120809995 |

**Publishers**

| | | |
|---|---|---|
| STARWILD MUSIC INC | BMI | 48909740 |

## TRANSFORMERS-BG CUES
BMI Work #0

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| WALSH ROBERT JOSEPH | BMI | 120809995 |

**Publishers**

| | | |
|---|---|---|
| STARWILD MUSIC INC | BMI | 48909740 |

## TRANSFORMERS-BG CUES
BMI Work #0

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| BRYANT ANNE | BMI | 61535768 |
| KINDER CLIFFORD ARBERY | BMI | 217986826 |

**Publishers**

| | | |
|---|---|---|
| STARWILD MUSIC INC | BMI | 48909740 |

*Additional Non-BMI Publishers*

<<First  <Previous  1 2 3  Next>  Last>>

BMI represents over 300,000 songwriters, composers, and publishers with more than 6.5 million works.

| BMI.com | Licensing | Legislation | International | About BMI | Search BMI.com |
|---|---|---|---|---|---|
| Register today | Need a license? | Latest update | Overview | Overview | |
| Login to account | Access account | Gov't relations | FAQ | Jobs at BMI | Go |
| Lost password? | Contact us | Useful links | FastTrack | Contact us | ◉ Website ◯ Repertoire |

Copyright 2006, BMI, BMI®, BMI.com® and Broadcast Music, Inc.® are registered trademarks of BMI. Terms of use. Privacy policy

BMI | Repertoire Search                                                                      01/23/2007 09:07 AM



There are 54 Titles

<<First <Previous 1 2 3

search the repertoire

Title

transformers

( Search )

Display:

☑ Songwriters/Composers

☑ Publishers

☐ Artists

☐ Alternate Titles

**TRANSFORMERS-BG CUES**
BMI Work #0

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| BRYANT ANNE | BMI | 61535788 |

**Publishers**

| STARWILD MUSIC INC | BMI | 48909740 |

disclaimer

In using this database, it is understood that you have read and agreed to our Terms and Conditions of Use.

**TRANSFORMERS-BG CUES**
BMI Work #0

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| BRYANT ANNE | BMI | 61535788 |

**Publishers**

| STARWILD MUSIC INC | BMI | 48909740 |

more info

Hints

User Guide

FAQ

Disclaimer

**TRANSFORMERS-BG CUES**
BMI Work #0

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| MALCOMSON WILLIAM KEITH ASHFOR | BMI | 202914012 |

**Publishers**

| STARWILD MUSIC INC | BMI | 48909740 |

**TRANSFORMERS-BG CUES**
BMI Work #0

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| MERRILL JONATHAN SCOTT | BMI | 207938847 |

**Publishers**

| STARWILD MUSIC INC | BMI | 48909740 |

<<First <Previous 1 2 3   Next Last

BMI represents over 300,000 songwriters, composers, and publishers with more than 6.5 million works.

| BMI.com | Licensing | Legislation | International | About BMI | Search BMI.com |
|---|---|---|---|---|---|
| Register today | Need a license? | Latest update | Overview | Overview | ( Go ) |
| Login to account | Access account | Gov't relations | FAQ | Jobs at BMI | |
| Lost password? | Contact us | Useful links | FastTrack | Contact us | ⊙ Website ○ Repertoire |

Copyright 2005, BMI. BMI®, BMI.com® and Broadcast Music, Inc.® are registered trademarks of BMI. Terms of use. Privacy policy.



| HOME | ACE Title Search | News | Join ASCAP | About ASCAP | ASCAPLatino | Contact Us | Site Map |

## ACE TITLE SEARCH

**Search** **Results** **Saved Results**

Disclaimer | Terms and Use Restrictions | ACE Comments | FAQ's | Help ⓘ

Your title search for "TRANSFORMERS" returned 30 results. Underlined text indicates that additional information is available.

NOTICE: Title variations are included in the search, so the main title may not necessarily contain your search string.

Displaying Results 1 - 10

[First Page]  [Last Page]

1 2 3 [Next]

Save

1. ☐ ARMADA (TRANSFORMERS)(HASBRO)            (Title Code: 570341627)
   Writers:                                    Performers:
     HENDERSON JAMES J                          (none found)
     HUNTER JOHN C JR
     SLOTT JONATHAN A

   Variations:                                 Publishers/Administrators:
     TRANSFORMERS (ARMADA)                       TALENT PARTNERS
     HSTF 3013 ("ARMADA"/TRANSFORMERS)            303 EAST OHIO STREET
     HSTF 3035 ("ARMADA"/TRANSFORMERS)            CHICAGO , IL, 60611
                                                  Tel. (312) 923-7900

2. ☐ CHALLENGE (THE)(BEAST MACHINES)(HASBRO)    (Title Code: 570238507)
   Writers:                                    Performers:
     DEVOLL WILLYS DAVID JR                      (none found)

   Variations:                                 Publishers/Administrators:
     HASBRO (BEAST MACHINES)(CHALLENGE)(THE)      TALENT PARTNERS
     BEAST MACHINES (CHALLENGE)(THE)              303 EAST OHIO STREET
     CHALLENGE IS IN THE GAME (THE)(BEAST MACHINES   CHICAGO , IL, 60611
     BEAST MACHINES (CHALLENGE IS IN THE GAME)(THE    Tel. (312) 923-7900
     TRANSFORMERS (CHALLENGE)
     HASBRO (TRANSFORMERS)(CHALLENGE)
     HSTF 0021 ("CHALLENGE"/TRANSFORMERS)
     THREE OCLOCK AT THE FLAGPOLE ILL BE THERE (BE
     BEAST MACHINES (THREE OCLOCK AT THE FLAGPOLE
     HASBRO (THREE OCLOCK AT THE FLAGPOLE ILL BE T
     NOT IF OPTIMUS CHANGES FIRST (BEAST MACHINES)
     BEAST MACHINES (NOT IF OPTIMUS CHANGES FIRST
     HASBRO (NOT IF OPTIMUS CHANGES FIRST

Writers:                                          Performers:
  HENDERSON JAMES J                     (none found)
  HUNTER JOHN C JR
  SLOTT JONATHAN A

Variations:                                       Publishers/Administrators:
  HASBRO FURREAL (PLANETARIUM/HIGH TIDE       TALENT PARTNERS
  HASBRO (PLANETARIUM/HIGH TIDE               303 EAST OHIO STREET
  HSTF 6013 ("PLANETARIUM/HIGH TIDE"/HASBRO)  CHICAGO , IL, 60611
  TRANSFORMERS MORE THAN MEET THE EYE (HASBRO) Tel. (312) 923-7900
  HASBRO (TRANSFORMERS MORE THAN MEET THE EYE

9.   PLANETARY (TRANSFORMERS)(HASBRO)            (Title Code: 570359323)
  Writers:                                   Performers:
   HENDERSON JAMES J                     (none found)
   HUNTER JOHN C JR
   SLOTT JONATHAN A

  Variations:                                Publishers/Administrators:
   HASBRO (TRANSFORMERS)(PLANETARY)        TALENT PARTNERS
   TRANSFORMERS (PLANETARY)                303 EAST OHIO STREET
   HSTF 3223 ("PLANETARY"/TRANSFORMERS)    CHICAGO , IL, 60611
   HE DEVOURS ENTIRE WORLDS HIS NAME IS UNICRON  Tel. (312) 923-7900
   TRANSFORMERS (HE DEVOURS ENTIRE WORLDS HIS NA
   HSTF 3205 ("PLANETARY"/TRANSFORMERS)

10.   SUPREME GOOD VS EVIL (TRANSFORMERS)          (Title Code: 570381263)
  Writers:                                   Performers:
   HENDERSON JAMES J                     (none found)
   HUNTER JOHN C JR
   SLOTT JONATHAN A

  Variations:                                Publishers/Administrators:
   TRANSFORMERS (SUPREME GOOD VS EVIL)     TALENT PARTNERS
   TRANSFORMERS (HASBRO)                   303 EAST OHIO STREET
   HASBRO (TRANSFORMERS)                   CHICAGO , IL, 60611
   GLOBALBOTS VS DECEPTICONS (TRANSFORMERS)  Tel. (312) 923-7900
   TRANSFORMERS (GLOBALBOTS VS DECEPTICONS)
   HSTF 4033 ("SUPREME GOOD VS EVIL"/TRANSFORMER
   HSTF 4045
   HSTF 4025 (JX)(W/570386624)

[First Page]   [Last Page]

1 2 3 [Next]

HOME | ACE TITLE SEARCH | WHAT'S NEW | PRESS RELEASES
Join ASCAP | About ASCAP | ASCAPLatino | CONTACT US | SITE MAP

FOR MEMBERS | CAREER DEVELOPMENT | GENRES | CUSTOMER LICENSEES
LEGISLATION | ASCAP JAM | ASCAP STORE

Logos / Licensed Marks | Terms of Use | Privacy Policy | www.ascap.com | info@ascap.com
Reproduction or use of editorial or pictorial content in any manner is strictly prohibited
without express written permission from ASCAP.
© 2006 ASCAP



| HOME | ACE Title Search | News | Join ASCAP | About ASCAP | ASCAPLatino | Contact Us | Site Map |

## ACE TITLE SEARCH



Search | **Results** | Saved Results

Disclaimer | Terms and Use Restrictions | ACE Comments | FAQ's | Help ⓘ

Your title search for "TRANSFORMERS" returned 30 results. Underlined text
indicates that additional information is available.

NOTICE: Title variations are included in the search, so the main title may
not necessarily contain your search string.

Displaying Results 11 - 20

[First Page]  [Last Page]

[Previous] 1 2 3 [Next]

Save

11. ☐ TRANSFORMERS                                              (Title Code: 503242413)
Writers:                                      Performers:
  CONEY DANIEL                                DANIEL CONEY
  DOCKERY REGINALD J

  Variations:                                 Publishers/Administrators:
  (none found)                                  TRIUNE SQUAD
                                                  % REGINALD JERMAINE DOCKERY
                                                  16500 N PARK DRIVE
                                                  SUITE 220
                                                  SOUTHFIELD , MI, 48075
                                                  Tel. (248) 943-8616

12. ☐ TRANSFORMERS                                              (Title Code: 500485970)
Call the ASCAP Clearance line at: (212) 621-6160.
13. ☐ TRANSFORMERS                                              (Title Code: 500497850)
Writers:                                      Performers:
  HAMMER JAN JR                               JAN HAMMER
                                              MIRAMAR(NO.AMER.) MCA (R.O.W.)

  Variations:                                 Publishers/Administrators:
  (none found)                                  COUNTRY & EASTERN MUSIC INC
                                                  ATTN: ELLIOTT SEARS
                                                  7 DUNHAM DRIVE
                                                  NEW FAIRFIELD , CT, 06812
                                                  Tel. (203) 746-8500

14. ☐ TRANSFORMERS                                              (Title Code: 502071672)
Writers:                                      Performers:
  ROB TUBB                                    (none found)

Variations:                                Publishers/Administrators:
(none found)                               ASSOCIATED PRODUCTION MUSIC
                                           KPM/BRUTON/THEMES/CONROY/SELECTED
                                           SOUND DIVISIONS
                                           6255 SUNSET BOULEVARD
                                           SUITE 820
                                           HOLLYWOOD , CA, 90028
                                           Tel. (323) 461-3211

15. TRANSFORMERS CAR ROBOTS IN DISCGUISE CUES                    (Title Code: 508111466)
    Writers:                               Performers:
    LEVY SHUKI Y                           (none found)
    SABAN HAIM
    SCHAER ARTHUR

    Variations:                            Publishers/Administrators:
    (none found)                           KUKUNIA MUSIC
                                           % SABAN MUSIC GROUP
                                           ATT: TERI NELSON CARPENTER
                                           10100 SANTA MONICA BLVD
                                           SUITE 2600
                                           LOS ANGELES , CA, 90067
                                           Tel. (310) 557-5179

                                           Contact ASCAP Clearance representative at (212)621-6160
                                           for other publisher information.

16. TRANSFORMERS CAR ROBOTS IN DISGUISE CUES                     (Title Code: 508112465)
    Writers:                               Performers:
    LACEY GLENN SCOTT                      (none found)
    LEVY SHUKI Y
    SABAN HAIM

    Variations:                            Publishers/Administrators:
    (none found)                           KUKUNIA MUSIC
                                           % SABAN MUSIC GROUP
                                           ATT: TERI NELSON CARPENTER
                                           10100 SANTA MONICA BLVD
                                           SUITE 2600
                                           LOS ANGELES , CA, 90067
                                           Tel. (310) 557-5179

                                           Contact ASCAP Clearance representative at (212)621-6160
                                           for other publisher information.

17. TRANSFORMERS CAR ROBOTS IN DISGUISE CUES                     (Title Code: 508113704)
    Writers:                               Performers:
    LEVY SHUKI Y                           (none found)
    SABAN HAIM
    WHITTAKER MICHAEL ROBERT

    Variations:                            Publishers/Administrators:
    (none found)                           KUKUNIA MUSIC
                                           % SABAN MUSIC GROUP
                                           ATT: TERI NELSON CARPENTER
                                           10100 SANTA MONICA BLVD
                                           SUITE 2600
                                           LOS ANGELES , CA, 90067
                                           Tel. (310) 557-5179

Contact ASCAP Clearance representative at (212)621-6160
for other publisher information.
(Title Code: 508113722)

18. _! TRANSFORMERS CAR ROBOTS IN DISGUISE CUES
   Writers:                                     Performers:
   LEVY SHUKI Y                                 (none found)
   SABAN HAIM
   WHITTAKER MICHAEL ROBERT

   Variations:                                  Publishers/Administrators:
   (none found)                                 WALT DISNEY MUSIC COMPANY
                                                C/O DISNEY MUSIC PUBLISHING
                                                500 SOUTH BUENA VISTA STREET
                                                BURBANK, CA, 91521
                                                Tel. (818) 567-5128

                                                Contact ASCAP Clearance representative at (212)621-6160
                                                for other publisher information.
                                                (Title Code: 508111368)

19. ☐ TRANSFORMERS CARS ROBOTS IN DISGUISE CUES
   Writers:                                     Performers:
   GORDON PAUL CHRISTIAN                         (none found)
   LEVY YEHOSUA
   SABAN HAIM

   Variations:                                  Publishers/Administrators:
   (none found)                                 KUKUNIA MUSIC
                                                  % SABAN MUSIC GROUP
                                                ATT: TERI NELSON CARPENTER
                                                10100 SANTA MONICA BLVD
                                                SUITE 2600
                                                LOS ANGELES , CA, 90067
                                                Tel. (310) 557-5179

                                                Contact ASCAP Clearance representative at (212)621-6160
                                                for other publisher information.
                                                (Title Code: 500750709)

20. ☐ TRANSFORMERS CARS ROBOTS IN DISGUISE THEME
   Writers:                                     Performers:
   GORDON PAUL CHRISTIAN                         (none found)
   LEVY SHUKI Y
   SABAN HAIM

   Variations:                                  Publishers/Administrators:
   TRANSFORMERS: CAR ROBOTS IN DISGUISE OPE      KUKUNIA MUSIC
                                                  % SABAN MUSIC GROUP
                                                ATT: TERI NELSON CARPENTER
                                                10100 SANTA MONICA BLVD
                                                SUITE 2600
                                                LOS ANGELES , CA, 90067
                                                Tel. (310) 557-5179

                                                Contact ASCAP Clearance representative at (212)621-6160
                                                for other publisher information.

HOME ¦ ACE TITLE SEARCH ¦ WHAT'S NEW ¦ PRESS RELEASES
Join ASCAP ¦ About ASCAP ¦ ASCAPLatino ¦ CONTACT US ¦ SITE MAP
FOR MEMBERS ¦ CAREER DEVELOPMENT ¦ GENRES ¦ CUSTOMER LICENSEES
LEGISLATION ¦ ASCAP JAM ¦ ASCAP STORE

Logos / Licensed Marks ¦ Terms of Use ¦ Privacy Policy ¦ www.ascap.com ¦ info@ascap.com
Reproduction or use of editorial or pictorial content in any manner is strictly prohibited
without express written permission from ASCAP.
© 2006 ASCAP



| HOME | ACE Title Search | News | Join ASCAP | About ASCAP | ASCAPLatino | Contact Us | Site Map |

# ACE TITLE SEARCH

Search   **Results**   Saved Results

Disclaimer | Terms and Use Restrictions | ACE Comments | FAQ's | Help ⓘ

Your title search for "TRANSFORMERS" returned 30 results. Underlined text
indicates that additional information is available.

**NOTICE: Title variations are included in the search, so the main title may
not necessarily contain your search string.**

Displaying Results 21 - 30

[First Page]  [Last Page]

[Previous] 1 2 **3**

Save

21. ☐  TRANSFORMERS CLOSING THEME                                    (Title Code: 500415312)

Writers:                                        Performers:
BACAL JOE                                       (none found)
BRYANT ANNE

Variations:                                     Publishers/Administrators:
(none found)                                    WILDSTAR MUSIC INC
                                                % SONY/ATV TUNES LLC
                                                ATTN: LACEY CHEMSAK
                                                8 MUSIC SQUARE WEST
                                                NASHVILLE , TN, 37203
                                                Tel. (615) 726-8300

                                                Contact ASCAP Clearance representative at (212)621-6160
                                                for other publisher information.

22. ☐  TRANSFORMERS CUES                                             (Title Code: 508060039)

Writers:                                        Performers:
BRYANT ANNE                                     (none found)
KINDER CLIFFORD A

Variations:                                     Publishers/Administrators:
GRANSFORMERS                                    WILDSTAR MUSIC INC
                                                % SONY/ATV TUNES LLC
                                                ATTN: LACEY CHEMSAK
                                                8 MUSIC SQUARE WEST
                                                NASHVILLE , TN, 37203
                                                Tel. (615) 726-8300

                                                Contact ASCAP Clearance representative at (212)621-6160
                                                for other publisher information.

23. ☐  TRANSFORMERS CUES                                               (Title Code: 508060048)
      **Writers:**                                   **Performers:**
       DOUGLAS JOHN HENRY                             (none found)

          **Variations:**                            **Publishers/Administrators:**
          (none found)                                WILDSTAR MUSIC INC
                                                        % SONY/ATV TUNES LLC
                                                        ATTN: LACEY CHEMSAK
                                                        8 MUSIC SQUARE WEST
                                                        NASHVILLE , TN, 37203
                                                        Tel. (615) 726-8300

24. ☐  TRANSFORMERS CUES                                               (Title Code: 508061289)
      **Writers:**                                   **Performers:**
       KINDER CLIFFORD A                              (none found)
       MICHLIN SPENCER

          **Variations:**                            **Publishers/Administrators:**
          T 8 BATTLE D                                 WILDSTAR MUSIC INC
          TRANSFORMERS                                  % SONY/ATV TUNES LLC
                                                        ATTN: LACEY CHEMSAK
                                                        8 MUSIC SQUARE WEST
                                                        NASHVILLE , TN, 37203
                                                        Tel. (615) 726-8300

25. ☐  TRANSFORMERS OPENING THEME                                      (Title Code: 500415303)
      **Writers:**                                   **Performers:**
       BACAL JOE                                      (none found)
       BRYANT ANNE
       KINDER CLIFFORD A

          **Variations:**                            **Publishers/Administrators:**
          TRANSFORMERS OPENING                         WILDSTAR MUSIC INC
          TRANFORMERS OPENING (THEME)                   % SONY/ATV TUNES LLC
                                                        ATTN: LACEY CHEMSAK
                                                        8 MUSIC SQUARE WEST
                                                        NASHVILLE , TN, 37203
                                                        Tel. (615) 726-8300

                                                     Contact ASCAP Clearance representative at (212)621-6160
                                                     for other publisher information.

26. ☐  TRANSFORMERS REVENGE                                            (Title Code: 503439238)
      **Writers:**                                   **Performers:**
       PIZZINGA VINCE                                 (none found)

          **Variations:**                            **Publishers/Administrators:**
          (none found)                                 EMI APRIL MUSIC INC
                                                        C/O EMI MUSIC PUBLISHING
                                                        ATTN: JENNIFER INSOGNA
                                                        810 SEVENTH AVE
                                                        NEW YORK , NY, 10019
                                                        Tel. ( ) 830-2005

27. ☐  TRANSFORMERS THEME                                              (Title Code: 500372038)
      **Writers:**                                   **Performers:**
       DOUGLAS JOHN                                   (none found)

ASCAP ACE - Search Results                                                                01/23/2007 09:03 AM

Variations:                                     Publishers/Administrators:
(none found)                                    WILDSTAR MUSIC INC
                                                % SONY/ATV TUNES LLC
                                                ATTN: LACEY CHEMSAK
                                                8 MUSIC SQUARE WEST
                                                NASHVILLE , TN, 37203
                                                Tel. (615) 726-8300

28. TRANSFORMERS THEME                                                      (Title Code: 500487861)
    Writers:                                    Performers:
    ALDRICH DOUGLAS LAYNG                        (none found)
    BACALL JOE
    BRYANT ANNE
    KINDER CLIFFORD A
    SWAN NORMAN MURRAY

    Variations:                                 Publishers/Administrators:
    TRANSFORMERS THEME // TRANSFO                FAMOUS MUSIC LLC
    ROCK TRANSFORMERS                            10635 SANTA MONICA BLVD
                                                SUITE 300
                                                LOS ANGELES , CA, 90025
                                                Tel. (310) 441-1300

                                                WILDSTAR MUSIC INC
                                                % SONY/ATV TUNES LLC
                                                ATTN: LACEY CHEMSAK
                                                8 MUSIC SQUARE WEST
                                                NASHVILLE , TN, 37203
                                                Tel. (615) 726-8300

                                                Contact ASCAP Clearance representative at (212)621-6160
                                                for other publisher information.
29. TRANSFORMERS THEME (FR TRANSFORMERS TV SHOW)                            (Title Code: 500369891)
    Writers:                                    Performers:
    BRYANT ANNE                                  LION
    KINDER CLIFFORD A

    Variations:                                 Publishers/Administrators:
    TRANSFORMERS VOCAL THEME                     WILDSTAR MUSIC INC
    TRANSFORMERS JINGLE                          % SONY/ATV TUNES LLC
    TRNSTG                                       ATTN: LACEY CHEMSAK
                                                8 MUSIC SQUARE WEST
                                                NASHVILLE , TN, 37203
                                                Tel. (615) 726-8300

                                                Contact ASCAP Clearance representative at (212)621-6160
                                                for other publisher information.
30. TRANSFORMERS: CAR ROBOTS I DISGUISE SCORE                              (Title Code: 501515373)
    Writers:                                    Performers:
    LEVY SHUKY                                   (none found)
    SABAN HAIM
    WHITTAKER MICHAEL ROBERT

    Variations:                                 Publishers/Administrators:
    (none found)                                WALT DISNEY MUSIC COMPANY
                                                C/O DISNEY MUSIC PUBLISHING
                                                500 SOUTH BUENA VISTA STREET
                                                BURBANK, CA, 91521

ASCAP ACE - Search Results                                                                01/23/2007 09:03 AM

Tel. (818) 567-5128

Contact ASCAP Clearance representative at (212)621-6160
for other publisher information.

[First Page]  [Last Page]

[Previous] 1 2 **3**

HOME | ACE TITLE SEARCH | WHAT'S NEW | PRESS RELEASES
Join ASCAP | About ASCAP | ASCAPLatino | CONTACT US | SITE MAP

FOR MEMBERS | CAREER DEVELOPMENT | GENRES | CUSTOMER LICENSEES
LEGISLATION | ASCAP JAM | ASCAP STORE

Logos / Licensed Marks | Terms of Use | Privacy Policy | www.ascap.com | Info@ascap.com
Reproduction or use of editorial or pictorial content in any manner is strictly prohibited
without express written permission from ASCAP.
© 2006 ASCAP

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND

---

ANNE BRYANT,

    Plaintiff,     Index No. 5192/00

  -v-

Broadcast Music, Inc. a/k/a "BMI",
et al.,
(Action No. 1)
(Index No. 5192/00)

             **AFFIDAVIT OF SERVICE**

      Defendants.

---

ANNE BRYANT, PLAINTIFF-RESPONDENT,

     Plaintiff,

  -v-

Sunbow Productions, Inc., Defendant-
Appellant
(Action No. 2)
(Index No. 2821/02)

---

     Defendants.

STATE OF NEW JERSEY )
         ss:
COUNTY OF BERGEN  )

  MELISSA AURIEMMA, being of full age, deposes and says:

  1. I am a Law Clerk employed at Monaghan, Monaghan, Lamb &
Marchisio, LLP, attorneys for Plaintiff in the above referenced
matter.

  2. On January 23, 2007, I served the following document via
Federal Express Overnight Night Mail on Gloria C. Phares, Esq.,
Patterson, Belknap, Webb & Tyler LLP, 1133 Avenue of the Americas, New
York, NY 10036 and Judith Saffer, Esq., BMI Legal Department, 320 West
57th Street, New York, New York 10019:

**Notice of Motion to Allow Testimony with Affirmation of Patrick
J. Monaghan, Jr. and Affidavit of Service**

             Melissa V. Auriemma

Sworn to and subscribed before
me this 23nd of January 2007

Michael Korik
ATTORNEY AT LAW FOR THE
STATE OF NEW JERSEY
23644