# EXHIBIT 107

# DELIBERATELY OMITTED