# EXHIBIT 114

# MONAGHAN, MONAGHAN, LAMB & MARCHISIO, LLP

ATTORNEYS AND COUNSELLORS AT LAW

28 WEST GRAND AVENUE
MONTVALE, NEW JERSEY 07645

TEL: (201) 802-9060
FAX: (201) 802-9066
E-Mail: mmlmlawyers@aol.com

PATRICK J. MONAGHAN, JR.*
RICHARD F. MONAGHAN**†
EUGENE G. LAMB**†
JUVENAL L. MARCHISIO**
JAMES P. O'NEILL***†
KARL J. ROHRBACHER†
JEFFREY C. PRIMIANO*

NEW YORK OFFICE:
150 WEST 55TH STREET
SUITE 1G
NEW YORK, NEW YORK 10019

(212) 541-6980
FAX: (212) 541-6994

\* ADMITTED IN NJ AND NY
\*\* ADMITTED IN NY
\*\*\* ADMITTED IN FLA AND NY
† OF COUNSEL

March 29, 2004

**Via Regular Mail**
David Tannenbaum, Esq.
Duane, Morris & Heckscher
380 Lexington Avenue
New York, NY  10168

Gloria C. Phares, Esq.
Patterson, Belknap, Webb & Tyler
1133 Avenue of the Americas
New York, N.Y.  10036-6710

Re:   **Bryant v. Broadcast Music, Inc. et al.**
      **Our File No. 3689**

Dear Mr. Tannenbaum and Ms. Phares:

   Enclosed please find documents bearing Bates Stamp numbers 000149 through 000596, which plaintiff has received in response to a subpoena previously served in this case.

                                      Very truly yours,

                                      Jeffrey C. Primiano

JCP/rp
Encl.
18126