# EXHIBIT 115

# MONAGHAN, MONAGHAN, LAMB & MARCHISIO, LLP

ATTORNEYS AND COUNSELLORS AT LAW

28 WEST GRAND AVENUE
MONTVALE, NEW JERSEY 07645

TEL: (201) 802-9060
FAX: (201) 802-9066
E-Mail: mmlmlawyers@aol.com

PATRICK J. MONAGHAN, JR.*
RICHARD F. MONAGHAN**†
EUGENE G. LAMB**†
JUVENAL L. MARCHISIO**
JAMES P. O'NEILL***†
KARL J. ROHRBACHER†
JEFFREY C. PRIMIANO*

* ADMITTED IN NJ AND NY
** ADMITTED IN NY
*** ADMITTED IN FLA AND NY
† OF COUNSEL

NEW YORK OFFICE:
150 WEST 55TH STREET
SUITE 1G
NEW YORK, NEW YORK 10019

(212) 541-6980
FAX: (212) 541-6994

June 7, 2004

**Via Federal Express**
Gloria C. Phares, Esq.
Patterson, Belknap, Webb & Tyler
1133 Avenue of the Americas
New York, N.Y. 10036-6710

David Tannebaum, Esq.
Duane, Morris & Heckscher
380 Lexington Avenue
New York, NY 10168

Re:   Bryant v. Broadcast Music, Inc.
      Case No. 04 Civ. 00730 (HB)
      Our File No. 3689

Dear Ms. Phares and Mr. Tannenbaum:

Enclosed please find documents with Bates stamped Numbers 000001 to 000148, which we received pursuant to a Subpoena to Rhino Entertainment Company, which is Bates stamped as document number 5 herein. I believe these documents were previously provided, but I am re-sending them for the sake of good order.

Also enclosed please find cover letter dated March 29, 2004, in which we enclosed documents with Bates stamped Numbers 000149 through 000596 which plaintiff received in response to a Subpoena previously served in this case. I have enclosed that Subpoena herewith.

Very truly yours,

Jeffrey C. Primiano

JCP:mva
Encl.
18694