UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Anne Bryant,<br><br>                  PLAINTIFF,<br><br>   -AGAINST-<br><br>AB DROITS AUDIOVISUELS, AB PRODUCTIONS, APOLLO'S CHARIOT MUSIC, BANANA ALERT MUSIC, BEST ENTERTAINMENT LTD, BLOKKER BV, BRIDGE RIGHTS B.V., CARTOON NETWORK, CENCIENTA VIDEO, CHAD ENTERTAINMENT LLC., COLUMBIA TRISTAR HOME VIDEO INC., DREAMWORKS LLC A/K/A DREAMWORKS PICTURES, FILM FACTORY, FLEX MEDIA ENTERTAINMENT, HASBRO INC., HASBRO INTERNATIONAL, INC., INITIAL S.A., LOONLAND UK LTD., MADMAN ENTERTAINMENT INC., MAVERICK ENTERTAINMENT LIMITED, MEDIA SALES GROUP AND LICENSING B.V., MEGA ENTERTAINMENT, METRODOME GROUP PLC, PARAMOUNT PICTURES CORP., PEXLAND INTERNATIONAL (PICTURES) LTD, PROXIMA FLIMS, RHINO ENTERTAINMENT CO., RHINO HOME VIDEO CORE, ROUGE CITRON PRODUCTIONS S.A.R.L., SILVER MEDIA GROUPS S.A., SONY/ATV SONGS LLC [BMI], SONY/ATV TUNES LLC [ASCAP], SONY BMG MUSIC ENTERTAINMENT INC., SONY LEGACY, SONY PICTURES HOME ENTERTAINMENT INC., SONY WONDER, SUNBOW ENTERTAINMENT LLC., SUNBOW PRODUCTIONS INC., STARWILD MUSIC INC., TALENT PARTNERS INC., TRANS ENTERTEL TELECOMMUNICATIONS LTD, TV LOONLAND AG, TV LOONLAND HOME ENTERTAINMENT LTD, UNICORN TV DISTRIBUTORS LTD., UNION FILMS GROUP, VIDART LIMITADA, VOLCANO RECORDS, WARNER MUSIC GROUP, WARNER STRATEGIC MARKETING, WILDSTAR MUSIC, INC., JOHN AND JANE DOES 1-20, ABC CORPORATIONS 1-20,<br><br>                  DEFENDANTS. | 07-CV-6395 (SHS)(MHD)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that, without prejudice to any and all defenses available to them (including, without limitation, all jurisdictional defenses), the defendants Hasbro, Inc., The

Cartoon Network, Inc., Paramount Pictures, DreamWorks LLC and DreamWorks Pictures, hereby appear in the above entitled action, and that the undersigned have been retained as Attorneys for said above-named Defendants and demand that all papers in this action be served upon the undersigned at the address stated below.

Dated:   New York, New York
         January 4, 2008

                                                 PROSKAUER ROSE LLP
                                                 Charles B. Ortner
                                                 Sandra A. Crawshaw-Sparks
                                                 Jessica Mastrogiovanni

                                                 cortner@proskauer.com
                                                 1585 Broadway
                                                 New York, NY  10036-8299
                                                 Phone: (212) 969-3000
                                                 *Attorneys for Defendants Hasbro, Inc., The Cartoon Network, Inc., Paramount Pictures, DreamWorks LLC and DreamWorks Pictures*

To:    MONAGHAN, MONAGHAN, LAMB &
       MARCHISIO, LLP
       Patrick J. Monaghan, Jr.
       401 East 65th Street
       New York, N.Y. 10065
       (212) 541-6980