UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Anne Bryant,<br><br>                    PLAINTIFF,<br><br>     -AGAINST-<br><br>AB DROITS AUDIOVISUELS, AB PRODUCTIONS, APOLLO'S CHARIOT MUSIC, BANANA ALERT MUSIC, BEST ENTERTAINMENT LTD, BLOKKER BV, BRIDGE RIGHTS B.V., CARTOON NETWORK, CENCIENTA VIDEO, CHAD ENTERTAINMENT LLC., COLUMBIA TRISTAR HOME VIDEO INC., DREAMWORKS LLC A/K/A DREAMWORKS PICTURES, FILM FACTORY, FLEX MEDIA ENTERTAINMENT, HASBRO INC., HASBRO INTERNATIONAL, INC., INITIAL S.A., LOONLAND UK LTD., MADMAN ENTERTAINMENT INC., MAVERICK ENTERTAINMENT LIMITED, MEDIA SALES GROUP AND LICENSING B.V., MEGA ENTERTAINMENT, METRODOME GROUP PLC, PARAMOUNT PICTURES CORP., PEXLAND INTERNATIONAL (PICTURES) LTD, PROXIMA FLIMS, RHINO ENTERTAINMENT CO., RHINO HOME VIDEO CORE, ROUGE CITRON PRODUCTIONS S.A.R.L., SILVER MEDIA GROUPS S.A., SONY/ATV SONGS LLC [BMI], SONY/ATV TUNES LLC [ASCAP],  SONY BMG MUSIC ENTERTAINMENT INC., SONY LEGACY, SONY PICTURES HOME ENTERTAINMENT INC., SONY WONDER, SUNBOW ENTERTAINMENT LLC., SUNBOW PRODUCTIONS INC., STARWILD MUSIC INC., TALENT PARTNERS INC., TRANS ENTERTEL TELECOMMUNICATIONS LTD, TV LOONLAND AG, TV LOONLAND HOME ENTERTAINMENT LTD, UNICORN TV DISTRIBUTORS LTD., UNION FILMS GROUP, VIDART LIMITADA, VOLCANO RECORDS, WARNER MUSIC GROUP, WARNER STRATEGIC MARKETING, WILDSTAR MUSIC, INC., JOHN AND JANE DOES 1-20, ABC CORPORATIONS 1-20,<br><br>                    DEFENDANTS. | 07-CV-6395 (SHS)(MHD)<br><br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

defendants Hasbro, Inc., The Cartoon Network, Inc., Paramount Pictures, DreamWorks LLC and

DreamWorks Pictures, certify that Hasbro, Inc., has no parent corporation and that there are no publicly held corporations that own 10% or more of its stock, however Hasbro, Inc. is a public company. The parent company of the Cartoon Network, Inc. is Time Warner, Inc., a public company. The parent company of Paramount Pictures and DreamWorks LLC's is Viacom, Inc., a public company. Upon information and belief, DreamWorks Pictures (named as a defendant in this action) is not an existing legal entity.

Dated: New York, New York
January 4, 2008

*[signature]*
PROSKAUER ROSE LLP
Charles B. Ortner
Sandra A. Crawshaw-Sparks
Jessica Mastrogiovanni

cortner@proskauer.com
1585 Broadway
New York, NY 10036-8299
Phone: (212) 969-3000
*Attorneys for Defendants Hasbro, Inc., The Cartoon Network, Inc., Paramount Pictures, DreamWorks LLC and DreamWorks Pictures*

To: MONAGHAN, MONAGHAN, LAMB & MARCHISIO, LLP
Patrick J. Monaghan, Jr.
401 East 65th Street
New York, N.Y. 10065
(212) 541-6980