UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Anne Bryant,<br><br>                       PLAINTIFF,<br><br>   -AGAINST-<br><br>AB DROITS AUDIOVISUELS, AB PRODUCTIONS, APOLLO'S CHARIOT MUSIC, BANANA ALERT MUSIC, BEST ENTERTAINMENT LTD, BLOKKER BV, BRIDGE RIGHTS B.V., CARTOON NETWORK, CENCIENTA VIDEO, CHAD ENTERTAINMENT LLC., COLUMBIA TRISTAR HOME VIDEO INC., DREAMWORKS LLC A/K/A DREAMWORKS PICTURES, FILM FACTORY, FLEX MEDIA ENTERTAINMENT, HASBRO INC., HASBRO INTERNATIONAL, INC., INITIAL S.A., LOONLAND UK LTD., MADMAN ENTERTAINMENT INC., MAVERICK ENTERTAINMENT LIMITED, MEDIA SALES GROUP AND LICENSING B.V., MEGA ENTERTAINMENT, METRODOME GROUP PLC, PARAMOUNT PICTURES CORP., PEXLAND INTERNATIONAL (PICTURES) LTD, PROXIMA FLIMS, RHINO ENTERTAINMENT CO., RHINO HOME VIDEO CORE, ROUGE CITRON PRODUCTIONS S.A.R.L., SILVER MEDIA GROUPS S.A., SONY/ATV SONGS LLC [BMI], SONY/ATV TUNES LLC [ASCAP],  SONY BMG MUSIC ENTERTAINMENT INC., SONY LEGACY, SONY PICTURES HOME ENTERTAINMENT INC., SONY WONDER, SUNBOW ENTERTAINMENT LLC., SUNBOW PRODUCTIONS INC., STARWILD MUSIC INC., TALENT PARTNERS INC., TRANS ENTERTEL TELECOMMUNICATIONS LTD, TV LOONLAND AG, TV LOONLAND HOME ENTERTAINMENT LTD, UNICORN TV DISTRIBUTORS LTD., UNION FILMS GROUP, VIDART LIMITADA, VOLCANO RECORDS, WARNER MUSIC GROUP, WARNER STRATEGIC MARKETING, WILDSTAR MUSIC, INC., JOHN AND JANE DOES 1-20, ABC CORPORATIONS 1-20,<br><br>                       DEFENDANTS. | 07-CV-6395 (SHS)(MHD)<br><br><br>**NOTICE OF MOTION** |

   PLEASE TAKE NOTICE that upon, this memorandum of law, the memorandum of law simultaneously filed herein by defendants Sunbow, Sony BMG Music Entertainment, Loonland

UK Ltd., TV Loonland Home Entertainment Ltd., and Metrodome Group P.L.C. (collectively, the "**Sunbow Defendants**"), and the supporting Declaration of Gloria C. Phares, dated January 4, 2008 defendants Hasbro, Inc., The Cartoon Network, Inc., Paramount Pictures, DreamWorks LLC and DreamWorks Pictures (collectively the "**Hasbro-Related Defendants**") will move this Court at the Daniel Patrick Moynihan United States District Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, in Courtroom 23A, for an order pursuant to Rule 12(b)(6) of the Federal Rule of Civil Procedure dismissing the Complaint in the above-captioned action in its entirety and with prejudice.

Dated:  New York, New York
        January 4, 2008

                                        _____
                                        PROSKAUER ROSE LLP
                                        Charles B. Ortner
                                        Sandra A. Crawshaw-Sparks
                                        Jessica Mastrogiovanni

                                        cortner@proskauer.com
                                        1585 Broadway
                                        New York, NY  10036-8299
                                        Phone: (212) 969-3000
                                        *Attorneys for Defendants Hasbro, Inc., The Cartoon Network, Inc., Paramount Pictures, DreamWorks LLC and DreamWorks Pictures*

To:     MONAGHAN, MONAGHAN, LAMB &
        MARCHISIO, LLP
        Patrick J. Monaghan, Jr.
        401 East 65th Street
        New York, N.Y. 10065
        (212) 541-6980