UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
ANNE BRYANT,                     : 07 Civ. 6395 (SHS)

               Plaintiff,     :

           - against -        : **FED. R. CIV. P. 7.1 STATEMENT**

AB DROITS AUDIOVISUELS, et al.,  :

               Defendants.    :
---------------------------------x

The undersigned counsel certify as follows:

(1) The parent company of Sunbow Productions, Inc., Loonland UK Ltd., and TV Loonland Home Entertainment Ltd is TV Loonland A.G, a German public company.

(2) Metrodome P.L.C. is a public limited company organized under the laws of England and Wales; 61.7% of its shares are owned by TV Loonland A.G., a German public company, and the remainder are publicly traded.

(3) Sony BMG Music Entertainment is a Delaware general partnership. Its ultimate parents are Sony Corporation (organized under the laws of Japan) and Bertelsmann AG (organized under the laws of Germany). Sony Corporation is publicly traded.

(4) Sony/ATV Songs, Inc. and Sony/ATV Tunes, Inc. are each owned by Sony/ATV Music Publishing LLC and Sony/MJ Music Publishing LLC. The only public company that owns at least 10% of the shares of each of Sony/ATV Songs, Inc. and of Sony/ATV Tunes, Inc. is Sony Corporation, which is organized under the laws of Japan.

1424392v.1

    (5)    Rhino Entertainment Co.'s ultimate parent is Warner Music Group Corp., a U.S. publicly traded company.

Dated: New York, New York
January 8, 2008

Respectfully submitted,

PATTERSON BELKNAP WEBB & TYLER LLP

By: /s/ Gloria C. Phares
Gloria C. Phares
John C. Knapp

1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
gcphares@pbwt.com

TO: Monaghan, Monaghan, Lamb & Marchisio
Attorneys for Plaintiff Anne Bryant
401 E. 65th Street, Apt. 10C
New York, NY 10065