UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ANNE BRYANT, | : ECF Case |
| Plaintiff, | : Civil Action No. 07-CV-6395(SHS)(MHD) |
| - against - | : |
| AB DROITS AUDIOVISUELS, AB PRODUCTIONS, ET AL, | : |
| Defendants. | : |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby appears on behalf of Talent Partners Commercial Services LLC, in this action, and hereby requests that all pleadings and other filings regarding this matter be served upon the undersigned attorney at the office address listed below and hereby requests electronic notification of all papers filed with the Court by notice upon the following email address: praymond@reedsmith.com.

Dated: New York, New York
February 7, 2008

REED SMITH LLP
By: _____
Peter D. Raymond (PR-3029)
599 Lexington Avenue
New York, NY 10022
Tel: (212) 521-5400
Fax: (212) 521-5450