

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNE BRYANT,

        Plaintiff,

v.

AB DROITS AUDIOVISUELS, AB
PRODUCTIONS, ET AL,

        Defendants.

No.: 07-CV-6395 (SHS)(MHD)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the respective parties herein that:

1. Talent Partners Commercial Services LLC shall be substituted for Talent Partners Inc., the entity named as a defendant in the Complaint;

2. Reed Smith LLP hereby accepts and acknowledges service of the Complaint on behalf of Talent Partners Commercial Services LLC;

3. The last day for Defendant, Talent Partners Commercial Services LLC, to answer, move, or otherwise respond to Plaintiff's Complaint is extended to and including April 1, 2008.

Dated: New York, New York
       February 7, 2008

MONAGHAN, MONAGHAN,
LAMB & MARCHISIO, LLP

By: _____
    Patrick J. Monaghan, Jr.(PM-6297)
401 East 65th Street
New York, NY 10065
Tel: (212) 541-6980
*Attorneys for Plaintiff*

REED SMITH LLP

By: _____
    Peter D. Raymond (PR-3029)
599 Lexington Avenue, 28th Floor
New York, New York 10022
Tel: (212) 521-5400
Fax: (212) 521-5450
*Attorneys for Defendant Talent Partners*
*Commercial Services LLC*

SO ORDERED 2/7/08
_____
U.S.D.J.