**MONAGHAN, MONAGHAN, LAMB & MARCHISIO, LLP**

ATTORNEYS AND COUNSELLORS AT LAW

PATRICK J. MONAGHAN, JR. *
RICHARD F. MONAGHAN *
EUGENE G. LAMB ** †
JUVENAL L. MARCHISIO *
JAMES P. O'NEILL *** †
MICHAEL KORIK *

* ADMITTED IN NJ AND NY
** ADMITTED IN NY
*** ADMITTED IN FLA AND NY
† OF COUNSEL

28 WEST GRAND AVENUE
MONTVALE, NEW JERSEY 07645

TEL: (201) 802-9060
FAX: (201) 802-9066
E-Mail: mmlmlawyers@aol.com

NEW YORK OFFICE:
401 EAST 65TH STREET
SUITE 10C
NEW YORK, NEW YORK 10065

(212) 541-6980
FAX: (212) 541-6994

RECEIVED
FEB 13 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/13/08

February 13, 2008

**VIA FAX: 212-805-7924**

Hon. Sidney H. Stein, U.S.D.J.
United States District Court-Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Anne Bryant v. AB Driots, et al.
Docket No. 07-CIV-6395
Our File No. 3892

Dear Judge Stein:

With the consent of our adversaries, we respectfully ask that the Court adjourn the date our opposition to Defendants' motion, which is now due in this matter on February 21, 2008, for two weeks until and including March 6, 2008. We also consent to our adversaries receiving an additional two weeks for their reply to our answering papers. Kindly advise if Your Honor consents to this request. (The reply is due 3/20/08.

Respectfully submitted,

Michael Korik (MK0377)

SO ORDERED 2/13/08

SIDNEY H. STEIN
U.S.D.J.

MK:MVA
cc: All Counsel Via E-Mail