

MONAGHAN, MONAGHAN, LAMB & MARCHISIO, LLP

ATTORNEYS AND COUNSELLORS AT LAW

PATRICK J. MONAGHAN, JR. **
RICHARD F. MONAGHAN **†
EUGENE G. LAMB *†
JUVENAL L. MARCHISIO **
JAMES P. O'NEILL **†
MICHAEL KORIK *

28 WEST GRAND AVENUE
MONTVALE, NEW JERSEY 07645

TEL: (201) 802-9060
FAX: (201) 802-9066
E-Mail: mmlmlawyers@aol.com

NEW YORK OFFICE:
401 EAST 65TH STREET
SUITE 10C
NEW YORK, NEW YORK 10021

(212) 541-6980
FAX: (212) 541-6994

* ADMITTED IN NJ AND NY
** ADMITTED IN NY
*** ADMITTED IN FLA AND NY
† OF COUNSEL

February 14, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08

**VIA FAX: 212-805-7924**

Hon. Sidney H. Stein, U.S.D.J.
United States District Court-Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: Anne Bryant v. AB Droits, et al.
    Docket No. 07-CIV-6395
    Our File No. 3892

Dear Judge Stein:

    We are in receipt of Your Honor's endorsed letter dated February 13, 2008. I wish to bring to the Court's attention that the due date for the Defendants' reply had already been moved to March 25, 2008 prior to Plaintiff's letter request for an extension to Your Honor for both sides in this matter. Accordingly, a two-week extension would bring the Defendants' reply due date to April 8, 2008.

    I called the Court several times today in an attempt to correct the due date for the Defendants' reply but the line was either busy or there was a answering recording. I left one message earlier today but have not heard back. I respectfully ask that the Court change the due date for the Defendants' reply papers to April 8, 2008 so that Defendants receive a comparable two week extension as the Plaintiff has already received.

    Thank you.

Respectfully requested,

Melissa V. Auriemma, Law Clerk

MVA
cc: All Counsel via E-mail

SO ORDERED 2/14/08

SIDNEY H. STEIN
U.S.D.J.