12018029065
03/04/2008 12:15 FAX   212 790 4545   MANATT, PHELPS, PHILLIPS

MONAGHAN AND MONAGHAN   01:06:46 p.m.   03-04-2008   2/2
                                                     ☒003/003

MANATT, PHELPS & PHILLIPS, LLP
Lauren Reiter Brody
7 Times Square, 22nd Floor
New York, New York 10036
(212) 790-4518
Attorneys for Defendants
COLUMBIA TRISTAR HOME VIDEO INC. and
SONY PICTURES HOME ENTERTAINMENT INC.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                      :
ANNE BRYANT,                                          :
                                                      :   07 CIV. 6395 (SHS)
                          Plaintiff,                  :   (ECF Case)
                                                      :
        -against-                                     :   STIPULATION
                                                      :
AB DROITS AUDIOVISUELS, et al.                        :
                                                      :
                          Defendants.                 :
                                                      :
------------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED that the time for defendants Columbia Tristar Home Video Inc. and Sony Pictures Home Entertainment Inc. to answer, move or otherwise respond to the complaint is hereby extended to and including April 1, 2008.

March 4, 2008

MANATT, PHELPS & PHILLIPS, LLP                MONAGHAN, MONAGHAN,
                                              LAMB & MARCHISIO

By: _____                   By: _____
    Lauren Reiter Brody                           Patrick J. Monaghan, Jr.
    Attorneys for Defendants                      Attorneys for Plaintiff
    Columbia Tristar Home Video Inc.              401 E. 65th Street, Apt. 10C
    and Sony Pictures Home Entertainment Inc.     New York, New York 10065
    7 Times Square, 22nd Floor                    Tel. No. (212) 541-6980
    New York, New York 10036
    Tel. No. (212) 790-4518

SO ORDERED: 3/4/08

_____
U.S.D.J.