# MONAGHAN, MONAGHAN, LAMB & MARCHISIO, LLP

### ATTORNEYS AND COUNSELLORS AT LAW

PATRICK J. MONAGHAN, JR. *
RICHARD F. MONAGHAN **†
EUGENE G. LAMB
JUVENAL L. MARCHISIO *
JAMES P. O'NEILL
MICHAEL KORIK

28 WEST GRAND AVENUE
MONTVALE, NEW JERSEY 07645

TEL (201) 802-9060
FAX (201) 802-9066
E-Mail: mmlmlawyers@aol.com

NEW YORK OFFICE:
401 EAST 65TH STREET
SUITE 10C
NEW YORK, NEW YORK 10065

(212) 541-6980
FAX: (212) 541-6994

* ADMITTED IN NJ AND NY
** ADMITTED IN NY
*** ADMITTED IN FL AND NY
† OF COUNSEL

RECEIVED MAR - 5 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08 (hs)

March 5, 2008

**VIA FAX: 212-805-7924**

Hon. Sidney H. Stein, U.S.D.J.
United States District Court-Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: Anne Bryant v. AB Droits, et al.
       Docket No. 07-CIV-6395
       Our File No. 3892

Dear Judge Stein:

    We represent Plaintiff in the above-referenced matter and the purpose of this letter is to request the Court's advice as to an Application to Recuse. In our last appearance before the Court, the Court indicated that the former partners of your Honor's former Firm of Stein, Zauderer, Ellenhorn, Frischer & Sharp have become partners of the Patterson Belknap Firm, which now represents a number of Defendants in this case including the moving Defendants. I appreciate the Court's disclosure.

    Under ordinary circumstances, I would not feel this is an issue, however, in reviewing Defendant Sunbow's papers, and preparing our motion papers, I have become convinced that the Sunbow Defendants' papers contain serious distortions of the record and misstatements and although in thirty-seven years of practice in federal district courts I can't recall ever making a Rule 11 motion, I believe it is appropriate here.

    I had previously advised my opponent, Ms. Phares that I felt that a motion based on <u>res judicata</u> and <u>collateral estoppel</u> would be a frivolous motion especially in light of the clear holding of Justice O'Rourke's Decision of March 9, 2007 in which he stated

---

*Handwritten note:* 3/6/08 The parties are directed to appear for a pretrial conf. on March 14 at 10:30 A.M. to discuss this application. So ordered. Sidney H. Stein 3/5.

inter alia that "... Plaintiff is entitled to whatever rights still exist under her agreements with Defendants."

I would therefore respectfully request that the Court recuse itself so that the matter may be reassigned to another United States District Court Judge. It is still our intention to file our papers tomorrow, March 6 2008.

Respectfully submitted,

*[signature]*

Patrick J. Monaghan, Jr.

PJM:MVA
cc: ALL COUNSEL VIA E-MAIL

2