UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANNE BRYANT,

                Plaintiff,      07-CIV-6395 (SHS)

  -against-

AB DROITS AUDIOVISUELS, AB      **NOTICE OF CROSS**
PRODUCTIONS, *ET AL*,             **MOTION UNDER FED R.**
                                              **CIV. P. §11**

                Defendants.

---

PLEASE TAKE NOTICE THAT upon the annexed Affidavit of Patrick J. Monaghan, Esq., dated March 6, 2008, the exhibits to it, and the accompanying Memorandum of Law in support of this motion, and upon all papers and prior proceedings in this action, Plaintiff Anne Bryant will move this Court before Judge Sidney H. Stein, United States District Judge, for an order pursuant to Fed. R. Civ. P. for sanctions and costs associated with the Sunbow Defendants' Fed. R. Civ. P. 12(b)(6) <u>res judicata</u> motion and for such other and further relief as the Court deems just and proper.

                MONAGHAN, MONAGHAN, LAMB & MARCHISIO, LLP
                Attorneys for Plaintiff Anne Bryant

                By: _____
                Patrick J. Monaghan, Jr.(PM6297)

                401 East 65th Street
                New York, New York 10065
                (212) 541-6980
                    -AND-
                28 West Grand Avenue
                Montvale, New Jersey 07645
                (201) 802-9060

Dated: Montvale, New Jersey    March 6, 2008