12018029066                    MONAGHAN AND MONAGHAN

# MONAGHAN, MONAGHAN, LAMB & MARCHISIO, LLP

ATTORNEYS AND COUNSELLORS AT LAW

PATRICK J. MONAGHAN, JR. *
RICHARD F. MONAGHAN * * †
EUGENE G. LAMB * * *
JUVENAL L. MARCHISIO * *
JAMES P. O'NEILL * * * †
MICHAEL KORIK *

\* ADMITTED IN NJ AND NY
\* \* ADMITTED IN NY
\* \* \* ADMITTED IN FLA AND NY
† OF COUNSEL

28 WEST GRAND AVENUE
MONTVALE, NEW JERSEY 07645

TEL. (201) 802-9060
FAX (201) 802-9066
E-Mail: mmlmlawyers@aol.com

**NEW YORK OFFICE:**
401 EAST 65TH STREET
SUITE 10C
NEW YORK, NEW YORK 10065

**(212) 541-6980**
FAX: (212) 541-6994



MAR - 6 2008

CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

March 6, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

**MEMO ENDORSED**

## VIA FAX: 212-805-7924

Hon. Sidney H. Stein, U.S.D.J.
United States District Court-Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Anne Bryant v. AB Driots, et al.
Docket No. 07-CIV-6395
Our File No. 3892

Dear Judge Stein:

We represent Plaintiff. In view of the Court's direction that the parties attend a Conference with respect to the above-referenced matter on March 14, 2008, we respectfully request a further extension of time to file our opposing and cross-motion papers to March 20, 2008, which is one week following the Conference. Defendants would of course have a like extension.

We are reaching out to our adversaries to determine whether they are agreeable to the adjournment.

Respectfully submitted,

Patrick J. Monaghan, Jr.

PJM:MVA
cc: ALL COUNSEL VIA E-MAIL

3/6/08

Plt's ltr dated 3/5/08 stated that plt intended to file opp. papers on March 6. Plt is directed to do so.
SO ORDERED 3/6/08

SIDNEY H. STEIN
U.S.D.J.