# MONAGHAN, MONAGHAN, LAMB & MARCHISIO, LLP

ATTORNEYS AND COUNSELLORS AT LAW

PATRICK J. MONAGHAN, JR. *
RICHARD F. MONAGHAN * *  ‡
EUGENE G. LAMB * * ‡
JUVENAL L. MARCHISIO
JAMES P. O'NEILL * * *
MICHAEL KORIK *

28 WEST GRAND AVENUE
MONTVALE, NEW JERSEY 07645

TEL (201) 802-9060
FAX (201) 802-9066
E-Mail: mmlmlawyers@aol.com

NEW YORK OFFICE:
401 EAST 65TH STREET
SUITE 10C
NEW YORK, NEW YORK 10065
(212) 541-6980
FAX (212) 541-6994

* ADMITTED IN NJ AND NY
** ADMITTED IN NY
*** ADMITTED IN FLA AND NY
‡ OF COUNSEL



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/08

MEMO ENDORSED

April 15, 08
Plt's cross-motion
for Rule 11 sanctions [dkt # 46]
is dismissed at plt's
request.

So ordered.
Sidney H. Stein
USDJ

April 15, 2008

**VIA FACSIMILE**
Hon. Sidney H. Stein, U.S.D.J.
United States District Court-Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: Anne Bryant v. AB Driots, et al.
      Docket No. 07-CIV-6395
      Our File No. 3892

Dear Judge Stein,

    We represent Plaintiff and we write in connection with the pending motions, including Plaintiff's Rule 11 Motion.

    For the following reasons, we respectfully request the withdrawal of our Rule 11 Motion at this time. Our reasons are:

A.   As the Court admonished us at the last hearing, the specific terms of Rule 11 require that the motion be made separately-we acknowledge that deficiency;

B.   We intend to file an application later this week in the New York Supreme Court in Rockland County to vacate the Clerk's Final With Prejudice Judgment entered on May 8, 2007. New York law is clear that the Clerk may not expand or enlarge the decision of the Trial Court and the insertion in the Judgment of the words "with prejudice" by Sunbow's counsel was without authority; and;

-2-

C. We expect that in connection with the proceedings in the Supreme Court Rockland County we will be issuing safe harbor letters to each of the moving defendants.

Under these circumstances, we respectfully request that that portion of our opposition papers constituting a cross-motion under Rule 11 be deemed withdrawn at this time. The Court is obviously free to consider sanctions <u>sua sponte</u>. <u>Chambers v. NASCO, Inc.</u>, 501 U.S. 32, 43 at FN8; 111 S. Ct. 2123, 2132 at FN8; 115 L. Ed. 2d 27, 43; 1991 U.S. LEXIS 3318.

Respectfully submitted,

Patrick J. Monaghan, Jr.

PJM:to
cc: All Counsel via E-mail