1234567.                                                02:12:47 p.m.    05-09-2008

MANATT, PHELPS & PHILLIPS, LLP
Lauren Reiter Brody
7 Times Square, 22nd Floor
New York, New York 10036
(212) 790-4518
Attorneys for Defendants
COLUMBIA TRISTAR HOME VIDEO INC. and
SONY PICTURES HOME ENTERTAINMENT INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x

ANNE BRYANT,

                        Plaintiff,

         -against-

AB DROITS AUDIOVISUELS, et al.

                       Defendants.
---------------------------------------x

07 CIV. 6395 (SHS)
(ECF Case)

STIPULATION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/12/08

IT IS HEREBY STIPULATED AND AGREED that the time for defendants Columbia Tristar Home Video Inc. and Sony Pictures Home Entertainment Inc. to answer, move or otherwise respond to the complaint is hereby extended to and including June 6, 2008.

MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Lauren Reiter Brody
Lauren Reiter Brody
Attorneys for Defendants
Columbia Tristar Home Video Inc.
and Sony Pictures Home Entertainment Inc.
7 Times Square, 22nd Floor
New York, New York 10036
Tel. No. (212) 790-4518

MONAGHAN, MONAGHAN,
LAMB & MARCHISIO

By: /s/ Patrick J. Monaghan, Jr.
Patrick J. Monaghan, Jr.
Attorneys for Plaintiff
401 E. 65th Street, Apt. 10C
New York, New York 10065
Tel. No. (212) 541-6980

SO ORDERED: 5/12/08

/s/
U.S.D.J.